

# WILSON ELSER

February 25, 2020

**Thomas M. DeMicco**
914.872.7244 (direct)
Thomas.DeMicco@wilsonelser.com

**VIA ECF**

District Judge Hon. Nelson S. Roman
Federal Building and United States Courthouse
300 Quarropas
White Plains, New York 10601-4150

Re: **Buono, Franklin v. Poseidon Air Systems, et al.**
 Case No.: 7:17-cv-05915- NSR-LMS

**Dear Judge Roman:**

This firm represents the interests of defendant/third party plaintiff Tyco Fire Products LP ("Tyco") in the above referenced product liability-personal injury lawsuit. We are writing, with the consent of all parties, to submit a joint application to adjourn the court conference scheduled to proceed before Your Honor on March 6, 2020 at 12:30 pm. Currently the parties are still in the midst of exchanging their respective experts' reports. The parties have not yet conducted any experts' depositions in this case. Magistrate Judge Smith has recently extended the deadline for the parties to complete expert discovery. As per Judge Smith's February 21st Order, all expert depositions must be completed by June 17, 2020. Accordingly, the parties respectfully request that Your Honor hold a status conference after June 17th, 2020 at which time the parties will be in a position to report to Your Honor on all of the anticipated issues we intend to address through dispositive motion practice or at trial.

Please contact the undersigned should Your Honor have any questions regarding this request.

Respectfully submitted,
Wilson Elser Moskowitz Edelman & Dicker LLP

Thomas M. DeMicco

TMD:oms

VIA ECF
cc: Lawrence D. Lissauer, Esq.
 Kenneth Fromson, Esq.
 Brian Acard, Esq.

---

*Handwritten endorsement:*

Status Conf. scheduled for March 6, 2020 adjourned until June 26, 2020 at 11:30 am. Clerk of the Court requested to terminate the motion (doc. 136).

**SO ORDERED:**
Dated: Feb. 27, 2020

HON NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

*Stamp (left margin):* MEMO ENDORSED

*Stamp (bottom left):*
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2020

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Alabama • Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston
Indiana • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • Missouri • Nashville • New Jersey • New Orleans
New York • Orlando • Philadelphia • Phoenix • San Diego • San Francisco • Sarasota • Stamford • Virginia • Washington, DC • Wellington • White Plains

wilsonelser.com



- 2 -

FINKELSTEIN & PARTNERS, LLP
1279 Rt. 300, P.O. Box 1111
Newburgh, New York 12551

Tara Fappiano Esq.
Scott L. Haworth, Esq.
HAWORTH BARBER & GERSTMAN, LLC
45 Broadway, 21st Floor
New York, NY 10006