LAW OFFICES
## WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JAMES W. KIRKPATRICK
(202) 434-5417
jkirkpatrick@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 24, 2021

<u>Via ECF</u>

Hon. Philip M. Halpern
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601

  Re: <u>Buono v. Tyco Fire Products LP</u>, 17-cv-5915-PMH

Dear Judge Halpern:

  Pursuant to Local Rule 56.1, the Court's individual Rule 4(E), and the Court's January 26, 2021 order, Tyco submits its Statement of Material Facts, Plaintiff's responses thereto, Oprandy's responses thereto,[1] and Plaintiff's Statement of Additional Material Facts.

                Sincerely,

                /S James W. Kirkpatrick

                James W. Kirkpatrick

Enclosure: Tyco's Statement of Additional Material Facts

cc: Counsel of record via ECF

---

[1] Although Tyco does not believe that the Court's January 26, 2021 order—or the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, or the Court's Individual Practices in Civil Cases—contemplate Oprandy's submitting a response to Tyco's 56.1 statement, which only concerns Plaintiff's claims against Tyco, Tyco includes Oprandy's responses because Plaintiff and Oprandy's jointly submitted their responses as one document.