### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

FRANKLIN BUONO,

     *Plaintiff,*

 v.

POSEIDON AIR SYSTEMS, VICTORY AUTO
STORE, INC., VICTORY AUTO STORES, INC.
d/b/a POSEIDON AIR SYSTEMS,
WORTHINGTON INDUSTRIES, INC., AND
TYCO FIRE PRODUCTS LP,

     *Defendants.*

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 7:17-cv-05915 (PMH)

**NOTICE OF MOTION FOR
SUMMARY JUDGMENT**

------------------------------------x

TYCO FIRE PRODUCTS LP,

     *Third-Party Plaintiff,*

 v.

OPRANDY'S FIRE & SAFETY INC.,

     *Third-Party Defendant.*

------------------------------------x

  **PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, dated

March 24, 2021, the Declaration of James Kirkpatrick, dated March 24, 2021, with exhibits

annexed thereto, and the Rule 56.1 statement of undisputed material facts (ECF No. 170-1),

defendant TYCO FIRE PRODUCTS, LP ("Tyco"), through undersigned counsel, moves this

Court, before Hon. Philip M. Halpern in Room 520 of the United States District Court, 300

Quarropas Street, White Plains, New York, 10601,[1] in accordance with Local Rule 56.1 of the

---

[1] Pursuant to the Southern District of New York's March 12, 2020, order, Hon. Philip M. Halpern is temporarily sitting in the Daniel Patrick Moynihan Courthouse in Manhattan until further notice by the Court.

Southern and Eastern Districts of New York and the Individual Practice Rules of the  Hon. Philip

M. Halpern, U. S. District Court Judge, for an Order pursuant to Federal Rule of Civil Procedure

56 awarding Tyco summary judgment, because there is no genuine issue of material fact as to all

of Plaintiff's causes of action against Tyco (negligence, breach of warranty, and strict product

liability), and for such other and further relief as this court deems just.

Pursuant to the Court's Individual Practice in Civil Cases 4(L), Tyco intends to submit a

letter requesting oral argument at the time of filing.


Dated: March 24, 2021
Washington, D.C.

Respectfully submitted,

_____
Colette Connor (admitted *pro hac vice*)
James Kirkpatrick (admitted *pro hac vice*)
Daniel Whiteley (admitted *pro hac vice*)
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, D.C. 20005

Phone: (202) 434-5000
Fax:    (202) 434-5029
Email: jkirkpatrick@wc.com

*and*

Thomas M. DeMicco
WILSON, ELSER, MOSKOWITZ,
EDELMAN & & DICKER LLP
1133 Westchester Avenue
White Plains, NY10604
Phone: (914) 323-7000
Fax:    (914) 323-7001
Email:  thomas.demicco@wilsonelser.com

*Attorneys for Tyco Fire Products LP*

TO:       **Hon. Philip M. Halpern** (via ECF)
          The Hon. Charles L. Brieant Jr.
          Federal Building and United States Courthouse

300 Quarropas St.
White Plains, NY 10601-4150

**Kenneth B. Fromson**
Finkelstein & Partners, LLP
1279 Route 300
Newburgh, NY 12551
(845) 562-0203
kfromson@lawampm.com

**Lawrence D. Lissauer**
Finkelstein & Partners, LLP
1279 Rt 300 Po Box 1111
Newburgh, NY 12551
(845)-563-9446
llissauer@lawampm.com

**Brian D. Acard**
Spiegel, Brown et ano.
272 Mill St., P.O.B. 831
Poughkeepsie, NY 12602-0831
(845)-632-0041
bacard@lawampm.com

**Linda Toni Armatti**
Jacoby & Meyers, LLC
1279 Route 300
Newburgh, NY 12551
646-253-4767
lepstein@jmlawyer.com

CC:     **Tara Fappiano**
Haworth Barber & Gerstman, LLC
80 Broad Street, 24th Floor
New York, NY 10004
212-952-1100
Tara.Fappiano@hbandglaw.com

**All counsel of record** (via ECF)