# EXHIBIT 6



**tyco**
Tyco Suppression Systems

**Pyro-Chem**
ISO 9001 REGISTERED

Pyro-Chem
One Stanton Street
Marinette, WI 54143-2542
Telephone: 800-526-1079
             715-732-3465
Fax: 877-329-7976
     715-732-3569
www.pyrochem.com

**Number:  2033**                                                     **Date:   September 11, 2001**

PYRO-GB-20001109  Sheryl Lemire

TO:         All Authorized Pyro-Chem Pre-Engineered System Distributors

FROM:       Mark Neumann, Market Development Manager

SUBJECT:    **Pyro-Chem Introduces The New KITCHEN KNIGHT® II System**

Pyro-Chem has taken a great system and made it even better. Close attention to product performance and customer satisfaction has cooked up some savory improvements to the new KITCHEN KNIGHT II system.

Looking at few of the many new features and benefits will illustrate the success of our extensive research and development efforts. The improvements to virtually every aspect of the KITCHEN KNIGHT system will provide affordable and effective protection for your customers' cooking areas. Take a look…

- ♦ Expanded Coverages
  - o 10' Plenum with one-flow nozzle
  - o Up to 100" perimeter duct coverage with two-flow nozzle
  - o Enhanced Appliance protection
- ♦ Component Enhancements
  - o Nozzles
    - ■ Fewer nozzles to inventory (5)
    - ■ Full Cone Spray
    - ■ Individual Swivel Adaptor
    - ■ High and low proximity ranges from 13 – 50 inches
    - ■ Chromed Caps protect from contamination and blockage
  - o Cylinders
    - ■ 10, 15, and 20-flow cylinders offer more coverage per tank
    - ■ Same cylinder size with more volume
- ♦ Improved Piping Flexibility
  - o Incorporates 1/4" to 3/4" pipe
  - o Simplified piping rules
- ♦ Back Shelf Protection

These are just a few of the many benefits you will experience with the KITCHEN KNIGHT II fire suppression system.

The KITHCEN KNIGHT II system has been fully tested and approved in accordance with UL testing standard for kitchen cooking areas: UL-300. The installed system is designed under the guidance of NFPA Standard 17A – Wet Chemical Extinguishing Systems and NFPA Standard 96 – Ventilation Control and Fire Protection of Commercial Cooking Operations.

MEA approval is forthcoming and anticipated in December 2001. The original Kitchen Knight systems will be available for New York City area distributors **only** until MEA approval is met.

Bulletin No. 2033
September 11, 2001
Page 2

KITCHEN KNIGHT II systems will be available beginning the week of October 22, 2001. Pyro-Chem is offering free training classes throughout the United States to its certified distributors during the weeks of October 8 and October 15. Distributors must be trained and certified prior to purchasing and installing the new system. For more information on training, see the KITCHEN KNIGHT II Training Dates and Locations section of this bulletin.

MAKE THE NEW KITCHEN KNIGHT II SYSTEM PART OF YOUR FIRE PROTECTION PLAN!

## KITCHEN KNIGHT® II System Training Dates and Locations

Pyro-Chem requires you to be fully trained and certified before you sell or install KITCHEN KNIGHT II systems. Authorized Pyro-Chem Distributors have the opportunity to be fully trained on KITCHEN KNIGHT II systems free of charge during one of the scheduled introductory training classes. The training dates and sites are as follows:

| Date | Location |
|---|---|
| October 8, 2001 | Denver, CO |
| October 10, 2001 | Pleasanton, CA |
| October 12, 2001 | Dallas, TX<br>Orange, CA |
| October 15, 2001 | Exton, PA |
| October 17, 2001 | Newark, NJ<br>Orlando, FL |
| October 19, 2001 | Sterling Heights, MI<br>Chicago, IL<br>Atlanta, GA |

The one-day classes will promptly begin at 8:00 AM and finish at 5:00 PM - and will encompass all phases of the KITCHEN KNIGHT II system. The class will include KITCHEN KNIGHT II components, system design, installation, maintenance, and system recharge. All attendees must complete the class and tests to receive a certificate of completion. The certification for each participant will be for five-year terms before re-certification is required.

We strongly urge you to attend one of the introductory training sessions. We are limiting class size to 50 people per session. Due to the high interest in these classes, it is very important that you respond to us as soon as possible to ensure your registration is accepted.

Future training will be available through your Pyro-Chem Territory Sales Manager with additional KITCHEN KNIGHT II training scheduled in 2002. However, we urge you to immediately take advantage of the scheduled introductory classes.

Please complete and sign the attached registration form and fax to Pyro-Chem at **1-877-329-7976 or 715-732-3569.** Special room rates have been negotiated at the hotels hosting the training classes. Please refer to Pyro-Chem Training when requesting rooms to get the special rate. Also, please be sure to **check the appropriate class** you wish to attend to ensure your enrollment is listed appropriately.

Questions pertaining to this bulletin can be directed to your respective International Sales Manager, Domestic Territory Sales Manager at (800)-Pyro-Chem, or Customer Service at (800)-526-1079 and (715)-732-3465.