# EXHIBIT 10

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------
FRANKLIN BUONO,
                         Plaintiff,
               vs.                        Index Number
                                          7:17-CV-05915-
POSEIDON AIR SYSTEMS, VICTORY      PMH-LMS
AUTO STORE, INC., VICTORY AUTO
STORES, INC., d/b/a POSEIDON AIR
SYSTEMS, WORTHINGTON INDUSTRIES,
INC. and TYCO FIRE PRODUCTS LP,
                         Defendants.
------------------------------
TYCO FIRE PRODUCTS LP,
       Third-Party Plaintiff,
               vs.
OPRANDY'S FIRE & SAFETY, INC.,
       Third-Party Defendant.
------------------------------

                              July 14, 2020
                               10:04 a.m.

       Remote video-teleconference deposition of KURT
JULIANO, taken by Third-Party Defendant Oprandy's
Fire & Safety, Inc., held at Lancaster, NY, pursuant
to notice, before Elizabeth F. Tobin, a Registered
Professional Reporter and Notary Public of the State
of New York.

Page 2

<pre>
 1
 2     A P P E A R A N C E S:
 3
       On behalf of the Plaintiff:
 4          FINKELSTEIN & PARTNERS, LLP
            1279 Route 300, P. O. Box 1111
 5          Newburgh, New York 12551
            845.562.0203
 6          BY:   KENNETH B. FROMSON, ESQ.
                  kfromson@lawampm.com
 7                (via video-teleconference)
 8
 9     On behalf of the Defendant/Third-Party Plaintiff
       Tyco Fire Products LP:
10          WILLIAMS & CONNOLLY, LLP
            725 12th St NW
11          Washington, D.C. 20005
            202.434.5000
12          BY:   DANIEL WHITELEY, ESQ.
                  dwhiteley@wc.com
13                JAMES KIRKPATRICK, ESQ.
                  jkirkpatrick@wc.com
14
15
       On behalf of the Third-Party Defendant:
16          HAWORTH, BARBER & GERSTMAN, LLC
            45 Broadway, Suite 2110
17          New York, New York 10006
            212.952.1100
18          BY:   TARA FAPPIANO, ESQ.
                  tara.fappiano@hbandglaw.com
19                (via video-teleconference)
20
21     ALSO PRESENT:
            JACK DANON
22
23
24
25
</pre>

Page 3

1

2                     STIPULATIONS

3

4       IT IS HEREBY STIPULATED AND AGREED, by and

5    among counsel for the respective parties hereto,

6    that the filing, sealing and certification of the

7    within deposition shall be and the same are hereby

8    waived;

9

10      IT IS FURTHER STIPULATED AND AGREED that all

11   objections, except as to form of the question, shall

12   be reserved to the time of the trial;

13

14      IT IS FURTHER STIPULATED AND AGREED that the

15   within deposition may be signed before any Notary

16   Public with the same force and effect as if signed

17   and sworn to before the Court.

18

19      Federal Rule 30(3) provides:  The parties may

20   stipulate, or the court on motion order, that a

21   deposition may be taken by telephone or other remote

22   means.  For the purpose of this rule and Rules

23   28(a), 37(a)(2) and 37(b)(1), the deposition takes

24   place where the deponent answers the questions.

25                 *      *      *

```
                                            Page 4
 1                       K. Juliano
 2              COURT REPORTER:  Good morning.  My name
 3         is Elizabeth Tobin.  I am a New York State
 4         stenographic reporter and a registered
 5         professional reporter.  Today's date is
 6         July 14, 2020 and the time is approximately
 7         10:04 a.m.  This is the deposition of Kurt
 8         Juliano in the matter of Buono versus Tyco, et
 9         al.  This case is venued in the United States
10         District Court for the Southern District of New
11         York.  The case number is
12         7:17-CV-05915-PMH-LMS.
13              At this time I will ask counsel to
14         identify yourself, state whom you represent and
15         agree on the record that there is no objection
16         to this deposition officer administering a
17         binding oath to the witness remotely via
18         video-teleconference.
19              MR. FROMSON:  Plaintiff this is Kenneth
20         Fromson.  I have no objection.
21              MR. KIRKPATRICK:  James Kirkpatrick on
22         behalf of Tyco.  No objection.
23              MS. FAPPIANO:  Tara Fappiano on behalf of
24         Oprandy's Fire & Safety.  No objection.
25    K U R T   J U L I A N O,
```

```
                                              Page 5
 1                        K. Juliano
 2    of lawful age, called by the Defendants for
 3    examination pursuant to the Federal Rules of Civil
 4    Procedure, having been first duly sworn remotely
 5    upon agreement of all counsel, as hereinafter
 6    certified, was examined and testified as follows:
 7                    EXAMINATION OF KURT JULIANO
 8    BY MS. FAPPIANO:
 9         Q.    Good morning, Mr. Juliano.  Thank you for
10    being here today.
11         A.    Good morning.
12         Q.    My name is Tara Fappiano from Haworth,
13    Barber & Gerstman.  I represent Oprandy's Fire &
14    Safety.  I'm not going to give you a lot of
15    instructions this morning, only to mention that
16    because we are doing this virtually, one of the
17    things to just be aware of is that if for any reason
18    at all you can't hear me, I freeze up in any way, it
19    may not be evident to me from this side of the
20    camera.  So just let me know that that's happening
21    and we will fix it and repeat the question.
22    Otherwise, I will assume that you're hearing
23    everything I'm asking and understanding the
24    questions unless you tell me otherwise.
25                    Okay?
```

Page 6

1                          K. Juliano

2          A.    Yes.

3          Q.    I mentioned off the record but to put

4     this on the record, I have already marked into our

5     exhibit share Exhibit 1 which is an expert

6     disclosure which includes your expert report

7     appendix A, which is your curriculum vitae, appendix

8     B, which is listed as materials reviewed, and

9     appendix C, which is marked select materials

10    considered.

11              And you have the ability to see that,

12    correct?

13          A.    Correct.

14              (Exhibit 1, expert disclosure, marked for

15          identification.)

16          Q.    If you would first just take a look at

17    your CV which is, I believe, page 13 of the PDF.

18    It's appendix A.

19          A.    Okay.

20          Q.    Could you just verify that that is, in

21    fact, an accurate copy of your CV?

22          A.    Yes.

23          Q.    Could you just tell me when this CV was

24    prepared that we're looking at here on exhibit

25    share?

Page 7

K. Juliano

1
2      A.    I believe December of 2019.
3      Q.    Have there been any updates or additional
4      information to your CV since December of 2019?
5      A.    No.
6      Q.    I do know that when I turn my head to
7      look at the exhibits it's hard for the mic to pick
8      it up.  So I'm going to my hard copy and hopefully
9      that will make things easier.
10            You put at the top of your CV that you
11     are a fire protection specialist.  What do you mean
12     by that?
13     A.    I am the vice-president and I run the
14     sales and the manager at a life safety company.  Our
15     company provides service, installation, repairs to
16     all types of fire systems and life safety equipment.
17     Q.    Is there a certification that one obtains
18     to become a fire protection specialist?
19     A.    There are -- I have many certifications
20     through manufacturers, through third parties and
21     things of that nature.
22     Q.    I'm going to ask you about those.  My
23     question is specifically, to be a fire protection
24     specialist, is that a specific license or
25     certification or degree, something like that?

```
                                          Page 8
 1                      K. Juliano
 2        A.     No.
 3        Q.     Most recently you're affiliated with All
 4   State Fire & Safety, correct?
 5        A.     Correct.
 6        Q.     Do you do expert and consulting work
 7   through this company or is that a separate line of
 8   business for you?
 9        A.     Through All State Fire.
10        Q.     As a vice-president and partner of All
11   State Fire, do you have an ownership interest in the
12   company?
13        A.     Yes.
14        Q.     What is your percentage of ownership?
15        A.     Ten.
16        Q.     Ten percent?
17        A.     I'm sorry.
18        Q.     I'm sorry.  I didn't hear your response
19   to that.  What is your percentage?
20        A.     Ten percent.
21        Q.     I'm noticing on my end, just so you're
22   aware, there's a little bit of a delay between what
23   I'm seeing and what I'm hearing.  So just as we're
24   going forward, that's what I'm waiting for.  Okay?
25        A.     Okay.
```

```
                                            Page 9
 1                      K.  Juliano
 2        Q.    Can you tell me generally what your
 3   duties are at All State Fire?
 4        A.    I oversee the division managers.  We have
 5   multiple divisions including a suppression division,
 6   a sprinkler division and an electronics division
 7   which includes fire alarms, CCTV, security systems
 8   and I also oversee the hood cleaning division.  I'm
 9   responsible for all aspects of sales.  I am the lead
10   liaison with the manufacturers reps and I hire and
11   fire key personnel.
12                 (Court reporter requested clarification.)
13        Q.    In addition to all of those duties that
14   you just described, you also do expert and
15   consulting work; is that correct?
16        A.    I have in the past.
17        Q.    Are you doing that currently?
18        A.    I am doing it on this case currently.
19        Q.    Are you doing it on any other cases
20   besides this case at this time?
21        A.    No.
22        Q.    When was the last time that you worked on
23   other cases in an expert or consulting role besides
24   this case?
25        A.    2017.
```

1                              K. Juliano

2          Q.    As of 2017 what percentage of your time

3     was spent on expert and consulting work versus the

4     work you do for All State that you just described?

5          A.    Very little.  I would say less than one

6     percent.

7          Q.    Just say in the three years leading up to

8     2017, how many cases would you work on a year?

9          A.    The last one was 2017.

10         Q.    So would you have one a year; is that

11    fair?

12         A.    One or less.  I did not work on a case in

13    2018 or 2019.

14         Q.    I think I just want to make sure I got

15    clarity on that.  Prior to 2017 about how many cases

16    would you work on per year?

17         A.    I had a case the previous year in 2016.

18         Q.    Okay.  Understood.  And that was just one

19    case?

20         A.    Yes.

21         Q.    The cases that you did work on besides

22    this one going back to 2016, were they cases that

23    were in litigation?

24         A.    Yes.

25         Q.    And obviously I'm talking about besides

```
                                      Page 11
 1                      K. Juliano
 2      this case since we know we're in litigation.  Have
 3      you testified in connection with any cases in the
 4      past in which you served as an expert or had a
 5      consulting role?
 6           A.    No.
 7           Q.    Have you ever testified at a deposition
 8      like this prior to today?
 9           A.    Yes.
10           Q.    How many times before?
11           A.    Once.
12           Q.    Approximately when was that?
13           A.    2018.
14           Q.    Was that a case in which you were serving
15      as an expert?
16           A.    No.  My company All State Fire sued a
17      business owner for lack of payment.
18           Q.    The cases that you worked on previously
19      as an expert, were they for plaintiffs or defendants
20      or both?
21           A.    The last one in 2017 I worked for a fire
22      investigation firm.  My role was to determine if the
23      kitchen hood fire system was installed incorrectly.
24      The previous one was for a law firm and, very
25      similar, I determined that the system was installed
```

                                              Page 12

1                        K. Juliano

2      incorrectly.

3           Q.    The case in which you were working for

4      the fire investigation firm, who hired you to do

5      that work?

6           A.    The fire investigation firm direct.

7           Q.    And the one before that where you were

8      hired by a law firm, was that a law firm

9      representing a plaintiff, a defendant, something

10     else?

11          A.    I believe the plaintiff.

12          Q.    Do you remember the name of that case?

13          A.    The one in 2017 was Jing Li Chinese

14     Restaurant.  And the previous one was Carmine's

15     Restaurant.

16          Q.    The case that you just mentioned, where

17     was that pending, if you remember?

18          A.    That was Clarence, New York, which is a

19     suburb of Buffalo, New York.

20          Q.    In preparation for today, and I don't

21     want to know the content of your conversations with

22     counsel, but did you have any conversations with

23     counsel before today?

24          A.    Yes.

25          Q.    How many conversations did you have?

```
                                            Page 13
 1                     K. Juliano
 2        A.    Regarding today's meeting or overall?
 3        Q.    Just in preparation for today.
 4        A.    One.
 5        Q.    When was that?
 6        A.    Yesterday.
 7        Q.    How long did that last?
 8        A.    Approximately two hours.
 9        Q.    Who did you speak with?
10        A.    James Kirkpatrick and two of his
11   colleagues.
12        Q.    Do you recall who those were?
13        A.    I do not.  I'd be guessing.
14        Q.    Just in preparation for today, did you
15   review any materials?
16        A.    Yes.
17        Q.    What did you review?
18        A.    The Taranto deposition and I believe four
19   other reports.
20        Q.    From other experts?
21        A.    Yes.
22        Q.    Do you recall which ones?
23        A.    You know what, I did not write down the
24   names.  I apologize.
25        Q.    That's okay.  Do you know if you read the
```

```
                                           Page 14
 1                      K. Juliano
 2     reports of either Derek Nolan or Eric Boelhouwer?
 3          A.    I believe I have.
 4          Q.    Was that in preparation for the
 5     deposition or at a prior time?
 6          A.    At a prior time.
 7          Q.    What is your hourly rate for the work
 8     that you're doing in connection with this case?
 9          A.    $225 an hour.
10          Q.    About how many hours did you spend in
11     preparation for the deposition in addition to the
12     two hours you spent on the phone or speaking to
13     counsel?
14          A.    Approximately 35.
15          Q.    How did you first come to learn of this
16     case?
17          A.    I was contacted by Mr. Kirkpatrick and
18     his firm.
19          Q.    When was that?
20          A.    I believe early March 2020.
21          Q.    Had you ever worked with Mr. Kirkpatrick
22     or his firm before this case?
23          A.    No.
24          Q.    You mentioned you have a number of
25     certifications and those are listed on your CV,
```

1                    K. Juliano

2     correct?

3          A.    Correct.

4          Q.    If I am understanding these correctly,

5     these are manufacturer specific certifications; is

6     that correct?

7          A.    Correct.

8          Q.    And those are offered by the

9     manufacturers for the identified fire suppression

10    systems that are listed on the CV; is that correct?

11         A.    Correct.

12         Q.    If you could just explain --

13         A.    Also one from the --

14         Q.    Go ahead.  You can finish.

15         A.    Also one from the city of Rochester.

16         Q.    Is that on the CV?  Oh, yes, I see it at

17    the end.  And that's a certificate of fitness for

18    fire extinguishers?

19         A.    Yes.

20         Q.    The ones offered by the manufacturers for

21    their fire suppression systems, how do you obtain

22    that certification?  Can you just tell me generally,

23    is it offered by the manufacturer, a third-party

24    company, something else?

25         A.    It is direct from the manufacturer.  The

```
                                              Page 16
 1                          K. Juliano
 2      company must be a certified distributor for the
 3      manufacturer and then after that anyone who is to
 4      design, install, inspect or recharge must gain
 5      certification through that manufacturer.
 6           Q.    Is the certification given to the
 7      individual or is it given to the company that the
 8      individual works for?
 9           A.    It goes to the individual with the
10      company's name on it.  It is not transferable if the
11      employee leaves and goes to another firm.
12           Q.    Throughout the CV, just for those
13      certifications from the manufacturers is what I'm
14      talking about now, you list dates that start, I
15      think the earliest in 1996 to the present.
16                 Is this a certification that has to be
17      renewed on any type of periodic basis?
18           A.    Yes.  Typically three years for each of
19      the manufacturers.
20           Q.    To do that renewal, is there continued
21      education that's required?
22           A.    No.
23           Q.    How do you redo it every three years or
24      so generally?
25           A.    Typically the manufacturer for a company
```

                                                      Page 17

1                              K. Juliano
2       of our size, which I would consider to mid, maybe a
3       little larger, would come out to our location and
4       spend a day doing the certification.  We have also
5       done recently online certifications.
6              Q.    Is that the same process for getting the
7       certification as it is to renew it or is it
8       something different?
9              A.    No, it's technically the same.
10             Q.    Is that true for all of the manufacturers
11      that are listed on this CV that they would --
12      distance learning aside for the time being -- they
13      would come to your office and provide those in live
14      classes?
15             A.    I believe Pyro-Chem we may have done one
16      in Syracuse, New York.
17                   (Court reporter requested clarification.)
18             Q.    The materials that you were taught on in
19      these classes, who prepared those?
20             A.    The manufacturers.
21             Q.    Specifically talking about the Pyro-Chem,
22      you listed Pyro-Chem Kitchen Knight II
23      certification.  When did you first get that
24      certification?
25             A.    I believe in 1996 I was with a company

```
                                        Page 18
1                        K. Juliano
2      called Lane Fire & Safety.
3           Q.    When you came to All State, did you have
4      to renew that certification?
5           A.    Yes.
6           Q.    Was that done in 2008?
7           A.    I would have to confirm, either 2008 or
8      2009.  Without looking at it, I would be guessing.
9           Q.    Have you renewed that certification every
10     three years or so since 2008 or 2009?
11          A.    Yes.
12          Q.    When was the last time you renewed?
13          A.    I believe early this year, February or
14     March.
15          Q.    Of 2020?
16          A.    2020, yes.
17          Q.    Do you still have the materials that were
18     taught in that renewal class in February or March of
19     2020?
20          A.    Yes.  I have the equipment manual.
21          Q.    For the Kitchen Knight II system,
22     correct?
23          A.    Correct, yes.
24          Q.    Anything else given to you in that class?
25          A.    I'm sorry.
```

```
                                              Page 19
 1                          K. Juliano
 2          Q.     Was anything else provided to you in
 3     terms of teaching materials in that class?
 4          A.     No.
 5          Q.     Had you taken a class for your
 6     certification on the Pyro-Chem system prior to 2016?
 7          A.     Yes.
 8          Q.     When was the last time prior to February
 9     of 2016 that you had taken one of those classes?
10          A.     My guess would be 2016 or 2017,
11     approximately three years prior.
12          Q.     When you took the class, at that point in
13     time were the materials that you were provided and
14     taught upon just the manual?
15          A.     Yes.
16          Q.     In your review of the materials for this
17     case -- strike that.
18                 In reviewing this case overall, you
19     reviewed additional materials, correct?
20          A.     Correct.
21          Q.     And those are listed, I believe, it's
22     appendix B of Exhibit 1.  Which is at page 16 of the
23     exhibit; is that correct?
24          A.     Give me one sec.
25          Q.     Take your time.
```

```
                                          Page 20
 1                      K. Juliano
 2          A.     Are you looking at the Pyro-Chem
 3     products?
 4          Q.     No.  I'm looking at appendix B which is
 5     page 16 and it's titled under "materials
 6     considered."  Do you see that?  It's page 16 of the
 7     PDF.  It might not be marked page 16 of the exhibit.
 8     That might be what's confusing.
 9          A.     I do.  Appendix B, yes.
10          Q.     Is that list of materials considered in
11     appendix B a complete list of everything you
12     reviewed in preparation of your report?
13          A.     I believe so.
14          Q.     And I believe you mentioned to me that
15     you also reviewed the recent testimony of
16     Mr. Taranto, correct?
17          A.     Yes.
18          Q.     Have you reviewed the testimony of any
19     other witnesses to this point?
20          A.     I did review Brian Scott's and I think
21     Franklin Buono.
22          Q.     I see the ones that are listed on there.
23     Besides what's listed in appendix B --
24          A.     I'm sorry.
25          Q.     It's my fault.  I wasn't be clear enough.
```

```
                                        Page 21
 1                       K. Juliano
 2     Have you reviewed the testimony of any of the other
 3     experts?
 4          A.    Yeah, I did review, I believe, three or
 5     four yesterday.  I do not have their names.
 6          Q.    Did you review Hejzlar?
 7          A.    Yes.
 8          Q.    And I only just received Coelho today.
 9     Did you review Coelho?
10          A.    I believe so.
11              MR. KIRKPATRICK:  This may help.  I just
12          object for vagueness in terms of whether he's
13          talking about deposition testimony for the
14          reports.
15              MS. FAPPIANO:  I can clarify that.  No
16          problem.
17          Q.    And my question pertained, Mr. Juliano,
18     to whether you read the testimony of those experts
19     as opposed to their reports.
20          A.    I'm sorry.  I read their reports.
21          Q.    That's fine.  Do you have any
22     certification as a fire investigator?
23          A.    No.
24          Q.    Have you ever worked as a firefighter or
25     volunteer firefighter?
```

```
                                          Page 22
 1                   K. Juliano
 2        A.    No.
 3        Q.    Have you ever been certified to do
 4   balloon testing?
 5        A.    Balloon testing is required by the --
 6   each of the manufacturers outside of their manual
 7   and it's going to the certifications.  That is how,
 8   yes.
 9        Q.    Let me ask some more questions about that
10   then.  In these classes that you took for the
11   certifications and the renewal of your
12   certifications with the various manufacturers, was
13   education provided in how to do balloon testing?
14        A.    Typically going through the manual with
15   the instructor, a lot of times questions are asked
16   and that may have come up.  I'm not sure.  Doing a
17   balloon test or a pipe integrity test is fairly
18   simple and routine.  So I can't imagine much
19   discussion on that.
20              (Court reporter requested clarification.)
21        Q.    Have you personally done balloon testing
22   or pipe integrity testing as part of your work with
23   All State Fire and safety?
24        A.    Not with All State Fire but, yes, with a
25   previous company, a technician.
```

```
                                              Page 23
 1                      K. Juliano
 2          Q.    Which company?
 3          A.    I'm sorry.  You broke up.
 4          Q.    Which company did you do with work with?
 5          A.    Lane Fire & Safety.
 6          Q.    Back to your CV, you list that you are a
 7     principal committee member for NFPA 17 and 17A.
 8     What does that mean?
 9          A.    That means I am a voting member and
10     attend the meetings regularly.
11          Q.    How often do those meetings happen?
12          A.    Typically annually.
13          Q.    As a principal committee member, were you
14     involved at all in any of the drafting of the
15     standards in NFPA 17 or 17A?
16          A.    What happens, every three to five years a
17     new revision of a NFPA manual comes out.  And the
18     meetings consist of making -- taking public input
19     and at some point voting on whether to accept to
20     make a change or keep it the same for the next
21     revision of the manual.
22          Q.    And you started that work, for lack of a
23     better term, in 2015?
24          A.    Yes.
25          Q.    Without revealing any privileged
```

```
                                        Page 24
  1                          K.  Juliano
  2      information, can you tell me what it was that you
  3      were asked to do when you were retained on this
  4      case, what the understanding of your assignment was?
  5            A.    To give my opinion on what had happened
  6      with the accident through the fire protection side.
  7            Q.    What would from the fire protection side
  8      entail?
  9            A.    One thing that was clear to me from the
 10      fire protection side is the company Oprandy's was
 11      not certified by the manufacturer to be working on
 12      the cylinder in question.  So that was the biggest
 13      subject.
 14            Q.    In preparation of your report including
 15      the time to review the materials, prepare the
 16      report, how many hours did you spend doing that
 17      work?
 18            A.    Approximately 35.
 19            Q.    Did you bill your time for that work,
 20      those 35 hours?
 21            A.    Yes.
 22            Q.    And you've been paid?
 23            A.    Yes.  I'll clarify that.  The first
 24      invoice went out.  I have not invoiced for June or
 25      July yet.  But the first invoice was paid.
```

```
                                            Page 25
 1                      K. Juliano
 2         Q.     In doing your review and preparing your
 3    report, did you inspect any type of equipment?
 4         A.     Physically?
 5         Q.     Yes.
 6         A.     No.
 7         Q.     Did you obtain or endeavor to obtain any
 8    type of exemplar equipment?
 9         A.     Could you repeat that question?
10         Q.     Did you obtain or try to obtain any type
11    of exemplar equipment in your review of this case?
12         A.     Yes.  I reviewed the OSHA reports, the
13    depositions of Mr. Taranto, both technicians who
14    were injured and I believe the owner of Oprandy's
15    and his wife.
16         Q.     So you reviewed those materials.  What
17    I'm asking is, did you try to -- did you physically
18    inspect any type of equipment, component parts,
19    anything like that that you obtained from any
20    source?
21         A.     No.
22         Q.     Whether those component parts were
23    involved in this accident or you obtained ones that
24    would be an example of the equipment involved?
25         A.     I'm sorry.  Yeah, I did review some tanks
```

```
                                            Page 26
 1                        K. Juliano
 2      from my shop.
 3           Q.    What did you review in your shop?
 4           A.    We have numerous Pyro-Chem Kitchen Knight
 5      cylinders, all different sizes.  I confirmed that we
 6      did not carry a so-called test tank.  All the tanks
 7      that we had were agent tanks.
 8           Q.    About how many of those did you have and
 9      did you review?
10           A.    Approximately 20.
11           Q.    Did you maintain a list of those or
12      photographs, anything to itemize what you reviewed
13      in terms of the agent tanks in your shop?
14           A.    No.
15           Q.    Would you be able to create such a list?
16           A.    Yes.
17                 MS. FAPPIANO:  I'm going to ask that you
18           do that and provide that to us and I will
19           follow up with that request in writing.
20                 THE WITNESS:  Okay.
21           Q.    Just so I'm clear, everything that you
22      had in your shop was an agent tank; is that correct?
23           A.    Versus a test tank?
24           Q.    Yes.
25           A.    Yes.
```

```
                                                    Page 27
 1                          K. Juliano
 2          Q.     Are you okay, by the way, with that
 3    terminology, agent tank versus test tank?  Some of
 4    the witnesses use different --
 5          A.     No.  No.  I am good.
 6          Q.     Okay.  Good.
 7                 And were all of the agent tanks that you
 8    reviewed ones that were part of the Kitchen Knight
 9    II system?
10          A.     I believe there were some from Kitchen
11    Knight I as well.
12          Q.     And I didn't see that you had a
13    certification in Kitchen Knight I systems; is that
14    correct?
15          A.     I would need to verify that.  Back with
16    Lane Fire & Safety in 1995, '96, I'm not sure at
17    that point if Pyro-Chem was in Kitchen Knight I or
18    II.  I actually think it was Kitchen Knight I
19    initially at some point.
20          Q.     Obviously you reviewed a report in this
21    case, correct?
22          A.     Yes.
23          Q.     In all of the review that you did to
24    prepare the report, did you do that yourself or did
25    you have the assistance of other people?
```

Page 28

1                        K. Juliano

2           A.    I did have the assistance of one other

3      person.

4           Q.    Who was that?

5           A.    John Bielecki.  He is my operations

6      manager at All State Fire.

7           Q.    In doing that review with the assistance

8      of Mr. Bielecki, did you review all of the materials

9      yourself or did you divide that work with

10     Mr. Bielecki or something else?

11          A.    I did divide part of it to Mr. Bielecki.

12     He is in charge of our -- we utilize a third party

13     tank training company to come up to certify my

14     recharge testing facility.  So Mr. Bielecki and two

15     others are certified every five years and his

16     expertise is more in the CGA and OSHA requirements

17     than myself.  That's why I brought him in.

18          Q.    So to be clear, the opinions that are in

19     this report which relate to the CGA and OSHA

20     requirements, are those your opinions or

21     Mr. Bielecki's opinions or something else?

22          A.    No, those would be mine with him doing

23     some research for me and more assistance.

24          Q.    And you relied then on the research that

25     he did?

```
                                              Page 29
 1                       K. Juliano
 2        A.     Correct.
 3        Q.     Did you --
 4        A.     Also, on his research and also from our
 5    third-party company that has certified us reviewing
 6    their certifications and their paperwork.
 7        Q.     Did you also rely on Mr. Bielecki's
 8    expertise in the OSHA requirements and the CGA
 9    requirements?
10        A.     Yes.
11        Q.     And the third-party company that you
12    referred to, what's the name of that?
13        A.     Steigerwalt & Associates.
14        Q.     Do they publish materials that you
15    reviewed in forming your opinions?
16        A.     Yes.
17        Q.     Did you keep copies of those materials
18    with this file?
19        A.     Yes.
20        Q.     Would you be able to identify what
21    materials you reviewed from that third-party
22    company?
23        A.     Yes.
24               MS. FAPPIANO:  I'm going to ask that that
25        be compiled as well and provided to us.  I will
```

```
                                              Page 30
 1                    K. Juliano
 2       obviously follow that up with a written
 3       request.
 4       Q.    In doing your review and preparing your
 5   report, did you keep notes or take notes?
 6       A.    I did.
 7       Q.    Do you still have those notes?
 8       A.    I think I could -- I believe.
 9            MS. FAPPIANO:  I'm going to ask that you
10       hold on to those notes and we'll be asking for
11       those as well.
12       Q.    Did you also prepare drafts of your
13   report?
14       A.    More jotting down findings, material from
15   manufacturers, from a third party, from the CGA,
16   material from 17A, NFPA 17A, things of that nature
17   put down in writing, with the help of Mr. Bielecki
18   as well.
19       Q.    Is that part of the notes that you were
20   referring to?
21       A.    Notes and documents, yes.
22       Q.    Now apart from the materials that you
23   were provided, the work that Mr. Bielecki did and
24   the research that you did by reviewing the materials
25   from the third-party company, did you do any other
```

```
                                              Page 31
 1                         K. Juliano
 2      additional independent research to prepare your
 3      report?
 4            A.    No.
 5            Q.    In any of the cases that you worked on
 6      previously, were those cases in which you were asked
 7      to assess warnings and instructions?
 8            A.    No.
 9            Q.    Were you asked to assess the warnings and
10      instructions in this case or did you understand that
11      to be part of your assignment?
12            A.    Part of it, yes.
13            Q.    Do you have any experience or training in
14      writing warnings and instructions in the fire
15      suppression industry?
16            A.    No.
17            Q.    Have you ever actually done that in
18      practice?
19            A.    No.
20            Q.    Do you have any certifications in that
21      area?
22            A.    No.
23            Q.    Do you belong to any professional
24      associations which are dedicated to warnings and
25      labels and instructions?
```

```
                                              Page 32
```

1                        K. Juliano

2        A.     No.

3        Q.     I'm going to start going to your report

4    now.  I'm only interested in some portions of it, so

5    I may jump around.  If at any point you're not sure

6    what I'm talking about, just let me know and I'll

7    try to be more clear.

8               I didn't see in your report what

9    methodology you used to reach your opinions in this

10   case.  Could you describe to me what your

11   methodology was to reach your opinions in this case?

12       A.     It was nothing scientific.  It was

13   strictly based off my 25 years of experience in the

14   industry.

15       Q.     What did you do to form your opinions

16   beyond the review of the materials that we already

17   discussed?

18       A.     Review, again, manufacturer manuals was a

19   large part of it.  NFPA 17A, the CGA along with

20   Mr. Bielecki.  And fire code of New York State.

21       Q.     Are there any guidelines or standards

22   that guided the way that you conducted your review?

23       A.     Oh, yeah, in our industry in New York

24   State we start with the New York State Fire Code

25   which will turn it on to manufacturer manuals, NFPA.

```
                                          Page 33
1                     K.  Juliano
2     There will be applicable NFPA, CGA requirements.
3         Q.    How did you make the determination as to
4     which of those standards you referenced, the NFPA,
5     CGA, the fire code?  How do you make the decision
6     which of those apply to this case?
7         A.    Right now the New York State code, I
8     don't have it in front of me, it will reference that
9     obviously the manufacturer we know is Pyro-Chem
10    Kitchen Knight.  The CGA would take care of the
11    tank.  NFPA 17A is the only applicable NFPA
12    reference and DOT for the cylinder.
13        Q.    What is the basis for your statement that
14    the NFPA 17A is the only application reference from
15    the NFPA?
16        A.    So, Kitchen Knight II is a wet chemical
17    system which is direct correlation with what NFPA
18    17A is.
19        Q.    Did you also consider whether NFPA 17
20    also applies to this case?
21        A.    NFPA 17 is for dry chemical systems.  I
22    eliminated that quickly.
23        Q.    Did you also consider whether NFPA 10
24    applies?
25        A.    I believe in the second or third
```

```
                                       Page 34
  1                    K. Juliano
  2      paragraph it clearly spells out that fixed fire
  3      starting systems do not apply to that standard.
  4           Q.    Are you aware that some other experts
  5      disagree with that conclusion, specifically
  6      Mr. Taranto?
  7           A.    I did, yes.
  8           Q.    But it's your opinion that the only
  9      applicable standard is 17A of the NFPA; is that
 10      correct?
 11           A.    After reading Mr. Taranto's report, I did
 12      a little research and I can confidently say that
 13      NFPA 10 would not apply in this case at all.
 14           Q.    Is that because we're not dealing with a
 15      portable fire extinguisher, is that the reason?
 16           A.    Again, the second or third paragraph
 17      states that the standard does not apply to fixed
 18      fire suppression systems, in so many words.
 19           Q.    Assessing the various materials, evidence
 20      and data that you reviewed, did you take into
 21      account their sources?
 22           A.    The sources of who?  Mr. Taranto?
 23           Q.    No.  The sources -- so you reviewed a
 24      number of -- you reviewed a lot of materials here;
 25      testimony, reports, manuals, standards.  In
```

```
                                            Page 35
 1                       K. Juliano
 2      assessing that data, did you take into account the
 3      source of that data?
 4               MR. KIRKPATRICK:  Objection to form.
 5           A.    I don't understand your question.  Could
 6      you clarify what you're asking?
 7           Q.    Let me be more specific.  In reviewing
 8      the deposition testimony of a fact witness, did you
 9      provide different weight to that testimony depending
10      upon who the witness was?
11           A.    No.
12           Q.    Did you apply different weight to the
13      opinions that you were reviewing of Mr. Taranto
14      based upon his role in this case?
15               MR. KIRKPATRICK:  Objection to form.
16           A.    Can you repeat that?
17           Q.    I'm going to restate it.  Let me do it
18      this way.
19           A.    Please.
20           Q.    Did you assess the opinions of
21      Mr. Taranto any differently than other expert
22      witnesses based upon his role in the case?
23               MR. KIRKPATRICK:  Objection to form with
24           respect to role in the case.
25           Q.    In that he was hired by the plaintiff?
```

```
                                                    Page 36

 1                          K. Juliano

 2        A.    No.

 3        Q.    In reviewing the -- in reviewing the

 4   testimony of various fact witnesses that you listed,

 5   did you assess any credibility of those witnesses as

 6   you were analyzing that testimony?

 7              MR. KIRKPATRICK:  Objection to form.

 8        A.    The one thing that jumped out was

 9   Mr. Taranto with his continued reference to NFPA 10.

10   So to me that, for lack of a better word, ruined his

11   credibility.

12        Q.    Obviously we just talked about it.  You

13   had a number of certifications and renewal

14   certifications with the Pyro-Chem system over the

15   years.  In doing your review in this case did you

16   ever substitute that knowledge or experience for

17   information about the training process that was

18   received to by the Tyco witnesses?

19        A.    No.

20              MS. FAPPIANO:  I'm going to go straight

21        down to -- let me offer you this right now,

22        because we've been doing this for about an

23        hour.  Are you okay to continue or do you want

24        to take a five-minute break because this would

25        be a good time?
```

```
                                             Page 37
 1                      K. Juliano
 2           THE WITNESS:  I'm okay.
 3           MS. FAPPIANO:  Liz, are you okay?
 4           COURT REPORTER:  Yes, I am.  Thank you.
 5           MS. FAPPIANO:  Then we'll keep going.
 6      Anybody else?  Sorry, I didn't mean to exclude.
 7      If anybody else needs a break, just let me
 8      know.
 9      Q.    I'm going to go down to VI on your report
10      which is page 8 of the report.  I don't have the PDF
11      open, so if you need that key reference, just let me
12      know.
13      A.    Okay.  I'm there.
14      Q.    And section VI is titled application to
15      Taranto report, correct?
16      A.    Yes.
17      Q.    Was the main purpose of your review and
18      report to rebut the opinions of Mr. Taranto?
19      A.    Both to rebut his opinions and to offer
20      mine.
21      Q.    I'm just going to go through some of
22      those opinions now.  At the bottom of page 8 you
23      state, it is a, quote, basic premise of the
24      industry, end quote, that only individuals and
25      companies certified to work on a particular system
```

```
                                          Page 38
 1                      K. Juliano
 2      may work on that system.
 3               I want to start with the language basic
 4      premise of the industry.  What is the foundation for
 5      that statement?
 6           A.   So I have been through, I believe, five
 7      or six different manufacturer trainings and every
 8      one of those talks about if you are to work on
 9      another system without having the certification, you
10      are putting yourself out to liability.  The
11      manufacturer will not stand behind it if you are not
12      certified.  If you cannot access the correct parts
13      to each manufacturer, if you do not have direct
14      access to bulletins, recalls, product changes,
15      things of that nature, you are opening yourself up
16      for liability.
17               So in my opinion, whether you're a larger
18      company like mine or a small company that may only
19      have one manufacturer, you know this.  You know that
20      if you are a Protex distributor and you want to
21      touch a Kidde system or Pyro-Chem system, you are
22      taking on that risk on your own.  Again, you do not
23      have access to manufacturer parts and, more
24      importantly, bulletins, recalls and things of that
25      nature.
```

```
                                                    Page 39

 1                       K.  Juliano

 2         Q.    So is it fair to say that the source of

 3   that understanding within the city is through the

 4   various certification trainings that are offered by

 5   the manufacturers; is that fair?

 6         A.    Yes.

 7         Q.    And you also say individuals in companies

 8   who are certified to work on a particular system may

 9   work on that system.

10              So are you talking about in this case the

11   Kitchen Knight system specifically?

12         A.    Yes.

13         Q.    At the time of this accident were the

14   plaintiff and Mr. Foust working on this system when

15   the accident actually occurred?

16         A.    I believe they were working on a test

17   tank, so yes.

18         Q.    Do you consider the test tank to be part

19   of the Kitchen Knight II system?

20         A.    Yes.  I consider it to be part of the

21   product line for Kitchen Knight --

22         Q.    That's a different question.  What do you

23   mean by product line?

24         A.    So to become an authorized distributor,

25   Pyro-Chem is a good example.  They have the Kitchen
```

Page 40

K. Juliano

1    

2    Knight II wet system which is one product line.

3    They have fire extinguishers which is another

4    product line.  They had dry chemical systems.  They

5    have clean agent systems.  These are each different

6    product lines.  Once you're an authorized

7    distributor, you have access to that product line

8    only.

9           So any product that would apply in this

10   case to a Kitchen Knight fire system, you would have

11   access to all of the data, the bulletins and things

12   of that nature.

13      Q.   How do you distinguish a product line

14   then from a system just for purposes of your

15   testimony?

16      A.   I believe two ways.  All the

17   manufacturers have websites that will list -- that

18   you would log on to as a distributor and it will

19   list all of the product lines and the parts that you

20   have access to.  I also believe the manuals would

21   have a list of all the parts to the system in the

22   manual, the part numbers.

23      Q.   So let me ask you specifically then in

24   this case:  Did the manual for the Kitchen Knight II

25   system have a parts list?

```
                                          Page 41
 1                    K. Juliano
 2        A.    I believe it had, yes.
 3        Q.    That was part of the manual itself or it
 4    was a separate document?
 5        A.    You know, I don't have that in front of
 6    me to verify.
 7        Q.    Is there any information in the manual
 8    about the test tank?
 9        A.    In the manual, I believe it does list the
10    test tank and during your training with the
11    manufacturer, a rep will review the manual top to
12    bottom and anything that the end user or the company
13    is not that familiar with, you have access to ask
14    questions on.  And you also have that 800 number to
15    ask questions in the future.  They cannot cover
16    everything, obviously.  Each of the manufacturers'
17    reps, they do have a local rep and they do have a
18    technical 800 service number.
19        Q.    You just testified that the test tank is
20    listed in a parts list that may or may not be part
21    of the manual itself.  Accepting that it is a part
22    of the manual, is that what you mean by the test
23    tank is included in the manual?
24        A.    Well, keep in mind the test tank is
25    exactly the same as an agent tank minus the chemical
```

                                                        Page 42

1                        K. Juliano

2        inside the tube.  So any distributor who's gone

3        through the training would know that.  That's basic.

4              Q.    How would they know that?

5              A.    The tanks itself are identical.  The only

6        difference, I believe, is either the top or bottom

7        is painted green and they have the same DOT

8        markings.

9              Q.    Do the trainers in the training,

10       specifically the ones that you have attended, cover

11       that in the training?

12             A.    I don't recall.  I'm not sure.  The

13       trainings go on for eight hours.

14             Q.    Is there anything in the manual that says

15       treat this agent tank the same as you would a test

16       tank or vice versa?

17             A.    No.

18             Q.    Are there any instructions in the manual

19       about how to fill either the agent tank or the test

20       tank?

21             A.    Yes.  There is a list.

22             Q.    There is a list?

23             A.    I don't have it in front of me.  But

24       yeah.  It mentions about the psi and the rebuilt

25       kits and things of that nature.  I believe it's 10

```
                                        Page 43

 1                      K. Juliano
 2     or 11 steps.
 3          Q.    It actually lists 10 or 11 steps for
 4     transferring procedure?
 5          A.    For recharging the system.  I don't have
 6     it in front of me to quote word for word.
 7          Q.    Are you aware of what the test tank was
 8     intended to be used for the day of the accident had
 9     the explosion not occurred?
10          A.    I believe it was to be used for a pipe
11     integrity test during an inspection.
12          Q.    And Mr. Scott was going to be doing that
13     testing?  Were you aware of that?
14          A.    I believe I did read that, yes.
15          Q.    And he was to be meeting a fire inspector
16     to do that testing at a local deli.  Do you recall
17     that testimony?
18          A.    Vaguely.  If that is the case, I would
19     assume then that would be for a new system install.
20     I don't see why an inspector, fire inspector, would
21     need a company like ours for inspection.  I'm not
22     clear what the reasoning was then.
23          Q.    Have you ever seen a situation where a
24     fire inspector sets up an inspection and the balloon
25     testing is done on the same day?
```

```
                                        Page 44
 1                      K. Juliano
 2        A.     Typically that happens with an authority
 3   having jurisdiction upon completion of a new
 4   installation.  That is called an acceptance test.
 5   And that is when you do the pipe integrity test or
 6   the balloon test is another word for it.  And the
 7   local fire marshal or AHJ would witness that.  I
 8   have never in my 25 years seen an AHJ go out on a
 9   routine semi-annual inspection to witness it.  I
10   don't see why that would happen.  It is required at
11   least annually, so that is extremely routine.
12                (Court reporter requested clarification.)
13        A.     AHJ.  It stands for authority having
14   jurisdiction.
15        Q.     Mr. Scott wasn't intending to sell this
16   test tank to anyone, correct?
17        A.     To the best of my knowledge.
18        Q.     Or to distribute it to or leave it with
19   the customer that he was going to meet or the fire
20   inspector?
21        A.     I would assume that.
22        Q.     We've used both terms, balloon testing
23   and pipe integrity testing.  That's the specific
24   purpose of this test tank; is that correct?
25        A.     Yes.
```

```
                                              Page 45
 1                        K. Juliano
 2        Q.    Back to the bottom of page 8 of the
 3    report, you state, "It appears Oprandy's failed to
 4    follow the rules."  Is that a reference to some rule
 5    that only certified dealers may do balloon testing
 6    or pipe integrity testing of a system?
 7        A.    If you're using a manufacturer's part,
 8    you should be a manufacture distributor.  And the
 9    technician who is using it should be certified.
10        Q.    Where is that rule?  What rule are you
11    talking about?
12        A.    Each of the manufacturers will mention
13    that in their manual.
14        Q.    Is that mentioned in the Pyro-Chem
15    manual?
16        A.    I believe it does warn against
17    nonauthorized users using the system, yes.  I think
18    it's mentioned a couple of times.
19        Q.    For balloon testing or pipe integrity
20    testing is my question.
21        A.    For the system in general.
22        Q.    But not specified for pipe integrity
23    testing or balloon testing; is that correct?
24        A.    Not specified, no.
25        Q.    You did indicate that some of the
```

```
                                              Page 46
 1                         K. Juliano
 2      testimony that you read in preparation of your
 3      report was from two of the Tyco witnesses, Adam
 4      Menor and Curtis Harding; is that accurate?
 5           A.    Yes.
 6           Q.    Are you aware that there is testimony
 7      that Tyco did not keep track of where their systems
 8      were sold?
 9           A.    I believe I read that.
10           Q.    Are you aware of the testimony that Tyco
11      did not require there to be proof of certification
12      for a Kitchen Knight system to be purchased?
13           A.    No, I did not see that.
14           Q.    And that they did not require proof of
15      that certification for an individual to buy a test
16      tank?
17                 MR. KIRKPATRICK:  Objection to form.
18           Misstates testimony.
19           A.    You're breaking up again.
20           Q.    I need an answer to that question.  Did
21      you hear the question?
22           A.    Can you ask it again, please?
23           Q.    I'm going to restate it.  Are you aware
24      of there being any requirement by Tyco that proof of
25      certification be shown for an individual or a
```

```
                                        Page 47
 1                      K. Juliano
 2      company to buy a test tank?
 3           A.    I am aware that you need to be an
 4      authorized distributor to buy a majority of the
 5      parts, to the best of my knowledge.
 6           Q.    I'm asking specifically about the test
 7      tank.  Are you aware of there being any requirement
 8      that a certification be obtained or shown or proven
 9      in some way before that can be purchased?
10                 MR. KIRKPATRICK:  Objection.
11           A.    Just that you need to be an authorized
12      distributor to provide parts.  So there are ways to
13      obtain parts, other ways obviously.
14                 (Court reporter requested clarification.)
15           Q.    The last sentence of page 8, we are
16      warned repeatedly that this is the case.  I think
17      that's referring to this whole conversation right
18      now about being a certified distributor.  What is
19      your basis for we are warned repeatedly?
20           A.    During trainings that is one of the first
21      things -- not just for Pyro-Chem, for all of the
22      distributors I've been involved with -- all of the
23      manufacturers, I should say, I've been involved
24      with.  You are warned do not install products that
25      you are not licensed for or certified for.  The
```

```
                                        Page 48
 1                    K. Juliano
 2    warning typically is that the manufacturer will not
 3    stand behind it if you are not an authorized
 4    distributor.
 5         Q.    What do you mean by manufacturer will not
 6    stand behind it?
 7         A.    So if you were a Pyro-Chem distributor
 8    and you used parts from a different -- from a Kidde
 9    system or a Range Guard, you could void UL listings
10    and the manufacturer will quickly realize it was not
11    installed as per their manual and they may not stand
12    behind it.
13         Q.    And is that specific to the test tank
14    that they will not stand behind the use of the test
15    tank?
16         A.    I'm assuming a test tank would be like an
17    agent, an agent tank, a pulsation or any other part.
18    That's how I interpret it.
19         Q.    What's the basis for that assumption and
20    that interpretation?
21         A.    You're breaking up again.
22         Q.    What's the basis for that assumption and
23    that interpretation?
24         A.    Each of the manuals and each of the
25    training that is repeatedly stated.
```

```
                                              Page 49
 1                     K. Juliano
 2        Q.    I'm going to turn your attention to
 3   appendix C and you title that "select materials
 4   considered."  And the first page after the title
 5   page of appendix C which is page 18 of the PDF,
 6   there's a document at the top it says "Pyro-Chem."
 7             Do you see that?
 8        A.    Yes.
 9        Q.    And if I'm understanding your report,
10   this is the manual cover page for the Kitchen Knight
11   II system; is that correct?
12        A.    Yes.
13        Q.    Do you know if based upon your review of
14   all the materials and the evidence in this case if
15   someone, a company, an individual, were to buy a
16   test tank separately, would this manual be provided
17   with it?
18        A.    No.
19        Q.    So if hypothetically I were to purchase
20   the test tank, how would I then see this language in
21   the manual for the Kitchen Knight system?
22             MR. KIRKPATRICK:  Objection to form.
23        A.    That goes back to -- that goes back to
24   what we are trained by all the manufacturers.  You
25   should only be working on systems that you are
```

```
                                           Page 50
 1                       K. Juliano
 2      certified for.  So if you bought that and you were
 3      not a distributor, you should not be working on it.
 4           Q.    This manual and I'm looking at the cover
 5      page that's at the appendix C, it says it's, quote,
 6      provided in electronic format only to individuals
 7      who hold current product training certification; is
 8      that correct?
 9           A.    Yes.
10           Q.    So if you don't have a certification, you
11      don't get the manual; is that a fair interpretation
12      of that statement?
13           A.    Yes.
14           Q.    Where on this page does it talk about who
15      should or should not be using a test tank?
16                 MR. KIRKPATRICK:  Objection to form.
17           A.    I don't see it.
18           Q.    Or where does it talk about who should or
19      should not be maintaining or servicing the Kitchen
20      Knight system on this page?
21           A.    It does not talk about that on that page.
22           Q.    But you included this page as an
23      attachment to your report, correct?
24           A.    Correct.
25           Q.    Why did you then include this page and
```

1                        K. Juliano

2      not any other portions of the manual to your report?

3           A.    I certainly can supply the entire manual.

4           Q.    Is there something specific in the manual

5      that would discuss then who should or should not be

6      using the test tank?

7           A.    Test tank or any other materials from

8      Pyro-Chem.  It does not specify, again, a nozzle, a

9      pulsation, a gas valve or test tank.  It talks about

10     products in general.

11          Q.    And you opted not to include that as an

12     attachment here, correct?

13          A.    Let me see.  Correct.

14          Q.    What is shown in this Pyro-Chem cover

15     page, it's really information about how one obtains

16     a manual; is that correct?

17          A.    No.  It talks about updated material

18     which could be recall, a change in product, and in

19     this case Pyro-Chem would be a perfect example.  Ten

20     years ago or so there was a major recall where the

21     tanks were having an issue and required a service

22     collar to be placed around the neck of the tank.

23     It's referring to, in my opinion, things of that

24     nature.

25          Q.    So what you just referred to, that was a

```
                                          Page 52
 1                       K. Juliano
 2    product recall?  When was that?
 3        A.    Not a recall.  It was an addition.  I
 4    would have to -- approximately ten years ago.  And
 5    still ongoing.  Some tanks were manufactured with an
 6    issue to the neck of the tank so Pyro-Chem came out
 7    with a collar that -- for each system.  It was sent
 8    to the distributor to place around the neck to
 9    prevent injury, I guess, for lack of a better word.
10    I can supply that document very easily.
11        Q.    So if I'm doing the math correctly, we're
12    talking around 2010; is that fair, that this
13    happened?
14        A.    It was an ongoing issue.  So I don't want
15    to lock into an exact date.
16        Q.    How were the end users of those -- I
17    believe you said they were tanks.  How were they
18    notified of this issue?
19        A.    They were notified at the next
20    inspection.  What we did as a distributor was give a
21    list to Pyro-Chem of our upcoming customers.  They
22    would send out the collar in advance and we would
23    install it during the next semiannual inspection.
24        Q.    What you're referring to, was that an
25    agent tank or test tank or both?
```

```
                                          Page 53
 1                      K. Juliano
 2        A.     Agent tank.
 3        Q.     But it was not an issue with test tanks;
 4   is that correct?
 5        A.     You know, I'm not sure.  We don't utilize
 6   test tanks.
 7        Q.     Do you have any knowledge or information
 8   about whether it did involve an issue with a test
 9   tank that you just described, a collar around the
10   top being required?
11        A.     I don't know offhand.  I certainly could
12   find out.
13        Q.     Do you have any information as you sit
14   here today right now about how users of a tested
15   tank would have been notified about that issue?
16        A.     Some awareness.  Notified through the
17   manufacturer direct for any recall or changes.  So
18   they notify the distributor.
19        Q.     The manufacturer's only notification then
20   went to the distributors; is that fair to say?
21        A.     Fair to say.  Again, I'm not a Pyro-Chem
22   or Tyco or Ansul --
23        Q.     There was no effort, though, from what
24   you are aware of, to notify the end users of the
25   various systems of the issue with these tanks?
```

Page 54

1                      K. Juliano
2          A.    Again, I would not know what the
3     manufacturers do other than what they send to a
4     company like mine.
5          Q.    I'm back on page 9.  You say, quote, when
6     designing and manufacturing its products, Pyro-Chem
7     relies on its authorized --
8          A.    I'm sorry.  Could you repeat that?
9          Q.    "When designing and manufacturing its
10    products, Pyro-Chem relies on its distributors to
11    use common sense and adhere to industry standards."
12               Did I read that correctly?
13         A.    Yes.
14         Q.    What industry standards are you talking
15    about that there?
16         A.    NFPA 17A, CGA with the cylinders, OSHA
17    and, of course, the Pyro-Chem or the manufacturer
18    manual.
19         Q.    Are you considering the manual an
20    industry standard then?
21         A.    Yeah.  I would.
22         Q.    What's your basis for considering that to
23    be an industry standard?
24         A.    Say that again.
25         Q.    What is your basis for that conclusion,

Page 55

1                    K. Juliano

2       that the manual is an industry standard?

3            A.    So where we come from in New York, we

4       start with the New York State Fire Code.  And then

5       that will reference NFPA, CGA, OSHA and the

6       manufacturer I believe is listed in there as well.

7       NFPA 17A would list the same.

8            Q.    That sentence that I just read, you refer

9       to the use of common sense.  Are you saying here

10      that common sense was not employed?

11           A.    In the accident?

12           Q.    Yes.

13           A.    Excuse me.  Are you talking about the

14      accident?

15           Q.    Yes.

16           A.    I would say that common sense, the two

17      gentleman in the room recharging were not trained at

18      all.

19           Q.    That was not my question.

20                 (Court reporter requested clarification.)

21           A.    Common sense through the business owner,

22      Mr. Scott, you need to train your employees on what

23      they're doing.

24           Q.    Did you review what training was done?

25           A.    Yeah, I believe Mr. Scott called it the

Page 56

1                          K. Juliano

2      buddy training.  And to go further, I think he said

3      he used his own methods and not the methods of the

4      cascade system.  He didn't like them or something of

5      that nature.  And passed it along to his employees.

6           Q.    Did you see the methods for the cascade

7      system that you just referenced to?

8           A.    No.

9           Q.    Did you have those procedures in any way?

10          A.    No.

11          Q.    Did you evaluate the procedures that were

12     employed by Mr. Scott and, by extension, his

13     employees?

14               MR. KIRKPATRICK:  Objection to form.

15          A.    I've looked at it.  He mentioned he had

16     some manuals in his office that were not available

17     to the technicians.  I don't believe there were

18     warning signs.  I don't believe there were

19     step-by-step instructions in the recharge room,

20     things of that nature.

21          Q.    Did you see or review any information

22     that spoke to the training that Mr. Foust

23     specifically had before this accident?

24          A.    If I recall correctly, he reported that

25     he was not able to train because of children at home

```
                                                 Page 57
 1                         K.  Juliano
 2      and relied on the buddy system, something of that
 3      sort.
 4             Q.     Did you see that he did --
 5             A.     I can't hear.
 6             Q.     Did you see that Mr. Foust actually had a
 7      certification in the materials that you reviewed?
 8             A.     No, I did not.
 9             Q.     Did you review the deposition testimony
10      of either Mr. Slover or Mr. Hawkins?
11             A.     I don't believe so.
12             Q.     Did you review the testimony that
13      Mr. Hawkins provided about the procedures that were
14      utilized for transfilling and the training he
15      received in that regard?
16             A.     No.
17             Q.     Now you go on to say in your report that,
18      "The practices implemented by Mr. Foust and
19      Oprandy's are, quote, antithetical to every instinct
20      authorized distributors develop and are trained to
21      have."  Dig into that a little bit.
22                    First, do you have any training in human
23      factors analysis?
24             A.     No.
25             Q.     How about psychology?
```

```
                                        Page 58
 1                    K. Juliano
 2        A.     None.
 3        Q.     Do you have any certifications in human
 4   factors analysis or psychology?
 5        A.     No.
 6        Q.     Is there any basis in the evidence,
 7   literature or other sources you reviewed or relied
 8   upon in forming your opinions for what instinct
 9   Mr. Foust should have had?
10        A.     That my comments were based on you are
11   trained by the manufacturers not to touch another
12   system that you are not certified for.  Injuries can
13   happen.  I believe what we talked about earlier,
14   about the service collar, the bulletin that was
15   issued said something to the effect, not following
16   this procedure could result in serious injury or
17   death is on the bulletin.
18        Q.     So are you saying that that is all based
19   upon the bulletins and the manuals and the training
20   or that's instinct that he should have had?  Which
21   is it?
22        A.     I'm saying in the industry you should
23   realize if you are not trained or certified on a
24   system, injuries can happen, you should not be
25   touching it.
```

```
                                            Page 59
 1                         K. Juliano
 2        Q.    So you should just know that is what
 3   you're saying?
 4        A.    You should know that from being trained
 5   by the manufacturer of a fire system.
 6        Q.    So is it training or is it instinct?
 7        A.    Instinct after going through a training.
 8        Q.    Do you have any information at all about
 9   what Mr. Foust's employment background was with
10   Oprandy's before this accident occurred?
11        A.    You know, I read the transcript, I think,
12   back in March.  I don't believe he had any
13   experience in the field.
14        Q.    Do you know that he had actually worked
15   as a firefighter a long time before he went to work
16   for Oprandy's?
17        A.    Yeah, that would be no experience in fire
18   suppression.  Totally different.
19        Q.    Do you know how many times he refilled a
20   test tank or recharged a test tank before this
21   accident occurred?
22        A.    No.
23        Q.    Do you have any information about how
24   many times he did that without incident?
25        A.    No.
```

```
                                              Page 60
 1                        K. Juliano
 2         Q.    So not knowing any of that information,
 3    you still have an opinion that his instincts were
 4    wrong on this day; is that correct?
 5         A.    Yes.
 6         Q.    And he should have had a different
 7    instinct all together on that day, correct?
 8         A.    Based on the correct training, yes.
 9         Q.    I may have asked this already, but you do
10    say in your report, authorized distributors would
11    know to properly train employees as required by the
12    manual and regulations.
13              My question is:  Where in the manual are
14    there any recharging and transfilling procedures?
15         A.    They don't list that.  There are many
16    different ways to refill, transfill a tank, many
17    different procedures.  I would not expect a
18    manufacturer to teach us how to do that.
19         Q.    In the regulations are there transfilling
20    or recharging procedures?
21         A.    CGA, I believe -- from my standpoint, we
22    utilize a third-party company to train us on that.
23    My understanding is, you get into the CGA, you get
24    into OSHA, from my point of view, I want to do it
25    right.  That is why we outsource a professional
```

Page 61

```
1                           K. Juliano
2        third-party company to train us on that.
3             Q.    Do you not know what regulations discuss
4        transfilling procedures?
5             A.    I don't have the books.  Yeah, I'd be
6        going by the fire code of New York State.  It would
7        be in there.
8             Q.    You're sure?
9             A.    It would point me in the right direction.
10       I didn't research that for this.
11            Q.    You didn't research it but you are
12       confident in saying that authorized distributors
13       would know to properly train their employees as
14       required by manual and regulations; is that correct?
15            A.    Yeah.  Keep in mind all the manufacturers
16       in the training, they offer the 800 technical
17       service number.  If there's any questions, they
18       would be able to help you out with things of that
19       nature easily.
20            Q.    I actually -- go ahead.  I didn't mean to
21       interrupt you.
22                  Where is that 800 number listed?
23            A.    Either in the manual or when you are a
24       certified distributor, the manufacturer will offer
25       that number to you.  And so the employer, in my
```

```
                                       Page 62
 1                        K. Juliano
 2    case, I would pass that number out to my
 3    technicians.  But typically during the training, the
 4    trainer will, in that exhibit we have from
 5    Pyro-Chem, that was a perfect example.  I got that
 6    manual from one of my technicians and he wrote that
 7    down right off the bat.  Again, most of the training
 8    I've been through offer their own number, and then
 9    they make sure that you have the 800 number.  It's
10    easily accessible.
11         Q.    To be clear, this Pyro-Chem manual in
12    appendix C, the cover page that we've been talking
13    about, is something that was in your own possession
14    or your company's profession, correct?
15         A.    Correct.
16         Q.    And the handwriting that's on that
17    document, whose handwriting is that?
18         A.    His name is Nathan Truss, T-R-U-S-S.
19         Q.    And that's an employee of your company,
20    correct?
21         A.    Correct.
22         Q.    And he wrote that number onto that cover
23    page, correct?
24         A.    Correct.
25         Q.    Did you see him do that?
```

```
                                              Page 63
 1                        K. Juliano
 2        A.     No.
 3        Q.     Do you know when he did that?
 4        A.     In my research, I know there are
 5   different versions of the manual, so I asked him for
 6   a part of the manual.  He did that.  I didn't talk
 7   about it other than that.  I have no idea.  I'm
 8   assuming he did it at training.
 9        Q.     Do you know if that 800 number or a
10   different 800 number for technical services is
11   listed preprinted anywhere in the manual?
12        A.     Each manufacturer is different.  I know a
13   lot of them have it.  I'm not sure on this manual.
14   I'd have to look.
15        Q.     But in the manual that you reviewed for
16   this case, did you see that anywhere?
17        A.     I did not look for it so I have no idea
18   if it is or not.
19        Q.     Was that number printed on the agent
20   tanks that you looked at in your shop when you were
21   reviewing this case and preparing your report?
22        A.     I don't recall.
23        Q.     Did you see an 800 number -- let me
24   strike that.
25               Did you review any photographs of any of
```

```
                                      Page 64
 1                      K. Juliano
 2      the component parts that were involved in this
 3      accident?
 4           A.    Yes, I looked at the OSHA pictures.
 5           Q.    In any of those photographs, did you see
 6      an 800 number listed on the test tank?
 7           A.    I don't recall.
 8                 MS. FAPPIANO:  Why don't we take a
 9           five-minute break?
10                 (A recess was taken from 11:42 a.m. to
11           11:47 a.m.)
12           Q.    You say in your report that Oprandy's
13      should have made manufacturer manuals available; is
14      that correct?
15           A.    Yes.
16           Q.    And you did read the deposition testimony
17      of Patty Scott, correct?
18           A.    Correct.
19           Q.    But you didn't read the testimony from
20      Mr. Slover or Mr. Hawkins; is that right?
21           A.    I don't believe so.
22           Q.    And are you aware from the testimony that
23      you did review that manuals were kept in a file
24      cabinet in the office of Oprandy's?
25           A.    Yes.
```

```
                                        Page 65
 1                     K. Juliano
 2        Q.    And that the employees did have access to
 3   that cabinet?
 4        A.    I don't recall that.
 5        Q.    You talk about -- I'm sorry, I don't have
 6   the direct quote here.  You talk about posting of
 7   warnings and instructions.  What warnings and
 8   instructions are you referring to?
 9        A.    For my shop we have for each tank or
10   cylinder that we touch, we have both written
11   instructions and photographs of how to service the
12   tanks.  Warnings, basic warnings, danger warnings,
13   more or less reminder be careful, the job you're
14   doing, it could cause injury.
15        Q.    Let me break it down then.  The warnings
16   that you just referenced, who prepared those?
17        A.    For my shop?
18        Q.    Yes.
19        A.    So I had joined the company one year in
20   2008 and we already had the warning signs there.
21        Q.    Are those general warning signs or
22   specific to equipment or component parts that your
23   employees --
24        A.    General.  General.
25        Q.    Any warnings specific to equipment or
```

```
                                        Page 66
 1                    K. Juliano
 2      other component parts that your employees are
 3      utilizing, are there warnings that are posted for
 4      those?
 5          A.    So those warnings are all in the manual
 6      and code books that we have inside that room.
 7          Q.    So you rely then on the manuals for the
 8      warnings for your employees on specific equipment
 9      and its component parts; is that fair to say?
10          A.    Manuals and code books.
11          Q.    When you say code books, you are
12      referring to New York State --
13          A.    CGA, New York State Fire Code, things of
14      that nature.
15          Q.    OSHA, things like that?
16          A.    Yes.
17          Q.    And you make those available to your
18      employees?
19          A.    Every cylinder they touch there is a code
20      book inside that room, inside the recharge room.
21          Q.    So it's inside the same room?
22          A.    Correct.  Yes.  Others would have access
23      to them, too.  For example, John, the operations
24      guy, he has a set of books in his office as well.
25          Q.    And that practice of keeping those code
```

```
                                              Page 67
 1                       K. Juliano
 2      books and manuals in the room, is that a practice
 3      that you adopted due to some sort of standard or
 4      regulation that requires that?
 5           A.    I know that is reviewed with our
 6      third-party company.  They come out, like I said,
 7      every five years, they spend that day with us.  Part
 8      of that day is inside the recharge room and pointing
 9      out things like that would be a perfect example.
10           Q.    What third-party company are you
11      referring to again?  I'm sorry.
12           A.    Steigerwalt.
13           Q.    And that's the manufacturer certification
14      courses, that's a separate thing that your company
15      does for what purpose?
16           A.    Can you repeat that?
17           Q.    So that third-party company that comes
18      in, what's the purpose of their coming there?
19           A.    That is to insure -- we realize the
20      dangers of recharging and touching cylinders.  We
21      were going above and beyond.  It helps us keep
22      up-to-date.  We're fire suppression people.  Us
23      keeping up with the CGA, with OSHA requirements, we
24      rely on this company to do that for us.
25           Q.     Is there a requirement that you have that
```

```
                                        Page 68
 1                         K. Juliano
 2       type of training or consulting service for your
 3       company under a regulation or a standard?
 4            A.    You know, I would have to check with John
 5       on that, my operations guy.  I don't know myself.
 6            Q.    And the second part of what we began to
 7       discuss was instructions for operation of the
 8       various equipment.  In your company who prepares
 9       those instructions?
10            A.    John Bielecki oversees it.  I believe he
11       has prepared the majority of them.
12            Q.    He prepares them himself or he obtains
13       them from a manufacturer or a combination?
14            A.    I would have to check with him.  I don't
15       know.
16            Q.    You don't know.  Do you know if there's a
17       standard that speaks to who should be preparing the
18       instructions for the equipment that your employees
19       are operating?
20            A.    In regards to refilling and transfilling
21       tanks?
22            Q.    I'll adopt that, yes.
23            A.    No, I would have to check with John on
24       that.  I don't know myself.  I'm not an expert on
25       that part.
```

```
                                             Page 69
 1                        K. Juliano
 2        Q.    In the photographs that you reviewed from
 3   the OSHA report of the test tank, did it have any
 4   warnings on it?
 5        A.    The test tank, I don't believe so.
 6        Q.    Did it have any instructions on it?
 7        A.    Yes.  It had a DOT marking on it.
 8        Q.    Are you considering that to be an
 9   instruction?
10        A.    I would say the 225 marking on it would
11   clearly indicate that the psi is 225.
12        Q.    Does it indicate anything besides the
13   fact that -- I may be saying this slightly
14   differently than you, but that the input pressure
15   was 225 psi?
16        A.    No.
17        Q.    Now you say that -- in your report again,
18   that a calibrated pressure relief valve should have
19   been used; is that correct?
20        A.    Yes.
21        Q.    And you would agree that the use of such
22   a valve would have helped prevent this accident; is
23   that correct?
24        A.    That I discussed with John Bielecki and
25   yes, based off of that, I agree.
```

```
                                              Page 70
 1                       K. Juliano
 2        Q.    Is there any standard -- I'm sorry.
 3        A.    Go ahead.
 4        Q.    Is there any standard or regulation that
 5   requires the use of that type of valve?
 6        A.    I don't know.
 7        Q.    In the materials that you did review
 8   including the manual for the system, for this
 9   specific system, not one that you have in your
10   company, which refers to the agent tank, does that
11   manual require the use of a pressure relief valve?
12        A.    Are you asking Pyro-Chem or from the
13   Poseidon cascade system?
14        Q.    I'm asking about the Pyro-Chem manual.
15        A.    No, it does not discuss how to refill an
16   agent or a test agent tank.
17        Q.    Are there any warnings in that Pyro-Chem
18   manual or on the agent tank that a pressure relief
19   valve should be used?
20        A.    I don't know.
21        Q.    You also say that a calibrated and
22   properly engaged regulator and a safety cage should
23   have been used.  I'm going to just break that down
24   now.
25              What is the basis for the statement that
```

```
                                          Page 71
 1                      K. Juliano
 2     there was no calibrated regulator being used on the
 3     day of the accident?
 4          A.    I believe that was in the deposition or
 5     the report.  I don't have it in front of me.  I
 6     don't know off the top of my head.
 7          Q.    You didn't inspect it yourself, correct?
 8          A.    No.
 9          Q.    Are you aware that there is no evidence
10     that the regulator was not properly calibrated that
11     day?
12          A.    I'm not aware.
13          Q.    When you say a safety cage, what are you
14     referring to?
15          A.    A four-sided cage which a cylinder would
16     be placed into with the door closed.  In case of a
17     rupture, it would somewhat limit damage or injury.
18          Q.    Have you seen those types of cages in
19     this context?
20          A.    Yes, I have one in my shop.
21          Q.    What manufacturer is the one in your
22     shop?
23          A.    I have no idea.
24          Q.    Let me back up a little bit.  Are you
25     familiar with the Poseidon cascade system?
```

```
                                              Page 72
 1                        K. Juliano
 2        A.      No.
 3        Q.      Have you ever operated one?
 4        A.      No.
 5        Q.      Do you have any idea or knowledge or
 6    experience about what types of models of the
 7    Poseidon cascade system were on the market prior to
 8    2016?
 9                MR. KIRKPATRICK:  Objection to form.
10        Asked and answered.
11        A.      Are you waiting on me?
12        Q.      Yes.  You can answer the question.
13        A.      Please repeat it.
14        Q.      I will.  Do you have any knowledge about
15    what models of the Poseidon cascade system were on
16    the market prior to February of 2016?
17        A.      No.
18        Q.      The type of safety cage that you just
19    described from your review of the file, did the
20    Poseidon cascade system have such a system on it?
21        A.      I don't recall.
22        Q.      You did earlier say that you did read the
23    deposition testimony of Patty Scott, correct?
24        A.      Yes.
25        Q.      Did you review the photographs that were
```

```
                                              Page 73
 1                        K. Juliano
 2    marked as exhibits during her deposition which
 3    showed the Poseidon cascade system?
 4         A.    Yes.  I reviewed the items early March.
 5    I can't picture it top of my head.
 6         Q.    Are you aware that those photographs show
 7    and she testified that there were these steel
 8    cylinders that were attached to the front of the
 9    compressor that the bottles could be placed inside
10    of when they were being built?
11         A.    I don't recall.
12         Q.    You state in your report -- I don't know
13    if you said Mr. Foust or somebody filling the
14    cylinder, that that person should know not to set
15    the regulator to fully open, correct?
16         A.    I believe so, yes.
17         Q.    Is your statement that that's what was
18    actually done here, that the regulator was set to
19    fully open?
20         A.    No.  I'm saying -- we stated if it was,
21    it should not be fully open after review with
22    Mr. Bielecki from my office.  What happened in this
23    case, I have no idea.
24         Q.    You're not saying that Mr. Foust did that
25    or he did that intentionally as part of his
```

```
                                     Page 74
 1                     K. Juliano
 2    training, are you?
 3         A.    No.  I don't know.
 4         Q.    Or that his instinct or instincts or his
 5    experience would have led him to believe that that
 6    would have been the best practice to set it at fully
 7    open?  Are you saying that?
 8         A.    All I know is, he received the buddy
 9    training from Mr. Scott.
10         Q.    To be clear, Mr. Foust did not actually
11    testify in this case; are you aware of that?
12         A.    No.  Are you talking about his
13    deposition?
14         Q.    Are you aware that Mr. Foust is now
15    deceased?
16         A.    Yes.
17         Q.    And he did not testify in this case?
18         A.    I'm sorry.  Was it the OSHA statements he
19    made?
20         Q.    I just want to --
21         A.    Yes.  Yes.
22         Q.    I'm not trying to catch you.  I just want
23    to be clear what the source of your information is.
24               And you did read the OSHA report, right?
25         A.    Yes.
```

```
                                         Page 75
 1                      K. Juliano
 2        Q.    Are you aware from reading that report
 3   that Mr. Foust advised OSHA at what level he set the
 4   output pressure?
 5        A.    Again, I read that report back in March.
 6   I don't recall.
 7        Q.    So do you remember that he actually told
 8   the OSHA investigators that he believed he was
 9   setting the output pressure at 450 psi?
10        A.    Yes.  I don't recall reading that
11   totally.
12        Q.    That's not fully open, right?
13        A.    I am not an expert on the cascade system
14   or Poseidon system, so I can't answer that.
15        Q.    On page 9, I'm looking at the second full
16   paragraph now, you go on to discuss the warnings on
17   your cylinder and it is your opinion that they were
18   clear, concise and consistent.  What exact warnings
19   are you talking about there?
20        A.    I'm just going to read the paragraph if
21   that's okay.
22        Q.    Yeah.  Take your time.  No problem.
23        A.    So in that paragraph that I'm talking
24   about the technician unfamiliar with the product
25   he's using, if he was trained properly, would have
```

```
                                        Page 76
 1                     K. Juliano
 2      had access to the 800 number to call the
 3      manufacturer to discuss what he was working on.
 4           Q.    So my question is specifically about more
 5      the second sentence of that paragraph, "The warnings
 6      here are clear, concise and consistent with industry
 7      standards."
 8                 Did I read that correctly?
 9           A.    Yes.  Industry standards, you would not
10      work on a system that you are not certified for.
11           Q.    I hear what you're saying there, but my
12      question is:  When you say the warnings here, what
13      is your reference to?  What are you referring to?
14           A.    The warnings.  He's working on that
15      Pyro-Chem tank that is marked with 225 psi that was
16      not functioning.  In my opinion, he should have
17      stopped, called for help, Pyro-Chem, Mr. Scott.  He
18      should not have continued.
19           Q.    Is the warning that you're referring to
20      then the 225 psi marking?  Is that what you mean in
21      that sentence?
22           A.    In addition to working on a Pyro-Chem
23      tank.
24           Q.    But working on a tank is not a warning;
25      is that fair?
```

```
                                      Page 77

 1                      K. Juliano
 2        A.    No.  I wouldn't say that.  You are
 3    trained in -- in all the training you go through, if
 4    you are designing the system, installing it,
 5    refilling it, we are here for you, we have an 800
 6    number, call us.  That is the whole basis for the
 7    training.  Not just Pyro-Chem.  This is every
 8    manufacturer that I've been involved with.
 9        Q.    So you're saying that the warning that
10    you're also incorporating in this sentence -- in
11    this sentence is the offer that a manufacturer can
12    be contacted in the event of a problem?  Is that
13    what you're saying?
14        A.    I'm not sure --
15              MR. KIRKPATRICK:  Objection to form.
16        A.    I'm not sure if that's the correct word.
17    That is one of the advantages of being a
18    distributor.  Offer is a poor choice of words.
19        Q.    You're not talking about any specific
20    thing that's written on the test tank, am I correct,
21    other than the 225 psi marking?
22        A.    The 225, the DOT markings.
23        Q.    And that refers to the input pressure,
24    correct?
25        A.    I believe so, yes.
```

Page 78

1                        K. Juliano

2        Q.    And is there any evidence you reviewed

3    that would lead you to believe that Mr. Foust did

4    not understand that the input pressure was 225 psi?

5        A.    I don't know.  I'm not sure what he was

6    thinking.

7        Q.    Actually, on page 10, you talk about in

8    the first paragraph, quote, it does not appear as

9    though there was any confusion as to the target psi

10   of the cylinder.

11              Is that what you wrote there?

12       A.    On page 10?

13       Q.    Yeah.

14       A.    One sec.  Correct.  I see it right there.

15       Q.    Did Mr. Foust or any other witness,

16   namely the plaintiff, offer any testimony that

17   Mr. Foust was unclear about the meaning of the

18   225 psi marking?

19       A.    I don't recall.

20       Q.    What Mr. Taranto talks about and the

21   issue that he discussed is not the 225 psi marking

22   on the cylinder relating to input pressure, but all

23   of the other information that we see on an agent

24   tank not being included on a test tank; is that

25   right?  Is that what Mr. Taranto was really talking

                              K. Juliano

1

2       about in his report?

3            A.    Can you give an example?

4            Q.    So I'm just trying to cut a corner in our

5       conversation.  Mr. Taranto talks about in his report

6       that there was a lot of other information on the

7       label of the agent tank that does not appear on the

8       test tank; is that a fair statement of what he talks

9       about?

10           A.    Yeah.  Yeah.

11           Q.    And you talk about the fact in your

12      report, you talk about the fact that Mr. Taranto

13      suggests that the same information should be

14      included on both the agent tank and the test tank,

15      right?

16           A.    Yes.

17           Q.    You go on to state in your report,

18      "Manufacturers often provide labels even though they

19      are not required to do so for the benefit of the

20      less knowledgeable end user who is responsible for

21      certain aspects of" -- might have typed this

22      wrong -- "of maintaining the system including

23      monthly inspection."  Is that what you wrote?

24           A.    Yes.

25           Q.    So are you saying that some instructions

Page 80

1                         K. Juliano
2      are not required but they're put there anyway by
3      some manufacturers?
4           A.    No.  Any tank that is left with an end
5      user is labeled.  It's labeled -- that's one
6      example, the owner or whoever is in charge of the
7      building is required to do monthly inspections.
8      It's things to make sure the tank is not blocked,
9      the gauge is readable, things of that nature.  But
10     the other reason they would be labeled is for a
11     first responder in case of a fire.  It could be for
12     an insurance carrier wanting to see the type of
13     system.  A test tank would never be left with an end
14     user, so there would be no reason to label it with
15     that information there.
16          Q.    Now you did give some examples which you
17     included in appendix C.  Those are from other
18     manufacturers like Range Guard and Kidde; is that
19     right?
20          A.    Yes.
21          Q.    But you didn't provide any from Pyro-Chem
22     or Tyco in that appendix; is that correct?
23          A.    Correct.
24          Q.    Is that because they don't provide those
25     instructions?

```
                                    Page 81
```

```
 1                      K. Juliano

 2        A.    I don't believe so.

 3        Q.    From your --

 4        A.    You're breaking up on me.

 5        Q.    From your review of all of the evidence

 6    and your experience and your training, do you have

 7    any basis for why Tyco does not include those

 8    instructions but the other manufacturers do?

 9        A.    I have no idea what Tyco does or does not

10    do.

11        Q.    I think you might have just talked about

12    this, but you say in your report because the test

13    cylinder is not left with the end user it makes

14    sense that the manufacturer did not include warnings

15    on the test cylinder; is that accurate?

16        A.    Yes.

17        Q.    So who are you presuming to be the end

18    user in that statement?

19        A.    The end user would be the customer who

20    would keep the tank or cylinder on site.

21        Q.    I think I covered this next section of

22    questions so I don't want to be duplicative.  Give

23    me a moment.  I'm not going to go back through these

24    questions but I just want to create some context

25    here.
```

```
                                          Page 82
1                       K.  Juliano
2               You  talk  about  in  your  report  that
3       authorized  distributors  would  know  that  the  warnings
4       on  agent  cylinder  nameplate  equally  apply  to  the
5       test  cylinder.   And  I've  already  asked  you  questions
6       about  that.
7               Then  you  go  on  to  say  that  is  all,  quote,
8       besides  the  point  because  anyone  handling  the  test
9       tank  would  know  that  overfilling  would  lead  to
10      rupture  and  serious  injury.   Is  that  an  accurate
11      reading  of  your  opinion?
12          A.    Yes.
13          Q.    Do  you  have  any  reason  to  believe  that
14      Mr.  Foust  did  not  know  that  or  he  overfilled  that
15      purposely  because  that  is  what  he  was  trained  to  do?
16          A.    No,  I  have  no  idea.
17          Q.    In  fact,  based  upon  the  testimony  of  the
18      plaintiff,  the  two  men  who  were  in  that  room  both
19      believed  that  the  test  tank  hadn't  taken  on  any  air
20      at  all;  is  that  correct?
21          A.    I  read  their  OSHA  report  back  in  March.
22          Q.    Did  you  review  Mr.  Buono's  deposition
23      testimony  before  coming  to  the  deposition?
24          A.    Yeah,  but  not  recently.
25          Q.    So  I'm  moving  to  the  top  of  page  10  now.
```

```
                                          Page 83
 1                        K. Juliano
 2    And I'm right at the top of the first sentence,
 3    "Mr. Taranto is incorrect in his assertion that the
 4    Kitchen Knight manual is specific to the agent
 5    cylinder in discussing refilling procedures."
 6              Where in the manual does it discuss
 7    refilling procedures at all?
 8        A.   You know, I don't have the manual in
 9    front of me.  I wish I did.  I don't know off the
10    top of my head.
11              (Technical difficulty.)
12        A.   Can you hear me?  I lost Tara.
13              MR. KIRKPATRICK:  I can hear you.  Why
14         don't we take a break and give her a chance to
15         get back on.
16              MS. FAPPIANO:  I have no idea what just
17         happened.  I just got totally kicked off.  I
18         don't know if I had a pending question.
19              (Record read.)
20        Q.   In the last sentence from the first
21    paragraph is where I'm going now.  Do you agree that
22    one of the intended uses for the test tank was for
23    balloon testing?
24        A.   To me it would be more for an acceptance
25    test, balloon test, not for a routine maintenance.
```

```
                                                  Page 84
 1                        K. Juliano
 2         Q.    But you do state here that the test
 3    cylinders and balloon cylinders are commonplace in
 4    the industry?
 5         A.    Oh, yeah.  The pipe integrity test is
 6    required once a year on a commercial fire system.
 7         Q.    Do you also agree that concise
 8    communications to the end user is critical?
 9         A.    Regarding?
10         Q.    I'm just reading what you're saying.  So
11    maybe you can tell me --
12         A.    Where are you?
13         Q.    Hold on.  Let me see if I can find it.
14    You say in the first sentence of the second
15    paragraph, "Mr. Taranto is correct that from an
16    industry perspective concise communication to the
17    end user is critical."
18         A.    Right.  The stamp I was given was the 225
19    marking on the tank.
20         Q.    You were saying that the one marking of
21    the 225 psi is actually better than a longer
22    warning; is that correct?
23              MR. KIRKPATRICK:  Objection.  I object to
24         the form of the question.
25         A.    What I'm saying the 225 marking on a
```

```
                                              Page 85
 1                    K. Juliano
 2     cylinder that you are certified for is clear and
 3     concise to me.
 4          Q.    That 225 stamp though is really for only
 5     one purpose to show the input pressure of the tank;
 6     is that correct?
 7          A.    I don't know.  That is not my specialty.
 8          Q.    Let me just get to where I read this so
 9     I'm directing you.  Do you also agree that the use
10     or reprint of industry standards in warnings is
11     superfluous?
12          A.    That's what I wrote.  To me that is --
13     it's commonplace, it's common knowledge.
14          Q.    And so also warnings on common sense are
15     also superfluous?
16          A.    Warnings of common sense?
17          Q.    Yes.
18          A.    To reproduce in the industry, yes.  I'm
19     sorry.  I'm reading from my report.  I apologize.
20          Q.    Take your time.
21          A.    Yeah, what I'm getting is, anyone who is
22     certified to work on it, that is to me
23     counterproductive.  You should know already.
24          Q.    So is it fair to say then that those
25     types of superfluous -- those types of warnings are
```

```
                                          Page 86

 1                      K. Juliano

 2    only superfluous in a scenario in which the people

 3    working on it are certified distributors?

 4         A.    Those kind of warnings would be better

 5    for an end user, for a first responder like we

 6    talked about, an insurance carrier who would not

 7    know what that tank is.

 8         Q.    You go on to discuss the need to provide

 9    training on transfilling.  If I'm reading this

10    correctly, you're saying that it's not the

11    responsibility of the manufacturer of the test tank

12    to offer those instructions on how to fill it; is

13    that right?

14         A.    Yeah.  In discussing this with

15    Mr. Bielecki, there are obviously many different

16    ways to refill or transfill a tank.  Some are done

17    with air, some are done with nitrogen.  There are

18    different types of systems like the cascade that

19    Oprandy's used.  It would be very difficult to cover

20    all the different types of ways to do this.

21         Q.    This all comes from Mr. Bielecki; is that

22    correct, you're are relying on what he told you?

23         A.    On this part, yes.

24         Q.    Did you discuss with Mr. Bielecki who

25    prepares transfilling procedures or who should?
```

```
                                        Page 87
 1                    K. Juliano
 2        A.    Who should prepare --
 3        Q.    Preparing the transfilling procedures,
 4   yes.  Did you discuss that with him?
 5        A.    I don't recall.
 6        Q.    Did you discuss with him who does it in
 7   your company?
 8        A.    Yes.  Yes.  I have three people trained
 9   to do that.
10        Q.    Creating their own procedures; is that
11   what you're saying?
12        A.    To create their own procedures?  I'm
13   sorry.  Could you repeat the question?
14        Q.    What I'm asking is:  In your company, who
15   creates the transfilling procedures that are given
16   to your employees to do that type of work?
17        A.    John Bielecki.
18        Q.    He does them himself?
19        A.    I'm not sure if it's himself or if he's
20   utilizing a third-party company or manuals.
21        Q.    Or obtaining them from the manufacturer?
22        A.    I'm not sure.
23        Q.    Are you aware that one of Tyco's expert
24   witnesses in this case, Chason Coelho -- and to be
25   fair, I don't think you would have read his
```

```
                                            Page 88
 1                      K. Juliano
 2      deposition testimony yesterday yet, because I just
 3      got it this morning, but I do believe it's discussed
 4      in his report, he states that the transfilling
 5      procedures should have come from the manufacturer of
 6      the cascade system.
 7              Do you agree with that opinion or can you
 8      agree with that opinion?
 9      A.    I don't know.  That is not my expertise.
10      Q.    That's outside of your expertise
11      completely; is that correct?
12      A.    It is.  Correct.
13      Q.    You go on to say that Tyco, quote,
14      repeatedly, like all manufacturers, reminds all
15      distributors to follow applicable industry standards
16      and regulations.
17              What's your basis for that statement that
18      they remind authorized distributors?
19      A.    That occurs during the manufacturer
20      training, oftentimes that is discussed.
21      Q.    Do you have any evidence or any basis to
22      conclude in this case that those reminders would
23      have been provided to an authorized distributor?
24      A.    I don't think so but --
25              MR. KIRKPATRICK:  Objection to form.
```

```
                                              Page 89
  1                      K. Juliano
  2          Sorry.  Objection to form.
  3          Q.    You can answer that.
  4          A.    Can you ask that again?
  5                MS. FAPPIANO:  Can you just read the
  6          question, Liz?
  7                (Record read.)
  8          A.    Like I said, that is discussed during
  9      training with all the manufacturers.
 10          Q.    But there's nothing specific to which you
 11      are referring to right now?
 12          A.    No.
 13          Q.    I'm at page 10 towards the end of the
 14      third paragraph.  You say, "In light of this, it is
 15      far from, quote-unquote, impossible for one to be
 16      properly trained to fill Kitchen Knight cylinders;
 17      indeed, it is required before handling the product."
 18                What is your basis for the statement that
 19      training is required before handling the product?
 20          A.    Training is basically to know what you
 21      are doing and to prevent accidents like what
 22      occurred here.
 23          Q.    What is the requirement that you are
 24      referring to?
 25          A.    The requirement is only an authorized
```

```
                                          Page 90
 1                       K. Juliano
 2      distributor should be working on a system that
 3      they're authorized for.
 4           Q.    Is that the standard or regulation?
 5           A.    That is from NFPA 17A, that would refer
 6      back to the manufacturer of manuals.
 7           Q.    Does the manufacturer of manuals in this
 8      case indicate that that training is a requirement
 9      for filling of test tanks?
10           A.    Can you repeat the question?
11                 (Record read.)
12           A.    No.
13           Q.    Does Tyco have any process or procedure
14      in place to insure that such training occurs before
15      a test tank is sold or distributed to an individual
16      or a company?
17           A.    Please repeat that again.
18                 (Record read.)
19           A.    Other than during the training classes
20      that is hit on hard about being authorized to work
21      and know what you're doing.
22           Q.    Only within those classes; is that
23      correct?
24           A.    I wouldn't say that.  The way it works in
25      the industry with the manufacturers I represent is
```

```
                                    Page 91
 1                    K. Juliano
 2      you are assigned a technical or salesperson who
 3      calls on your territory.  They will step out
 4      periodically, once a quarter, once a month, and you
 5      sit with them and you review the product line,
 6      issues you have, questions you have, things of that
 7      nature.
 8           Q.    So when you say they will come out, you
 9      mean the salespeople will come out?
10           A.    Yeah, the rep.  The rep that you are
11      assigned, yes.
12           Q.    So the sales representative?
13           A.    I wouldn't say sales.  They're technical
14      sales.  For sales and technical questions, too.
15      It's a relationship --
16           Q.    I'm just trying to understand who you're
17      talking about.  That's all.
18           A.    In this case Pyro-Chem has a rep who is
19      our territory rep.  He will pop in and visit with us
20      periodically.  And we can discuss things that we
21      want with him.
22           Q.    Is that true for every Pyro-Chem customer
23      or does it depend upon the size of the company?
24           A.    Again, I don't make the rules.  But I
25      would assume it is for all Pyro-Chem distributors
```

```
                                              Page 92
 1                        K. Juliano
 2     having access to the rep.
 3          Q.    But that's an assumption, that's not
 4     based on anything specific; is that correct?
 5          A.    Oh, I would have no idea of Tyco's rules
 6     for their personnel.
 7          Q.    In the last -- that's okay.  I have
 8     another question.
 9          A.    Go ahead.
10          Q.    The last paragraph at page 10, you say,
11     quote, the manual tells an authorized distributor
12     all he or she needs to know to, quote, safely
13     design, install and reliably perform the maintenance
14     and recharge, end quote, of the Kitchen Knight
15     system in accordance with its design, installation
16     and manual.
17               So my first question is, you are quoting
18     something else there in that sentence there.  What
19     are you quoting?
20          A.    I believe that quote is right out of a
21     Pyro-Chem manual.
22          Q.    So are you saying that the manual is
23     completely sufficient no matter who uses an agent
24     tank?
25          A.    No.  What I'm saying is the training from
```

```
                                            Page 93
 1                      K. Juliano
 2      a company like Pyro-Chem, they cannot cover every
 3      bit of top to bottom with the system.  That is why
 4      they have a support staff that you should call and
 5      talk about any questions you have when it comes to
 6      installing, inspecting or servicing the system.
 7           Q.    Is the manual only sufficient for someone
 8      who's using a test tank?
 9           A.    No.  The manual covers the core parts of
10      the system.  And Pyro-Chem, like I said, the reps,
11      the technical services is there for any question.
12           Q.    Again, this training is provided only to
13      distributors, not to end users; is that correct?
14           A.    Correct.
15           Q.    And anyone can buy a test tank separately
16      from the system itself; is that correct?
17           A.    Repeat that.
18           Q.    Anyone can go and buy a test tank
19      separately from the system themselves, correct?
20           A.    Oh, I don't know.
21           Q.    Are you saying that the inclusion of
22      additional regulations that the -- are you saying
23      that the language from regulations should not be
24      included in the manuals; is that what you're saying
25      as well?
```

```
                                      Page 94
 1                        K. Juliano
 2          A.    Again, if you bring in CGA, DOT, OSHA
 3     into the manual, you would be looking at a pretty
 4     long read.
 5          Q.    So it's not necessary to put it in there,
 6     it's just -- instead you would be relying on the
 7     user of the system to just go and find those
 8     regulations themselves; is that correct?
 9          A.    No.  Again, Pyro-Chem, any manufacturer
10     would lead you in the right direction for any
11     questions of that nature.
12          Q.    And we talked about this a little bit
13     earlier, but the use of the test tanks for balloon
14     testing or pipe integrity testing is commonplace; is
15     that correct?
16          A.    It's a requirement for NFPA.
17          Q.    So is it fair to say that that's a
18     foreseeable use of the tank?
19                MR. KIRKPATRICK:  Objection to form.
20          A.    What was that?
21          Q.    Is it fair to say that the use of the
22     test tank for balloon testing is a foreseeable use
23     of that tank?
24                MR. KIRKPATRICK:  Objection to form.
25          Leads to a legal conclusion.
```

```
                                            Page 95

 1                           K.  Juliano

 2              MS.  FAPPIANO:   He puts legal conclusions

 3        in this report, so I'm just asking about them.

 4        Q.    You can answer the question.

 5        A.    Yeah.

 6        Q.    Now I'm going to back up briefly to pages

 7    7 and 8 of your report which is where you talk about

 8    the CGA.  Let me just get there.  You talk about it

 9    mostly at the very bottom from page 7 going into

10    page 8.  That's really where I'm focused right now.

11              Do you agree that your company and

12    Oprandy's both have to comply with the rules on the

13    safe handling of compressed gases?

14        A.    Yes.

15        Q.    Going over to page 8, do you agree that

16    the handlers of compressed gases must be familiar

17    with the inherent properties and hazards of the

18    products?

19        A.    Yes.

20        Q.    Then you go on to say that CGA places the

21    burden of, quote, providing detailed written

22    operating instructions on the supplying of the

23    transfill equipment?  Is that accurate?

24        A.    Yes.

25        Q.    What do you mean in that sentence by
```

Page 96

```
 1                     K. Juliano
 2      detailed operating instructions?
 3           A.   Again, that is not my wheelhouse.  That
 4      is information we got, I believe from the 2015 and
 5      2014 versions of the CGA.
 6           Q.   And the burden of providing those
 7      instructions is on the supplier of the transfill
 8      equipment.  So who is that in that sentence?
 9           A.   In this case it would have been
10      Oprandy's.
11           Q.   Why is Oprandy's the supplier of
12      transfill equipment in this case?
13           A.   Again, this is not my wheelhouse.  I can
14      defer to John on that.  I believe this is directly
15      out of the CGA.  They are the ones filling the tank.
16           Q.   You don't have a basis to explain your
17      opinion on this; is that fair to say?
18           A.   I would say I don't have the manual of
19      the CGA in front of me.  No.
20           Q.   You don't have independent expertise in
21      the CGA; is that correct?
22           A.   Myself?  My company does.  I do not.
23           Q.   Do you know then whether the CGA requires
24      companies like yours to create any other types of
25      labels for a test tank such as this one which was
```

Page 97

                                    K. Juliano
1
2        going to be used in the context of Mr. Scott using
3        it to do a pipe integrity test of a Kitchen Knight
4        system in a local deli?
5             A.     Again, that is not my separate specialty.
6        I don't know what they would go and look at.
7             Q.     In your experience then and your work in
8        your own company, would you have been able to go do
9        the work that Mr. Scott was going to do, pipe
10       integrity testing?  Are you qualified to do that?
11            A.     Yes.
12            Q.     If you were going to do that or if you
13       were to ask an employee to go and do that, would you
14       have created a label and affixed it to the test
15       tank?
16            A.     My company does not use test tanks.  So
17       the tanks my company uses are already labeled.
18            Q.     They come labeled already?
19            A.     Yes.
20            Q.     Do they come labeled by the manufacturer?
21            A.     Yeah.  What we use is either a regular
22       agent tank that is empty.  We use that for an
23       acceptance test.  For the routine maintenance we use
24       a pipe integrity test kit which is manufactured by
25       another company.  The tanks we use are smaller and

Page 98

1                         K. Juliano
2      they're able to be used with any manufacturer that
3      we represent.  It makes it a lot easier.
4           Q.    To your knowledge, you don't create any
5      warnings that go on those tests or any parts that
6      are part of that testing equipment, do you?
7           A.    No.
8           Q.    This is sort of the last thing I want to
9      talk about.  You talk about that you made a query at
10     one point with one manufacturer and you were able to
11     pull up 50 bulletins; is that correct?
12          A.    Yes.
13          Q.    And what manufacturer was that for?
14          A.    Ansul.
15          Q.    Did you make a query for Pyro-Chem or
16     Tyco?
17          A.    I believe I did for Pyro-Chem as well.
18          Q.    Just prior to February of 2016 did any
19     bulletins come up relating to test tanks?
20          A.    I don't recall.
21          Q.    If they did, would you have kept them
22     with all of the documents and notes and other
23     materials that you have for preparing this report?
24          A.    I would guess I would have, yes.
25          Q.    So they would be there if I asked you to

```
                                          Page 99
 1                     K. Juliano
 2      produce them?
 3           A.    You're breaking up.
 4           Q.    So those bulletins would be there if I
 5      asked you to produce them if they were found?
 6           A.    Oh, yes.
 7           Q.    Do you recall if there were any bulletins
 8      relating to the Kitchen Knight system generally that
 9      were found that were from prior to February of 2016?
10           A.    Yes.
11           Q.    There were some?
12           A.    Yes.
13           Q.    Do you recall generally what topics those
14      were on?
15           A.    The one that comes to mind is the collar
16      that needed to be placed on tanks.
17           Q.    Besides that.
18           A.    I'm sure there's others.  So any
19      distributor can have access to the website and they
20      can pull up all the bulletins and both Ansul and
21      Pyro-Chem go back many, many years.
22           Q.    And besides that issue that we talked
23      about with that collar, if I'm remembering it
24      correctly, was there any -- and understanding that
25      wasn't actually a recall, but was there any recall
```

```
                                      Page 100
 1                     K.  Juliano
 2      information relating to testings of the Kitchen
 3      Knight system that you found that predated February
 4      of 2016?
 5           A.    I'm not sure.  I would have to go back
 6      and check.
 7           Q.    That would also be in the documents that
 8      you maintain?
 9           A.    Yes.  I do not print those.  I have
10      access to those through our distributor.
11           Q.    Just from what you recall right now, did
12      you in reviewing bulletins that predated February of
13      2016 from Tyco, Pyro-Chem, did any of those include
14      any supplemental warning information or instructions
15      for transfilling?
16           A.    I don't recall.
17           Q.    Or any information at all about the use
18      of test tanks in that same time period?
19           A.    You were breaking up again.
20           Q.    Or any information at all for that same
21      time period about the use of test tanks?
22           A.    No, I don't believe so.
23           Q.    As you sit here right now, do you have
24      any intention of supplementing your report?
25           A.    No.
```

```
                                            Page 101

 1                        K. Juliano
 2          Q.    I think at the beginning of your report
 3     you mention that you would offer to give a tutorial.
 4     Are you intending on doing that in connection with
 5     this case to any of the attorneys?
 6          A.    I have not been asked to.
 7          Q.    If you were to receive additional
 8     information or evidence that would change your
 9     analysis in this case, would it be appropriate for
10     you to take that into account and provide a
11     supplemental report?
12          A.    Yes.
13          Q.    Do you have any intention of doing that
14     right now?
15          A.    No.
16                MS. FAPPIANO:  I don't believe I have any
17          further questions.  Thank you very much.
18                THE WITNESS:  Thank you.
19                MR. FROMSON:  I have no questions for the
20          witness.  Thank you.
21                MR. KIRKPATRICK:  I have a couple.  Can
22          we take like a five-minute break, though,
23          first.
24                MS. FAPPIANO:  That's fine.
25                (A recess was taken from 12:45 p.m. to
```

```
                                        Page 102

1                        K. Juliano

2            12:50 p.m.)

3       EXAMINATION BY

4       MR. KIRKPATRICK:

5            Q.    I promise to be very brief.  Mr. Juliano,

6       you mentioned that you reviewed the transcript for

7       the deposition of Tom Taranto in preparing for this

8       deposition, right?

9            A.    Yes.

10           Q.    Do you recall reading a portion where he

11      discussed ordering an agent tank from Tyco

12      presumably for a pre-engineered system?

13           A.    Yes.

14           Q.    Would it be possible for a nonauthorized

15      distributor to order a test tank, whether for the

16      Kitchen Knight system or otherwise, from Pyro-Chem

17      directly?

18           A.    Not from Pyro-Chem directly.

19           Q.    After you read that portion of

20      Mr. Taranto's transcript, did you do anything to

21      confirm that a nonauthorized distributor could not

22      order such a training tank from Pyro-Chem?

23           A.    Yes.  I did reach out to our Pyro-Chem

24      rep and asked him that question and his response was

25      no.  The only way it would be possible through a
```

```
                                              Page 103
 1                     K.  Juliano
 2    gray market, meaning a top price company selling to
 3    other people where they should not be.
 4         Q.    So authorized distributors are not
 5    allowed to sell test tanks, it would be against
 6    Pyro-Chem's rules?
 7         A.    Yes, exactly.
 8              MR. KIRKPATRICK:  I have no other
 9         questions.
10              THE WITNESS:  Thank you.
11              MS. FAPPIANO:  Just to follow up on that.
12    BY MS. FAPPIANO:
13         Q.    That conversation, who was that with?
14    What was his name?
15         A.    Jeff Webb, W-E-B-B.
16         Q.    That conversation and the questions that
17    you asked him, were they about what the practice is
18    now in 2020 or prior to 2016?
19         A.    It was actually an email.  It was
20    generic.  I didn't have a date on it.
21         Q.    Did you save that email?
22         A.    I couldn't hear you.
23         Q.    Did you save that email?
24         A.    Yes.
25              MS. FAPPIANO:  I'm going to ask that that
```

```
                                              Page 104

 1                        K. Juliano

 2          now be produced.  I have no further questions.

 3          Thank you.

 4                 THE WITNESS:  Thank you.

 5                 MR. KIRKPATRICK:  Thanks.

 6                 COURT REPORTER:  Mr. Fromson and Mr.

 7          Kirkpatrick, do you want copies as well?

 8                 MR. FROMSON:  I'll take a copy.  I don't

 9          need it expedited.

10                 MR. KIRKPATRICK:  Same here.

11                 (Whereupon, the proceedings were

12          adjourned at 12:52 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 105

1

2    STATE OF _____ )

3                                      )   :ss

4    COUNTY OF _____)

5

6

7              I, KURT JULIANO, the witness

8    herein, having read the foregoing

9    testimony of the pages of this deposition,

10   do hereby certify it to be a true and

11   correct transcript, subject to the

12   corrections, if any, shown on the attached

13   page.

14

15                    _____

16                          KURT JULIANO

17

18

19

20   Sworn and subscribed to before me,

21   this _____ day of _____, 2020.

22

23   _____

24          Notary Public

25

Page 106

1

2                          I N D E X

3

4    WITNESS                EXAMINATION BY        PAGE

5    KURT JULIANO           MS. FAPPIANO            5

6                           MR. KIRKPATRICK       102

7                           MS. FAPPIANO          103

8

9                        E X H I B I T S

10

11    EXHIBIT        DESCRIPTION              PAGE

12    Exhibit 1    expert disclosure          6

13

14

15    REQUEST:                                PAGE

16    List of photographs or anything to      26

17    itemize what you reviewed in terms of the

18    agent tanks in your shop

19    Materials you reviewed from that        29

20    third-party company

21    Notes                                   30

22    email with Jeff Webb                   103

23

24

25

Page 107

1

2                    CERTIFICATE

3

4     STATE OF NEW YORK )

5                         ) ss.

6     COUNTY OF SUFFOLK)

7

8             I, Elizabeth F. Tobin, a Registered

9     Professional Reporter and Notary Public within and

10    for the State of New York, do hereby certify:

11            That Kurt Juliano, the witness whose

12    deposition is hereinbefore set forth, was duly sworn

13    by me remotely and that such deposition is a true

14    record of the testimony given by such witness.

15            I further certify that I am not related

16    to any of the parties to this action by blood or

17    marriage and that I am in no way interested in the

18    outcome of this matter.

19

20

21

22            ELIZABETH F. TOBIN, RPR

23

24

25

```
                                              Page 108

 1                INSTRUCTIONS TO WITNESS

 2

 3        Please read your deposition over carefully

 4   and make any necessary corrections. You should state

 5   the reason in the appropriate space on the errata

 6   sheet for any corrections that are made.

 7        After doing so, please sign the errata sheet

 8   and date it.

 9        You are signing same subject to the changes

10   you have noted on the errata sheet, which will be

11   attached to your deposition.

12        It is imperative that you return the original

13   errata sheet to the deposing attorney within thirty

14   (30) days of receipt of the deposition transcript by

15   you. If you fail to do so, the deposition transcript

16   may be deemed to be accurate and may be used in court.

17

18

19

20

21

22

23

24

25
```

Page 109

1                        E R R A T A

2

3

4

5          I wish to make the following changes,

6      for the following reasons:

7

8      PAGE LINE

9      ___   ___  CHANGE:_____

10     REASON:_____

11     ___   ___  CHANGE:_____

12     REASON:_____

13     ___ ___  CHANGE:_____

14     REASON:_____

15     ___ ___  CHANGE: _____

16     REASON:_____

17     ___ ___  CHANGE: _____

18     REASON:_____

19

20     _____     _____
            KURT JULIANO                       DATE

21

22     SUBSCRIBED AND SWORN TO BEFORE

23     ME THIS ___DAY OF_____, 20 .

24

25     _____        _____
       NOTARY PUBLIC               COMMISSION EXPIRES

## &

**&**   1:10,17 2:4,10
2:16 4:24 5:13,13
8:4 18:2 23:5
27:16 29:13

## 0

**05915**   1:5 4:12

## 1

**1**   3:23 6:5,14
19:22 106:12
**10**   33:23 34:13
36:9 42:25 43:3
78:7,12 82:25
89:13 92:10
**10006**   2:17
**102**   106:6
**103**   106:7,22
**10:04**   1:13 4:7
**11**   43:2,3
**1111**   2:4
**11:42**   64:10
**11:47**   64:11
**12551**   2:5
**1279**   2:4
**12:45**   101:25
**12:50**   102:2
**12:52**   104:12
**12th**   2:10
**13**   6:17
**14**   1:13 4:6
**16**   19:22 20:5,6,7
**17**   23:7,15 33:19
33:21
**17424**   107:21
**17a**   23:7,15 30:16
30:16 32:19 33:11
33:14,18 34:9
54:16 55:7 90:5
**18**   49:5

**1995**   27:16
**1996**   16:15 17:25

## 2

**2**   3:23
**20**   26:10 109:23
**20005**   2:11
**2008**   18:6,7,10
65:20
**2009**   18:8,10
**2010**   52:12
**2014**   96:5
**2015**   23:23 96:4
**2016**   10:17,22 19:6
19:9,10 72:8,16
98:18 99:9 100:4
100:13 103:18
**2017**   9:25 10:2,8,9
10:15 11:21 12:13
19:10
**2018**   10:13 11:13
**2019**   7:2,4 10:13
**202.434.5000**   2:11
**2020**   1:13 4:6
14:20 18:15,16,19
103:18 105:21
**2110**   2:16
**212.952.1100**   2:17
**225**   14:9 69:10,11
69:15 76:15,20
77:21,22 78:4,18
78:21 84:18,21,25
85:4
**25**   32:13 44:8
**26**   106:16
**28**   3:23
**29**   106:19

## 3

**3**   3:19
**30**   3:19 106:21
108:14

**300**   2:4
**35**   14:14 24:18,20
**37**   3:23,23

## 4

**45**   2:16
**450**   75:9

## 5

**5**   106:5
**50**   98:11

## 6

**6**   106:12

## 7

**7**   95:7,9
**725**   2:10
**7:17**   1:5 4:12

## 8

**8**   37:10,22 45:2
47:15 95:7,10,15
**800**   41:14,18 61:16
61:22 62:9 63:9
63:10,23 64:6
76:2 77:5
**845.562.0203**   2:5

## 9

**9**   54:5 75:15
**96**   27:16

## a

**a.m.**   1:13 4:7
64:10,11
**ability**   6:11
**able**   26:15 29:20
56:25 61:18 97:8
98:2,10
**accept**   23:19
**acceptance**   44:4
83:24 97:23
**accepting**   41:21

**access**   38:12,14,23
40:7,11,20 41:13
65:2 66:22 76:2
92:2 99:19 100:10
**accessible**   62:10
**accident**   24:6
25:23 39:13,15
43:8 55:11,14
56:23 59:10,21
64:3 69:22 71:3
**accidents**   89:21
**account**   34:21
35:2 101:10
**accurate**   6:21 46:4
81:15 82:10 95:23
108:16
**action**   107:16
**adam**   46:3
**addition**   9:13
14:11 52:3 76:22
**additional**   7:3
19:19 31:2 93:22
101:7
**adhere**   54:11
**adjourned**   104:12
**administering**
4:16
**adopt**   68:22
**adopted**   67:3
**advance**   52:22
**advantages**   77:17
**advised**   75:3
**affiliated**   8:3
**affixed**   97:14
**age**   5:2
**agent**   26:7,13,22
27:3,7 40:5 41:25
42:15,19 48:17,17
52:25 53:2 63:19
70:10,16,16,18
78:23 79:7,14

82:4 83:4 92:23
97:22 102:11
106:18
**ago**   51:20 52:4
**agree**   4:15 69:21
69:25 83:21 84:7
85:9 88:7,8 95:11
95:15
**agreed**   3:4,10,14
**agreement**   5:5
**ahead**   15:14 61:20
70:3 92:9
**ahj**   44:7,8,13
**air**   1:5,6 82:19
86:17
**al**   4:9
**alarms**   9:7
**allowed**   103:5
**analysis**   57:23
58:4 101:9
**analyzing**   36:6
**annual**   44:9
**annually**   23:12
44:11
**ansul**   53:22 98:14
99:20
**answer**   46:20
72:12 75:14 89:3
95:4
**answered**   72:10
**answers**   3:24
**antithetical**   57:19
**anybody**   37:6,7
**anyway**   80:2
**apart**   30:22
**apologize**   13:24
85:19
**appear**   78:8 79:7
**appears**   45:3
**appendix**   6:7,7,9
6:18 19:22 20:4,9

20:11,23 49:3,5
50:5 62:12 80:17
80:22
**applicable**   33:2,11
34:9 88:15
**application**   33:14
37:14
**applies**   33:20,24
**apply**   33:6 34:3,13
34:17 35:12 40:9
82:4
**appropriate**   101:9
108:5
**approximately**   4:6
11:12 13:8 14:14
19:11 24:18 26:10
52:4
**area**   31:21
**aside**   17:12
**asked**   22:15 24:3
31:6,9 60:9 63:5
72:10 82:5 98:25
99:5 101:6 102:24
103:17
**asking**   5:23 25:17
30:10 35:6 47:6
70:12,14 87:14
95:3
**aspects**   9:9 79:21
**assertion**   83:3
**assess**   31:7,9 35:20
36:5
**assessing**   34:19
35:2
**assigned**   91:2,11
**assignment**   24:4
31:11
**assistance**   27:25
28:2,7,23
**associates**   29:13

**associations**   31:24
**assume**   5:22 43:19
44:21 91:25
**assuming**   48:16
63:8
**assumption**   48:19
48:22 92:3
**attached**   73:8
105:12 108:11
**attachment**   50:23
51:12
**attend**   23:10
**attended**   42:10
**attention**   49:2
**attorney**   108:13
**attorneys**   101:5
**authority**   44:2,13
**authorized**   39:24
40:6 47:4,11 48:3
54:7 57:20 60:10
61:12 82:3 88:18
88:23 89:25 90:3
90:20 92:11 103:4
**auto**   1:6,6
**available**   56:16
64:13 66:17
**aware**   5:17 8:22
34:4 43:7,13 46:6
46:10,23 47:3,7
53:24 64:22 71:9
71:12 73:6 74:11
74:14 75:2 87:23
**awareness**   53:16

**b**

**b**   1:6 2:6 3:23 6:8
19:22 20:4,9,11,23
103:15,15 106:9
**back**   10:22 23:6
27:15 45:2 49:23
49:23 54:5 59:12
71:24 75:5 81:23

82:21 83:15 90:6
95:6 99:21 100:5
**background**   59:9
**balloon**   22:4,5,13
22:17,21 43:24
44:6,22 45:5,19,23
83:23,25 84:3
94:13,22
**barber**   2:16 5:13
**based**   32:13 35:14
35:22 49:13 58:10
58:18 60:8 69:25
82:17 92:4
**basic**   37:23 38:3
42:3 65:12
**basically**   89:20
**basis**   16:17 33:13
47:19 48:19,22
54:22,25 58:6
70:25 77:6 81:7
88:17,21 89:18
96:16
**bat**   62:7
**began**   68:6
**beginning**   101:2
**behalf**   2:3,9,15
4:22,23
**believe**   6:17 7:2
12:11 13:18 14:3
14:20 17:15,25
18:13 19:21 20:13
20:14 21:4,10
25:14 27:10 30:8
33:25 38:6 39:16
40:16,20 41:2,9
42:6,25 43:10,14
45:16 46:9 52:17
55:6,25 56:17,18
57:11 58:13 59:12
60:21 64:21 68:10
69:5 71:4 73:16

74:5 77:25 78:3
81:2 82:13 88:3
92:20 96:4,14
98:17 100:22
101:16
**believed** 75:8
82:19
**belong** 31:23
**benefit** 79:19
**best** 44:17 47:5
74:6
**better** 23:23 36:10
52:9 84:21 86:4
**beyond** 32:16
67:21
**bielecki** 28:5,8,10
28:11,14 30:17,23
32:20 68:10 69:24
73:22 86:15,21,24
87:17
**bielecki's** 28:21
29:7
**biggest** 24:12
**bill** 24:19
**binding** 4:17
**bit** 8:22 57:21
71:24 93:3 94:12
**blocked** 80:8
**blood** 107:16
**boelhouwer** 14:2
**book** 66:20
**books** 61:5 66:6,10
66:11,24 67:2
**bottles** 73:9
**bottom** 37:22
41:12 42:6 45:2
93:3 95:9
**bought** 50:2
**box** 2:4
**break** 36:24 37:7
64:9 65:15 70:23

83:14 101:22
**breaking** 46:19
48:21 81:4 99:3
100:19
**brian** 20:20
**brief** 102:5
**briefly** 95:6
**bring** 94:2
**broadway** 2:16
**broke** 23:3
**brought** 28:17
**buddy** 56:2 57:2
74:8
**buffalo** 12:19
**building** 80:7
**built** 73:10
**bulletin** 58:14,17
**bulletins** 38:14,24
40:11 58:19 98:11
98:19 99:4,7,20
100:12
**buono** 1:3 4:8
20:21
**buono's** 82:22
**burden** 95:21 96:6
**business** 8:8 11:17
55:21
**buy** 46:15 47:2,4
49:15 93:15,18

**c**

**c** 2:2 6:9 49:3,5
50:5 62:12 80:17
**cabinet** 64:24 65:3
**cage** 70:22 71:13
71:15 72:18
**cages** 71:18
**calibrated** 69:18
70:21 71:2,10
**call** 76:2 77:6 93:4
**called** 5:2 18:2
26:6 44:4 55:25

76:17
**calls** 91:3
**camera** 5:20
**care** 33:10
**careful** 65:13
**carefully** 108:3
**carmine's** 12:14
**carrier** 80:12 86:6
**carry** 26:6
**cascade** 56:4,6
70:13 71:25 72:7
72:15,20 73:3
75:13 86:18 88:6
**case** 4:9,11 9:18
9:20,24 10:12,17
10:19 11:2,14
12:3,12,16 14:8,16
14:22 19:17,18
24:4 25:11 27:21
31:10 32:10,11
33:6,20 34:13
35:14,22,24 36:15
39:10 40:10,24
43:18 47:16 49:14
51:19 62:2 63:16
63:21 71:16 73:23
74:11,17 80:11
87:24 88:22 90:8
91:18 96:9,12
101:5,9
**cases** 9:19,23 10:8
10:15,21,22 11:3
11:18 31:5,6
**catch** 74:22
**cause** 65:14
**cctv** 9:7
**certain** 79:21
**certainly** 51:3
53:11
**certificate** 15:17
107:2

**certification** 3:6
7:17,25 15:22
16:5,6,16 17:4,7
17:23,24 18:4,9
19:6 21:22 27:13
38:9 39:4 46:11
46:15,25 47:8
50:7,10 57:7
67:13
**certifications** 7:19
14:25 15:5 16:13
17:5 22:7,11,12
29:6 31:20 36:13
36:14 58:3
**certified** 5:6 16:2
22:3 24:11 28:15
29:5 37:25 38:12
39:8 45:5,9 47:18
47:25 50:2 58:12
58:23 61:24 76:10
85:2,22 86:3
**certify** 28:13
105:10 107:10,15
**cga** 28:16,19 29:8
30:15 32:19 33:2
33:5,10 54:16
55:5 60:21,23
66:13 67:23 94:2
95:8,20 96:5,15,19
96:21,23
**chance** 83:14
**change** 23:20
51:18 101:8 109:9
109:11,13,15,17
**changes** 38:14
53:17 108:9 109:5
**charge** 28:12 80:6
**chason** 87:24
**check** 68:4,14,23
100:6

chem   17:15,21,22
    19:6 20:2 26:4
    27:17 33:9 36:14
    38:21 39:25 45:14
    47:21 48:7 49:6
    51:8,14,19 52:6,21
    53:21 54:6,10,17
    62:5,11 70:12,14
    70:17 76:15,17,22
    77:7 80:21 91:18
    91:22,25 92:21
    93:2,10 94:9
    98:15,17 99:21
    100:13 102:16,18
    102:22,23
chem's   103:6
chemical   33:16,21
    40:4 41:25
children   56:25
chinese   12:13
choice   77:18
city   15:15 39:3
civil   5:3
clarence   12:18
clarification   9:12
    17:17 22:20 44:12
    47:14 55:20
clarify   21:15
    24:23 35:6
clarity   10:15
class   18:18,24 19:3
    19:5,12
classes   17:14,19
    19:9 22:10 90:19
    90:22
clean   40:5
cleaning   9:8
clear   20:25 24:9
    26:21 28:18 32:7
    43:22 62:11 74:10
    74:23 75:18 76:6

85:2
clearly   34:2 69:11
closed   71:16
code   32:20,24 33:5
    33:7 55:4 61:6
    66:6,10,11,13,19
    66:25
coelho   21:8,9
    87:24
collar   51:22 52:7
    52:22 53:9 58:14
    99:15,23
colleagues   13:11
combination
    68:13
come   14:15 17:3
    17:13 22:16 28:13
    55:3 67:6 88:5
    91:8,9 97:18,20
    98:19
comes   23:17 67:17
    86:21 93:5 99:15
coming   67:18
    82:23
comments   58:10
commercial   84:6
commission
    109:25
committee   23:7,13
common   54:11
    55:9,10,16,21
    85:13,14,16
commonplace
    84:3 85:13 94:14
communication
    84:16
communications
    84:8
companies   37:25
    39:7 96:24

company   7:14,15
    8:7,12 11:16
    15:24 16:2,7,25
    17:25 22:25 23:2
    23:4 24:10 28:13
    29:5,11,22 30:25
    38:18,18 41:12
    43:21 47:2 49:15
    54:4 60:22 61:2
    62:19 65:19 67:6
    67:10,14,17,24
    68:3,8 70:10 87:7
    87:14,20 90:16
    91:23 93:2 95:11
    96:22 97:8,16,17
    97:25 103:2
    106:20
company's   16:10
    62:14
compiled   29:25
complete   20:11
completely   88:11
    92:23
completion   44:3
comply   95:12
component   25:18
    25:22 64:2 65:22
    66:2,9
compressed   95:13
    95:16
compressor   73:9
concise   75:18 76:6
    84:7,16 85:3
conclude   88:22
conclusion   34:5
    54:25 94:25
conclusions   95:2
conducted   32:22
confident   61:12
confidently   34:12

confirm   18:7
    102:21
confirmed   26:5
confusing   20:8
confusion   78:9
connection   11:3
    14:8 101:4
connolly   2:10
consider   17:2
    33:19,23 39:18,20
considered   6:10
    20:6,10 49:4
considering   54:19
    54:22 69:8
consist   23:18
consistent   75:18
    76:6
consulting   8:6
    9:15,23 10:3 11:5
    68:2
contacted   14:17
    77:12
content   12:21
context   71:19
    81:24 97:2
continue   36:23
continued   16:20
    36:9 76:18
conversation
    47:17 79:5 103:13
    103:16
conversations
    12:21,22,25
copies   29:17 104:7
copy   6:21 7:8
    104:8
core   93:9
corner   79:4
correct   6:12,13
    8:4,5 9:15 15:2,3
    15:6,7,10,11 18:22

18:23 19:19,20,23
20:16 26:22 27:14
27:21 29:2 34:10
37:15 38:12 44:16
44:24 45:23 49:11
50:8,23,24 51:12
51:13,16 53:4
60:4,7,8 61:14
62:14,15,20,21,23
62:24 64:14,17,18
66:22 69:19,23
71:7 72:23 73:15
77:16,20,24 78:14
80:22,23 82:20
84:15,22 85:6
86:22 88:11,12
90:23 92:4 93:13
93:14,16,19 94:8
94:15 96:21 98:11
105:11
**corrections** 105:12
108:4,6
**correctly** 15:4
52:11 54:12 56:24
76:8 86:10 99:24
**correlation** 33:17
**counsel** 3:5 4:13
5:5 12:22,23
14:13
**counterproductive**
85:23
**county** 105:4
107:6
**couple** 45:18
101:21
**course** 54:17
**courses** 67:14
**court** 1:2 3:17,20
4:2,10 9:12 17:17
22:20 37:4 44:12
47:14 55:20 104:6

108:16
**cover** 41:15 42:10
49:10 50:4 51:14
62:12,22 86:19
93:2
**covered** 81:21
**covers** 93:9
**create** 26:15 81:24
87:12 96:24 98:4
**created** 97:14
**creates** 87:15
**creating** 87:10
**credibility** 36:5,11
**critical** 84:8,17
**current** 50:7
**currently** 9:17,18
**curriculum** 6:7
**curtis** 46:4
**customer** 44:19
81:19 91:22
**customers** 52:21
**cut** 79:4
**cv** 1:5 4:12 6:17,21
6:23 7:4,10 14:25
15:10,16 16:12
17:11 23:6
**cylinder** 24:12
33:12 65:10 66:19
71:15 73:14 75:17
78:10,22 81:13,15
81:20 82:4,5 83:5
85:2
**cylinders** 26:5
54:16 67:20 73:8
84:3,3 89:16

**d**

**d** 1:6 106:2
**d.c.** 2:11
**damage** 71:17
**danger** 65:12

**dangers** 67:20
**daniel** 2:12
**danon** 2:21
**data** 34:20 35:2,3
40:11
**date** 4:5 52:15
67:22 103:20
108:8 109:20
**dates** 16:14
**day** 17:4 43:8,25
60:4,7 67:7,8 71:3
71:11 105:21
109:23
**days** 108:14
**dealers** 45:5
**dealing** 34:14
**death** 58:17
**deceased** 74:15
**december** 7:2,4
**decision** 33:5
**dedicated** 31:24
**deemed** 108:16
**defendant** 1:11,16
2:9,15 12:9
**defendants** 1:8 5:2
11:19
**defer** 96:14
**degree** 7:25
**delay** 8:22
**deli** 43:16 97:4
**depend** 91:23
**depending** 35:9
**deponent** 3:24
**deposing** 108:13
**deposition** 1:15
3:7,15,21,23 4:7
4:16 11:7 13:18
14:5,11 21:13
35:8 57:9 64:16
71:4 72:23 73:2
74:13 82:22,23

88:2 102:7,8
105:9 107:12,13
108:3,11,14,15
**depositions** 25:13
**derek** 14:2
**describe** 32:10
**described** 9:14
10:4 53:9 72:19
**description** 106:11
**design** 16:4 92:13
92:15
**designing** 54:6,9
77:4
**detailed** 95:21
96:2
**determination**
33:3
**determine** 11:22
**determined** 11:25
**develop** 57:20
**difference** 42:6
**different** 17:8 26:5
27:4 35:9,12 38:7
39:22 40:5 48:8
59:18 60:6,16,17
63:5,10,12 86:15
86:18,20
**differently** 35:21
69:14
**difficult** 86:19
**difficulty** 83:11
**dig** 57:21
**direct** 12:6 15:25
33:17 38:13 53:17
65:6
**directing** 85:9
**direction** 61:9
94:10
**directly** 96:14
102:17,18

disagree  34:5
disclosure  6:6,14
  106:12
discuss  51:5 61:3
  68:7 70:15 75:16
  76:3 83:6 86:8,24
  87:4,6 91:20
discussed  32:17
  69:24 78:21 88:3
  88:20 89:8 102:11
discussing  83:5
  86:14
discussion  22:19
distance  17:12
distinguish  40:13
distribute  44:18
distributed  90:15
distributor  16:2
  38:20 39:24 40:7
  40:18 42:2 45:8
  47:4,12,18 48:4,7
  50:3 52:8,20
  53:18 61:24 77:18
  88:23 90:2 92:11
  99:19 100:10
  102:15,21
distributors  47:22
  53:20 54:10 57:20
  60:10 61:12 82:3
  86:3 88:15,18
  91:25 93:13 103:4
district  1:2,2 4:10
  4:10
divide  28:9,11
division  9:4,5,6,6
  9:8
divisions  9:5
document  41:4
  49:6 52:10 62:17
documents  30:21
  98:22 100:7

doing  5:16 9:17,18
  9:19 14:8 17:4
  22:16 24:16 25:2
  28:7,22 30:4
  36:15,22 43:12
  52:11 55:23 65:14
  89:21 90:21 101:4
  101:13 108:7
door  71:16
dot  33:12 42:7
  69:7 77:22 94:2
drafting  23:14
drafts  30:12
dry  33:21 40:4
due  67:3
duly  5:4 107:12
duplicative  81:22
duties  9:3,13
dwhiteley  2:12

## e

e  2:2,2 103:15
  106:2,9 109:1
earlier  58:13
  72:22 94:13
earliest  16:15
early  14:20 18:13
  73:4
easier  7:9 98:3
easily  52:10 61:19
  62:10
education  16:21
  22:13
effect  3:16 58:15
effort  53:23
eight  42:13
either  14:2 18:7
  42:6,19 57:10
  61:23 97:21
electronic  50:6
electronics  9:6

eliminated  33:22
elizabeth  1:18 4:3
  107:8,22
email  103:19,21
  103:23 106:22
employed  55:10
  56:12
employee  16:11
  62:19 97:13
employees  55:22
  56:5,13 60:11
  61:13 65:2,23
  66:2,8,18 68:18
  87:16
employer  61:25
employment  59:9
empty  97:22
endeavor  25:7
engaged  70:22
engineered  102:12
entail  24:8
entire  51:3
equally  82:4
equipment  7:16
  18:20 25:3,8,11,18
  25:24 65:22,25
  66:8 68:8,18
  95:23 96:8,12
  98:6
eric  14:2
errata  108:5,7,10
  108:13
esq  2:6,12,13,18
et  4:8
evaluate  56:11
event  77:12
evidence  34:19
  49:14 58:6 71:9
  78:2 81:5 88:21
  101:8

evident  5:19
exact  52:15 75:18
exactly  41:25
  103:7
examination  5:3,7
  102:3 106:4
examined  5:6
example  25:24
  39:25 51:19 62:5
  66:23 67:9 79:3
  80:6
examples  80:16
exclude  37:6
excuse  55:13
exemplar  25:8,11
exhibit  6:5,5,14,24
  19:22,23 20:7
  62:4 106:11,12
exhibits  7:7 73:2
expect  60:17
expedited  104:9
experience  31:13
  32:13 36:16 59:13
  59:17 72:6 74:5
  81:6 97:7
expert  6:5,6,14 8:6
  9:14,23 10:3 11:4
  11:15,19 35:21
  68:24 75:13 87:23
  106:12
expertise  28:16
  29:8 88:9,10
  96:20
experts  13:20 21:3
  21:18 34:4
expires  109:25
explain  15:12
  96:16
explosion  43:9
extension  56:12

extinguisher 34:15
extinguishers 15:18 40:3
extremely 44:11

**f**

f 1:18 107:8,22
facility 28:14
fact 6:21 35:8 36:4 69:13 79:11,12 82:17
factors 57:23 58:4
fail 108:15
failed 45:3
fair 10:11 39:2,5 50:11 52:12 53:20 53:21 66:9 76:25 79:8 85:24 87:25 94:17,21 96:17
fairly 22:17
familiar 41:13 71:25 95:16
fappiano 2:18 4:23,23 5:8,12 21:15 26:17 29:24 30:9 36:20 37:3,5 64:8 83:16 89:5 95:2 101:16,24 103:11,12,25 106:5,7
far 89:15
fault 20:25
february 18:13,18 19:8 72:16 98:18 99:9 100:3,12
federal 3:19 5:3
field 59:13
file 29:18 64:23 72:19
filing 3:6

fill 42:19 86:12 89:16
filling 73:13 90:9 96:15
find 53:12 84:13 94:7
findings 30:14
fine 21:21 101:24
finish 15:14
finkelstein 2:4
fire 1:7,9,10,17 2:9 4:24 5:13 7:11,16 7:18,23 8:4,9,11 9:3,7,11 11:16,21 11:23 12:4,6 15:9 15:18,21 18:2 21:22 22:23,24 23:5 24:6,7,10 27:16 28:6 31:14 32:20,24 33:5 34:2,15,18 40:3,10 43:15,20,24 44:7 44:19 55:4 59:5 59:17 61:6 66:13 67:22 80:11 84:6
firefighter 21:24 21:25 59:15
firm 11:22,24 12:4 12:6,8,8 14:18,22 16:11
first 5:4 6:16 14:15 17:23 24:23 24:25 47:20 49:4 57:22 78:8 80:11 83:2,20 84:14 86:5 92:17 101:23
fitness 15:17
five 23:16 28:15 36:24 38:6 64:9 67:7 101:22

fix 5:21
fixed 34:2,17
focused 95:10
follow 26:19 30:2 45:4 88:15 103:11
following 58:15 109:5,6
follows 5:6
force 3:16
foregoing 105:8
foreseeable 94:18 94:22
form 3:11 32:15 35:4,15,23 36:7 46:17 49:22 50:16 56:14 72:9 77:15 84:24 88:25 89:2 94:19,24
format 50:6
forming 29:15 58:8
forth 107:12
forward 8:24
found 99:5,9 100:3
foundation 38:4
four 13:18 21:5 71:15
foust 39:14 56:22 57:6,18 58:9 73:13,24 74:10,14 75:3 78:3,15,17 82:14
foust's 59:9
franklin 1:3 20:21
freeze 5:18
fromson 2:6 4:19 4:20 101:19 104:6 104:8
front 33:8 41:5 42:23 43:6 71:5 73:8 83:9 96:19

full 75:15
fully 73:15,19,21 74:6 75:12
functioning 76:16
further 3:10,14 56:2 101:17 104:2 107:15
future 41:15

**g**

gain 16:4
gas 51:9
gases 95:13,16
gauge 80:9
general 45:21 51:10 65:21,24,24
generally 9:2 15:22 16:24 99:8 99:13
generic 103:20
gentleman 55:17
gerstman 2:16 5:13
getting 17:6 85:21
give 5:14 19:24 24:5 52:20 79:3 80:16 81:22 83:14 101:3
given 16:6,7 18:24 84:18 87:15 107:14
go 15:14 36:20 37:9,21 42:13 44:8 56:2 57:17 61:20 70:3 75:16 77:3 79:17 81:23 82:7 86:8 88:13 92:9 93:18 94:7 95:20 97:6,8,13 98:5 99:21 100:5
goes 16:9,11 49:23 49:23

**going**  5:14 7:8,22 8:24 10:22 22:7 22:14 26:17 29:24 30:9 32:3,3 35:17 36:20 37:5,9,21 43:12 44:19 46:23 49:2 59:7 61:6 67:21 70:23 75:20 81:23 83:21 95:6 95:9,15 97:2,9,12 103:25
**good**  4:2 5:9,11 27:5,6 36:25 39:25
**gray**  103:2
**green**  42:7
**guard**  48:9 80:18
**guess**  19:10 52:9 98:24
**guessing**  13:13 18:8
**guided**  32:22
**guidelines**  32:21
**guy**  66:24 68:5

**h**

**h**  106:9
**handlers**  95:16
**handling**  82:8 89:17,19 95:13
**handwriting**  62:16,17
**happen**  23:11 44:10 58:13,24
**happened**  24:5 52:13 73:22 83:17
**happening**  5:20
**happens**  23:16 44:2
**hard**  7:7,8 90:20
**harding**  46:4

**hawkins**  57:10,13 64:20
**haworth**  2:16 5:12
**hazards**  95:17
**hbandglaw.com**  2:18
**head**  7:6 71:6 73:5 83:10
**hear**  5:18 8:18 46:21 57:5 76:11 83:12,13 103:22
**hearing**  5:22 8:23
**hejzlar**  21:6
**held**  1:17
**help**  21:11 30:17 61:18 76:17
**helped**  69:22
**helps**  67:21
**hereinafter**  5:5
**hereinbefore**  107:12
**hereto**  3:5
**hire**  9:10
**hired**  12:4,8 35:25
**hit**  90:20
**hold**  30:10 50:7 84:13
**home**  56:25
**hood**  9:8 11:23
**hopefully**  7:8
**hour**  14:9 36:23
**hourly**  14:7
**hours**  13:8 14:10 14:12 24:16,20 42:13
**human**  57:22 58:3
**hypothetically**  49:19

**i**

**idea**  63:7,17 71:23 72:5 73:23 81:9 82:16 83:16 92:5
**identical**  42:5
**identification**  6:15
**identified**  15:9
**identify**  4:14 29:20
**ii**  17:22 18:21 27:9 27:18 33:16 39:19 40:2,24 49:11
**imagine**  22:18
**imperative**  108:12
**implemented**  57:18
**importantly**  38:24
**impossible**  89:15
**incident**  59:24
**include**  50:25 51:11 81:7,14 100:13
**included**  41:23 50:22 78:24 79:14 80:17 93:24
**includes**  6:6 9:7
**including**  9:5 24:14 70:8 79:22
**inclusion**  93:21
**incorporating**  77:10
**incorrect**  83:3
**incorrectly**  11:23 12:2
**independent**  31:2 96:20
**index**  1:4
**indicate**  45:25 69:11,12 90:8
**individual**  16:7,8 16:9 46:15,25

49:15 90:15
**individuals**  37:24 39:7 50:6
**industries**  1:7
**industry**  31:15 32:14,23 37:24 38:4 54:11,14,20 54:23 55:2 58:22 76:6,9 84:4,16 85:10,18 88:15 90:25
**information**  7:4 24:2 36:17 41:7 51:15 53:7,13 56:21 59:8,23 60:2 74:23 78:23 79:6,13 80:15 96:4 100:2,14,17 100:20 101:8
**inherent**  95:17
**initially**  27:19
**injured**  25:14
**injuries**  58:12,24
**injury**  52:9 58:16 65:14 71:17 82:10
**input**  23:18 69:14 77:23 78:4,22 85:5
**inside**  42:2 66:6,20 66:20,21 67:8 73:9
**inspect**  16:4 25:3 25:18 71:7
**inspecting**  93:6
**inspection**  43:11 43:21,24 44:9 52:20,23 79:23
**inspections**  80:7
**inspector**  43:15,20 43:20,24 44:20

**install** 16:4 43:19 47:24 52:23 92:13
**installation** 7:15 44:4 92:15
**installed** 11:23,25 48:11
**installing** 77:4 93:6
**instinct** 57:19 58:8 58:20 59:6,7 60:7 74:4
**instincts** 60:3 74:4
**instruction** 69:9
**instructions** 5:15 31:7,10,14,25 42:18 56:19 65:7 65:8,11 68:7,9,18 69:6 79:25 80:25 81:8 86:12 95:22 96:2,7 100:14 108:1
**instructor** 22:15
**insurance** 80:12 86:6
**insure** 67:19 90:14
**integrity** 22:17,22 43:11 44:5,23 45:6,19,22 84:5 94:14 97:3,10,24
**intended** 43:8 83:22
**intending** 44:15 101:4
**intention** 100:24 101:13
**intentionally** 73:25
**interest** 8:11
**interested** 32:4 107:17

**interpret** 48:18
**interpretation** 48:20,23 50:11
**interrupt** 61:21
**investigation** 11:22 12:4,6
**investigator** 21:22
**investigators** 75:8
**invoice** 24:24,25
**invoiced** 24:24
**involve** 53:8
**involved** 23:14 25:23,24 47:22,23 64:2 77:8
**issue** 51:21 52:6 52:14,18 53:3,8,15 53:25 78:21 99:22
**issued** 58:15
**issues** 91:6
**itemize** 26:12 106:17
**items** 73:4

**j**

**j** 4:25
**jack** 2:21
**james** 2:13 4:21 13:10
**jeff** 103:15 106:22
**jing** 12:13
**jkirkpatrick** 2:13
**job** 65:13
**john** 28:5 66:23 68:4,10,23 69:24 87:17 96:14
**joined** 65:19
**jotting** 30:14
**juliano** 1:16 4:1,8 5:1,7,9 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1

19:1 20:1 21:1,17 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 102:5 103:1 104:1 105:7,16 106:5 107:11 109:20
**july** 1:13 4:6 24:25
**jump** 32:5
**jumped** 36:8
**june** 24:24
**jurisdiction** 44:3 44:14

**k**

**k** 4:1,25 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1

14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1
**keep** 23:20 29:17 30:5 37:5 41:24 46:7 61:15 67:21 81:20
**keeping** 66:25 67:23
**kenneth** 2:6 4:19
**kept** 64:23 98:21
**key** 9:11 37:11

kfromson  2:6
kicked  83:17
kidde  38:21 48:8
  80:18
kind  86:4
kirkpatrick  2:13
  4:21,21 13:10
  14:17,21 21:11
  35:4,15,23 36:7
  46:17 47:10 49:22
  50:16 56:14 72:9
  77:15 83:13 84:23
  88:25 94:19,24
  101:21 102:4
  103:8 104:5,7,10
  106:6
kit  97:24
kitchen  11:23
  17:22 18:21 26:4
  27:8,10,13,17,18
  33:10,16 39:11,19
  39:21,25 40:10,24
  46:12 49:10,21
  50:19 83:4 89:16
  92:14 97:3 99:8
  100:2 102:16
kits  42:25
knight  17:22
  18:21 26:4 27:8
  27:11,13,17,18
  33:10,16 39:11,19
  39:21 40:2,10,24
  46:12 49:10,21
  50:20 83:4 89:16
  92:14 97:3 99:8
  100:3 102:16
know  5:20 7:6
  11:2 12:21 13:23
  13:25 32:6 33:9
  37:8,12 38:19,19
  41:5 42:3,4 49:13

53:5,11 54:2 59:2
59:4,11,14,19
60:11 61:3,13
63:3,4,9,12 67:5
68:4,5,15,16,16,24
70:6,20 71:6
73:12,14 74:3,8
78:5 82:3,9,14
83:8,9,18 85:7,23
86:7 88:9 89:20
90:21 92:12 93:20
96:23 97:6
knowing  60:2
knowledge  36:16
  44:17 47:5 53:7
  72:5,14 85:13
  98:4
knowledgeable
  79:20
kurt  1:15 4:7 5:7
  105:7,16 106:5
  107:11 109:20

**l**

l  4:25
label  79:7 80:14
  97:14
labeled  80:5,5,10
  97:17,18,20
labels  31:25 79:18
  96:25
lack  11:17 23:22
  36:10 52:9
lancaster  1:17
lane  18:2 23:5
  27:16
language  38:3
  49:20 93:23
large  32:19
larger  17:3 38:17
law  11:24 12:8,8

lawampm.com  2:6
lawful  5:2
lead  9:9 78:3 82:9
  94:10
leading  10:7
leads  94:25
learn  14:15
learning  17:12
leave  44:18
leaves  16:11
led  74:5
left  80:4,13 81:13
legal  94:25 95:2
level  75:3
li  12:13
liability  38:10,16
liaison  9:10
license  7:24
licensed  47:25
life  7:14,16
light  89:14
limit  71:17
line  8:7 39:21,23
  40:2,4,7,13 91:5
  109:8
lines  40:6,19
list  16:14 20:10,11
  23:6 26:11,15
  40:17,19,21,25
  41:9,20 42:21,22
  52:21 55:7 60:15
  106:16
listed  6:8 14:25
  15:10 17:11,22
  19:21 20:22,23
  36:4 41:20 55:6
  61:22 63:11 64:6
listings  48:9
lists  43:3
literature  58:7

litigation  10:23
  11:2
little  8:22 10:5
  17:3 34:12 57:21
  71:24 94:12
live  17:13
liz  37:3 89:6
llc  2:16
llp  2:4,10
lms  1:5 4:12
local  41:17 43:16
  44:7 97:4
location  17:3
lock  52:15
log  40:18
long  13:7 59:15
  94:4
longer  84:21
look  6:16 7:7
  63:14,17 97:6
looked  56:15
  63:20 64:4
looking  6:24 18:8
  20:2,4 50:4 75:15
  94:3
lost  83:12
lot  5:14 22:15
  34:24 63:13 79:6
  98:3
lp  1:7,9 2:9

**m**

main  37:17
maintain  26:11
  100:8
maintaining  50:19
  79:22
maintenance
  83:25 92:13 97:23
major  51:20
majority  47:4
  68:11

**making** 23:18
**manager** 7:14
 28:6
**managers** 9:4
**manual** 18:20
 19:14 22:6,14
 23:17,21 40:22,24
 41:3,7,9,11,21,22
 41:23 42:14,18
 45:13,15 48:11
 49:10,16,21 50:4
 50:11 51:2,3,4,16
 54:18,19 55:2
 60:12,13 61:14,23
 62:6,11 63:5,6,11
 63:13,15 66:5
 70:8,11,14,18 83:4
 83:6,8 92:11,16,21
 92:22 93:7,9 94:3
 96:18
**manuals** 32:18,25
 34:25 40:20 48:24
 56:16 58:19 64:13
 64:23 66:7,10
 67:2 87:20 90:6,7
 93:24
**manufacture** 45:8
**manufactured**
 52:5 97:24
**manufacturer**
 15:5,23,25 16:3,5
 16:25 24:11 32:18
 32:25 33:9 38:7
 38:11,13,19,23
 41:11 48:2,5,10
 53:17 54:17 55:6
 59:5 60:18 61:24
 63:12 64:13 67:13
 68:13 71:21 76:3
 77:8,11 81:14
 86:11 87:21 88:5

88:19 90:6,7 94:9
 97:20 98:2,10,13
**manufacturer's**
 45:7 53:19
**manufacturers**
 7:20 9:10 15:9,20
 16:13,19 17:10,20
 22:6,12 30:15
 39:5 40:17 41:16
 45:12 47:23 49:24
 54:3 58:11 61:15
 79:18 80:3,18
 81:8 88:14 89:9
 90:25
**manufacturing**
 54:6,9
**march** 14:20
 18:14,18 59:12
 73:4 75:5 82:21
**marked** 6:4,9,14
 20:7 73:2 76:15
**market** 72:7,16
 103:2
**marking** 69:7,10
 76:20 77:21 78:18
 78:21 84:19,20,25
**markings** 42:8
 77:22
**marriage** 107:17
**marshal** 44:7
**material** 30:14,16
 51:17
**materials** 6:8,9
 13:15 17:18 18:17
 19:3,13,16,19 20:5
 20:10 24:15 25:16
 28:8 29:14,17,21
 30:22,24 32:16
 34:19,24 49:3,14
 51:7 57:7 70:7
 98:23 106:19

**math** 52:11
**matter** 4:8 92:23
 107:18
**mean** 7:11 23:8
 37:6 39:23 41:22
 48:5 61:20 76:20
 91:9 95:25
**meaning** 78:17
 103:2
**means** 3:22 23:9
**meet** 44:19
**meeting** 13:2
 43:15
**meetings** 23:10,11
 23:18
**member** 23:7,9,13
**men** 82:18
**menor** 46:4
**mention** 5:15
 45:12 101:3
**mentioned** 6:3
 12:16 14:24 20:14
 45:14,18 56:15
 102:6
**mentions** 42:24
**methodology** 32:9
 32:11
**methods** 56:3,3,6
**mic** 7:7
**mid** 17:2
**mind** 41:24 61:15
 99:15
**mine** 28:22 37:20
 38:18 54:4
**minus** 41:25
**minute** 36:24 64:9
 101:22
**misstates** 46:18
**models** 72:6,15
**moment** 81:23

**month** 91:4
**monthly** 79:23
 80:7
**morning** 4:2 5:9
 5:11,15 88:3
**motion** 3:20
**moving** 82:25
**multiple** 9:5

**n**

**n** 2:2 4:25 106:2
**name** 4:2 5:12
 12:12 16:10 29:12
 62:18 103:14
**nameplate** 82:4
**names** 13:24 21:5
**nathan** 62:18
**nature** 7:21 30:16
 38:15,25 40:12
 42:25 51:24 56:5
 56:20 61:19 66:14
 80:9 91:7 94:11
**necessary** 94:5
 108:4
**neck** 51:22 52:6,8
**need** 27:15 37:11
 43:21 46:20 47:3
 47:11 55:22 86:8
 104:9
**needed** 99:16
**needs** 37:7 92:12
**never** 44:8 80:13
**new** 1:2,20 2:5,17
 2:17 4:3,10 12:18
 12:19 17:16 23:17
 32:20,23,24 33:7
 43:19 44:3 55:3,4
 61:6 66:12,13
 107:4,10
**newburgh** 2:5
**nfpa** 23:7,15,17
 30:16 32:19,25

33:2,4,11,11,14,15
33:17,19,21,23
34:9,13 36:9
54:16 55:5,7 90:5
94:16
**nitrogen**  86:17
**nolan**  14:2
**nonauthorized**
45:17 102:14,21
**notary**  1:19 3:15
105:24 107:9
109:25
**noted**  108:10
**notes**  30:5,5,7,10
30:19,21 98:22
106:21
**notice**  1:18
**noticing**  8:21
**notification**  53:19
**notified**  52:18,19
53:15,16
**notify**  53:18,24
**nozzle**  51:8
**number**  1:4 4:11
14:24 34:24 36:13
41:14,18 61:17,22
61:25 62:2,8,9,22
63:9,10,19,23 64:6
76:2 77:6
**numbers**  40:22
**numerous**  26:4
**nw**  2:10
**ny**  1:17

**o**

**o**  2:4 4:25
**oath**  4:17
**object**  21:12 84:23
**objection**  4:15,20
4:22,24 35:4,15,23
36:7 46:17 47:10
49:22 50:16 56:14

72:9 77:15 84:23
88:25 89:2 94:19
94:24
**objections**  3:11
**obtain**  15:21 25:7
25:7,10,10 47:13
**obtained**  25:19,23
47:8
**obtaining**  87:21
**obtains**  7:17 51:15
68:12
**obviously**  10:25
27:20 30:2 33:9
36:12 41:16 47:13
86:15
**occurred**  39:15
43:9 59:10,21
89:22
**occurs**  88:19
90:14
**offer**  36:21 37:19
61:16,24 62:8
77:11,18 78:16
86:12 101:3
**offered**  15:8,20,23
39:4
**offhand**  53:11
**office**  17:13 56:16
64:24 66:24 73:22
**officer**  4:16
**oftentimes**  88:20
**oh**  15:16 32:23
84:5 92:5 93:20
99:6
**okay**  5:25 6:19
8:24,25 10:18
13:25 26:20 27:2
27:6 36:23 37:2,3
37:13 75:21 92:7
**once**  11:11 40:6
84:6 91:4,4

**ones**  13:22 15:20
20:22 25:23 27:8
42:10 96:15
**ongoing**  52:5,14
**online**  17:5
**open**  37:11 73:15
73:19,21 74:7
75:12
**opening**  38:15
**operated**  72:3
**operating**  68:19
95:22 96:2
**operation**  68:7
**operations**  28:5
66:23 68:5
**opinion**  24:5 34:8
38:17 51:23 60:3
75:17 76:16 82:11
88:7,8 96:17
**opinions**  28:18,20
28:21 29:15 32:9
32:11,15 35:13,20
37:18,19,22 58:8
**opposed**  21:19
**oprandy's**  1:10,16
4:24 5:13 24:10
25:14 45:3 57:19
59:10,16 64:12,24
86:19 95:12 96:10
96:11
**opted**  51:11
**order**  3:20 102:15
102:22
**ordering**  102:11
**original**  108:12
**osha**  25:12 28:16
28:19 29:8 54:16
55:5 60:24 64:4
66:15 67:23 69:3
74:18,24 75:3,8
82:21 94:2

**outcome**  107:18
**output**  75:4,9
**outside**  22:6 88:10
**outsource**  60:25
**overall**  13:2 19:18
**overfilled**  82:14
**overfilling**  82:9
**oversee**  9:4,8
**oversees**  68:10
**owner**  11:17 25:14
55:21 80:6
**ownership**  8:11,14

**p**

**p**  2:2,2,4
**p.m.**  101:25 102:2
104:12
**page**  6:17 19:22
20:5,6,7 37:10,22
45:2 47:15 49:4,5
49:5,10 50:5,14,20
50:21,22,25 51:15
54:5 62:12,23
75:15 78:7,12
82:25 89:13 92:10
95:9,10,15 105:13
106:4,11,15 109:8
**pages**  95:6 105:9
**paid**  24:22,25
**painted**  42:7
**paperwork**  29:6
**paragraph**  34:2
34:16 75:16,20,23
76:5 78:8 83:21
84:15 89:14 92:10
**part**  22:22 27:8
28:11 30:19 31:11
31:12 32:19 39:18
39:20 40:22 41:3
41:20,21 45:7
48:17 63:6 67:7
68:6,25 73:25

86:23 98:6
**particular** 37:25
39:8
**parties** 3:5,19 7:20
107:16
**partner** 8:10
**partners** 2:4
**parts** 25:18,22
38:12,23 40:19,21
40:25 41:20 47:5
47:12,13 48:8
64:2 65:22 66:2,9
93:9 98:5
**party** 1:9,11,16
2:9,15 15:23
28:12 29:5,11,21
30:15,25 60:22
61:2 67:6,10,17
87:20 106:20
**pass** 62:2
**passed** 56:5
**patty** 64:17 72:23
**payment** 11:17
**pdf** 6:17 20:7
37:10 49:5
**pending** 12:17
83:18
**people** 27:25
67:22 86:2 87:8
103:3
**percent** 8:16,20
10:6
**percentage** 8:14
8:19 10:2
**perfect** 51:19 62:5
67:9
**perform** 92:13
**period** 100:18,21
**periodic** 16:17
**periodically** 91:4
91:20

**person** 28:3 73:14
**personally** 22:21
**personnel** 9:11
92:6
**perspective** 84:16
**pertained** 21:17
**phone** 14:12
**photographs**
26:12 63:25 64:5
65:11 69:2 72:25
73:6 106:16
**physically** 25:4,17
**pick** 7:7
**picture** 73:5
**pictures** 64:4
**pipe** 22:17,22
43:10 44:5,23
45:6,19,22 84:5
94:14 97:3,9,24
**place** 3:24 52:8
90:14
**placed** 51:22
71:16 73:9 99:16
**places** 95:20
**plaintiff** 1:4,9 2:3
2:9 4:19 12:9,11
35:25 39:14 78:16
82:18
**plaintiffs** 11:19
**please** 35:19 46:22
72:13 90:17 108:3
108:7
**pmh** 1:5 4:12
**point** 19:12 20:19
23:19 27:17,19
32:5 60:24 61:9
82:8 98:10
**pointing** 67:8
**poor** 77:18
**pop** 91:19

**portable** 34:15
**portion** 102:10,19
**portions** 32:4 51:2
**poseidon** 1:5,6
70:13 71:25 72:7
72:15,20 73:3
75:14
**possession** 62:13
**possible** 102:14,25
**posted** 66:3
**posting** 65:6
**practice** 31:18
66:25 67:2 74:6
103:17
**practices** 57:18
**pre** 102:12
**predated** 100:3,12
**premise** 37:23
38:4
**preparation** 12:20
13:3,14 14:4,11
20:12 24:14 46:2
**prepare** 24:15
27:24 30:12 31:2
87:2
**prepared** 6:24
17:19 65:16 68:11
**prepares** 68:8,12
86:25
**preparing** 25:2
30:4 63:21 68:17
87:3 98:23 102:7
**preprinted** 63:11
**present** 2:21 16:15
**president** 7:13
8:10
**pressure** 69:14,18
70:11,18 75:4,9
77:23 78:4,22
85:5

**presumably**
102:12
**presuming** 81:17
**pretty** 94:3
**prevent** 52:9
69:22 89:21
**previous** 10:17
11:24 12:14 22:25
**previously** 11:18
31:6
**price** 103:2
**principal** 23:7,13
**print** 100:9
**printed** 63:19
**prior** 10:15 11:8
14:5,6 19:6,8,11
72:7,16 98:18
99:9 103:18
**privileged** 23:25
**problem** 21:16
75:22 77:12
**procedure** 5:4
43:4 58:16 90:13
**procedures** 56:9
56:11 57:13 60:14
60:17,20 61:4
83:5,7 86:25 87:3
87:10,12,15 88:5
**proceedings**
104:11
**process** 17:6 36:17
90:13
**produce** 99:2,5
**produced** 104:2
**product** 38:14
39:21,23 40:2,4,6
40:7,9,13,19 50:7
51:18 52:2 75:24
89:17,19 91:5
**products** 1:7,9 2:9
20:3 47:24 51:10

54:6,10 95:18
**profession** 62:14
**professional** 1:19
4:5 31:23 60:25
107:9
**promise** 102:5
**proof** 46:11,14,24
**properly** 60:11
61:13 70:22 71:10
75:25 89:16
**properties** 95:17
**protection** 7:11,18
7:23 24:6,7,10
**protex** 38:20
**proven** 47:8
**provide** 17:13
26:18 35:9 47:12
79:18 80:21,24
86:8 101:10
**provided** 19:2,13
22:13 29:25 30:23
49:16 50:6 57:13
88:23 93:12
**provides** 3:19 7:15
**providing** 95:21
96:6
**psi** 42:24 69:11,15
75:9 76:15,20
77:21 78:4,9,18,21
84:21
**psychology** 57:25
58:4
**public** 1:19 3:16
23:18 105:24
107:9 109:25
**publish** 29:14
**pull** 98:11 99:20
**pulsation** 48:17
51:9
**purchase** 49:19

**purchased** 46:12
47:9
**purpose** 3:22
37:17 44:24 67:15
67:18 85:5
**purposely** 82:15
**purposes** 40:14
**pursuant** 1:17 5:3
**put** 6:3 7:10 30:17
80:2 94:5
**puts** 95:2
**putting** 38:10
**pyro** 17:15,21,22
19:6 20:2 26:4
27:17 33:9 36:14
38:21 39:25 45:14
47:21 48:7 49:6
51:8,14,19 52:6,21
53:21 54:6,10,17
62:5,11 70:12,14
70:17 76:15,17,22
77:7 80:21 91:18
91:22,25 92:21
93:2,10 94:9
98:15,17 99:21
100:13 102:16,18
102:22,23 103:6

**q**

**qualified** 97:10
**quarter** 91:4
**query** 98:9,15
**question** 3:11 5:21
7:23 21:17 24:12
25:9 35:5 39:22
45:20 46:20,21
55:19 60:13 72:12
76:4,12 83:18
84:24 87:13 89:6
90:10 92:8,17
93:11 95:4 102:24

**questions** 3:24
5:24 22:9,15
41:14,15 61:17
81:22,24 82:5
91:6,14 93:5
94:11 101:17,19
103:9,16 104:2
**quickly** 33:22
48:10
**quote** 37:23,24
43:6 50:5 54:5
57:19 65:6 78:8
82:7 88:13 89:15
92:11,12,14,20
95:21
**quoting** 92:17,19

**r**

**r** 2:2 4:25 62:18
109:1,1
**range** 48:9 80:18
**rate** 14:7
**reach** 32:9,11
102:23
**read** 13:25 21:18
21:20 43:14 46:2
46:9 54:12 55:8
59:11 64:16,19
72:22 74:24 75:5
75:20 76:8 82:21
83:19 85:8 87:25
89:5,7 90:11,18
94:4 102:19 105:8
108:3
**readable** 80:9
**reading** 34:11
75:2,10 82:11
84:10 85:19 86:9
102:10
**realize** 48:10
58:23 67:19

**really** 51:15 78:25
85:4 95:10
**reason** 5:17 34:15
80:10,14 82:13
108:5 109:10,12
109:14,16,18
**reasoning** 43:22
**reasons** 109:6
**rebuilt** 42:24
**rebut** 37:18,19
**recall** 13:12,22
42:12 43:16 51:18
51:20 52:2,3
53:17 56:24 63:22
64:7 65:4 72:21
73:11 75:6,10
78:19 87:5 98:20
99:7,13,25,25
100:11,16 102:10
**recalls** 38:14,24
**receipt** 108:14
**receive** 101:7
**received** 21:8
36:18 57:15 74:8
**recess** 64:10
101:25
**recharge** 16:4
28:14 56:19 66:20
67:8 92:14
**recharged** 59:20
**recharging** 43:5
55:17 60:14,20
67:20
**record** 4:15 6:3,4
83:19 89:7 90:11
90:18 107:14
**redo** 16:23
**refer** 55:8 90:5
**reference** 33:8,12
33:14 36:9 37:11
45:4 55:5 76:13

**referenced**  33:4 56:7 65:16
**referred**  29:12 51:25
**referring**  30:20 47:17 51:23 52:24 65:8 66:12 67:11 71:14 76:13,19 89:11,24
**refers**  70:10 77:23
**refill**  60:16 70:15 86:16
**refilled**  59:19
**refilling**  68:20 77:5 83:5,7
**regard**  57:15
**regarding**  13:2 84:9
**regards**  68:20
**registered**  1:18 4:4 107:8
**regular**  97:21
**regularly**  23:10
**regulation**  67:4 68:3 70:4 90:4
**regulations**  60:12 60:19 61:3,14 88:16 93:22,23 94:8
**regulator**  70:22 71:2,10 73:15,18
**relate**  28:19
**related**  107:15
**relating**  78:22 98:19 99:8 100:2
**relationship**  91:15
**reliably**  92:13
**relied**  28:24 57:2 58:7
**relief**  69:18 70:11 70:18

**relies**  54:7,10
**rely**  29:7 66:7 67:24
**relying**  86:22 94:6
**remember**  12:12 12:17 75:7
**remembering**  99:23
**remind**  88:18
**reminder**  65:13
**reminders**  88:22
**reminds**  88:14
**remote**  1:15 3:21
**remotely**  4:17 5:4 107:13
**renew**  17:7 18:4
**renewal**  16:20 18:18 22:11 36:13
**renewed**  16:17 18:9,12
**rep**  41:11,17 91:10 91:10,18,19 92:2 102:24
**repairs**  7:15
**repeat**  5:21 25:9 35:16 54:8 67:16 72:13 87:13 90:10 90:17 93:17
**repeatedly**  47:16 47:19 48:25 88:14
**report**  6:6 20:12 24:14,16 25:3 27:20,24 28:19 30:5,13 31:3 32:3 32:8 34:11 37:9 37:10,15,18 45:3 46:3 49:9 50:23 51:2 57:17 60:10 63:21 64:12 69:3 69:17 71:5 73:12 74:24 75:2,5 79:2

79:5,12,17 81:12 82:2,21 85:19 88:4 95:3,7 98:23 100:24 101:2,11
**reported**  56:24
**reporter**  1:19 4:2 4:4,5 9:12 17:17 22:20 37:4 44:12 47:14 55:20 104:6 107:9
**reports**  13:19 14:2 21:14,19,20 25:12 34:25
**represent**  4:14 5:13 90:25 98:3
**representative**  91:12
**representing**  12:9
**reprint**  85:10
**reproduce**  85:18
**reps**  9:10 41:17 93:10
**request**  26:19 30:3 106:15
**requested**  9:12 17:17 22:20 44:12 47:14 55:20
**require**  46:11,14 70:11
**required**  16:21 22:5 44:10 51:21 53:10 60:11 61:14 79:19 80:2,7 84:6 89:17,19
**requirement**  46:24 47:7 67:25 89:23,25 90:8 94:16
**requirements**  28:16,20 29:8,9 33:2 67:23

**requires**  67:4 70:5 96:23
**research**  28:23,24 29:4 30:24 31:2 34:12 61:10,11 63:4
**reserved**  3:12
**respect**  35:24
**respective**  3:5
**responder**  80:11 86:5
**response**  8:18 102:24
**responsibility**  86:11
**responsible**  9:9 79:20
**restate**  35:17 46:23
**restaurant**  12:14 12:15
**result**  58:16
**retained**  24:3
**return**  108:12
**revealing**  23:25
**review**  13:15,17 19:16 20:20 21:4 21:6,9 24:15 25:2 25:11,25 26:3,9 27:23 28:7,8 30:4 32:16,18,22 36:15 37:17 41:11 49:13 55:24 56:21 57:9 57:12 63:25 64:23 70:7 72:19,25 73:21 81:5 82:22 91:5
**reviewed**  6:8 19:19 20:12,15,18 21:2 25:12,16 26:12 27:8,20

[reviewed - sorry]                                                    Page 16

29:15,21 34:20,23
34:24 57:7 58:7
63:15 67:5 69:2
73:4 78:2 102:6
106:17,19
**reviewing**  19:18
29:5 30:24 35:7
35:13 36:3,3
63:21 100:12
**revision**  23:17,21
**right**  33:7 36:21
47:17 53:14 60:25
61:9 62:7 64:20
74:24 75:12 78:14
78:25 79:15 80:19
83:2 84:18 86:13
89:11 92:20 94:10
95:10 100:11,23
101:14 102:8
**risk**  38:22
**rochester**  15:15
**role**  9:23 11:5,22
35:14,22,24
**room**  55:17 56:19
66:6,20,20,21 67:2
67:8 82:18
**route**  2:4
**routine**  22:18 44:9
44:11 83:25 97:23
**rpr**  107:22
**ruined**  36:10
**rule**  3:19,22 45:4
45:10,10
**rules**  3:22 5:3 45:4
91:24 92:5 95:12
103:6
**run**  7:13
**rupture**  71:17
82:10

**s**

**s**  2:2 62:18,18
106:9
**safe**  95:13
**safely**  92:12
**safety**  1:10,17
4:24 5:14 7:14,16
8:4 18:2 22:23
23:5 27:16 70:22
71:13 72:18
**sales**  7:14 9:9
91:12,13,14,14
**salespeople**  91:9
**salesperson**  91:2
**save**  103:21,23
**saying**  55:9 58:18
58:22 59:3 61:12
69:13 73:20,24
74:7 76:11 77:9
77:13 79:25 84:10
84:20,25 86:10
87:11 92:22,25
93:21,22,24
**says**  42:14 49:6
50:5
**scenario**  86:2
**scientific**  32:12
**scott**  43:12 44:15
55:22,25 56:12
64:17 72:23 74:9
76:17 97:2,9
**scott's**  20:20
**sealing**  3:6
**sec**  19:24 78:14
**second**  33:25
34:16 68:6 75:15
76:5 84:14
**section**  37:14
81:21
**security**  9:7

**see**  6:11 15:16
20:6,22 27:12
32:8 43:20 44:10
46:13 49:7,20
50:17 51:13 56:6
56:21 57:4,6
62:25 63:16,23
64:5 78:14,23
80:12 84:13
**seeing**  8:23
**seen**  43:23 44:8
71:18
**select**  6:9 49:3
**sell**  44:15 103:5
**selling**  103:2
**semi**  44:9
**semiannual**  52:23
**send**  52:22 54:3
**sense**  54:11 55:9
55:10,16,21 81:14
85:14,16
**sent**  52:7
**sentence**  47:15
55:8 76:5,21
77:10,11 83:2,20
84:14 92:18 95:25
96:8
**separate**  8:7 41:4
67:14 97:5
**separately**  49:16
93:15,19
**serious**  58:16
82:10
**served**  11:4
**service**  7:15 41:18
51:21 58:14 61:17
65:11 68:2
**services**  63:10
93:11
**servicing**  50:19
93:6

**serving**  11:14
**set**  66:24 73:14,18
74:6 75:3 107:12
**sets**  43:24
**setting**  75:9
**share**  6:5,25
**sheet**  108:6,7,10
108:13
**shop**  26:2,3,13,22
63:20 65:9,17
71:20,22 106:18
**show**  73:6 85:5
**showed**  73:3
**shown**  46:25 47:8
51:14 105:12
**side**  5:19 24:6,7,10
**sided**  71:15
**sign**  108:7
**signature**  107:21
**signed**  3:15,16
**signing**  108:9
**signs**  56:18 65:20
65:21
**similar**  11:25
**simple**  22:18
**sit**  53:13 91:5
100:23
**site**  81:20
**situation**  43:23
**six**  38:7
**size**  17:2 91:23
**sizes**  26:5
**slightly**  69:13
**slover**  57:10 64:20
**small**  38:18
**smaller**  97:25
**sold**  46:8 90:15
**somebody**  73:13
**somewhat**  71:17
**sorry**  8:17,18
18:25 20:24 21:20

David Feldman Worldwide
A Veritext Company
800-642-1099                                              www.veritext.com

23:3 25:25 37:6
54:8 65:5 67:11
70:2 74:18 85:19
87:13 89:2
**sort** 57:3 67:3 98:8
**source** 25:20 35:3
39:2 74:23
**sources** 34:21,22
34:23 58:7
**southern** 1:2 4:10
**space** 108:5
**speak** 13:9
**speaking** 14:12
**speaks** 68:17
**specialist** 7:11,18
7:24
**specialty** 85:7 97:5
**specific** 7:24 15:5
35:7 44:23 48:13
51:4 65:22,25
66:8 70:9 77:19
83:4 89:10 92:4
**specifically** 7:23
17:21 34:5 39:11
40:23 42:10 47:6
56:23 76:4
**specified** 45:22,24
**specify** 51:8
**spells** 34:2
**spend** 14:10 17:4
24:16 67:7
**spent** 10:3 14:12
**spoke** 56:22
**sprinkler** 9:6
**ss** 105:3 107:5
**st** 2:10
**staff** 93:4
**stamp** 84:18 85:4
**stand** 38:11 48:3,6
48:11,14

**standard** 34:3,9
34:17 54:20,23
55:2 67:3 68:3,17
70:2,4 90:4
**standards** 23:15
32:21 33:4 34:25
54:11,14 76:7,9
85:10 88:15
**standpoint** 60:21
**stands** 44:13
**start** 16:14 32:3,24
38:3 55:4
**started** 23:22
**starting** 34:3
**state** 1:19 4:3,14
8:4,9,11 9:3 10:4
11:16 18:3 22:23
22:24 28:6 32:20
32:24,24 33:7
37:23 45:3 55:4
61:6 66:12,13
73:12 79:17 84:2
105:2 107:4,10
108:4
**stated** 48:25 73:20
**statement** 33:13
38:5 50:12 70:25
73:17 79:8 81:18
88:17 89:18
**statements** 74:18
**states** 1:2 4:9
34:17 88:4
**steel** 73:7
**steigerwalt** 29:13
67:12
**stenographic** 4:4
**step** 56:19,19 91:3
**steps** 43:2,3
**stipulate** 3:20
**stipulated** 3:4,10
3:14

**stipulations** 3:2
**stopped** 76:17
**store** 1:6
**stores** 1:6
**straight** 36:20
**strictly** 32:13
**strike** 19:17 63:24
**subject** 24:13
105:11 108:9
**subscribed** 105:20
109:22
**substitute** 36:16
**suburb** 12:19
**sued** 11:16
**sufficient** 92:23
93:7
**suffolk** 107:6
**suggests** 79:13
**suite** 2:16
**superfluous** 85:11
85:15,25 86:2
**supplemental**
100:14 101:11
**supplementing**
100:24
**supplier** 96:7,11
**supply** 51:3 52:10
**supplying** 95:22
**support** 93:4
**suppression** 9:5
15:9,21 31:15
34:18 59:18 67:22
**sure** 10:14 22:16
27:16 32:5 42:12
53:5 61:8 62:9
63:13 77:14,16
78:5 80:8 87:19
87:22 99:18 100:5
**sworn** 3:17 5:4
105:20 107:12
109:22

**syracuse** 17:16
**system** 11:23,25
18:21 19:6 27:9
33:17 36:14 37:25
38:2,9,21,21 39:8
39:9,11,14,19 40:2
40:10,14,21,25
43:5,19 45:6,17,21
46:12 48:9 49:11
49:21 50:20 52:7
56:4,7 57:2 58:12
58:24 59:5 70:8,9
70:13 71:25 72:7
72:15,20,20 73:3
75:13,14 76:10
77:4 79:22 80:13
84:6 88:6 90:2
92:15 93:3,6,10,16
93:19 94:7 97:4
99:8 100:3 102:12
102:16
**systems** 1:5,7 7:16
9:7 15:10,21
27:13 33:21 34:3
34:18 40:4,5 46:7
49:25 53:25 86:18

**t**

**t** 4:25 62:18 106:9
109:1
**take** 6:16 19:25
30:5 33:10 34:20
35:2 36:24 64:8
75:22 83:14 85:20
101:10,22 104:8
**taken** 1:16 3:21
19:5,9 64:10
82:19 101:25
**takes** 3:23
**talk** 50:14,18,21
63:6 65:5,6 78:7
79:11,12 82:2

**talk** 93:5 95:7,8 98:9,9

**talked** 36:12 58:13 81:11 86:6 94:12 99:22

**talking** 10:25 16:14 17:21 21:13 32:6 39:10 45:11 52:12 54:14 55:13 62:12 74:12 75:19 75:23 77:19 78:25 91:17

**talks** 38:8 51:9,17 78:20 79:5,8

**tank** 26:6,22,23 27:3,3 28:13 33:11 39:17,18 41:8,10,19,23,24 41:25 42:15,16,19 42:20 43:7 44:16 44:24 46:16 47:2 47:7 48:13,15,16 48:17 49:16,20 50:15 51:6,7,9,22 52:6,25,25 53:2,9 53:15 59:20,20 60:16 64:6 65:9 69:3,5 70:10,16,18 76:15,23,24 77:20 78:24,24 79:7,8,14 79:14 80:4,8,13 81:20 82:9,19 83:22 84:19 85:5 86:7,11,16 90:15 92:24 93:8,15,18 94:18,22,23 96:15 96:25 97:15,22 102:11,15,22

**tanks** 25:25 26:6,7 26:13 27:7 42:5 51:21 52:5,17 53:3,6,25 63:20

**tara** 65:12 68:21 90:9 94:13 97:16,17,25 98:19 99:16 100:18,21 103:5 106:18

**tara** 2:18 4:23 5:12 83:12

**tara.fappiano** 2:18

**taranto** 13:18 20:16 25:13 34:6 34:22 35:13,21 36:9 37:15,18 78:20,25 79:5,12 83:3 84:15 102:7

**taranto's** 34:11 102:20

**target** 78:9

**taught** 17:18 18:18 19:14

**teach** 60:18

**teaching** 19:3

**technical** 41:18 61:16 63:10 83:11 91:2,13,14 93:11

**technically** 17:9

**technician** 22:25 45:9 75:24

**technicians** 25:13 56:17 62:3,6

**teleconference** 1:15 2:7,19 4:18

**telephone** 3:21

**tell** 5:24 6:23 9:2 15:22 24:2 84:11

**tells** 9:11

**ten** 8:15,16,20 51:19 52:4

**term** 23:23

**terminology** 27:3

**terms** 19:3 21:12 26:13 44:22 106:17

**territory** 91:3,19

**test** 22:17,17 26:6 26:23 27:3 39:16 39:18 41:8,10,19 41:22,24 42:15,19 43:7,11 44:4,5,6 44:16,24 46:15 47:2,6 48:13,14,16 49:16,20 50:15 51:6,7,9 52:25 53:3,6,8 59:20,20 64:6 69:3,5 70:16 77:20 78:24 79:8 79:14 80:13 81:12 81:15 82:5,8,19 83:22,25,25 84:2,5 86:11 90:9,15 93:8,15,18 94:13 94:22 96:25 97:3 97:14,16,23,24 98:19 100:18,21 102:15 103:5

**tested** 53:14

**testified** 5:6 11:3,7 41:19 73:7

**testify** 74:11,17

**testimony** 20:15 20:18 21:2,13,18 34:25 35:8,9 36:4 36:6 40:15 43:17 46:2,6,10,18 57:9 57:12 64:16,19,22 72:23 78:16 82:17 82:23 88:2 105:9 107:14

**testing** 22:4,5,13 22:21,22 28:14 43:13,16,25 44:22

**terms** 44:23 45:5,6,19,20 45:23,23 83:23 94:14,14,22 97:10 98:6

**testings** 100:2

**tests** 98:5

**thank** 5:9 37:4 101:17,18,20 103:10 104:3,4

**thanks** 104:5

**thing** 24:9 36:8 67:14 77:20 98:8

**things** 5:17 7:9,21 30:16 38:15,24 40:11 42:25 47:21 51:23 56:20 61:18 66:13,15 67:9 80:8,9 91:6,20

**think** 10:14 16:15 20:20 27:18 30:8 45:17 47:16 56:2 59:11 81:11,21 87:25 88:24 101:2

**thinking** 78:6

**third** 1:9,11,16 2:9 2:15 7:20 15:23 28:12 29:5,11,21 30:15,25 33:25 34:16 60:22 61:2 67:6,10,17 87:20 89:14 106:20

**thirty** 108:13

**three** 10:7 16:18 16:23 18:10 19:11 21:4 23:16 87:8

**time** 3:12 4:6,13 9:20,22 10:2 14:5 14:6 17:12 18:12 19:8,13,25 24:15 24:19 36:25 39:13 59:15 75:22 85:20

100:18,21
**times**  11:10 22:15
 45:18 59:19,24
**title**  49:3,4
**titled**  20:5 37:14
**tobin**  1:18 4:3
 107:8,22
**today**  5:10 11:8
 12:20,23 13:3,14
 21:8 53:14
**today's**  4:5 13:2
**told**  75:7 86:22
**tom**  102:7
**top**  7:10 41:11
 42:6 49:6 53:10
 71:6 73:5 82:25
 83:2,10 93:3
 103:2
**topics**  99:13
**totally**  59:18 75:11
 83:17
**touch**  38:21 58:11
 65:10 66:19
**touching**  58:25
 67:20
**track**  46:7
**train**  55:22 56:25
 60:11,22 61:2,13
**trained**  49:24
 55:17 57:20 58:11
 58:23 59:4 75:25
 77:3 82:15 87:8
 89:16
**trainer**  62:4
**trainers**  42:9
**training**  28:13
 31:13 36:17 41:10
 42:3,9,11 48:25
 50:7 55:24 56:2
 56:22 57:14,22
 58:19 59:6,7 60:8

61:16 62:3,7 63:8
 68:2 74:2,9 77:3,7
 81:6 86:9 88:20
 89:9,19,20 90:8,14
 90:19 92:25 93:12
 102:22
**trainings**  38:7
 39:4 42:13 47:20
**transcript**  59:11
 102:6,20 105:11
 108:14,15
**transferable**  16:10
**transferring**  43:4
**transfill**  60:16
 86:16 95:23 96:7
 96:12
**transfilling**  57:14
 60:14,19 61:4
 68:20 86:9,25
 87:3,15 88:4
 100:15
**treat**  42:15
**trial**  3:12
**true**  17:10 91:22
 105:10 107:13
**truss**  62:18
**try**  25:10,17 32:7
**trying**  74:22 79:4
 91:16
**tube**  42:2
**turn**  7:6 32:25
 49:2
**tutorial**  101:3
**two**  13:8,10 14:12
 28:14 40:16 46:3
 55:16 82:18
**tyco**  1:7,9 2:9 4:8
 4:22 36:18 46:3,7
 46:10,24 53:22
 80:22 81:7,9
 88:13 90:13 98:16

100:13 102:11
**tyco's**  87:23 92:5
**type**  16:17 25:3,8
 25:10,18 68:2
 70:5 72:18 80:12
 87:16
**typed**  79:21
**types**  7:16 71:18
 72:6 85:25,25
 86:18,20 96:24
**typically**  16:18,25
 22:14 23:12 44:2
 48:2 62:3

**u**

**u**  4:25,25 62:18
**ul**  48:9
**unclear**  78:17
**understand**  31:10
 35:5 78:4 91:16
**understanding**
 5:23 15:4 24:4
 39:3 49:9 60:23
 99:24
**understood**  10:18
**unfamiliar**  75:24
**united**  1:2 4:9
**unquote**  89:15
**upcoming**  52:21
**updated**  51:17
**updates**  7:3
**use**  27:4 48:14
 54:11 55:9 69:21
 70:5,11 85:9
 94:13,18,21,22
 97:16,21,22,23,25
 100:17,21
**user**  41:12 79:20
 80:5,14 81:13,18
 81:19 84:8,17
 86:5 94:7

**users**  45:17 52:16
 53:14,24 93:13
**uses**  83:22 92:23
 97:17
**utilize**  28:12 53:5
 60:22
**utilized**  57:14
**utilizing**  66:3
 87:20

**v**

**vaguely**  43:18
**vagueness**  21:12
**valve**  51:9 69:18
 69:22 70:5,11,19
**various**  22:12
 34:19 36:4 39:4
 53:25 68:8
**venued**  4:9
**verify**  6:20 27:15
 41:6
**versa**  42:16
**versions**  63:5 96:5
**versus**  4:8 10:3
 26:23 27:3
**vi**  37:9,14
**vice**  7:13 8:10
 42:16
**victory**  1:5,6
**video**  1:15 2:7,19
 4:18
**view**  60:24
**virtually**  5:16
**visit**  91:19
**vitae**  6:7
**void**  48:9
**volunteer**  21:25
**voting**  23:9,19
**vs**  1:4,10

| w | |
|---|---|
| **w**  103:15 | |

**waiting**  8:24 72:11
**waived**  3:8
**want**  10:14 12:21
  36:23 38:3,20
  52:14 60:24 74:20
  74:22 81:22,24
  91:21 98:8 104:7
**wanting**  80:12
**warn**  45:16
**warned**  47:16,19
  47:24
**warning**  48:2
  56:18 65:20,21
  76:19,24 77:9
  84:22 100:14
**warnings**  31:7,9
  31:14,24 65:7,7,12
  65:12,12,15,25
  66:3,5,8 69:4
  70:17 75:16,18
  76:5,12,14 81:14
  82:3 85:10,14,16
  85:25 86:4 98:5
**washington**  2:11
**way**  5:18 27:2
  32:22 35:18 47:9
  56:9 90:24 102:25
  107:17
**ways**  40:16 47:12
  47:13 60:16 86:16
  86:20
**wc.com**  2:12,13
**we've**  36:22 44:22
  62:12
**webb**  103:15
  106:22
**website**  99:19
**websites**  40:17

**weight**  35:9,12
**went**  24:24 53:20
  59:15
**wet**  33:16 40:2
**wheelhouse**  96:3
  96:13
**whiteley**  2:12
**wife**  25:15
**williams**  2:10
**wish**  83:9 109:5
**witness**  4:17 26:20
  35:8,10 37:2 44:7
  44:9 78:15 101:18
  101:20 103:10
  104:4 105:7 106:4
  107:11,14 108:1
**witnesses**  20:19
  27:4 35:22 36:4,5
  36:18 46:3 87:24
**word**  36:10 43:6,6
  44:6 52:9 77:16
**words**  34:18 77:18
**work**  8:6 9:15
  10:3,4,8,12,16,21
  12:5 14:7 22:22
  23:4,22 24:17,19
  28:9 30:23 37:25
  38:2,8 39:8,9
  59:15 76:10 85:22
  87:16 90:20 97:7
  97:9
**worked**  9:22 11:18
  11:21 14:21 21:24
  31:5 59:14
**working**  12:3
  24:11 39:14,16
  49:25 50:3 76:3
  76:14,22,24 86:3
  90:2
**works**  16:8 90:24

**worthington**  1:7
**write**  13:23
**writing**  26:19
  30:17 31:14
**written**  30:2 65:10
  77:20 95:21
**wrong**  60:4 79:22
**wrote**  62:6,22
  78:11 79:23 85:12

| x | |
|---|---|
| **x**  106:2,9 | |

| y | |
|---|---|

**yeah**  21:4 25:25
  32:23 42:24 54:21
  55:25 59:17 61:5
  61:15 75:22 78:13
  79:10,10 82:24
  84:5 85:21 86:14
  91:10 95:5 97:21
**year**  10:8,10,16,17
  18:13 65:19 84:6
**years**  10:7 16:18
  16:23 18:10 19:11
  23:16 28:15 32:13
  36:15 44:8 51:20
  52:4 67:7 99:21
**yesterday**  13:6
  21:5 88:2
**york**  1:2,20 2:5,17
  2:17 4:3,11 12:18
  12:19 17:16 32:20
  32:23,24 33:7
  55:3,4 61:6 66:12
  66:13 107:4,10

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.