# EXHIBIT 14

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK
----------------------------------------x
FRANKLIN BUONO,

                         Plaintiff,

                                         7:17Civ.06915
                                            (NSR.LMS)

      - against -


POSEIDON AIR SYSTEMS, VICTORY AUTO
STORE, INC., VICTORY AUTO STORES, INC.
d/b/a POSEIDON AIR SYSTEMS, WORTHINGTON
INDUSTRIES, INC., and TYCO FIRE
PRODUCTS LP,

                         Defendants.
----------------------------------------x
TYCO FIRE PRODUCTS LP,

                         Third-Party Plaintiff

         - against -
OPRANDY'S FIRE SAFETY INC,

                         Third-Party Defendant.
----------------------------------------x
                         Tuesday
                         July 23, 2019
                         10:07 a.m.

        EXAMINATION BEFORE TRIAL of the
      Plaintiff, FRANKLIN BUONO, taken pursuant
      to Court Order, held at the offices of
      Finkelstein & Partners, LLP, 1279 Route
      300, Newburgh, New York, on the 23rd day of
      July, 2019, before a Notary Public of the
      State of New York.

              MAGNA LEGAL SERVICES
                 (866)624-6221
                www.MagnaLS.com



```
 1   A P P E A R A N C E S:

 2

 3          FINKELSTEIN & PARTNERS, L.L.P.
 4               Attorneys for the Plaintiff
 5               1279 Route 300, PO Box 1111
 6               Newburgh, New York  12551
                 (845)943-2331
 7          BY:  KENNETH B. FROMSON, ESQ.
                 Kfromson@lawampm.com
 8

 9          SHOCK, HARDY & BACON, L.L.P.
                 Attorneys for the Defendant
10               TYCO FIRE PRODUCTS LP
                 2555 Grand Boulevard
11               Kansas City, Missouri  64108
                 (816)474-6550
12          BY:  SARAH E. LYNN BALTZELL, ESQ.
                 Slynn@shb.com
13

14          BARBER & GERRSTMAN, L.L.C.
                 Attorneys for Defendant
15               OPRANDY'S FIRE SAFETY INC.
                 45 Broadway, 21st Floor
16               New York, New York  10006
                 (212)952-1104
17          BY:  TARA FAPPIANO, ESQ.
                 Tara.Fappiano@hbandglaw.com
18

19

20

21

22

23

24

25
```



MAGNA
LEGAL SERVICES

Page 3

1

2

3

4                IT IS HEREBY STIPULATED AND AGREED by

5    and between the attorneys for the respective

6    parties hereto that the sealing and filing of the

7    within deposition be waived; that such deposition

8    may be signed and sworn to before any officer

9    authorized to administer an oath with the same

10   force and effect as if signed and sworn to before a

11   Justice of this Court.

12

13   IT IS FURTHER STIPULATED AND AGREED   that all

14   objections, except as to the form, are reserved to

15   the time of trial;

16

17   IT IS FURTHER STIPULATED AND AGREED that the within

18   examination and any corrections thereto may be

19   signed before any Notary Public with the same

20   force and effect as if signed and sworn to before

21   this Court.

22

23

24

25



Page 4

1                    Franklin Buono

2     F R A N K L I N   B U O N O ,           the

3          Plaintiff herein, having been first duly

4          sworn by Debra Boggs, a Notary Public of the

5          State of New York, was examined and

6          testified as follows:

7               THE COURT REPORTER:  Please state your

8           name for the record.

9               THE WITNESS:  Franklin Buono.

10               THE COURT REPORTER:  What is your

11          present residence address?

12               THE WITNESS:  131 Hill Road, Goshen,

13          New York  10924.

14   EXAMINATION BY

15   MS. FAPPIANO:

16          Q.   Good morning, Mr. Buono.  Thank you for

17    being here this morning.  My name is Tara Fappiano.

18    I represent Oprandy's Fire Safety Equipment in this

19    action.  I'm going to be asking you some questions

20    this morning about the incident, your medical care

21    and things like that.

22               As I mentioned earlier, we know you

23    were deposed a little over a year ago.  And I'm

24    going to make my best efforts to not go over things

25    that you have testified to in the past.  That being



Page 5

1                        Franklin Buono

2    said, there will be some questions that I will need

3    to ask about certain things, and I will just ask

4    for your patients with that.

5              If at any point in time you don't

6    understand any of my questions, certainly just let

7    me know that.  And I will rephrase it in such a way

8    that you do understand.  If there is, at any point,

9    in time that you require a break for any reason,

10   you need to stretch, you need to walk, you need to

11   drink, you need a restroom break, any of those

12   things, certainly feel free to ask for it.  The

13   only thing I will ask is if there is a question

14   pending when you request the break, that you answer

15   it and we can take as much time as you need.

16        A.   Okay.

17        Q.   Is everything clear?

18        A.   Clear.

19        Q.   Thank you.

20             The address that you just gave at 131

21   Hill Road, is that the same address you were at

22   in 2018 --

23        A.   Yes.

24        Q.   -- when you were first deposed?

25             Who are the members of your household



Page 6

1                    Franklin Buono

2    there?

3         A.   Emily and her mom.

4         Q.   Emily Fonseca?

5         A.   Yes.

6              (Reporter clarification.)

7         Q.   And is she still your girlfriend --

8         A.   Yup.

9         Q.   -- fiance?

10        A.   Girlfriend.

11        Q.   And is her mother still living with

12   you?

13        A.   Yup.

14        Q.   What is her name?

15        A.   Elisha Tolen.

16             (Reporter clarification.)

17        Q.   Besides Emily and her mother, is anyone

18   else living with you at this time?

19        A.   No.

20        Q.   The apartment that -- are you living in

21   an apartment or a house --

22        A.   It's a house.

23        Q.   Private house.

24             I'm just going to ask you, I know you

25   are probably anticipating some of my questions, and



1                    Franklin Buono

2    that's great.  We just need to slow down a little

3    bit so that the court reporter can take us both

4    down.  It's hard for her if we talk over each

5    other.

6            A.    Okay.

7            Q.    Okay.

8                  The house that you live in is how many

9    stories?

10           A.    Two.

11           Q.    And are there steps to enter the front

12   of the home?

13           A.    Yes.

14           Q.    About how many?

15           A.    Probably like ten.

16           Q.    On the inside are there steps as well?

17           A.    Going downstairs to the basement, yes.

18           Q.    Otherwise is it just a first floor?

19           A.    Yes.

20           Q.    Is your bedroom on the first floor?

21           A.    You have to go upstairs no matter what.

22           Q.    How many steps to go upstairs?

23           A.    Ten.

24           Q.    Now, currently, is there medical

25   equipment that you use on a daily basis?



Page 8

```
 1                    Franklin Buono
 2         A.   No.
 3         Q.   Nothing?  Okay.
 4              Do you still have to use any sort of
 5    shower chair or toilet seat?
 6         A.   No.
 7         Q.   Any type of assistive walking devices?
 8         A.   No.
 9         Q.   Are you currently on any sort of
10    medication?
11         A.   Yes.
12         Q.   What are you taking?
13         A.   Lexapro and Protonics.
14         Q.   What is the Lexapro for?
15         A.   Depression.
16         Q.   Do you know how many milligrams?
17         A.   About I think 25.
18         Q.   How often do you take that?
19         A.   Once a gay.
20         Q.   Did you take it today?
21         A.   Yes.
22         Q.   Does the Lexapro in any way affect your
23    ability to remember things?
24         A.   I don't believe so.
25         Q.   Does it affect your ability, in any
```



1                    Franklin Buono

2     way, to concentrate or focus?

3          A.   I don't believe so.

4          Q.   And the Protonics, what is that for?

5          A.   Stomach acid.

6          Q.   How often do you take that?

7          A.   Once every other day.

8          Q.   Is that prescribed or is that over-the-

9     counter?

10         A.   Prescribed.

11         Q.   Where do you get your prescriptions

12    now?

13         A.   It was Baxter's, now it's CVS.

14         Q.   CVS where?

15         A.   Goshen.

16         Q.   Do you take any or use any type of

17    recreational drugs at this time?

18         A.   I smoke marijuana.

19         Q.   How often do you use marijuana?

20         A.   Couple of times a week.

21         Q.   When was the last time that you smoked

22    marijuana before today?

23         A.   A day ago.

24         Q.   Is that a recreational use of marijuana

25    or is it a medical use of marijuana?



Page 10

```
 1                    Franklin Buono
 2          A.   Medical.
 3          Q.   Is it prescribed by a doctor?
 4          A.   It was prescribed.  But I turned it
 5     down because it would be too much money to go.
 6          Q.   So, now when you receive it it's not by
 7     prescription; is that correct?
 8          A.   Correct.
 9          Q.   Do you take any other types of drugs
10     either prescription or non-prescription?
11          A.   No.
12          Q.   Do you drink alcohol?
13          A.   No.
14          Q.   Do you smoke?
15          A.   I vape.
16          Q.   When was the last time that you vaped?
17          A.   Every day.
18          Q.   About how many times a day did you
19     vape?
20          A.   I don't know.  Ten, 15, 20.
21          Q.   Since the last time you appeared for a
22     deposition, have you applied to any schools?
23          A.   No.
24          Q.   Have you taken any sort of vocational
25     courses?
```



Page 11

```
 1                    Franklin Buono
 2          A.   No.
 3          Q.   Have you applied to take any vocational
 4     courses?
 5          A.   No.
 6          Q.   Have you applied for Access VR, do you
 7     know what that is?
 8          A.   Yes.  No.
 9          Q.   No you have not?
10          A.   No.
11          Q.   Have you had any computer training?
12          A.   Since?
13          Q.   Since the last time we were -- I was
14     not here --
15          A.   No.
16          Q.   -- you were here?
17          A.   Correct.
18          Q.   I believe you testified that one of
19     your hobbies was building computers.  Is that still
20     something you do?
21          A.   I haven't built one since the last
22     time.
23          Q.   Have you applied for or taken any sort
24     of computer programming courses?
25          A.   No.
```



Page 12

1                          Franklin Buono

2          Q.   Have you applied for any jobs?

3          A.   No.

4          Q.   Have you looked for any type of jobs

5     whatsoever since the last time you were deposed?

6          A.   No.

7          Q.   Can you just tell me generally what

8     your current sources of financial support are?

9          A.   The money I get from workers' comp.

10         Q.   How much are you getting now?

11         A.   About 700 every two weeks.

12         Q.   Do you get any other types of benefits?

13         A.   No.

14         Q.   Do you have health insurance?

15         A.   Yes.  Through my father.

16         Q.   What type of insurance is that?

17         A.   Blue Cross Blue Shield.

18         Q.   It's his plan?

19         A.   Correct.

20         Q.   Since we were here last, have you

21    applied for Medicaid in any way?

22         A.   I think I applied but I never went

23    through with it.

24         Q.   So, you filed the application but

25    didn't follow through on the paperwork?



Page 13

1                    Franklin Buono

2          A.    I think so, yeah.  I think.

3          Q.    And you haven't received any Medicaid

4    benefits?

5          A.    Correct.

6          Q.    Any other types of assistance are you

7    receiving at this time?

8          A.    No.

9          Q.    The home where you live, is that a

10   rental or do you own that?

11         A.    Her mom rents it.

12         Q.    And so Emily's mom is the lessor; is

13   that correct?

14         A.    Yeah.

15         Q.    And does she pay the rent?

16         A.    Yes.

17         Q.    What does your girlfriend do for a

18   living?

19         A.    She is a manager for a housing company

20   for disabled people.

21         Q.    And what does your girlfriend's mom do?

22   Sorry.  I forgot her name.

23         A.    It's okay.  Elisha.  She is a manager

24   at a warehouse.  She is in charge of shipping.

25         Q.    Lets talk about currently, what your



```
 1                    Franklin Buono
 2   medical care looks like.  Are you seeing any
 3   doctors on a regular basis?
 4          A.   Yes.
 5          Q.   Who are those?
 6          A.   My therapist.
 7          Q.   Is that Dr. Rubin?
 8          A.   Yes.
 9          Q.   Any other doctors besides Dr. Rubin?
10          A.   Regularly, no.
11          Q.   Have you seen any other doctors besides
12   Dr. Rubin since you were deposed last year?
13          A.   Yes.
14          Q.   Who are those?
15          A.   Dr. Koch.
16          Q.   When was the last time you saw
17   Dr. Koch?
18          A.   A month ago.
19          Q.   Do you have plans to return to see
20   Dr. Koch?
21          A.   Yes.  I have a surgery in September.
22          Q.   Is that scheduled?
23          A.   Yes.
24          Q.   What type of surgery is that going to
25   be?
```



Page 15

 1                     Franklin Buono

 2          A.   They have to shave the bone down

 3     because it's growing again.

 4          Q.   Just so we're clear for the record, is

 5     that the bone in your right leg --

 6          A.   Correct.

 7          Q.   -- at the amputation site?

 8          A.   Correct.

 9          Q.   Do you have a date for that surgery?

10          A.   September 18.

11          Q.   Besides seeing Dr. Koch, do you have

12     any other visits with doctors scheduled between now

13     and the time of that surgery?

14          A.   No -- Oh, yes.  Sorry.  Dr. Asprinio,

15     he's the bone doctor.

16          Q.   When was the last time you saw

17     Dr. Asprinio?

18          A.   My last surgery, probably about a year

19     and a half ago, two years ago.

20          Q.   You have an appointment with him now?

21          A.   Yes.

22          Q.   When is that, if you know?

23          A.   I do not remember the date.

24          Q.   Is it generally August, September?

25          A.   September, early September.



Page 16

1                    Franklin Buono

2           Q.    Besides Dr. Koch and Dr. Rubin, have

3     you seen any other doctors since you were deposed

4     in 2018?

5           A.    Yes.

6           Q.    Who is that?

7           A.    I can not remember his name right now.

8           Q.    What type of doctor?

9           A.    He's my general doctor.

10          Q.    Do you know what facility he's at?

11          A.    I can't remember the name.

12          Q.    Is that for the injuries you sustained

13    in this incident or something else?

14          A.    He prescribes me the Lexapro.

15          Q.    This surgery that you have coming up in

16    September, do you know where that's going to be

17    done?

18          A.    In Westchester.

19          Q.    Westchester Medical Center?

20          A.    Yes.

21          Q.    Since you were last deposed have you

22    had any physical therapy?

23          A.    I can't remember if it was before or

24    after I was deposed.

25          Q.    Do you recall the last time that you



```
 1                     Franklin Buono
 2    had physical therapy?
 3           A.    It -- I can't remember if it was the
 4    last -- if it was before or after I was deposed.  I
 5    only went once.
 6           Q.    One time only?
 7           A.    Well, no.  Like one period.  It was
 8    like two months.
 9           Q.    So, one period of two months?
10           A.    Yeah.  Like a year and a half ago.
11           Q.    Year and a half ago?
12           A.    A year ago, yeah.
13           Q.    Where was that done, if you recall?
14           A.    It was in Goshen.  I do not remember
15    the name of the place.
16           Q.    Was it Advantage or was it someplace
17    else?
18           A.    Someplace else.
19           Q.    We will just put a request in that that
20    information be filled in as we proceed so we can
21    obtain those records.
22    *      A.    _____.
23           Q.    Have you attended any occupational
24    therapy since you were last deposed?
25           A.    No.
```



Page 18

                        Franklin Buono

1

2        Q.    Have you had any hospitalizations since

3    you were last deposed?

4        A.    No.

5        Q.    Have you gone to see your prosthetics

6    doctor since you were last deposed?

7        A.    Yes.

8        Q.    When was that?

9        A.    Probably like two and a half, three

10   months ago.

11       Q.    Did he make any recommendations for

12   your prosthetic at that time?

13       A.    No.

14       Q.    Do you have the same prosthetic device

15   now that you did when you were last deposed?

16       A.    I'm not sure.

17       Q.    Do you recall the last time that it was

18   changed?

19       A.    It's probably last summer.

20       Q.    Have you had the same one since last

21   summer up until today?

22       A.    Yes.

23       Q.    Now, when you were last deposed, you

24   were asked a little bit about your employment

25   history?



```
 1                    Franklin Buono

 2          A.    Yup.

 3          Q.    To make this a little bit easier, just

 4   tell me this is the correct to get a sense of

 5   employment.  You worked for your father for a

 6   little while; is that correct?

 7          A.    Yup.

 8          Q.    And then at Dunkin Donuts?

 9          A.    Yup.

10          Q.    And I believe it was at Kiryas Joel?

11          A.    Probably, yup.

12          Q.    And then a place called F & F; is that

13   right?

14          A.    Yup.

15          Q.    And if I'm understanding that

16   correctly, there were some gaps in between each of

17   those jobs as well?

18          A.    Yup.

19          Q.    During those gaps, did you ever collect

20   unemployment benefits?

21          A.    No.

22          Q.    Can just tell me generally what you did

23   at your father's place of business?

24          A.    I cleaned and repaired guns.

25          Q.    Did he provide you training to do that?
```



 1                    Franklin Buono

 2         A.    I worked with the gunsmith.

 3         Q.    Do you recall how much you earned in

 4    that job?

 5         A.    No.

 6         Q.    You were paid for that; correct?

 7         A.    Yes.

 8         Q.    And even though it's your father's

 9    company?

10         A.    Yeah.

11         Q.    And where is your father's company

12    located?

13         A.    It was in Goshen.

14         Q.    Is it still open?

15         A.    No.

16         Q.    So, that changes my next question.

17    Which is, have you had an opportunity to go back to

18    work for your father.  So, the answer to that would

19    be no; is that correct?

20         A.    Correct.

21         Q.    And after working for your father, your

22    next job was at Dunkin Donuts; is that correct?

23         A.    Correct.

24         Q.    Do you recall how much you earned in

25    that position?



Page 21

1                    Franklin Buono

2         A.   No.

3         Q.   And is it correct that you left that

4    position because it closed; is that correct?

5         A.   I believe so.

6         Q.   Did you inquire as to whether you could

7    get other employment at different Dunkin Donuts at

8    that time?

9         A.   No.

10        Q.   Then your next employment was at Kiryas

11   Joel; is that right?

12        A.   Correct.

13        Q.   And you were an ambulance driver?

14        A.   Yes.

15        Q.   Do you recall what your salary was for

16   that position?

17        A.   No.

18        Q.   Where was that located?

19        A.   Monroe.

20        Q.   You left that position?

21        A.   Yes.

22        Q.   Why did you leave that position?

23        A.   We were sleeping in our cars and I was

24   not liking it.

25        Q.   What was F & F?



Page 22

1                     Franklin Buono

2          A.    It's an industrial warehouse.

3          Q.    Where was that located?

4          A.    Middletown.

5          Q.    What did they warehouse?  What were

6    they working on?

7          A.    We just organized the warehouse items.

8          Q.    What types of items were they?

9          A.    Industrial equipment.

10         Q.    And you were just working with

11   inventory; is that correct?

12         A.    Correct.

13         Q.    Did you receive any training in that

14   position?

15         A.    No.

16         Q.    Do you recall what your salary was for

17   that?

18         A.    I think it was 12.

19         Q.    Twelve dollars an hour?

20         A.    Yeah.

21         Q.    And why did you leave that position?

22         A.    I wasn't liking it.

23         Q.    Didn't like it?

24         A.    Yeah.

25         Q.    In any of those positions did you



1                    Franklin Buono

2    receive any type of training in the use of fire

3    extinguishers?

4         A.   No.

5         Q.   In the use of fire compressors?

6         A.   No.

7         Q.   In any type of equipment that involved

8    fire -- what's the word I'm searching for --

9    extinguishing or compressing?

10        A.   No.

11        Q.   Now, your position at Oprandy's, how

12   did you learn about that?

13        A.   Through my uncle.

14        Q.   Who is your uncle?

15        A.   Allen Foust.

16        Q.   How did your uncle find out about the

17   position?

18        A.   I do not know.

19        Q.   Did he have any sort of relationship to

20   Oprandy's or someone who worked there?

21        A.   I think he knew Brian.

22        Q.   Is that Brian Scott?

23        A.   Yes.

24        Q.   What did he tell you about the job?

25        A.   That it was just a job.  He didn't know



                        Franklin Buono

1

2    what the position was for when I applied.

3         Q.   Did you have to fill out an

4    application?

5         A.   No.

6         Q.   Did you have an interview?

7         A.   Yes.

8         Q.   Who was the interview with?

9         A.   Brian Scott.

10        Q.   During the application process or the

11   interview, were you told what your job functions

12   were to be?

13        A.   Yes.

14        Q.   What were you told?

15        A.   That I would be cleaning and repairing

16   fire extinguishers.

17        Q.   What were the hours of your position?

18        A.   Nine to five.

19        Q.   Do you recall what your salary was

20   there?

21        A.   No.  I think it was 10 or 12.

22        Q.   Dollars an hour?

23        A.   Yeah.

24        Q.   Did you know Mr. Scott before you

25   interviewed with him?



```
 1                    Franklin Buono
 2          A.    No.
 3          Q.    Did you know anyone else who worked at
 4    Oprandy's before you began working there?
 5          A.    No.
 6          Q.    Do you recall your first day of
 7    employment?
 8          A.    No.
 9          Q.    Do you know in what month you began
10    working there?
11          A.    March.
12          Q.    Just as a way to refresh your
13    recollection, the accident was in February of 2016;
14    is that correct?
15          A.    Correct.  April I meant.  Sorry.
16          Q.    So, did you begin working there --
17          A.    No.  January.  Sorry.
18          Q.    No problem.  No need to apologize.
19    It's just what you recall.
20               So, is it fair to say you began working
21    there in January of 2016?
22          A.    Correct.
23          Q.    Who was your supervisor, if you had
24    one?
25          A.    I guess you would say Chris.
```



1                   Franklin Buono

2          Q.   Is that Chris Foust?

3          A.   Yes.

4          Q.   Was he related to Allen Foust?

5          A.   No, actually.

6          Q.   Who taught you your job duties at the

7    position when you began?

8          A.   Chris.

9          Q.   What did he teach you?

10         A.   How to take apart and put together a

11   fire extinguisher.

12         Q.   Do you have any knowledge of Chris's

13   job duties, other than to teach you how to take

14   apart and put together the fire extinguisher?

15         A.   No.

16         Q.   Did you ever observe the work that he

17   was doing?

18         A.   Yeah.

19         Q.   What type of work would he do?

20         A.   Basically the same thing.  He would

21   just work on the water cans most of the time.

22         Q.   Did you work on the water cans?

23         A.   No.

24         Q.   Was your job solely related to the fire

25   extinguishers?



1                    Franklin Buono

2         A.   Yes.

3         Q.   Do you have any knowledge at all how

4    Chris was trained for his position?

5         A.   No.

6         Q.   Did you have any relationship with

7    Chris before work at Oprandy's?

8         A.   No.

9         Q.   No social relationship at all?

10        A.   No.

11        Q.   And in the time between when you began

12   working at Oprandy's in January and the date of the

13   accident, did you have any relationship with Chris

14   outside of work?

15        A.   No.

16        Q.   Social relationship at all?

17        A.   No.

18        Q.   Did you ever hang out outside of the

19   employment?

20        A.   No.

21        Q.   In the days that you worked at

22   Oprandy's before the accident occurred, about how

23   many fire extinguishers did you work on?

24        A.   I don't know.

25        Q.   Can you estimate about how many you



Page 28

1                    Franklin Buono

2   would work on in a given day?

3          A.    Ten to 20 maybe.

4          Q.    Did you work Monday through Friday?

5          A.    Yes.

6          Q.    Did you ever work on any sort of

7   compressors in that same timeframe?

8          A.    No.

9          Q.    Before the accident did anyone ever ask

10  you to do that type of work?

11         A.    No.

12         Q.    Before the accident did you voluntarily

13  pick up any compressors and try to work on them in

14  any way?

15         A.    No.

16         Q.    And you know the difference between an

17  a extinguisher and a compressor; correct?

18         A.    I compressed tank?

19         Q.    Yes.  I will adopt that.  Okay.

20                Can you describe for us your

21  understanding of the difference between the fire

22  extinguisher and a compressed tank?

23         A.    One was filled with air, one was filled

24  with a mixture of air and chemicals.

25         Q.    Are they filled in the same manner?



Page 29

1                    Franklin Buono

2          A.    No.

3          Q.    How is it that you know that?

4          A.    Because it's from what happened.

5          Q.    Just from the accident itself?

6          A.    Yeah.

7          Q.    Are they both equipped with gauges for

8     checking pressure?

9          A.    Yes.

10         Q.    And how did you know that?

11         A.    I visually saw gauges on them.

12         Q.    And the training that you received from

13    Chris prior to the date of the accident, was just

14    on the fire extinguishers; correct?

15         A.    Correct.

16         Q.    I'm going to turn to the accident date

17    for the next series of questions.  Okay?

18         A.    Um-hmm.

19         Q.    What time did you arrive to work that

20    day?

21         A.    Around nine.

22         Q.    I apologize if some of these questions

23    are repetitive of before.  I just think it will

24    help us getting through it a little more

25    efficiently?



```
 1                    Franklin Buono
 2          A.   Okay.
 3          Q.   What exactly did you do when you
 4   arrived that day?
 5          A.   I think I was helping Brian load his
 6   truck with fire extinguishers.
 7          Q.   Was there a punch clock that you had to
 8   use?
 9          A.   No.
10          Q.   What were you wearing?
11          A.   Jeans and a shirt and boots.
12          Q.   Were you working outside to load the
13   truck?
14          A.   Yeah.
15          Q.   Did you have to wear a jacket or
16   something like that in February?
17          A.   Yeah.
18          Q.   Were you wearing any other type of
19   safety equipment like the glove, hats, vest,
20   anything like that?
21          A.   I don't believe so.  I don't remember.
22          Q.   In the time between when you arrived at
23   Oprandy's and the time that the accident occurred,
24   what other employees did you see there that day?
25          A.   I think it was just Brian.
```



1                    Franklin Buono

2          Q.   Did you see Chris at all that morning?

3          A.   Oh, yeah.  And Chris.

4          Q.   Was anyone else helping to load Brian's

5     truck besides you and -- was Brian doing it with

6     you?

7          A.   I believe, yeah.  I think so.

8          Q.   Was it just the two of you?

9          A.   I believe so, yeah.

10         Q.   And was Chris working on that as well

11    or no?

12         A.   I don't remember.

13         Q.   About how long did you work on loading

14    the truck?

15         A.   I don't remember.

16         Q.   And at some point you finished loading

17    the truck; is that correct?

18         A.   Yup.

19         Q.   What happened next?

20              MR. FROMSON:  Objection as to form.

21         A.   I do not remember.

22         Q.   Did you have any conversations with

23    anyone after you finished loading the truck?

24         A.   I don't remember.

25         Q.   Were you directed as to what you should



Page 32

1                    Franklin Buono

2     do next for your job duties?

3          A.   At some point Brian asked me to fill a

4     compressed air tank.

5          Q.   Where were you when that conversation

6     took place?

7          A.   In the room we worked in.

8          Q.   Back inside?

9          A.   Yup.

10          Q.   Who was with you at the time that

11     conversation took place, if anyone?

12          A.   Chris might have been there.

13          Q.   Were there any customers on the

14     premises when that conversation took place?

15          A.   I doubt it.

16          Q.   Do you remember there being any?

17          A.   No.

18          Q.   What exactly did Brian say to you and

19     what did you say back, if anything?

20          A.   I really don't remember.

21          Q.   The filling of the compressor tanks,

22     that was typically a job that was done by Chris; is

23     that correct?

24          A.   Correct.

25          Q.   Chris was at work; is that right?



1                    Franklin Buono

2          A.   Correct.

3          Q.   Is there a reason why Brian did not ask

4    him to do it, if you know?

5          A.   I do not.

6          Q.   What did you do after you were asked to

7    fill the compressor tank?

8          A.   I asked Chris to show me how to do it.

9          Q.   Do you know a man by the name of

10   Mr. Nelson?

11         A.   I do not.

12         Q.   Do you know a company called Nelson

13   Tree?

14         A.   I do not.

15         Q.   Did you see a customer or at the --

16   strike that.

17         A.   Customers -- go ahead.

18         Q.   Did you see any customers that morning

19   before the accident occurred?

20         A.   No.

21         Q.   Now, Mr. Scott did testify after you

22   did.  And he said that -- and I'm just go to tell

23   you, paraphrase what he said, that he actually

24   asked Chris to fill the compressor tank.  And that

25   it was a tank that was brought in by a Mr. Nelson



Page 34

```
1                      Franklin Buono
2    from Nelson Tree.  Does that any of that refresh
3    your recollection about what happened that morning?
4         A.   No.
5         Q.   Does that change your testimony in any
6    way?
7         A.   No.
8         Q.   Tell me, after you asked Chris to show
9    you how to do it, what happened next?
10             MR. FROMSON:  Objection as to form.
11        You can answer.
12        A.   Please repeat it.
13        Q.   Certainly.
14             You asked Chris to show you how to fill
15   the compressor tank; is that correct?
16        A.   Correct.
17        Q.   Where were you when that conversation
18   occurred?
19        A.   In the main work room.
20        Q.   In the main work room?
21        A.   Yeah.
22        Q.   And did you stay in that main work
23   room?
24        A.   I don't know.
25        Q.   Did you go into any other rooms?
```



```
 1                    Franklin Buono
 2         A.   Yeah.
 3         Q.   What room did you go into?
 4         A.   There is like a back room that's filled
 5    with fire extinguishers.
 6         Q.   Is that where you went next?
 7         A.   Yes.
 8         Q.   Is that where the accident occurred?
 9         A.   Yes.
10         Q.   Can you tell me when you and Chris
11    entered the room, what you did first?
12         A.   I don't remember.
13         Q.   Do you recall what Chris did first?
14         A.   I don't remember.
15         Q.   Did you immediately go to begin the
16    work of filling the compressed tank?
17         A.   No.
18         Q.   What did you do before that?
19         A.   I just was waiting for Chris.
20         Q.   What were you waiting for him to do?
21         A.   To do the tank.
22         Q.   He was the one who was filling the
23    tank; is that correct?
24         A.   Correct.
25         Q.   Did you physically touch any of the
```



Page 36

1                    Franklin Buono

2    equipment involved with filling the compressed

3    tank?

4         A.   I looked at the tank at one point.

5         Q.   But did you touch it in any way?

6         A.   I don't remember.

7         Q.   How far away were you from where the

8    tank was located while Chris was filling it?

9         A.   Probably like a foot or two maybe.

10        Q.   Could you see the gauge from where you

11   were standing?

12        A.   Yes.

13        Q.   Did you have any conversation with

14   Chris as he began to fill the compressed tank?

15        A.   I don't remember.

16        Q.   Was he directing you in any way,

17   explaining to you what he was doing?

18        A.   No.

19        Q.   Did you have any conversation with

20   Chris about the gauge itself?

21        A.   I think we said something along the

22   lines of it wasn't moving.  We both noticed that it

23   wasn't moving.

24        Q.   What was the significance of that?

25             MR. FROMSON:  Objection as to form.



Page 37

1                     Franklin Buono

2          You can answer.

3          A.    I think he thought there was no air

4    going through.  But I don't know what he was

5    thinking.

6          Q.    From your perspective, was there a

7    significance to the fact that the gauge was not

8    moving?

9          A.    There -- from what I was taught, it was

10   -- there is no air going in if the gauge isn't

11   moving.

12         Q.    Is that from what you were taught in

13   regard to fire extinguishers?

14         A.    Yeah.

15         Q.    Was there any sort of safety cage in

16   that room?

17         A.    No.

18         Q.    Did you put on any additional type of

19   equipment when you entered the room?

20         A.    No.

21         Q.    Or while you were in the room?

22         A.    Nope.

23         Q.    Did you express any type of concern to

24   Chris about the fact that the gauge was not moving?

25         A.    No.



Page 38

Franklin Buono

2       Q.    And forgive me for paraphrasing again,
3   but at your first deposition you described Chris
4   using some sort of screw driver; is that correct?
5       A.    I don't remember.
6       Q.    Was Chris using some sort of tool with
7   the compressed tank at some point?
8       A.    Probably.
9       Q.    Do you recall that as you sit here
10   right now?
11       A.    I don't remember.
12       Q.    Other than the discussion that you had
13   about the gauge not moving, did you have any other
14   conversations with Chris while he was filling the
15   compressed tank?
16       A.    I do not remember.
17       Q.    Do you recall if that room had a heater
18   in it?
19       A.    Yes.
20       Q.    Was it on?
21       A.    I don't know.  It was really cold so I
22   doubt it.
23       Q.    Was it very cold in the room?
24       A.    Yeah.
25       Q.    Do you recall either a heater or some



Page 39

1                     Franklin Buono

2    other machine in the room making noise, such that

3    it was difficult to hear each other speak?

4           A.    I don't remember.

5           Q.    Did Chris ever express to you that he

6    was having trouble hearing the air flowing?

7           A.    I don't remember.

8           Q.    Now, the extinguishers that you worked

9    on in your job duties, did they have information

10   stamped on the side of them about the fill

11   pressures?

12          A.    I don't remember.

13          Q.    Was it something that you were

14   accustomed to look for once you started working on

15   a fire extinguisher?

16          A.    Yeah.

17          Q.    What was the purpose of that?

18          A.    What was the last question?

19          Q.    What was the purpose --

20          A.    The one before that.  Sorry.

21          Q.    Okay.

22                There is information stamped on the

23   side of fire extinguishers --

24          A.    Yeah.

25          Q.    -- for pressure; is that correct?



Page 40

1                    Franklin Buono

2         A.   Correct.

3         Q.   And that was that something you were

4    accustomed to looking for when you were filling a

5    fire extinguisher?

6         A.   Yeah.

7         Q.   Why would you be looking for that?

8         A.   The pressure amount.

9         Q.   Okay.

10             The pressure amount that the

11   extinguisher could hold?

12        A.   I think it was the numbers on the

13   gauge.

14        Q.   Okay.

15        A.   I think.

16        Q.   All right.

17             So, you were looking for the numbers on

18   the gauge to be --

19        A.   Yeah.

20        Q.   -- that you would see on the side of

21   the fire extinguisher; is that correct?

22        A.   Yeah.

23        Q.   Did the tank that Chris was filling

24   have a stamp on the side of it that stated the

25   pressure, if you recall?



Page 41

1               Franklin Buono

2        A.   I don't remember.

3        Q.   Did you look at that before Chris began

4   filling it?

5             MR. FROMSON:  Just note my objection

6        as to form.

7        A.   I don't think before.  But I was

8   looking at some point, when it stopped working or

9   when it like -- because -- yeah.  Something

10  happened where nothing was happening, so he went

11  and got something, and I was looking.  But --

12       Q.   What did you see when you were looking?

13       A.   I didn't see.  I don't remember really.

14       Q.   You didn't see anything or you didn't

15  remember?

16       A.   I don't remember.

17       Q.   Do you know a woman by the name of

18  Kimberly Tremberger, I believe is how it said?

19       A.   I believe she worked there, yeah.

20       Q.   Do you know what she did at Oprandy's?

21       A.   I think she worked at the front desk.

22       Q.   Did you ever argue with Chris in front

23  of her?

24             MR. FROMSON:  Objection as to form.

25       A.   I doubt it.



Page 42

1                    Franklin Buono

2          Q.    Does she also have a brother?

3          A.    I don't know.

4          Q.    Do you know a William Tremberger?

5          A.    I don't think I ever met him.

6          Q.    Did you see Kimberly Tremberger or

7     William Tremberger at all that morning before the

8     accident?

9          A.    I don't think so.

10               (Reporter clarification.)

11         Q.    Now, how long was Chris trying to fill

12    the tank before the explosion occurred?

13         A.    I don't remember.

14         Q.    Was it minutes?

15         A.    It was probably very few, if minutes.

16         Q.    You think less than five minutes?

17         A.    Yeah.

18         Q.    Did he call for any help with the

19    machine before the explosion happened?

20         A.    No.

21         Q.    When he was, for example, when he

22    realized that it wasn't filling properly, did he go

23    get assistance from anyone?

24         A.    No.

25         Q.    Did you?



Page 43

                        Franklin Buono

1

2          A.   No.

3          Q.   So, after the explosion happened, who,

4     if anyone did you see come into the room?

5          A.   No one came in the room.

6          Q.   Did anyone come to the doorway?

7          A.   Brian did.

8          Q.   Did you speak to him when he came to

9     the doorway?

10         A.   I don't remember.

11         Q.   Could you see him from where you were?

12         A.   At one point probably, yeah.

13         Q.   Could you see if he called 9-1-1 from

14    your perspective?

15         A.   I couldn't see.

16         Q.   Did you see him ever return to the

17    doorway or enter the room?

18         A.   I don't remember.

19         Q.   Did you ever lose consciousness?

20         A.   No.

21         Q.   Obviously the injury was to your right

22    leg.  Did you feel pain in your right leg?

23         A.   Yes.

24         Q.   Was there blood?

25         A.   Yes.



Page 44

1                     Franklin Buono

2          Q.   Did you take any steps to try to

3    control the blood?

4          A.   Yes.

5          Q.   What did you do?

6          A.   I tourniqueted my leg with my belt.

7          Q.   With your belt?

8          A.   Yeah.

9          Q.   How did you know to do that?

10         A.   Movies and video games.

11         Q.   How long was it before any type of EMT

12   or policeman or firemen responded?

13         A.   It was a while.

14         Q.   Who came first?

15         A.   I think the firefighter.

16         Q.   What did the firefighter do when he

17   arrived?  Was there more than one?  Excuse me.

18         A.   I don't remember.  I think it was just

19   one.

20         Q.   What did he do when he arrived or she?

21         A.   He backed up against the wall and kind

22   of just stared.

23         Q.   After that did you see him do anything?

24         A.   No.  I don't remember.

25         Q.   Did paramedics or EMTs arrive as well?



Page 45

```
  1                    Franklin Buono
  2          A.   I think the state troopers showed up
  3   next.
  4          Q.   Was there more than one?
  5          A.   Yeah.
  6          Q.   How many do you recall?
  7          A.   I think two.
  8          Q.   What did they do?
  9          A.   They gave me a tourniquet, like a
 10   better tourniquet.
 11          Q.   And then did paramedics arrive?
 12          A.   I think so.
 13          Q.   Do you remember how many?
 14          A.   No.
 15          Q.   Do you recall what they did?
 16          A.   No.
 17          Q.   If anything?
 18          A.   I know they gave me a shot of morphine
 19   and they missed.
 20          Q.   Missed the vein?
 21          A.   Yeah.  I think so.  That's what the
 22   helicopter pilot said.
 23          Q.   Someone told you that?
 24          A.   Yeah.  I think at least.
 25          Q.   Did you feel that or have any
```



Page 46

1                    Franklin Buono

2     independent recollection of that yourself?

3             A.   No.

4             Q.   How were you removed from the room?

5             A.   What is it called, a bed, that they put

6     you on.

7             Q.   A stretcher?

8             A.   Yeah.

9             Q.   Were you taken to an ambulance?

10            A.   Yeah.

11            Q.   And you were first in an ambulance.  Do

12    you recall how long you drove in the ambulance?

13            A.   No.

14            Q.   And eventually you were taken to a

15    helicopter; is that correct?

16            A.   Correct.

17            Q.   If you need a break, feel free to ask

18    for it.

19            A.   I'm okay.

20            Q.   I know this is difficulty.

21            A.   I'm okay.  Thank you.

22            Q.   Did either the ambulance personnel or

23    the people in the helicopter provide you any

24    additional care on route to the hospital?

25            A.   I don't remember.



Page 47

1                    Franklin Buono

2          Q.   Did you call for anyone yourself as you

3    were being taken from Oprandy's to the hospital?

4          A.   What do you mean?

5          Q.   Did you have a cell phone with you?

6          A.   Yeah.

7          Q.   Did you make any calls yourself?

8          A.   On the ambulance?

9          Q.   On the ambulance or on the helicopter,

10   if that's possible?

11         A.   I don't think so, no.

12         Q.   Did you remain conscious the entire

13   time as you were taken to the hospital?

14         A.   Yes.

15         Q.   Now, am I correct that Chris did not go

16   in the same ambulance or helicopter with you; is

17   that correct?

18         A.   Correct.

19         Q.   Did you hear him have any conversations

20   before you left the room where the accident

21   occurred?

22         A.   No.

23         Q.   Did you speak to him yourself?

24         A.   I don't remember.

25         Q.   Did you hear him have any conversations



Page 48

1                    Franklin Buono

2    with either the paramedics or the state troopers or

3    the firemen?

4         A.    No.   I couldn't hear because of the

5    explosion.

6         Q.    Was there a ringing in your ears?

7         A.    Yeah.

8         Q.    So, could you hear any conversations

9    that were happening?

10        A.    No. Not unless they were right in front

11   of me.

12        Q.    I'm going to skip ahead to the

13   hospital, okay.  And I'm going to focus my next

14   series of questions on your stay in the hospital.

15   Okay.  And you went to the emergency room first; is

16   that correct?

17        A.    Correct.

18        Q.    What was done for you there, if you

19   recall?

20        A.    I don't remember.

21        Q.    And obviously you were admitted to the

22   hospital; correct?

23        A.    Correct.

24        Q.    How many days were you in the hospital?

25        A.    I think two weeks-ish.



Page 49

 1                     Franklin Buono

 2          Q.   You were moved around a little bit; is

 3   that right?

 4          A.   Correct.

 5          Q.   So, from the emergency room where did

 6   you go?

 7          A.   I don't remember.

 8          Q.   Were you in an ICU at one point?

 9          A.   Yes.

10          Q.   Were you also in a trauma unit?

11          A.   Probably.

12          Q.   Were they two separate places?

13          A.   I don't remember.

14          Q.   And you did have to have surgery in the

15   hospital; correct?

16          A.   Correct.

17          Q.   How many were there during this visit?

18          A.   Probably like six.

19          Q.   Do you know what types of surgeries

20   those were?

21          A.   Kind of.

22          Q.   Can you just describe it in your words?

23          A.   They had to clean the site, that was

24   probably like four of them.  And they did the flap

25   surgery.



Page 50

1                        Franklin Buono

2          Q.    Was that the flap surgery done over two

3     surgeries or one, if you remember?

4          A.    One.

5          Q.    Any other type of surgery that you can

6     recall?

7          A.    No.

8          Q.    Did you have to have blood transfusions

9     in the hospital?

10         A.    Yeah.

11         Q.    Do you recall how many?

12         A.    No.

13         Q.    And I'm assuming you were given

14    medication; correct?

15         A.    Correct.

16         Q.    By what means were you given

17    medication?

18         A.    I had the button, whatever it's called.

19         Q.    Like a morphine drip --

20         A.    Yup.

21         Q.    -- where you press the button when you

22    need more medication?

23         A.    Yup.

24         Q.    That's put into your arm by an IV?

25         A.    Yeah.



Page 51

                    Franklin Buono

1

2         Q.    While you were in the hospital for

3    those two weeks, did you get inpatient occupational

4    therapy?

5         A.    A little bit.

6         Q.    How about physical therapy?

7         A.    Not occupational.  Sorry.  I had a

8    little physical therapy.

9         Q.    What type of family support did you

10   have when you were in the hospital, and if you want

11   to include your girlfriend in that of course?

12        A.    I had my whole family and girlfriend.

13        Q.    When you say your whole family, who is

14   that?

15        A.    Dad, mom, sister, other relatives.

16        Q.    Was there a point in time that you

17   asked security to have your mother be kept away

18   from you?

19        A.    Yeah.

20        Q.    Was there a reason for that?

21        A.    She was ecstatic [sic] and I just

22   wanted to just chill.

23        Q.    And, please, do not tell me about any

24   conversations, but did you have any attorneys with

25   you while you were in the hospital?



Page 52

1                    Franklin Buono

2          A.    I think they might have visited me.

3          Q.    Were those your workers' compensation

4    attorneys or your injury attorneys?

5          A.    It was both.

6          Q.    Did either of your attorneys have any

7    conversations with the doctors while they were

8    there?

9          A.    I don't remember.

10         Q.    Did they direct your medical care in

11   any way?

12         A.    I don't remember.

13         Q.    And again, I don't want to know

14   conversations with your attorneys.  But how is it

15   that you found those attorneys?

16         A.    Through my family.

17         Q.    Now, when you were released from the

18   hospital, you were discharged to home; is that

19   correct?

20         A.    Correct.

21         Q.    Did any of the doctors there or nurses

22   or sociable worker offer you any type of outpatient

23   rehabilitation care, like in a facility or

24   something like that?

25         A.    Yes.



Page 53

1                      Franklin Buono

2          Q.   Did you decline that?

3          A.   No.  I had someone come to the home for

4     a while.

5          Q.   How long did they come to your home?

6          A.   Probably two or three months, I think.

7          Q.   Was it a male, female?

8          A.   Male.

9          Q.   What did he do for you?

10         A.   He helped me strengthen my knee back so

11    I could bend it fully.

12         Q.   Were these done with different types of

13    exercises?

14         A.   Yeah.

15         Q.   What types of exercises?

16         A.   You use a band and you just do the

17    exercises with the band, stretching.

18         Q.   Anything else that he did with you?

19         A.   No.

20         Q.   Did your girlfriend's mother live there

21    at the time when you were first released from the

22    hospital?

23         A.   Yes.

24         Q.   And did the two of them have to assist

25    you with different tasks?



Page 54

1                    Franklin Buono

2          A.    Yes.

3          Q.    After you first got released, I'm sort

4    of focussing on that period right after the

5    hospital.  What types of things did they have to

6    assist you with?

7          A.    Everything from showering to going to

8    the bathroom, to cooking, cleaning.

9          Q.    Did you have any type of assistance

10   from an outside person for those types of tasks?

11         A.    Yes.

12         Q.    Who was that?

13         A.    I had a couple of people.  I don't

14   remember the names.

15         Q.    Do you know if they were from an

16   agency?

17         A.    I don't remember.  I didn't --

18         Q.    Did they do those same types of tasks

19   for you --

20         A.    Yes.

21         Q.    -- or with you?

22                Were you able to do any of those things

23   on your own in that period after you got out of the

24   hospital?

25         A.    Used the bathroom soon after, that was



Page 55

1                    Franklin Buono

2    about it.

3         Q.   So, you mentioned that you had a male

4    helping you with exercises.  Was that a physical

5    therapist?

6         A.   Yes.

7         Q.   How often did he come?

8         A.   I don't remember.  Maybe twice a week.

9         Q.   Now, when you were released from the

10   hospital, can you tell me what type of medical

11   equipment you had, if anything?

12        A.   I can't remember what it is.  But you

13   put it on the end of your leg and it basically

14   brings all of the fluids out.  Vacuum pump.  But I

15   forget, I think that's what it might be called.

16        Q.   Like a vacuum pump with a drain?

17        A.   Yeah.  No.  That's different.  I had

18   the drain the back too.  I forgot about that.

19        Q.   So, you had a drain in your back --

20        A.   Yeah.

21        Q.   -- as well as a vacuum pump on your

22   leg?

23        A.   Yeah.  Because they had to take muscle

24   from my back.  So, yeah, I had that hooked up to a

25   drain.



Page 56

1                    Franklin Buono

2         Q.   How about a wheelchair?

3         A.   Yup.

4         Q.   Did you use that in your home?

5         A.   I couldn't -- I was bed ridden for a

6    couple of months.  I couldn't actually sit in the

7    chair.

8         Q.   And that lasted for a couple of months?

9         A.   Yeah.  Like -- I don't remember how

10   many but.

11        Q.   I'm going to focus, maybe to make this

12   a little bit easier, the time between when you got

13   released from the hospital and when you first went

14   to see a doctor for follow up, we will focus on

15   that time period.  Were you able to get around at

16   all in that time frame?

17        A.   Maybe just to go to the bathroom, I

18   think that's it.

19        Q.   Did you have crutches?

20        A.   Yeah.  But I couldn't use them.

21        Q.   Did you have any type of walker?

22        A.   Yeah.  But I couldn't use it.

23        Q.   And besides those things, did you have

24   a hospital bed?

25        A.   No.



Page 57

1                    Franklin Buono

2         Q.    Was one offered to you?

3         A.    I don't remember.

4         Q.    Did you have any sort of specialized

5    equipment for your toilet, like a toilet seat?

6         A.    Yes.

7         Q.    What did you have?

8         A.    Toilet seat.

9         Q.    Like a raised seat?

10        A.    With bars, yup.

11        Q.    Did you have anything -- did you take a

12   bath or a shower in that time frame?

13        A.    Shower.

14        Q.    Did you have a shower chair?

15        A.    Yup.

16        Q.    Anything else, any other type of

17   equipment that I'm not mentioning that you had in

18   that time frame?

19        A.    Not that I remember.

20        Q.    Now, when you were released from the

21   hospital, what type of medication were you on?

22        A.    Painkillers, blood thinners.  I don't

23   know any others.  I was on Gabapentin for a little

24   while, until I realized it was causing me more

25   pain.



Page 58

1                       Franklin Buono

2            Q.    Did you ask for a doctor to switch it

3      for that --

4            A.    I just like didn't take it for one day

5      and realized it was having an adverse reaction

6      causing me more pain.

7            Q.    What was the adverse reaction?

8            A.    I was -- it was a nerve pain med, but

9      it was actually causing me more nerve pain.

10           Q.    Do you recall what kinds of painkillers

11     you were first on when you got released?

12           A.    I don't remember.

13           Q.    All of your pain medication when you

14     were first released, did that come from Baxter's

15     Pharmacy?

16           A.    I believe so, yeah.

17           Q.    So, we mentioned painkillers, blood

18     thinners.  Was there any other category of

19     medication that you were taking?

20           A.    Not that I remember.

21           Q.    Now, you weren't smoking in the

22     hospital; correct?

23           A.    Correct.

24           Q.    You weren't vaping in the hospital?

25           A.    Correct.



Page 59

1                    Franklin Buono

2        Q.   So, when you came out of the hospital

3   did you begin smoking or vaping again?

4        A.   I don't think so.

5        Q.   When did you start doing that again?

6        A.   I don't remember.

7        Q.   When you first came out of the

8   hospital, did you start using marijuana?

9        A.   Probably.

10       Q.   Do you have a recollection of that?

11       A.   No.  I don't remember.

12       Q.   Did you smoke marijuana before you had

13   the accident?

14            MR. FROMSON:  Objection as to the

15        form.  Just in terms of the time frame.

16            MS. FAPPIANO:  Sure.

17       Q.   Lets say in the one year before the

18   date of the accident?

19       A.   Yes.

20       Q.   Did you smoke marijuana?

21       A.   Yeah.

22       Q.   How often?

23       A.   Once or twice a week.

24       Q.   Did you return to smoking once or twice

25   a week after the accident?



Page 60

1                    Franklin Buono

2          A.   Yeah.

3          Q.   Right after you got out of the hospital

4     or some period afterwards?

5          A.   Probably some period afterwards.

6          Q.   Do you recall when?

7          A.   No.

8          Q.   Now, after you got out of your

9     hospital, was your regular doctor Dr. Koch?

10         A.   I -- yes.

11         Q.   Did you also see, and I always mess up

12    this, Dr. Asprinio?

13         A.   Asprinio, yes.

14         Q.   Were those your two regular doctors at

15    that time?

16         A.   Yes.

17         Q.   Were there any other doctors you began

18    to see right after you got out of the hospital in

19    those follow ups?

20         A.   I don't remember.

21         Q.   How did you get to and from those

22    appointments?

23         A.   Not an ambulance, ambulette.

24         Q.   When you had your first follow-up

25    visit, was the treatment plan changed, did it stay



Page 61

1                      Franklin Buono

2       the same, something else?

3            A.    I don't remember.

4            Q.    Was your medication changed, did it

5       stay the same, something else?

6            A.    I don't remember.

7            Q.    Were you ever told that you had any

8       issues with the amputation site healing properly?

9            A.    In PT I put my leg down and killed some

10      of the skin by accident.  So, we had to have it

11      revised.

12           Q.    Okay.  I'm going to get to that in a

13      moment --

14           A.    That was a while.

15           Q.    -- in a moment, yes.

16                 You know, after the surgeries and you

17      had been released from the hospital there was a

18      period of healing; is that correct?

19           A.    Correct.

20           Q.    And did the home health attendant have

21      to help with you wound care --

22           A.    Yeah.

23           Q.    -- during that time frame?

24                 Did either the home health care person

25      or your doctors tell you that there was any issues



Page 62

1                              Franklin Buono

2       with the wound healing properly?

3              A.    I don't believe so.

4              Q.    Were there any issues with infection?

5              A.    I don't believe so.

6              Q.    And again, we will get to the situation

7       with the physical therapy.  But were there any

8       complications that you were told about after you

9       were released from the hospital?

10             A.    No.

11             Q.    At some point you started the process

12      for the prosthetic; is this correct?

13             A.    Correct.

14             Q.    Who was your doctor for that?

15             A.    I don't remember.  I think Gorachini

16      [ph].

17             Q.    Where was he located?

18             A.    She was.

19             Q.    She.  Sorry.

20             A.    Helen Hayes Hospital.

21             Q.    Do you recall when it was that you

22      first went to see her?

23             A.    No.

24             Q.    Do you recall how long after the

25      accident that was?



Page 63

1                    Franklin Buono

2         A.   No.

3         Q.   The physical therapy that you had in

4    your home, how long did that last for?

5         A.   I'm not sure.  Maybe two months.

6         Q.   And then at some point did you go to an

7    outside physical therapist?

8         A.   Like two years later.

9         Q.   So, was there a gap in time between

10   when you had your in-home physical therapy and when

11   you resumed physical therapy --

12        A.   Yeah.

13        Q.   -- later?

14             Was there a reason for that?

15        A.   The physical therapy I was receiving at

16   first was just to get basically restrengthen the

17   knee, just the me because it was in a fixator and

18   it was in a locked position for so long that they

19   needed to do that in order for it to bend again.

20   And the other physical therapy was more for

21   walking.

22        Q.   For ambulating, is that correct, for

23   walking?

24        A.   Yeah.

25        Q.   And was that physical therapy also to



Page 64

1                      Franklin Buono

2      help you get used to how to walk with a prosthetic

3      at one point in time?

4           A.   Yeah.

5           Q.   And so, when you began the physical

6      therapy later, was that around the same time that

7      you started using the prosthetic?

8           A.   No.

9           Q.   So, did you have any physical therapy

10     outside of your home before you began to work with

11     the prosthetic?

12          A.   I don't remember.

13          Q.   Do you remember when it was that you

14     got your first prosthetic?

15          A.   I think it was the end of this summer,

16     the first year.  So, the end of like August, '16 --

17     2016.

18          Q.   Did your quality of life change with

19     did that prosthetic?

20          A.   Unfortunately no.

21          Q.   Why not?

22          A.   I couldn't really use it because I was

23     getting terrible blisters.  I probably could use it

24     like twice a month.

25          Q.   Now, earlier on I mentioned some



```
 1                    Franklin Buono
 2    different types of medical equipment.  Did there
 3    come a point where you were able to get around in a
 4    wheelchair?
 5            A.   Yes.
 6            Q.   When did that happen?
 7            A.   Probably like as soon as I got my
 8    fixator out.  I'm not sure when that was from the
 9    accident.
10            Q.   Lets talk about that really briefly.
11    You had a fixator on your leg when you were
12    released from the hospital; is that correct?
13            A.   Correct.
14            Q.   At some point that had to be removed?
15            A.   Correct.
16            Q.   Who did that for you?
17            A.   Dr. Asprinio.
18            Q.   Do you recall when that was?
19            A.   Probably in July maybe, early July.
20            Q.   Of 2016?
21            A.   Yup.
22            Q.   And once that was done is when you were
23    able to use the wheelchair, is that fair to say?
24            A.   Yeah.
25            Q.   Did there come a point in time that you
```



Page 66

                        Franklin Buono

1    were able to get around on crutches in any way?

2         A.   This is like -- that's when I started

3    using crutches is when I got the fixator out

4    really.

5         Q.   So, the wheelchair and the crutches?

6         A.   Yeah.

7         Q.   Was there any point in time that you

8    had a walker?

9         A.   I think so.

10        Q.   Did you ever use that in any regular

11   way?

12        A.   I don't remember.

13        Q.   Now, was there -- let me see if I can

14   phrase this properly, were there times that you

15   used the wheelchair versus times that you used the

16   crutches?

17        A.   I used the crutches to go out.

18        Q.   And the wheelchair was used in your

19   home?

20        A.   Yeah.

21        Q.   How often would you go out with

22   crutches once you started to use them?

23        A.   Probably like two or three times a

24   month.



Page  67

1                        Franklin Buono

2              Q.    And what types of things were you going

3    out to do?

4              A.    Mostly doctors appointments.

5              Q.    The rest of the time when you were at

6    home what were you doing all day?

7              A.    Watching T.V.

8              Q.    Anything else?

9              A.    This is when I had the fixator in?

10             Q.    Lets focus this is on after the time

11   the fixator came off and you were able to get

12   around a little bit with the wheelchair in your

13   home and crutches to go out.  What was your days

14   like in your home?

15             A.    Watching T.V. and playing video games.

16             Q.    In that same time frame, did you

17   continue to require assistance at home with other

18   types of tasks?

19             A.    My girlfriend helped me with most

20   things, cleaning, cooking.

21             Q.    Did you have to continue to have some

22   sort of home health aide after the fixator came

23   off?

24             A.    I don't remember.

25             Q.    Did the physical therapy continue to



Page 68

1                     Franklin Buono

2    come to your home after the fixator came off?

3         A.    That's when he started to come, is when

4    the fixator came off.

5              MR. FROMSON:  Off the record a minute.

6              (A discussion was held off the

7         record.)

8         Q.    The physical therapy started in your

9    home after your fixator came off; is that correct?

10        A.    Correct.

11        Q.    And what type of therapy were you

12   receiving at that time?

13        A.    Just for my knee.

14        Q.    And what types of things was the

15   physical therapist doing with you?

16        A.    Using the bands to stretch my knee.

17        Q.    So, was it just strengthening exercises

18   at that time?

19        A.    Yeah.

20        Q.    Did he work with you at all on teaching

21   you how to walk with the crutches?

22        A.    Yup.

23        Q.    And did he work with you at all on how

24   to get around at all within your home?

25        A.    Yup.



Page 69

1                        Franklin Buono

2          Q.    So, backing up just a little bit.  At

3    the end of 2016 you received your first prosthetic;

4    is that correct?

5          A.    I believe so, yeah.

6          Q.    How often did you wear that at the

7    beginning?

8          A.    Probably once or twice a month.

9          Q.    What was the reason for that?

10         A.    I would get blisters.

11         Q.    Where would you get those blisters?

12         A.    On the bottom of my stump.

13         Q.    Is that something you discussed with

14   your doctors?

15         A.    Yup.

16         Q.    Was anything done as a result of that?

17         A.    They redid the prosthetic.

18         Q.    Do you recall when they did the

19   prosthetic?

20         A.    No.

21         Q.    If you received the first one in August

22   of 2016, did you get a second one by the end of the

23   year?

24         A.    I don't remember the time period on

25   that.



Page 70

1                    Franklin Buono

2          Q.    Did that situation with the first one

3     go on for more than six months?

4          A.    I believe so.

5          Q.    You were getting physical therapy;

6     correct?

7          A.    I believe so.

8          Q.    And did you express to the physical

9     therapist that there was an issue with the

10    prosthetic?

11         A.    I think when I first got the prosthetic

12    I didn't have physical therapy when I first got it.

13         Q.    Now, you started to mention earlier

14    that there was a situation in physical therapy

15    where you put your leg down; is that right?

16         A.    Correct.

17         Q.    Tell me about that?

18         A.    I think I was just doing an exercise,

19    and not thinking, I just put my leg down like I was

20    trying to like go on my knee or something, and it

21    just tore the skin.  Didn't even tear it.  It

22    killed it.

23         Q.    When you say "killed it", what do you

24    mean by that?

25         A.    Turned black over a couple of days.



Page 71

1                    Franklin Buono

2         Q.   You had a skin graft in that area; is

3    that correct?

4         A.   Correct.

5         Q.   And so this issue with the skin tearing

6    and turning black, did that lead to another

7    surgery?

8         A.   Correct.

9         Q.   Just to frame it just a little bit.

10   How many surgeries have you had so far since you

11   left the hospital, not counting the ones that were

12   in the hospital?

13        A.   It would be my third one in September,

14   I believe so.

15        Q.   So, you had two so far since you left

16   the hospital?

17        A.   Yeah.  Correct.

18        Q.   And is it fair to say that one was to

19   address the issue with the skin tearing?

20        A.   Correct.

21        Q.   And another was to revise it for the

22   purpose of the prosthetic; is that correct?

23        A.   The bone was growing, and it was -- it

24   had a possibility of going through the skin. Okay.

25        Q.   And was that what was creating the



 1                         Franklin Buono

 2   situation with the blisters for you?

 3          A.    I'm not sure.  Probably could have

 4   been.

 5          Q.    So, lets see, which surgery happened

 6   first, the one with the skin versus the bone --

 7          A.    Skin.

 8          Q.    -- I know that's a very elementary way

 9   of describing it.

10          A.    It's fine.  The skin.

11          Q.    Do you recall when that was?

12          A.    No.  It was in between getting the

13   prosthetic and coming out of the hospital.  Is

14   probably like three months maybe, two months, two

15   months.

16          Q.    So, before you got your first

17   prosthetic?

18          A.    Yeah.  It was probably shorter than two

19   months.

20          Q.    Was it after the fixator came off that

21   the skin tore?

22          A.    I think it was before.

23          Q.    And who did that surgery with the skin?

24          A.    Koch and Asprinio.

25          Q.    Can you just describe in your own terms



1                    Franklin Buono

2    what that surgery was, how you understood it?

3         A.    They took out the dead skin and folded

4    some skin, and then put a vacuum cup on there and

5    it brought the skin forward and covered the hole

6    basically.

7         Q.    After that surgery was done, did you

8    have any further issues with the skin tearing or

9    turning black or anything like that?

10        A.    No.

11        Q.    The other surgery that you had, which

12   involved the bone, do you recall when that was?

13        A.    Probably a year and a half after.

14        Q.    2017?

15        A.    Yeah.

16        Q.    And, again, can you just describe what

17   your understanding is of that surgery?

18        A.    They peeled the flap back, shaved the

19   bone down and sewed it back up.

20        Q.    Now, after that second surgery, did you

21   get a new prosthetic?

22        A.    Correct.

23        Q.    And how often did you wear that new

24   prosthetic after the second surgery?

25        A.    I don't remember.  Not too much.



Page 74

1                    Franklin Buono

2          Q.   Is there a reason why?

3          A.   It was a totally new design, so it was

4    putting a lot of pressure on it and it was hurting

5    when I used it.  Yeah.

6          Q.   Did you resume physical therapy to help

7    with that situation when you got the new

8    prosthetic?

9          A.   Yeah.

10         Q.   Did the therapy help?

11         A.   A little bit, yeah.

12         Q.   Was that able to increase the amount of

13   time that you were wearing your prosthetic?

14         A.   Yeah.

15         Q.   And did there come a point where it

16   didn't hurt as much and you were able to wear it

17   more?

18         A.   Yeah.

19         Q.   So, I think at this point we've

20   discussed that you had, those would be two

21   prosthetics.  Did the prosthetic change again?

22         A.   I've had -- yeah.  I believe so.

23         Q.   So, a third one?

24         A.   Yeah.

25         Q.   So, you have had three in total?



Page 75

```
 1                      Franklin Buono
 2           A.   Yeah.
 3           Q.   Do you recall when you received the
 4      last one?  I may have asked that.  I'm sorry if I
 5      did.
 6           A.   I think it was last summer.
 7           Q.   And that's the one you have now?
 8           A.   Correct.
 9           Q.   So, as you sit here right now, is your
10      prosthetic on?
11           A.   No.
12           Q.   How often do you use it today or now?
13           A.   I try and use it every day.
14           Q.   For how long?
15           A.   I can't sit with it for very long.  But
16      I can stand on it for about an hour.
17           Q.   How far can you walk on it, if at all?
18           A.   I don't know.  Quarter of a mile, mile,
19      if I had to.
20           Q.   Lets talk about some of those things
21      you needed assistance with when you got out of the
22      hospital, and as you were going through the change
23      in prosthetics.  Are you now able to bathe for
24      yourself?
25           A.   Yeah.
```



Page 76

1                     Franklin Buono

2          Q.    Shower for yourself?

3          A.    Yeah.

4          Q.    Are you able to cook for yourself?

5          A.    Yeah.

6          Q.    Are you able to clean for yourself?

7          A.    Yup.

8          Q.    How about grocery shopping?

9          A.    No.

10         Q.    Are you able to carry things?

11         A.    Lightly.  Light weight.

12         Q.    About how much can you carry without it

13    being an issue?

14         A.    Probably like 15, 20 max.

15         Q.    How about maintenance around the house,

16    who does that?

17         A.    Her mom rents it so --

18         Q.    Landlord takes care of it?

19         A.    Yeah.

20         Q.    So, on a typical day today, how do you

21    spend your days?

22         A.    I just got a motorcycle, kind of.  It's

23    a two wheel in the front one in the back,

24    automatic.  I can use it and ride it.  Video games,

25    T.V.



Page 77

1              Franklin Buono

2        Q.    The motorcycle, is that an adapted

3   motorcycle?

4        A.    No.  I just bought one that doesn't

5   require any adapting basically.  I don't have to

6   balance it or worry about shifting or braking or

7   anything.

8        Q.    Did you drive a car before getting that

9   motorcycle?

10       A.    Yes.

11       Q.    Do you still drive a car?

12       A.    Yes.

13       Q.    Is that an adaptive car?

14       A.    Yes.

15       Q.    Did you get a special license for that?

16       A.    Technically, yes.

17       Q.    Did you get it?

18       A.    Yes, I got it.

19       Q.    Did you get a special license to drive

20   the motorcycle?

21       A.    Yes.

22       Q.    Did you get that one?

23       A.    Yes.  They make you go through a test

24   for if you lose a limb.  It's not like a, you know.

25   They have you drive around.



Page 78

1              Franklin Buono

2         Q.   And you did that?

3         A.   Yeah.

4         Q.   When did you do that?

5         A.   Actually probably like a year and a

6    half after the accident, so 2017 at some time.

7         Q.   Are you able to travel?

8         A.   I haven't.

9         Q.   Taken any trips any place?

10        A.   No.

11        Q.   There is a couple of things in your

12   medical history I would like to talk about briefly.

13   You have a prior history of IBS; is that right?

14        A.   Yes.

15        Q.   That's irritable bowel syndrome for the

16   record.  Do you still have an issue with that?

17        A.   Yes.

18        Q.   Could you describe generally what those

19   symptoms?

20        A.   Just acid, using the bathroom a lot.

21        Q.   Anything else?

22        A.   Discomfort.

23        Q.   And I think those proyonics [sic], is

24   that how you said it?

25        A.   Protonics.



1                   Franklin Buono

2         Q.   Sorry.  Not looking at my notes.  Is

3    that for that issue?

4         A.   Yeah.

5         Q.   When is it that that IBS started for

6    you before the accident?

7         A.   When I was a kid.

8         Q.   Were you treating for that at the time

9    of your accident?

10        A.   I don't know.  For a long time I was

11   treating it as a kid, and then I didn't for a

12   while.

13        Q.   Do you know if you were on medication

14   for that at the time of the accident?

15        A.   I was probably taking Zantac.

16        Q.   Did you have any sort of dietary

17   restrictions or anything like that?

18        A.   No.

19        Q.   You also have history of depression; is

20   that right?

21        A.   Yes.

22        Q.   When did that begin for you?

23        A.   When I was a kid.

24        Q.   Can you tell me, generally, what the

25   symptoms were before the accident?



1                    Franklin Buono

2          A.   Before the accident, when I was a kid?

3          Q.   Um-hmm.   Yes.

4          A.   Sadness, alone.

5          Q.   Did you have anxiety?

6          A.   No.

7          Q.   Did you have difficulty sleeping?

8          A.   No.

9          Q.   Did you have any difficulty with your

10   ability to concentrate or focus?

11         A.   A little bit.

12         Q.   How about difficulty motivating

13   yourself?

14         A.   No.

15         Q.   Did you ever see any psychiatrist or

16   psychologist for your depression before the

17   accident?

18         A.   Yes.

19         Q.   Who did you see?

20         A.   I do not remember.

21         Q.   Do you remember where they were?

22         A.   No.

23         Q.   Did you see any type of talk therapist

24   or therapist for your depression before the

25   accident?



Page 81

1                    Franklin Buono

2          A.   Yes.

3          Q.   Who was that?

4          A.   I don't remember his name.  He's in

5    Middletown.

6          Q.   Would you have any sort of records at

7    home that would identify the names of any of those

8    doctors --

9          A.   I don't think so.

10          Q.   -- or therapists?

11          A.   No.

12          Q.   Can you recall the last time you saw

13    either a psychologist or psychiatrist for the

14    treatment of your depression before the accident?

15          A.   Probably like a year or two.

16          Q.   How about the last time that you

17    attended any type of therapy before the accident?

18          A.   I don't remember.

19          Q.   I'm sorry I have to ask about this, but

20    you did have an incident in which you did try to

21    commit suicide; is that correct?

22          A.   Yeah.

23          Q.   Following that, you voluntarily

24    admitted yourself for treatment; is that right?

25          A.   Yeah.



Page 82

1                      Franklin Buono

2          Q.   And how long were you in the hospital

3     after that voluntary admission?

4          A.   Five days.

5          Q.   Where did you go?

6          A.   The one in Middletown, I can't remember

7     the name of it now.  It was voluntary and

8     involuntary kind of.  Like I didn't sign myself in,

9     but I wasn't like -- it's a New York thing.

10         Q.   Okay.

11              Did you have to go through any type of

12    court proceeding?

13         A.   No.  They can hold you for five days or

14    something if you try and commit suicide, and they

15    don't need a court order.  But it's only if you

16    like completely refuse it do they have to get a

17    court order.

18         Q.   Understood.  And once those days are

19    up --

20         A.   Yeah.

21         Q.   -- and then you can voluntarily leave?

22         A.   Yeah.

23         Q.   And that's what you did?

24         A.   Yeah.

25         Q.   Did the doctors at the hospital or



Page 83

1                          Franklin Buono

2    anyone at the hospital give you any sort of post

3    hospitalization care plan?

4             A.    I don't remember.

5             Q.    Did they give you any recommendations

6    for seeing a psychiatrist or psychologist, therapy,

7    anything like that?

8             A.    I don't remember.

9             Q.    Did they prescribe you any sort of

10   medication when you left the hospital?

11            A.    I was an antidepressant.

12            Q.    Did you take that?

13            A.    Yeah.

14            Q.    What did you take, do you remember?

15            A.    I don't remember.

16            Q.    It was prescribed?

17            A.    Yes.

18            Q.    Was that at Baxter's Pharmacy or

19   someplace else?

20            A.    It probably would have been Baxter's.

21            Q.    How often did you take that?

22            A.    I don't remember.

23            Q.    For how long did you take that after

24   you got out of the five-day hospital stay?

25            A.    Probably like two or three years.



Page 84

1                        Franklin Buono

2          Q.   Why did you stop?

3          A.   I felt good.

4          Q.   Were you seeing a doctor at the time

5     that you stopped taking the medication?

6          A.   I believe so.

7          Q.   For the depression I mean?

8          A.   Yeah.

9          Q.   And did the doctor agree with the

10    decision to stop taking the medication?

11         A.   I believe so.

12         Q.   And you don't recall the name of that

13    doctor?

14         A.   No.

15         Q.   When you stopped taking the medication

16    is that also when you stopped seeing a doctor or

17    did you keep seeing the doctor?

18         A.   I don't remember.

19         Q.   Do you know when was the last time

20    before the date of the accident that you had taken

21    the antidepressants that had been prescribed for

22    your depression?

23         A.   I don't remember.

24         Q.   Was it within weeks?

25         A.   No.



Page 85

1               Franklin Buono

2          Q.   Was it within months?

3          A.   Might have been a year or two.

4          Q.   At the time of the accident were there

5    any types of medications that you had been

6    prescribed that you were not taking?

7          A.   No.

8          Q.   Now, as a result of this incident

9    you're claiming that you have PTSD; is that

10   correct?

11         A.   Correct.

12         Q.   Are you on medication for the PTSD now?

13         A.   Yes.

14         Q.   What are you on for that?

15         A.   Lexapro.

16         Q.   That's the Lexapro?

17         A.   Yup.

18         Q.   Has anything besides the Lexapro been

19   suggested or prescribed to you?

20         A.   No.

21         Q.   Now, how would you describe your

22   symptoms now of PTSD that you have?

23         A.   I still get flashbacks and still can't

24   sleep.  I have a lot of anxiety.

25         Q.   How often do you have flashbacks?



Page 86

1                    Franklin Buono

2         A.    Maybe once or twice a week.

3         Q.    How do those flashbacks affect you?

4         A.    I don't sleep sometimes.

5         Q.    So, is it fair to say that you cannot

6    sleep one to two times a week as well?

7         A.    Yeah.

8         Q.    And the anxiety, is there a symptom of

9    that anxiety that you can describe?

10        A.    Face tingling, shortness of breath.

11        Q.    Anything else?

12        A.    Not that I can think of right now.

13        Q.    About how often does that happen?

14        A.    About once or twice a week.

15        Q.    I believe you said you're still seeing

16   Dr. Rubin; is that correct?

17        A.    Correct.

18        Q.    How often do you see him?

19        A.    I was seeing him every other week for a

20   little bit.  I didn't go for like three months, but

21   I started going again.

22        Q.    When did you start that?

23        A.    Two weeks ago.

24        Q.    When is your next appointment?

25        A.    July 30.



Page 87

```
 1                    Franklin Buono

 2              MR. FROMSON:  I missed the doctor's

 3         name.

 4              MS. FAPPIANO:  Dr. Rubin.

 5              MR. FROMSON:  Thanks.

 6         Q.   Now, those symptoms of your PTSD that

 7    you just described to me, how does that compare to

 8    what your symptoms were a year ago when you were

 9    last deposed; better, worse, the same or something

10    different?

11         A.   It's a little better.

12         Q.   So, think I started on this and I may

13    have gotten off track.  So, give me one moment.

14    So, we started talking about your motorcycle and

15    that you still play video games and watch T.V.

16    during the day.  Are you able to use a computer?

17         A.   Yeah.

18         Q.   Have a computer?

19         A.   Yeah.

20         Q.   What do you do on the computer?

21         A.   Play games.

22         Q.   Do you walk on any regular basis, like

23    for exercise or just to get out of the house?

24         A.   No.

25         Q.   Do you do any type of exercise?
```



Page 88

                    Franklin Buono

1

2          A.    Yeah.

3          Q.    What do you do?

4          A.    I have a machine.

5          Q.    What kind of machine?

6          A.    It's like a Bow Flex, but not.  Like a

7    Total Gym.

8          Q.    That's in your home?

9          A.    Yeah.

10         Q.    How often do you do that?

11         A.    Twice a week.

12         Q.    Do you have any other types of hobbies

13   that you engage in now?

14         A.    Not really.

15         Q.    Do you read?

16         A.    Yeah.  Actually yeah.

17         Q.    Read books?

18         A.    Yeah.

19         Q.    Do you write at all?

20         A.    No.

21         Q.    Keep a journal?

22         A.    No.

23         Q.    What kinds of things do you do outside

24   the house, if anything, at this point besides the

25   motorcycle and the driving?



Page 89

1                    Franklin Buono

2          A.    I go out with my girlfriend.  We go to

3    -- we went to a movie, two movies.  We go out to

4    dinner every once in a while.

5          Q.    Anything else?

6          A.    Take the dogs to the park every once in

7    a while.

8          Q.    You have how many dogs?

9          A.    Two.

10         Q.    Still two chihuahuas, I think that's

11   what it was last time?

12         A.    Yeah.

13         Q.    Just proof that I read it before I came

14   here.

15               And are you able to walk the dogs with

16   your girlfriend?

17         A.    Yeah.

18         Q.    How many times a day do you walk them?

19         A.    Oh, I let them out twice a day.

20         Q.    You take them to the park as well?

21         A.    Not twice a day.

22         Q.    How often do you do that?

23         A.    I've only done it twice recently.

24         Q.    Lets just talk briefly about what your

25   lifestyle was before the accident.  Are there



Page 90

1                    Franklin Buono

2      things that you cannot do now that you did on a

3      regular basis before the accident and apart from

4      working?

5           A.   Rollerblading, bike riding.  Go out to

6      the woods a lot with some friends.  I like bowling,

7      go once or twice a month.  I just generally went

8      out a lot more.

9           Q.   How often would you roller blade?

10          A.   Twice a month.

11          Q.   And you haven't done that since;

12     correct?

13          A.   Correct.

14          Q.   And how often would you go bike riding?

15          A.   Twice a month.

16          Q.   And you haven't done that at all?

17          A.   Correct.

18          Q.   Have you looked into whether you can

19     get an adaptive bike or something like that?

20          A.   Yeah.  I decided to go with the

21     motorcycle.  They make some fancy bikes now.

22          Q.   What would you do when you went out

23     into the woods?

24          A.   We would go shooting in the woods.  We

25     camped.


MAGNA
LEGAL SERVICES

 1                    Franklin Buono
 2          Q.    How often would you do that before the
 3   accident?
 4          A.    Like once a month.
 5          Q.    Have you done that at all since the
 6   accident?
 7          A.    Actually shot a shotgun on crutches,
 8   good time.
 9          Q.    How many times were you able to do
10   that?
11          A.    I haven't done it since.
12          Q.    Is there any reason why you think you
13   couldn't do that now?
14          A.    I could.
15          Q.    How about, you did tell me you would go
16   bowling once or twice a month before; is that
17   right?
18          A.    Yeah.
19          Q.    Have you attempted to do that since the
20   accident?
21          A.    I did.
22          Q.    How did that go?
23          A.    A lot of blisters.
24          Q.    How long ago was that?
25          A.    Year ago.



Page 92

 1                    Franklin Buono

 2          Q.   Was that with the same prosthetic you

 3   have now?

 4          A.   I believe so.  No.  No. No.  It was

 5   not.

 6          Q.   With the old prosthetic?

 7          A.   Yeah.

 8          Q.   Since the accident happened, have you

 9   spoken to anyone at Oprandy's who was an employee

10   there?

11          A.   No.

12          Q.   Have you spoken to Brian Scott since

13   the accident occurred?

14          A.   No.

15          Q.   How about Patricia Scott?

16          A.   No.

17          Q.   And I'm aware that Chris has passed

18   away?

19          A.   Yeah.

20          Q.   Do you know how it is that he passed

21   away, what was the reason for his death?

22          A.   I do not.

23          Q.   Did you ever speak to any of his family

24   about that since you were deposed?

25          A.   No.



Page 93

1                    Franklin Buono

2          Q.   Did you go to the funeral or the wake?

3          A.   No.

4          Q.   Do you know his family at all?

5          A.   No.

6          Q.   Before coming here today, besides your

7    attorney, did you speak to anyone about what you

8    were going to testify to today?

9          A.   No.

10         Q.   Speak to your girlfriend about it?

11         A.   Yeah.

12         Q.   What did you talk about?

13         A.   I didn't know what I would be

14   testifying for.  Like I didn't know what you would

15   be asking, so it's --

16         Q.   All right.

17              Before you came here today did you read

18   the transcript of your last deposition?

19         A.   Yes.

20         Q.   When did you do that?

21         A.   Over the weekend.

22         Q.   Is there anything in that testimony,

23   having just read it over the weekend, that you wish

24   to change at this point?

25         A.   No.



Page 94

```
 1                    Franklin Buono
 2        Q.   Before coming here to testify today,
 3   besides that transcript, did you look at any other
 4   documents?
 5        A.   No.
 6             MS. FAPPIANO:  I'm going to take a
 7        break.  I think I'm pretty well done.  I
 8        could use a restroom and just time to
 9        review my notes.  Maybe I will let you go
10        and then I will come back.
11             (A break was taken.)
12   EXAMINATION BY
13   MS. BALTZELL:
14        Q.   Good morning.
15        A.   Good morning.
16        Q.   My name is Sarah Baltzell, and I am
17   counsel for Tyco Fire Products.  And it's always
18   hard going second because part of the questions I
19   was maybe thinking about asking you might have
20   already been asked.  So, I might start those and
21   then realize we talked about that and skip over.
22   So I might be a little harder to follow, if so just
23   let me know --
24        A.   Okay.
25        Q.   -- because I do want to make sure that
```



Page 95

1               Franklin Buono

2   any question I ask of you, you fully understand and

3   that when you give your answer it's an answer back

4   to my question that you understood.  Makes sense?

5          A.   Makes sense.  Thank you.

6          Q.   I'm going to try not to ask you the

7   same questions as well, and I will do my best.

8               I remember correctly, I think you

9   believe you said that you have a surgery coming up

10  in September?

11         A.   Yes.

12         Q.   Other than that September surgery, do

13  you have any other planned surgeries or procedures

14  that you know of that are on the horizon for you?

15         A.   No.

16         Q.   Any other surgeries or procedures that

17  you anticipate you may need in the future because a

18  medical professional has told you that might be on

19  the horizon as well?

20         A.   I think I've been told I might need

21  some things, but I don't remember.  I process a

22  couple of things.

23         Q.   Do you remember were his comments in

24  terms of new prosthesis that you might need or more

25  in terms of medical procedures?



Page 96

1                    Franklin Buono

2          A.   New prosthesis and stuff like that.

3          Q.   Any other medical procedures that you

4   can recall someone mentioning that you might need

5   in the future other than that September surgery?

6          A.   I don't think so.

7          Q.   Did you drive here today?

8          A.   No.  My girlfriend did.

9          Q.   How frequently do you drive?

10         A.   Like once a day now, trying to.

11         Q.   Is that your car or your motorcycle?

12         A.   Both.  If its not one its the other.

13         Q.   Where do you drive?

14         A.   I have been going to get food, say high

15   to my dad at work sometimes.  That's about it.

16         Q.   What is the longest distance that you

17   can recall driving recently?

18         A.   Twenty, 30 minutes.

19         Q.   Where was that too, if you recall?

20         A.   My one friend's house, it's about 20

21   minutes away.

22         Q.   It sounds like you and Emily are still

23   together?

24         A.   Yup.

25         Q.   How long have you been together?



Page 97

1              Franklin Buono

2        A.   Almost five years.

3        Q.   How would you describe, just generally,

4   your relationship with Emily right now?

5        A.   It's good.  Good.

6        Q.   Good?

7        A.   Yeah.

8        Q.   At least in your mind there will be a

9   continued relationship --

10       A.   Yup.

11       Q.   -- with Emily?

12       A.   Yup.

13       Q.   Lets look at some documents.  I will

14   get my piles ready.  And so Oprandy's was asked in

15   this case to provide some documents as part of the

16   litigation.  And one of the things that they were

17   asked to provide was a copy of your employment

18   file --

19       A.   Okay.

20       Q.   -- at the office.

21            MS. BALTZELL:  And we are continuing

22       numbering, aren't we?

23            MR. FROMSON:  Do whatever you want.

24       It doesn't matter.

25            MS. FAPPIANO:  Lets start over if we



Page 98

                          Franklin Buono

1

2       can, unless someone knows where we're at.

3              MR. FROMSON:  I don't.

4              MS. BALTZELL:  Okay.

5              MS. FAPPIANO:  I could look it up.

6              MR. FROMSON:  You could start it over

7       because if the case ever does go to trial

8       you have to re number them again anyway.

9              (Defendants' Exhibit Number 1,

10      Employment file, was marked for

11      identification.)

12             Q.   All right.  So this is Defendants'

13  Exhibit 1.  And feel free and browse through the

14  document.  This was provided to us by Oprandy's as

15  your employment file.  And my first question for

16  you is, was there ever a reason for you to ask to

17  see a copy of your employment file while you were

18  with Oprandy's?

19             A.   No.

20             Q.   Have you ever seen a copy of your

21  employment file before I just handed it to you

22  today?

23             A.   No.

24             Q.   Were you aware you had an employment

25  file?



Page 99

1                    Franklin Buono

2          A.   No.

3          Q.   As you are looking through that

4    document, there are, they're called bates numbers.

5    There the little numbers down on the bottom right-

6    hand corner of the document.  Most start with the

7    carrot and say Oprandy and have the numbers.  Do

8    you see that?

9          A.   Sure.

10         Q.   If you go with me to the one that ends

11   in 779, you can maybe --

12         A.   Sure.

13         Q.   My guess is you never seen this letter

14   before, does that sound right?

15         A.   Correct.

16         Q.   And if we're just kind of browsing

17   through the letter, it looks to be --

18              MS. FAPPIANO:  I have a copy so I will

19         just try to find the similar --

20              MS. BALTZELL:  You are welcome to look

21         over my shoulder too.

22              MS. FAPPIANO:  Thank you.

23         Q.   If we are looking at this letter, it

24   appears to be a letter sent by Oprandy's.  It's an

25   Oprandy's letterhead signed by Brian Scott and it's



Page 100

1                        Franklin Buono

2      to some counsellors at law, so, some lawyers,

3      Hardin, Kundla, McKeon & Poletto.  Do you see that?

4                MR. FROMSON:  Do you see this?

5           A.   Yes.

6           Q.   Are you familiar with that law firm?

7           A.   No.

8           Q.   If we look down, there is three bullet

9      points there on the top?

10          A.   Yup.

11          Q.   One says job description?

12          A.   Yup.

13          Q.   It says shop worker in training.  Is

14     that how you would describe your job description at

15     the time of the incident?

16          A.   Yup.

17          Q.   And given that you were kind of in

18     training at the time of the incident, had there

19     been a discussion with you when you were hired as

20     to how long that training period would last?

21                MR. FROMSON:  Note my objection to

22                form.

23          A.   I don't remember.

24          Q.   Did you have an understanding at the

25     time of the incident, as to when your training



1                        Franklin Buono

2    would end and you would just be a shop worker as

3    opposed to a shop worker in training?

4          A.   I don't remember.

5          Q.   What do you recall your training to

6    have been at Oprandy's with respect to your new

7    position?

8                MR. FROMSON:  Note my objection as to

9          the form.  And it was asked and answered by

10         counsel for this defense at his previous

11         deposition.  Go ahead and answer again.

12         A.   Can you repeat that.  Sorry.

13         Q.   Can you describe the training that you

14   were receiving at Oprandy's at the time of the

15   incident when you were a shop worker in training?

16               MR. FROMSON:  Note my objection.

17         A.   I don't really remember.

18         Q.   I think you mentioned earlier today

19   that you had reviewed your deposition transcript --

20         A.   Correct.

21         Q.   -- from your prior deposition --

22         A.   Correct.

23         Q.   -- before coming today?

24         A.   Yup.

25         Q.   And I believe your recollection was



1                    Franklin Buono

2    that you had read the questions and the answers,

3    and that you still agreed with the answers that you

4    had given to all of those questions; is that

5    correct?

6            A.   Correct.

7            Q.   So, if I were to ask you the same

8    questions today, which I'm going to try not to do,

9    would your answers be the same to the best of your

10   recollection today --

11           A.   Yes.

12           Q.   -- as they were then?

13           A.   Correct.

14           Q.   If you can go down a little further, do

15   you see where it says training did not include?

16           A.   Yeah.

17           Q.   And then go down that second bullet

18   point?

19           A.   Yup.

20           Q.   And it says that the training did not

21   include machine work of any kind.  You would agree

22   with that statement; right?

23           A.   Correct.

24           Q.   And then it goes on to say -- can you

25   pronounce your last name for me?



Page 103

```
 1                        Franklin Buono
 2          A.    Buono.
 3          Q.    Buono.
 4                And then it goes on to say Frank Buono
 5    was not filling the air tank that exploded.  Would
 6    you agree with that statement, that at the time of
 7    the incident you were not the individual filling
 8    the tank at the time it exploded?
 9          A.    Correct.
10          Q.    And then the next sentence says, he was
11    not supposed to be in the filling room where the
12    accident took place.  Do you disagree with that
13    statement?
14          A.    Correct.
15          Q.    Tell me why you disagree with that
16    statement?
17          A.    I was never told not to be back there.
18    I normally went back there to grab fire
19    extinguishers and move them around.
20          Q.    Did you have an understanding that you
21    were supposed to be in the filling room when the
22    incident took place?
23          A.    Correct.
24          Q.    Why is that?
25          A.    I was asked --
```



Page 104

1              Franklin Buono

2              MR. FROMSON:  Hold on.  Objection to

3         the extent it was asked and answered.  Go

4         ahead.

5         A.   I was asked to fill the tank by Brian.

6         Q.   When you were asked to fill the tank by

7    Brian -- by Mr. Scott, why did you not just go back

8    in that back room and start filling the tank

9    yourself?

10        A.   Because I didn't know how to.

11        Q.   Had you been provided any training on

12   how to fill a tank with compressed air?

13        A.   No.

14        Q.   When Mr. Scott asked you to fill the

15   tank with compressed air, at that time did you feel

16   like you had been providing the training you needed

17   to do the task you had been asked to do?

18        A.   Looking back on it or right then and

19   there?

20        Q.   Either.

21        A.   Looking back, no.  Then I don't think

22   it went through my mind.  I just went and asked

23   Chris how to do it.  Because if I didn't know how

24   to do something I asked Chris and he showed me.

25        Q.   So, at the time you were asked it



1                    Franklin Buono

2    sounds like you thought to yourself that that

3    wasn't a task you could complete by yourself?

4         A.   Correct.

5         Q.   And is part of the reason you thought

6    you couldn't complete that task by yourself because

7    you hadn't been provided any training at Oprandy's

8    on how to fill tanks with compressed air?

9         A.   Correct.

10        Q.   If you can go a few pages in your

11   packet, please, to the page that ends with 785 on

12   the bottom right-hand corner?

13        A.   Okay.

14        Q.   Do you see that?

15        A.   Yup.

16        Q.   This document is, I guess, lets turn it

17   on the back too.  So it looks to be just the first

18   page and then maybe the last page of an employee

19   hand book.  And there is a signature on the back on

20   the second page.  Is that your signature there?

21        A.   I don't think so.

22        Q.   You don't think so.

23             Does your signature look anything like

24   what we're looking at right now on page 786?

25        A.   That looks like a P.  I don't think



1                    Franklin Buono

2    that's my signature at all.  That's not my

3    signature.

4         Q.   If you turn to -- keep going a few more

5    pages on in, and this time we're at the document

6    that says Oprandy's 792.  Let me know when you get

7    there.  It says power of attorney on the top page.

8    Is your signature on this document?

9         A.   Yes.

10         Q.   Is that your signature on this

11    document?

12         A.   Yes.

13         Q.   Do you recall signing this power of

14    attorney that is stamped 792 at the bottom?

15         A.   Yes.

16         Q.   Lets go back to 780 -- excuse me,

17    document that ends in 786 that has his signature on

18    it and is entitled employee handbook.  Do you

19    recall receiving an employee handbook at any time

20    during your employment with Oprandy's?

21         A.   I don't remember.

22         Q.   Do you recall signing an employee

23    handbook acknowledgment at any time during your

24    employment with Oprandy's?

25         A.   I don't remember.



Page 107

```
 1                      Franklin Buono
 2          Q.   If you turn to the next page that ends
 3     in 787?
 4          A.   Yup.
 5          Q.   Okay.  And that one is called a hazard
 6     communication program.  It has your name at the top
 7     of the page.  Do you see that?
 8          A.   Yup.
 9          Q.   Do you recall receiving a document
10     during your employment with Oprandy's entitled
11     hazard communication program?
12          A.   No.
13          Q.   Do you recall receiving any written
14     materials from Oprandy's or Oprandy's employees
15     about safety or handbooks or anything like that
16     during your employment time at Oprandy's?
17          A.   I don't remember.
18          Q.   Do you remember your first day at work
19     at Oprandy's?
20          A.   No.
21          Q.   You don't remember your first day at
22     work at Oprandy's?
23          A.   No.
24               MR. FROMSON:  Objection.  Asked and
25               answered.
```



Page 108

1                      Franklin Buono

2          A.   No.

3          Q.   So, if I were to ask you what happened

4     when you came in on your first day at work, what

5     you did, do you have any recollection at all of

6     what you did the first day of your job at

7     Oprandy's?

8          A.   I probably watched Chris how to fill

9     and take apart the fire extinguishers.

10         Q.   Do you remember whether or not Chris

11    handed you any documents or handbooks?

12         A.   No.

13              MR. FROMSON:  Objection as to form.

14         You can answer.

15              MS. FAPPIANO:  I join in that

16         objection.

17              MR. FROMSON:  Did you get the answer?

18              THE REPORTER:  He said no.

19         A.   That's not my signature.

20         Q.   So, lets look at the signature then on

21    page what's the bottom of the page 786?

22         A.   Um-hmm.

23         Q.   And I think you just said that's not my

24    signature?

25         A.   Yeah.



Page 109

                              Franklin Buono

1

2        Q.    You seem pretty sure that's not your

3    signature; is that right?

4        A.    Yup.

5        Q.    Why is that?

6        A.    Because when I start F's it starts up

7    top not from the bottom, not to mention this looks

8    like a P not even a B.  It's not an attempt.  I

9    always do my B's and then hook to everything else,

10   most of the time at least.  But this isn't -- an F

11   wouldn't start from the bottom.

12       Q.    Do you know if the date below

13   that 1/19/16 --

14            MR. FROMSON:  Hold on.  Let her finish

15       the question.

16       Q.    -- is the date when you first started

17   working at Oprandy's?

18       A.    I don't.  No.

19       Q.    Do you know if you were working at

20   Oprandy's on January 19 of 2016?

21       A.    I don't remember.

22       Q.    I'm not sure if I actually asked this

23   particular question, but do you remember at any

24   time during your employment with Oprandy's signing

25   any employment-type documents like tax forms or



Page 110

                    Franklin Buono

1    just anything when you started?

2              MR. FROMSON:  I'm just going to object

3         as to form.  It is overbroad.  You can

4         answer.

5              MS. FAPPIANO:  I will join that

6         objection.

7    A.   I don't remember.

8    Q.   So, you just don't remember signing of

9    any paper work?

10   A.   I don't think so.

11   Q.   Is it fair to say then if I were to ask

12   if you remember reading an employee handbook your

13   answer would be no?

14   A.   I don't remember even getting one.

15             MS. FAPPIANO:  Objection.  Asked and

16        answered.

17             MR. FROMSON:  Join in the objection.

18   Q.   Same thing on the hazards

19   communications program, do you remember?

20             MS. FAPPIANO:  Same objection.

21             MR. FROMSON:  Same objection.

22   A.   Don't remember.

23   Q.   Do you remember any discussion with

24   anyone at Oprandy's regarding a hazard


1    Franklin Buono
2    just anything when you started?
3              MR. FROMSON:  I'm just going to object
4         as to form.  It is overbroad.  You can
5         answer.
6              MS. FAPPIANO:  I will join that
7         objection.
8    A.   I don't remember.
9    Q.   So, you just don't remember signing of
10   any paper work?
11   A.   I don't think so.
12   Q.   Is it fair to say then if I were to ask
13   if you remember reading an employee handbook your
14   answer would be no?
15   A.   I don't remember even getting one.
16             MS. FAPPIANO:  Objection.  Asked and
17        answered.
18             MR. FROMSON:  Join in the objection.
19   Q.   Same thing on the hazards
20   communications program, do you remember?
21             MS. FAPPIANO:  Same objection.
22             MR. FROMSON:  Same objection.
23   A.   Don't remember.
24   Q.   Do you remember any discussion with
25   anyone at Oprandy's regarding a hazard


MAGNA
LEGAL SERVICES

1                      Franklin Buono

2    communication program?

3           A.   No.

4           Q.   Were you aware before today whether or

5    not Oprandy's had a hazard communication program in

6    place at the time you were employed there?

7           A.   No.

8           Q.   Were you aware whether or not Oprandy's

9    had an employee handbook in place before today at

10   the time when you were employed with Oprandy's?

11          A.   I don't remember.

12          Q.   Are you aware that OSHA conducted an

13   investigation into the incident that occurred at

14   Oprandy's?

15          A.   Yes.

16          Q.   Did you give any statements to anyone

17   at OSHA about the incident?

18          A.   I believe so, yes.

19          Q.   Do you know whether anyone else also

20   gave statements to OSHA about the incident?

21          A.   I do not.

22          Q.   Have you ever seen transcribed and read

23   the statement that you gave to OSHA?

24          A.   Yes.

25          Q.   When was the last time you looked at



Page 112

1                       Franklin Buono

2      the statement you gave to OSHA?

3              A.   Last deposition probably.

4              Q.   Do you recall if you had an opportunity

5      to read through your statement during the last

6      deposition?

7              A.   I do not recall.

8              Q.   So, if I were to ask the question

9      whether everything -- whether your statement to

10     OSHA remains accurate to the best of your

11     recollection, would you need to see the statement

12     again in order to be able to do that?

13             A.   No.  From what I said, that's -- yeah.

14             Q.   So, sitting here today, is it your

15     understanding all of the statements you provided to

16     OSHA are true and correct and accurate?

17             A.   Yeah.

18             Q.   I will show you a copy, we don't have

19     to mark it as an exhibit.  Just so you have it?

20             MS. FAPPIANO:  It was previously

21             marked which I have those.

22             MS. BALTZELL:  It's hard to read so

23             that's the only reason.

24             MS. FAPPIANO:  Just for identification

25             purposes.



Page 113

1                    Franklin Buono

2            MS. BALTZELL:  It was previously

3       marked as an Exhibit at the deposition on

4       April 30, 2018 and it was Exhibit 1.

5            MS. FAPPIANO:  Exhibit 1, Defendant's

6       Exhibit 1 then.

7       Q.    I'm going to let you see a better copy

8  because that one is hard to read, but this was

9  previously marked as Defendants' Exhibit 1 at your

10  last deposition.  Make sure I gave you the right

11  document.  I did.  So, that is your statement to

12  OSHA.

13       A.    Okay.

14       Q.    And I just wanted you to have it

15  because I'm going to ask you some questions, so I

16  wanted you to have it available.  And this one has

17  little numbers on it too as well at the bottom.

18  And I'm looking at page, it says Oprandy 50 in the

19  bottom right-hand corner.  Let me know when you're

20  there.

21            At the very last paragraph there second

22  line down in that last paragraph, it says, the

23  owner handed me the air tank to fill and Chris

24  brought me to the back room to fill it?

25       A.    Yup.



Page 114

1                          Franklin Buono

2          Q.    Was it your understanding that when the

3     tank was handed to you that you were being

4     instructed to fill it yourself?

5          A.    Yes.

6          Q.    Why was that your understanding at the

7     time that you were being asked to fill it yourself?

8               MR. FROMSON:  Hold on one second.

9               Bear with me one minute.

10              MS. BALTZELL:  Do you want my copy?

11              MR. FROMSON:  No.  I'm not questioning

12              the copy.  I'm objecting as to form to the

13              extent it may have already been asked and

14              answered a few minutes earlier when you

15              asked him about his presence in the back

16              room and what he was asked to do.  But over

17              my objection go ahead and answer the

18              question.

19         A.    I don't know what Brian was thinking or

20    his intent.

21         Q.    I believe you said you thought you felt

22    that you were being handed the tank because you

23    were being asked to fill it; is that right?

24              MR. FROMSON:  Objection as to form.

25              You can answer.



Page 115

1                    Franklin Buono

2          A.   I guess.

3          Q.   So, to the extent I believe you

4     testified today and last time, that you thought you

5     were supposed to fill the tank, to the extent

6     that's correct, and if it's not please correct me,

7     but if it is correct, what made you think you were

8     supposed to go fill the tank?

9               MR. FROMSON:  Objection as to form, to

10          the extent it was asked and answered.

11         A.   I'm confused.  I felt like I was

12    supposed to fill the tank and I didn't know how to

13    fill the tank, and I asked Chris.

14         Q.   And that's my question right there.

15    Why did you feel that you were supposed to fill the

16    tank, what made you feel that way?

17         A.   Because --

18              MR. FROMSON:  Hold on.  Objection as

19          it's been asked and answered.  Go ahead.

20         A.   Brian asked me to.

21         Q.   So, I just want to make sure I'm clear

22    in my mind.  It's you're recollection that Brian

23    specifically asked you to go fill the tank with the

24    compressed air?

25         A.   Yes.



Page 116

1                     Franklin Buono

2          Q.    The very last sentence on the page

3    we're looking at, and then it continues onto the

4    next page, starts Chris went to the front room and

5    grabbed the long metal piece with the valve that I

6    just described and hooked that up to it.  Do you

7    see that?

8          A.    Yup.

9          Q.    Do you remember what the -- what

10   exactly it was that Chris went and grabbed?

11         A.    I do not remember.

12         Q.    Do you have an understanding of when

13   you were speaking with OSHA, whether you could

14   still, at that time, remember what was -- what he

15   grabbed and you since forgotten, or do you think

16   you didn't remember then and you still don't

17   remember now exactly what he went and got from that

18   room?

19              MS. FAPPIANO:  Objection to the form.

20         A.    Can you repeat that?

21         Q.    Yeah.

22              When you gave your statement to OSHA,

23   do you recall if, at that point in time, you knew

24   what Chris went and grabbed from the other room?

25         A.    I don't remember.



Page 117

1                        Franklin Buono

2          Q.   If we keep on reading, do you see the

3     sentence that says, to turn on the air Chris did

4     something on the Poseidon air tank?

5          A.   Yeah.

6          Q.   I think he turned a valve.  Do you see

7     that?

8          A.   Yes.

9          Q.   Can you describe that a little bit more

10    for us, what you recall what's explained in these

11    two sentences?

12         A.   That's as much as I remember.

13         Q.   Is the valve that Chris turned, was

14    that part of the Poseidon system?

15         A.   I really don't remember.

16         Q.   If we keep going down, skip the next

17    sentence, then the next one starts, there are three

18    tanks on the Poseidon and Chris thought maybe one

19    tank as empty and that's why it wasn't filling, so

20    we tried another tank.  Is that consistent with

21    your recollection today?

22         A.   I believe so.

23         Q.   Do you know why it is that you felt

24    that maybe one of the tanks wasn't emptying?

25         A.   Chris thought -- from what I'm reading,



Page 118

1                    Franklin Buono

2    I --

3         Q.   Do you know why you felt that that was

4    Chris's impression?

5         A.   He must have verbally said it or

6    something.  I really don't remember.

7         Q.   But nothing you remember today that

8    would suggest that that's not an accurate

9    statement?

10        A.   It's the same.  This is how I --

11        Q.   That's still your memory today?

12        A.   Yeah.

13        Q.   And that's still your thoughts today,

14   that Chris thought one of the tanks might be empty

15   so you tried another tank?

16        A.   I don't remember.  This is -- this was

17   a long time ago.

18        Q.   But nothing to suggest --

19        A.   It's different.

20        Q.   -- that that's incorrect or inaccurate;

21   correct?

22        A.   Correct.

23        Q.   Have you personally formed any opinions

24   as to why you think the accident occurred that day?

25             MR. FROMSON:  Objection as to form.



Page 119

1              Franklin Buono

2        A.    No.   I know -- it was preventable, but

3   another than that.

4        Q.    There has been some testimony given in

5   this case, and I think it was Mr. Scott, that

6   immediately after the incident occurred all of the

7   first responders were coming, Chris may have

8   mentioned to one of the, I think, officials with

9   the fire department who was there on scene, that

10  the regulator was open full-bore.   Do you recall

11  him saying that at the time of the incident?

12       A.    No.

13       Q.    And is it, am I remembering your

14  testimony from today correct, that because of the

15  blast you had some ringing in your ears --

16       A.    Correct.

17       Q.    -- immediately after the incident?

18       A.    Correct.

19       Q.    And you couldn't hear at that time --

20       A.    Correct.

21       Q.    -- because of the ringing in your ears

22  unless something was very close and right beside

23  you?

24       A.    Correct.

25       Q.    Did you have any text message



Page 120

1                           Franklin Buono

2      conversations with Chris after the incident?

3           A.    Yeah.   I wished him better.   We wished

4      each other better.

5           Q.    Do you remember having any phone

6      conversations with Chris after the incident as

7      well?

8           A.    No.

9           Q.    Did you ever see him in person after

10     the incident?

11          A.    No.

12          Q.    Same questions about anyone with

13     Oprandy's, Mr. And Mrs. Scott.   Do you remember any

14     text messages with them after the incident?

15          A.    No.

16          Q.    Phone calls?

17          A.    No.

18          Q.    In person meetings?

19          A.    No.

20          Q.    Do you recall Chris blocking your text

21     messages recently after the incident occurred?

22          A.    No.

23          Q.    Did you ever try and send Chris a text

24     message and it wouldn't go through?

25          A.    No.



Page 121

1                    Franklin Buono

2          Q.    When was the last time you text

3    messaged Chris?

4          A.    In the hospital.

5          Q.    Did you ever receive a text message

6    from Chris asking him not to send you anymore

7    messages?

8          A.    No.

9          Q.    And this is -- Mrs. Scott provided us a

10   notebook.  It's been marked in this case as

11   Defendants' Exhibit 21.  And it's my understanding

12   that she kept a notebook after this incident and

13   would record things in it.  And there is a

14   statement in her notebook, we can mark it if there

15   is a request to again, but it says Frank -- this is

16   from Chris, Frank is harassing me, calling my

17   phone, demanding to know what kind of tank, what I

18   was doing, what was the name of tank.  Chris said I

19   have blocked his phone number.  I won't speak to

20   him anymore.

21         A.    That's false.

22         Q.    Do you recall any of the events that I

23   just read as being things that you remember

24   occurring?

25         A.    No.



Page 122

1                    Franklin Buono

2              MS. FAPPIANO:  Note my objection.  We

3         have no idea what his knowledge is of this

4         notebook, this has never been --

5              MR. FROMSON:  Objection as to form.

6              MS. FAPPIANO:  -- authenticated or

7         anything like that.

8              MR. FROMSON:  Objection as to form.

9              MS. FAPPIANO:  Yes.

10        Q.    To your recollection, did you call

11   Chris on the phone at any point in time after the

12   accident from the accident to today?

13        A.    No.  Maybe once in the hospital to wish

14   he was better.  But I don't remember.

15        Q.    Other than maybe wishing him better --

16        A.    No.

17        Q.    -- in the hospital, no other phone

18   calls that you remember?

19        A.    No.

20        Q.    If someone had stated that you were

21   harassing Chris, would you agree or disagree with

22   that statement?

23        A.    I would disagree.

24        Q.    Do you recall sending a text message on

25   February 16 to Chris that says Brian is trying to



Page 123

```
 1                    Franklin Buono
 2   screw us, we need to get him?
 3          A.   No.
 4          Q.   Does that sound like the kind of text
 5   message you would send?
 6          A.   Don't remember.
 7          Q.   Don't remember is a little bit
 8   different than I don't know.  So, if I were to ask
 9   do you recall -- let me say this, do you know if
10   you sent a text message on February 16 to Chris
11   that said Brian is trying to screw us?
12          A.   I don't remember.
13          Q.   That's possible you did or you just
14   don't remember, or you are pretty sure you didn't?
15          A.   I don't remember.
16          Q.   Is it possible that you did?
17          MR. FROMSON:  Objection as to form.
18          Asked and answered three times.
19          A.   I don't remember.
20          Q.   Would you agree with the statement in
21   terms of this incident that Brian is trying to
22   screw us?
23          A.   No.
24          Q.   That's not a sentiment that you hold;
25   correct?
```



Page 124

1                      Franklin Buono

2           A.    No.

3           Q.    While working at Oprandy's, is it

4    correct that you were trained on-the-job training

5    by Chris as to how to recharge fire extinguishers?

6           A.    Yes.

7           Q.    When you were filling extinguishers, is

8    it a correct statement that you were trained to

9    fill them by air to determine whether or not air

10   was going in?

11          A.    I don't remember.

12          Q.    Do you recall sitting here today any of

13   the training that you received on --

14          A.    Minimally.

15          Q.    What do you recall?

16          A.    Taking them apart a little bit.  Taking

17   the tops off.  That's about it.

18          Q.    Do you recall anything about filling

19   the tanks with either air or agent?

20          A.    Yeah.

21          Q.    What do you recall?

22          A.    Putting air into them and releasing the

23   agent into a canister, like a thing to catch all of

24   the dust.

25          Q.    Were you trained on how to put that air



Page 125

 1                      Franklin Buono

 2    in the tank?

 3            A.    Yeah.

 4            Q.    Tell me about that?

 5            A.    I don't remember.  I just know he

 6    showed me.

 7            Q.    Do you recall him showing you that one

 8    way to do that was to listen by ear as to whether

 9    there was air flowing into the tank?

10            A.    I don't remember.

11            Q.    Do you have a plan in place today for

12    getting back in the work force?

13            A.    No, I do not.

14            Q.    Why is that?

15            A.    This has only been the first summer I

16    have been on my leg.  I've probably only been

17    walking three or four months minimally.

18            Q.    Do you have a long-term goal with

19    getting back into the work force?

20            A.    I hope to get into some sort of

21    schooling.  I would like to go to a school, but I

22    can't really sit with my leg on for more than 35

23    minutes, so it's probably going to be at home at

24    some point.

25            Q.    At home do you mean kind of



Page 126

1                    Franklin Buono
2    correspondence where you can take them on the
3    computer at home?
4         A.   Yeah.
5         Q.   Have you looked into classes by
6    correspondence?
7         A.   No.
8         Q.   Not yet?
9         A.   No.
10        Q.   Have you set any personal goals for
11   timeframe for yourself as to when you want to do
12   that?
13        A.   No.
14        Q.   Why is that?
15        A.   I learned to not set goals, because you
16   know they told me that I could be good in a couple
17   of months and then it turned into years, so.
18        Q.   When you do decide you want to get back
19   in the work force, have you given any thought as to
20   what you want to do?
21        A.   Computers, something in computers,
22   computer science.
23        Q.   Is it your plan then when you're ready
24   to take classes by correspondence in computer
25   science?



Page 127

1                    Franklin Buono

2          A.    Yeah.

3          Q.    Have you researched any programs?

4          A.    No.

5          Q.    Other than looking at your own

6    deposition transcript over the weekend, have you

7    seen any of the transcripts of any other

8    individuals that have been deposed in this case?

9          A.    No.

10         Q.    What about any documents either to or

11   from OSHA, have you seen any documents to or from

12   OSHA about the incident?

13         A.    I don't remember.  I think so.  But it

14   was just when it first happened.

15         Q.    Any memory at all about what those

16   documents may have said or looked like?

17         A.    No.

18         Q.    If I recall correctly, I think you're

19   currently receiving $700 every two weeks in

20   benefits; is that correct?

21         A.    Correct.

22         Q.    Who is that through?

23         A.    The Hartford.

24         Q.    Do you know if that's workers' comp.

25   related?



Page 128

1                     Franklin Buono

2          A.    Yes.

3          Q.    Sometimes there may be kind of a final

4    resolution of a workers' comp. claim or some kind

5    of a settlement, does that make sense?

6          A.    Yup.

7          Q.    Do you know if there has been a final

8    resolution of your claim?

9          A.    No.

10         Q.    It's ongoing?

11         A.    Yeah.

12         Q.    Who is your attorney that handles your

13   workers' comp. work?

14         A.    It's Fine, Olin & Andermin.

15         Q.    Do you know the individual that you

16   were working with?

17         A.    No.

18         Q.    Have you worked with a particular

19   individual?

20         A.    I was.  But the last time I went it was

21   someone else, so.

22         Q.    Male or female?

23         A.    Male the second time.

24         Q.    Female the first time?

25         A.    Yeah.



Page 129

1                    Franklin Buono

2          Q.    I think that will be all of the

3    questions I have.

4                MR. FROMSON:  Any follow up?

5                MS. FAPPIANO:  I just have a few, and

6          it's just what we went over a little bit on

7          a couple of other things.

8    FURTHER EXAMINATION BY

9    MS. FAPPIANO:

10         Q.    I think you mentioned during counsel's

11   questionings that your dad is working; is that

12   right?

13         A.    What?

14         Q.    I may have misunderstood that.  Is your

15   a father still employed?

16         A.    Yes.

17         Q.    Does he have a different business than

18   what he had before?

19         A.    No.

20         Q.    He's working for somebody else?

21         A.    Yeah.

22         Q.    Now, when you worked at Oprandy's, did

23   you get paid by check?

24         A.    Yeah.

25         Q.    How often would you get paid, weekly,



Page 130

```
 1                    Franklin Buono
 2    biweekly?
 3          A.    Biweekly, I think.
 4          Q.    And I think you said earlier you worked
 5    nine to five Monday through Friday; is that
 6    correct?
 7          A.    Correct.
 8          Q.    So, is it fair to say you were working
 9    about 40 hours a week?
10          A.    Yeah.
11          Q.    There was a packet of stuff that was
12    put before you, I don't have the bates numbers, but
13    it's probably towards the back.  There is an
14    employee check record.  Do you see that?
15          A.    Yeah.
16          Q.    Do you see that under the -- right
17    under your name there it says 4716 and then it says
18    1/22/2016.  And then under the column that says
19    regular hours, it says 39?
20          A.    Yup.
21          Q.    Do you see all of that?
22          A.    Yup.
23          Q.    To the best of your recollection, is it
24    fair to say that you were paid for 39 hours worth
25    of work on January 22, 2016?
```



Page 131

1                       Franklin Buono

2           A.    I don't remember.  I'm sure.

3           Q.    If you were paid on January 22, 2016,

4     is it fair to say that you began work before

5     January 22?

6           A.    Yeah.

7           Q.    Do you recall whether your start date

8     was January 18, 2016?

9           A.    I don't.

10          Q.    If I understood your responses to

11    counsel earlier, you don't have any independent

12    recollection sitting here today of what your first

13    day of work involved; is that correct?

14          A.    Correct.

15          Q.    You don't remember filling out any

16    paper work?

17          A.    No.

18          Q.    You don't remember if you received

19    anything or if you did not receive anything?

20          A.    Correct.

21          Q.    And you don't remember filling out any

22    types of tax forms?

23          A.    Correct.

24          Q.    You don't remember if you received any

25    specific training that day?



Page 132

1                    Franklin Buono

2          A.   Correct.

3          Q.   You don't remember if you received any

4    type of handbook or not?

5          A.   Correct.

6          Q.   Did you make any search prior to today,

7    after the accident, for copies of any documents

8    that you might have received when you started your

9    employment at Oprandy's?

10         A.   No.

11         Q.   Do you have copies of pay stubs from

12   when you worked at Oprandy's?

13         A.   I don't know.

14         Q.   Do you know if you have a file or any

15   sort of paperwork that you kept somewhere of when

16   you started your employment with Oprandy's?

17         A.   I don't.

18         Q.   You haven't looked for any of that?

19         A.   No.

20         Q.   Counsel asked you a little bit about

21   the statement that you gave to OSHA?

22         A.   Yeah.

23         Q.   As you sit here today, do you have any

24   independent recollection of providing that

25   statement to OSHA?



Page 133

```
 1                    Franklin Buono

 2        A.   Very little.

 3        Q.   As you sit here today, do you have any

 4   independent recollection of the conversation

 5   specifically that took place between you and

 6   Mr. Scott before you went into the back room?

 7        A.   Repeat that from the beginning.

 8             MS. FAPPIANO:  Would you read it back.

 9             (The record was read by the Reporter.)

10        A.   I just remember him asking me to fill

11   the tank.

12        Q.   And as you responded to counsel

13   earlier, you were a shop worker in training at that

14   time; is that right?

15        A.   Yeah.  That wasn't what they called it

16   but.

17        Q.   But you were still in the process --

18        A.   Yes.

19        Q.   -- of training; is that fair to say?

20        A.   Yeah.

21        Q.   And were there times, other than this

22   day, that you might have been asked to do something

23   that you did not yet know how to do because you

24   were learning how to do those things?

25        A.   Not that I can recall.
```



Page 134

1                    Franklin Buono

2          Q.   You asked Chris to show you how to fill

3     the tank; is that correct?

4          A.   Correct.

5          Q.   And you physically did not fill the

6     tank that day; is that right?

7          A.   Correct.

8          Q.   Because you did not know how to;

9     correct?

10         A.   Correct.

11         Q.   And because you had not yet been

12    trained to do it; is that right?

13         A.   Correct.

14         Q.   How long had Chris been working there,

15    if you know?

16         A.   I do not know.

17         Q.   Did you have any reason to believe that

18    he did not know how to fill the tank?

19         A.   Correct.  I thought he knew.

20         Q.   That's why you asked him do it; is that

21    right?

22         A.   Correct.

23         Q.   You said in response to a question

24    earlier about why this may have happened, you said

25    you just knew that it was preventable.  Can you



Page 135

1                    Franklin Buono

2   tell me what you mean by that?

3        A.   Like there could have been a cage or

4   something like that to prevent the shrapnel from

5   going all over the place.

6        Q.   Anything else?

7        A.   Not that I can think of.

8        Q.   You also talked a little bit about this

9   information in your statement, in which Chris had

10  thought that one tank was empty so then he went to

11  the other tank.  Do you recall that series of --

12       A.   I don't.

13       Q.   -- questioning?

14            If you need to look at the statements

15  to refresh your recollection.  I thought it was the

16  top of that page in the first paragraph.  It says

17  something about -- that's the right one, yes.  It

18  says something about Chris tried one tank and

19  thought it was empty?

20       A.   I -- this is -- I really don't

21  remember.  This is what --

22       Q.   So, in reading that statement, does it

23  refresh your recollection in any way as to whether

24  you had any conversations with Chris as you were

25  filling the tank?



1                    Franklin Buono

2          A.   I really don't remember.

3          Q.   So, as you sit here today you don't

4    have any independent recollection of whether there

5    even were conversations between the two of you; is

6    that right?

7          A.   Not that I can remember.

8          Q.   By the way, do you know who typed that

9    statement that you're looking at?

10          A.   I do not -- oh, I think my girlfriend.

11          Q.   Your girlfriend typed that?

12          A.   Oh, wait.  This is the OSHA report?

13          Q.   That's the statement to OSHA.

14          A.   This would have been OSHA then.  Oh,

15    no -- I think my lawyer might have.  The lawyer or

16    the -- because I was on the phone with OSHA.  So,

17    it was either the lawyer or the OSHA, that's

18    OSHA's.

19          Q.   So, just to clarify that a little bit,

20    you spoke to OSHA via phone to provide the

21    information --

22          A.   Correct.

23          Q.   -- is that right?

24          A.   Correct.

25          Q.   Was somebody with you when you were



Page 137

1                    Franklin Buono

2    providing that information to OSHA over the phone?

3           A.   I don't remember.

4           Q.   And did that take place in one phone

5    call or multiple phone calls?

6           A.   One phone call, I believe.

7           Q.   And after the phone call occurred, did

8    you then receive a typed statement?

9           A.   Correct.  I believe that's how.

10          Q.   Do you remember who gave you that typed

11   statement?

12          A.   I believe I got it in the mail.

13          Q.   And did you sign it?

14          A.   Yes.

15          Q.   Is your signature on there that is

16   yours?

17          A.   Yes.

18          Q.   Is it also indicates underneath of it

19   that there was a witness; is that right?

20          A.   Correct.

21          Q.   Who was the witness?

22          A.   Emily.

23          Q.   Did you read that statement before you

24   signed it?

25          A.   Yes.  I believe so.



Page 138

1                    Franklin Buono

2          Q.    Did Emily read that statement before

3     she signed as a witness?

4          A.    I don't know.  You would have to -- I'm

5     sure she did.

6          Q.    Just what you observed?

7          A.    Yeah.  No.  She did because she did all

8     of the corrections.

9          Q.    Counsel asked you a little bit about

10    some information contained in a notebook.  Do you

11    recall that?

12         A.    Yeah.

13         Q.    Are you aware that Ms. Scott kept a

14    notebook?

15         A.    No.

16         Q.    Have you ever spoken to her about her

17    keeping of a notebook?

18         A.    No.

19         Q.    Have you ever spoken to her at all

20    since the accident date?

21         A.    No.

22         Q.    You have a cell phone?

23         A.    Yes.

24         Q.    Do you have the same cell phone that

25    you had back at the time of the accident?



Page 139

1                         Franklin Buono

2          A.   No.

3          Q.   Do you have copies of any text messages

4    that you kept in the timeframe following the

5    accident date?

6          A.   I doubt it.  It would be on a different

7    phone.

8          Q.   It was a different phone all together.

9    Do you still have that phone?

10         A.   No.

11         Q.   To be clear, the only conversation that

12   you remember having with Chris following the

13   accident was the one in which you wished each other

14   better; is that correct?

15         A.   Correct.

16         Q.   Do you know if your girlfriend had

17   conversations with Chris following the accident?

18         A.   I don't.  But I doubt it.

19         Q.   Other than -- I'm just going to put a

20   brief statement on the record which is, I would ask

21   that if you could, please, search to see if you do

22   you have any copies of documents that you might

23   have in your possession, if that hasn't been done

24   already --

25         A.   Okay.



Page 140

1                    Franklin Buono

2          Q.   -- regarding your employment there, the

3     pay stubs we discussed.  And if you do have that

4     phone with the text messages on it, those would be

5     my questions.  There were also a couple of

6     different medical providers identified, which I

7     will send a more formal demand to your counsel for

8     those.

9          A.   Okay.

10         Q.   Thank you very much.

11              MR. FROMSON:  We are done.

12              (Time noted:  12:44 p.m.)

13                    *    *    *    *

14

15

16

17

18

19

20

21

22

23

24

25



Page 141

1                       Franklin Buono

2      STATE OF NEW YORK)

3      COUNTY OF        )

4

5          I have read the transcript taken at the time

6      and place noted on the title page, and I

7      acknowledge it to be true and correct.  Any and all

8      corrections will be put on the errata sheet

9      included at the end of the transcript.

10

11                    _____

12                          FRANKLIN BUONO

13

14     Sworn or affirmed to before me this

15     _____ day of _____

16     20__.

17     _____

18         Notary Public

19

20

21

22

23

24

25



```
                                                    Page 142
 1                        Franklin Buono
 2                    INDEX TO TESTIMONY
 3
 4     WITNESS            EXAMINATION BY          PAGE
 5     Franklin Buono Ms. Fappiano               4, 129
 6                       Ms. Baltzell            94
 7
 8                          * * * * *
 9                      E X H I B I T S
10     Defendants'           Description            Page
11         1                 Employment file        98
12
13                          * * * * *
14
15                    INFORMATION TO BE SUPPLIED
16     Page  Line Description
17      17    22  Name of place where physical therapy was
18               done
19
       139    20  Any documentation in possession of the
20               plaintiff regarding his employment
21     140     3  Phone with the text messages
22
23
24
25
```



Page 143

1              Franklin Buono

2

3          C E R T I F I C A T I O N

4

5

6

7          I, Debra Boggs, a Stenotype Reporter

8          and Notary Public within and for the State

9          of New York, hereby certify:

10

11         That the witness whose examination is

12         hereinbefore set forth was duly sworn or

13         affirmed by a Notary Public and that the

14         transcript of said examination is a true

15         record of the testimony given by said

16         witness; and

17

18         That I am not related to any of the

19         parties to this action by blood or

20         marriage, and I am in no way interested in

21         the outcome of this matter.

22

23         _____

24                   Debra Boggs

25



**A**

**ability** 8:23,25 80:10
**able** 54:22 56:15 65:3,23 66:2 67:11 74:12,16 75:23 76:4,6,10 78:7 87:16 89:15 91:9 112:12
**Access** 11:6
**accident** 25:13 27:13,22 28:9,12 29:5,13,16 30:23 33:19 35:8 42:8 47:20 59:13,18,25 61:10 62:25 65:9 78:6 79:6,9,14,25 80:2,17,25 81:14 81:17 84:20 85:4 89:25 90:3 91:3,6 91:20 92:8,13 103:12 118:24 122:12,12 132:7 138:20,25 139:5 139:13,17
**accurate** 112:10,16 118:8
**accustomed** 39:14 40:4
**acid** 9:5 78:20
**acknowledge** 141:7
**acknowledgment** 106:23
**action** 4:19 143:19
**adapted** 77:2
**adapting** 77:5
**adaptive** 77:13 90:19
**additional** 37:18 46:24
**address** 4:11 5:20 5:21 71:19
**administer** 3:9
**admission** 82:3
**admitted** 48:21

81:24
**adopt** 28:19
**Advantage** 17:16
**adverse** 58:5,7
**affect** 8:22,25 86:3
**affirmed** 141:14 143:13
**agency** 54:16
**agent** 124:19,23
**ago** 4:23 9:23 14:18 15:19,19 17:10,11 17:12 18:10 86:23 87:8 91:24,25 118:17
**agree** 84:9 102:21 103:6 122:21 123:20
**agreed** 3:4,13,17 102:3
**ahead** 33:17 48:12 101:11 104:4 114:17 115:19
**aide** 67:22
**air** 1:6,7 28:23,24 32:4 37:3,10 39:6 103:5 104:12,15 105:8 113:23 115:24 117:3,4 124:9,9,19,22,25 125:9
**alcohol** 10:12
**Allen** 23:15 26:4
**ambulance** 21:13 46:9,11,12,22 47:8,9,16 60:23
**ambulating** 63:22
**ambulette** 60:23
**amount** 40:8,10 74:12
**amputation** 15:7 61:8
**Andermin** 128:14
**answer** 5:14 20:18 34:11 37:2 95:3,3 101:11 108:14,17 110:5,14 114:17

114:25
**answered** 101:9 104:3 107:25 110:17 114:14 115:10,19 123:18
**answers** 102:2,3,9
**anticipate** 95:17
**anticipating** 6:25
**antidepressant** 83:11
**antidepressants** 84:21
**anxiety** 80:5 85:24 86:8,9
**anymore** 121:6,20
**anyway** 98:8
**apart** 26:10,14 90:3 108:9 124:16
**apartment** 6:20,21
**apologize** 25:18 29:22
**appeared** 10:21
**appears** 99:24
**application** 12:24 24:4,10
**applied** 10:22 11:3 11:6,23 12:2,21 12:22 24:2
**appointment** 15:20 86:24
**appointments** 60:22 67:4
**April** 25:15 113:4
**area** 71:2
**argue** 41:22
**arm** 50:24
**arrive** 29:19 44:25 45:11
**arrived** 30:4,22 44:17,20
**asked** 18:24 32:3 33:6,8,24 34:8,14 51:17 75:4 94:20 97:14,17 101:9 103:25 104:3,5,6 104:14,17,22,24

104:25 107:24 109:22 110:16 114:7,13,15,16,23 115:10,13,19,20 115:23 123:18 132:20 133:22 134:2,20 138:9
**asking** 4:19 93:15 94:19 121:6 133:10
**Asprinio** 15:14,17 60:12,13 65:17 72:24
**assist** 53:24 54:6
**assistance** 13:6 42:23 54:9 67:17 75:21
**assistive** 8:7
**assuming** 50:13
**attempt** 109:8
**attempted** 91:19
**attendant** 61:20
**attended** 17:23 81:17
**attorney** 93:7 106:7 106:14 128:12
**attorneys** 2:4,9,14 3:5 51:24 52:4,4,6 52:14,15
**August** 15:24 64:16 69:21
**authenticated** 122:6
**authorized** 3:9
**AUTO** 1:6,7
**automatic** 76:24
**available** 113:16
**aware** 92:17 98:24 111:4,8,12 138:13
**a.m** 1:16

**B**

**B** 2:7 4:2 109:8 142:9
**back** 20:17 32:8,19 35:4 53:10 55:18

55:19,24 73:18,19 76:23 94:10 95:3 103:17,18 104:7,8 104:18,21 105:17 105:19 106:16 113:24 114:15 125:12,19 126:18 130:13 133:6,8 138:25
**backed** 44:21
**backing** 69:2
**BACON** 2:9
**balance** 77:6
**Baltzell** 2:12 94:13 94:16 97:21 98:4 99:20 112:22 113:2 114:10 142:6
**band** 53:16,17
**bands** 68:16
**BARBER** 2:14
**bars** 57:10
**basement** 7:17
**basically** 26:20 55:13 63:16 73:6 77:5
**basis** 7:25 14:3 87:22 90:3
**bates** 99:4 130:12
**bath** 57:12
**bathe** 75:23
**bathroom** 54:8,25 56:17 78:20
**Baxter's** 9:13 58:14 83:18,20
**Bear** 114:9
**bed** 46:5 56:5,24
**bedroom** 7:20
**began** 25:4,9,20 26:7 27:11 36:14 41:3 60:17 64:5 64:10 131:4
**beginning** 69:7 133:7
**believe** 8:24 9:3 11:18 19:10 21:5



30:21 31:7,9
41:18,19 58:16
62:3,5 69:5 70:4,7
71:14 74:22 84:6
84:11 86:15 92:4
95:9 101:25
111:18 114:21
115:3 117:22
134:17 137:6,9,12
137:25
**belt** 44:6,7
**bend** 53:11 63:19
**benefits** 12:12 13:4
19:20 127:20
**best** 4:24 95:7
102:9 112:10
130:23
**better** 45:10 87:9
87:11 113:7 120:3
120:4 122:14,15
139:14
**bike** 90:5,14,19
**bikes** 90:21
**bit** 7:3 18:24 19:3
49:2 51:5 56:12
67:12 69:2 71:9
74:11 80:11 86:20
117:9 123:7
124:16 129:6
132:20 135:8
136:19 138:9
**biweekly** 130:2,3
**black** 70:25 71:6
73:9
**blade** 90:9
**blast** 119:15
**blisters** 64:23 69:10
69:11 72:2 91:23
**blocked** 121:19
**blocking** 120:20
**blood** 43:24 44:3
50:8 57:22 58:17
143:19
**Blue** 12:17,17
**Boggs** 4:4 143:7,24
**bone** 15:2,5,15

71:23 72:6 73:12
73:19
**book** 105:19
**books** 88:17
**boots** 30:11
**bottom** 69:12 99:5
105:12 106:14
108:21 109:7,11
113:17,19
**bought** 77:4
**Boulevard** 2:10
**Bow** 88:6
**bowel** 78:15
**bowling** 90:6 91:16
**Box** 2:5
**braking** 77:6
**break** 5:9,11,14
46:17 94:7,11
**breath** 86:10
**Brian** 23:21,22
24:9 30:5,25 31:5
32:3,18 33:3 43:7
92:12 99:25 104:5
104:7 114:19
115:20,22 122:25
123:11,21
**Brian's** 31:4
**brief** 139:20
**briefly** 65:10 78:12
89:24
**brings** 55:14
**Broadway** 2:15
**brother** 42:2
**brought** 33:25 73:5
113:24
**browse** 98:13
**browsing** 99:16
**building** 11:19
**built** 11:21
**bullet** 100:8 102:17
**Buono** 1:3,17 4:1,9
4:16 5:1 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1

21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1,2,3,4
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1 129:1 130:1
131:1 132:1 133:1
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1,12
142:1,5 143:1
**business** 19:23
129:17
**button** 50:18,21
**B's** 109:9

**C**

**C** 2:1 143:3,3
**cage** 37:15 135:3
**call** 42:18 47:2
122:10 137:5,6,7
**called** 19:12 33:12
43:13 46:5 50:18
55:15 99:4 107:5
133:15
**calling** 121:16
**calls** 47:7 120:16
122:18 137:5
**camped** 90:25
**canister** 124:23
**cans** 26:21,22
**car** 77:8,11,13
96:11
**care** 4:20 14:2
46:24 52:10,23
61:21,24 76:18
83:3
**carrot** 99:7
**carry** 76:10,12
**cars** 21:23
**case** 97:15 98:7
119:5 121:10
127:8
**catch** 124:23
**category** 58:18
**causing** 57:24 58:6
58:9
**cell** 47:5 138:22,24
**Center** 16:19
**certain** 5:3
**certainly** 5:6,12
34:13
**certify** 143:9
**chair** 8:5 56:7
57:14
**change** 34:5 64:18
74:21 75:22 93:24
**changed** 18:18
60:25 61:4
**changes** 20:16
**charge** 13:24

**check** 129:23
130:14
**checking** 29:8
**chemicals** 28:24
**chihuahuas** 89:10
**chill** 51:22
**Chris** 25:25 26:2,8
27:4,7,13 29:13
31:2,3,10 32:12
32:22,25 33:8,24
34:8,14 35:10,13
35:19 36:8,14,20
37:24 38:3,6,14
39:5 40:23 41:3
41:22 42:11 47:15
92:17 104:23,24
108:8,10 113:23
115:13 116:4,10
116:24 117:3,13
117:18,25 118:14
119:7 120:2,6,20
120:23 121:3,6,16
121:18 122:11,21
122:25 123:10
124:5 134:2,14
135:9,18,24
139:12,17
**Chris's** 26:12 118:4
**City** 2:11
**claim** 128:4,8
**claiming** 85:9
**clarification** 6:6,16
42:10
**clarify** 136:19
**classes** 126:5,24
**clean** 49:23 76:6
**cleaned** 19:24
**cleaning** 24:15 54:8
67:20
**clear** 5:17,18 15:4
115:21 139:11
**clock** 30:7
**close** 119:22
**closed** 21:4
**cold** 38:21,23
**collect** 19:19



**column** 130:18
**come** 43:4,6 53:3,5
 55:7 58:14 65:3
 65:25 68:2,3
 74:15 94:10
**coming** 16:15 72:13
 93:6 94:2 95:9
 101:23 119:7
**comments** 95:23
**commit** 81:21
 82:14
**communication**
 107:6,11 111:2,5
**communications**
 110:20
**comp** 12:9 127:24
 128:4,13
**company** 13:19
 20:9,11 33:12
**compare** 87:7
**compensation** 52:3
**complete** 105:3,6
**completely** 82:16
**complications** 62:8
**compressed** 28:18
 28:22 32:4 35:16
 36:2,14 38:7,15
 104:12,15 105:8
 115:24
**compressing** 23:9
**compressor** 28:17
 32:21 33:7,24
 34:15
**compressors** 23:5
 28:7,13
**computer** 11:11,24
 87:16,18,20 126:3
 126:22,24
**computers** 11:19
 126:21,21
**concentrate** 9:2
 80:10
**concern** 37:23
**conducted** 111:12
**confused** 115:11
**conscious** 47:12

**consciousness**
 43:19
**consistent** 117:20
**contained** 138:10
**continue** 67:17,21
 67:25
**continued** 97:9
**continues** 116:3
**continuing** 97:21
**control** 44:3
**conversation** 32:5
 32:11,14 34:17
 36:13,19 133:4
 139:11
**conversations**
 31:22 38:14 47:19
 47:25 48:8 51:24
 52:7,14 120:2,6
 135:24 136:5
 139:17
**cook** 76:4
**cooking** 54:8 67:20
**copies** 132:7,11
 139:3,22
**copy** 97:17 98:17
 98:20 99:18
 112:18 113:7
 114:10,12
**corner** 99:6 105:12
 113:19
**correct** 10:7,8
 11:17 12:19 13:5
 13:13 15:6,8 19:4
 19:6 20:6,19,20
 20:22,23 21:3,4
 21:12 22:11,12
 25:14,15,22 28:17
 29:14,15 31:17
 32:23,24 33:2
 34:15,16 35:23,24
 38:4 39:25 40:2
 40:21 46:15,16
 47:15,17,18 48:16
 48:17,22,23 49:4
 49:15,16 50:14,15
 52:19,20 58:22,23

 58:25 61:18,19
 62:12,13 63:22
 65:12,13,15 68:9
 68:10 69:4 70:6
 70:16 71:3,4,8,17
 71:20,22 73:22
 75:8 81:21 85:10
 85:11 86:16,17
 90:12,13,17 99:15
 101:20,22 102:5,6
 102:13,23 103:9
 103:14,23 105:4,9
 112:16 115:6,6,7
 118:21,22 119:14
 119:16,18,20,24
 123:25 124:4,8
 127:20,21 130:6,7
 131:13,14,20,23
 132:2,5 134:3,4,7
 134:9,10,13,19,22
 136:22,24 137:9
 137:20 139:14,15
 141:7
**corrections** 3:18
 138:8 141:8
**correctly** 19:16
 95:8 127:18
**correspondence**
 126:2,6,24
**counsel** 94:17
 101:10 131:11
 132:20 133:12
 138:9 140:7
**counsellors** 100:2
**counsel's** 129:10
**counter** 9:9
**counting** 71:11
**COUNTY** 141:3
**couple** 9:20 54:13
 56:6,8 70:25
 78:11 95:22
 126:16 129:7
 140:5
**course** 51:11
**courses** 10:25 11:4
 11:24

**court** 1:1,2,18 3:11
 3:21 4:7,10 7:3
 82:12,15,17
**covered** 73:5
**creating** 71:25
**Cross** 12:17
**crutches** 56:19 66:2
 66:4,6,17,18,23
 67:13 68:21 91:7
**cup** 73:4
**current** 12:8
**currently** 7:24 8:9
 13:25 127:19
**customer** 33:15
**customers** 32:13
 33:17,18
**CVS** 9:13,14

——————————

**D**

**dad** 51:15 96:15
 129:11
**daily** 7:25
**date** 15:9,23 27:12
 29:13,16 59:18
 84:20 109:12,16
 131:7 138:20
 139:5
**day** 1:19 9:7,23
 10:17,18 25:6
 28:2 29:20 30:4
 30:24 58:4 67:6
 75:13 76:20 87:16
 89:18,19,21 96:10
 107:18,21 108:4,6
 118:24 131:13,25
 133:22 134:6
 141:15
**days** 27:21 48:24
 67:13 70:25 76:21
 82:4,13,18
**dead** 73:3
**death** 92:21
**Debra** 4:4 143:7,24
**decide** 126:18
**decided** 90:20
**decision** 84:10

**decline** 53:2
**Defendant** 1:14 2:9
 2:14
**Defendants** 1:9
 98:9,12 113:9
 121:11 142:10
**Defendant's** 113:5
**defense** 101:10
**demand** 140:7
**demanding** 121:17
**department** 119:9
**deposed** 4:23 5:24
 12:5 14:12 16:3
 16:21,24 17:4,24
 18:3,6,15,23 87:9
 92:24 127:8
**deposition** 3:7,7
 10:22 38:3 93:18
 101:11,19,21
 112:3,6 113:3,10
 127:6
**depression** 8:15
 79:19 80:16,24
 81:14 84:7,22
**describe** 28:20
 49:22 72:25 73:16
 78:18 85:21 86:9
 97:3 100:14
 101:13 117:9
**described** 38:3 87:7
 116:6
**describing** 72:9
**description** 100:11
 100:14 142:10,16
**design** 74:3
**desk** 41:21
**determine** 124:9
**device** 18:14
**devices** 8:7
**dietary** 79:16
**difference** 28:16,21
**different** 21:7
 53:12,25 55:17
 65:2 87:10 118:19
 123:8 129:17
 139:6,8 140:6



difficult 39:3
difficulty 46:20
  80:7,9,12
dinner 89:4
direct 52:10
directed 31:25
directing 36:16
disabled 13:20
disagree 103:12,15
  122:21,23
discharged 52:18
Discomfort 78:22
discussed 69:13
  74:20 140:3
discussion 38:12
  68:6 100:19
  110:24
distance 96:16
DISTRICT 1:1,2
doctor 10:3 15:15
  16:8,9 18:6 56:14
  58:2 60:9 62:14
  84:4,9,13,16,17
doctors 14:3,9,11
  15:12 16:3 52:7
  52:21 60:14,17
  61:25 67:4 69:14
  81:8 82:25
doctor's 87:2
document 98:14
  99:4,6 105:16
  106:5,8,11,17
  107:9 113:11
documentation
  142:19
documents 94:4
  97:13,15 108:11
  109:25 127:10,11
  127:16 132:7
  139:22
dogs 89:6,8,15
doing 26:17 31:5
  36:17 59:5 67:6
  68:15 70:18
  121:18
dollars 22:19 24:22

Donuts 19:8 20:22
  21:7
doorway 43:6,9,17
doubt 32:15 38:22
  41:25 139:6,18
downstairs 7:17
Dr 14:7,9,12,15,17
  14:20 15:11,14,17
  16:2,2 60:9,12
  65:17 86:16 87:4
drain 55:16,18,19
  55:25
drink 5:11 10:12
drip 50:19
drive 77:8,11,19,25
  96:7,9,13
driver 21:13 38:4
driving 88:25 96:17
drove 46:12
drugs 9:17 10:9
duly 4:3 143:12
Dunkin 19:8 20:22
  21:7
dust 124:24
duties 26:6,13 32:2
  39:9
d/b/a 1:7

E

E 2:1,1,12 142:9
  143:3
ear 125:8
earlier 4:22 64:25
  70:13 101:18
  114:14 130:4
  131:11 133:13
  134:24
early 15:25 65:19
earned 20:3,24
ears 48:6 119:15,21
easier 19:3 56:12
ecstatic 51:21
effect 3:10,20
efficiently 29:25
efforts 4:24
either 10:10 38:25

46:22 48:2 52:6
  61:24 81:13
  104:20 124:19
  127:10 136:17
elementary 72:8
Elisha 6:15 13:23
emergency 48:15
  49:5
Emily 6:3,4,17
  96:22 97:4,11
  137:22 138:2
Emily's 13:12
employed 111:6,10
  129:15
employee 92:9
  105:18 106:18,19
  106:22 110:13
  111:9 130:14
employees 30:24
  107:14
employment 18:24
  19:5 21:7,10 25:7
  27:19 97:17 98:10
  98:15,17,21,24
  106:20,24 107:10
  107:16 109:24
  132:9,16 140:2
  142:11,20
employment-type
  109:25
empty 117:19
  118:14 135:10,19
emptying 117:24
EMT 44:11
EMTs 44:25
ends 99:10 105:11
  106:17 107:2
engage 88:13
enter 7:11 43:17
entered 35:11
  37:19
entire 47:12
entitled 106:18
  107:10
equipment 4:18
  7:25 22:9 23:7

30:19 36:2 37:19
  55:11 57:5,17
  65:2
equipped 29:7
errata 141:8
ESQ 2:7,12,17
estimate 27:25
events 121:22
eventually 46:14
exactly 30:3 32:18
  116:10,17
examination 1:17
  3:18 4:14 94:12
  129:8 142:4
  143:11,14
examined 4:5
example 42:21
excuse 44:17
  106:16
exercise 70:18
  87:23,25
exercises 53:13,15
  53:17 55:4 68:17
exhibit 98:9,13
  112:19 113:3,4,5
  113:6,9 121:11
explained 117:10
explaining 36:17
exploded 103:5,8
explosion 42:12,19
  43:3 48:5
express 37:23 39:5
  70:8
extent 104:3 114:13
  115:3,5,10
extinguisher 26:11
  26:14 28:17,22
  39:15 40:5,11,21
extinguishers 23:3
  24:16 26:25 27:23
  29:14 30:6 35:5
  37:13 39:8,23
  103:19 108:9
  124:5,7
extinguishing 23:9

F

F 4:2 19:12,12
  21:25,25 109:10
  143:3
Face 86:10
facility 16:10 52:23
fact 37:7,24
fair 25:20 65:23
  71:18 86:5 110:12
  130:8,24 131:4
  133:19
false 121:21
familiar 100:6
family 51:9,12,13
  52:16 92:23 93:4
fancy 90:21
Fappiano 2:17 4:15
  4:17 59:16 87:4
  94:6 97:25 98:5
  99:18,22 108:15
  110:6,16,21
  112:20,24 113:5
  116:19 122:2,6,9
  129:5,9 133:8
  142:5
far 36:7 71:10,15
  75:17
father 12:15 19:5
  20:18,21 129:15
father's 19:23 20:8
  20:11
February 25:13
  30:16 122:25
  123:10
feel 5:12 43:22
  45:25 46:17 98:13
  104:15 115:15,16
felt 84:3 114:21
  115:11 117:23
  118:3
female 53:7 128:22
  128:24
fiance 6:9
file 97:18 98:10,15
  98:17,21,25



132:14 142:11
**filed** 12:24
**filing** 3:6
**fill** 24:3 32:3 33:7
33:24 34:14 36:14
39:10 42:11 104:5
104:6,12,14 105:8
108:8 113:23,24
114:4,7,23 115:5
115:8,12,13,15,23
124:9 133:10
134:2,5,18
**filled** 17:20 28:23
28:23,25 35:4
**filling** 32:21 35:16
35:22 36:2,8
38:14 40:4,23
41:4 42:22 103:5
103:7,11,21 104:8
117:19 124:7,18
131:15,21 135:25
**final** 128:3,7
**financial** 12:8
**find** 23:16 99:19
**fine** 72:10 128:14
**finish** 109:14
**finished** 31:16,23
**Finkelstein** 1:18
2:3
**fire** 1:8,10,13 2:10
2:15 4:18 23:2,5,8
24:16 26:11,14,24
27:23 28:21 29:14
30:6 35:5 37:13
39:15,23 40:5,21
94:17 103:18
108:9 119:9 124:5
**firefighter** 44:15,16
**firemen** 44:12 48:3
**firm** 100:6
**first** 4:3 5:24 7:18
7:20 25:6 35:11
35:13 38:3 44:14
46:11 48:15 53:21
54:3 56:13 58:11
58:14 59:7 60:24

62:22 63:16 64:14
64:16 69:3,21
70:2,11,12 72:6
72:16 98:15
105:17 107:18,21
108:4,6 109:16
119:7 125:15
127:14 128:24
131:12 135:16
**five** 24:18 42:16
82:4,13 97:2
130:5
**five-day** 83:24
**fixator** 63:17 65:8
65:11 66:4 67:9
67:11,22 68:2,4,9
72:20
**flap** 49:24 50:2
73:18
**flashbacks** 85:23
85:25 86:3
**Flex** 88:6
**floor** 2:15 7:18,20
**flowing** 39:6 125:9
**fluids** 55:14
**focus** 9:2 48:13
56:11,14 67:10
80:10
**focussing** 54:4
**folded** 73:3
**follow** 12:25 56:14
60:19 94:22 129:4
**following** 81:23
139:4,12,17
**follows** 4:6
**follow-up** 60:24
**Fonseca** 6:4
**food** 96:14
**foot** 36:9
**force** 3:10,20
125:12,19 126:19
**forget** 55:15
**forgive** 38:2
**forgot** 13:22 55:18
**forgotten** 116:15
**form** 3:14 31:20

34:10 36:25 41:6
41:24 59:15
100:22 101:9
108:13 110:4
114:12,24 115:9
116:19 118:25
122:5,8 123:17
**formal** 140:7
**formed** 118:23
**forms** 109:25
131:22
**forth** 143:12
**forward** 73:5
**found** 52:15
**four** 49:24 125:17
**Foust** 23:15 26:2,4
**frame** 56:16 57:12
57:18 59:15 61:23
67:16 71:9
**Frank** 103:4
121:15,16
**Franklin** 1:3,17 4:1
4:9 5:1 6:1 7:1 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1

79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
141:12 142:1,5
143:1
**free** 5:12 46:17
98:13
**frequently** 96:9
**Friday** 28:4 130:5
**friends** 90:6
**friend's** 96:20
**FROMSON** 2:7
31:20 34:10 36:25
41:5,24 59:14
68:5 87:2,5 97:23
98:3,6 100:4,21
101:8,16 104:2
107:24 108:13,17
109:14 110:3,18
110:22 114:8,11
114:24 115:9,18
118:25 122:5,8
123:17 129:4
140:11
**front** 7:11 41:21,22
48:10 76:23 116:4
**fully** 53:11 95:2
**full-bore** 119:10

**functions** 24:11
**funeral** 93:2
**further** 3:13,17
73:8 102:14 129:8
**future** 95:17 96:5
**F's** 109:6

---
**G**

**Gabapentin** 57:23
**games** 44:10 67:15
76:24 87:15,21
**gap** 63:9
**gaps** 19:16,19
**gauge** 36:10,20
37:7,10,24 38:13
40:13,18
**gauges** 29:7,11
**gay** 8:19
**general** 16:9
**generally** 12:7
15:24 19:22 78:18
79:24 90:7 97:3
**GERRSTMAN**
2:14
**getting** 12:10 29:24
64:23 70:5 72:12
77:8 110:15
125:12,19
**girlfriend** 6:7,10
13:17 51:11,12
67:19 89:2,16
93:10 96:8 136:10
136:11 139:16
**girlfriend's** 13:21
53:20
**give** 83:2,5 87:13
95:3 111:16
**given** 28:2 50:13,16
100:17 102:4
119:4 126:19
143:15
**glove** 30:19
**go** 4:24 7:21,22
10:5 20:17 33:17
33:22 34:25 35:3
35:15 42:22 47:15



49:6 56:17 63:6
66:18,22 67:13
70:3,20 77:23
82:5,11 86:20
89:2,2,3 90:5,7,14
90:20,24 91:15,22
93:2 94:9 98:7
99:10 101:11
102:14,17 104:3,7
105:10 106:16
114:17 115:8,19
115:23 120:24
125:21
**goal** 125:18
**goals** 126:10,15
**goes** 102:24 103:4
**going** 4:19,24 6:24
7:17 14:24 16:16
29:16 37:4,10
48:12,13 54:7
56:11 61:12 67:2
71:24 75:22 86:21
93:8 94:6,18 95:6
96:14 102:8 106:4
110:3 113:7,15
117:16 124:10
125:23 135:5
139:19
**good** 4:16 84:3 91:8
94:14,15 97:5,5,6
126:16
**Gorachini** 62:15
**Goshen** 4:12 9:15
17:14 20:13
**gotten** 87:13
**grab** 103:18
**grabbed** 116:5,10
116:15,24
**graft** 71:2
**Grand** 2:10
**great** 7:2
**grocery** 76:8
**growing** 15:3 71:23
**guess** 25:25 99:13
105:16 115:2
**guns** 19:24

**gunsmith** 20:2
**Gym** 88:7

**H**

**H** 142:9
**half** 15:19 17:10,11
18:9 73:13 78:6
**hand** 99:6 105:19
**handbook** 106:18
106:19,23 110:13
111:9 132:4
**handbooks** 107:15
108:11
**handed** 98:21
108:11 113:23
114:3,22
**handles** 128:12
**hang** 27:18
**happen** 65:6 86:13
**happened** 29:4
31:19 34:3,9
41:10 42:19 43:3
72:5 92:8 108:3
127:14 134:24
**happening** 41:10
48:9
**harassing** 121:16
122:21
**hard** 7:4 94:18
112:22 113:8
**harder** 94:22
**Hardin** 100:3
**HARDY** 2:9
**Hartford** 127:23
**hats** 30:19
**Hayes** 62:20
**hazard** 107:5,11
110:25 111:5
**hazards** 110:19
**healing** 61:8,18
62:2
**health** 12:14 61:20
61:24 67:22
**hear** 39:3 47:19,25
48:4,8 119:19
**hearing** 39:6

**heater** 38:17,25
**held** 1:18 68:6
**Helen** 62:20
**helicopter** 45:22
46:15,23 47:9,16
**help** 29:24 42:18
61:21 64:2 74:6
74:10
**helped** 53:10 67:19
**helping** 30:5 31:4
55:4
**hereinbefore**
143:12
**hereto** 3:6
**high** 96:14
**Hill** 4:12 5:21
**hired** 100:19
**history** 18:25 78:12
78:13 79:19
**hobbies** 11:19
88:12
**hold** 40:11 82:13
104:2 109:14
114:8 115:18
123:24
**hole** 73:5
**home** 7:12 13:9
52:18 53:3,5 56:4
61:20,24 63:4
64:10 66:20 67:6
67:13,14,17,22
68:2,9,24 81:7
88:8 125:23,25
126:3
**hook** 109:9
**hooked** 55:24 116:6
**hope** 125:20
**horizon** 95:14,19
**hospital** 46:24 47:3
47:13 48:13,14,22
48:24 49:15 50:9
51:2,10,25 52:18
53:22 54:5,24
55:10 56:13,24
57:21 58:22,24
59:2,8 60:3,9,18

61:17 62:9,20
65:12 71:11,12,16
72:13 75:22 82:2
82:25 83:2,10,24
121:4 122:13,17
**hospitalization**
83:3
**hospitalizations**
18:2
**hour** 22:19 24:22
75:16
**hours** 24:17 130:9
130:19,24
**house** 6:21,22,23
7:8 76:15 87:23
88:24 96:20
**household** 5:25
**housing** 13:19
**hurt** 74:16
**hurting** 74:4

**I**

**IBS** 78:13 79:5
**ICU** 49:8
**idea** 122:3
**identification** 98:11
112:24
**identified** 140:6
**identify** 81:7
**immediately** 35:15
119:6,17
**impression** 118:4
**inaccurate** 118:20
**incident** 4:20 16:13
81:20 85:8 100:15
100:18,25 101:15
103:7,22 111:13
111:17,20 119:6
119:11,17 120:2,6
120:10,14,21
121:12 123:21
127:12
**include** 51:11
102:15,21
**included** 141:9
**incorrect** 118:20

**increase** 74:12
**independent** 46:2
131:11 132:24
133:4 136:4
**INDEX** 142:2
**indicates** 137:18
**individual** 103:7
128:15,19
**individuals** 127:8
**industrial** 22:2,9
**INDUSTRIES** 1:8
**infection** 62:4
**information** 17:20
39:9,22 135:9
136:21 137:2
138:10 142:15
**injuries** 16:12
**injury** 43:21 52:4
**inpatient** 51:3
**inquire** 21:6
**inside** 7:16 32:8
**instructed** 114:4
**insurance** 12:14,16
**intent** 114:20
**interested** 143:20
**interview** 24:6,8,11
**interviewed** 24:25
**inventory** 22:11
**investigation**
111:13
**involuntary** 82:8
**involved** 23:7 36:2
73:12 131:13
**in-home** 63:10
**irritable** 78:15
**issue** 70:9 71:5,19
76:13 78:16 79:3
**issues** 61:8,25 62:4
73:8
**items** 22:7,8
**IV** 50:24

**J**

**jacket** 30:15
**January** 25:17,21
27:12 109:20



130:25 131:3,5,8
**Jeans** 30:11
**job** 20:4,22 23:24
  23:25 24:11 26:6
  26:13,24 32:2,22
  39:9 100:11,14
  108:6
**jobs** 12:2,4 19:17
**Joel** 19:10 21:11
**join** 108:15 110:6
  110:18
**journal** 88:21
**July** 1:15,19 65:19
  65:19 86:25
**Justice** 3:11

**K**

**K** 4:2
**Kansas** 2:11
**keep** 84:17 88:21
  106:4 117:2,16
**keeping** 138:17
**KENNETH** 2:7
**kept** 51:17 121:12
  132:15 138:13
  139:4
**Kfromson@lawa...**
  2:7
**kid** 79:7,11,23 80:2
**killed** 61:9 70:22,23
**Kimberly** 41:18
  42:6
**kind** 44:21 49:21
  76:22 82:8 88:5
  99:16 100:17
  102:21 121:17
  123:4 125:25
  128:3,4
**kinds** 58:10 88:23
**Kiryas** 19:10 21:10
**knee** 53:10 63:17
  68:13,16 70:20
**knew** 23:21 116:23
  134:19,25
**know** 4:22 5:7 6:24
  8:16 10:20 11:7

15:22 16:10,16
  23:18,25 24:24
  25:3,9 27:24
  28:16 29:3,10
  33:4,9,12 34:24
  37:4 38:21 41:17
  41:20 42:3,4 44:9
  45:18 46:20 49:19
  52:13 54:15 57:23
  61:16 72:8 75:18
  77:24 79:10,13
  84:19 92:20 93:4
  93:13,14 94:23
  95:14 104:10,23
  106:6 109:12,19
  111:19 113:19
  114:19 115:12
  117:23 118:3
  119:2 121:17
  123:8,9 125:5
  126:16 127:24
  128:7,15 132:13
  132:14 133:23
  134:8,15,16,18
  136:8 138:4
  139:16
**knowledge** 26:12
  27:3 122:3
**knows** 98:2
**Koch** 14:15,17,20
  15:11 16:2 60:9
  72:24
**Kundla** 100:3

**L**

**L** 4:2
**Landlord** 76:18
**lasted** 56:8
**law** 100:2,6
**lawyer** 136:15,15
  136:17
**lawyers** 100:2
**lead** 71:6
**learn** 23:12
**learned** 126:15
**learning** 133:24

**leave** 21:22 22:21
  82:21
**left** 21:3,20 47:20
  71:11,15 83:10
**leg** 15:5 43:22,22
  44:6 55:13,22
  61:9 65:11 70:15
  70:19 125:16,22
**LEGAL** 1:22
**lessor** 13:12
**letter** 99:13,17,23
  99:24
**letterhead** 99:25
**Lexapro** 8:13,14,22
  16:14 85:15,16,18
**license** 77:15,19
**life** 64:18
**lifestyle** 89:25
**Light** 76:11
**Lightly** 76:11
**liking** 21:24 22:22
**limb** 77:24
**line** 113:22 142:16
**lines** 36:22
**listen** 125:8
**litigation** 97:16
**little** 4:23 7:2 18:24
  19:3,6 29:24 49:2
  51:5,8 56:12
  57:23 67:12 69:2
  71:9 74:11 80:11
  86:20 87:11 94:22
  99:5 102:14
  113:17 117:9
  123:7 124:16
  129:6 132:20
  133:2 135:8
  136:19 138:9
**live** 7:8 13:9 53:20
**living** 6:11,18,20
  13:18
**LLP** 1:18
**load** 30:5,12 31:4
**loading** 31:13,16,25
**located** 20:12 21:18
  22:3 36:8 62:17

**locked** 63:18
**long** 31:13 42:11
  44:11 46:12 53:5
  62:24 63:4,18
  75:14,15 79:10
  82:2 83:23 91:24
  96:25 100:20
  116:5 118:17
  134:14
**longest** 96:16
**long-term** 125:18
**look** 39:14 41:3
  94:3 97:13 98:5
  99:20 100:8
  105:23 108:20
  135:14
**looked** 12:4 36:4
  90:18 111:25
  126:5 127:16
  132:18
**looking** 40:4,7,17
  41:8,11,12 79:2
  99:3,23 104:18,21
  105:24 113:18
  116:3 127:5 136:9
**looks** 14:2 99:17
  105:17,25 109:7
**lose** 43:19 77:24
**lot** 74:4 78:20 85:24
  90:6,8 91:23
**LP** 1:8,10 2:10
**LYNN** 2:12
**L.L.C** 2:14
**L.L.P** 2:3,9

**M**

**machine** 39:2 42:19
  88:4,5 102:21
**MAGNA** 1:22
**mail** 137:12
**main** 34:19,20,22
**maintenance** 76:15
**making** 39:2
**male** 53:7,8 55:3
  128:22,23
**man** 33:9

**manager** 13:19,23
**manner** 28:25
**March** 25:11
**marijuana** 9:18,19
  9:22,24,25 59:8
  59:12,20
**mark** 112:19
  121:14
**marked** 98:10
  112:21 113:3,9
  121:10
**marriage** 143:20
**materials** 107:14
**matter** 7:21 97:24
  143:21
**max** 76:14
**McKeon** 100:3
**mean** 47:4 70:24
  84:7 125:25 135:2
**means** 50:16
**meant** 25:15
**med** 58:8
**Medicaid** 12:21
  13:3
**medical** 4:20 7:24
  9:25 10:2 14:2
  16:19 52:10 55:10
  65:2 78:12 95:18
  95:25 96:3 140:6
**medication** 8:10
  50:14,17,22 57:21
  58:13,19 61:4
  79:13 83:10 84:5
  84:10,15 85:12
**medications** 85:5
**meetings** 120:18
**members** 5:25
**memory** 118:11
  127:15
**mention** 70:13
  109:7
**mentioned** 4:22
  55:3 58:17 64:25
  101:18 119:8
  129:10
**mentioning** 57:17



96:4
**mess** 60:11
**message** 119:25
120:24 121:5
122:24 123:5,10
**messaged** 121:3
**messages** 120:14,21
121:7 139:3 140:4
142:21
**met** 42:5
**metal** 116:5
**Middletown** 22:4
81:5 82:6
**mile** 75:18,18
**milligrams** 8:16
**mind** 97:8 104:22
115:22
**minimally** 124:14
125:17
**minute** 68:5 114:9
**minutes** 42:14,15
42:16 96:18,21
114:14 125:23
**missed** 45:19,20
87:2
**Missouri** 2:11
**misunderstood**
129:14
**mixture** 28:24
**mom** 6:3 13:11,12
13:21 51:15 76:17
**moment** 61:13,15
87:13
**Monday** 28:4 130:5
**money** 10:5 12:9
**Monroe** 21:19
**month** 14:18 25:9
64:24 66:25 69:8
90:7,10,15 91:4
91:16
**months** 17:8,9
18:10 53:6 56:6,8
63:5 70:3 72:14
72:14,15,19 85:2
86:20 125:17
126:17

**morning** 4:16,17,20
31:2 33:18 34:3
42:7 94:14,15
**morphine** 45:18
50:19
**mother** 6:11,17
51:17 53:20
**motivating** 80:12
**motorcycle** 76:22
77:2,3,9,20 87:14
88:25 90:21 96:11
**move** 103:19
**moved** 49:2
**movie** 89:3
**movies** 44:10 89:3
**moving** 36:22,23
37:8,11,24 38:13
**multiple** 137:5
**muscle** 55:23

___

**N**

**N** 2:1 4:2,2,2 143:3
**name** 4:8,17 6:14
13:22 16:7,11
17:15 33:9 41:17
81:4 82:7 84:12
87:3 94:16 102:25
107:6 121:18
130:17 142:17
**names** 54:14 81:7
**need** 5:2,10,10,10
5:11,15 7:2 25:18
46:17 50:22 82:15
95:17,20,24 96:4
112:11 123:2
135:14
**needed** 63:19 75:21
104:16
**Nelson** 33:10,12,25
34:2
**nerve** 58:8,9
**never** 12:22 99:13
103:17 122:4
**new** 1:2,19,20 2:6
2:16,16 4:5,13
73:21,23 74:3,7

82:9 95:24 96:2
101:6 141:2 143:9
**Newburgh** 1:19 2:6
**nine** 24:18 29:21
130:5
**noise** 39:2
**non-prescription**
10:10
**Nope** 37:22
**normally** 103:18
**Notary** 1:19 3:19
4:4 141:18 143:8
143:13
**note** 41:5 100:21
101:8,16 122:2
**notebook** 121:10
121:12,14 122:4
138:10,14,17
**noted** 140:12 141:6
**notes** 79:2 94:9
**noticed** 36:22
**NSR.LMS** 1:5
**number** 98:8,9
121:19
**numbering** 97:22
**numbers** 40:12,17
99:4,5,7 113:17
130:12
**nurses** 52:21

___

**O**

**O** 4:2,2 143:3
**oath** 3:9
**object** 110:3
**objecting** 114:12
**objection** 31:20
34:10 36:25 41:5
41:24 59:14
100:21 101:8,16
104:2 107:24
108:13,16 110:7
110:16,18,21,22
114:17,24 115:9
115:18 116:19
118:25 122:2,5,8
123:17

**objections** 3:14
**observe** 26:16
**observed** 138:6
**obtain** 17:21
**obviously** 43:21
48:21
**occupational** 17:23
51:3,7
**occurred** 27:22
30:23 33:19 34:18
35:8 42:12 47:21
92:13 111:13
118:24 119:6
120:21 137:7
**occurring** 121:24
**offer** 52:22
**offered** 57:2
**office** 97:20
**officer** 3:8
**offices** 1:18
**officials** 119:8
**oh** 15:14 31:3 89:19
136:10,12,14
**okay** 5:16 7:6,7 8:3
13:23 28:19 29:17
30:2 39:21 40:9
40:14 46:19,21
48:13,15 61:12
71:24 82:10 94:24
97:19 98:4 105:13
107:5 113:13
139:25 140:9
**old** 92:6
**Olin** 128:14
**once** 8:19 9:7 17:5
39:14 59:23,24
65:22 66:23 69:8
82:18 86:2,14
89:4,6 90:7 91:4
91:16 96:10
122:13
**ones** 71:11
**ongoing** 128:10
**on-the-job** 124:4
**open** 20:14 119:10
**opinions** 118:23

**opportunity** 20:17
112:4
**opposed** 101:3
**Oprandy** 99:7
113:18
**Oprandy's** 1:13
2:15 4:18 23:11
23:20 25:4 27:7
27:12,22 30:23
41:20 47:3 92:9
97:14 98:14,18
99:24,25 101:6,14
105:7 106:6,20,24
107:10,14,14,16
107:19,22 108:7
109:17,20,24
110:25 111:5,8,10
111:14 120:13
124:3 129:22
132:9,12,16
**order** 1:18 63:19
82:15,17 112:12
**organized** 22:7
**OSHA** 111:12,17
111:20,23 112:2
112:10,16 113:12
116:13,22 127:11
127:12 132:21,25
136:12,13,14,16
136:17,20 137:2
**OSHA's** 136:18
**outcome** 143:21
**outpatient** 52:22
**outside** 27:14,18
30:12 54:10 63:7
64:10 88:23
**overbroad** 110:4
**over-the** 9:8
**owner** 113:23

___

**P**

**P** 2:1,1 105:25
109:8
**packet** 105:11
130:11
**page** 105:11,18,18



105:20,24 106:7
107:2,7 108:21,21
113:18 116:2,4
135:16 141:6
142:4,10,16
**pages** 105:10 106:5
**paid** 20:6 129:23,25
130:24 131:3
**pain** 43:22 57:25
58:6,8,9,13
**painkillers** 57:22
58:10,17
**paper** 110:10
131:16
**paperwork** 12:25
132:15
**paragraph** 113:21
113:22 135:16
**paramedics** 44:25
45:11 48:2
**paraphrase** 33:23
**paraphrasing** 38:2
**park** 89:6,20
**part** 94:18 97:15
105:5 117:14
**particular** 109:23
128:18
**parties** 3:6 143:19
**Partners** 1:18 2:3
**passed** 92:17,20
**patients** 5:4
**Patricia** 92:15
**pay** 13:15 132:11
140:3
**peeled** 73:18
**pending** 5:14
**people** 13:20 46:23
54:13
**period** 17:7,9 54:4
54:23 56:15 60:4
60:5 61:18 69:24
100:20
**person** 54:10 61:24
120:9,18
**personal** 126:10
**personally** 118:23

**personnel** 46:22
**perspective** 37:6
43:14
**ph** 62:16
**Pharmacy** 58:15
83:18
**phone** 47:5 120:5
120:16 121:17,19
122:11,17 136:16
136:20 137:2,4,5
137:6,7 138:22,24
139:7,8,9 140:4
142:21
**phrase** 66:15
**physical** 16:22 17:2
51:6,8 55:4 62:7
63:3,7,10,11,15
63:20,25 64:5,9
67:25 68:8,15
70:5,8,12,14 74:6
142:17
**physically** 35:25
134:5
**pick** 28:13
**piece** 116:5
**piles** 97:14
**pilot** 45:22
**place** 17:15 19:12
19:23 32:6,11,14
78:9 103:12,22
111:6,9 125:11
133:5 135:5 137:4
141:6 142:17
**places** 49:12
**plaintiff** 1:4,11,17
2:4 4:3 142:20
**plan** 12:18 60:25
83:3 125:11
126:23
**planned** 95:13
**plans** 14:19
**play** 87:15,21
**playing** 67:15
**please** 4:7 34:12
51:23 105:11
115:6 139:21

**PO** 2:5
**point** 5:5,8 31:16
32:3 36:4 38:7
41:8 43:12 49:8
51:16 62:11 63:6
64:3 65:3,14,25
66:8 74:15,19
88:24 93:24
102:18 116:23
122:11 125:24
**points** 100:9
**Poletto** 100:3
**policeman** 44:12
**Poseidon** 1:6,7
117:4,14,18
**position** 20:25 21:4
21:16,20,22 22:14
22:21 23:11,17
24:2,17 26:7 27:4
63:18 101:7
**positions** 22:25
**possession** 139:23
142:19
**possibility** 71:24
**possible** 47:10
123:13,16
**post** 83:2
**power** 106:7,13
**premises** 32:14
**prescribe** 83:9
**prescribed** 9:8,10
10:3,4 83:16
84:21 85:6,19
**prescribes** 16:14
**prescription** 10:7
10:10
**prescriptions** 9:11
**presence** 114:15
**present** 4:11
**press** 50:21
**pressure** 29:8
39:25 40:8,10,25
74:4
**pressures** 39:11
**pretty** 94:7 109:2
123:14

**prevent** 135:4
**preventable** 119:2
134:25
**previous** 101:10
**previously** 112:20
113:2,9
**prior** 29:13 78:13
101:21 132:6
**Private** 6:23
**probably** 6:25 7:15
15:18 18:9,19
19:11 36:9 38:8
42:15 43:12 49:11
49:18,24 53:6
59:9 60:5 64:23
65:7,19 66:24
69:8 72:3,14,18
73:13 76:14 78:5
79:15 81:15 83:20
83:25 108:8 112:3
125:16,23 130:13
**problem** 25:18
**procedures** 95:13
95:16,25 96:3
**proceed** 17:20
**proceeding** 82:12
**process** 24:10
62:11 95:21
133:17
**Products** 1:8,10
2:10 94:17
**professional** 95:18
**program** 107:6,11
110:20 111:2,5
**programming**
11:24
**programs** 127:3
**pronounce** 102:25
**proof** 89:13
**properly** 42:22
61:8 62:2 66:15
**prosthesis** 95:24
96:2
**prosthetic** 18:12,14
62:12 64:2,7,11
64:14,19 69:3,17

69:19 70:10,11
71:22 72:13,17
73:21,24 74:8,13
74:21 75:10 92:2
92:6
**prosthetics** 18:5
74:21 75:23
**Protonics** 8:13 9:4
78:25
**provide** 19:25
46:23 97:15,17
136:20
**provided** 98:14
104:11 105:7
112:15 121:9
**providers** 140:6
**providing** 104:16
132:24 137:2
**proyonics** 78:23
**psychiatrist** 80:15
81:13 83:6
**psychologist** 80:16
81:13 83:6
**PT** 61:9
**PTSD** 85:9,12,22
87:6
**Public** 1:19 3:19
4:4 141:18 143:8
143:13
**pump** 55:14,16,21
**punch** 30:7
**purpose** 39:17,19
71:22
**purposes** 112:25
**pursuant** 1:17
**put** 17:19 26:10,14
37:18 46:5 50:24
55:13 61:9 70:15
70:19 73:4 124:25
130:12 139:19
141:8
**putting** 74:4 124:22
**p.m** 140:12

---
**Q**
**quality** 64:18



**Quarter** 75:18
**question** 5:13 20:16
   39:18 95:2,4
   98:15 109:15,23
   112:8 114:18
   115:14 134:23
**questioning** 114:11
   135:13
**questionings**
   129:11
**questions** 4:19 5:2
   5:6 6:25 29:17,22
   48:14 94:18 95:7
   102:2,4,8 113:15
   120:12 129:3
   140:5

**R**
**R** 2:1 4:2 143:3
**raised** 57:9
**reaction** 58:5,7
**read** 88:15,17
   89:13 93:17,23
   102:2 111:22
   112:5,22 113:8
   121:23 133:8,9
   137:23 138:2
   141:5
**reading** 110:13
   117:2,25 135:22
**ready** 97:14 126:23
**realize** 94:21
**realized** 42:22
   57:24 58:5
**really** 32:20 38:21
   41:13 64:22 65:10
   66:5 88:14 101:17
   117:15 118:6
   125:22 135:20
   136:2
**reason** 5:9 33:3
   51:20 63:14 69:9
   74:2 91:12 92:21
   98:16 105:5
   112:23 134:17
**recall** 16:25 17:13

18:17 20:3,24
21:15 22:16 24:19
25:6,19 35:13
38:9,17,25 40:25
45:6,15 46:12
48:19 50:6,11
58:10 60:6 62:21
62:24 65:18 69:18
72:11 73:12 75:3
81:12 84:12 96:4
96:17,19 101:5
106:13,19,22
107:9,13 112:4,7
116:23 117:10
119:10 120:20
121:22 122:24
123:9 124:12,15
124:18,21 125:7
127:18 131:7
133:25 135:11
138:11
**receive** 10:6 22:13
   23:2 121:5 131:19
   137:8
**received** 13:3 29:12
   69:3,21 75:3
   124:13 131:18,24
   132:3,8
**receiving** 13:7
   63:15 68:12
   101:14 106:19
   107:9,13 127:19
**recharge** 124:5
**recollection** 25:13
   34:3 46:2 59:10
   101:25 102:10
   108:5 112:11
   115:22 117:21
   122:10 130:23
   131:12 132:24
   133:4 135:15,23
   136:4
**recommendations**
   18:11 83:5
**record** 4:8 15:4
   68:5,7 78:16

121:13 130:14
133:9 139:20
143:15
**records** 17:21 81:6
**recreational** 9:17
   9:24
**redid** 69:17
**refresh** 25:12 34:2
   135:15,23
**refuse** 82:16
**regard** 37:13
**regarding** 110:25
   140:2 142:20
**regular** 14:3 60:9
   60:14 66:11 87:22
   90:3 130:19
**Regularly** 14:10
**regulator** 119:10
**rehabilitation**
   52:23
**related** 26:4,24
   127:25 143:18
**relationship** 23:19
   27:6,9,13,16 97:4
   97:9
**relatives** 51:15
**released** 52:17
   53:21 54:3 55:9
   56:13 57:20 58:11
   58:14 61:17 62:9
   65:12
**releasing** 124:22
**remain** 47:12
**remains** 112:10
**remember** 8:23
   15:23 16:7,11,23
   17:3,14 30:21
   31:12,15,21,24
   32:16,20 35:12,14
   36:6,15 38:5,11
   38:16 39:4,7,12
   41:2,13,15,16
   42:13 43:10,18
   44:18,24 45:13
   46:25 47:24 48:20
   49:7,13 50:3 52:9

52:12 54:14,17
55:8,12 56:9 57:3
57:19 58:12,20
59:6,11 60:20
61:3,6 62:15
64:12,13 66:13
67:24 69:24 73:25
80:20,21 81:4,18
82:6 83:4,8,14,15
83:22 84:18,23
95:8,21,23 100:23
101:4,17 106:21
106:25 107:17,18
107:21 108:10
109:21,23 110:8,9
110:13,15,20,23
110:24 111:11
116:9,11,14,16,17
116:25 117:12,15
118:6,7,16 120:5
120:13 121:23
122:14,18 123:6,7
123:12,14,15,19
124:11 125:5,10
127:13 131:2,15
131:18,21,24
132:3 133:10
135:21 136:2,7
137:3,10 139:12
**remembering**
   119:13
**removed** 46:4
   65:14
**rent** 13:15
**rental** 13:10
**rents** 13:11 76:17
**repaired** 19:24
**repairing** 24:15
**repeat** 34:12
   101:12 116:20
   133:7
**repetitive** 29:23
**rephrase** 5:7
**report** 136:12
**reporter** 4:7,10 6:6
   6:16 7:3 42:10

108:18 133:9
143:7
**represent** 4:18
**request** 5:14 17:19
   121:15
**require** 5:9 67:17
   77:5
**researched** 127:3
**reserved** 3:14
**residence** 4:11
**resolution** 128:4,8
**respect** 101:6
**respective** 3:5
**responded** 44:12
   133:12
**responders** 119:7
**response** 134:23
**responses** 131:10
**rest** 67:5
**restrengthen** 63:16
**restrictions** 79:17
**restroom** 5:11 94:8
**result** 69:16 85:8
**resume** 74:6
**resumed** 63:11
**return** 14:19 43:16
   59:24
**review** 94:9
**reviewed** 101:19
**revise** 71:21
**revised** 61:11
**ridden** 56:5
**ride** 76:24
**riding** 90:5,14
**right** 15:5 16:7
   19:13 21:11 32:25
   38:10 40:16 43:21
   43:22 48:10 49:3
   54:4 60:3,18
   70:15 75:9 78:13
   79:20 81:24 86:12
   91:17 93:16 97:4
   98:12 99:5,14
   102:22 104:18
   105:24 109:3
   113:10 114:23



115:14 119:22
129:12 130:16
133:14 134:6,12
134:21 135:17
136:6,23 137:19
**right-hand** 105:12
113:19
**ringing** 48:6 119:15
119:21
**Road** 4:12 5:21
**roller** 90:9
**Rollerblading** 90:5
**room** 32:7 34:19,20
34:23 35:3,4,11
37:16,19,21 38:17
38:23 39:2 43:4,5
43:17 46:4 47:20
48:15 49:5 103:11
103:21 104:8
113:24 114:16
116:4,18,24 133:6
**rooms** 34:25
**route** 1:18 2:5
46:24
**Rubin** 14:7,9,12
16:2 86:16 87:4

**S**

**S** 2:1 142:9
**Sadness** 80:4
**safety** 1:13 2:15
4:18 30:19 37:15
107:15
**salary** 21:15 22:16
24:19
**Sarah** 2:12 94:16
**saw** 14:16 15:16
29:11 81:12
**saying** 119:11
**says** 100:11,13
102:15,20 103:10
106:6,7 113:18,22
117:3 121:15
122:25 130:17,17
130:18,19 135:16
135:18

**scene** 119:9
**scheduled** 14:22
15:12
**school** 125:21
**schooling** 125:21
**schools** 10:22
**science** 126:22,25
**Scott** 23:22 24:9,24
33:21 92:12,15
99:25 104:7,14
119:5 120:13
121:9 133:6
138:13
**screw** 38:4 123:2
123:11,22
**sealing** 3:6
**search** 132:6
139:21
**searching** 23:8
**seat** 8:5 57:5,8,9
**second** 69:22 73:20
73:24 94:18
102:17 105:20
113:21 114:8
128:23
**security** 51:17
**see** 14:19 18:5
30:24 31:2 33:15
33:18 36:10 40:20
41:12,13,14 42:6
43:4,11,13,15,16
44:23 56:14 60:11
60:18 62:22 66:14
72:5 80:15,19,23
86:18 98:17 99:8
100:3,4 102:15
105:14 107:7
112:11 113:7
116:7 117:2,6
120:9 130:14,16
130:21 139:21
**seeing** 14:2 15:11
83:6 84:4,16,17
86:15,19
**seen** 14:11 16:3
98:20 99:13

111:22 127:7,11
**send** 120:23 121:6
123:5 140:7
**sending** 122:24
**sense** 19:4 95:4,5
128:5
**sent** 99:24 123:10
**sentence** 103:10
116:2 117:3,17
**sentences** 117:11
**sentiment** 123:24
**separate** 49:12
**September** 14:21
15:10,24,25,25
16:16 71:13 95:10
95:12 96:5
**series** 29:17 48:14
135:11
**SERVICES** 1:22
**set** 126:10,15
143:12
**settlement** 128:5
**sewed** 73:19
**shave** 15:2
**shaved** 73:18
**sheet** 141:8
**Shield** 12:17
**shifting** 77:6
**shipping** 13:24
**shirt** 30:11
**SHOCK** 2:9
**shooting** 90:24
**shop** 100:13 101:2
101:3,15 133:13
**shopping** 76:8
**shorter** 72:18
**shortness** 86:10
**shot** 45:18 91:7
**shotgun** 91:7
**shoulder** 99:21
**show** 33:8 34:8,14
112:18 134:2
**showed** 45:2
104:24 125:6
**shower** 8:5 57:12
57:13,14 76:2

**showering** 54:7
**showing** 125:7
**shrapnel** 135:4
**sic** 51:21 78:23
**side** 39:10,23 40:20
40:24
**sign** 82:8 137:13
**signature** 105:19
105:20,23 106:2,3
106:8,10,17
108:19,20,24
109:3 137:15
**signed** 3:8,10,19,20
99:25 137:24
138:3
**significance** 36:24
37:7
**signing** 106:13,22
109:24 110:9
**similar** 99:19
**sister** 51:15
**sit** 38:9 56:6 75:9
75:15 125:22
132:23 133:3
136:3
**site** 15:7 49:23 61:8
**sitting** 112:14
124:12 131:12
**situation** 62:6 70:2
70:14 72:2 74:7
**six** 49:18 70:3
**skin** 61:10 70:21
71:2,5,19,24 72:6
72:7,10,21,23
73:3,4,5,8
**skip** 48:12 94:21
117:16
**sleep** 85:24 86:4,6
**sleeping** 21:23 80:7
**slow** 7:2
**Slynn@shb.com**
2:12
**smoke** 9:18 10:14
59:12,20
**smoked** 9:21
**smoking** 58:21 59:3

59:24
**sociable** 52:22
**social** 27:9,16
**solely** 26:24
**somebody** 129:20
136:25
**someplace** 17:16,18
83:19
**soon** 54:25 65:7
**sorry** 13:22 15:14
25:15,17 39:20
51:7 62:19 75:4
79:2 81:19 101:12
**sort** 8:4,9 10:24
11:23 23:19 28:6
37:15 38:4,6 54:3
57:4 67:22 79:16
81:6 83:2,9
125:20 132:15
**sound** 99:14 123:4
**sounds** 96:22 105:2
**sources** 12:8
**SOUTHERN** 1:2
**speak** 39:3 43:8
47:23 92:23 93:7
93:10 121:19
**speaking** 116:13
**special** 77:15,19
**specialized** 57:4
**specific** 131:25
**specifically** 115:23
133:5
**spend** 76:21
**spoke** 136:20
**spoken** 92:9,12
138:16,19
**stamp** 40:24
**stamped** 39:10,22
106:14
**stand** 75:16
**standing** 36:11
**stared** 44:22
**start** 59:5,8 86:22
94:20 97:25 98:6
99:6 104:8 109:6
109:11 131:7



**started** 39:14 62:11
64:7 66:3,23 68:3
68:8 70:13 79:5
86:21 87:12,14
109:16 110:2
132:8,16
**starts** 109:6 116:4
117:17
**state** 1:20 4:5,7
45:2 48:2 141:2
143:8
**stated** 40:24 122:20
**statement** 102:22
103:6,13,16
111:23 112:2,5,9
112:11 113:11
116:22 118:9
121:14 122:22
123:20 124:8
132:21,25 135:9
135:22 136:9,13
137:8,11,23 138:2
139:20
**statements** 111:16
111:20 112:15
135:14
**STATES** 1:1
**stay** 34:22 48:14
60:25 61:5 83:24
**Stenotype** 143:7
**steps** 7:11,16,22
44:2
**STIPULATED** 3:4
3:13,17
**Stomach** 9:5
**stop** 84:2,10
**stopped** 41:8 84:5
84:15,16
**STORE** 1:7
**STORES** 1:7
**stories** 7:9
**strengthen** 53:10
**strengthening**
68:17
**stretch** 5:10 68:16
**stretcher** 46:7

**stretching** 53:17
**strike** 33:16
**stubs** 132:11 140:3
**stuff** 96:2 130:11
**stump** 69:12
**suggest** 118:8,18
**suggested** 85:19
**suicide** 81:21 82:14
**summer** 18:19,21
64:15 75:6 125:15
**supervisor** 25:23
**SUPPLIED** 142:15
**support** 12:8 51:9
**supposed** 103:11
103:21 115:5,8,12
115:15
**sure** 18:16 59:16
63:5 65:8 72:3
94:25 99:9,12
109:2,22 113:10
115:21 123:14
131:2 138:5
**surgeries** 49:19
50:3 61:16 71:10
95:13,16
**surgery** 14:21,24
15:9,13,18 16:15
49:14,25 50:2,5
71:7 72:5,23 73:2
73:7,11,17,20,24
95:9,12 96:5
**sustained** 16:12
**switch** 58:2
**sworn** 3:8,10,20 4:4
141:14 143:12
**symptom** 86:8
**symptoms** 78:19
79:25 85:22 87:6
87:8
**syndrome** 78:15
**system** 117:14
**SYSTEMS** 1:6,7

— T —

**T** 142:9 143:3,3
**take** 5:15 7:3 8:18

8:20 9:6,16 10:9
11:3 26:10,13
44:2 55:23 57:11
58:4 83:12,14,21
83:23 89:6,20
94:6 108:9 126:2
126:24 137:4
**taken** 1:17 10:24
11:23 46:9,14
47:3,13 78:9
84:20 94:11 141:5
**takes** 76:18
**talk** 7:4 13:25
65:10 75:20 78:12
80:23 89:24 93:12
**talked** 94:21 135:8
**talking** 87:14
**tank** 28:18,22 32:4
33:7,24,25 34:15
35:16,21,23 36:3
36:4,8,14 38:7,15
40:23 42:12 103:5
103:8 104:5,6,8
104:12,15 113:23
114:3,22 115:5,8
115:12,13,16,23
117:4,19,20
118:15 121:17,18
125:2,9 133:11
134:3,6,18 135:10
135:11,18,25
**tanks** 32:21 105:8
117:18,24 118:14
124:19
**Tara** 2:17 4:17
**Tara.Fappiano@...**
2:17
**task** 104:17 105:3,6
**tasks** 53:25 54:10
54:18 67:18
**taught** 26:6 37:9,12
**tax** 109:25 131:22
**teach** 26:9,13
**teaching** 68:20
**tear** 70:21
**tearing** 71:5,19

73:8
**Technically** 77:16
**tell** 12:7 19:4,22
23:24 33:22 34:8
35:10 51:23 55:10
61:25 70:17 79:24
91:15 103:15
125:4 135:2
**ten** 7:15,23 10:20
28:3
**terms** 59:15 72:25
95:24,25 123:21
**terrible** 64:23
**test** 77:23
**testified** 4:6,25
11:18 115:4
**testify** 33:21 93:8
94:2
**testifying** 93:14
**testimony** 34:5
93:22 119:4,14
142:2 143:15
**text** 119:25 120:14
120:20,23 121:2,5
122:24 123:4,10
139:3 140:4
142:21
**Thank** 4:16 5:19
46:21 95:5 99:22
140:10
**Thanks** 87:5
**therapist** 14:6 55:5
63:7 68:15 70:9
80:23,24
**therapists** 81:10
**therapy** 16:22 17:2
17:24 51:4,6,8
62:7 63:3,10,11
63:15,20,25 64:6
64:9 67:25 68:8
68:11 70:5,12,14
74:6,10 81:17
83:6 142:17
**thereto** 3:18
**thing** 5:13 26:20
82:9 110:19

124:23
**things** 4:21,24 5:3
5:12 8:23 54:5,22
56:23 67:2,20
68:14 75:20 76:10
78:11 88:23 90:2
95:21,22 97:16
121:13,23 129:7
133:24
**think** 8:17 12:22
13:2,2 22:18
23:21 24:21 29:23
30:5,25 31:7
36:21 37:3 40:12
40:15 41:7,21
42:5,9,16 44:15
44:18 45:2,7,12
45:21,24 47:11
48:25 52:2 53:6
55:15 56:18 59:4
62:15 64:15 66:10
70:11,18 72:22
74:19 75:6 78:23
81:9 86:12 87:12
89:10 91:12 94:7
95:8,20 96:6
101:18 104:21
105:21,22,25
108:23 110:11
115:7 116:15
117:6 118:24
119:5,8 127:13,18
129:2,10 130:3,4
135:7 136:10,15
**thinking** 37:5 70:19
94:19 114:19
**thinners** 57:22
58:18
**third** 71:13 74:23
**Third-Party** 1:11
1:14
**thought** 37:3 105:2
105:5 114:21
115:4 117:18,25
118:14 126:19
134:19 135:10,15



135:19
**thoughts** 118:13
**three** 18:9 53:6
  66:24 72:14 74:25
  83:25 86:20 100:8
  117:17 123:18
  125:17
**time** 3:15 5:5,9,15
  6:18 9:17,21
  10:16,21 11:13,22
  12:5 13:7 14:16
  15:13,16 16:25
  17:6 18:12,17
  21:8 26:21 27:11
  29:19 30:22,23
  32:10 47:13 51:16
  53:21 56:12,15,16
  57:12,18 59:15
  60:15 61:23 63:9
  64:3,6 65:25 66:8
  67:5,10,16 68:12
  68:18 69:24 74:13
  78:6 79:8,10,14
  81:12,16 84:4,19
  85:4 89:11 91:8
  94:8 100:15,18,25
  101:14 103:6,8
  104:15,25 106:5
  106:19,23 107:16
  109:10,24 111:6
  111:10,25 114:7
  115:4 116:14,23
  118:17 119:11,19
  121:2 122:11
  128:20,23,24
  133:14 138:25
  140:12 141:5
**timeframe** 28:7
  126:11 139:4
**times** 9:20 10:18
  66:15,16,24 86:6
  89:18 91:9 123:18
  133:21
**tingling** 86:10
**title** 141:6
**today** 8:20 9:22

18:21 75:12 76:20
  93:6,8,17 94:2
  96:7 98:22 101:18
  101:23 102:8,10
  111:4,9 112:14
  115:4 117:21
  118:7,11,13
  119:14 122:12
  124:12 125:11
  131:12 132:6,23
  133:3 136:3
**toilet** 8:5 57:5,5,8
**told** 24:11,14 45:23
  61:7 62:8 95:18
  95:20 103:17
  126:16
**Tolen** 6:15
**tool** 38:6
**top** 100:9 106:7
  107:6 109:7
  135:16
**tops** 124:17
**tore** 70:21 72:21
**total** 74:25 88:7
**totally** 74:3
**touch** 35:25 36:5
**tourniquet** 45:9,10
**tourniqueted** 44:6
**track** 87:13
**trained** 27:4 124:4
  124:8,25 134:12
**training** 11:11
  19:25 22:13 23:2
  29:12 100:13,18
  100:20,25 101:3,5
  101:13,15 102:15
  102:20 104:11,16
  105:7 124:4,13
  131:25 133:13,19
**transcribed** 111:22
**transcript** 93:18
  94:3 101:19 127:6
  141:5,9 143:14
**transcripts** 127:7
**transfusions** 50:8
**trauma** 49:10

**travel** 78:7
**treating** 79:8,11
**treatment** 60:25
  81:14,24
**Tree** 33:13 34:2
**Tremberger** 41:18
  42:4,6,7
**trial** 1:17 3:15 98:7
**tried** 117:20 118:15
  135:18
**trips** 78:9
**troopers** 45:2 48:2
**trouble** 39:6
**truck** 30:6,13 31:5
  31:14,17,23
**true** 112:16 141:7
  143:14
**try** 28:13 44:2
  75:13 81:20 82:14
  95:6 99:19 102:8
  120:23
**trying** 42:11 70:20
  96:10 122:25
  123:11,21
**Tuesday** 1:15
**turn** 29:16 105:16
  106:4 107:2 117:3
**turned** 10:4 70:25
  117:6,13 126:17
**turning** 71:6 73:9
**Twelve** 22:19
**Twenty** 96:18
**twice** 55:8 59:23,24
  64:24 69:8 86:2
  86:14 88:11 89:19
  89:21,23 90:7,10
  90:15 91:16
**two** 7:10 12:11
  15:19 17:8,9 18:9
  31:8 36:9 45:7
  48:25 49:12 50:2
  51:3 53:6,24
  60:14 63:5,8
  66:24 71:15 72:14
  72:14,18 74:20
  76:23 81:15 83:25

85:3 86:6,23 89:3
  89:9,10 117:11
  127:19 136:5
**Tyco** 1:8,10 2:10
  94:17
**type** 8:7 9:16 12:4
  12:16 14:24 16:8
  23:2,7 26:19
  28:10 30:18 37:18
  37:23 44:11 50:5
  51:9 52:22 54:9
  55:10 56:21 57:16
  57:21 68:11 80:23
  81:17 82:11 87:25
  132:4
**typed** 136:8,11
  137:8,10
**types** 10:9 12:12
  13:6 22:8 49:19
  53:12,15 54:5,10
  54:18 65:2 67:2
  67:18 68:14 85:5
  88:12 131:22
**typical** 76:20
**typically** 32:22
**T.V** 67:7,15 76:25
  87:15

———————————
**U**
**U** 4:2
**Um-hmm** 29:18
  80:3 108:22
**uncle** 23:13,14,16
**underneath** 137:18
**understand** 5:6,8
  95:2
**understanding**
  19:15 28:21 73:17
  100:24 103:20
  112:15 114:2,6
  116:12 121:11
**understood** 73:2
  82:18 95:4 131:10
**unemployment**
  19:20
**Unfortunately**

64:20
**unit** 49:10
**UNITED** 1:1
**ups** 60:19
**upstairs** 7:21,22
**use** 7:25 8:4 9:16
  9:19,24,25 23:2,5
  30:8 53:16 56:4
  56:20,22 64:22,23
  65:23 66:11,23
  75:12,13 76:24
  87:16 94:8

———————————
**V**
**vacuum** 55:14,16
  55:21 73:4
**valve** 116:5 117:6
  117:13
**vape** 10:15,19
**vaped** 10:16
**vaping** 58:24 59:3
**vein** 45:20
**verbally** 118:5
**versus** 66:16 72:6
**vest** 30:19
**VICTORY** 1:6,7
**video** 44:10 67:15
  76:24 87:15
**visit** 49:17 60:25
**visited** 52:2
**visits** 15:12
**visually** 29:11
**vocational** 10:24
  11:3
**voluntarily** 28:12
  81:23 82:21
**voluntary** 82:3,7
**VR** 11:6

———————————
**W**
**wait** 136:12
**waiting** 35:19,20
**waived** 3:7
**wake** 93:2
**walk** 5:10 64:2
  68:21 75:17 87:22



89:15,18
**walker** 56:21 66:9
**walking** 8:7 63:21
  63:23 125:17
**wall** 44:21
**want** 51:10 52:13
  94:25 97:23
  114:10 115:21
  126:11,18,20
**wanted** 51:22
  113:14,16
**warehouse** 13:24
  22:2,5,7
**wasn't** 22:22 36:22
  36:23 42:22 82:9
  105:3 117:19,24
  133:15
**watch** 87:15
**watched** 108:8
**Watching** 67:7,15
**water** 26:21,22
**way** 5:7 8:22 9:2
  12:21 25:12 28:14
  34:6 36:5,16
  52:11 66:2,12
  72:8 115:16 125:8
  135:23 136:8
  143:20
**wear** 30:15 69:6
  73:23 74:16
**wearing** 30:10,18
  74:13
**week** 9:20 55:8
  59:23,25 86:2,6
  86:14,19 88:11
  130:9
**weekend** 93:21,23
  127:6
**weekly** 129:25
**weeks** 12:11 51:3
  84:24 86:23
  127:19
**weeks-ish** 48:25
**weight** 76:11
**welcome** 99:20
**went** 12:22 17:5

35:6 41:10 48:15
  56:13 62:22 89:3
  90:7,22 103:18
  104:22,22 116:4
  116:10,17,24
  128:20 129:6
  133:6 135:10
**weren't** 58:21,24
**Westchester** 16:18
  16:19
**we're** 15:4 98:2
  99:16 105:24
  106:5 116:3
**we've** 74:19
**whatsoever** 12:5
**wheel** 76:23
**wheelchair** 56:2
  65:4,23 66:6,16
  66:19 67:12
**William** 42:4,7
**wish** 93:23 122:13
**wished** 120:3,3
  139:13
**wishing** 122:15
**witness** 4:9,12
  137:19,21 138:3
  142:4 143:11,16
**woman** 41:17
**woods** 90:6,23,24
**word** 23:8
**words** 49:22
**work** 20:18 26:16
  26:19,21,22 27:7
  27:14,23 28:2,4,6
  28:10,13 29:19
  31:13 32:25 34:19
  34:20,22 35:16
  64:10 68:20,23
  96:15 102:21
  107:18,22 108:4
  110:10 125:12,19
  126:19 128:13
  130:25 131:4,13
  131:16
**worked** 19:5 20:2
  23:20 25:3 27:21

32:7 39:8 41:19
  41:21 128:18
  129:22 130:4
  132:12
**worker** 52:22
  100:13 101:2,3,15
  133:13
**worker's** 12:9 52:3
  127:24 128:4,13
**working** 20:21 22:6
  22:10 25:4,10,16
  25:20 27:12 30:12
  31:10 39:14 41:8
  90:4 109:17,19
  124:3 128:16
  129:11,20 130:8
  134:14
**worry** 77:6
**worse** 87:9
**worth** 130:24
**WORTHINGTON**
  1:7
**wouldn't** 109:11
  120:24
**wound** 61:21 62:2
**write** 88:19
**written** 107:13
**www.MagnaLS.c...**
  1:24

_____

**X**

**x** 1:3,9,14 142:9

_____

**Y**

**yeah** 13:2,14 17:10
  17:12 20:10 22:20
  22:24 24:23 26:18
  29:6 30:14,17
  31:3,7,9 34:21
  35:2 37:14 38:24
  39:16,24 40:6,19
  40:22 41:9,19
  42:17 43:12 44:8
  45:5,21,24 46:8
  46:10 47:6 48:7
  50:10,25 51:19

53:14 55:17,20,23
  55:24 56:9,20,22
  58:16 59:21 60:2
  61:22 63:12,24
  64:4 65:24 66:7
  66:21 68:19 69:5
  71:17 72:18 73:15
  74:5,9,11,14,18
  74:22,24 75:2,25
  76:3,5,19 78:3
  79:4 81:22,25
  82:20,22,24 83:13
  84:8 86:7 87:17
  87:19 88:2,9,16
  88:16,18 89:12,17
  90:20 91:18 92:7
  92:19 93:11 97:7
  102:16 108:25
  112:13,17 116:21
  117:5 118:12
  120:3 124:20
  125:3 126:4 127:2
  128:11,25 129:21
  129:24 130:10,15
  131:6 132:22
  133:15,20 138:7
  138:12
**year** 4:23 14:12
  15:18 17:10,11,12
  59:17 64:16 69:23
  73:13 78:5 81:15
  85:3 87:8 91:25
**years** 15:19 63:8
  83:25 97:2 126:17
**York** 1:2,19,20 2:6
  2:16,16 4:5,13
  82:9 141:2 143:9
**yup** 6:8,13 19:2,7,9
  19:11,14,18 31:18
  32:9 50:20,23
  56:3 57:10,15
  65:21 68:22,25
  69:15 76:7 85:17
  96:24 97:10,12
  100:10,12,16
  101:24 102:19

105:15 107:4,8
  109:4 113:25
  116:8 128:6
  130:20,22

_____

**Z**

**Zantac** 79:15

_____

**$**

**$700** 127:19

_____

**1**

**1** 98:9,13 113:4,5,6
  113:9 142:11
**1/19/16** 109:13
**1/22/2016** 130:18
**10** 24:21
**10:07** 1:16
**10006** 2:16
**10924** 4:13
**1111** 2:5
**12** 22:18 24:21
**12:44** 140:12
**12551** 2:6
**1279** 1:18 2:5
**129** 142:5
**131** 4:12 5:20
**139** 142:19
**140** 142:21
**15** 10:20 76:14
**16** 64:16 122:25
  123:10
**17** 142:17
**18** 15:10 131:8
**19** 109:20

_____

**2**

**20** 10:20 28:3 76:14
  96:20 141:16
  142:19
**2016** 25:13,21
  64:17 65:20 69:3
  69:22 109:20
  130:25 131:3,8
**2017** 73:14 78:6
**2018** 5:22 16:4



113:4
**2019** 1:15,19
**21** 121:11
**21st** 2:15
**212)952-1104** 2:16
**22** 130:25 131:3,5
  142:17
**23** 1:15
**23rd** 1:19
**25** 8:17
**2555** 2:10

**3**

**3** 142:21
**30** 86:25 96:18
  113:4
**300** 1:19 2:5
**35** 125:22
**39** 130:19,24

**4**

**4** 142:5
**40** 130:9
**45** 2:15
**4716** 130:17

**5**

**50** 113:18

**6**

**64108** 2:11

**7**

**7:17Civ.06915** 1:4
**700** 12:11
**779** 99:11
**780** 106:16
**785** 105:11
**786** 105:24 106:17
  108:21
**787** 107:3
**792** 106:6,14

**8**

**816)474-6550** 2:11
**845)943-2331** 2:6
**866)624-6221** 1:23

**9**

**9-1-1** 43:13
**94** 142:6
**98** 142:11

