# EXHIBIT 16



ANDREW M. CUOMO GOVERNOR
ROSSANA ROSADO SECRETARY OF STATE

# 2020 FIRE CODE of NEW YORK STATE



NEW YORK STATE OF OPPORTUNITY. | Building Standards and Codes

ICC INTERNATIONAL CODE COUNCIL

2020 Fire Code of New York State

Publication Date: November 2019

ISBN: 978-1-60983-914-7

COPYRIGHT © 2019
by
INTERNATIONAL CODE COUNCIL, INC.
and
NEW YORK STATE DEPARTMENT OF STATE

ALL RIGHTS RESERVED. This 2020 *Fire Code of New York State* is a copyrighted work owned by the International Code Council, Inc., ("ICC"). This work contains: (1) portions of the ICC International Codes® (I-Codes®); (2) material that is a derivative of the I-Codes; and (3) wholly original materials prepared by the New York State Department of State (NYDOS) or by the New York State Fire Prevention and Building Code Council (the "Code Council"). The International Code Council, Inc., has copyright ownership of the I-Codes. The International Code Council and the New York State Department of State have joint copyright ownership of the material that is a derivative of the I-Codes. The New York State Department of State has copyright ownership of the wholly original materials prepared by the New York State Department of State and/ or by the Code Council. As to the ICC International Codes, all rights, including the right of reproduction in whole or in part in any form, are reserved to the International Code Council. As to the material that is derivative of the I-Codes, all rights, including the right of reproduction in whole or in part in any form, are reserved to the International Code Council and the New York State Department of State, jointly. As to the wholly original materials prepared by the New York State Department of State or by the Code Council, all rights, including the right of reproduction in whole or in part in any form, are reserved to the New York State Department of State. Without advance written permission from the copyright owner, no part of this book may be reproduced, distributed or transmitted in any form or by any means, including, without limitation, electronic, optical or mechanical means (by way of example, and not limitation, photocopying or recording by or in an information storage retrieval system). For information on use rights and permissions, please contact: ICC Publications, 4051 Flossmoor Road, Country Club Hills, IL 60478. Phone 1-888-ICC-SAFE (422-7233).

Trademarks: "International Code Council," the "International Code Council" logo, "ICC," the "ICC" logo, "International Fire Code," "IFC" and other names and trademarks appearing in this book are registered trademarks of the International Code Council, Inc., and/or its licensors (as applicable), and may not be used without permission.

T024582

PRINTED IN THE USA

# PREFACE

## Introduction

The *Fire Code of New York State* (FCNYS) establishes minimum requirements for fire prevention and fire protection systems using prescriptive and performance-related provisions. It is founded on broad-based principles that make possible the use of new materials and new system designs. This 2020 edition is a derivative work of the 2018 edition of the *International Fire Code®* (IFC®) published by the International Code Council® (ICC®).

## Intention

This code is founded on principles intended to establish provisions consistent with the scope of a fire code that adequately protects public health, safety and welfare; provisions that do not unnecessarily increase construction costs; provisions that do not restrict the use of new materials, products or methods of construction; and provisions that do not give preferential treatment to particular types or classes of materials, products or methods of construction.

## Letter Designations in Front of Section Numbers

The bracketed letter designations for the party responsible for portions of this code are as follows:

- [A] = Administrative Code Development Committee;
- [BE] = IBC—Egress Code Development Committee;
- [BF] = IBC—Fire Safety Code Development Committee;
- [BG] = IBC—General Code Development Committee;
- [BS] = IBC—Structural Code Development Committee;
- [EB] = International Existing Building Code Development Committee;
- [FG] = International Fuel Gas Code Development Committee;
- [M] = International Mechanical Code Development Committee; and
- [P] = International Plumbing Code Development Committee.

### New York State Code Development

- [NY] = New York State Department of State

## Marginal Markings

Solid vertical lines in the margins within the body of the code indicate a technical change from the requirements of the 2015 edition of the I-Codes®. Deletion indicators in the form of an arrow (➡) are provided in the margin where an entire section, paragraph, exception or table has been deleted or an item in a list of items or a table has been deleted.

A single asterisk [*] placed in the margin indicates that text or a table has been relocated within the code. A double asterisk [**] placed in the margin indicates that the text or table immediately following it has been relocated there from elsewhere in the code. The following table indicates such relocations in the 2020 edition of the *Fire Code of New York State*.

| 2015 LOCATION | 2020 LOCATION |
|---|---|
| 606.12.1 and 606.12.1.1 | 605.1.1 and 605.1.2 |
| 806.2 | 807.4.1 |
| 904.12.5 | 906.4 |
| 908.3–908.7 | 916 |
| 605.11 | 1204 |
| 604 | 1203 |
| 608 | 1206.2 |
| 3104.5–3104.22 | 3107 |
| 5003.2.2.1, Item 6 | 5005.1.12 |

## Italicized Terms

Words and terms defined in Chapter 2, Definitions, are italicized where they appear in code text and the Chapter 2 definition applies. Where such words and terms are not italicized, common-use definitions apply. The words and terms selected have code-specific definitions that the user should read carefully to facilitate better understanding of the code.

# CHAPTER 9

# FIRE PROTECTION AND LIFE SAFETY SYSTEMS

## SECTION 901
## GENERAL

**901.1 Scope.** The provisions of this chapter shall specify where fire protection and life safety systems are required and shall apply to the design, installation, inspection, operation, testing and maintenance of all *fire protection systems*.

**901.2 Construction documents.** The *fire code official* shall have the authority to require *construction documents* and calculations for all *fire protection systems* and to require permits be issued for the installation, rehabilitation or modification of any *fire protection system*. *Construction documents* for *fire protection systems* shall be submitted for review and approval prior to system installation.

**901.2.1 Statement of compliance.** Before requesting final approval of the installation, where required by the *fire code official*, the installing contractor shall furnish a written statement to the *fire code official* that the subject *fire protection system* has been installed in accordance with *approved* plans and has been tested in accordance with the manufacturer's specifications and the appropriate installation standard. Any deviations from the design standards shall be noted and copies of the approvals for such deviations shall be attached to the written statement.

**[NY] 901.3 Permits.** Permits shall be required as set forth in Sections 105.2 and 105.6.

**901.4 Installation.** *Fire protection systems* shall be maintained in accordance with the original installation standards for that system. Required systems shall be extended, altered or augmented as necessary to maintain and continue protection where the building is altered, remodeled or added to. *Alterations* to *fire protection systems* shall be done in accordance with applicable standards.

**901.4.1 Required fire protection systems.** *Fire protection systems* required by this code or the *Building Code of New York State* shall be installed, repaired, operated, tested and maintained in accordance with this code. A *fire protection system* for which a design option, exception or reduction to the provisions of this code or the *Building Code of New York State* has been granted shall be considered to be a required system.

**901.4.2 Nonrequired fire protection systems.** A *fire protection system* or portion thereof not required by this code or the *Building Code of New York State* shall be allowed to be furnished for partial or complete protection provided that such installed system meets the applicable requirements of this code and the *Building Code of New York State*.

**901.4.3 Fire areas.** Where buildings, or portions thereof, are divided into *fire areas* so as not to exceed the limits established for requiring a *fire protection system* in accordance with this chapter, such *fire areas* shall be separated by *fire barriers* constructed in accordance with Section 707 of the *Building Code of New York State* or *horizontal assemblies* constructed in accordance with Section 711 of the *Building Code of New York State*, or both, having a fire-resistance rating of not less than that determined in accordance with Section 707.3.10 of the *Building Code of New York State*.

**901.4.4 Additional fire protection systems.** In occupancies of a hazardous nature, where special hazards exist in addition to the normal hazards of the occupancy, or where the *fire code official* determines that access for fire apparatus is unduly difficult, the *fire code official* shall have the authority to require additional safeguards. Such safeguards include, but shall not be limited to, the following: automatic fire detection systems, fire alarm systems, automatic fire-extinguishing systems, standpipe systems, or portable or fixed extinguishers. Fire protection equipment required under this section shall be installed in accordance with this code and the applicable referenced standards.

**901.4.5 Appearance of equipment.** Any device that has the physical appearance of life safety or fire protection equipment but that does not perform that life safety or fire protection function shall be prohibited.

**901.4.6 Pump and riser room size.** Where provided, fire pump rooms and *automatic sprinkler system* riser rooms shall be designed with adequate space for all equipment necessary for the installation, as defined by the manufacturer, with sufficient working space around the stationary equipment. Clearances around equipment to elements of permanent construction, including other installed equipment and appliances, shall be sufficient to allow inspection, service, repair or replacement without removing such elements of permanent construction or disabling the function of a required fire-resistance-rated assembly. Fire pump and *automatic sprinkler system* riser rooms shall be provided with doors and unobstructed passageways large enough to allow removal of the largest piece of equipment.

**901.4.6.1 Access.** Automatic sprinkler system risers, fire pumps and controllers shall be provided with ready access. Where located in a fire pump room or automatic sprinkler system riser room, the door shall be permitted to be locked provided that the key is available at all times.

**901.4.6.2 Marking on access doors.** Access doors for automatic sprinkler system riser rooms and fire pump rooms shall be labeled with an approved sign. The lettering shall be in contrasting color to the background. Letters shall have a minimum height of 2 inches (51 mm) with a minimum stroke of $^3/_8$ inch (10 mm).

**901.4.6.3 Environment.** Automatic sprinkler system riser rooms and fire pump rooms shall be maintained at a temperature of not less than 40°F (4°C). Heating units shall be permanently installed.

**901.4.6.4 Lighting.** Permanently installed artificial illumination shall be provided in the automatic sprinkler system riser rooms and fire pump rooms.

**901.5 Installation acceptance testing.** Fire detection and alarm systems, emergency alarm systems, gas detection systems, fire-extinguishing systems, fire hydrant systems, fire

standpipe systems, fire pump systems, private fire service mains and all other *fire protection systems* and appurtenances thereto shall be subject to acceptance tests as contained in the installation standards and as *approved* by the *fire code official*. The *fire code official* shall be notified before any required acceptance testing.

**901.5.1 Occupancy.** It shall be unlawful to occupy any portion of a building or structure until the required fire detection, alarm and suppression systems have been tested and *approved*.

**901.6 Inspection, testing and maintenance.** Fire detection and alarm systems, emergency alarm systems, gas detection systems, fire-extinguishing systems, mechanical smoke exhaust systems and smoke and heat vents shall be maintained in an operative condition at all times, and shall be replaced or repaired where defective. Nonrequired *fire protection systems* and equipment shall be inspected, tested and maintained or removed.

**901.6.1 Standards.** *Fire protection systems* shall be inspected, tested and maintained in accordance with the referenced standards *listed* in Table 901.6.1.

**TABLE 901.6.1**
**FIRE PROTECTION SYSTEM MAINTENANCE STANDARDS**

| SYSTEM | STANDARD |
|---|---|
| Portable fire extinguishers | NFPA 10 |
| Carbon dioxide fire-extinguishing system | NFPA 12 |
| Halon 1301 fire-extinguishing systems | NFPA 12A |
| Dry-chemical extinguishing systems | NFPA 17 |
| Wet-chemical extinguishing systems | NFPA 17A |
| Water-based fire protection systems | NFPA 25 |
| Fire alarm systems | NFPA 72 |
| Smoke and heat vents | NFPA 204 |
| Water-mist systems | NFPA 750 |
| Clean-agent extinguishing systems | NFPA 2001 |
| Aerosol fire-extinguishing systems | NFPA 2010 |

**901.6.2 Integrated testing.** Where two or more fire protection or life safety systems are interconnected, the intended response of subordinate fire protection and life safety systems shall be verified when required testing of the initiating system is conducted. In addition, integrated testing shall be performed in accordance with Sections 901.6.2.1 and 901.6.2.2.

**901.6.2.1 High-rise buildings.** For high-rise buildings, integrated testing shall comply with NFPA 4, with an integrated test performed prior to issuance of the certificate of occupancy and at intervals not exceeding 10 years, unless otherwise specified by an integrated system test plan prepared in accordance with NFPA 4. If an equipment failure is detected during integrated testing, a repeat of the integrated test shall not be required, except as necessary to verify operation of fire protection or life safety functions that are initiated by equipment that was repaired or replaced.

**901.6.2.2 Smoke control systems.** Where a fire alarm system is integrated with a smoke control system as outlined in Section 909, integrated testing shall comply with NFPA 4, with an integrated test performed prior to issuance of the certificate of occupancy and at intervals not exceeding 10 years, unless otherwise specified by an integrated system test plan prepared in accordance with NFPA 4. If an equipment failure is detected during integrated testing, a repeat of the integrated test shall not be required, except as necessary to verify operation of fire protection or life safety functions that are initiated by equipment that was repaired or replaced.

**901.6.3 Records.** Records of all system inspections, tests and maintenance required by the referenced standards shall be maintained.

**901.6.3.1 Records information.** Initial records shall include the name of the installation contractor, type of components installed, manufacturer of the components, location and number of components installed per floor. Records shall include the manufacturers' operation and maintenance instruction manuals. Such records shall be maintained for the life of the installation.

**901.7 Systems out of service.** Where a required *fire protection system* is out of service, the fire department and the *fire code official* shall be notified immediately and, where required by the *fire code official*, the building shall be either evacuated or an *approved* fire watch shall be provided for all occupants left unprotected by the shutdown until the *fire protection system* has been returned to service.

Where utilized, fire watches shall be provided with not less than one *approved* means for notification of the fire department and their only duty shall be to perform constant patrols of the protected premises and keep watch for fires.

**901.7.1 Impairment coordinator.** The building *owner* shall assign an impairment coordinator to comply with the requirements of this section. In the absence of a specific designee, the *owner* shall be considered to be the impairment coordinator.

**901.7.2 Tag required.** A tag shall be used to indicate that a system, or portion thereof, has been removed from service.

**901.7.3 Placement of tag.** The tag shall be posted at each fire department connection, system control valve, fire alarm control unit, fire alarm annunciator and *fire command center*, indicating which system, or part thereof, has been removed from service. The *fire code official* shall specify where the tag is to be placed.

**901.7.4 Preplanned impairment programs.** Preplanned impairments shall be authorized by the impairment coordinator. Before authorization is given, a designated individual shall be responsible for verifying that all of the following procedures have been implemented:

1. The extent and expected duration of the impairment have been determined.
2. The areas or buildings involved have been inspected and the increased risks determined.
3. Recommendations have been submitted to management or the building *owner*/manager.
4. The fire department has been notified.
5. The insurance carrier, the alarm company, the building *owner*/manager and other authorities having jurisdiction have been notified.

# CHAPTER 53

# COMPRESSED GASES

## SECTION 5301
## GENERAL

**5301.1 Scope.** Storage, use and handling of *compressed gases* in *compressed gas* containers, cylinders, tanks and systems shall comply with this chapter and NFPA 55, including those gases regulated elsewhere in this code. Partially full *compressed gas* containers, cylinders or tanks containing residual gases shall be considered as full for the purposes of the controls required.

Liquefied natural gas for use as a vehicular fuel shall also comply with NFPA 52 and NFPA 59A.

*Compressed gases* classified as hazardous materials shall also comply with Chapter 50 for general requirements and chapters addressing specific hazards, including Chapters 58 (Flammable Gases), 60 (Highly Toxic and Toxic Materials), 63 (Oxidizers, Oxidizing Gases and Oxidizing Cryogenic Fluids) and 64 (Pyrophoric Materials).

Compressed hydrogen ($CH_2$) shall also comply with the applicable portions of Chapters 23 and 58 of this code, the *Fuel Gas Code of New York State* and NFPA 2.

Cutting and welding gases shall also comply with Chapter 35.

### Exceptions:

1. Gases used as refrigerants in refrigeration systems (see Section 605).
2. Compressed natural gas (CNG) for use as a vehicular fuel shall comply with Chapter 23, NFPA 52 and the *Fuel Gas Code of New York State*.
3. *Cryogenic fluids* shall comply with Chapter 55.
4. LP-gas shall comply with Chapter 61 and the *Fuel Gas Code of New York State*.

**5301.2 Permits.** Permits shall be required as set forth in Section 105.6.

## SECTION 5302
## DEFINITIONS

**5302.1 Definitions.** The following terms are defined in Chapter 2:

**COMPRESSED GAS.**

**COMPRESSED GAS CONTAINER.**

**COMPRESSED GAS SYSTEM.**

**NESTING.**

**TUBE TRAILER.**

## SECTION 5303
## GENERAL REQUIREMENTS

**5303.1 Containers, cylinders and tanks.** *Compressed gas* containers, cylinders and tanks shall comply with this section. *Compressed gas* containers, cylinders or tanks that are not designed for refillable use shall not be refilled after use of the original contents.

**5303.2 Design and construction.** *Compressed gas* containers, cylinders and tanks shall be designed, fabricated, tested, marked with the specifications of manufacture and maintained in accordance with the regulations of DOTn 49 CFR Parts 100-185 or the ASME *Boiler and Pressure Vessel Code*, Section VIII.

**5303.3 Pressure relief devices.** Pressure relief devices shall be in accordance with Sections 5303.3.1 through 5303.3.5.

**5303.3.1 Where required.** Pressure relief devices shall be provided to protect containers, cylinders and tanks containing *compressed gases* from rupture in the event of overpressure.

**Exception:** Cylinders, containers and tanks where exempt from the requirements for pressure relief devices specified by the standards of design *listed* in Section 5303.3.2.

**5303.3.2 Design.** Pressure relief devices to protect containers shall be designed and provided in accordance with CGA S-1.1, CGA S-1.2, CGA S-1.3 or the ASME *Boiler and Pressure Vessel Code*, Section VIII, as applicable.

**5303.3.3 Sizing.** Pressure relief devices shall be sized in accordance with the specifications to which the container was fabricated and to material-specific requirements as applicable.

**5303.3.4 Arrangement.** Pressure relief devices shall be arranged to discharge upward and unobstructed to the open air in such a manner as to prevent any impingement of escaping gas upon the container, adjacent structures or personnel.

**Exception:** DOTn specification containers having an internal volume of 30 cubic feet ($0.855 \text{ m}^3$) or less.

**5303.3.5 Freeze protection.** Pressure relief devices or vent piping shall be designed or located so that moisture cannot collect and freeze in a manner that would interfere with the operation of the device.

**5303.4 Marking.** Stationary and portable *compressed gas* containers, cylinders, tanks and systems shall be marked in accordance with Sections 5303.4.1 through 5303.4.3.

**5303.4.1 Stationary compressed gas containers, cylinders and tanks.** Stationary *compressed gas* containers, cylinders and tanks shall be marked with the name of the

gas and in accordance with Sections 5003.5 and 5003.6. Markings shall be visible from any direction of approach.

**5303.4.2 Portable containers, cylinders and tanks.** Portable *compressed gas* containers, cylinders and tanks shall be marked in accordance with CGA C-7.

**5303.4.3 Piping systems.** Piping systems shall be marked in accordance with ASME A13.1. Markings used for piping systems shall consist of the content's name and include a direction-of-flow arrow. Markings shall be provided at each valve; at wall, floor or ceiling penetrations; at each change of direction; and at not less than every 20 feet (6096 mm) or fraction thereof throughout the piping run.

**Exceptions:**

1. Piping that is designed or intended to carry more than one gas at various times shall have appropriate signs or markings posted at the manifold, along the piping and at each point of use to provide clear identification and warning.

2. Piping within gas manufacturing plants, gas processing plants, refineries and similar occupancies shall be marked in an *approved* manner.

**5303.5 Security.** *Compressed gas* containers, cylinders, tanks and systems shall be secured against accidental dislodgement and against access by unauthorized personnel in accordance with Sections 5303.5.1 through 5303.5.3.

**5303.5.1 Security of areas.** Areas used for the storage, use and handling of *compressed gas* containers, cylinders, tanks and systems shall be secured against unauthorized entry and safeguarded in an *approved* manner.

**5303.5.2 Physical protection.** *Compressed gas* containers, cylinders, tanks and systems that could be exposed to physical damage shall be protected. Guard posts or other *approved* means shall be provided to protect *compressed gas* containers, cylinders, tanks and systems indoors and outdoors from vehicular damage and shall comply with Section 312.

**5303.5.3 Securing compressed gas containers, cylinders and tanks.** *Compressed gas* containers, cylinders and tanks shall be secured to prevent falling caused by contact, vibration or seismic activity. Securing of *compressed gas* containers, cylinders and tanks shall be by one of the following methods:

1. Securing containers, cylinders and tanks to a fixed object with one or more restraints.

2. Securing containers, cylinders and tanks on a cart or other mobile device designed for the movement of *compressed gas* containers, cylinders or tanks.

3. *Nesting* of *compressed gas* containers, cylinders and tanks at container filling or servicing facilities or in sellers' warehouses not open to the public. *Nesting* shall be allowed provided that the nested containers, cylinders or tanks, if dislodged, do not obstruct the required *means of egress*.

4. Securing of *compressed gas* containers, cylinders and tanks to or within a rack, framework, cabinet or similar assembly designed for such use.

   **Exception:** *Compressed gas* containers, cylinders and tanks in the process of examination, filling, transport or servicing.

**5303.6 Valve protection.** *Compressed gas* container, cylinder and tank valves shall be protected from physical damage by means of protective caps, collars or similar devices in accordance with Sections 5303.6.1 and 5303.6.2.

**5303.6.1 Compressed gas container, cylinder or tank protective caps or collars.** *Compressed gas* containers, cylinders and tanks designed for protective caps, collars or other protective devices shall have the caps or devices in place except when the containers, cylinders or tanks are in use or are being serviced or filled.

**5303.6.2 Caps and plugs.** *Compressed gas* containers, cylinders and tanks designed for valve protection caps or other protective devices shall have the caps or devices in place. When outlet caps or plugs are installed, they shall be in place.

   **Exception:** *Compressed gas* containers, cylinders or tanks in use, being serviced or being filled.

**5303.7 Separation from hazardous conditions.** *Compressed gas* containers, cylinders and tanks and systems in storage or use shall be separated from materials and conditions that pose exposure hazards to or from each other. *Compressed gas* containers, cylinders, tanks and systems in storage or use shall be separated in accordance with Sections 5303.7.1 through 5303.7.11.2.

**5303.7.1 Incompatible materials.** *Compressed gas* containers, cylinders and tanks shall be separated from each other based on the hazard class of their contents. *Compressed gas* containers, cylinders and tanks shall be separated from *incompatible materials* in accordance with Section 5003.9.8.

**5303.7.2 Combustible waste, vegetation and similar materials.** Combustible waste, vegetation and similar materials shall be kept not less than 10 feet (3048 mm) from *compressed gas* containers, cylinders, tanks and systems. A noncombustible partition, without openings or penetrations and extending not less than 18 inches (457 mm) above and to the sides of the storage area is allowed in lieu of such distance. The wall shall either be an independent structure, or the exterior wall of the building adjacent to the storage area.

**5303.7.3 Ledges, platforms and elevators.** *Compressed gas* containers, cylinders and tanks shall not be placed near elevators, unprotected platform ledges or other areas where falling would result in *compressed gas* containers, cylinders or tanks being allowed to drop distances exceeding one-half the height of the container, cylinder or tank.

**5303.7.4 Temperature extremes.** *Compressed gas* containers, cylinders and tanks, whether full or partially full, shall not be exposed to artificially created high temperatures exceeding 125°F (52°C) or subambient (low) tem-

peratures unless designed for use under the exposed conditions.

**5303.7.5 Falling objects.** *Compressed gas* containers, cylinders, tanks and systems shall not be placed in areas where they are capable of being damaged by falling objects.

**5303.7.6 Heating.** *Compressed gas* containers, cylinders and tanks, whether full or partially full, shall not be heated by devices that could raise the surface temperature of the container, cylinder or tank to above 125°F (52°C). Heating devices shall comply with the *Mechanical Code of New York State* and NFPA 70. *Approved* heating methods involving temperatures of less than 125°F (52°C) are allowed to be used by trained personnel. Devices designed to maintain individual *compressed gas* containers, cylinders or tanks at constant temperature shall be *approved* and shall be designed to be fail-safe.

**5303.7.7 Sources of ignition.** Open flames and high-temperature devices shall not be used in a manner that creates a hazardous condition.

**5303.7.8 Exposure to chemicals.** *Compressed gas* containers, cylinders, tanks and systems shall not be exposed to *corrosive* chemicals or fumes that could damage containers, cylinders, tanks, valves or valve-protective caps.

**5303.7.9 Exhausted enclosures.** Where exhausted enclosures are provided as a means to segregate *compressed gas* containers, cylinders and tanks from exposure hazards, such enclosures shall comply with the requirements of Section 5003.8.5.

**5303.7.10 Gas cabinets.** Where gas cabinets are provided as a means to separate *compressed gas* containers, cylinders and tanks from exposure hazards, such gas cabinets shall comply with the requirements of Section 5003.8.6.

**5303.7.11 Tube trailers.** Tube trailers, including those containing compatible *compressed gases,* shall be surrounded by a clear space of not less than 3 feet (914 mm) to allow for maintenance, access and inspection.

> **5303.7.11.1 Individual tube trailers containing incompatible materials.** Increased separation distances between individual tube trailers containing incompatible gases shall be provided where required by Section 5303.7.1.
>
> **5303.7.11.2 Connections.** Piping systems used to connect tube trailers to a user piping system shall not be viewed as an encroachment into the 3-foot (914 mm) clear space.

**5303.8 Wiring and equipment.** Electrical wiring and equipment shall comply with NFPA 70. *Compressed gas* containers, cylinders, tanks and systems shall not be located where they could become part of an electrical circuit. *Compressed gas* containers, cylinders, tanks and systems shall not be used for electrical grounding.

**5303.9 Service and repair.** Service, repair, modification or removal of valves, pressure-relief devices or other *compressed gas* container, cylinder or tank appurtenances shall be performed by trained personnel.

**5303.10 Unauthorized use.** *Compressed gas* containers, cylinders, tanks and systems shall not be used for any purpose other than to serve as a vessel for containing the product that it is designed to contain.

**5303.11 Exposure to fire.** *Compressed gas* containers, cylinders and tanks that have been exposed to fire shall be removed from service. Containers, cylinders and tanks so removed shall be handled by *approved,* qualified persons.

**5303.12 Leaks, damage or corrosion.** Leaking, damaged or corroded *compressed gas* containers, cylinders and tanks shall be removed from service. Leaking, damaged or corroded *compressed gas* systems shall be replaced or repaired in accordance with the following:

1. *Compressed gas* containers, cylinders and tanks that have been removed from service shall be handled in an *approved* manner.
2. *Compressed gas* systems that are determined to be leaking, damaged or corroded shall be repaired to a serviceable condition or removed from service.

**5303.13 Surface of unprotected storage or use areas.** Unless otherwise specified in Section 5303.14, *compressed gas* containers, cylinders and tanks are allowed to be stored or used without being placed under overhead cover. To prevent bottom corrosion, containers, cylinders and tanks shall be protected from direct contact with soil or unimproved surfaces. The surface of the area on which the containers are placed shall be graded to prevent accumulation of water.

**5303.14 Overhead cover.** *Compressed gas* containers, cylinders and tanks are allowed to be stored or used in the sun except in locations where extreme temperatures prevail. Where extreme temperatures prevail, overhead covers shall be provided.

**5303.15 Lighting.** *Approved* lighting by natural or artificial means shall be provided.

**5303.16 Vaults.** Generation, compression, storage and dispensing equipment for *compressed gases* shall be allowed to be located in either above- or below-grade vaults complying with Sections 5303.16.1 through 5303.16.14.

> **5303.16.1 Listing required.** Vaults shall be *listed* by a nationally recognized testing laboratory.
>
> **Exception:** Where *approved* by the *fire code official,* below-grade vaults are allowed to be constructed on site, provided that the design is in accordance with the *Building Code of New York State* and that special inspections are conducted to verify structural strength and compliance of the installation with the *approved* design in accordance with Section 1707 of the *Building Code of New York State.* Installation plans for below-grade vaults that are constructed on site shall be prepared by, and the design shall bear the stamp of, a professional engineer. Consideration shall be given to soil and hydrostatic loading on the floors, walls and lid; anticipated seismic forces; uplifting by ground water or flooding; and to loads imposed from above, such as traffic and equipment loading on the vault lid.

**5303.16.2 Design and construction.** The vault shall completely enclose generation, compression, storage or dispensing equipment located in the vault. There shall not be openings in the vault enclosure except those necessary for vault ventilation and access, inspection, filling, emptying or venting of equipment in the vault. The walls and floor of the vault shall be constructed of reinforced concrete not less than 6 inches (152 mm) thick. The top of an above-grade vault shall be constructed of noncombustible material and shall be designed to be weaker than the walls of the vault to ensure that the thrust of any explosion occurring inside the vault is directed upward.

The top of an at- or below-grade vault shall be designed to relieve safely or contain the force of an explosion occurring inside the vault. The top and floor of the vault and the tank foundation shall be designed to withstand the anticipated loading, including loading from vehicular traffic, where applicable. The walls and floor of a vault installed below grade shall be designed to withstand anticipated soil and hydrostatic loading. Vaults shall be designed to be wind and earthquake resistant, in accordance with the *Building Code of New York State*.

**5303.16.3 Secondary containment.** Vaults shall be substantially liquid-tight and there shall not be backfill within the vault. The vault floor shall drain to a sump. For pre-manufactured vaults, liquid tightness shall be certified as part of the listing provided by a nationally recognized testing laboratory. For field-erected vaults, liquid tightness shall be certified in an *approved* manner.

**5303.16.4 Internal clearance.** There shall be sufficient clearance within the vault to allow for visual inspection and maintenance of equipment in the vault.

**5303.16.5 Anchoring.** Vaults and equipment contained therein shall be suitably anchored to withstand uplifting by groundwater or flooding. The design shall verify that uplifting is prevented even where equipment within the vault is empty.

**5303.16.6 Vehicle impact protection.** Vaults shall be resistant to damage from the impact of a motor vehicle, or vehicle impact protection shall be provided in accordance with Section 312.

**5303.16.7 Arrangement.** Equipment in vaults shall be *listed* or *approved* for above-ground use. Where multiple vaults are provided, adjacent vaults shall be allowed to share a common wall. The common wall shall be liquid and vapor tight and shall be designed to withstand the load imposed when the vault on either side of the wall is filled with water.

**5303.16.8 Connections.** Connections shall be provided to permit the venting of each vault to dilute, disperse and remove vapors prior to personnel entering the vault.

**5303.16.9 Ventilation.** Vaults shall be provided with an exhaust ventilation system installed in accordance with Section 5004.3. The ventilation system shall operate continuously or be designed to operate upon activation of the vapor or liquid detection system. The system shall provide ventilation at a rate of not less than 1 cubic foot per minute (cfm) per square foot [0.00508 $m^3/(s \cdot m^2)$] of floor area, but not less than 150 cfm (4 $m^3$/min). The exhaust system shall be designed to provide air movement across all parts of the vault floor for gases having a density greater than air and across all parts of the vault ceiling for gases having a density less than air. Supply ducts shall extend to within 3 inches (76 mm), but not more than 12 inches (305 mm), of the floor. Exhaust ducts shall extend to within 3 inches (76 mm), but not more than 12 inches (305 mm) of the floor or ceiling, for heavier-than-air or lighter-than-air gases, respectively. The exhaust system shall be installed in accordance with the *Mechanical Code of New York State*.

**5303.16.10 Monitoring and detection.** Vaults shall be provided with *approved* vapor and liquid detection systems and equipped with on-site audible and visual warning devices with battery backup. Vapor detection systems shall sound an alarm when the system detects vapors that reach or exceed 25 percent of the lower explosive limit (LEL) or one-half the immediately dangerous to life and health (IDLH) concentration for the gas in the vault. Vapor detectors shall be located not higher than 12 inches (305 mm) above the lowest point in the vault for heavier-than-air gases and not lower than 12 inches (305 mm) below the highest point in the vault for lighter-than-air gases. Liquid detection systems shall sound an alarm upon detection of any liquid, including water. Liquid detectors shall be located in accordance with the manufacturers' instructions. Activation of either vapor or liquid detection systems shall cause a signal to be sounded at an *approved*, constantly attended location within the facility served by the tanks or at an *approved* location. Activation of vapor detection systems shall shut off gas-handling equipment in the vault and dispensers.

**5303.16.11 Liquid removal.** Means shall be provided to recover liquid from the vault. Where a pump is used to meet this requirement, it shall not be permanently installed in the vault. Electric-powered portable pumps shall be suitable for use in Class I, Division 1 locations, as defined in NFPA 70.

**5303.16.12 Relief vents.** Vent pipes for equipment in the vault shall terminate not less than 12 feet (3658 mm) above ground level.

**5303.16.13 Accessway.** Vaults shall be provided with an *approved* personnel accessway with a minimum dimension of 30 inches (762 mm) and with a permanently affixed, nonferrous ladder. Accessways shall be designed to be nonsparking. Travel distance from any point inside a vault to an accessway shall not exceed 20 feet (6096 mm). At each entry point, a warning sign indicating the need for procedures for safe entry into confined spaces shall be posted. Entry points shall be secured against unauthorized entry and vandalism.

**5303.16.14 Classified area.** The interior of a vault containing a flammable gas shall be designated a Class I, Division 1 location, as defined in NFPA 70.

## SECTION 5304
## STORAGE OF COMPRESSED GASES

**5304.1 Upright storage.** *Compressed gas* containers, cylinders and tanks, except those designed for use in a horizontal position, and all *compressed gas* containers, cylinders and tanks containing nonliquefied gases, shall be stored in an upright position with the valve end up. An upright position shall include conditions where the container, cylinder or tank axis is inclined as much as 45 degrees (0.80 rad) from the vertical.

**Exceptions:**

1. *Compressed gas* containers with a water volume less than 1.3 gallons (5 L) are allowed to be stored in a horizontal position.
2. Cylinders, containers and tanks containing nonflammable gases, or cylinders, containers and tanks containing nonliquefied flammable gases that have been secured to a pallet for transportation purposes.

**5304.2 Material-specific regulations.** In addition to the requirements of this section, indoor and outdoor storage of *compressed gases* shall comply with the material-specific provisions of Chapters 54, 58 and 60 through 67.

## SECTION 5305
## USE AND HANDLING OF COMPRESSED GASES

**5305.1 Compressed gas systems.** *Compressed gas* systems shall be suitable for the use intended and shall be designed by persons competent in such design. *Compressed gas* equipment, machinery and processes shall be *listed* or *approved*.

**5305.2 Controls.** *Compressed gas* system controls shall be designed to prevent materials from entering or leaving process or reaction systems at other than the intended time, rate or path. Automatic controls shall be designed to be fail safe.

**5305.3 Piping systems.** Piping, including tubing, valves, fittings and pressure regulators, shall comply with this section and Chapter 50. Piping, tubing, pressure regulators, valves and other apparatus shall be kept gas tight to prevent leakage.

**5305.4 Valves.** Valves utilized on *compressed gas* systems shall be suitable for the use intended. Access to such valves shall be provided and maintained. Valve handles or operators for required shutoff valves shall not be removed or otherwise altered to prevent access.

**5305.5 Venting.** Venting of gases shall be directed to an *approved* location. Venting shall comply with the *Mechanical Code of New York State*.

**5305.6 Upright use.** *Compressed gas* containers, cylinders and tanks, except those designed for use in a horizontal position, and all *compressed gas* containers, cylinders and tanks containing nonliquefied gases, shall be used in an upright position with the valve end up. An upright position shall include conditions where the container, cylinder or tank axis is inclined as much as 45 degrees (0.80 rad) from the vertical. Use of nonflammable liquefied gases in the inverted position where the liquid phase is used shall not be prohibited provided that the container, cylinder or tank is properly secured and the dispensing apparatus is designed for liquefied gas use.

**Exception:** *Compressed gas* containers, cylinders and tanks with a water volume less than 1.3 gallons (5 L) are allowed to be used in a horizontal position.

**5305.7 Transfer.** Transfer of gases between containers, cylinders and tanks shall be performed by qualified personnel using equipment and operating procedures in accordance with CGA P-1.

**Exception:** The fueling of vehicles with CNG or $CH_2$, conducted in accordance with Chapter 23.

**5305.8 Use of compressed gas for inflation.** Inflatable equipment, devices or balloons shall only be pressurized or filled with compressed air or inert gases.

**5305.9 Material-specific regulations.** In addition to the requirements of this section, indoor and outdoor use of *compressed gases* shall comply with the material-specific provisions of Chapters 54, 58 and 60 through 67.

**5305.10 Handling.** The handling of *compressed gas* containers, cylinders and tanks shall comply with Sections 5305.10.1 and 5305.10.2.

**5305.10.1 Carts and trucks.** Containers, cylinders and tanks shall be moved using an *approved* method. Where containers, cylinders or tanks are moved by hand cart, hand truck or other mobile device, such carts, trucks or devices shall be designed for the secure movement of containers, cylinders or tanks. Carts and trucks utilized for transport of *compressed gas* containers, cylinders and tanks within buildings shall comply with Section 5003.10. Carts and trucks utilized for transport of *compressed gas* containers, cylinders and tanks exterior to buildings shall be designed so that the containers, cylinders and tanks will be secured against dropping or otherwise striking against each other or other surfaces.

**5305.10.2 Lifting devices.** Ropes, chains or slings shall not be used to suspend *compressed gas* containers, cylinders and tanks unless provisions at time of manufacture have been made on the container, cylinder or tank for appropriate lifting attachments, such as lugs.

## SECTION 5306
## MEDICAL GASES

**5306.1 General.** Medical gases at health care-related facilities intended for patient or veterinary care shall comply with Sections 5306.2 through 5306.5 in addition to other requirements of this chapter and Section 427 of the *Building Code of New York State*.

**[NY] 5306.2 Interior supply location.** Medical gases shall be stored in areas dedicated to the storage of such gases without other storage or uses. Where containers of medical gases in quantities greater than the amount listed in Table 5306.2 are located inside buildings, they shall be in a 1-hour exterior room, a 1-hour interior room or a gas cabinet in accordance with Section 5306.2.1, 5306.2.2 or 5306.2.3, respectively. Rooms or areas where medical gases are stored or used in quantities exceeding the maximum allowable quantity per