# EXHIBIT 17

# NFPA® 17

# Standard for
# Dry Chemical
# Extinguishing Systems

## 2013 Edition



NFPA, 1 Batterymarch Park, Quincy, MA 02169-7471
An International Codes and Standards Organization

EXHIBIT

0004

## IMPORTANT NOTICES AND DISCLAIMERS CONCERNING NFPA® DOCUMENTS
## NOTICE AND DISCLAIMER OF LIABILITY CONCERNING THE USE OF NFPA DOCUMENTS

NFPA® codes, standards, recommended practices, and guides ("NFPA Documents"), of which the document contained herein is one, are developed through a consensus standards development process approved by the American National Standards Institute. This process brings together volunteers representing varied viewpoints and interests to achieve consensus on fire and other safety issues. While the NFPA administers the process and establishes rules to promote fairness in the development of consensus, it does not independently test, evaluate, or verify the accuracy of any information or the soundness of any judgments contained in NFPA Documents.

The NFPA disclaims liability for any personal injury, property or other damages of any nature whatsoever, whether special, indirect, consequential or compensatory, directly or indirectly resulting from the publication, use of, or reliance on NFPA Documents. The NFPA also makes no guaranty or warranty as to the accuracy or completeness of any information published herein.

In issuing and making NFPA Documents available, the NFPA is not undertaking to render professional or other services for or on behalf of any person or entity. Nor is the NFPA undertaking to perform any duty owed by any person or entity to someone else. Anyone using this document should rely on his or her own independent judgment or, as appropriate, seek the advice of a competent professional in determining the exercise of reasonable care in any given circumstances.

The NFPA has no power, nor does it undertake, to police or enforce compliance with the contents of NFPA Documents. Nor does the NFPA list, certify, test, or inspect products, designs, or installations for compliance with this document. Any certification or other statement of compliance with the requirements of this document shall not be attributable to the NFPA and is solely the responsibility of the certifier or maker of the statement.

### REMINDER: UPDATING OF NFPA DOCUMENTS

Users of NFPA codes, standards, recommended practices, and guides ("NFPA Documents") should be aware that NFPA Documents may be amended from time to time through the issuance of Tentative Interim Amendments or corrected by Errata. An official NFPA Document at any point in time consists of the current edition of the document together with any Tentative Interim Amendment and any Errata then in effect.

In order to determine whether an NFPA Document has been amended through the issuance of Tentative Interim Amendments or corrected by Errata, visit the Document Information Pages on NFPA's website. The Document Information Pages provide up-to-date, document specific information including any issued Tentative Interim Amendments and Errata.

To access the Document Information Page for a specific NFPA Document go to http://www.nfpa.org/document for a list of NFPA Documents, and click on the appropriate Document number (e.g., NFPA 101). In addition to posting all existing Tentative Interim Amendments and Errata, the Document Information Page also includes the option to sign-up for an "Alert" feature to receive an email notification when new updates and other information are posted regarding the document.

ISBN: 978-145590570-6 (Print)
ISBN: 978-145590616-1 (PDF)

**IMPORTANT NOTICES AND DISCLAIMERS CONCERNING NFPA® DOCUMENTS**

**ADDITIONAL NOTICES AND DISCLAIMERS**

**Updating of NFPA Documents**

Users of NFPA codes, standards, recommended practices, and guides ("NFPA Documents") should be aware that these documents may be superseded at any time by the issuance of new editions or may be amended from time to time through the issuance of Tentative Interim Amendments. An official NFPA Document at any point in time consists of the current edition of the document together with any Tentative Interim Amendments and any Errata then in effect. In order to determine whether a given document is the current edition and whether it has been amended through the issuance of Tentative Interim Amendments or corrected through the issuance of Errata, consult appropriate NFPA publications such as the National Fire Codes® Subscription Service, visit the NFPA website at www.nfpa.org, or contact the NFPA at the address listed below.

**Interpretations of NFPA Documents**

A statement, written or oral, that is not processed in accordance with Section 6 of the Regulations Governing Committee Projects shall not be considered the official position of NFPA or any of its Committees and shall not be considered to be, nor be relied upon as, a Formal Interpretation.

**Patents**

The NFPA does not take any position with respect to the validity of any patent rights referenced in, related to, or asserted in connection with an NFPA Document. The users of NFPA Documents bear the sole responsibility for determining the validity of any such patent rights, as well as the risk of infringement of such rights, and the NFPA disclaims liability for the infringement of any patent resulting from the use of or reliance on NFPA Documents.

NFPA adheres to the policy of the American National Standards Institute (ANSI) regarding the inclusion of patents in American National Standards ("the ANSI Patent Policy"), and hereby gives the following notice pursuant to that policy:

**NOTICE:** The user's attention is called to the possibility that compliance with an NFPA Document may require use of an invention covered by patent rights. NFPA takes no position as to the validity of any such patent rights or as to whether such patent rights constitute or include essential patent claims under the ANSI Patent Policy. If, in connection with the ANSI Patent Policy, a patent holder has filed a statement of willingness to grant licenses  under these rights on reasonable and nondiscriminatory terms and conditions to applicants desiring to obtain such a license, copies of such filed statements can be obtained, on request, from NFPA. For further information, contact the NFPA at the address listed below.

**Law and Regulations**

Users of NFPA Documents should consult applicable federal, state, and local laws and regulations. NFPA does not, by the publication of its codes, standards, recommended practices, and guides, intend to urge action that is not in compliance with applicable laws, and these documents may not be construed as doing so.

**Copyrights**

NFPA Documents are copyrighted. They are made available for a wide variety of both public and private uses. These include both use, by reference, in laws and regulations, and use in private self-regulation, standardization, and the promotion of safe practices and methods. By making these documents available for use and adoption by public authorities and private users, the NFPA does not waive any rights in copyright to these documents.

Use of NFPA Documents for regulatory purposes should be accomplished through adoption by reference. The term "adoption by reference" means the citing of title, edition, and publishing information only. Any deletions, additions, and changes desired by the adopting authority should be noted separately in the adopting instrument. In order to assist NFPA in following the uses made of its documents, adopting authorities are requested to notify the NFPA (Attention: Secretary, Standards Council) in writing of such use. For technical assistance and questions concerning adoption of NFPA Documents, contact NFPA at the address listed below.

**For Further Information**

All questions or other communications relating to NFPA Documents and all requests for information on NFPA procedures governing its codes and standards development process, including information on the procedures for requesting Formal Interpretations, for proposing Tentative Interim Amendments, and for proposing revisions to NFPA documents during regular revision cycles, should be sent to NFPA headquarters, addressed to the attention of the Secretary, Standards Council, NFPA, 1 Batterymarch Park, P.O. Box 9101, Quincy, MA 02269-9101; email: stds_admin@nfpa.org

For more information about NFPA, visit the NFPA website at www.nfpa.org.

Copyright © 2013 National Fire Protection Association®. All Rights Reserved.

# NFPA® 17

## Standard for

## Dry Chemical Extinguishing Systems

### 2013 Edition

This edition of NFPA 17, *Standard for Dry Chemical Extinguishing Systems*, was prepared by the Technical Committee on Dry and Wet Chemical Extinguishing Systems. It was issued by the Standards Council on November 27, 2012, with an effective date of December 17, 2012, and supersedes all previous editions.

This edition of NFPA 17 was approved as an American National Standard on December 17, 2012.

### Origin and Development of NFPA 17

The Dry Chemical Extinguishing Systems Committee was established in 1952. At that time, there was no dry chemical extinguishing system tested and listed by a testing laboratory, but by late 1954, a system was tested and listed by Underwriters Laboratories Inc. At its meeting in January 1955, the Committee prepared an outline of a standard on dry chemical extinguishing systems and, in the following year, prepared the standard that was tentatively adopted by the National Fire Protection Association on June 7, 1956. Changes to the tentative standard led to approval of the first official NFPA standard on dry chemical extinguishing systems in 1957. Further amendments were made in 1958, 1968, 1969, 1972, 1973, 1975, and 1980. The 1985 edition was a complete revision of the standard. The 1990 edition was a partial revision.

The 1998 edition of this standard was revised to clarify the requirements for protection of unclosable openings and equipment shutdown.

Changes to the 2002 edition consisted of an editorial restructuring of the standard in accordance with the *Manual of Style for NFPA Technical Committee Documents*, a specific reference for the listing of pre-engineered systems, and a simplification of the requirements for common ducts.

The 2009 edition included requirements for service technician qualifications. Definitions were coordinated with the NFPA *Glossary of Terms*.

The 2013 edition of this standard clarifies the requirements for inspection and maintenance and provides new requirements for installation acceptance.

NFPA and National Fire Protection Association are registered trademarks of the National Fire Protection Association, Quincy, Massachusetts 02169.

## Technical Committee on Dry and Wet Chemical Extinguishing Systems

**David A. de Vries,** *Chair*
Firetech Engineering Inc., IL [SE]

**Larry Angle,** M. Jacks Fire & Safety, TX [IM]
   Rep. National Association of Fire Equipment
   Distributors
**Art Black,** Carmel Fire Protection Associates, CA [E]
**Andrew Blum,** Exponent, Inc., MD [SE]
**Thomas C. Brown,** The RJA Group, Inc., MD [SE]
**Samuel S. Dannaway,** S. S. Dannaway Associates, Inc.,
HI [SE]
**Jack K. Dick,** Heiser Logistics, Inc., NY [M]
**Bradley T. Howard,** Koorsen Fire & Security, OH [IM]
**Bill Isemann,** Guardian Fire Protection Services LLC, MD
[IM]
**Edward J. Kaminski,** Clark County Fire Department,
NV [E]
**Thomas H. Kelly,** Zurich Services Corporation, MI [I]
**Doug Kline,** Nowak Supply Fire Systems, IN [IM]
   Rep. Fire Suppression Systems Association
**William Klingenmaier,** Tyco Fire Protection Products, WI
[M]
**Michael E. Luna,** Intertek Testing Services, TX [RT]
**Michael P. McGreal,** Firedyne Engineering, PC, IL [SE]
**Thomas L. McVerry III,** DunnWell, LLC, NC [IM]
**Stephen M. Micke,** Fireman's Fund Insurance Company,
CA [I]

**Michael S. Mitchell,** Boulder Fire Rescue Department,
CO [E]
**J. R. Nerat,** UTC/Badger Fire Protection, MI [M]
   Rep. NFPA Industrial Fire Protection Section
**Erik G. Olsen,** Chubb Group of Insurance Companies,
NJ [I]
**Robert B. Popa,** Farmington Fire Department, NM [E]
**Neal G. Pulvermacher,** West Bend Mutual Insurance,
WI [I]
**Frederick Sanford,** Liberty Mutual Insurance Company,
MA [I]
**Blake M. Shugarman,** UL LLC, IL [RT]
**Raymond A. Stacy,** FM Approvals, MA [I]
   Rep. FM Global
**Laurie K. Szumla,** All State Fire Equipment of WNY,
NY [M]
**William Vegso,** Buckeye Fire Equipment Company,
NC [M]
   Rep. Fire Equipment Manufacturers' Association
**J. Craig Voelkert,** Amerex Corporation, AL [M]
**Richard W. Wood,** City of Nashua Fire Rescue
Department, NH [E]
**Thomas Steven Wright,** Fisher Engineering, Inc., AZ [SE]

**Alternates**

**Richard J. Biehl,** Tyco Suppression Systems, WI [M]
   (Alt. to W. Klingenmaier)
**Mark T. Conroy,** Brooks Equipment Company, MA [M]
   (Alt. to J. K. Dick)
**Bruce J. Euler,** Buckeye Fire Equipment Company,
NC [M]
   (Alt. to W. Vegso)
**Stephen M. Hill,** The RJA Group, Inc., MD [SE]
   (Alt. to T. C. Brown)
**Kevin Holly, Jr.,** UL LLC, IL [RT]
   (Alt. to B. M. Shugarman)
**Guy L. Jones, Jr.,** Amerex Corporation, AL [M]
   (Alt. to J. C. Voelkert)
**Robert Kasiski,** FM Global, MA [I]
   (Alt. to R. A. Stacy)

**Richard T. Long, Jr.,** Exponent, Inc., MD [SE]
   (Alt. to A. Blum)
**Richard L. Lupien,** UTC/Kidde-Fenwal, Inc., MA [M]
   (Alt. to J. R. Nerat)
**Norbert W. Makowka,** National Association of Fire
Equipment Distributors, IL [IM]
   (Alt. to L. Angle)
**Scott M. Plumer,** Liberty Mutual, MA [I]
   (Alt. to F. Sanford)
**Robert V. Scholes,** Fireman's Fund Insurance Company,
CA [I]
   (Alt. to S. M. Micke)
**Steven A. Sheldon,** Fisher Engineering, Inc., AZ [SE]
   (Alt. to T. S. Wright)

**Nonvoting**

**Edward D. Leedy,** Naperville, IL
   (Member Emeritus)

**Sandra Stanek,** NFPA Staff Liaison

*This list represents the membership at the time the Committee was balloted on the final text of this edition. Since that time, changes in the membership may have occurred. A key to classifications is found at the back of the document.*

NOTE: Membership on a committee shall not in and of itself constitute an endorsement of the Association or any document developed by the committee on which the member serves.

**Committee Scope:** This Committee shall have primary responsibility for documents on the design, installation, operation, testing, maintenance, and use of dry and wet chemical extinguishing systems for fire protection.

# Contents

**Chapter 1   Administration** ................................. 17– 4
1.1     Scope ................................................... 17– 4
1.2     Purpose ............................................... 17– 4
1.3     Retroactivity ......................................... 17– 4
1.4     Equivalency ........................................... 17– 4
1.5     Units and Formulas ................................ 17– 4
1.6     Qualifications ........................................ 17– 4

**Chapter 2   Referenced Publications** ................... 17– 4
2.1     General ................................................ 17– 4
2.2     NFPA Publications ................................. 17– 4
2.3     Other Publications ................................ 17– 4
2.4     References for Extracts in Mandatory
        Sections .............................................. 17– 5

**Chapter 3   Definitions** ................................... 17– 5
3.1     General ................................................ 17– 5
3.2     NFPA Official Definitions ....................... 17– 5
3.3     General Definitions ............................... 17– 5
3.4     Systems Definitions ............................... 17– 6

**Chapter 4   Components** ................................. 17– 6
4.1     Detectors ............................................. 17– 6
4.2     Hand Hose Line and Nozzle Assembly ....... 17– 6
4.3     Nozzles ................................................ 17– 6
4.4     Operating Devices ................................. 17– 6
4.5     Pipe and Fittings ................................... 17– 7
4.6     Dry Chemical ....................................... 17– 7
4.7     Expellant Gas ....................................... 17– 7
4.8     Electrical Wiring and Equipment ............. 17– 7
4.9     Storage Containers ................................ 17– 7
4.10    Indicators ............................................ 17– 7
4.11    Assembly .............................................. 17– 7

**Chapter 5   System Requirements** ...................... 17– 8
5.1     Use and Limitations ............................... 17– 8
5.2     Multiple Systems Protecting a Common
        Hazard ................................................ 17– 8
5.3     Systems Protecting Two or More
        Hazards ............................................... 17– 8
5.4     Dry Chemical Requirements and
        Distribution .......................................... 17– 8
5.5     Special Considerations ........................... 17– 8
5.6     Personnel Safety .................................... 17– 8
5.7     Operation and Control of Systems ............ 17– 9
5.8     Dry Chemical and Expellant Gas Supply .... 17– 9
5.9     Piping ................................................. 17–10

**Chapter 6   Total Flooding Systems** ..................... 17–10
6.1     General ................................................ 17–10
6.2     Hazard Specifications ............................. 17–10

**Chapter 7   Local Application Systems** ................. 17–11
7.1     Uses .................................................... 17–11
7.2     Hazard Specifications ............................. 17–11

**Chapter 8   Hand Hose Line Systems** ................... 17–11
8.1     Separate Supplies .................................. 17–11
8.2     Location, Spacing, and Actuation ............. 17–11
8.3     Dry Chemical Requirements .................... 17–11
8.4     Training ............................................... 17–12

**Chapter 9   Pre-Engineered Systems** .................... 17–12
9.1     Uses .................................................... 17–12
9.2     Types of Systems ................................... 17–12
9.3     Commercial Kitchen Hood, Duct, and
        Cooking Appliance Systems ..................... 17–12
9.4     Manual Actuation Requirements .............. 17–12
9.5     System Annunciation Requirements ......... 17–13
9.6     System Supervision ............................... 17–13
9.7     Review and Certification ........................ 17–13
9.8     Vehicle Fueling Service Station Systems ..... 17–13
9.9     Systems for the Protection of Mobile
        Equipment ........................................... 17–13
9.10    Hand Hose Line Systems ........................ 17–14

**Chapter 10   Plans and Acceptance Tests** .............. 17–14
10.1    Specifications ....................................... 17–14
10.2    Plans ................................................... 17–14
10.3    Approval of Plans .................................. 17–14
10.4    Approval of Installations ........................ 17–14
10.5    Manual ................................................ 17–15

**Chapter 11   Inspection, Maintenance, and
             Recharging** .................................... 17–15
11.1    General Requirements ............................ 17–15
11.2    Owner's Inspection ............................... 17–15
11.3    Maintenance ........................................ 17–16
11.4    Recharging ........................................... 17–17
11.5    Hydrostatic Testing ............................... 17–17

**Annex A   Explanatory Material** ......................... 17–17

**Annex B   Informational References** ................... 17–24

**Index** ........................................................... 17–25

NFPA 17

Standard for

# Dry Chemical Extinguishing Systems

2013 Edition

*IMPORTANT NOTE: This NFPA document is made available for use subject to important notices and legal disclaimers. These notices and disclaimers appear in all publications containing this document and may be found under the heading "Important Notices and Disclaimers Concerning NFPA Documents." They can also be obtained on request from NFPA or viewed at www.nfpa.org/disclaimers.*

NOTICE: An asterisk (*) following the number or letter designating a paragraph indicates that explanatory material on the paragraph can be found in Annex A.

Changes other than editorial are indicated by a vertical rule beside the paragraph, table, or figure in which the change occurred. These rules are included as an aid to the user in identifying changes from the previous edition. Where one or more complete paragraphs have been deleted, the deletion is indicated by a bullet (•) between the paragraphs that remain.

A reference in brackets [ ] following a section or paragraph indicates material that has been extracted from another NFPA document. As an aid to the user, the complete title and edition of the source documents for extracts in mandatory sections of the document are given in Chapter 2 and those for extracts in informational sections are given in Annex B. Extracted text may be edited for consistency and style and may include the revision of internal paragraph references and other references as appropriate. Requests for interpretations or revisions of extracted text shall be sent to the technical committee responsible for the source document.

Information on referenced publications can be found in Chapter 2 and Annex B.

## Chapter 1   Administration

**1.1\* Scope.** This standard includes minimum requirements for dry chemical fire-extinguishing systems that discharge dry chemical from fixed nozzles or hand hose lines by means of expellant gas.

**1.2 Purpose.** This standard is prepared for the use and guidance of those charged with the purchasing, designing, installing, testing, inspecting, approving, listing, operating, or maintaining of dry chemical fire-extinguishing systems in order that such equipment will function as intended throughout its life.

**1.3 Retroactivity.**

**1.3.1** The provisions of this document are considered necessary to provide a reasonable level of protection from loss of life and property from fire. They reflect situations and the state of the art at the time the standard was issued.

**1.3.2** Unless otherwise noted, it is not intended that the provisions of this document be applied to facilities, equipment, structures, or installations that were existing or approved for construction or installation prior to the effective date of this document.

**1.4 Equivalency.** Nothing in this standard is intended to prevent the use of new methods or devices, provided sufficient technical data are submitted to the authority having jurisdiction to demonstrate that the new method or devices are equivalent in quality, effectiveness, durability, and safety to those prescribed by this standard.

**1.5 Units and Formulas.**

**1.5.1** When a primary value for measurement in English units as given in this standard is followed by a parenthetical equivalent value in metric units, the primary English value stated is to be regarded as the requirement.

**1.5.1.1\*** Metric units of measurement in this standard are in accordance with the modernized metric system known as the International System of Units (SI).

**1.5.1.2** The conversion procedure used for the SI units is to multiply the primary English quantity by the conversion factor and then round the result (if necessary) to the appropriate number of significant digits.

**1.6\* Qualifications.** Only trained persons shall be considered competent to design, install, and service dry chemical systems.

## Chapter 2   Referenced Publications

**2.1 General.** The documents or portions thereof listed in this chapter are referenced within this standard and shall be considered part of the requirements of this document.

**2.2 NFPA Publications.** National Fire Protection Association, 1 Batterymarch Park, Quincy, MA 02169-7471.

NFPA 30, *Flammable and Combustible Liquids Code,* 2012 edition.

NFPA 70®, *National Electrical Code®,* 2011 edition.

NFPA 72®, *National Fire Alarm and Signaling Code,* 2013 edition.

NFPA 96, *Standard for Ventilation Control and Fire Protection of Commercial Cooking Operations,* 2011 edition.

**2.3 Other Publications.**

**2.3.1 ANSI Publications.** American National Standards Institute, Inc., 25 West 43rd Street, 4th Floor, New York, NY 10036.

ANSI C-2, *National Electrical Safety Code,* 2007.

**2.3.2 ASME Publications.** American Society of Mechanical Engineers, Three Park Avenue, New York, NY 10016-5990.

*Boiler and Pressure Vessel Code,* 2010.

ANSI/ASME B31.1, *Power Piping,* 2010 edition (including B31.1a 1999 Addenda and B31.1b 2000 Addenda).

**2.3.3 ASTM Publications.** ASTM International, 100 Barr Harbor Drive, P.O. Box C700, West Conshohocken, PA 19428-2959.

ASTM A 53/A 53M, *Standard Specifications for Pipe, Steel, Black and Hot-Dipped, Zinc-Coated, Welded and Seamless,* 2010.

**2.3.4 UL Publications.** Underwriters Laboratories Inc., 333 Pfingsten Road, Northbrook, IL 60062-2096.

ANSI/UL 300, *Fire Testing of Fire Extinguishing Systems for Protection of Commercial Cooking Equipment,* 2005, Revised 2010.

ANSI/UL 1254, *Pre-Engineered Dry Chemical Extinguishing System Units,* 2010.

**2.3.5 U.S. Government Publications.** U.S. Government Printing Office, Washington, DC 20402.

Title 29, Code of Federal Regulations, Part 1910, Subpart S.

**2.3.6 Other Publications.**

*Merriam-Webster's Collegiate Dictionary,* 11th edition, Merriam-Webster, Inc., Springfield, MA, 2003.

**2.4 References for Extracts in Mandatory Sections.**

NFPA 17A, *Standard for Wet Chemical Extinguishing Systems,* 2013 edition.

NFPA 25, *Standard for the Inspection, Testing, and Maintenance of Water-Based Fire Protection Systems,* 2011 edition.

*NFPA 72®, National Fire Alarm and Signaling Code,* 2013 edition.

NFPA 122, *Standard for Fire Prevention and Control in Metal/Nonmetal Mining and Metal Mineral Processing Facilities,* 2010 edition.

NFPA 820, *Standard for Fire Protection in Wastewater Treatment and Collection Facilities,* 2012 edition.

NFPA 2001, *Standard on Clean Agent Fire Extinguishing Systems,* 2012 edition.

## Chapter 3    Definitions

**3.1 General.** The definitions contained in this chapter shall apply to the terms used in this standard. Where terms are not defined in this chapter or within another chapter, they shall be defined using their ordinarily accepted meanings within the context in which they are used. *Merriam-Webster's Collegiate Dictionary,* 11th edition, shall be the source for the ordinarily accepted meaning.

**3.2 NFPA Official Definitions.**

**3.2.1\* Approved.** Acceptable to the authority having jurisdiction.

**3.2.2\* Authority Having Jurisdiction (AHJ).** An organization, office, or individual responsible for enforcing the requirements of a code or standard, or for approving equipment, materials, an installation, or a procedure.

**3.2.3 Labeled.** Equipment or materials to which has been attached a label, symbol, or other identifying mark of an organization that is acceptable to the authority having jurisdiction and concerned with product evaluation, that maintains periodic inspection of production of labeled equipment or materials, and by whose labeling the manufacturer indicates compliance with appropriate standards or performance in a specified manner.

**3.2.4\* Listed.** Equipment, materials, or services included in a list published by an organization that is acceptable to the authority having jurisdiction and concerned with evaluation of products or services, that maintains periodic inspection of production of listed equipment or materials or periodic evaluation of services, and whose listing states that either the equipment, material, or service meets appropriate designated standards or has been tested and found suitable for a specified purpose.

**3.2.5 Shall.** Indicates a mandatory requirement.

**3.2.6 Should.** Indicates a recommendation or that which is advised but not required.

**3.2.7 Standard.** A document, the main text of which contains only mandatory provisions using the word "shall" to indicate requirements and which is in a form generally suitable for mandatory reference by another standard or code or for adoption into law. Nonmandatory provisions are not to be considered a part of the requirements of a standard and shall be located in an appendix, annex, footnote, informational note, or other means as permitted in the *Manual of Style for NFPA Technical Committee Documents.*

**3.3 General Definitions.**

**3.3.1 Auxiliary Equipment.** Listed equipment used in conjunction with the dry chemical systems, for example, to shut down power, fuel, or ventilation to the hazard being protected or to initiate signaling devices.

**3.3.2 Caking.** A phenomenon that occurs when moisture chemically reacts with a dry chemical fire-extinguishing agent. This reaction results in materials that, being hydrated by moisture, stick together to form a large agglomerate, or what is more commonly referred to as lumps.

**3.3.3\* Calculation and Design.** The process of computing, with the use of equations, graphs, or tables, the system characteristics such as flow rate, pipe size, area, or volume protected by each nozzle, nozzle pressure, and pressure drop.

**3.3.4 Clearance.** The air distance between extinguishing system equipment, including piping and nozzles, and unenclosed or uninsulated live electrical components not at ground potential. [**2001,** 2012]

**3.3.5 Discharge Nozzle.** Device from which the extinguishing agent is discharged to provide for suppression of a fire in the designated hazard. [**17A,** 2013]

**3.3.6 Duct.**

  **3.3.6.1** *Branch Duct.* The duct work that contains the exhaust air from a single hood or hazard area.

  **3.3.6.2** *Common Duct.* The duct work containing the exhaust air from two or more branch ducts.

**3.3.7 Dry Chemical.** A powder composed of very small particles, usually sodium bicarbonate–, potassium bicarbonate–, or ammonium phosphate–based, with added particulate material supplemented by special treatment to provide resistance to packing, resistance to moisture absorption (caking), and the proper flow capabilities.

  **3.3.7.1** *Multipurpose Dry Chemical.* Ammonium phosphate–based extinguishing agent that is effective on fires involving ordinary combustibles, such as wood or paper, and fires involving flammable liquids.

**3.3.8 Expellant Gas.** The medium used to discharge extinguishing agent from its container. [**17A,** 2013]

**3.3.9 Indicator.** A mechanical or electrical device that shows when an extinguishing system or a critical component of it is ready to operate or if it has already operated.

**3.3.10 Inspection.** A visual examination of a system or portion thereof to verify that it appears to be in operating condition and is free of physical damage. [**820,** 2012]

**3.3.11 Lumps.** Agglomerations of dry chemical that do not crumble into particles when dropped from a height of 4 in. (101 mm) onto a hard surface.

**3.3.12 Maintenance.** Work, including, but not limited to, repair, replacement, and service, performed to ensure that equipment operates properly.

**3.3.13 Manual.**

**3.3.13.1\* Manufacturer's Design, Installation, and Maintenance Manual.** The document referenced for the design, installation, and maintenance of the listed dry chemical extinguishing system equipment.

**3.3.13.2 Owner's Manual.** A pamphlet containing the manufacturer's recommendations for the proper inspection and operation of the extinguishing system.

**3.3.14 Operating Devices.** Mechanical, electrical, or pneumatic devices involved in the operation of a system. [17A, 2013]

**3.3.15 Operation.**

**3.3.15.1 Automatic Operation.** Operation without human intervention. [25, 2011]

**3.3.15.2 Manual Operation.** Operation of a system or its components through human action. [25, 2011]

**3.3.16 Pipe.** Circular conduit for conveying the extinguishing agent to the discharge nozzle(s). Wherever *pipe* is used in this standard, it is understood to also mean *tube*.

**3.3.17 Recharge.** The replacement of the extinguishing agent and expellant gas. [17A, 2013]

**3.3.18 Selector Valve.** A device used to direct dry chemical to the hazard being protected.

**3.3.19 Servicing.** Performing maintenance, recharging, or hydrostatic testing.

**3.3.20 Signal.** A status indication communicated by electrical or other means. [72, 2013]

**3.3.21 Trained.** A person who has undergone the instructions necessary to safely design, install, and reliably perform the maintenance and recharge service in accordance with the manufacturer's design, installation, and maintenance manual.

**3.3.22 Transport Canada (TC).** The department that has jurisdiction over design and transportation of compressed gas cylinders and cartridges in Canada.

**3.3.23 U.S. Department of Transportation (DOT).** The department that has jurisdiction over the design and transportation of compressed gas cylinders and cartridges in the United States.

**3.4 Systems Definitions.**

**3.4.1 Dry Chemical System.** A means of applying dry chemical that can be automatically or manually activated to discharge through a distribution system onto or into the protected hazard. The system includes auxiliary equipment.

**3.4.2 Engineered Systems.** Those systems requiring individual calculation and design to determine the flow rates, nozzle pressures, pipe size, area, or volume protected by each nozzle, quantities of dry chemical, number and types of nozzles, and their placement in a specific system.

**3.4.3 Hand Hose Line System.** A hose and nozzle assembly connected by fixed piping or connected directly to a supply of extinguishing agent. [122, 2010]

**3.4.4 Local Application System.** A supply of dry chemical permanently connected to fixed piping with nozzles arranged to discharge directly onto the fire.

**3.4.5\* Pre-Engineered Systems.** Those systems having predetermined flow rates, nozzle pressures, and quantities of extinguishing agent and having specific pipe size, maximum and minimum pipe lengths, flexible-hose specifications, number of fittings, and number and types of nozzles.

**3.4.6 Total Flooding System.** A supply of dry chemical permanently connected to fixed piping and nozzles that are arranged to discharge dry chemical into an enclosure surrounding the hazard.

## Chapter 4   Components

**4.1 Detectors.** Automatic detection equipment shall be capable of detecting and indicating heat, flame, smoke, combustible vapors, or an abnormal condition in the hazard that is likely to produce fire.

**4.1.1** Automatic detection equipment utilized in engineered systems shall be listed devices.

**4.1.2** Automatic detection equipment utilized in a pre-engineered system shall be included within the listing of the pre-engineered system.

**4.2 Hand Hose Line and Nozzle Assembly.**

**4.2.1\* Hose.** Hose lines on systems shall be coupled to the dry chemical supply and shall incorporate hose listed for this use.

**4.2.2 Hose Nozzle.** A hose nozzle shall be so designed that it can be handled by one person.

**4.2.2.1** A hose nozzle shall incorporate a shutoff device to control the flow of dry chemical.

**4.2.3 Hose Line Storage.** The hose shall be coiled on a hose reel or rack so that it can be readily uncoiled with a minimum of delay.

**4.2.3.1** If installed, hose line stored outdoors shall be protected against the weather.

**4.3 Nozzles.**

**4.3.1 Discharge Nozzles.** Discharge nozzles shall be listed for their intended use.

**4.3.1.1** Discharge nozzles shall be of adequate strength for use with the expected working pressures.

**4.3.1.2** Discharge nozzles shall be of brass, stainless steel, or other corrosion-resistant materials or shall be protected inside and out against corrosion.

**4.3.1.3** Discharge nozzles shall be made of noncombustible materials and shall withstand the expected fire exposure without deformation.

**4.3.1.4** Discharge nozzles shall be permanently marked for identification.

**4.3.1.5** Discharge nozzles shall be provided with blowoff caps or other suitable devices or materials to prevent the entrance of moisture, environmental contaminants, or other foreign materials into the piping.

**4.3.1.6** The protective device shall blow off, blow open, or blow out upon agent discharge.

**4.4 Operating Devices.**

**4.4.1** Operating devices shall be listed.

**4.4.1.1** All operating devices shall be designed for the service they will encounter, shall not be rendered inoperative or susceptible to accidental operation, and shall operate at least from 32°F to 120°F (0°C to 49°C).

**4.4.1.2** Operating devices shall be marked to indicate their listed minimum and maximum temperature limitations, but all devices shall operate at least from 32°F to 120°F (0°C to 49°C).

**4.4.2 Manual Actuators.**

**4.4.2.1** Manual actuators shall not require a force of more than 40 lb (178 N).

**4.4.2.2** Manual actuators shall not require movement of more than 14 in. (356 mm) to secure operation.

**4.4.2.3** All readily accessible manual operating devices on systems with fixed nozzles shall identify the hazards they protect.

**4.4.2.3.1** The operating instructions shall be permitted to include the use of pictographs and shall have lettering at least ¼ in. (6.35 mm) in height. *(See 5.7.1.7.)*

**4.4.2.4** All remote manual operating devices shall be identified as to the hazard they protect.

**4.4.3 Shutoff Devices.** Shutoff devices shall require manual resetting prior to fuel or power being restored.

**4.4.4 Valves.**

**4.4.4.1** All valves shall be listed for the intended use, particularly with regard to flow capacity and operation.

**4.4.4.2** Selector valves shall be of the quick-opening type.

**4.4.4.3** Selector valves shall allow free passage of the dry chemical.

**4.5 Pipe and Fittings.**

**4.5.1\*** **General.** Pipe and fittings shall be of noncombustible material having physical and chemical characteristics such that their integrity under stress can be predicted with reliability. The pipe, fittings, and connection joints shall withstand the maximum expected pressure in the piping system.

**4.5.1.1** Pipe and fittings shall be galvanized steel, stainless steel, copper, or brass. Special corrosion-resistant materials or coatings shall be required in severely corrosive atmospheres. Black steel pipe and fittings shall be permitted in noncorrosive atmospheres.

**4.5.1.2** For pre-engineered systems, pipe, tubing, and fitting materials shall be in accordance with the manufacturer's design, installation, and maintenance manual.

**4.5.1.3\*** For all other systems, the thickness of the piping shall be calculated in accordance with ANSI/ASME B31.1, *Power Piping*, 1998 edition.

**4.5.1.3.1** The internal pressure used for the calculation in 4.5.1.3 shall not be less than the greater of either of the following values:

(1) The normal charging pressure in the agent container at 70°F (21°C)
(2) 80 percent of the maximum pressure in the agent container at a maximum storage temperature of not less than 130°F (54°C)

**4.5.1.3.2** If higher storage temperatures are approved for a given system, the internal pressure used for the calculation shall be adjusted to the maximum pressure in the container at the higher temperature, using ANSI/ASME B31.1, *Power Piping*.

**4.5.2** Cast iron pipe and fittings; steel pipe conforming to ASTM A 53M, *Standard Specifications for Pipe, Steel, Black and Hot-Dipped, Zinc-Coated, Welded and Seamless*; aluminum pipe; or nonmetallic pipe shall not be used.

**4.5.3\*** Flexible piping (hose) shall be used only if specified in the manufacturer's design, installation, and maintenance manual.

**4.5.4\*** Other types of pipe and fittings that have been investigated and listed for this service shall be permitted to be used.

**4.6 Dry Chemical.**

**4.6.1\*** The type of dry chemical used in the system shall not be changed unless listed for that system.

**4.6.2** Systems shall be designed on the basis of the flow and extinguishing characteristics of a specific make and type of dry chemical.

**4.6.3\*** Types of dry chemical shall not be mixed.

**4.7 Expellant Gas.**

**4.7.1** Carbon dioxide used in expellant gas cartridges shall meet the following specifications:

(1) The vapor phase shall not be less than 99.5 percent carbon dioxide.
(2) The water content of the liquid phase shall not be more than 0.01 percent by weight [−30°F (−34.4°C) dew point].
(3) The oil content shall not be more than 10 ppm by weight.

**4.7.2** Nitrogen used as an expellant gas shall be standard industrial grade with a dew point of −60°F (−52.2°C) or lower.

**4.8 Electrical Wiring and Equipment.** Electrical wiring and equipment shall be installed in accordance with *NFPA 70, National Electrical Code*.

**4.9 Storage Containers.**

**4.9.1** The dry chemical containers used in dry chemical systems shall be designed to meet the requirements of the U.S. Department of Transportation (DOT) or Transport Canada (TC) if used as shipping containers under pressure.

**4.9.2\*** If not shipping containers under pressure, the dry chemical containers shall be designed, fabricated, inspected, certified, and stamped in accordance with the ASME *Boiler and Pressure Vessel Code*, "Rules for Construction of Pressure Vehicles."

**4.9.3** The design pressure shall be suitable for the maximum pressure developed at 130°F (55°C) or at the maximum controlled temperature limit.

**4.10 Indicators.** Dry chemical systems shall be provided with an indicator to show that the system is in a ready condition or is in need of recharging.

**4.11 Assembly.**

**4.11.1\*** During assembly, the piping system shall be examined internally to detect and remove contaminants or other foreign materials.

**4.11.2** All extinguishing agent storage containers shall be examined to ensure that they are fastened securely to their mounting brackets.

## Chapter 5   System Requirements

**5.1 Use and Limitations.**

**5.1.1\* Use.** The types of hazards and equipment that shall be protected using dry chemical extinguishing systems shall include the following:

(1) Flammable or combustible liquids
    **CAUTION:** Extinguishment of flammable liquid fires, especially Class I liquids (*see* NFPA 30, *Flammable and Combustible Liquids Code*), can result in a reflash unless all sources of ignition have been removed.
(2) Flammable or combustible gases
    **CAUTION:** Flammable gases present a potential explosion hazard if the flow of gas is not stopped before or during extinguishment.
(3) Combustible solids, including plastics, that melt when involved in fire
(4) Electrical hazards such as oil-filled transformers or circuit breakers
(5) Textile operations subject to flash surface fires
(6) Ordinary combustibles such as wood, paper, and cloth
(7) Restaurant and commercial hoods, ducts, and associated cooking appliance hazards such as deep-fat fryers

**5.1.2 Limitations.** Dry chemical extinguishing systems shall not be considered satisfactory protection for the following:

(1) Chemicals containing their own oxygen supply, such as cellulose nitrate
(2) Combustible metals such as sodium, potassium, magnesium, titanium, and zirconium
(3) Deep-seated or burrowing fires in ordinary combustibles where the dry chemical cannot reach the point of combustion

**5.1.2.1\*** Multipurpose dry chemical shall not be used on machinery such as carding equipment in textile operations and delicate electrical equipment.

**5.1.2.2** Before dry chemical extinguishing equipment is considered for use in protecting electronic equipment or delicate electrical relays, the effect of residual deposits of dry chemical on the performance on electronic equipment shall be evaluated.

**5.1.2.3** Dry chemical extinguishing system equipment shall be used within its listed temperature limitations.

**5.1.2.3.1** The agent storage container shall be marked to indicate the listed minimum and maximum temperature limitations of the fire suppression system equipment.

**5.1.2.3.2** The minimum temperature limitation shall be at most 32°F (0°C).

**5.1.2.3.3** The maximum temperature limitation shall be at least 120°F (48.9°C).

**5.2 Multiple Systems Protecting a Common Hazard.**

**5.2.1** Where two or more systems are used to protect a common hazard, they shall be arranged for simultaneous operation. Operation of a single actuator shall cause all systems to operate.

**5.2.2** Pre-engineered systems shall be designed in accordance with Chapter 9.

**5.3 Systems Protecting Two or More Hazards.**

**5.3.1** Where two or more hazards could be simultaneously involved in fire by reason of their proximity, the hazards shall be protected by either of the following:

(1) Individual systems installed to operate simultaneously
(2) A single system designed to protect all hazards that could be simultaneously involved

**5.3.2** Any hazard that will allow fire propagation from one area to another shall constitute a single fire hazard.

**5.4 Dry Chemical Requirements and Distribution.**

**5.4.1 General.**

**5.4.1.1\*** The following factors shall be considered in determining the amount of dry chemical required:

(1) Minimum quantity of dry chemical
(2) Minimum flow rate of dry chemical
(3) Nozzle placement limitations, including spacing, distribution, and obstructions
(4) High ventilation rates, if applicable
(5) Prevailing wind conditions, if applicable

**5.4.1.2\*** The amount of dry chemical required for pre-engineered systems and hand hose line systems shall be determined in accordance with Chapter 7.

**5.4.2 Compensation for Special Conditions.** Additional quantities of dry chemical and additional nozzles, if necessary, shall be provided to compensate for special condition(s) such as high ventilation rates or prevailing wind conditions that could adversely affect the extinguishing effectiveness of the system.

**5.5 Special Considerations.**

**5.5.1\*** Where systems protect hazards that are normally heated, the power or fuel supply to heaters shall be shut off automatically upon actuation of the extinguishing systems.

**5.5.2** Where systems protect hazards that have flowing flammable or combustible fluids or gases, the systems shall be provided with automatic means to ensure shutoff of power and fuel valves upon operation of the extinguishing systems.

**5.5.3** Where systems protect hazards that have conveyors moving flammable or combustible materials or commodities, the conveyors shall be automatically shut off upon operation of the extinguishing systems.

**5.5.4** All shutoff systems shall be fail-safe.

**5.5.5** All shutoff systems shall require manual resetting prior to restoration of the operating conditions existing before operation of the extinguishing systems.

**5.5.6** All shutoff devices shall function with the system operation.

**5.5.6.1** Expellant gas that is used to pneumatically operate shutoff devices shall be taken prior to its entry into the dry chemical containers.

**5.6\* Personnel Safety.**

**5.6.1 Safety Requirements.**

**5.6.1.1** Where total flooding and local application systems are used and there is a possibility that personnel could be exposed to a dry chemical discharge, suitable safeguards shall be provided to ensure prompt evacuation of such locations.

   **CAUTION:   Hazards to Personnel.** The discharge of large amounts of dry chemical can create hazards to personnel such as reduced visibility and temporary breathing difficulty.

**5.6.1.2** Safety procedures shall provide a means for prompt rescue of any trapped personnel.

**5.6.1.3** Safety items to be considered shall include, but not be limited to, the following:

(1) Personnel training
(2) Warning signs
(3) Predischarge alarms
(4) Discharge alarms
(5) Respiratory protection

**5.6.2 Electrical Clearances.**

**5.6.2.1** All system components shall be located to maintain no less than minimum clearances from live electrical parts.

**5.6.2.2** The following references shall be considered as the minimum electrical clearance requirements for the installation of dry chemical systems:

(1) ANSI C-2, *National Electrical Safety Code*
(2) *NFPA 70, National Electrical Code*
(3) 29 CFR 1910 S

**5.6.2.3** Where the design basic insulation level (BIL) is not available and where nominal voltage is used for the design criteria, the highest minimum clearance specified for this group shall be used.

**5.7\* Operation and Control of Systems.**

**5.7.1 Methods of Actuation.**

**5.7.1.1** Systems shall be provided with both automatic and manual means of operation.

**5.7.1.2** The automatic and manual means of mechanical system actuation, external to the control head or releasing device, shall be separate and independent of each other so that failure of one will not impair the operation of the other.

**5.7.1.3** Hand hose line systems shall not require automatic means of operation.

**5.7.1.4** Operation of any automatic or manual actuator shall be all that is required to bring about the full operation of the system.

**5.7.1.5** At least one manual actuator shall be provided for each system.

**5.7.1.6** All operating devices shall be designed, located, installed, or protected so that they are not subject to mechanical, environmental, or other conditions that could render them inoperative or cause inadvertent operation of the system.

**5.7.1.7\*** A readily accessible means for manual actuation shall be located in a path of exit or egress.

**5.7.1.7.1** Where manual actuation is used for protection of hazards other than from mobile equipment, the manual actuation device shall be installed no more than 48 in. (1200 mm) and no less than 42 in. (1067 mm) above the floor.

**5.7.1.8** Where automatic systems protect only common exhaust ducts, a remote manual actuator shall not be required.

**5.7.1.9** All remote manual actuators shall be identified as to the hazard they protect.

**5.7.1.10** Where a listed releasing mechanism is used employing a single line for mechanical detection and remote manual control, the remote manual control shall be installed in-line, prior to all detection devices, so that malfunction of one does not impede operation of the other.

**5.7.1.11** Automatic detection and system actuation shall be in accordance with this standard and the manufacturer's design, installation, and maintenance manual.

**5.7.2 Supervision.**

**5.7.2.1** Supervision of electrically or pneumatically operated automatic systems shall be provided unless specifically waived by the authority having jurisdiction.

**5.7.2.2** Pneumatic actuation piping, hose, and tubing that is not normally pressurized shall not require supervision.

**5.7.3\* Notification.** An audible or visual indicator shall be provided to show that the system has operated, that personnel response might be needed, and that the system is in need of recharge.

**5.7.4 Connection to the Alarm System.** The extinguishing system shall be connected to the fire alarm system, if provided, in accordance with the requirements of *NFPA 72, National Fire Alarm and Signaling Code,* so that the actuation of the dry chemical system will sound the fire alarm as well as provide the function of the extinguishing system.

**5.8 Dry Chemical and Expellant Gas Supply.**

**5.8.1 Quantity.** The amount of dry chemical in the system shall be at least sufficient for the largest single hazard protected or for the group of hazards that is to be protected simultaneously.

**5.8.2\* Reserve Supply.**

**5.8.2.1** Where a dry chemical system protects multiple hazards by means of selector valves, sufficient dry chemical and expellant gas shall be kept on hand for one complete recharge of the system.

**5.8.2.2** For single hazard systems, a similar supply shall be kept on hand if the importance of the hazard is such that it cannot be shut down until recharges can be procured.

**5.8.2.3** Where uninterrupted protection is required, both the main supply and the reserve supply shall be permanently connected to the distribution piping and arranged for changeover.

**5.8.2.3.1** Changeover shall be accomplished by a main/reserve selector switch or valve or other approved method.

**5.8.3 Container.** The dry chemical container and expellant gas assemblies shall be located near the hazard or hazards protected but not where they will be exposed to a fire or explosion in these hazards.

**5.8.3.1** The dry chemical container and expellant gas assemblies shall be located so as not to be subjected to severe weather conditions or to mechanical, chemical, or other damage.

**5.8.3.2** Where excessive climatic or mechanical exposures are expected, suitable enclosures or guards shall be provided.

**5.8.3.3\*** The dry chemical container and expellant gas assemblies utilizing nitrogen shall be located where the ambient temperature is normally −40°F to 120°F (−40°C to 48.9°C).

**5.8.3.4** Assemblies utilizing carbon dioxide shall be located where the ambient temperature is normally 32°F to 120°F (0°C to 48.9°C).

**5.8.3.5** If temperatures are outside the limits specified in 5.8.3.3 and 5.8.3.4, the equipment shall be listed for such temperatures, or means shall be provided for maintaining the temperatures within the ambient ranges given.

**5.8.3.6** The dry chemical container and expellant gas assemblies shall be located where they will be accessible for inspection, maintenance, and service.

**5.9 Piping.**

**5.9.1\* Arrangement and Installation of Pipe and Fittings.**

**5.9.1.1** Piping and fittings shall be installed in accordance with good commercial practices.

**5.9.1.2** All piping shall be laid out to produce the desired dry chemical flow rate at the nozzles.

**5.9.1.3** All piping shall be installed to avoid possible restrictions due to foreign matter, faulty fabrication, or improper installation.

**5.9.1.4** The piping system shall be securely supported and shall not be subject to mechanical, chemical, or other damage.

**5.9.1.5** Where explosions are possible, the piping system shall be hung from supports that are least likely to be displaced.

**5.9.1.6** Pipe shall be reamed and cleaned before assembly, and after assembly, the entire piping system shall be blown out with dry gas before nozzles or discharge devices are installed.

**5.9.1.7** Pipe thread compound or tape shall not be used.

**5.9.1.8** Pipe thread tape shall be permitted where installed in accordance with the manufacturer's design, installation, and maintenance manual.

**5.9.1.9** Where the pipe or conduit penetrates a duct or hood, the penetration shall have a liquidtight continuous external weld or be sealed by a listed device.

**5.9.2 Pipe Size and Nozzle Determination.**

**5.9.2.1** For engineered systems, pipe sizes and nozzles shall be selected, on the basis of calculations, to deliver the required dry chemical flow rate at each nozzle.

**5.9.2.2** For pre-engineered systems, pipe sizes and nozzles shall be selected in accordance with the manufacturer's listed installation and maintenance manual.

**5.9.2.3** Equations or graphs derived therefrom shall be used to determine the pressure drop in the pipeline in engineered systems.

**5.9.2.3.1** The design information of 5.9.2.3 shall be based on tests performed by the manufacturer and shall be confirmed by a testing laboratory; it is not required in pre-engineered systems.

**5.9.2.4** All discharge nozzles shall be designed and subsequently located, installed, and protected so that they are not subject to mechanical, environmental, or other conditions that could render them inoperative.

**5.9.2.5** Discharge nozzles shall be connected and supported so that they will not be readily put out of alignment.

**5.9.2.6** Where nozzles are connected directly to flexible hose, they shall be provided with mounting brackets or fixtures to ensure that they can be aligned properly and that the alignment will be maintained.

## Chapter 6   Total Flooding Systems

**6.1\* General.**

**6.1.1** A total flooding type of system shall be used only where there is a permanent enclosure surrounding the hazard that adequately enables the required concentration to be built up.

**6.1.2** The total area of unclosable openings shall not exceed 15 percent of the total area of the sides, top, and bottom of the enclosure.

**6.1.3** Where unclosable openings exceed 15 percent of the total enclosure surface area, a local application system shall be used to protect the entire hazard.

**6.1.4** Pre-engineered total flooding systems shall be permitted to protect permanent enclosures having unclosable openings greater than 15 percent only when listed for such use.

**6.1.5** Deep-seated fires involving solids subject to smoldering shall be protected by multipurpose dry chemical systems where the dry chemical can reach all surfaces involved in combustion.

**6.1.5.1** Bicarbonate-based dry chemicals shall not be used for protection against the type of fires described in 6.1.5.

**6.2 Hazard Specifications.**

**6.2.1 Enclosure.** In the design of total flooding systems, the characteristics of the enclosure shall be as specified in 6.2.1.1 through 6.2.1.4.

**6.2.1.1** The total area of unclosable openings for which no compensation is provided shall not exceed 1 percent of the total area of the sides, top, and bottom of the enclosure.

**6.2.1.2** Unclosable openings having an area in excess of 1 percent of the total enclosure area and not exceeding 5 percent shall be compensated for by the provision of additional dry chemical in accordance with 6.2.2.6.

**6.2.1.3** Unclosable openings having an area in excess of 5 percent of the total enclosure area and not exceeding 15 percent shall be screened by local application of additional dry chemical in accordance with 6.2.2.6.1.

**6.2.1.4** Pre-engineered systems shall be permitted to protect the permanent enclosures with unclosable openings using different amounts of dry chemicals from those specified in 6.2.2.6 only when listed for such use.

**6.2.2 Leakage and Ventilation.** The leakage of dry chemical from the protected space shall be minimized because the effectiveness of the flooding system depends on obtaining an extinguishing concentration of dry chemical.

**6.2.2.1** Where possible, openings such as doorways, windows, and so on, shall be arranged to close before or simultaneously with the start of the dry chemical discharge.

**6.2.2.2** Where forced-air ventilating systems are involved, they shall be either shut down or closed before or simultaneously with the start of the dry chemical discharge.

**6.2.2.3\*** The quantity of dry chemical and the flow rate shall be sufficient to create a fire-extinguishing concentration in all parts of the enclosure.

**6.2.2.4 Volume Allowances.** In calculating the net volume to be protected, allowance shall be permitted for permanently located structures that materially reduce the volume.

**6.2.2.5 Rate of Application.** In engineered systems, the minimum design rate of application shall be based on the quantity of dry chemical and the maximum time to obtain the design concentration, as described in the manufacturer's listed design and installation manual.

**6.2.2.5.1** In engineered systems, the rate of application shall be such that the design concentration in all parts of the enclosure shall be obtained within 30 seconds.

**6.2.2.6** Engineered and pre-engineered systems intended for the protection of total flooding applications that have unclosable openings with areas in excess of 1 percent of the total area of the sides, top, and bottom of the enclosure and not exceeding 5 percent shall be compensated for by the use of supplemental dry chemical in the proportion of not less than 0.5 lb/ft² (2.44 kg/m²) of unclosed opening, applied through the regular distribution system.

**6.2.2.6.1** Where the unclosable openings have areas exceeding 5 percent of the total of the sides, top, and bottom of the enclosure and not exceeding 15 percent, compensation shall be furnished by additional dry chemical in the proportion of not less than 1 lb/ft² (4.88 kg/m²) of unclosed opening, applied simultaneously by local application over the openings.

**6.2.2.6.2** Pre-engineered systems shall be permitted to protect unclosable openings using different amounts of dry chemicals from those specified in 6.2.2.6 and 6.2.2.6.1 only when listed for such use.

**6.2.2.6.3** For ventilating systems that will not be shut down, supplementary dry chemical shall be added to the protected volume through the regular distribution system.

**6.2.2.6.4** The supplementary dry chemical shall be added at the point or points of air inlet and shall be in proportion to the volume of air removal during the period of dry chemical discharge, calculated as if it were additional volume to be protected.

**6.2.2.6.5** Pre-engineered systems listed for restaurant hood and duct protection shall be permitted for use with or without shutoff of the ventilation system or closure of dampers.

## Chapter 7   Local Application Systems

**7.1\* Uses.**

**7.1.1** Local application systems shall be used for the extinguishment of fires in flammable or combustible liquids, gases, and shallow solids (e.g., paint deposits) where the hazard is not enclosed or where the enclosure does not conform to the requirements for total flooding.

**7.1.2** Where an enclosure exists and conforms to the requirements of Section 6.1, total flooding application shall be used as directed in 6.2.1.1 and 6.2.2.6.

**7.2 Hazard Specifications.**

**7.2.1\* Extent of Hazard.** The hazard shall be isolated from other hazards or combustibles so that fire will not spread outside the protected area.

**7.2.2** The entire hazard shall be protected.

**7.2.3\*** The hazard shall include all areas that are or might become coated by combustible or flammable liquids or shallow solid coatings and all associated materials or equipment that might extend fire outside or lead fire into the protected area.

**7.2.4\* Location.** The design of the system shall consider the location of the hazard, which might be indoors, partly sheltered, or completely outdoors.

**7.2.5** For flammable liquid fires, the nozzles shall be placed tankside or overhead, or a combination of tankside and overhead within the limits of the listing, and located to prevent splashing during discharge.

**7.2.6\* Coated Surfaces.** Coated surface areas shall be treated as if they were deep-layer flammable liquid areas.

**7.2.7 Duration of Discharge.** The minimum effective discharge time shall be determined by the required minimum quantity of dry chemical and the minimum application rate.

**7.2.7.1** Minimum effective discharge time for pre-engineered systems shall be determined in accordance with Chapter 9.

## Chapter 8   Hand Hose Line Systems

**8.1 Separate Supplies.**

**8.1.1** Where hand hose lines are used on a hazard that is also protected by a fixed system, separate dry chemical supplies shall be provided.

**8.1.2** If a single dry chemical supply is used for both a hand hose line system and a fixed nozzle system, the hazards protected by the two systems shall be separated so that the hand hose lines cannot be simultaneously used on the hazard protected by the fixed nozzle system.

**8.1.3** Hand hose line systems shall be permitted to supplement fixed nozzle fire protection systems or to supplement portable fire extinguishers for the protection of specific hazards for which dry chemical is a suitable extinguishing agent.

**8.1.4** Hand hose systems shall not be used as a substitute for dry chemical extinguishing systems equipped with fixed nozzles except where the hazard cannot be adequately or economically provided with fixed nozzle protection.

**8.1.5** The decision as to whether hand hose lines shall be permitted to be used for a particular hazard shall be made by the authority having jurisdiction.

**8.2 Location, Spacing, and Actuation.**

**8.2.1\* Location.** Hand hose line stations shall be placed so that they are easily accessible and shall have hose lines long enough to reach the most distant hazard that they are expected to protect.

**8.2.2 Spacing.** If multiple hose stations are used, they shall be spaced so that any area within the hazard can be covered by one or more hose lines.

**8.2.3 Actuation.** Manual actuation of the dry chemical system shall be possible at each hose line station.

**8.3 Dry Chemical Requirements.**

**8.3.1\* Rate and Duration of Discharge.** A hand hose line shall have a sufficient quantity of dry chemical to permit its effective use for a minimum of 30 seconds.

**8.3.1.1** The minimum flow rate also shall be sufficient to prevent surging and interrupted discharge.

**8.3.1.2** The value for minimum flow rate shall be confirmed by a testing laboratory.

**8.3.2 Simultaneous Use of Hose Lines.** Where simultaneous use of two or more hose lines is possible, a sufficient quantity of dry chemical shall be available to supply the maximum number of nozzles that are likely to be used at any one time for at least 30 seconds and at the appropriate flow rates.

**8.3.3\* Operation of Hose Lines.**

**8.3.3.1** The pressurizing valve shall remain in the open position during the entire fire-fighting operation.

**8.3.3.2** The hose lines shall be cleared of dry chemical immediately after use.

**8.4 Training.** All personnel who are likely to use hand hose line equipment shall be kept properly trained in its operation and in the fire-fighting techniques applicable to this equipment.

## Chapter 9   Pre-Engineered Systems

**9.1 Uses.**

**9.1.1\*** Pre-engineered systems shall be installed to protect hazards within the limitations of the listing.

**9.1.2** Fire-extinguishing systems referenced in 9.1.1 shall comply with ANSI/UL 1254, *Pre-Engineered Dry Chemical Extinguishing System Units*, or equivalent listing standard.

**9.1.3** Only system components referenced in the manufacturer's design, installation, and maintenance manual or alternative suppliers' components that are listed for use with the specific extinguishing system shall be used.

**9.2 Types of Systems.** Pre-engineered dry chemical systems shall be of the following types:

(1) Local application
(2) Total flooding
(3) Hand hose line
(4) Combination of local application and total flooding

**9.3\* Commercial Kitchen Hood, Duct, and Cooking Appliance Systems.**

**9.3.1** Dry chemical fire extinguishing systems for commercial kitchen hood, duct, and cooking appliances shall comply with ANSI/UL 300, *Fire Testing of Fire Extinguishing Systems for Protection of Commercial Cooking Equipment*, or equivalent listing standard.

**9.3.1.1** Fixed automatic dry chemical extinguishing systems shall be installed in accordance with the terms of the listing, the manufacturer's design, installation, and maintenance manual, and this standard.

**9.3.2** Each protected cooking appliance(s), individual hood(s), and branch exhaust duct(s) directly connected to the hood shall be protected by a system or systems designed and installed for simultaneous operation.

**9.3.2.1** At least one fusible link or heat detector shall be installed within each exhaust duct opening in accordance with the manufacturer's listing.

**9.3.2.2** A fusible link or heat detector shall be provided above each protected cooking appliance and in accordance with the extinguishing system manufacturer's listing.

**9.3.2.3** Fusible links or heat detectors located at or within 12 in. (305 mm) into the exhaust duct opening and above the protected appliance shall be permitted to meet the requirements of 9.3.2.2.

**9.3.3** Systems protecting two or more hoods, plenums, or both that meet the requirements of Section 5.2 shall be installed to ensure the simultaneous operation of all systems protecting the hoods, plenums, or both and associated cooking appliances located below the hoods.

**9.3.4\* Protection of Common Exhaust Duct.**

**9.3.4.1** Common exhaust ducts shall be protected by one of the following methods:

(1)\*Simultaneous operation of all independent hood, duct, and appliance protection systems
(2)\*Simultaneous operation of any hood, duct, and appliance protection system and the system(s) protecting the entire common exhaust duct

**9.3.4.1.1** A fusible link or other mechanically operated heat detection device from the common duct fire extinguishing system shall be located at each branch duct–to–common duct connection where electrical operation of the common duct fire extinguishing system does not meet the requirements of 9.6.1.

**9.3.4.1.2** Where a fusible link or mechanically operated heat detector is located at a branch duct–to–common duct connection, an access panel shall be installed in accordance with NFPA 96, *Standard for Ventilation Control and Fire Protection of Commercial Cooking Operations*, to enable servicing of the detector when the detector is not accessible from the branch duct connection to the exhaust hood.

**9.3.4.2** All sources of fuel or heat to appliances served by the common exhaust duct shall be shut down upon actuation of any protection system in accordance with 9.3.5.

**9.3.4.3** The building owner(s) or the owner's agent shall be responsible for the protection of a common exhaust duct(s) used by more than one tenant.

**9.3.4.3.1** The tenant shall be responsible for the protection of a common exhaust duct(s) serving hoods located within the tenant's space and up to the point of connection to the building owner's common exhaust duct.

**9.3.4.3.2** The tenant's common duct shall be considered a branch duct to the building owner's common duct.

**9.3.5\* Shutoff Devices.** Upon actuation of any cooking equipment fire-extinguishing system, all sources of fuel and electric power that produce heat to all equipment protected by the system shall be shut down.

**9.3.5.1** Steam supplied from an external source shall not require shutdown.

**9.3.5.2\*** Exhaust fans and dampers shall not be required to be shut down upon system actuation.

**9.3.5.3** Any gas appliance not requiring protection but located under the same ventilating equipment shall be automatically shut off upon actuation of any extinguishing system.

**9.3.5.4** Shutoff devices shall require manual resetting prior to fuel or power being restored.

**9.4 Manual Actuation Requirements.**

**9.4.1** Such mechanical means shall not rely on any of the hardware components that would be common to the automatic function of the fixed fire-extinguishing equipment.

2013 Edition

**9.4.2** The means for manual actuation shall be mechanical and shall not rely on electrical power for actuation.

**9.4.3** Electrical power shall be permitted to be used for manual actuation if a reserve power supply is provided in accordance with 9.6.1.

**9.4.4** The manual actuation means of an automatic extinguishing system shall be totally independent of the automatic means.

**9.4.5** A failure of a system component shall not impair both the automatic and the manual means of actuation.

**9.5 System Annunciation Requirements.**

**9.5.1** Upon actuation of a fixed automatic fire-extinguishing system, an audible alarm or visual indicator shall be provided to show that the system has been actuated.

**9.5.2** Where a fire alarm signaling system is serving the occupancy where the extinguishing system is located, the actuation of the fixed automatic fire-extinguishing system shall actuate the fire alarm signaling system.

**9.6 System Supervision.**

**9.6.1** Where electrical power is required to operate the fixed automatic fire-extinguishing system, the system shall be monitored by a supervisory alarm and provided with a reserve power supply.

**9.6.2** Where fixed automatic fire-extinguishing systems include automatic mechanical detection and actuation as a backup detection system, electrical power required for automatic operation shall not require monitoring or a reserve power supply.

**9.6.3** Where fixed automatic fire-extinguishing systems are interconnected or interlocked with the cooking equipment power sources so that if the fire-extinguishing system becomes inoperable due to power failure, all sources of fuel and heat to all cooking equipment serviced by that hood shall automatically shut off, and electrical power monitoring shall not be required.

**9.7 Review and Certification.**

**9.7.1** If required, complete drawings of the system installation shall be submitted to the authority having jurisdiction for review and approval.

**9.7.1.1** System drawings shall include the following:

(1) Hood(s)
(2) Exhaust duct(s)
(3) Appliances
(4) Interface of the fire-extinguishing system detectors
(5) Piping
(6) Nozzles
(7) Fuel shutoff devices
(8) Agent storage container(s)
(9) Manual actuation device(s)

**9.7.2\*** Design and installation of systems shall be performed only by persons properly trained and qualified to design and/or install the specific system being provided.

**9.7.2.1** The installer shall provide certification to the authority having jurisdiction that the installation is in complete agreement with the terms of the listing and the manufacturer's instructions and/or approved design.

**9.8\* Vehicle Fueling Service Station Systems.**

**9.8.1** Each hazard protected by two or more systems shall have these systems connected for simultaneous operation.

**9.8.2** The protected area of each hazard shall include the area within the arc scribed by the nozzle end of the hose on each vehicle fuel dispenser.

**9.8.2.1** The manufacturer of the system shall be consulted to determine the need for additional coverage under adverse wind conditions.

**9.8.3** Equipment shall be provided to shut down all vehicle fuel dispensers simultaneously upon system actuation.

**9.8.3.1** In the event of a system discharge, the hazard being protected shall not be returned to service until the system is recharged and operational.

**9.8.4** Automatic detection and actuation of the extinguishing system shall be provided.

**9.8.4.1** The manufacturer's listed installation and manufacturer's design, installation, and maintenance manual shall be consulted regarding the type and location of the detectors.

**9.8.5** A remote manual actuator or operating device shall be provided in a conspicuous and accessible location away from the vehicle fuel dispensers and protected area. *(See Section 4.4.)*

**9.8.6** All discharge nozzles shall be located so as to minimize the likelihood of damage or misalignment and within the limitations and constraints of the manufacturer's design, installation, and maintenance manual.

**9.9 Systems for the Protection of Mobile Equipment.**

**9.9.1\*** Only pre-engineered systems, including detection systems that have been listed for such use, shall be installed on mobile equipment.

**9.9.2** Compartments or areas that could be subject to fire shall be protected in accordance with the manufacturer's design, installation, and maintenance manual.

**9.9.3** Each protected compartment or area shall be provided with a listed fire detection device specified in the manufacturer's design, installation, and maintenance manual to automatically actuate the extinguishing system.

**9.9.3.1** Manual actuation only shall be permitted to be provided if acceptable to the authority having jurisdiction.

**9.9.4** Only the flexible piping (hose) and fittings specified in the manufacturer's design, installation, and maintenance manual shall be used.

**9.9.5** All discharge nozzles shall be located to minimize the likelihood of damage or misalignment and within the limitations and constraints of the manufacturer's design, installation, and maintenance manual.

**9.9.6** Location of agent containers, expellant gas cartridges or cylinders, and a manual actuator station(s) shall be appropriate to each application, protected against physical damage, and accessible.

**9.9.7** At least one easily accessible manual actuator or operating device shall be provided for use by the equipment operator.

**9.9.8**   An additional manual actuator or operating device shall be located so that it is in the path of egress and operable from ground level.

**9.9.9**   If the system is provided with a discharge delay device, both audible and visual alarms shall be provided to warn of the impending system discharge.

**9.9.10**   In the event of system discharge, the vehicle being protected shall not be returned to service until the system is recharged and operational.

**9.10  Hand Hose Line Systems.**

**9.10.1**   Dry chemical hand hose line systems shall be provided with turrets, skid-mounted hose reels, remote hose reels, or combinations thereof.

**9.10.2**   The length and size of piping and hose and the type of nozzles shall be within the limitations stated in the manufacturer's design, installation, and maintenance manual.

**9.10.3**   Differences in elevation between the dry chemical storage tank and each turret or hose reel shall be within the limitations of the manufacturer's design, installation, and maintenance manual.

**9.10.4**   If multiple cylinders are used to pressurize the dry chemical agent containers, each cylinder shall be provided with a pressure gauge and a manual means of operation.

**9.10.4.1**   Slave cylinders without manual actuators shall be permitted if at least two master cylinders with manual actuators are provided.

**9.10.4.2**   Only one manual actuator shall be required to be provided for self-contained skid-mounted systems.

**9.10.5**   Each turret and hose reel shall be provided with a shutoff nozzle or flow control valve.

**9.10.6**   An integral method shall be provided to blow out all system piping and hose reels after any use.

**9.10.7**   Turret nozzles shall be provided with caps or other suitable devices to prevent moisture or foreign materials from entering the turret or piping.

## Chapter 10   Plans and Acceptance Tests

**10.1  Specifications.**   Specifications for dry chemical extinguishing systems shall be drawn up with care under the supervision of a trained person and with the advice of the authority having jurisdiction.

**10.1.1**   The provisions of 10.1.2 through 10.1.5 shall be included in the system specifications.

**10.1.2**   The specifications shall designate the authority having jurisdiction and indicate whether plans shall be required for pre-engineered systems.

**10.1.2.1**   Plans shall be required for all engineered systems.

**10.1.3**   The specifications shall state that the installation shall conform to this standard and meet the approval of the authority having jurisdiction.

**10.1.3.1**   The specification shall indicate that only equipment that is specifically listed and compatible for use with the extinguishing system shall be used.

**10.1.3.1.1**   The specification shall indicate special auxiliary devices acceptable to the system manufacturer and the authority having jurisdiction.

**10.1.4**   The specifications shall include system acceptance tests.

**10.1.5**   The specifications shall indicate the hazard to be protected and shall include such information as physical dimensions, combustibles, air-handling equipment, heat sources, and so on.

**10.2  Plans.**   Where plans are required, they shall be prepared by qualified persons trained in the design and application of these systems.

**10.2.1**   The plans shall be drawn to an indicated scale or be suitably dimensioned and shall be reproducible.

**10.2.2**   The plans shall contain sufficient detail to enable the authority having jurisdiction to evaluate the hazard or hazards and to evaluate the effectiveness of the system.

**10.2.2.1**   The details on the hazards shall include the materials involved, the location and arrangement, and the exposure to the hazard.

**10.2.3**   The details on the system shall include sufficient information and calculations on the following:

(1) The amount of dry chemical
(2) The size, length, and arrangement of connected piping or of piping and hose
(3) The description and location of nozzles so that the adequacy of the system can be determined

**10.2.3.1**   Flow rates of nozzles used shall be provided for engineered systems.

**10.2.3.2**   Information shall be submitted pertaining to the location and function of detection devices, operating devices, auxiliary equipment, and electrical circuitry, if used.

**10.2.3.3**   Sufficient information shall be indicated to properly identify the apparatus and devices used.

**10.3  Approval of Plans.**   Where plans are required, they shall be submitted to the authority having jurisdiction for approval before work starts.

**10.3.1**   Where field conditions necessitate any substantial change from the approved plan, the corrected as-installed plans shall be submitted to the authority having jurisdiction for approval.

**10.4  Approval of Installations.**   The completed system shall be tested by a service technician as outlined in 11.1.3.

**10.4.1**   The tests shall determine that the system has been properly installed and will function as intended.

**10.4.2**   The installer shall certify that the installation has been made in accordance with the approved plans, where required, and the manufacturer's design, installation, and maintenance manual.

**10.4.2.1**   Verification shall be required that nozzles and pipe sizes are in accordance with approved plans, where required, and the manufacturer's design, installation, and maintenance manual.

**10.4.2.2**   Verification shall be required that piping supports are securely fastened.

**10.4.3**  Prior to the test required by 10.4.3.1, piping shall be physically checked for tightness.

**10.4.3.1\*** A test using nitrogen or dry air shall be performed on the piping network at a pressure not to exceed the normal operating pressure of the extinguishing system and to verify that nitrogen or dry air has discharged out of each nozzle in the system.

**10.4.3.2**  The method of verification shall be acceptable to the authority having jurisdiction.

**10.4.3.3**  Piping shall not be hydrostatically tested.

**10.4.3.4**  The labeling of devices with proper designations and instructions shall be verified.

**10.4.3.5**  Where the system is connected to a building alarm system, verification that alarm-sounding or notification devices and remote annunciation devices are functional shall be required.

**10.4.3.6**  Verification that all manual release devices (manual pull stations) are readily accessible and accurately identified shall be required.

**10.4.3.7**  Where a releasing control panel is provided, verification that it is connected to a dedicated circuit and labeled properly shall be required.

**10.4.3.8**  Where a releasing control panel is provided, verification that it is readily accessible and restricted from unauthorized personnel shall be required.

**10.4.4  System Operational Tests.** System operational tests shall be performed in accordance with the manufacturer's design, installation, and maintenance manual and shall include functional tests of the automatic detection system, the manual release devices, and shutdown devices, where provided.

**10.4.5  Return the System to Operational Condition.**

**10.4.5.1**  Verification shall be required that each extinguishing agent storage container is reconnected and the system has been returned to its fully operational condition.

**10.4.5.2**  After completion of functional testing, if the system is connected to an alarm-receiving office, the alarm-receiving office and all concerned personnel at the end user's facility shall be notified that the fire system test is complete and that the system has been returned to its fully operational condition.

**10.4.6\*** The installing contractor shall complete and sign an acceptance test report acceptable to the authority having jurisdiction.

**10.5  Manual.** The owner shall be provided with a copy of the manufacturer's design, installation, and maintenance manual or the owner's manual.

## Chapter 11   Inspection, Maintenance, and Recharging

**11.1  General Requirements.** The responsibility for inspection, testing, maintenance, and recharge of the fire protection system shall ultimately be that of the owner of the system, provided that this responsibility has not been transferred in written form to a management company, tenant, or other party.

**11.1.1**  Where dry chemical pressure containers are not attached to piping or hand hose lines, the discharge outlet shall

be provided with a protective diffusing safety cap to protect personnel from recoil and high-flow discharge in case of accidental actuation.

**11.1.1.1**  Protective caps also shall be used on empty pressure containers to protect threads.

**11.1.1.2**  Protective caps shall be provided by the manufacturer of the equipment.

**11.1.2  Storage.** Storage of charging supplies of dry chemical shall be in a constantly dry area, and the dry chemical shall be contained in metal drums or other containers that will prevent the entrance of moisture even in small quantities.

**11.1.2.1**  Prior to the dry chemical chamber being charged, the dry chemical shall be checked carefully to determine that it is in a flowing condition.

**11.1.3\*** A service technician who performs maintenance on an extinguishing system shall be trained and shall have passed a written or online test that is acceptable to the authority having jurisdiction.

**11.1.3.1**  The service technician shall possess a certification document confirming the requirements in 11.1.3 issued by the manufacturer or testing organization that is acceptable to the authority having jurisdiction.

**11.1.4\*** A service technician that has the applicable manufacturer's design, installation, and maintenance manual and service bulletins shall service the dry chemical fire-extinguishing system at intervals no more than 6 months apart as outlined in Section 11.3.

**11.1.5\*** All dry chemical extinguishing systems shall be inspected in accordance with the owner's manual and maintained and recharged in accordance with the manufacturer's design, installation, and maintenance manual and service bulletins.

**11.1.6  Recharge Agents.**

**11.1.6.1\*** Dry chemical provided for the system shall be listed for the system.

**11.1.6.1.1**  Expellant gas for stored pressure cylinders shall be standard industrial-grade nitrogen with a dew point of −60°F (−51°C) or lower (CGA nitrogen specification G10.1).

**11.1.6.1.2**  The dry chemical provided by the equipment manufacturer and the type of expellant gas specified by the equipment manufacturer shall be required to be used.

**11.1.6.1.3**  Where carbon dioxide or nitrogen is used as the expellant gas, it shall be of good commercial grade and free of water and other contaminants that might cause container corrosion.

**11.1.7**  System access for inspection or maintenance that requires opening panels in fire chases, ducts, or both shall not be permitted while any appliance(s) or equipment protected by that system is in operation.

**11.2  Owner's Inspection.**

**11.2.1**  On a monthly basis, inspection shall be conducted in accordance with the manufacturer's design, installation, and maintenance manual or the owner's manual.

**11.2.1.1**  As a minimum, inspection shall include verification of the following:

(1) The extinguishing system is in its proper location.

(2) The manual actuators are unobstructed.
(3) The tamper indicators and seals are intact.
(4) The maintenance tag or certificate is in place.
(5) The system shows no physical damage or condition that might prevent operation.
(6) The pressure gauge(s), if provided, is inspected physically or electrically to ensure it is in the operable range.
(7) The nozzle blowoff caps, where provided, are intact and undamaged.
(8) Neither the protected equipment nor the hazard has been replaced, modified, or relocated.

**11.2.2** If any deficiencies are found, appropriate corrective action shall be taken immediately.

**11.2.2.1** Where the corrective action involves maintenance, it shall be conducted by a service technician as outlined in 11.1.3.

**11.2.3** Personnel making inspections shall keep records for those extinguishing systems that were found to require corrective actions.

**11.2.4** At least monthly, the date the inspection is performed and the initials of the person performing the inspection shall be recorded. The records shall be retained until the next semiannual maintenance.

## 11.3 Maintenance.

**11.3.1\*** At least semiannually and after any system activation, maintenance shall be conducted in accordance with the manufacturer's design, installation, and maintenance manual.

**11.3.1.1** As a minimum, such maintenance shall include the following:

(1) A check to see that the hazard has not changed
(2) An examination of all detectors, expellant gas container(s), agent container(s), releasing devices, piping, hose assemblies, nozzles, signals, and all auxiliary equipment
(3)\*Verification that the agent distribution piping is not obstructed
(4) Examination of the dry chemical (If there is evidence of caking, the dry chemical shall be discarded and the system shall be recharged in accordance with the manufacturer's instructions.)

**11.3.1.2** Dry chemical in stored pressure systems shall not require semiannual examination but shall be examined at least every 6 years.

**11.3.1.2.1\*** Dry chemical containers that pass the applicable 6-year requirement of 11.3.1.2 shall have the maintenance information recorded on a durable weatherproof label that is a minimum size of 2 in. × 3½ in. (51 mm × 89 mm).

**11.3.1.2.2** The new label shall be affixed to the container by a heatless process, and any old labels shall be removed.

**11.3.1.2.3** These labels shall be of the type that self-destructs when their removal from a dry chemical container is attempted.

**11.3.1.2.4** The label shall include the following information:

(1) Month and year the maintenance was performed, indicated by a perforation such as done by a hand punch
(2) Name or initials of the person performing the maintenance and the name of the agency performing the maintenance

**11.3.1.2.5\*** Each system container that has undergone maintenance that includes internal examination or has been recharged shall have a verification-of-service collar located around the neck of the container.

**11.3.1.2.6** The collar shall not interfere with the operation of the system container discharge valve.

**11.3.1.2.7** The collar shall include the following information:

(1) Month and year the service was performed, indicated by a perforation such as done by a hand punch
(2) Name of the agency performing the maintenance or recharge

**11.3.1.2.8** Cartridge- or cylinder-operated dry chemical system containers shall not be required to comply with 11.3.1.2.1 through 11.3.1.2.7.

**11.3.1.3** Where maintenance of any dry chemical containers reveals conditions such as, but not limited to, corrosion or pitting in excess of the manufacturer's limits; structural damage; fire damage; or repairs by soldering, welding, or brazing, the affected container shall be replaced or hydrostatically tested in accordance with the recommendations of the manufacturer or the listing agency; hydrostatic testing of dry chemical containers shall be in accordance with Section 11.5.

**11.3.1.3.1** Where maintenance of any dry chemical system components reveals conditions such as, but not limited to, corrosion or pitting in excess of the manufacturer's limits, structural damage, or fire damage, the affected part(s) shall be replaced.

**11.3.1.4\*** All dry chemical systems shall be tested, which shall include the operation of the detection system, signals, and releasing devices, including manual stations and other associated equipment.

**11.3.1.5** Where the maintenance of the system(s) reveals defective parts that could cause an impairment or failure of proper operation of the system(s), the defective parts shall be replaced or repaired in accordance with the manufacturer's instructions.

**11.3.1.5.1** Until such repairs are accomplished, the system(s) shall be tagged as noncompliant, and the owner or owner's representative responsible for the system and the authority having jurisdiction shall be notified of the impairment.

**11.3.1.5.2** When all repairs have been accomplished and the system has been restored to its full operating condition, all previously notified parties shall be informed that the system is in its full operating condition.

**11.3.1.6\*** Pressure regulators shall be operationally checked at least annually to ensure they meet the equipment manufacturer's recommended static outlet pressure and minimum flow rate tolerances.

**11.3.1.6.1** Defective regulator(s) shall not be adjusted but shall be replaced or sent to a factory-authorized regulator rebuilding facility for repair.

**11.3.1.7\*** Auxiliary pressure cylinders that incorporate hand-operable valves shall have their pressure checked at least annually with a device to verify the cylinder pressure meets the equipment manufacturer's tolerance specifications.

**11.3.1.8** The maintenance report, including any recommendations, shall be filed with the owner or with the owner's representative.

**11.3.1.8.1**   The owner or owner's representative shall retain all maintenance reports for a period of 1 year after the next maintenance of that type required by this standard.

**11.3.1.9**   The maintenance report, including any recommendations, shall be filed with the owner or with the designated party responsible for the system.

**11.3.1.10\***   Each dry chemical system shall have a tag or label indicating the month and year the maintenance is performed and identifying the person performing the service; only the current tag or label shall remain in place.

**11.3.2\***   Fixed temperature-sensing elements of the fusible metal alloy type shall be replaced at least semiannually from the date of installation.

**11.3.2.1**   Upon removal of the fusible metal alloy temperature-sensing elements, the links shall be destroyed.

**11.3.2.2**   The year of manufacture and the date of installation of the fixed temperature-sensing element shall be marked on the system inspection tag.

**11.3.2.3**   The tag shall be signed or initialed by the installer.

**11.3.3\***   Heat detectors other than metal alloy–type fusible links shall be permitted to remain continuously in service, provided they are inspected, cleaned, and tested, or replaced if necessary in accordance with *NFPA 72, National Fire Alarm and Signaling Code,* and the manufacturer's instructions at least semiannually or sooner depending on operating conditions.

**11.3.3.1**   At a minimum, maintenance for restorable-type heat detectors shall include the following:

(1) A visual inspection to determine that there is no damage to the detector or buildup of foreign debris
(2) An operational/functional test in accordance with the detector manufacturer's testing instructions
(3) A calibration verification test if applicable, in accordance with the detector manufacturer's instructions

**11.3.3.2**   Nonrestorable heat detectors shall be functionally tested in accordance with the manufacturer's instructions.

**11.3.3.3**   Heat detectors and all associated wiring that show signs of fire damage shall be tested in accordance with the manufacturer's instructions and replaced if necessary.

**11.4   Recharging.**

**11.4.1**   All extinguishing systems shall be recharged after use or as indicated by an inspection or a maintenance check.

**11.4.2**   Systems shall be recharged in accordance with the manufacturer's design, installation, and maintenance manual.

**11.5   Hydrostatic Testing.**   Hydrostatic testing shall be performed by persons trained in pressure-testing procedures and safeguards and having available suitable testing equipment, facilities, and an appropriate service manual(s).

**11.5.1\***   The following parts of dry chemical extinguishing systems shall be subjected to a hydrostatic pressure test at intervals not exceeding 12 years:

(1) Dry chemical containers
(2) Auxiliary pressure containers
(3) Hose assemblies

*Exception No. 1:   Dry chemical containers that are part of extinguishing systems having an agent capacity exceeding 150 lb (68 kg).*

*Exception No. 2:   Auxiliary pressure containers not exceeding 2 in. (0.05 m) outside diameter and less than 2 ft (0.6 m) in length.*

*Exception No. 3:   Auxiliary pressure containers bearing the DOT "3E" marking.*

**11.5.2**   Dry chemical containers, auxiliary pressure containers, and hose assemblies shall be subjected to a hydrostatic test pressure equal to the marked factory test pressure or the test pressure specified in the manufacturer's design, installation, and maintenance manual.

**11.5.2.1**   No leakage, rupture, or movement of hose couplings shall be permitted.

**11.5.2.2**   The pressure in a hydrostatic test of a cylinder shall be maintained for a minimum of 30 seconds but for no less time than is required for complete expansion of the cylinder and to complete the visual examination of the cylinder.

**11.5.2.3\***   Prior to being refilled or transported, in accordance with DOT or TC requirements, containers bearing DOT or TC markings shall be retested or replaced in accordance with the appropriate DOT or TC requirements.

**11.5.3**   Dry chemical agent removed from the containers prior to hydrostatic testing shall be discarded.

**11.5.4**   Care shall be taken to ensure that all tested equipment is thoroughly dried prior to reuse.

**11.5.5**   To protect the hazard during hydrostatic testing, if there is no connected reserve, alternative protection acceptable to the authority having jurisdiction shall be provided.

## Annex A   Explanatory Material

*Annex A is not a part of the requirements of this NFPA document but is included for informational purposes only. This annex contains explanatory material, numbered to correspond with the applicable text paragraphs.*

**A.1.1**   The dry chemical systems described in this standard are designed to discharge dry chemical from fixed nozzles and piping or from hose lines by means of an expellant gas. The intent of the standard is to present the design considerations applicable to these systems. It contains only the essential requirements and recommendations needed to make the standard workable in the hands of those skilled in this field.

Because the flow of dry chemical (solid particles suspended in a gaseous medium) does not follow general hydraulic theories, most of the flow principles have been determined experimentally. The dry chemicals produced by various manufacturers usually are not identical in all characteristics, and each manufacturer designs equipment for use with a specific dry chemical. System design principles applicable to the products of one manufacturer are not applicable to the products of another manufacturer. As a result, it is not practical to include system design details as a part of this standard.

It is now generally accepted that the flame-extinguishing properties of dry chemicals are due to the interaction of the particles, which stops the chain reaction that takes place in flame combustion. Dry chemicals vary in their flame-extinguishing effectiveness. Multipurpose dry chemical owes its effectiveness in extinguishing fires involving ordinary combustibles, such as wood and paper, to the formation of a glow-retarding coating over the combustible material. For additional information on dry chemicals and their extinguishing characteristics, see A.4.6.1.

Portable dry chemical equipment is covered in NFPA 10, *Standard for Portable Fire Extinguishers.*

**A.1.5.1.1** See IEEE/ASTM SI 10, *Standard for Use of the International System of Units (SI): The Modern Metric System.*

**A.1.6** Although training and qualification might be available elsewhere, it is recommended that such training and qualification be performed by the manufacturer of the equipment being installed or serviced or by the manufacturer's agent.

It might be necessary for many of those charged with purchasing, inspecting, testing, approving, operating, and maintaining this equipment to consult an experienced fire protection engineer competent in this field in order to discharge their respective duties effectively.

**A.3.2.1 Approved.** The National Fire Protection Association does not approve, inspect, or certify any installations, procedures, equipment, or materials; nor does it approve or evaluate testing laboratories. In determining the acceptability of installations, procedures, equipment, or materials, the authority having jurisdiction may base acceptance on compliance with NFPA or other appropriate standards. In the absence of such standards, said authority may require evidence of proper installation, procedure, or use. The authority having jurisdiction may also refer to the listings or labeling practices of an organization that is concerned with product evaluations and is thus in a position to determine compliance with appropriate standards for the current production of listed items.

**A.3.2.2 Authority Having Jurisdiction (AHJ).** The phrase "authority having jurisdiction," or its acronym AHJ, is used in NFPA documents in a broad manner, since jurisdictions and approval agencies vary, as do their responsibilities. Where public safety is primary, the authority having jurisdiction may be a federal, state, local, or other regional department or individual such as a fire chief; fire marshal; chief of a fire prevention bureau, labor department, or health department; building official; electrical inspector; or others having statutory authority. For insurance purposes, an insurance inspection department, rating bureau, or other insurance company representative may be the authority having jurisdiction. In many circumstances, the property owner or his or her designated agent assumes the role of the authority having jurisdiction; at government installations, the commanding officer or departmental official may be the authority having jurisdiction.

**A.3.2.4 Listed.** The means for identifying listed equipment may vary for each organization concerned with product evaluation; some organizations do not recognize equipment as listed unless it is also labeled. The authority having jurisdiction should utilize the system employed by the listing organization to identify a listed product.

**A.3.3.3 Calculation and Design.** This information is not required for listed pre-engineered systems because these systems must be installed in accordance with their pretested limitations described in the manufacturer's design, installation, and maintenance manual.

**A.3.3.13.1 Manufacturer's Design, Installation, and Maintenance Manual.** This document contains a description of the hazards that can be protected, as well as the limitations of the dry chemical extinguishing system. It also requires that the dry chemical extinguishing system be designed, installed, inspected, maintained, and serviced in accordance with NFPA 17.

**A.3.4.5 Pre-Engineered Systems.** Pre-engineered systems should be listed by a testing laboratory. The maximum and minimum pipe lengths and the number of fittings should be permitted to be expressed in equivalent feet (meters) of pipe. The hazards protected by these systems should be limited as to type and size based on actual fire tests. Limitations on hazards that are permitted to be protected by these systems are contained in the manufacturer's design, installation, and maintenance manual that is part of the listing of the system.

**A.4.2.1** Normally, identifying markings on the hose indicate the acceptability of the hose for this purpose.

**A.4.5.1** Piping should be installed in accordance with good commercial practice. Care should be taken to avoid possible restrictions due to foreign matter, faulty fabrication, or improper installation.

The piping system should be securely supported with due allowance for agent thrust forces and thermal expansion and contraction and should not be subjected to mechanical, chemical, vibration, or other damage. ANSI/ASME B31.1, *Power Piping*, should be consulted for guidance on this matter. Where explosions are likely, the piping should be attached to supports that are least likely to be displaced.

Although dry chemical piping systems are not subjected to continuous pressurization, provisions should be made to ensure that the type of piping installed can withstand the maximum stress at maximum storage temperatures.

**A.4.5.1.3** In performing the calculation, the guidelines provided in the FSSA publication *Pipe Design Handbook for Use with Special Hazard Fire Suppression Systems* should be consulted.

**A.4.5.3** The piping for a dry chemical system embodies distinctive features necessitated by the characteristics of the agent. The use of flexible piping or hose in a dry chemical system introduces a number of factors to be considered that do not normally affect rigid piping. The most important of these is the nature of any changes of direction. The minimum radius of curvature for any flexible hose to be used in a dry chemical system is usually shown in the listing information for a particular system. Other areas of concern for listing that are evaluated in the test are resistance to the effects of vibration, flexure, tension, torsion, temperature, flame, compression, and bending. It is also necessary for the hose to have the strength to contain the dry chemical during discharge and to be made of materials that will be resistant to atmospheric corrosion.

**A.4.5.4** The use of such pipe and fittings should consider the following factors:

(1) Pressure rating
(2) Corrosion (chemical and electrolytic)
(3) Methods of joining
(4) Resistance to fire exposure and rapid temperature changes
(5) Flow characteristics

**A.4.6.1** A dry chemical extinguishing agent is a finely divided powdered material that has been specially treated to be water repellent and capable of being fluidized and free-flowing so that it can be discharged through hose lines and piping when under expellant gas pressure. Dry chemicals currently in use are described briefly as follows.

*Sodium Bicarbonate–Based Dry Chemical.* This agent consists primarily of sodium bicarbonate ($NaHCO_3$) and is suitable for use on all types of flammable liquid and gas fires (Class B) and for fires involving energized electrical equipment (Class C).

It is particularly effective on fires in common cooking oils and fats. In combination with these materials, the sodium bicarbonate–based agent reacts to form a type of soap

(saponification) that floats on a liquid surface, such as in deep-fat fryers, and effectively prevents re-ignition of the grease.

Sodium bicarbonate–based dry chemical is not generally recommended for the extinguishment of fires in ordinary combustibles (Class A), although it can have a transitory effect in extinguishing surface flaming of such materials.

*Dry Chemicals Based on the Salts of Potassium.* Commercially available agents are essentially potassium bicarbonate (KHCO₃), potassium chloride (KCl), and urea-based potassium bicarbonate (KC₂N₂H₃O₃). All three agents are suitable for use on all types of flammable liquid and gas fires (Class B) and also for fires involving energized electrical equipment (Class C).

It is generally recognized that salts of potassium are more effective in terms of chemical extinguishment mechanisms than sodium salts in extinguishing Class B fires, except those in deep-fat fryers and other cooking equipment.

Dry chemicals based on the salts of potassium are not generally recommended for the extinguishment of fires in ordinary combustibles (Class A), although they can have a transitory effect in extinguishing surface flaming of such materials.

*Multipurpose Dry Chemical.* This agent has as its base monoammonium phosphate (NH₄H₂PO₄) and is similar to the other dry chemicals in its effect on Class B and Class C fires. However, it does not possess a saponification characteristic and should not be used on fires in deep-fat fryers. Unlike the other dry chemicals, it does have a considerable extinguishing effect on Class A materials. The agent, when heated, decomposes to form a molten residue that will adhere to heated surfaces. On combustible solid surfaces (Class A), this characteristic excludes the oxygen necessary for propagation of the fire.

*Foam-Compatible Dry Chemicals.* When or where foam dry chemical systems are used or proposed for the protection of a hazard, the manufacturer should be consulted as to the compatibility of the agents.

**A.4.6.3**   Mixtures of certain dry chemicals can generate dangerous pressures and form lumps.

**A.4.9.2**   Independent inspection and certification are recommended.

**A.4.11.1**   Contaminants and foreign materials can affect the extinguishing agent distribution due to a reduction in the effective nozzle orifice area.

**A.5.1.1**   Gas fires normally should not be extinguished unless the source of burning gas can be shut off, because an explosive mixture can be formed with air that, if ignited, can cause greater damage than the original fire.

Factors that determine whether the gas fire should be extinguished prior to shutting off the gas supply are as follows:

(1) *Accessibility of Gas Shutoff Valves.* Where water hose streams are not available, it might be necessary to extinguish the fire in order to reach the shutoff valves.
(2) *Proximity of Other Flammable or Combustible Materials.* If ignition of these materials could result in a more hazardous condition, the fire might have to be extinguished prior to gas shutoff.
(3) *Personnel Rescue.* Dry chemical should be applied at flow rates and discharge patterns that will be effective. Gas line flange, line rupture, or impinging fires might need special flow rates and discharge patterns.

**A.5.1.2.1**   Dry chemical, when discharged, will drift from the immediate discharge area and settle on surrounding surfaces.

Prompt cleanup will minimize possible staining or corrosion of certain materials that can take place in the presence of moisture.

Monoammonium phosphate and potassium chloride are slightly acidic and, in the presence of moisture, can corrode metals such as steel, cast iron, and aluminum.

Potassium bicarbonate, sodium bicarbonate, and urea-based potassium bicarbonate are slightly basic and, in the presence of moisture, can corrode metals such as aluminum, aluminum brass, aluminum bronze, and titanium.

Such corrosion will vary from a dull or tarnished finish to mild surface corrosion. Corrosion should not be of concern if the dry chemical is promptly cleaned up. For the most part, these dry chemical agents can be readily cleaned up by wiping, vacuuming, or washing the exposed materials. A monoammonium phosphate–based agent will need some scraping and washing if the exposed surfaces were hot when the agent was applied.

Upon exposure to temperatures in excess of 250°F (121°C) or relative humidity in excess of 50 percent, deposits will be formed that can be corrosive, conductive, and difficult to remove.

**A.5.4.1.1**   The limiting specifications for a dry chemical system are a function of the flow characteristics of the particular dry chemical and the equipment used by the manufacturer of the system. Therefore, it is not possible to specify in this standard the exact values for the quantity needed, rate of flow needed, or nozzle distribution. The considerations provided in this standard point out the important features that should be made available to the purchaser, inspector, or other authorities charged with the examination and evaluation of the system. These data should be established by investigation and tests confirmed by a testing laboratory.

**A.5.4.1.2**   In pre-engineered systems, the factors in 5.4.1.1(1) through 5.4.1.1(3) are established for specific volume and other conditions given in the manufacturer's design, installation, and maintenance manual.

**A.5.5.1**   Examples of these hazards are wax tanks and, in a kitchen, deep-fat fryers, charbroilers, upright broilers, griddles, and ranges.

**A.5.6**   Dry chemical extinguishing agents are considered nontoxic from a physiological point of view. However, as with any finely divided material, they can produce mild irritation effects, especially when used in an enclosed area. In general, the effects are neither serious nor permanent.

For more specific guidance on individual dry chemical extinguishing agent components and their hazards to personnel (threshold limit values), consult the dry chemical manufacturer.

**A.5.7**   See *NFPA 72, National Fire Alarm and Signaling Code,* for detection, alarm, and control functions for dry chemical extinguishing systems.

**A.5.7.1.7**   Common exhaust ducts normally are located in concealed areas such that the need for manual discharge of the system might not be readily apparent. It is recommended that the number and location of remote controls, if any, be given careful consideration.

**A.5.7.3**   If only local alarms are provided, consideration should be given to transmitting these alarms to a constantly attended location.

**A.5.8.2**   A fully charged reserve unit permanently connected to the system is desirable and can be required by the authority having jurisdiction.

**A.5.8.3.3**  Listed systems for use at higher temperatures up to 210°F (99°C) or lower temperatures down to −65°F (−54°C) are available from most system manufacturers. Special systems can be specially designed for extreme temperature conditions.

**A.5.9.1**  The following material provides some of the necessary considerations that must be incorporated when piping a mixture of dry chemical and expellant gas. The flow of the mixture of dry chemical and gas does not strictly follow general hydraulic principles, because it is a two-phase flow. The flow characteristics are dependent upon the composition and physical characteristics of the type and make of the dry chemical being used, the type of expellant gas being used, and the design of the equipment being used.

Pre-engineered systems do not need calculations for flow rate, pressure drop, and nozzle pressure, since they have been tested for fire extinguishment with minimum and maximum piping limitations, including length of pipe and number and type of elbows, and minimum and maximum temperature limitations. These limitations have been verified by testing laboratories and are published in the manufacturer's installation manual.

Engineered systems are calculated to show that the proper flow rate and nozzle pressure are obtained using the pressure drop occurring in the piping layout. The necessary charts, graphs, and nozzle pattern information must be obtained from the equipment manufacturer and verified by testing laboratories.

Changes in direction of flow cause separation of expellant gas and dry chemical. To provide proper distribution of dry chemical upon splitting the stream, special attention must be given to the method in which an approach is made to a tee after a change in direction. Certain acceptable methods are shown in Figure A.5.9.1(a) and Figure A.5.9.1(b). Other methods and equipment can be recognized by a testing laboratory in its listings.



**FIGURE A.5.9.1(a)   Illustrations of Acceptable Means of Piping into a Tee in a Dry Chemical System.**



**FIGURE A.5.9.1(b)   Venturi Assembly.**

**A.6.1**  Consideration should be given to the elimination of probable sources of re-ignition because the extinguishing action of a dry chemical flooding system is transient.

**A.6.2.2.3**  For fires in ordinary combustibles where multipurpose dry chemical should be used for protection, additional dry chemical applied by local application can be needed in order to adequately protect all exposed surfaces.

**A.7.1**  Examples of hazards that can be successfully protected by local application systems include dip tanks, quenching oil tanks, spray booths, oil-filled electrical transformers, vapor vents, and deep-fat fryers.

**A.7.2.1**  Protection of the entire hazard can require the combined use of local application and total flooding systems.

**A.7.2.3**  Examples of areas include areas subject to spillage, leakage, dripping, splashing, or condensation. Examples of associated materials include freshly coated stock, drainboards, hoods, and ducts.

**A.7.2.4   CAUTION.**  Consideration should be given to the effects of wind or other stray air currents on the dry chemical discharge.

**A.7.2.6**  Coated surface areas are treated as if they were deep-layer flammable liquid areas because no distinction has been made in this standard.

**A.8.2.1**  In general, hand hose line stations should be located so that they are not exposed to the hazard.

**A.8.3.1**  An unusually low flow rate will cause the dry chemical to separate from the expellant gas while in the pipe, hose, or both, resulting in uneven flow from the nozzle.

**A.8.3.3**  Operation of hand hose line systems depends on manual actuation and manipulation of a discharge nozzle. Speed and simplicity of operation are essential.

**A.9.1.1**  Pre-engineered systems can have special limitations, flow rates, and methods of application that differ from the requirements specified in Chapters 4 through 8 of this standard.

**A.9.3**  This section has been retained in the event that a new dry chemical system is compliant with the listing standard.

**A.9.3.4**  One example of each acceptable method for the protection of common exhaust ducts is presented in the figures in A.9.3.4.1(1) and A.9.3.4.1(2). These figures are not intended to be all-inclusive. For additional guidance, consult the system manufacturer.

**A.9.3.4.1(1)** Separate cooking appliance, hood, and branch duct systems are interconnected so that they operate simultaneously.

Scenario: A fire is detected by System A. System A, protecting cooking appliances, a hood, and a branch duct, is operated. Simultaneously, Systems B, C, D, and E are also actuated. Shutdown of all appliances is in accordance with 9.3.5. [See Figure A.9.3.4.1(1).]



FIGURE A.9.3.4.1(1)   Simultaneous Operation of All Systems.

**A.9.3.4.1(2)** Separate cooking appliances, the hood or branch duct system, and the system protecting the entire common exhaust duct operate simultaneously.

Scenario (a): System 1 protecting the entire common exhaust duct is separate from Systems A, B, C, D, and E. A fire is detected in System A. System A and System 1 are operated simultaneously. Shutdown of all appliances protected by Systems A, B, C, D, and E is in accordance with 9.3.5. [See Figure A.9.3.4.1(2)(a).]



FIGURE A.9.3.4.1(2)(a)   Simultaneous Operation of a Single Cooking Appliance, Hood, or Branch Duct System and the System Protecting the Common Duct.

Scenario (b): System E also provides protection for the entire common exhaust duct. A fire is detected in System C. System C and System E operate simultaneously. Shutdown of all appliances protected by Systems A, B, C, D, and E is in accordance with 9.3.5. [See Figure A.9.3.4.1(2)(b).]

Scenario (c): System E also provides protection for the entire common exhaust duct. A fire detected in System E will result in the actuation of System E only. Shutdown of all appliances protected by Systems A, B, C, D, and E is in accordance with 9.3.5. [See Figure A.9.3.4.1(2)(c).]



FIGURE A.9.3.4.1(2)(b)   Simultaneous Operation of Two Systems in Which One Also Provides Common Duct Protection.



FIGURE A.9.3.4.1(2)(c)   Independent Operation of a System That Protects a Hood and the Common Duct.

**A.9.3.5** Exhaust fans do not need to be shut down or to have dampers closed upon system actuation, since the systems have been tested under both zero and high-velocity flow conditions.

**A.9.3.5.2** The fire-extinguishing systems have been tested under both zero and high velocity; therefore, the exhaust fans and dampers need not shut down upon actuation of the fire-extinguishing systems.

**A.9.7.2** It is recommended that system design and installation personnel be certified in accordance with the manufacturer's requirements. It is standard industry practice to provide expiration dates on training certificates.

**A.9.8** Suitable means should be provided to contain a fuel spill within the protected area. See NFPA 30, *Flammable and Combustible Liquids Code.*

**A.9.9.1** For information on mobile surface mining equipment, see NFPA 120, *Standard for Fire Prevention and Control in Coal Mines.* For information on mobile mining equipment, see NFPA 122, *Standard for Fire Prevention and Control in Metal/ Nonmetal Mining and Metal Mineral Processing Facilities.*

**A.10.4.3.1** The test is intended to verify that flow is continuous and that the piping and nozzles are reasonably unobstructed. The nitrogen or dry air should be introduced into

the piping network at the extinguishing agent container connection using a test cylinder or other suitable source. The quantity of nitrogen or dry air used for this test should be sufficient to verify that each nozzle is unobstructed. Nozzle flow should be verified at each discharge nozzle.

**A.10.4.6**  Figure A.10.4.6 is an example of an acceptance test report.

**A.11.1.3**  A reasonable program for qualification of service technicians is for an individual to pass a written or online examination. The test should contain a reasonable number of questions to challenge the individual's knowledge of the subject matter.

**A.11.1.4**  It is recommended that system maintenance personnel be certified as outlined in 11.1.3. It is standard industry practice to provide expiration dates on certificates.

**A.11.1.5**  Manufacturers of fire suppression system equipment should make available the manufacturer's design, installation, and maintenance manual and product safety bulletins to the authority having jurisdiction upon request.

**A.11.1.6.1**  The characteristics of the system should be dependent on the composition of the dry chemical and the type of expellant gas, as well as other factors.

**A.11.3.1**  Regular service contracts are recommended.

**A.11.3.1.1(3)**  The following methods can be used for verifying that the piping is not obstructed:

(1) Disassembly of all piping
(2) Purging of piping with nitrogen or dry air
(3) Utilizing methods recommended by the manufacturer

**A.11.3.1.2.1**  In addition to the required tag or label, a permanent file record should be kept for each fire extinguisher. This file record should include the following information, as applicable:

(1) Maintenance date and the name of the person and the agency performing the maintenance
(2) Date of the last recharge and the name of the person and the agency performing the recharge
(3) Hydrostatic retest date and the name of the person and the agency performing the hydrostatic test
(4) Description of dents remaining after passing of the hydrostatic test
(5) Date of the 6-year maintenance for stored-pressure dry chemical and halogenated agent types *(See 7.3.1.2.2 of NFPA 10.)*

It is recognized that an electronic bar coding system is often acceptable to the authority having jurisdiction in lieu of a tag or label for maintenance record keeping.

Under special circumstances or when local requirements are in effect, additional information can be desirable or required. [10: A.7.3.3]

**A.11.3.1.2.5**  A number of states have regulations requiring an internal marking of an extinguisher that is used to determine whether the extinguisher has been depressurized, the valve has been removed, and a complete maintenance has been performed. The verification-of-service collar design also requires that the valve be removed before the collar can be attached to the extinguisher. The collar provides the authorities having jurisdiction with a more convenient visual proof that the extinguisher has been disassembled and that maintenance has been performed.

This standard does not specifically require a verification-of-service collar when a hydrostatic test is performed on a fire extinguisher cylinder. All extinguishers are to have the valve removed for hydrostatic testing and are to be subsequently recharged before they are returned to service. To be valid, the date on the verification-of-service collar should always be the same as or more recent than the date on the hydrostatic test label.

Figure A.11.3.1.2.5 provides a guide to the design of a verification-of-service collar. [10: A.7.10]

**A.11.3.1.4**  A discharge of the dry chemical should not be part of this test.

**A.11.3.1.6**  Defective pressure regulators can impair performance and compromise the operational integrity of the system. Because field adjustments cannot correct internal diaphragm and seating problems, a defective regulator must be replaced with a new regulator or sent to a factory-authorized regulator rebuilding facility for repair, in accordance with 11.3.1.6.1.

**A.11.3.1.7**  Pressure verification checks on auxiliary pressure cylinders not only ensure the functional operation of the pressure source discharge valve but also help verify that there is sufficient pressure to properly operate the system.

**A.11.3.1.10**  Under special circumstances or when local requirements are in effect, additional information can be desirable or required.

**A.11.3.2**  The date of manufacture marked on fusible metal alloy temperature-sensing elements does not limit as to when they can be used. These devices have unlimited shelf life. The intent of 11.3.2 is to require replacement of fusible metal alloy sensing elements that have been installed for up to 1 year in environments subjecting them to contaminant loading, such as grease in restaurant hoods and ducts, that could adversely affect their proper operation.

**A.11.3.3**  Fixed temperature-sensing or rate-compensated thermal detection devices other than metal alloy–type fusible links that are installed on mobile equipment used off-road should have their set point and/or rate of compensation confirmed annually using devices specified or approved by the system manufacturer or should be replaced every 3 years.

Fixed temperature-sensing or rate-compensated thermal detection devices other than metal alloy–type fusible links that are installed on mobile equipment used over the road should have their set point and/or rate of compensation confirmed annually using devices specified or approved by the system manufacturer or should be replaced every 6 years.

Fixed temperature-sensing or rate-compensated thermal detection devices other than metal alloy–type fusible links that are installed on mobile equipment that have been involved in a fire incident, have been subjected to flame contact, or exhibit scorch marks or other signs of excessive temperature should be replaced.

**A.11.5.1**  Regarding the containers in Exception No. 3, DOT- or TC-marked cylinders can be required to be subjected to more frequent testing.

**A.11.5.2.3**  DOT- or TC-marked containers installed in a system that is not under the jurisdiction of DOT or TC are not required to follow DOT or TC requirements as long as they remain in operation.

---

### DRY CHEMICAL SYSTEM ACCEPTANCE TEST REPORT

**Property Information**

Building name: _____

Address: _____

Building owner: _____

Address: _____

Phone/Fax/E-mail: _____

**Designer/Installer Information**

Company name: _____

Address: _____

Contact person: _____

Phone/Fax/E-mail: _____

Description of hazard protected: _____

_____

System manufacturer/model: _____

| System Check or Test | Results |
|---|---|
| Installation in accordance with approved plans, where required, and manufacturer's installation manual | |
| Piping test (10.4.3.1) | |
| Proper labeling (10.4.3.4) | |
| Proper alarm operation (10.4.3.5) | |
| Manual release accessibility (10.4.3.6) | |
| Releasing control panel (10.4.3.7) | |
| Automatic detection & manual release (10.4.4) | |
| System properly charged and left in normal "set" condition (10.4.5) | |
| Manual left with owner (10.5) | |
| Date system left in service: | |

**Test Witnessed By:**

_____    _____    _____

Owner/Authorized agent                      Title                       Date

_____    _____    _____

Installing contractor                           Title                       Date

Additional comments:

_____

_____

_____

© 2013 National Fire Protection Association                                        NFPA 17

**FIGURE A.10.4.6   Sample Acceptance Test Report.**



**FIGURE A.11.3.1.2.5   Design of a Verification of Service Collar. [10: A.7.10]**

## Annex B   Informational References

**B.1 Referenced Publications.** The documents or portions thereof listed in this annex are referenced within the informational sections of this standard and are not part of the requirements of this document unless also listed in Chapter 2 for other reasons.

**B.1.1 NFPA Publications.** National Fire Protection Association, 1 Batterymarch Park, Quincy, MA 02169-7471.

NFPA 10, *Standard for Portable Fire Extinguishers,* 2013 edition.

NFPA 30, *Flammable and Combustible Liquids Code,* 2012 edition.

NFPA 72®, *National Fire Alarm and Signaling Code,* 2013 edition.

NFPA 120, *Standard for Fire Prevention and Control in Coal Mines,* 2010 edition.

NFPA 122, *Standard for Fire Prevention and Control in Metal/Nonmetal Mining and Metal Mineral Processing Facilities,* 2010 edition.

**B.1.2 Other Publications.**

**B.1.2.1 ASME Publications.** American Society of Mechanical Engineers, Three Park Avenue, New York, NY 10016-5990.

ANSI/ASME B31.1, *Power Piping,* 1998 edition.

**B.1.2.2 ASTM Publications.** ASTM International, 100 Barr Harbor Drive, P.O. Box C700, West Conshohocken, PA 19428-2959.

IEEE/ASTM SI 10, *Standard for Use of the International System of Units (SI): The Modern Metric System,* 1997.

**B.1.2.3 FSSA Publications.** Fire Suppression Systems Association, 5024-R Campbell Boulevard, Baltimore, MD 21236-5974.

*Pipe Design Handbook for Use with Special Hazard Fire Suppression Systems,* 1st edition, June 2001.

**B.2 Informational References.** The following documents or portions thereof are listed here as informational resources only. They are not a part of the requirements of this document.

**B.2.1 U.S. Government Publications.** U.S. Government Printing Office, Washington, DC 20402.

Title 49, Code of Federal Regulations, Parts 170–190.

**B.3 References for Extracts in Informational Sections.**

NFPA 10, *Standard for Portable Fire Extinguishers,* 2013 edition.

# Index

Copyright © 2013 National Fire Protection Association. All Rights Reserved.

The copyright in this index is separate and distinct from the copyright in the document that it indexes. The licensing provisions set forth for the document are not applicable to this index. This index may not be reproduced in whole or in part by any means without the express written permission of NFPA.

## -A-

**Administration** ................................................ Chap. 1
  Equivalency ...................................................... 1.4
  Purpose ........................................................... 1.2
  Qualifications ........................................... 1.6, A.1.6
  Retroactivity ..................................................... 1.3
  Scope ...................................................... 1.1, A.1.1
  Units and Formulas ........................................... 1.5
**Approved**
  Definition ............................................. 3.2.1, A.3.2.1
**Authority Having Jurisdiction (AHJ)**
  Definition ............................................. 3.2.2, A.3.2.2
**Auxiliary Equipment**
  Definition ...................................................... 3.3.1

## -C-

**Caking**
  Definition ...................................................... 3.3.2
**Calculation and Design**
  Definition ............................................. 3.3.3, A.3.3.3
**Clearance**
  Definition ...................................................... 3.3.4
**Components** ................................................. Chap. 4
  Assembly ........................................................ 4.11
  Detectors........................................................ 4.1
  Dry Chemical .................................................... 4.6
  Electrical Wiring and Equipment .............................. 4.8
  Expellant Gas.................................................... 4.7
  Hand Hose Line and Nozzle Assembly .......................... 4.2
    Hose .............................................. 4.2.1, A.4.2.1
    Hose Line Storage ......................................... 4.2.3
    Hose Nozzle .............................................. 4.2.2
  Indicators....................................................... 4.10
  Nozzles ......................................................... 4.3
    Discharge Nozzles........................................ 4.3.1
  Operating Devices ............................................. 4.4
    Manual Actuators ......................................... 4.4.2
    Shutoff Devices........................................... 4.4.3
    Valves .................................................... 4.4.4
  Pipe and Fittings ............................................. 4.5
    General .......................................... 4.5.1, A.4.5.1
  Storage Containers ............................................ 4.9

## -D-

**Definitions** ................................................ Chap. 3
**Discharge Nozzle**
  Definition ...................................................... 3.3.5
**Dry Chemical**
  Definition ...................................................... 3.3.7
  Multipurpose Dry Chemical
    Definition................................................ 3.3.7.1
**Dry Chemical System**
  Definition ...................................................... 3.4.1
**Duct**
  Branch Duct
    Definition................................................ 3.3.6.1
  Common Duct
    Definition................................................ 3.3.6.2
  Definition...................................................... 3.3.6

## -E-

**Engineered Systems**
  Definition ...................................................... 3.4.2
**Expellant Gas**
  Definition ...................................................... 3.3.8
**Explanatory Material**.................................... Annex A

## -H-

**Hand Hose Line System**
  Definition ...................................................... 3.4.3
**Hand Hose Line Systems** ................................ Chap. 8
  Dry Chemical Requirements................................... 8.3
    Operation of Hose Lines........................... 8.3.3, A.8.3.3
    Rate and Duration of Discharge ........... 8.3.1, A.8.3.1
    Simultaneous Use of Hose Lines ......................... 8.3.2
  Location, Spacing, and Actuation ............................. 8.2
    Actuation .................................................. 8.2.3
    Location ........................................... 8.2.1, A.8.2.1
    Spacing .................................................... 8.2.2
  Separate Supplies .............................................. 8.1
  Training......................................................... 8.4

## -I-

**Indicator**
  Definition ...................................................... 3.3.9
**Informational References** ........................... Annex B
**Inspection**
  Definition ..................................................... 3.3.10
**Inspection, Maintenance, and Recharging**.............. Chap. 11
  General Requirements.......................................... 11.1
    Recharge Agents ......................................... 11.1.6
    Storage .................................................. 11.1.2
  Hydrostatic Testing ........................................... 11.5
  Maintenance ................................................... 11.3
  Owner's Inspection ............................................ 11.2
  Recharging ..................................................... 11.4

## -L-

**Labeled**
  Definition ...................................................... 3.2.3
**Listed**
  Definition ............................................. 3.2.4, A.3.2.4
**Local Application System**
  Definition ...................................................... 3.4.4
**Local Application Systems**............................. Chap. 7
  Hazard Specifications ......................................... 7.2
    Coated Surfaces ................................... 7.2.6, A.7.2.6
    Duration of Discharge..................................... 7.2.7
    Extent of Hazard ................................. 7.2.1, A.7.2.1
    Location ........................................... 7.2.4, A.7.2.4
  Uses .............................................. 7.1, A.7.1
**Lumps**
  Definition .................................................... 3.3.11

## -M-

**Maintenance**
  Definition .................................................... 3.3.12
**Manual**
  Definition .................................................... 3.3.13

Manufacturer's Design, Installation, and Maintenance Manual
  Definition .................................... 3.3.13.1, A.3.3.13.1
Owner's Manual
  Definition .................................................. 3.3.13.2

**-O-**

**Operating Devices**
  Definition ...................................................... 3.3.14
**Operation**
  Automatic Operation
    Definition ................................................ 3.3.15.1
  Definition ...................................................... 3.3.15
  Manual Operation
    Definition ................................................ 3.3.15.2

**-P-**

**Pipe**
  Definition ...................................................... 3.3.16
**Plans and Acceptance Tests** ............................. Chap. 10
  Approval of Installations .................................... 10.4
    Return the System to Operational Condition ............. 10.4.5
    System Operational Tests ............................... 10.4.4
  Approval of Plans ............................................ 10.3
  Manual ....................................................... 10.5
  Plans ........................................................ 10.2
  Specifications ............................................... 10.1
**Pre-Engineered Systems**
  Definition ................................... 3.4.5, A.3.4.5
**Pre-Engineered Systems** ................................ Chap. 9
  Commercial Kitchen Hood, Duct, and Cooking
    Appliance Systems ............................... 9.3, A.9.3
    Protection of Common Exhaust Duct ........... 9.3.4, A.9.3.4
    Shutoff Devices ............................. 9.3.5, A.9.3.5
  Hand Hose Line Systems ...................................... 9.10
  Manual Actuation Requirements ................................ 9.4
  Review and Certification ..................................... 9.7
  System Annunciation Requirements ............................. 9.5
  System Supervision ........................................... 9.6
  Systems for the Protection of Mobile Equipment .............. 9.9
  Types of Systems ............................................. 9.2
  Uses ......................................................... 9.1
  Vehicle Fueling Service Station Systems ............... 9.8, A.9.8

**-R-**

**Recharge**
  Definition ...................................................... 3.3.17
**Referenced Publications** ................................ Chap. 2
  General ....................................................... 2.1
  NFPA Publications ............................................. 2.2
  Other Publications ............................................ 2.3
  References for Extracts in Mandatory Sections ................ 2.4

**-S-**

**Selector Valve**
  Definition ...................................................... 3.3.18

**Servicing**
  Definition ...................................................... 3.3.19
**Shall**
  Definition ...................................................... 3.2.5
**Should**
  Definition ...................................................... 3.2.6
**Signal**
  Definition ...................................................... 3.3.20
**Standard**
  Definition ...................................................... 3.2.7
**System Requirements** ..................................... Chap. 5
  Dry Chemical and Expellant Gas Supply ........................ 5.8
    Container ................................................. 5.8.3
    Quantity .................................................. 5.8.1
    Reserve Supply ........................... 5.8.2, A.5.8.2
  Dry Chemical Requirements and Distribution .................. 5.4
    Compensation for Special Conditions ...................... 5.4.2
    General ................................................... 5.4.1
  Multiple Systems Protecting a Common Hazard ................. 5.2
  Operation and Control of Systems ...................... 5.7, A.5.7
    Connection to the Alarm System ........................... 5.7.4
    Methods of Actuation ..................................... 5.7.1
    Notification ...................... 5.7.3, A.5.7.3
    Supervision ............................................... 5.7.2
  Personnel Safety ....................... 5.6, A.5.6
    Electrical Clearances ..................................... 5.6.2
    Safety Requirements ...................................... 5.6.1
  Piping ....................................................... 5.9
    Arrangement and Installation of Pipe and
      Fittings .......................... 5.9.1, A.5.9.1
    Pipe Size and Nozzle Determination ....................... 5.9.2
  Special Considerations ....................................... 5.5
  Systems Protecting Two or More Hazards ...................... 5.3
  Use and Limitations .......................................... 5.1
    Limitations ............................................... 5.1.2
    Use ............................... 5.1.1, A.5.1.1

**-T-**

**Total Flooding System**
  Definition ...................................................... 3.4.6
**Total Flooding Systems** ................................. Chap. 6
  General ....................................... 6.1, A.6.1
  Hazard Specifications ......................................... 6.2
    Enclosure ................................................. 6.2.1
    Leakage and Ventilation ................................... 6.2.2
      Rate of Application ..................................... 6.2.2.5
      Volume Allowances ....................................... 6.2.2.4
**Trained**
  Definition ...................................................... 3.3.21
**Transport Canada (TC)**
  Definition ...................................................... 3.3.22

**-U-**

**U.S. Department of Transportation (DOT)**
  Definition ...................................................... 3.3.23