# EXHIBIT 24

Page 1

```
1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    _____x
     FRANKLIN BUONO,               |
3     Plaintiff                    |     Civil Action No.
                                   |   7:17-cv-05915-PMH-LMS
4       v.                         |
                                   |
5    POSEIDON AIR SYSTEMS VICTORY  |
     AUTO STORE, INC., VICTORY AUTO|
6    STORES, INC. d/b/a POSEIDON AIR|
     SYSTEMS WORTHINGTON INDUSTRIES |
7    INC., AND TYCO FIR PRODUCTS LP.|
     Defendants                    |
8                                  |
     _____x
9    TYCO FIRE PRODUCTS LP.        |
            Third-Party Plaintiff, |
10                                 |
         v.                        |
11   OPRANDY'S FIRE & SAFETY INC., |
            Third-Party Defendant  |
12   _____x
13                  ORAL ZOOM DEPOSITION
14                     DEREK NOLEN
15                    JULY 20, 2020
16
17
18        ORAL ZOOM DEPOSITION OF DEREK NOLEN, produced as a
     witness at the instance of the Defendant/Third-Party
     Plaintiff Tyco Fire Products LP and duly sworn, was taken
19   in the above-styled and numbered cause on July 20, 2020,
     from 9:00 a.m. to 12:20 p.m., before Jill M. Vaughan,
20   Certified Shorthand Reporter in and for the State of
     Texas, reported by computerized stenotype machine.  The
21   witness appeared remotely at 740 E. 13th Street, Houston,
     Texas.  The deposition was taken pursuant to the Federal
22   Rules of Civil Procedure and the provisions stated on the
     record or attached hereto.
23
24
25
```

Page 2

```
 1                      APPEARANCES
 2
    FOR THE PLAINTIFF:
 3
         Mr. Kenneth Fromson       (Via Zoom)
 4       FINKELSTEIN & PARTNERS, LLP
         1279 Route 300 P.O. Box 1111
 5       Newburgh, New York 12551
         845-562-0202
 6       kfromson@lawampm.com
 7
 8  FOR THE DEFENDANT/THIRD-PARTY PLAINTIFF TYCO
       FIRE PRODUCTS LP:
 9
         Mr. James Kirkpatrick        (Via Zoom)
10       WILLIAMS & CONNOLLY LLP
         725 Twelfth Street N.W.
11       Washington D.C. 20005
         202-434-5000
12       jkirkpatrick@we.com
13
14  FOR THE THIRD-PARTY DEFENDANT OPRANDY'S
         FIRE & SAFETY, INC.:
15
16       Ms. Tara Fappiano
         HAWORTH, BARBER & GERSTMAN, LLC
17       45 Broadway
         Suite 2110
18       New York, New York 10006
         212-952-1100
19       tara.fappiano@hbandglaw.com
20
21
22
23
24
25
```

Page 3

1                    INDEX                    PAGE

2   Appearances ..............................    2

3   DEREK NOLEN

4       Examination by Mr. Kirkpatrick ......    4

    Signature and changes  .................

5   Reporter's Certificate ..................

6


7                 EXHIBIT INDEX

8   NO.       DESCRIPTION                      PAGE

9   EXHIBIT 1  Curriculum vitae ..............    7

10  EXHIBIT 2  List of testimony .............   21

11  EXHIBIT 3  Updated list of testimony ......   21

12  EXHIBIT 4  Report ........................   28

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1              THE COURT REPORTER:  Today's date is

2    July 20th, 2020.  The time is 9:00 a.m. Central Time.

3    This is the deposition of Derek Nolen.  This

4    deposition is being conducted remotely by agreement of

5    the parties or in accordance with the current

6    Emergency Orders.  The witness is located at, 740 E.

7    13th Street, Houston, TX.  My name is Jill Vaughan,

8    CSR No. 6192 with Veritext.  I am administering the

9    oath and reporting the deposition remotely by

10   stenographic means.

11                          DEREK NOLEN

12     having been first duly sworn, testified as follows:

13              MR. KIRKPATRICK:  For the record

14   James Kirkpatrick on behalf of Tyco Fire Products.  We

15   consent to this deposition being conducted remotely.

16   And counsel for the other parties also consent for the

17   record.

18              MR. FROMSON:  This is Ken Fromson, I consent

19   as well.

20              MS. FAPPIANO:  Tara Fappiano, I consent as

21   well.

22                          EXAMINATION

23   BY MR. KIRKPATRICK:

24       Q.   Thank you, sir.  If you could, I know we

25   just met before; but now that we're on the record

Page 5

1    could you state your full name and address for the

2    record.

3         A.   Derek Trent Nolen, 740 East 13th Street,

4    Houston, Texas 7708.

5         Q.   And you've testified under oath before,

6    right?

7         A.   Yes, I have.

8         Q.   If at any time you don't understand my

9    question, feel free to please ask to me to clarify.

10   Otherwise, I'm going to assume that you understand the

11   question.  Does that sound okay?

12        A.   Yes.

13        Q.   Is there any reason that you can't testify

14   truthfully today or under the oath that you were just

15   given?

16        A.   No.

17        Q.   Separate from the process of preparing your

18   report, what did you do to prepare for your testimony

19   today?

20        A.   I reviewed some additional materials, some

21   of the more recent depositions that have come in, gone

22   back through my report, reviewed some of the materials

23   that I had previously review and analyzed for the

24   purposes of preparing my report.

25        Q.   Of the additional materials were there any

```
                                              Page 6
 1    other than the deposition transcripts that you

 2    mentioned?

 3         A.    I don't believe so.

 4         Q.    And without obviously revealing any of the

 5    conversations or contents of the conversations, did

 6    you have any conversations with counsel for Oprandy's,

 7    Ms. Fappiano?

 8         A.    I did, yes.

 9         Q.    And how many conversations did you have with

10    her?

11         A.    I believe two.

12         Q.    When was the first one?

13         A.    It would have been July 15th.

14         Q.    And how long did that last?

15         A.    I believe it was around an hour or less.

16         Q.    And when was the second conversation?

17         A.    Last Friday, which would have been the 17th,

18    and that lasted for maybe five minutes.

19         Q.    Okay.  Was anyone else on the call other

20    than you and Ms. Fappiano?

21         A.    Not that I know of.

22         Q.    Have you had conversations with anyone else

23    other than Ms. Fappiano in preparation for your

24    deposition?

25         A.    No, I have not.
```

1    Q.   So on Exhibit Share, which I understand that

2  you have open, I have premarked the first four

3  exhibits.  Do you see -- do you see exhibits?

4    A.   I see them listed, yes.

5    Q.   If you could click on Exhibit 1 for me.

6              (Exhibit 1 marked.)

7    Q.   (By Mr. Kirkpatrick) Is this your CV?

8    A.   It is.

9    Q.   Is it the most updated version of your CV

10  that you have?

11   A.   You know, there may be one more that would

12  have been done at the end of last year.  The only

13  change would have been additional continuing

14  education.

15   Q.   Okay.  And we would ask that you please

16  provide your -- well, is your updated CV available

17  online?

18   A.   I don't know how we're set up right now.

19   Q.   Got it.  If you could and I will follow-up

20  in writing with Ms. Fappiano, but if you could provide

21  your updated CV to Ms. Fappiano, I'll ask her for it

22  later.

23              Do you recall the additional

24  continuing education that would have been added,

25  like what the name of the courses would be or

Page 8

1    however you identify it on your CV.

2         A.   I don't recall without looking that up right

3    now.

4         Q.   Do you remember generally what they

5    involved, the continuing education?

6         A.   I believe I was again doing some remote

7    continuing ed which would have been generally just

8    some engineering -- engineering-related continuing

9    education.  I don't think it was anything specific

10   that would pertain to this case.

11        Q.   Okay.  Did you add anything to your CV

12   because you were retained for this case?

13        A.   No, I did not.

14        Q.   Or subtract anything?

15        A.   No.

16        Q.   Do you maintain multiple versions of your

17   CV, or do you just maintain one?

18        A.   There may be two versions.  I had -- at one

19   point I was maintaining two.  One that basically had

20   publications and one that did not.

21        Q.   I believe this version is the one that does

22   not have publications.

23        A.   I don't see them listed here, correct.

24        Q.   And we ask that when you provide the CV,

25   that you provide the version of publications.  Under

Page 9

1   the rules I believe the last ten years of publication

2   are supposed to have been disclosed.  So we would

3   appreciate if you'd send that over.

4       A.   I can do that.  I don't think there's been

5   any publications in the last ten years.

6       Q.   Okay.  That's helpful.  So looking at the

7   overview of your CV or the professional summary, can

8   you just explain for me what you mean by component

9   failure analysis?

10      A.   Well, generally component failure analysis

11  can incorporate -- for example, in a system -- a lot

12  of my work has to do with propane gas systems or gas

13  systems in general.  So components could be piping,

14  could be regulators, could be valves, could be

15  appliance control valves.  So components of larger

16  systems.  So that's what I'm referring to there.

17      Q.   Okay.  And so you said your general

18  application is propane gas systems, but is that

19  something that can be applied to any system?

20      A.   Well, that's not my only, it's just as far

21  as time-wise I probably spend more doing that -- that

22  type of case.  But, yes, I mean, that's -- again

23  that's kind of why the component is important because

24  it can be applied to any pressure source, generally

25  whether it be propane, natural gas, could be air

Page 10

1    systems, CO2.  CNG, oxygen.
2         Q.    And what do you mean by failure mode?
3         A.    Failure mode, essentially determining why --
4    why something failed.
5         Q.    Why a system failed, for example?
6         A.    Yes.
7         Q.    And then what do you mean by -- you have
8    under experience listed:  "With the design and
9    instrumentation of fire and engineering tests."  Can
10   you just explain what you mean by that?
11        A.    Sure, that's more so in the past than
12   recent, but we've done extensive fire testing is where
13   that primarily came from.  And that was doing
14   configurations of sometimes full-scale buildings and
15   conducting full-scale room burns, building burns,
16   instrumentation that was involved in that in the data
17   acquisition systems, thermal couples, gas flows,
18   pressures, pressure sensors.  So it has to do with --
19   in doing a test not only setting up the test, but also
20   the instrumentation and data acquisition involved in
21   this test.
22        Q.    And you said that was more in the past.
23   When generally did you do that?
24        A.    Well, maybe I shouldn't have said -- the
25   bulk of testing was more in the past, but we still do

Page 11

1   testing as cases demand that.  It's just not as

2   frequent at this time.  I've done -- we've got testing

3   going on now to some degree.  Testing last year on

4   liquid propane releases.  You know, it's just really

5   as the case requires it.  So it's just we did a lot

6   more of it in the past.  We were -- and I'll just

7   state, we were involved in -- my company was involved

8   in the MGM Grand fire back in the Eighties.  We did

9   hundreds of room burns, for example.  So it was day in

10  day out, week over week, so when I say bulk -- and

11  we've blown apart many structures.  So just not so

12  much any more.

13       Q.   Sure.  And you mentioned fire testing.  The

14  DOT requires fire testing to test certain -- I guess,

15  the capacity to certain pressure relief devices.  Have

16  you been involved in fire testing in that context?

17       A.   Yes.

18       Q.   Of cylinders?

19       A.   Yes.

20       Q.   When was the last time that you were

21  involved in such testing?

22       A.   It's probably been over five years.

23       Q.   Okay.  And how many of those tests have you

24  been involved with over the course of your career?

25       A.   Well, again it depends on -- depends on the

1   particular case.  We've had 1-pound propane cylinders,

2   for example, where we've had -- they've been involved

3   in fires and to the point of testing when the relief

4   valve activated and the size of fire to the point

5   where the entire cylinder exploded.  We've done -- I

6   say I've done fire testing with aluminum cylinders,

7   again propane.  So that's some of what I've been

8   involved with.  Where we intentionally -- now, and it

9   wouldn't necessarily be, you know, for the purpose of

10  confirming the DOT, but determining kind of what the

11  capacity of the relief valve is and the propensity

12  that if a fire is successive, which we've seen in

13  numerous matters, that you obtain softening of the

14  steel and other aluminum and blebby actually occurs so

15  the relief valve is not actually capable of keeping up

16  with the pressure increase.

17      Q.    In terms of those tests where you're testing

18  the capacity of a relief valve, can you just -- I'm

19  very novice on this.  Can you just explain what you're

20  looking for when you conduct that test?

21      A.    It can vary.  Sometimes it could be that the

22  heat actually causes the relief valve to fail because

23  of the materials that are involved so that it opens

24  prior to -- prior to say the actual set pressure

25  because of destruction of the valve itself.  Other

Page 13

1    times it just a matter of does the relief valve

2    function, at what pressure does the relief valve

3    function.  So again it's not one specific item, kind

4    of depends on the case particulars.

5         Q.   And in the DOT context, and I understand you

6    haven't been involved maybe specifically with that,

7    the point of the test would be to measure flow

8    capacity of the valve?

9         A.   In our testing it's probably more along the

10   lines of what pressure -- at what point does it

11   activate and what are the results of it activating.

12   Again dealing with a flammable gas, of course, you get

13   a plume escaping from the cylinder.  Typically it

14   lights off if we've got a fire involved.  Not always,

15   but at times.  And, of course, you look at the fact

16   that flame escaping can impinge on other cylinders

17   causing kind of a cascade effect of fire progression.

18        Q.   So just to be clear you have not been

19   involved in a fire test where the purpose of the test

20   was to measure the flow capacity of the pressure

21   relief device?

22        A.   Not specifically, no.

23        Q.   In terms -- when you say not specifically,

24   there's situations where you measure flow capacity,

25   but that's not the purpose?  I guess, I'm just

Page 14

1    wondering what do you mean by that caveat.

2         A.   Well, if we're doing a relief valve

3    activation test with fire, I can't say that we have

4    been able to instrument the cylinder relief valve and

5    the -- in a fire environment to actually determine

6    what the flow rate is escaping from that relief valve

7    under those conditions.  We have done other testing in

8    the past to attempt to measure, in particular, relief

9    valves; but that would have been more in the static

10   pressure application test or over pressurization

11   without the fire involvement.

12        Q.   Okay.  And then this last bullet point in

13   your professional summary is corporate engineering

14   manager.  Can you just describe what you mean by that?

15        A.   Well, mainly engineering manager.  We've got

16   one office here, but I oversee the work of our

17   engineers, fire investigators.

18        Q.   At McDowell Owens, is that who --

19        A.   (Witness nods head.)

20        Q.   And in terms of your employment record,

21   we'll just start -- we'll do it chronologically and

22   start with Hydril company.  What were your general

23   responsibilities when you worked there?

24        A.   Well, I was an engineering technician at

25   that time.  So I was working on design plans for the

```
                                                    Page 15
 1    facility in the tubular products division for Hydril.
 2    They were expanding their capacity, really all over
 3    the country.  My involvement was primarily in the
 4    Louisiana area.  And we had a whole lot of plants
 5    under construction at the point that the oil boom
 6    ended back in 1982, so everything kind of dried up.
 7         Q.    Sure.  And is that why you left in November
 8    of '83?
 9         A.    Yes.
10         Q.    While you were at Hydril did you do any
11    litigation consulting?
12         A.    I did not.
13         Q.    Was that full time?
14         A.    Full-time employment with Hydril, yes.
15         Q.    And then you went to Craddock, McDowell &
16    Crane.  Is that the predecessor -- I just noticed
17    McDowell.  Is that the predecessor of McDowell Owens?
18         A.    Predecessor of a whole lot of companies.
19         Q.    I guess so what is your -- what was your
20    general responsibility when you worked there?
21         A.    I had two, primarily.  I was doing accident
22    reconstruction vehiculars, also doing fire science and
23    testing so -- and investigations as well at that
24    point.  It was kind of a laboratory testing as well as
25    that's when we -- I started doing the fire testing
```

```
                                          Page 16
```

1    configurations.  And also continuing my education at

2    that time.

3         Q.   Okay.  So you were in school at the same

4    time?

5         A.   Yes.

6         Q.   So would you say that was full-time or

7    part-time?

8         A.   More than full time.

9         Q.   Didn't sleep much in those years?

10        A.   Right.

11        Q.   And did you do -- did you do litigation

12   consulting there?

13        A.   I started to, yes.

14        Q.   What percentage of time there did you do

15   litigation consulting?

16        A.   Most cases that I was involved with at that

17   time could have been involved in litigation.  Most of

18   them probably were more just investigative or testing

19   phases.  But again I was -- as we start that time

20   frame, that was really more of a -- an assistant to

21   cases, but the cases themselves were -- may or may not

22   have been involved in litigation.  But that would

23   probably be in, you know, at least, 75, 80 percent,

24   above what would be just pure testing.

25        Q.   Okay.  Is the proportion 75, 85 percent for

```
                                              Page 17
```

 1    the categories of cases, litigation, preligation, is

 2    that the same when you moved to McDowell Owens?

 3          A.    No.   It's probably closer to 95 percent

 4    right now.

 5          Q.    Has that been the same since you joined in

 6    1986?

 7          A.    Yes.

 8          Q.    Other than litigation consulting, what is

 9    the -- what is the other 5 or 10 percent of your time

10    spent on?

11          A.    There is an occasion where we may do work

12    for a manufacturer that is not specifically litigation

13    related, testing programs for them.   They might want

14    us to check out certain design changes.

15          Q.    Do you have an ownership interest in

16    McDowell Owens?

17          A.    I do not.

18          Q.    Do you have other sources of income besides

19    McDowell Owens?   Other than investment accounts.

20          A.    No, I do not.

21          Q.    Do you have any formal education in thermal

22    dynamics?

23          A.    I do.

24          Q.    And when was that?

25          A.    That was both my bachelor's and masters

```
                                              Page 18
```

1   degree programs that would have dealt with thermal

2   dynamic heat transfer.

3          Q.   And is that fluid mechanics, same thing?

4          A.   Yes.

5          Q.   Do you recall when you were first retained

6   for this case?

7          A.   February of 2019.

8          Q.   Do you recall who contacted you?

9          A.   I believe it was Daniel Rosenberg initially.

10         Q.   And you -- have you worked with the law firm

11   that -- Ms. Fappiano's law firm, Haworth, Barber &

12   Gerstman before this case?

13         A.   I don't believe so.

14         Q.   And in back in February 2019, what was your

15   understanding of your assignment in this case?

16         A.    My understanding initially was that there

17   were materials that were available for me to review

18   and just consultation with Daniel initially.  And I

19   think we were moving towards -- the last involvement

20   that I had with Daniel was the testing that occurred

21   back in May -- is it May of 2019?

22         Q.   Yeah.

23         A.    And getting prepared for that to understand

24   what was going to be happening and basically

25   background and consultation with Daniel.

```
                                            Page 19
 1        Q.   And did your understanding of your
 2   assignment change after that point?
 3        A.   Not so much change, but maybe more refined
 4   in that -- really just an origin/cause aspect of what
 5   actually occurred taking the testimony and putting
 6   together with the physical evidence and coming to an
 7   opinion as far as how this event happened.
 8        Q.   Okay.  And is that -- so is that
 9   understanding the same understanding you had of your
10   assignment when you prepared your report?
11        A.   Yes.
12        Q.   Essentially causation analysis?
13        A.   Correct.
14        Q.   And you are, I assume, being paid for your
15   work in this matter your hourly rate?
16        A.   My company is getting paid my hourly rate.
17   I'm a salaried employee.
18        Q.   What does your company charge for your time
19   per hour?
20        A.   I don't recall if this one is set at 275 or
21   285 per hour rate.
22        Q.   And are those rates different based on the
23   work you're doing, or is it the year when you were
24   retained?
25        A.   It's the year.  I just don't know exactly
```

```
                                              Page 20
```

```
 1   when cutoff was that we changed our rates to 285.
 2        Q.   Do you have different rates for different
 3   types of consulting or is it all the same?
 4        A.   All the same.
 5        Q.   About how many hours have you worked on this
 6   case so far?
 7        A.   I really don't have a good handle on that.
 8   I can -- well, I'm not sure I can pull that up today
 9   or not, but certainly the bulk of it was prior to
10   preparing the report up to the point of preparing the
11   report and maybe an estimate in there maybe 40 hours
12   or less.
13        Q.   On everything before the report -- basically
14   everything up to this point, or is that just for the
15   report?
16        A.   Up to the report anyway.
17        Q.   And then how much time do you think you
18   spent upon the report?
19        A.   Well, I'm actually including writing the
20   report.
21        Q.   Okay.  And then how much time have you spent
22   preparing for this deposition?
23        A.   Well, reviewing the new materials and going
24   back over, probably in the order of eight to ten hours
25   or so.
```

```
                                                     Page 21
 1        Q.   Other than, you know -- other than your
 2   report and things before that, and deposition
 3   preparation, have there been any other significant
 4   chunks of time that you've spent on this case?
 5        A.   Well, I mean, generally a significant chunk
 6   would have been involved in the testing aspect, of
 7   course, preparing for that, attending the testing and
 8   summarizing that testing with Daniel.
 9                  (Exhibit 2 marked.)
10        Q.   (By Mr. Kirkpatrick) If you could look now
11   at Exhibit 2.  Is this an accurate list of the cases
12   in which you've given deposition testimony in the
13   last four years, at least as of July 15th?
14        A.   It should be.
15        Q.   And then Exhibit 3.
16                  (Exhibit 3 marked.)
17        Q.   (By Mr. Kirkpatrick) Essentially the same
18   question for this one.  I just want to confirm this
19   is an updated, accurate list of cases where you've
20   given trial testimony for the last four years?
21        A.   Yes.
22        Q.   Do you have an estimate of the number of
23   times that you've testified at trial over the course
24   of your career?
25        A.   Trial, approximately 25 times.
```

```
                                            Page 22
 1        Q.   And what about in a deposition?
 2        A.   Somewhere over 200.
 3        Q.   And do you have an estimate of the number of
 4   times where you've submitted a written report but not
 5   testified at either deposition or trial?
 6        A.   Most of the time.  I don't have an actual
 7   number, no.
 8        Q.   But over 50 percent?
 9        A.   I would say, yes.
10        Q.   Have you ever been disqualified as an expert
11   by a court or had your opinions limited or excluded in
12   any way?
13        A.   No.
14        Q.   Let's say over the last ten years in the
15   course of litigation consulting, do you have an
16   estimate of the percentage of time that you were doing
17   work for the plaintiff as opposed to a defendant?
18        A.   My work in general or cases that went to
19   deposition, trial, or how do you want to break that
20   down?
21        Q.   In general.
22        A.   85 percent defendant.
23        Q.   Have you been involved in cases that
24   involved the fire protection industry?  And I don't
25   mean, you know, fire departments or just a fire in
```

```
                                        Page 23
 1    general, but basically the businesses that provide the
 2    mitigation -- sorry, let's strike that.
 3                  Have you been involved in cases --
 4    have you been involved in cases involving the
 5    malfunction or alleged malfunction of equipment used
 6    to suppress fires?
 7          A.   Yes, in numerous cases I have.  I've had
 8    some where I've been involved directly with the
 9    fire -- fire protection companies themselves.  I've
10    done work for them.  I've also been peripherally
11    involved in situations where you might have a
12    restaurant fire, where I might be working for an
13    appliance manufacturer or a gas company supplying the
14    gas and there's also an allegation of suppression
15    malfunction, such as in a kitchen fire, for example.
16          Q.   And what percentage of the cases that you've
17    worked on would you say involved the fire protection
18    industry as you just described it?
19          A.   Well, over the years it's probably less than
20    5 percent.
21          Q.   And in those cases you're typically doing an
22    analysis of the cause of a fire; is that right?
23          A.   Not necessarily.  I mean, I've had, you
24    know, some suppression systems where it's been a
25    freeze and a water leak, for example.  That would be
```

Page 24

1  installation and protection, either provided, not

2  provided.  I've had malfunctions of the systems

3  themselves; such as a chemical facility where the -- a

4  particular line was activated and it -- because of the

5  way it was activated on the drain line, for example,

6  it spun lose and hit somebody in the head.  You know

7  -- but, no, it's not always fire.

8      Q.   In those cases are you analyzing the fire

9  suppression system itself?

10      A.   A lot of times it's the components involved

11  in the suppression system.  Not so much was it put in

12  and does it properly meet the criteria for covering

13  fire protection value as far as does it cover the

14  proper area, but if a sprinkler itself malfunctioned,

15  why did it malfunction.  The installation such that it

16  may have been hit by some forklift or something

17  inside.  Other, you know, did the -- why didn't the

18  main valve either activate or why didn't it shut off

19  when it was supposed to.  So again it's down to the

20  component part as opposed to the entire system

21  evaluation.

22      Q.   Sure.  Have you been involved in cases

23  involving the rupture of a compressed gas cylinder as

24  in this case?

25      A.   Several times.  Now when you say as in this

                                                          Page 25

1    case, I think this is the only one I can think of that

2    was a specific air test cylinder that ruptured, but

3    I've had numerous cylinders where I've been involved

4    where for one reason or the other it has been over

5    pressurized and fails.

6        Q.   Do you recall how many cases you had of

7    those type?

8        A.   As far as situations where people were

9    actually conducting tests, and/or filling, probably 10

10   or less; but as far as actually failures of cylinders

11   that may have been involved in fires, probably a

12   hundred or so.

13       Q.   So of those ten cases where there's been a

14   rupture of a cylinder where people were filling it, do

15   you recall what cylinders were involved in those

16   cases?

17       A.   I've had CNG cylinders.  I think at least

18   two, two different cases where I had CNG cylinder

19   failures.  And actually I had one more recent that was

20   actually a -- it was not a DOT specification, but it

21   was a fabrication designed to be used in Ford trucks

22   where it was a kind of battery or manifolded machined

23   aluminum cylinders that were in the design process for

24   fabrication.  And instead of performing hydro tests

25   with them, they decided to pressure with Argon and

1    they had a significant rupture and factually involved

2    in that particular matter.  So similar cases to that,

3    kind of special application.

4         Q.   Okay.  Have you been involved in cases that

5    do involve DOT styled cylinders?

6         A.   Most of the cylinders -- I'm sorry, I maybe

7    misspoke, but most of the cylinders that have failed

8    are DOT cylinders that I've been involved with.  I was

9    talking specifically with an air test cylinder when

10   you indicated like this case.

11        Q.   Sure.  Okay.  Have any of the cases involved

12   DOT Type 4BW cylinders?

13        A.   Again majority of the cylinders are going to

14   be propane cylinders, and I'm drawing a blank right

15   now.  There's 4BA, 4BW and I just don't recall

16   exactly; but made to DOT specifications, kind of the

17   same criteria of fabrication-wise.  The difference

18   would be the product that's actually carried into the

19   container, which the 4BW can carry many different

20   types of components.  You just have to adjust the

21   criteria depending on the hazardous material you're

22   going to be putting in them.

23        Q.   Just for my sake when you say fabrication,

24   can you just explain what you mean by that?

25        A.   Material it's made out of and how it's put

Page 27

1    together, what type of welding process.

2         Q.   Okay.  So of the cases that you've discussed

3    -- rather of the cylinders that you've discussed,

4    those I assume are DOT styled cylinders that have

5    water capacities of less than a thousand pounds?

6         A.   Up to and including, yes, that's correct.

7         Q.   Okay.  When you are retained to analyses a

8    cause of an incident, what typically is your

9    methodology?

10        A.   The only time that would vary as far as

11   using scientific method would be just based on what's

12   available to do and to look at.  Sometimes I'm able to

13   gather physical scene information myself, documenting

14   with photographs, measurements; and other times it's

15   you're kind of fed available material.  So it's more

16   of just a review process, but once the data is

17   gathered, it's still kind of scientific method, going

18   through that process to determine what's important,

19   what's not as far as cause.  And trying to put that

20   together, coming up with different hypothesis for what

21   may have happened and ruling out those that we can

22   rule out.  That's primarily the methodology that I

23   would use.

24        Q.   And when you said the scientific method, is

25   that a method that, you know, you could find in a

1   document somewhere?

2        A.   Yes.  I mean, it's a very common method for

3   incident investigation.  In fact, it's listed in quite

4   some detail in NFPA 921 which is the investigation of

5   fire and explosions.

6        Q.   And that's the methodology you used in those

7   cases?

8        A.   To the extent it's possible, yes.

9        Q.   And if I understood you correctly, the kind

10  of goal of that methodology is to rule out and rule in

11  potential causes of an incident?

12       A.   Correct.

13            MR. KIRKPATRICK:  We're ready for Exhibit 4.

14                (Exhibit 4 marked.)

15       A.   Okay.

16       Q.   (By Mr. Kirkpatrick) And I just want you

17  to scroll through and confirm that this is the

18  report that you've prepared for this case.

19       A.   (Witness complies.)  It is.

20       Q.   Did you write this report yourself?

21       A.   I did.

22       Q.   Did anybody assist you in writing it?

23       A.   No.

24       Q.   Did anybody at your firm review your report

25  after you drafted it?

1    A.   Yes, Eric Benstock would have reviewed the

2    report for just a peer review.

3    Q.   And the purpose of that is to just confirm

4    that he agrees with your reasoning and conclusions?

5    A.   Well, not so much to confirm he agrees, but

6    to be able to raise questions if he doesn't agree.

7    But, you know, to make sure things are covered as --

8    as they need to be regarding -- do the statements make

9    sense even.  So it covers both grammatical and

10   content, just so questions can be asked and

11   explanation can be given, if necessary.

12   Q.   Do individuals that review reports -- first

13   of all, let's step back.  Is that something y'all do

14   for each other, so you'll do that for some people,

15   they'll do it for in terms of reviewing reports?

16   A.   That's correct.

17   Q.   And when you typically review other people's

18   reports, is that something -- do you add your name to

19   the report; or it's just something that goes on behind

20   the scenes?

21   A.   Either/or.

22   Q.   Okay.  In what circumstances would you also

23   sign the report?

24   A.   Well, there's two.  Sometimes there could be

25   a coauthor.  Depending on how the report is -- the

```
                                                  Page 30
 1   content of the report, most of the time it's going to

 2   be just reviewed by and in this particular case I

 3   can't tell you why it wasn't.

 4        Q.   Okay.  In most cases it is, though?

 5        A.   Typically, yes.

 6        Q.   Now, you mentioned that you reviewed the --

 7   well, let's look at -- well, I'll just ask because

 8   it's not going to be on your list of materials

 9   reviewed.  You mentioned that you read the deposition

10   transcripts of other experts.  Do you recall the names

11   of those experts?

12        A.   Yes.  Mr. Coelho, Mr. Taranto and let's see,

13   there's a Juliano.

14        Q.   Just those three?

15        A.   Hold on a second.

16        Q.   You may have reviewed Mr. Hejzler's?

17        A.   I did his as well.  I'm sorry.

18        Q.   No problem.

19        A.   I was trying to find my notes.

20        Q.   So many experts, it's easy to lose track.

21   So I understand that you are here as an expert in

22   engineering; is that right?

23        A.   Generally, yes.

24        Q.   Is there a different way that you would

25   phrase what expertise you bring to this case?
```

```
                                          Page 31
 1        A.   I think for what I'm doing in the case would
 2   be an engineering aspect.  I think that probably would
 3   be an appropriate term for this matter.
 4        Q.   Okay.  And is it fair to say that you're not
 5   an expert in human factors?
 6        A.   I am not an expert in human factors,
 7   correct.
 8        Q.   Or human psychology?
 9        A.   I am not.
10        Q.   Or occupational safety?
11        A.   Correct.
12        Q.   Or in the design of warning labels?
13        A.   Correct.
14        Q.   Or the design of product manuals?
15        A.   That's correct.
16        Q.   Or in the design of employee training
17   programs?
18        A.   That would be correct.
19        Q.   Aside from this case in the course of your
20   professional experience, do you have any experience
21   with preengineered fire protections systems?
22        A.   Well, as I mentioned you're talking about, I
23   believe, primarily like the Kitchen Knight 2 system or
24   1 and others that are -- Ansul and various other
25   manufacturers.  If that's what you're referring to as
```

Page 32

 1    far as preengineering fire suppression systems, I do
 2    have experience in analysis of them and or various
 3    components as they've been related to cases that I've
 4    been involved with in the past.
 5         Q.    And what components are those?
 6         A.    Well, it would be the -- really from the
 7    activation end, you know, analyzing whether or not
 8    such a fusible link may have activated, whether the
 9    system was clogged at the time of the fire, a lot of
10    those would have been, I think, back in the more
11    dry-powder-type fixed system; to the cylinders
12    themselves whether the trigger activation actually
13    functioned in some that may have been CO2 powered.
14    And whether or not, for example, safety pins were left
15    in or not after some testing may have been done such
16    that the system wasn't actually capable of triggering
17    a function when it was needed.
18         Q.    Have you ever been an authorized distributor
19    of a preengineered fire suppression system?
20         A.    I have not.
21         Q.    In the course of your experience with
22    compressed gas cylinders, have you ever written or
23    contributed to any publications on that topic?
24         A.    You're talking about like a formal change or
25    suggestion, for example, to either DOT or NFPA?

1        Q.    No, I mean more academic publications.

2        A.    Only thing would be probably in some --

3    well, again not a publication, but presentation,

4    training -- training people in regards to -- with

5    propane cylinders, for example, because of their

6    design and DOT criteria, and the fact that they

7    constantly fall under the DOT requirements that they

8    have to be requalified, what's involved in the visual

9    requalification of propane cylinders.  So I have, you

10   know, addressed that in depth in presentations.

11       Q.    Have you been involved in any trainings

12   related to compressed gas cylinders or systems other

13   than the one that you just described?

14       A.    I don't believe so.

15       Q.    And you mentioned before, you know,

16   contributions to NFPA.  Have you ever contributed to

17   industry standards or, you know, DOT regulations with

18   respect to compressed systems or cylinders?

19       A.    I have not individually done that within

20   NFPA, no.

21       Q.    Or DOT?

22       A.    I have not.

23       Q.    Or the Compressed Gas Association?

24       A.    That's correct, I have not.

25       Q.    So you mentioned NFPA standards, which NFPA

Page 34

1    standards do you typically rely on to the extent

2    they're relevant to your cases?

3         A.    Well, it depends on what the case involves.

4    I mean, obviously in fire investigation over the years

5    it kind of runs the gamut on all the fire-related,

6    whether it be oxygen based systems, Life Safety Code,

7    Electric Code, National Electric Code, Fuel Gas Code,

8    National LP Gas or Liquified Petroleum Gas Code and

9    then fire suppression systems running from 10 to 12,

10   25, 17, 17(a) and other deluge-type systems.  I forget

11   the numbers.  There's quite a few of them, but quite a

12   bit of NFPA as related to obviously fire in general,

13   but I've covered quite a few of those different

14   standards, codes.

15        Q.    Okay.  Do you often rely on the standard in

16   NFPA 55, which is the standard for the storage use and

17   handling of compressed gaskets?

18        A.    That's not one that would be frequent, but

19   as-needed.

20        Q.    Do you have experience dealing with fire

21   codes?

22        A.    Yes, I do.

23        Q.    Can you just kind of generally explain what

24   typically you use fire codes for in your work?

25             MS. FAPPIANO:  Note my objection.

```
                                        Page 35
 1        A.    The primary purpose of what I would use fire
 2   codes would be to determine whether or not there is a
 3   more specific requirement in any particular state,
 4   determine what, for example -- I also do work with
 5   carbon monoxide, whether or not a -- so I've looked at
 6   local fire codes where there may be a specific
 7   requirement for installation of carbon monoxide
 8   detectors in a commercial establishment.
 9              So that's the primary reason that I
10   would use fire codes is, you know, above and beyond
11   what would be addressed in NFPA codes I would
12   typically be looking at is there something specific
13   in that local jurisdiction.
14        Q.    (By Mr. Kirkpatrick) In the course of your
15   professional experience have you relied upon OSHA
16   standards in forming any of your opinions?
17        A.    At times, yes.
18        Q.    In what context?
19        A.    Quite a variety there.  OSHA standards, for
20   example, odorization and filling of a propane
21   cylinder, there are OSHA standards for, I believe,
22   filling of compressed gas cylinders.  And, you know, I
23   get into some other aspects of OSHA requirements for
24   general workplace safety.  That's not a key area of
25   mine, but I do have some instances where that's --
```

1    where that comes into play, at least regarding what

2    the OSHA standards say for a particular application.

3         Q.    And in the course of your professional

4    experience, have you relied on CGA standards?

5         A.    Yes.

6         Q.    Which standards?

7         A.    Well, the standards -- well, again naming

8    actual numbers off, some of the ones on relief valves.

9    I rely on the CGA standards for the type of

10   connections, the specifications for connections, for

11   cylinders, like I said relief valve operation and

12   testing, which also covers the UL standards as well.

13   CGA as far as P-1 standard.  There's probably several

14   others; but yeah, I'm very familiar with CGA

15   application.

16        Q.    In your report you cite various regulations

17   and standards including NFPA.  Of the regulations and

18   industry standards that you cite, do you believe that

19   any of those standards are ambiguous?

20             MS. FAPPIANO:  Note my objection to form.

21        Q.    (By Mr. Kirkpatrick) And I'll clarify,

22   with regard to this case, not anywhere.  Let me

23   rephrase it.

24             The standards and regulations that

25   you cite including the NFPA, do you believe that any

Page 37

```
 1   of those require engineering expertise to
 2   understand?
 3        A.   I think they're fairly straightforward.  You
 4   know, the general application of them is quite
 5   specific.  You know, generally that's the way NFPA
 6   sets up their standards.  You have one that applies to
 7   in this case, 17(a) standard for wet chemical
 8   extinguishing systems, that's primarily what it
 9   applies to.  However they also incorporate and
10   reference many other standards that are equally
11   important in their own right, but -- and possibly
12   necessary in order to comply with all of the
13   particular standards for, say, the installation,
14   maintenance and recharging, for example, of wet
15   chemical extinguishing systems.
16        Q.   In terms of how those -- I'm not just
17   talking NFPA standards, but any other standards you
18   considered in analyzing this case, with respect to
19   those standards in particular, do any of those require
20   engineering expertise to understand?
21             MS. FAPPIANO:  Note my objection to the
22   form.  You can go ahead.
23        A.   Well, I mean, they're not -- they're not
24   really intended for general public.  I mean, if you're
25   a manufacturer, for example, as they would be applied,
```

Page 38

1    again wet chemical extinguishing systems, the general
2    public can't read that and put together a system.  I,
3    mean, it is a -- somebody who is working with or on,
4    that may involve an engineering expertise to some
5    degree.  So the application I would say that there is
6    an engineering component in applying these.
7         Q.   (By Mr. Kirkpatrick) Sure.  And I
8    understand that with respect to manufacturing, but I
9    just mean in terms of any standards that you apply
10   in this case to these facts, are any of those
11   ambiguous such that it takes an engineer to
12   understand what they require?
13            MS. FAPPIANO:  Objection to form.
14        A.    Possibly.  I think the interpretation and
15   overlapping of some of them is -- like the CFRs are
16   quite a challenge sometimes to extract what's actually
17   being said and what's required and how it actually
18   applies in that particular circumstance.  And also
19   NFPA can be the same way.  You can find -- I do --
20   it's like a -- like a hunt to get to the bottom of
21   some of the references, and did you -- you know, the
22   understanding of the applications.  So I think it
23   takes somebody with some expertise and understanding,
24   whether that be an engineer or somebody in the
25   industry to fully acknowledge and accept what's

Page 39

1   actually required.

2        Q.   (By Mr. Kirkpatrick) Okay.  Have you ever

3   designed a product that's been sold in commerce?

4        A.   I have not.

5        Q.   Have you ever designed a compressed air

6   system?

7        A.   Well, I don't know -- I was involved in the

8   design of a compressed air system or putting together

9   systems back at Hydril, what was necessary, kind of

10  specing items out, so that part of design.  But to say

11  that, you know, anybody would sit and design from the

12  ground up a compressed air system, no; putting

13  component parts together in and what is necessary for

14  a particular application, yes.

15       Q.   What types of systems were you involved with

16  designing at Hydril?

17       A.   They had fairly high demand.  So inspecting

18  compressor, dryers, regulators, valves, piping

19  systems.

20       Q.   And for what application?

21       A.   More of a demand for the -- there were a lot

22  of the pneumatic actuators that were involved in

23  moving -- moving tubular products, whether they be in

24  rack systems or clamping applications.

25       Q.   And just to -- for my lay perspective, what

```
                                               Page 40
```

1  do you mean by -- can you just elaborate a little bit

2  more on the applications what you mean.  I know you

3  said pneumatic actuators and moving tubular products.

4       A.   They had rack systems, for example, where

5  you might have pipe laid on a flat rack.  In order to

6  move the next pipe along into the conveyor system, you

7  would have an actuator that would actually tilt up and

8  push the next pipe over into kind of a conveyor

9  system.  You also have -- when you're actually doing

10  operations on them, you would have possible clamping

11  applications where a pipe would be held and some

12  machine process maybe completed.

13       Q.   So in large industrial context?

14       A.   In that particular application, yes.

15       Q.   Were there other types of compressed air

16  systems that you were involved with other than at

17  Hydril other than what you just said?

18       A.   That's the primary one at Hydril, that type

19  of system.

20       Q.   Have you ever been involved in the

21  manufacture of compressed air cylinders?

22       A.   The actual cylinders, no.  And the answer

23  probably holds true if you're saying compressed air

24  specifically as opposed to cylinders that could be

25  used for many different applications.

```
                                          Page 41
 1       Q.    Sure, let's say either one, either category.
 2       A.    Not specifically involved in any design or
 3  manufacturer of them, correct.
 4       Q.    In forming your opinion in this case, did
 5  you study other test tanks for preengineered fire
 6  suppression systems?
 7       A.    I can't say that I did.
 8       Q.    Did you study any other DOT 4BW style tanks?
 9       A.    I did not.
10       Q.    Or any tanks in general?
11       A.    Well, for this case, no.
12             MR. KIRKPATRICK:  I think now is a really
13  good time for a quick five-minute break, if that works
14  for everybody else.
15             THE WITNESS:  Sure.
16             MR. KIRKPATRICK:  Why don't we come back at
17  11:05.
18                  (Recess taken)
19       Q.    (By Mr. Kirkpatrick) Mr. Nolen, I want to
20  now look at your report, which is Exhibit 4.  First
21  of all, starting with the first paragraph of the
22  report, you state that you -- or rather that your
23  firm has completed a preliminary engineering
24  analysis and this summarizes your findings to date.
25  Do you plan to submit any further analyses in this
```

Page 42

1  case?

2      A.   I don't have any plans to do so at this

3  time.

4      Q.   So when you say it's a preliminary

5  engineering analysis, does that have any meaning as

6  opposed to final engineering analysis?

7      A.   It only recognizes the possibility there may

8  be other topics that arise or opinions that arise that

9  I might need to consider or be involved in a

10  rebuttal-type commentary, if necessary, as the

11  discovery continues.

12      Q.   Okay.  And page 2 of your report is the list

13  of the materials that you considered.  Are you relying

14  on anything that's not listed in your -- in this list

15  for your opinions?

16      A.   Well, as we sit today, I'm obviously -- I

17  would incorporate the additional depositions and other

18  maybe references that have been mentioned within those

19  depositions that I have reviewed in preparing for the

20  deposition today.  But with respect to what I relied

21  on at the time of my report, I wouldn't add anything

22  else to that, no.

23      Q.   Are there any treatises that you rely on to

24  form your opinions in this case?

25      A.   None that I can think of specifically, no.

                                        Page 43

1          Q.    Or any other reference materials?

2          A.    Not for the purpose of the report.

3          Q.    And did you read all of the materials that

4    are listed here?

5          A.    Yes.

6          Q.    And your expert disclosure, this report

7    identifies all the opinions that you plan to offer at

8    trial, right?

9          A.    I think in a general sense, yes.  I mean,

10   there may be some tangential opinions that could arise

11   from the specific -- I mean, this kind of categorizes

12   my primary focus in this case.

13         Q.    This being your report?

14         A.    Yes.  And those opinion that are stated

15   therein.

16         Q.    So there are opinions that you may offer at

17   trial that are not set forth in this report?

18         A.    Only to the degree that if somebody else has

19   an opinion along the lines of what I've specified, I

20   may have a different opinion.  I guess what I'm saying

21   is there could be some different wording and/or

22   corporations or opinions about other's opinions, but

23   this is the general area in which I am kind of

24   confining myself with respect to this case.

25         Q.    So any opinion that's not in this report, I

```
                                            Page 44
 1    just want to make sure I'm totally clear on this,
 2    would be in response to something someone else said
 3    that was not contained in their report.  Do I have
 4    that right?
 5         A.   Or stated within their deposition, for
 6    example.
 7         Q.   Right.  Okay.
 8         A.   Yes.
 9         Q.   Yes, okay.  And this report sets forth the
10    basis and reasons for your opinions, right?
11         A.   Yes, it does.
12         Q.   And the facts and data that you considered
13    in forming them?
14         A.   Yes.
15         Q.   Have you conducted any analyses in this case
16    that are not reflected in this report?
17         A.   I don't believe.
18         Q.   Or any tests?
19         A.   I think everything that I've done in
20    preparation for the report is reflected to some degree
21    within the report itself.
22         Q.   Do you have any intention of conducting any
23    other analyses or tests in this case?
24         A.   Not at this time, no.
25         Q.   In your -- in the course of your preparing
```

Page 45

1    either for this report or for the deposition, have you

2    taken any notes?

3         A.   Sure.  I took notes from the very beginning

4    as far as reviewing materials, OSHA reports and looks

5    like primarily depositions.

6         Q.   And do you have all those notes still?

7         A.   I do.

8         Q.   I just ask that you preserve those notes

9    because we may be asking Ms. Fappiano for a copy of

10   them.

11                  Generally speaking do you understand

12   that you are testifying as a rebuttal expert?

13        A.   I do.

14        Q.   Whose opinions do you understand that you're

15   rebutting?

16        A.   Well, I don't know if I've got a specific

17   list of who I'm rebutting.  I think it is a

18   combination of reviewing the factual information and

19   my interpretation and analysis of that factual

20   information as it relates to this case, which may or

21   may not rebut some of Tyco's named experts and in some

22   cases potentially Mr. Taranto, depending on the

23   specific area of discussion.

24        Q.   And just so I'm clear, as you are looking

25   off to the side, are you just looking at your report

Page 46

1   when you do?

2       A.   I am.

3       Q.   I just want to make sure that we're on the

4   same page on that.

5       A.   I've got two screens.  So that's -- I've got

6   this one setup just for the video purpose.

7       Q.   Yeah, I got the same thing going on.

8            So if I understand you correctly some

9   of your opinions may be rebutting either Tyco or

10  plaintiff's experts, but others are just your

11  opinions on the factual information that you've

12  reviewed?

13      A.   Yes.

14      Q.   Now, if we look at -- I'm on page 1 and I

15  guess jumping back, and I'll try to go in order but

16  clearly I've obviously failed.  So just let me know

17  when if you're not sure what I'm talking about at any

18  point.

19      A.   Okay.

20      Q.   This background section, this is the part of

21  your report where you summarize your understanding of

22  the relevant facts in this case; is that right?

23      A.   Yes, briefly.

24      Q.   Yes, sure.  And that's based on reviewing

25  material in this case?

```
                                            Page 47
```

1          A.    Right, a combination of Brian Scott's

2    deposition, as well as OSHA report I think primarily.

3          Q.    Have you reviewed -- I'm on page 2 now.  You

4    reviewed also the deposition of several other

5    individuals; Daniel Truex, Emily Fonseca, et cetera,

6    et cetera?

7          A.    Yes.

8          Q.    Now, moving to page 3, is it your

9    understanding that the subject tank that suffered the

10   rupture was a DOT approved 4BW type cylinder?

11         A.    That's my understanding, yes.

12         Q.    And you don't have any opinion that the tank

13   failed to meet DOT requirements, do you?

14         A.    I do not.

15         Q.    You discuss this Tyco wet valve.  Do you

16   know who designed the Tyco wet valve?

17         A.    I have no information on that valve other

18   than Tyco literature.  So beyond that, no.

19         Q.    And based on your review of that literature,

20   you don't know one way or another who designed it?

21         A.    You kind of broke up a little bit, but I

22   think -- I don't have anything beyond the Tyco

23   literature.

24         Q.    And based on your review of that literature

25   you don't know one way or other whether Tyco or

```
                                                    Page 48
 1    somebody else designed it?
 2         A.    That's correct.
 3         Q.    Okay.  Still on page 3.  You state that the
 4    air test tank is virtually identical to Tyco's
 5    extinguishing agent cylinders minus the dip tube and
 6    identification label, as well as painted green over
 7    red.  What is the purpose of a dip tube?
 8         A.    Well, as this cylinder would be installed, a
 9    vertical orientation, the liquid is going to settle
10    towards the bottom of the container, depending on how
11    much liquid agent is in the specific container and the
12    air pressure is going to be on top.  So it's
13    essentially like a straw in pressurizing the vessel.
14    In order to get the bulk of the liquid out of the
15    container, there has to be a dip tube in the bottom
16    which allows for drawing the majority of the liquid.
17         Q.    What do you mean by an identification label?
18         A.    It's my understanding that in the agent
19    cylinders, they actually have kind of a data plate
20    identification label on them that calls out what they
21    contain and their purpose and their model number, for
22    example.
23         Q.    Okay.  And that's based on your review of
24    the record in this case?
25         A.    Yes.
```

```
                                            Page 49

 1        Q.   Do you agree that the test tank is a low

 2   pressure tank?

 3        A.   In general, yes.

 4        Q.   What would you consider to be kind of the

 5   cutoff between high and low pressure?

 6        A.   Really depends on an application as far as

 7   cylinders go.  I've seen the reference of 500-psi.  In

 8   other applications I've seen it be a thousand.  But

 9   then again, you know, high pressure systems, could

10   be -- as far as operation of gaskets in general, could

11   be 20-psi and above.  So it really is application

12   specific and depending on what the end use is.  So in

13   general I would go with the anything under 500 would

14   be a lower pressure in general.

15        Q.   Are any of the -- I'm referencing on page 3,

16   you say:  "Air cylinder sold for use with Tyco Kitchen

17   Knight Restaurant Fire Suppression System."  I'm not

18   sure whether you're aware, there are two different

19   types of Kitchen Knight systems; Kitchen Knight 1 and

20   Kitchen Knight 2.  Are any of your opinions specific

21   to one system as opposed to the other?

22        A.   No.

23        Q.   In selecting a regulator for a -- and I'll

24   strike that.  I'm moving to page 4 now, but not

25   referencing anything specific in your report.
```

```
                                       Page 50
```

1                    In selecting a regulator for a

2      compressed gas system, do you believe that it's

3      important for users of the system to consider the

4      specific gas that's going to be involved?

5           A.    Yes.

6           Q.    And the operating pressures involved in that

7      system?

8           A.    Yes.

9           Q.    And range of delivering pressures that are

10     needed in that system?

11          A.    Yes.

12          Q.    And the degree of accuracy of the delivery

13     pressure needed from the system?

14          A.    Yes.

15          Q.    And the appropriate flow rate in the system?

16          A.    Yes, sure.  Depending on the application,

17     that's important.

18          Q.    Do you believe it is appropriate for a user

19     of compressed gas system to consider the cost of the

20     regulator in its choice of regulators for the system?

21          A.    I think that's a factor that may come into

22     play, sure.

23          Q.    So you're not saying it's inappropriate to

24     consider costs?

25          A.    No.

```
                                              Page 51
```

1       Q.    Do you understand that the Poseidon system,

2    which you described on page 4, was used to fill FTPA

3    tanks?

4       A.    I know that's one of its applications, yes.

5       Q.    And do you agree that in filling a low

6    pressure cylinder, it's best practice to incorporate a

7    low pressure regulator?

8       A.    Not necessarily, as long as the regulator

9    that you're using is adjustable to provide a pressure

10   that's adequate for the end use.

11      Q.    Do you think regardless of the precision of

12   the regulator, so long as it is capable of providing

13   pressure at rates that are appropriate for the low

14   pressure cylinder, that's an acceptable regulator?

15      A.    I believe so, yes, for this application of

16   merely transfilling, you don't have a -- a really

17   tight requirement for one constant flow rate demand on

18   the end use, speed of application.  It's merely what

19   kind of pressure can you set for the output of that

20   regulator, is it -- is it compatible and controllable

21   to that range of what's needed to fill the end use

22   cylinder.  It would be different if you had a demand

23   under constant flow or needing to maintain a real

24   tight, you know, narrow window of constant use.

25      Q.    Do you agree that it is important to

Page 52

1    calibrate your regulator periodically if you own a

2    compressed gas system?

3        A.   I haven't seen anything that requires

4    calibration of a regulator.  I know gauges are

5    typically needed to be looked at for calibration

6    purposes or at least a comparison of the output

7    because things can happen to them.  They can -- they

8    can be sprung, they can get some hysteresis, you know,

9    and not provide the accurate range of pressure that's

10   required.

11       Q.   Okay.  And that responsibility for

12   calibration is the owner of the systems, right?

13       A.   Generally I think that would be the

14   understanding, sure.  Yeah, the owner would be the one

15   -- owner/user of the system would want to make sure

16   it's functioning within the specification.

17       Q.   The way that Oprandy had this system set up,

18   there was no relief valve installed on the outlet side

19   of the regulator; is that right?

20       A.   That's correct, nor was there one required.

21       Q.   And it's not -- in your report in your

22   opinions you don't recommend that there should have

23   been a relief valve installed at the outlet side of

24   the regulator?

25       A.   That's correct, because the system that was

```
                                              Page 53
 1    providing the outlet pressure was -- had the capacity
 2    to handle the outlet pressure.
 3         Q.    And you agree that a relief valve -- you can
 4    have a relief valve on the output side of the
 5    regulator that would prevent rupture of, let's say, a
 6    cylinder based on where you set the psi.  It would be
 7    possible to do that, right?
 8         A.    Are you saying --
 9              MS. FAPPIANO:  Object to form.
10              THE WITNESS:  I'm sorry.
11              MS. FAPPIANO:  Go ahead.
12         A.    Are you saying that it's possible to install
13    an adjustable relief valve?
14         Q.    (By Mr. Kirkpatrick) Yes, that's my
15    question.
16         A.    That's generally frowned upon, an adjustable
17    relief valve.  Generally you want to set a relief
18    valve for the application which it's installed.  Most
19    cases where you have an adjustable relief valve it is
20    adjusted specifically for that application --
21         Q.    Okay.
22         A.    -- and then locked in position.  In this
23    instance, you know, the relief valve again also
24    protects the transfer system is what you're talking
25    about here.  So the hoses were obviously rated up to
```

```
 1    at least 6,000-psi.  So that would be, you know, close
 2    to the setpoint of your relief valve.
 3         Q.   And why do you say that the hoses were rated
 4    to at least 6,000-psi?
 5         A.   Well, the hoses were in application for
 6    transfilling.  As I understand it, the NFPA cylinders,
 7    they used the same hose for doing so, and in that case
 8    they would have to be rated to that pressure.
 9         Q.   So you're saying that under the regulations
10    or industry standards, they should have been rated to
11    6,000-psi but not necessarily that they were in this
12    case?
13              MS. FAPPIANO:  Objection to form.
14         A.   Well, one -- the hoses that was presented
15    that I looked at was a Parker parflex 5,000-psi G
16    hose.  So, yes, they were.
17         Q.   (By Mr. Kirkpatrick) Okay.  And did you
18    inspect the cascade system?
19         A.   I did not.
20         Q.   You don't know what the pressure in this
21    cascade cylinder was at the time of the accident, do
22    you?
23         A.   All I know it's something less than
24    4500-psi.
25         Q.   But how much lower than 4500-psi you are not
```

Page 55

1  sure?

2       A.   I don't believe that was documented.

3       Q.   So, yeah, we're still on page 4.  You said

4  that the pressure in the manifold cylinders was likely

5  well below 4500-psi; and the basis for that is because

6  it had been used to fill other cylinders, right?

7       A.   That's my understanding.  So we're, what,

8  about six months of use, looks like, potential use

9  from the 4500.

10       Q.   And what is the significance of that

11  sentence for you?

12            MS. FAPPIANO:  Objection to the form.

13       A.   Which sentence?

14       Q.   (By Mr. Kirkpatrick) The final sentence of

15  the first paragraph on page 4, so:  "As the

16  cylinders recharged other cylinders since being

17  filled and the compressor was not connected, the

18  pressure in the four manifold cylinders was likely

19  below 4500 psi."

20       A.   There -- well, one, it sets a -- kind of a

21  maximum level that we're working from here as well as

22  the fact that during regulator testing that occurred

23  in May, no testing was done of the regulator other

24  than to show that it appeared to be in a maximum

25  pressure application.  And I believe that the pressure

Page 56

1    that was done went up to 6,000-psi.  So the importance

2    of 4500 is it may have been adjusted at the time of

3    our testing, essentially wide open; but it could not

4    have been passing 6,000-psi based on the cylinders.

5        Q.   Okay.  Regarding the regulator that was

6    attached to outlet of the Poseidon manifold, you

7    believe that the regulator was an Aqua Environment

8    Model 415-5000?

9        A.   Well, I believe it's very much similar to

10   that.  There was either a lack of labeling and or

11   stamping that did not call out exactly what that

12   regulator was.

13       Q.   So you are not totally sure, but are you

14   reasonably certain that that's the type of regulator

15   it was?

16       A.   Everything that I've been able to look at

17   dimensionally and from a capacity standpoint and the

18   exemplar regulator that was presented, at this point

19   with what I have, that's the closest I could come to

20   identification.

21       Q.   So you had not seen any other regulator that

22   was more similar to the regulator than an Aqua

23   Environment 415-5000?

24       A.   Not based on specifications that I reviewed

25   on their website as far as the data and the different

```
                                                Page 57
 1    styles and dimensions and pressure output of the

 2    regulators, no.

 3         Q.    Is that a single-stage regulator?

 4         A.    I believe it is.

 5         Q.    And generally what is the difference between

 6    a single-stage regulator and a two-stage regulator?

 7         A.    In general, a two-stage, you actually have

 8    two steps that occur.  You have a pressure that drops

 9    or reduces the pressure from the cylinder pressure

10    down to a reduced pressure.  The most common

11    application of that type of regulator is in gas

12    systems where you have a high pressure -- high

13    pressure regulator and tank, which will take tank

14    pressure and drop it down to, say, 10 psi.

15                  Then you might have -- I mean, you

16    would have a secondary regulator or a third

17    regulator, depending on application, to control the

18    pressure to what would be used within a residential

19    or industrial application that's going to be -- that

20    just allows for more tight control because you have

21    flow conditions and the need to maintain kind of a

22    constant pressure as opposed to having variations of

23    fluctuations that can occur with just merely a

24    single stage.

25         Q.    Do you think that it's best practice to use
```

Page 58

```
 1    a two-stage regulator when you are using a high
 2    pressure source to fill a low pressure cylinder?
 3         A.   Not necessarily.  As long as -- I think I
 4    stated before, as long as you have the capability of
 5    adjusting the regulator to a useable range for the
 6    application, it's sufficient.  If you need tight
 7    control for a constant flow rate at a low pressure,
 8    then the consideration of a two-stage would be
 9    appropriate because you can get -- between flow and no
10    flow conditions, you can get a lot more variability in
11    a single-stage application.
12         Q.   So you mentioned the acceptable level of
13    control.  What did you mean by that?
14         A.   Well, again back to my example of using gas
15    for your residence.  You -- the two-stage system there
16    allows you to have more tight control over what
17    pressure is going to an appliance control valve that
18    is going to only have, say, a maximum pressure rating
19    of 1-1/2-psi inlet.  And if you have situations that
20    occur with these control valves where they're opening
21    and closing sometimes very rapidly, you can get a
22    pressure spike if you don't have a tighter control
23    over what that outlet pressure is and damage the --
24    the control valve.  If you're merely -- you know,
25    essentially filling a container and you set the
```

                                                      Page 59

1   pressure for the pressure that's needed to fill a
2   container, once the container is filled, it's a matter
3   of closing the valve, you stop the operation.  And in
4   a tight control it's not that significant.
5        Q.   Is there any downside to using a two-stage
6   regulator or is it just costs?
7             MS. FAPPIANO:  Objection.
8        A.   I think it's -- it depends on frequent --
9             THE WITNESS:  I'm sorry, did I jump in on
10  top of somebody?
11            MS. FAPPIANO:  That's okay.  I think the
12  court reporter got my objection.
13       A.   It really depends on your application and a
14  -- it could go to convenience.  It could go to
15  necessity.  If you're using -- if your capability is
16  to use this regulator to fill STBAs and then to adjust
17  it down to fill lower pressure cylinders, a two-stage
18  may be cumbersome in the sense that you may not be
19  able to properly fill your STBA with the two-stage
20  because of the higher pressure required to fill that
21  cylinder.
22       Q.   (By Mr. Kirkpatrick) And what do you mean
23  by -- what would make it cumbersome?
24       A.   More adjustments necessary and/or complete
25  replacement of that regulator with a second regulator

Page 60

1    depending on the application.

2         Q.   So what do you mean by a complete

3    replacement of the regulator?  When would that be

4    required?

5         A.   If the two-stage was not adjustable

6    necessarily up to the pressure needed for the STBA,

7    you may have to remove that two-stage regulator and

8    apply a different regulator that is capable of

9    providing the necessary pressure for the STBA

10   application.

11        Q.   And when you said more adjustments would be

12   needed, you mean because you needed to adjust both --

13   both sides of the regulator?

14        A.   That would be my opinion, yes.  That may be

15   necessary on the two-stage because if you're dropping

16   down to, say, 500-psi on your first step, then in

17   order to do the STBA, you either have to be able to

18   adjust that pressure back up to the tune of 5,000 or

19   4500, whichever it may be, or you have to take that

20   regulator out of the system.

21        Q.   Okay.  On page 4 when you discuss -- the

22   second area you discuss is the wet valve and you say

23   the wet valve is unique.  Unique in relation to what?

24        A.   Most other valves.

25        Q.   And it's unique because there was no

```
                                            Page 61
1    handwheel or other device to be rotated?
2         A.   Right.  I mean, your typical valve as people
3    would be familiar with valves have something that
4    typically turns or slides to activate the opening and
5    closing of the valve.
6         Q.   Okay.  So have you never seen another valve
7    that doesn't contain -- sorry, that's a double
8    negative.
9              Have all other wet valves that you've
10   seen had either a handwheel or some other device
11   that can be rotated?
12        A.   No.  I'm just talking valves in general.
13   For this application it's not necessarily unique.  I'm
14   referring to specifically valves in general.
15        Q.   Okay.
16        A.   A valve on the cylinder, for example,
17   between your -- your cascade system would have a
18   handwheel, and your STBA cylinder would likely have a
19   handwheel as well.
20        Q.   So the wet valve that was on the test tank
21   is not unique to other tanks of a similar size that
22   you've come across in your career?
23        A.   Not for the application which is (audio
24   dropout)
25        Q.   Which is?
```

Page 62

1          A.    Well, fire suppression, that condition.

2          Q.    Why might one have a wet valve without, you

3    know, something that rotates?  Is there a reason for

4    that?

5                MS. FAPPIANO:  Objection to form.

6          A.    It really goes to system design of the

7    compression system.  It enables the placement of the

8    cylinder into operation, meaning the -- the agent's

9    cylinder into operation without actually pressuring

10   any part of the system prior to the need for it to be

11   pressurized.  So it can be installed and removed as

12   needed for testing of the system.  That's one benefit

13   of not having a handwheel, plus the fact that

14   automation of the system from an outside pressure

15   source which is needed to activate the system.

16         Q.    (By Mr. Kirkpatrick) Same paragraph you

17   state:  "This design allows three slightly different

18   ways that pressure can be introduced through the

19   valve endings of the attached cylinder."  Am I right

20   that the method that you would use depends on how

21   the system is set up, the compressed gas system?

22         A.    To some degree, yes.

23         Q.    And for, I'm not sure if it was one or two

24   of these methods, you state that you need a recharge

25   adapter kit.

```
                                              Page 63

 1        A.   Well, the connection of refilling as I
 2   understand it would be to remove the regulator from
 3   the inlet/outlet of the valve and put a recharge
 4   adapter into -- in place of the regulator in order to
 5   charge it -- charge the cylinder.
 6        Q.   And you say it's sold separately.  Is that
 7   something that manufacturers of the tank would sell or
 8   is that something you buy, you know, somewhere else?
 9        A.   I believe it's a part that's listed, again,
10   on the parts list, the Tyco parts list.  I think I
11   call out a -- I thought I did.  I thought I called out
12   a number in the report, maybe I didn't.
13        Q.   Is that something that you would think they
14   would sell?
15        A.   Yes.
16        Q.   And is that consistent with other fire
17   suppression systems, that they sell charge adapter
18   kits and you buy them separately?
19        A.   I don't know that.
20        Q.   And I believe that -- so Method 3 I believe
21   you -- well, actually strike that.  Nevermind.
22             Do you need -- sorry, strike that.
23             Do you need the adapter kit to refill
24   the tank, period, or only to use for particular
25   methods to refill the tank?
```

Page 64

1          A.   I'm not sure that distinction is clear to
2     me.  If you have -- if you have the regulator
3     installed, you can introduce a revision into potential
4     -- potential flow whereas -- because there's a very
5     tight interference between the -- let's see, let me
6     look at my report real quick.  I'm getting the terms.
7     They call it between the seal and the screw, No. 13
8     and 14.  You remove some of that restriction by using
9     the recharge adapter by taking the regulator component
10    out.  It comes through the regulator component.
11         Q.   When you say restriction, what do you mean
12    by that?
13         A.   It's just generally the way a regulator
14    functions.  There's interference between the seal and
15    the -- I have actually the regulator here.  There's a
16    very small opening, and the way that seal fits into
17    the regulator it actually as air -- actually as flow
18    comes out of the cylinder, there is a movement against
19    the inner seal and springs, which adjusts how rapidly
20    and what outlet pressure is capable of coming out.  So
21    to some degree there's still interference on filling
22    as well.  There's tight clearance between the interior
23    of the regulator and the seat or seal material on the
24    valve itself.
25         Q.   So Method 2 that you describe here -- first

Page 65

1    of all of these three methods that you describe, are

2    any of them, you know, more advisable to use than the

3    others or these are just three different methods

4    depending on the gas system?  Sorry, strike that.

5              Are you opining that any of these

6    methods are better than any of the others or is one

7    worse than the others?

8              MS. FAPPIANO:  Objection, form.

9        A.    My opinion on these is really based on my

10   interpretation of, one, the design of the valve and

11   what is possible for it to be used, as well as the

12   testimony from Brian Scott relative to -- in

13   combination Brian Scott and the statements of

14   Chris Faust at OSHA as far as how it was being done.

15   So from that I tried to kind of extrapolate the

16   different discussions that were had as far as whether

17   or not the wet valve adapter was in place or not at

18   the time of the filling and it was somehow knocked off

19   or based on the statement of Chris Faust to OSHA that

20   there was a depression of the valve right before -- or

21   the disk right before there was the explosion.

22              So it's really not -- nothing

23   preferential at least based on what I've stated

24   here.  It's merely three different methods that

25   could be used.

Page 66

1      Q.   (By Mr. Kirkpatrick) Is it your
2  understanding that the wet valve was knocked off?
3      A.   The adapter?
4      Q.   Yeah.
5      A.   I don't see an indication that it was, no.
6      Q.   In describing Method 3 you note that -- I'm
7  quoting at the very top of page 5:  "Geometry of the
8  valve interior is such that applied pressures of
9  approximately 450-psi would be required to obtain an
10  internal cylinder pressure of 2500 psi."  My question
11  is:  What is the basis for your understanding of the
12  geometry of the valve interior?
13      A.   Well, that's -- that's based on actual
14  disassembly and measuring of the internal components
15  because that's one of the trails I went down.  If
16  there's a reason why Chris Faust would have set the
17  regulator pressure to 450-psi, what is the
18  justification for that.  And in doing the analysis of
19  the geometry, not considering the strength of the
20  spring that holds, kind of, the poppet closed, the
21  cross-sectional area on top of the poppet is about
22  half of the cross-sectional area on the inside of the
23  cylinder.  So once you have pressure in the cylinder
24  it's applying a force that requires essentially a
25  doubling of the pressure on the inlet in order to open

                                                            Page 67

1    that -- that poppet and apply that pressure into the

2    cylinder.

3         Q.   Okay.  And is that typically the way for a

4    valve interior to be designed?

5              MS. FAPPIANO:  Objection to form.

6         A.   I don't know if there is a typical way for a

7    valve to be designed.  Again it depends on

8    application.  In this -- in this instance the --

9    having a larger interior cross-section allows you to

10   essentially pressure the container to help keep the

11   cylinder closed or the valve closed.  So from that

12   standpoint that is not necessarily unusual for that

13   purpose.  A lot of the times you do have applications

14   where you want it.  The pressure that's present is to

15   help you either open or to close a valve.  In this

16   case the pressure helps keep the valve closed because

17   of that geometry.

18        Q.   (By Mr. Kirkpatrick) Okay.  You don't need

19   to essentially apply the 450-psi if you're using

20   Methods 1 or 2.  Do I have that right?

21        A.   And that's correct.

22        Q.   And that's because you are using the

23   recharge adapter kit, which I guess changes the

24   geometry as the tank is being filled?

25        A.   No.  Really doesn't have anything to do with

Page 68

```
1    the adapter kit.  It has to do with the depression of

2    the disk, which can either occur by having the wet

3    valve adapter in place and applying pressure, which

4    then, of course, takes other piping and other pressure

5    sources to activate it or the removal of the -- since

6    I have a valve here, the recharge -- the wet adapter,

7    taking this portion off, which is only really -- and

8    Mr. Scott addresses, it's really only needed when you

9    actually install the cylinder into the test

10   configuration.  But then there is a disk inside, if I

11   press it the right way, and this can be depressed

12   which accomplishes the same thing.  Once you have the

13   disk depressed, there's really no restriction to flow

14   into the cylinder, in or out.

15        Q.   Got it.  That was very helpful.  Thank you.

16   I appreciate that.

17               In terms of a fill source, there are

18   ways to recharge a cylinder without transfilling,

19   right?  You can use other means of -- strike that.

20               There are other sources for

21   compressed air than a transfill source cylinder,

22   right?

23        A.   I mean, there's probably numerous ways that

24   you can get compressed air or nitrogen, for that

25   matter, to do that; but all of them are going to
```

```
                                        Page 69
 1   require some type of high pressure going to a lower
 2   pressure.
 3        Q.    Sure.  But you could --
 4        A.    And you're going to be using some type of
 5   regulator to do that.
 6        Q.    So you could use an air compressor, for
 7   example?
 8        A.    Well, you can.  But, again, you have to have
 9   a regulator -- one, it has to be able to -- a lot of
10   air compressors -- the standard air compressor
11   generally won't get you to 225-psi.  I mean, it has to
12   be more of an industrial application, which, of
13   course, is the whole purpose of the Poseidon.  It
14   gives you that, plus it gives you what an air
15   compressor can't do on its own and that is dry air
16   because of the different filtering processes that are
17   present in scrubbers in the Poseidon.  You know, in
18   fact, it's a very common system that is used, at least
19   even almost recommended to a certain degree by NFPA,
20   for a pressure source of dry air because it's very
21   complicated.  You don't want to be putting wet --
22   there's a lot of humidity in the air, can be depending
23   where you are, particularly down in Houston.  So if
24   you just compress that air, you end up with water in
25   the container.  And certainly for dry powder systems
```

Page 70

```
1    and for even wet, you don't really want to contaminate
2    that with water.  So NFPA makes a recommendation of
3    the typical compressor system up to like 5,000-psi to
4    facilitate that drying purpose.  So, I mean, to say
5    that, yeah, you could go get some other compressor,
6    it's a pretty complicated process just in general to
7    do that.
8         Q.   Okay.  In terms of the dry air advantages
9    that you just discussed, you wouldn't need dry air to
10   put room air or nitrogen into a test tank for use in
11   that application, right?
12        A.   If that's your only application of that
13   particular supply of air, whatever it may be, no.  You
14   just have to have a source capable of getting you to
15   225- or 250-psi.
16        Q.   Okay.
17        A.   Which is pretty high pressure for a
18   compressor.
19        Q.   Okay.  Do you agree that compressed gas
20   systems have to be designed by individuals that are
21   competent in designing those systems?
22             MS. FAPPIANO:  Objection, form.
23        A.   I guess it depends on what portion of the
24   system you're talking about.
25        Q.   (By Mr. Kirkpatrick) Is there portions of
```

Page 71

1    compressed air systems that can be designed by

2    individuals who are not competent in designing that

3    portion?

4              MS. FAPPIANO:  Objection to form.

5         A.    Well, when it comes to design, design or

6    application, it's -- I don't think you necessarily

7    have to be competent in design to put component parts

8    that work together together.  You have to be competent

9    in design if you are designing a compressor and all

10   the interworkings of that piping and the cylinders and

11   regulators and things like that.  But if it's a matter

12   of I need a system that does -- that takes me from

13   5,000-psi and I want to be able to use it in

14   applications for output pressure for anywhere between

15   50 and 5,000-psi, you can -- you can specify those

16   components, and somebody that may not be competent in

17   design can put those components together.

18        Q.    (By Mr. Kirkpatrick) In terms of what

19   Oprandy did here, which is what I mean by designing

20   a compressed air system, do you believe that you

21   have to be competent in the design of compressed air

22   system to do what Oprandy did?

23             MS. FAPPIANO:  Objection, form.

24        A.    My understanding of the system is such that

25   it had the capabilities of doing exactly what was

Page 72

1   necessary in this case to properly fill test cylinders

2   as well as STBA cylinders.

3        Q.   (By Mr. Kirkpatrick) Well, that wasn't

4   quite my question.  It's just more generally whether

5   the type of system that was set up by Oprandy,

6   whether the person who designed that system must be

7   competent in designing compressed air systems?

8             MS. FAPPIANO:  Objection to form.

9        A.   Well, I think I answered that in the sense

10  of the compressor system itself with the cascade

11  cylinders and the regulator, the hose interconnecting

12  and the outlet, those hoses are all designed

13  appropriately for the system.  So I don't know where

14  you need a designer in order to use -- whether you

15  have to be competent in design in order to use that

16  system.  I think you have to be competent in

17  understanding, you know, the limitations of the

18  application of that system.  You need to be able to

19  understand what a particular cylinder's maximum

20  working pressure is and adjust the regulator

21  accordingly for that use.

22       Q.   (By Mr. Kirkpatrick) But in terms of the

23  design of the system itself, you don't think that

24  requires any particular expertise in compressed air

25  system design?

Page 73

1      A.    Well --

2            MS. FAPPIANO:  Objection to form.

3      A.    -- I would say or hope that the company that

4  designed the Poseidon system, the compressor system,

5  was competent in their design.

6      Q.    (By Mr. Kirkpatrick) So what I'm hearing

7  is, no, that compressed gas system does not need to

8  be designed by individuals competent in the

9  designing those systems?

10           MS. FAPPIANO:  Objection, that misstates the

11 testimony.

12     A.    I don't think you're hearing me right.  The

13 designer and manufacturer of the system; that is, the

14 compressor as well as the regulator, the hoses

15 everything, should be engineered and designed to be

16 appropriate for handling the pressures that the system

17 can produce.  And just for somebody effectively to use

18 that system, does not have to be competent in design

19 of that system.  They have to understand the

20 limitations and the application and adjust

21 accordingly, but they don't have to be competent to

22 design the system or manufacture it for that matter.

23     Q.    (By Mr. Kirkpatrick) Got it.  Okay.

24 Sounds good.  I was thinking you were talking design

25 as opposed to use, that makes sense.

Page 74

1              In terms of the designing compressed

2    gas systems, do you agree that overpressure

3    protection is a primary consideration in making that

4    design?

5              MS. FAPPIANO:  Objection.

6        A.   I would say that it would normally be

7    considered in the design of both the compressor and

8    the cylinders that are used in the cascade system such

9    that the compressor doesn't tear itself up trying to

10   over pressurize or rupture a cascade cylinder by the

11   compressor trying to put too much pressure into that

12   particular cylinder.  So rupture disk and limits on

13   pressure output would be incorporated in that design

14   of the compressor system, yes.

15       Q.   (By Mr. Kirkpatrick) In terms of designing

16   compressed gas systems, do you agree that in an

17   overpressurization event, it's important to make

18   sure that the compressed gas is discharged in the

19   safest location in the system?

20            MS. FAPPIANO:  Objection to form.

21       A.   I'm not really sure if you've got a specific

22   component that you're talking about or just in

23   general.  I mean, I can -- I can say that you -- you

24   don't -- where you have a rupture disk, for example,

25   on the pressure vessels themselves, on the valve, you

```
                                                  Page 75
 1    would have a rupture disk.  You would want to have

 2    that installed in the manner that hopefully nobody is

 3    standing right in front of it when it activates or it

 4    displaces the pressure in a manner such that it is not

 5    going to produce shrapnel or debris from a ruptured

 6    disk and not injure somebody.

 7                 So that's a function.  But there are

 8    hazards related to relief valve, and every relief

 9    valve installation is going to specify, you know,

10    don't put your face in front of it, don't put

11    anything over it because it could activate

12    inadvertently.

13         Q.   (By Mr. Kirkpatrick) And that's not -- you

14    mentioned shrapnel in the rupture disk, but the

15    release of compressed gasses themselves can be

16    dangerous, right?

17         A.   Sure.  At a certain pressure you could

18    penetrate the skin if you're in proximity to a high

19    pressure release, yes.  Well, cutting and/or

20    penetration, sure.

21                 MR. KIRKPATRICK:  Why don't we, if it's okay

22    with you, take another five minutes and come back at

23    11:08 Central.  Does that work?

24                 THE WITNESS:  That's fine.

25                        (Recess taken)
```

Page 76

```
 1              MR. KIRKPATRICK:  Let's go back on the
 2     record.
 3        Q.    (By Mr. Kirkpatrick) Turning to your
 4     report.  We were just discussing -- earlier we were
 5     discussing the three methods that you described.
 6     You state that Methods 2 and 3 are safe if they are
 7     performed correctly, right?
 8        A.    Yes.
 9        Q.    But you don't in your report set forth every
10     step required to perform those methods correctly?
11        A.    No, I don't.
12        Q.    And what is your understanding for --
13     rather, what is the basis for your understanding of
14     the proper methods to fill the tank?
15        A.    Well, the primary is and the principal is
16     make sure that the regulator output pressure from the
17     cascade system is set appropriately.
18        Q.    But in terms of the step-by-step to know the
19     proper steps for refilling a tank, where would someone
20     go to determine that?
21        A.    Well, are you talking about this specific
22     Tyco cylinder in general, the steps necessary, or just
23     filling a cylinder even such as an STBA, for example?
24        Q.    The latter.  Just how would they know
25     that -- these three methods that you list, where would
```

```
                                        Page 77
1    you go to get the step-by-step for those methods?
2         A.   Well, since this involves specifically a
3    valve that is sold by Tyco, if not manufactured for
4    Tyco, but certainly sold for this application, then I
5    would rely on hopefully some kind of step-by-step
6    procedures from Tyco on what their recommendations
7    are.  Particularly, you know, in light of the fact
8    that they provide the -- for purchase the refill
9    adapter, for example, that is part of the refill
10   process.  So that's -- that's at least the first place
11   I would look for detailed instructions.
12        Q.   So if you look at the second sentence on
13   page 5:  "Accident details."  You say, "Correct
14   operation includes placing the cylinder to be filled
15   in one of the cylinder chambers in front of the
16   Poseidon compressor."  So I guess my question would be
17   in terms of the safe operations, where would you go to
18   determine that proper operation includes placing the
19   cylinder in the chambers?
20        A.   That's my understanding from the testimony
21   of Mr. Scott as well as, I guess, Mr. Hawkins as far
22   as what they would do in refilling, for example, the
23   STBA, that would be something that they would do,
24   place the cylinders in that orientation for protection
25   as well as stability of the cylinder while it's being
```

```
                                              Page 78
 1    filled.  And so whether that's from -- I don't know
 2    exactly the source.  If that's something that came
 3    from Poseidon or if that's something that they had to
 4    just incorporate in their procedures at Oprandy.
 5         Q.   So when you say the words "correct
 6    operation" here, you're not opining as to correct
 7    operation, you're just saying that based on your
 8    review of the records in this case that would be
 9    correct operation?
10         A.   As I understand it from the testimony that
11    I've reviewed, yes.
12         Q.   You later state in your report that
13    Mr. Faust was trained to recharge the Tyco air tanks
14    properly.  Is that an observation based on your review
15    of the record, or is that your opinion?
16         A.   Based on my review of the record.  The fact
17    that he had done that several times, numerous times
18    and several times, in fact, the week prior and done it
19    successfully, appropriately, that it would be my
20    opinion that he knew the procedures to do it
21    correctly.
22         Q.   But you are not opining on, again, and I
23    think we just went over this, what those procedures
24    are, you're saying based on your review of the record
25    he was given procedures and knew how to follow them?
```

Page 79

1      A.    I do not know the step-by-step.  I can --
2  based on knowing the components and knowing from the
3  testimony what's stated as far as how it was done, I
4  can put something together in my mind; but I don't
5  know specifically the steps that were specifically
6  taught.
7      Q.    Okay.  So your opinions related to Mr. Faust
8  being provided with training and safe procedures for
9  filling is based on his ability to fill tanks in the
10 past?
11          MS. FAPPIANO:  Objection, form.
12     A.    Well, it's based on testimony from Mr. Scott
13 that he did teach how to fill cylinders, I believe, as
14 well as STBAs to Mr. Faust, as well as the statement
15 from the -- that OSHA had recorded from Mr. Faust as
16 far as how he was doing it, indicating that he had
17 been taught in the fact -- and combined with the fact
18 that he had, again from testimony, successfully filled
19 cylinders in the past.
20     Q.    (By Mr. Kirkpatrick) And your opinion --
21 but, sorry, just to be clear, you didn't analyze the
22 actual step-by-step that was taught to Mr. Faust?
23          MS. FAPPIANO:  Objection, asked and
24 answered.
25     A.    I have not seen or been told what that

```
                                                 Page 80
 1    step-by-step method was.  So I have not been able to
 2    analyze that, no.  I just know that it has -- it has
 3    worked for Mr.  -- Mr. Scott and did up to the
 4    incident for Mr. Faust.
 5         Q.   (By Mr. Kirkpatrick) Okay.  Are you aware
 6    from Mr. Scott's testimony that he testified that
 7    Mr. Faust had his own way of filling tanks?
 8         A.   From whose testimony?
 9         Q.   Mr. Scott's, Brian Scott.
10         A.   I don't recall that specifically that he had
11    his own way.  I don't recall that specific line of
12    testimony that he had his own way, no.
13         Q.   And we discussed Mr. Faust.  Is it your
14    understanding that Mr. Buono was not trained in how to
15    safely refill the test tank?
16         A.   It's my understanding that he had not been
17    trained, period, in the operation of the Poseidon
18    equipment for either STBA or test tank, test cylinder.
19         Q.   And again turning back to the three methods
20    that you describe, is it your understanding that
21    Mr. Faust on the date of the accident happened was
22    attempting to use Method 3?
23         A.   That's my -- my opinion based on everything
24    I know about the case at this point.
25         Q.   And when you say everything you know about
```

```
                                            Page 81
 1   the case, is that primarily because he set the

 2   regulator to 450?

 3        A.    Well, set the regulator to 450, and I

 4   believe Mr. Buono testified about the depression of

 5   the disk at some point in that filling process.

 6        Q.    And it's your opinion that despite having

 7   been -- strike that.

 8               It's your opinion that Mr. Faust did

 9   not follow proper filling procedures, right?

10        A.    I'm sorry, can you repeat that?  I lost you

11   there for a second.

12        Q.    No problem.  It's your opinion that

13   Mr. Faust did not use proper filling procedures,

14   right?

15        A.    We don't know what -- what procedures were

16   used beyond what the statements indicate, but it is

17   clear that at some point the pressures exceeded

18   450-psi and, you know, thus because of that, we have a

19   ruptured cylinder and injured employees.

20        Q.    On page 7, I'm looking at Point 5, you state

21   that Chris Faust inadvertently created a cylinder

22   overpressure condition by not following the correct

23   procedures.  I'm just confirming that it is your

24   opinion that he did not follow the correct procedures?

25        A.    It's because we don't have -- we don't have
```

```
                                             Page 82
 1    a step-by-step as you said before, of exactly what
 2    occurred between the 450 setting, if that was accurate
 3    or not, or that's what he intended or that somehow was
 4    adjusted in the process; but ultimately, yes, that's
 5    what occurred and not following correct procedures,
 6    yes.
 7         Q.   And as part of that he did not use the
 8    Poseidon chamber, which is part of correct procedures,
 9    right?
10         A.   That's correct.
11         Q.   And use of that chamber would have prevented
12    the injuries that resulted from this accident?
13              MS. FAPPIANO:  Objection to form.
14         A.   It would have greatly restrained the
15    propulsion of shrapnel from the cylinder.  So, yes, it
16    would have prevented what actually occurred.
17         Q.   (By Mr. Kirkpatrick) And Mr. Faust did not
18    correctly set the regulator to the proper outlet
19    pressure, right?
20         A.   Well, or at some point it became changed
21    from that correct setpoint.
22         Q.   You're saying that it could be that the
23    regulator -- I mean, how could the regulator have been
24    moved other than if he set it above the setpoint?
25         A.   And that's what I'm referring to is that
```

Page 83

1    whether he set it at the 450 initially or

2    misinterpreted the setting or adjusted the setting to

3    some higher point, that -- one of those occurred.

4        Q.    Okay.  So at some point prior to the

5    rupture, the regulator was adjusted upward from 450?

6        A.    I believe so.  We just don't know when that

7    occurred.

8        Q.    Okay.  And if that adjustment had not been

9    made, then this incident would not have occurred?

10            MS. FAPPIANO:  Objection to form.

11       A.    If you're adding to that if it had been set

12   at 450 or below and left at that set pressure, then

13   that is correct.

14       Q.    (By Mr. Kirkpatrick) Later in your report

15   you say that Brian Scott preset the regulator outlet

16   pressure.  I just wanted to be clear on what you

17   meant by that.  I think this is Point 3 on page 6.

18       A.    Yes.  And that appears to be what

19   Chris Faust was stating to OSHA that that's what at

20   least -- at least the intent of what he had done was

21   to preset the regulator.

22       Q.    For Mr. Scott to do that?

23       A.    Well, as far as the procedure that Mr. Scott

24   discussed, whether he preset it when he was filling,

25   that appeared to be the same procedure that

Page 84

1    Chris Faust was describing.

2        Q.   Okay.  Got it.  And do you agree that it was

3    improper for Mr. Faust to be compressing a disk on the

4    valve while the system was engaged with the tank?

5        A.   At the point at which he was doing so, I

6    would say, yes, that's -- that was inappropriate.

7        Q.   And do you agree that it's best practice to

8    close the system before doing troubleshooting like

9    what he did?

10       A.   I would agree that if the procedure that

11   you're taught to use or you're using is not working,

12   that that's a good practice, yes, to stop where you're

13   at and seek assistance or start over again, something.

14       Q.   Do you recall from Mr. Scott's testimony in

15   his deposition that Chris Faust may have been

16   distracted during the filling process?

17       A.   I remember there was some discussion about

18   that, yes.

19       Q.   And do you agree that it's best practice not

20   to be distracted while filling a cylinder?

21            MS. FAPPIANO:  Note my objection.

22       A.   Well, if -- if, in fact, there was some

23   distraction, I think there is some contradiction in

24   the testimony regarding that, depending on who you're

25   reading; but in general terms, I think that in doing

```
                                          Page 85
 1    something like this, you need to be focused on what
 2    you're doing.  Just as we see all the time working on
 3    flammable gas matters, it requires pretty focused
 4    attention on what you're doing.
 5         Q.   (By Mr. Kirkpatrick) Okay.  Turning back
 6    to the -- and I guess just to put a finer point on
 7    that.  Do you have any opinion as to whether, in
 8    fact, Mr. Faust was distracted?
 9         A.   I really don't have any idea.
10         Q.   Do you have any opinion on whether drugs
11    were in any way related to the incident that occurred?
12         A.   I don't have any idea or opinion on that.
13         Q.   Turning back briefly to the disk that
14    Mr. Faust had pressed down, do you agree that even if
15    the -- so let's say that the regulator were set at
16    450, it would be unsafe to depress that disk with the
17    regulator set at 450?
18         A.   Well, if it was set at 450, this incident
19    would not have occurred in either event; but it would
20    have resulted in the cylinder being overpressurized
21    beyond it's working pressure limit of 225.
22         Q.   Okay.  You mention a statement from -- let's
23    see, it's on page 5, the first full paragraph, last
24    sentence.  It's what Trooper Vetter of the New York
25    State Police reported Mr. Faust had told him.  What is
```

```
                                                    Page 86
 1    the significance of that statement to your report, if

 2    any?

 3          A.    You know, that's a -- kind of a bite of

 4    information and it's -- it's unclear as to what gauge

 5    was being discussed.  So it's really just something

 6    that's out there that could be -- that there was an

 7    indication on the pressure gauge of 200, which is

 8    somewhat contradictory to some of the testimony that

 9    indicates that says the gauge wasn't moving.  So I

10    don't have a clear point where that fits into the

11    puzzle other than the fact that it exists as a

12    statement that was at least recalled by

13    Trooper Vetter.

14          Q.    Do you base any of your opinions on that

15    statement?

16          A.    Not anything solid, no.

17          Q.    In the next paragraph you discuss OSHA.  Do

18    you disagree with any of OSHA's findings related to

19    the rupture pressure of the cylinder?

20          A.    No, I think it's consistent with I think

21    anybody that's done an analysis on the cylinder

22    itself, both metallurgically and just mechanical

23    calculations, but that seems to be in the right range

24    for rupture.

25          Q.    And do you disagree with any of OSHA's
```

Page 87

1    findings related to the pressure gauge?

2         A.   I don't know if it was tested independently

3    beyond what OSHA did, but OSHA appears to show a

4    testing gauge side by side with pressure being applied

5    to the gauge installed to a Tyco valve and it appears

6    to read pretty close the 25 or at least consistent

7    between the two gauges.

8         Q.   And then you discuss in the next paragraph

9    the May 20, 2019, testing.  Are there any -- you know,

10   any conclusions from that testing that you disagree

11   with?

12        A.   No.  I mean for the sake of what was being

13   done in the test and what the test showed, I don't

14   disagree with that, no.

15        Q.   You state that the setting of the subject

16   regulator found during testing seemed inconsistent

17   with what Mr. Faust said and what Mr. Scott had taught

18   Mr. Faust.  By that do you just mean because it was

19   set above 450?

20        A.   Okay.  You just had a real big skip there so

21   it was -- you were just -- the setting, that's where I

22   lost you.  "The setting of the subject regulator found

23   during testing was inconsistent," and continue on from

24   there.

25        Q.   Was inconsistent with the statement of

Page 88

1    Mr. Faust and the methodology that Mr. Scott taught
2    him.  Just to clarify that's what we just talked about
3    because it was set above 450-psi, is that --
4         A.   Well, as tested, you know, there are some
5    things that are, you know, concerning in the sense
6    that the actual documentation of that regulator I
7    don't think was made until Exponent was involved and
8    marked the position and sealed the position at which
9    they found the regulator.  We don't know if anything
10   happened to that regulator between the time of the
11   accident and the time that Exponent acquired or
12   documented the regulator.  I'm just stating that as
13   tested, as we received it, it certainly is not
14   consistent.
15        Q.   And you're not suggesting that anything
16   happened with it or that it was manipulated, you're
17   just saying we don't know; is that right?
18        A.   That's the best answer is we don't know.  I
19   mean, I'm just saying we can't rule that out as a
20   possibility that it was exactly that position.  But we
21   don't have that documented from the time of the
22   incident until Exponent did their site inspection, as
23   far as I know.
24        Q.   Do you see any way that that incident could
25   have occurred if the regulator were set at 450?

```
                                           Page 89

 1        A.   No.  I guess what I'm saying in there is
 2   just to fill in that blank.
 3        Q.   Sure.
 4        A.   Based on the rupture of the cylinder we know
 5   the pressure had to be upwards of 1200-psi because of
 6   the setpoint of the regulator.  Like I said before, we
 7   don't know what the pressure was in those cylinders,
 8   we just know that the pressure was above 1200 and --
 9   because the regulator was set at effectively its
10   maximum setting.  It's whatever pressure was in the
11   cylinder was exposed.  But backtracking just to that
12   -- what we just had a discussion about as far as where
13   the regulator was found, at least by Exponent, we
14   don't know if that's exactly the position it was in at
15   the time the incident occurred.
16        Q.   Okay.
17        A.   But we do know it allowed -- whatever
18   setting it was, it allowed at least 1200-psi.
19        Q.   Okay.  Would you -- in terms of categorizing
20   causes in this incident, is it fair to say that this
21   -- the cause of this incident is primarily user error
22   by Chris Faust?
23             MS. FAPPIANO:  Objection.
24        A.   Well, I believe that the -- the
25   overpressurization that occurred was an incorrect
```

Page 90

1   operation -- well, the pressure that was introduced

2   into the cylinder occurred during the attempt to fill

3   the test cylinder by Mr. Faust.

4       Q.   (By Mr. Kirkpatrick) Okay.  And so I know

5   that -- sorry to jump around, but I think you

6   mentioned it again, when Mr. Faust compressed the

7   disk, essentially that valve geometry you discussed

8   that made it lower psi going into the interior of

9   the tank goes away, right?

10      A.   Well, once the valve is opened by pressing,

11  then there is ultimately equalization between inlet

12  and outlet that can occur.  So I think what you're

13  saying is, yeah, the geometry of the valve operation

14  is not a factor at that point once the valve is

15  depressed.

16      Q.   And how do you -- in terms of the -- is

17  there some kind of equation that you use or other way

18  to determine the exact way that the valve geometry

19  affects air going into the tank?

20      A.   It's really just a ratio of the surface area

21  of the internal seat where pressure is applied versus

22  the surface area of the incoming or pressure source

23  air at the top of the valve and that ratio is set just

24  based on the design of the valve.  So the equation is

25  fairly simple.  You got the surface area of the

Page 91

1  internal versus the surface area of the external and

2  they potentially will equal each other as far as force

3  that's being applied prior to additional pressure or

4  force being applied from the exterior.

5      Q.   Moving down now to pressure gauges and

6  pressure relief valves.  You discuss incorporating a

7  pressure relief device in the wet valve.  Is it your

8  opinion that Tyco should have incorporated a pressure

9  relief device in the design of the test tank or that

10  it could have done so?

11      A.   It is my opinion it's at their discretion to

12  do so since it is not required for this -- by DOT or

13  SGA.  I will leave it up in the air, though, whether

14  or not it's required by OSHA where they seem to

15  discuss a need for a pressure relief device; but I

16  have not explored that to be able to give an opinion

17  on it.  It just seems to be something that's open out

18  there.  But I would leave it -- well, it was at Tyco's

19  discretion whether or not to use a pressure relief

20  device in this application.

21      Q.   But you did not conduct an analysis of --

22  well, I guess -- so you're saying that it would have

23  been legal and technically possible for Tyco do this,

24  right?

25      A.   Yes.

```
                                              Page 92
 1        Q.    But you're not saying that based on various
 2   factors that businesses consider that they should have
 3   done this?
 4        A.    I'm not making that opinion that they should
 5   have, no.
 6        Q.    Okay.  You have an opinion as to -- well, I
 7   guess going back to your -- to the basis for your
 8   opinion that Tyco could have installed this, is your
 9   opinion based on there being no prohibition from DOT?
10        A.    I'm not aware of any prohibition from DOT.
11        Q.    What is the basis for your opinion that it
12   was at Tyco's discretion?
13        A.    Well, it's something that is not excluded as
14   far as I know based on the hazardous materials.  There
15   are certain solutions that DOT has because if you've
16   got a hazardous material that upon release could, you
17   know, poison the area or people, then they
18   specifically exclude certain -- certain items that --
19   where pressure relief valves would otherwise be
20   necessary.  So it's merely the size of the container
21   that buys the exclusion in this particular case by
22   DOT.
23        Q.    Do you have an opinion as to the particular
24   type of pressure relief device or types that Tyco
25   could have used?
```

                                              Page 93

1       A.   Well, there are many different types.  I'm

2    not sure that the application of a resettable or

3    resealing type pressure relief makes a lot of sense.

4    A rupture disk would probably be the most likely in

5    this application, this kind of an emergency release.

6    Whereas on some containers the pressure can rise and

7    by releasing the pressure immediately, causes a

8    reseat, such as like a liquid-propane-type

9    application.

10                  If you can get one of those to

11   reseat, you want it to reseat.  In this appllication

12   it was -- if you're pushing the limits of this

13   cylinder, something would have to be going on that

14   would by all means dump the pressure.  So that would

15   be a rupture disk style of a relief valve.  To me

16   that would make sense if the decision was made to

17   put something into the valve itself.

18       Q.   But you have not in preparing your report

19   conducted an analysis of the various types of valves

20   and weighed the pros and cons and arrived at a

21   recommendation of a particular type of valve or

22   pressure relief device?

23       A.   I have not gone through each and every one

24   and come up with a list like you stated as far as what

25   the benefits of one over the other would be.  It's

1   just -- it's -- it doesn't seem to me to meet a

2   criteria of something that has a spring loaded, you

3   know, reset -- resealing type relief valve.

4        Q.   Okay.

5        A.   That's just general.  I haven't done a

6   complete analysis, though, to answer your question.

7        Q.   And do you agree that there are a lot of

8   considerations that go into designing previous

9   pressure relief devices?

10            MS. FAPPIANO:  Objection as to form.

11       A.   I think from the initial design standpoint,

12  yes.  Most have already been designed as far as the

13  general context and accepted, you know, for the

14  application what type to use.  I mean, it would just

15  be -- it would really be more a decision of should we

16  or should we not use one as opposed to do we need to

17  design our own relief valve.

18       Q.   (By Mr. Kirkpatrick) And do you agree that

19  there are a lot of factors that go into sizing

20  pressure relief devices?

21       A.   Pressure prior to failure would be a

22  consideration, yes.  And, you know, at what pressure

23  do you want the relief valve to activate in order to

24  eliminate damage to the container or the surrounding

25  area.  Do you want it to be replaceable, as in if it

```
                                        Page 95
```

 1   does activate can we reuse the cylinder anyway and

 2   just replace the rupture disk?  So, yeah, there's

 3   obviously considerations that have to be looked at.

 4        Q.    Would it be advisable -- well, strike that.

 5               Have you ever come across a DOT 4BW

 6   style tank that has a previous pressure relief

 7   device built into the valve as you discuss in your

 8   report?

 9        A.    I want to say that I have in applications of

10   something other than a fire suppression system.   I

11   can't speak to one specifically for this application

12   where I've seen that; but, in fact, there is a

13   requirement for 4BW once you're above a certain

14   geometry that it has to have a relief valve installed.

15        Q.    Have you come across a cylinder that has

16   such a pressure relief device when it was not required

17   to have one under the various regulations and industry

18   standards?

19        A.    I have seen -- this is not due to specific

20   incidents, but I have seen a relief valve installed in

21   various applications where I don't believe the

22   geometry aspects of DOT require it, but for the ease

23   of use such as in compressor -- compressor

24   applications in fire extinguishers.  In fact, some of

25   the portable dry powder have at least what appears to

Page 96

1    be a relief device built in to that application.

2         Q.   And in those cases have you actually, you

3    know, done the research and determined that it was not

4    required; or it's just -- how do you know that one is

5    required in those circumstances?

6         A.   I'm going purely from the geometry.  So it's

7    possible that there may be.  That particular design of

8    cylinder or, you know, NFPA application, it's

9    certainly smaller than -- than this particular

10   cylinder and it's going to be operating at a pressure

11   similar to, but it's an application where I believe my

12   impression would be in the fact that you have

13   cylinders that -- and I've seen this where you have a

14   fire extinguisher that's involved in a fire, for

15   example, and it will rupture.  Again as we discussed

16   earlier there are -- most of the cases for relief

17   valves happen -- because that's a fairly common reason

18   for cylinders to over pressurize is their exposure to

19   fire.

20        Q.   Do you agree that if a compressed gas system

21   is set up such that it will not allow a maximum

22   pressure greater than the rating of a particular

23   component, then that component doesn't need a pressure

24   relief device?

25        A.   Please re -- either repeat that or restate

Page 97

1   it for me, please.

2        Q.   If a system is set up such that it will

3   never allow maximum pressure to be emitted greater

4   than the pressure rating of a particular component of

5   that system, then that component does not need a

6   pressure relief device?

7             MS. FAPPIANO:   I'm going to object to form

8   of that.

9        A.   Well, I think that has to do with

10  foreseeability and, you know, because under normal use

11  applications, familiarity again with propane, under

12  normal use you're not going to either overfill a

13  propane cylinder or you're not going to expose it to

14  conditions in the environment or application because

15  of the design of the appliances and components that

16  it's used with are never going to exceed the rating of

17  that cylinder for the relief valve.  But we see relief

18  valves activate all the time because the application

19  is not always as intended, or it's exposed to

20  requirements or conditions where it's not -- people

21  don't always follow directions, basically.

22       Q.   (By Mr. Kirkpatrick) Do you agree that a

23  calibrated gauge and pressure relief device past the

24  ball valve of the filling system of Oprandy's would

25  have been safer than what Mr. Faust was using?

```
                                          Page 98
```

1      A.    You're saying having a pressure relief gauge

2  at the end of the hose?

3      Q.    If you look at the page 6 of your report you

4  say:  "Others have suggested a calibrated gauge and

5  pressure relief device past the ball valve of the

6  filling system would have been a safer system than

7  what Mr. Faust was using."  Do you disagree with that?

8      A.    Well, I'm not sure why you would put a

9  relief valve in your system if that's the same system

10 that's used for filling the STBAs because that part of

11 the system -- that part of the system would be

12 nonfunctional in that application.  The gauge I --

13 again if you are setting your regulator properly, then

14 the gauge really didn't afford you any more safety as

15 such.  You know, if your pressure gauge at your

16 regulator output is above a thousand, then, you know,

17 that's what your gauge at the other end is.  So you

18 you've got a choice at this point which one to look at

19 and/or -- but like I say, if you're following the --

20 what I understand to be the prescribed way of doing

21 this, if you set your regulator output pressure to

22 450, then there wouldn't be a problem either.  So is

23 it safer, I guess in some degrees you might catch an

24 improper setting at the other end of the regulator,

25 but in general the operation is going to be the same.

1      Q.   So you don't necessarily disagree with that

2   statement, that calibrated gauge and pressure relief

3   device past the ball valve would have been safer?

4      A.   Well, the relief valve has to be application

5   specific.  And, again, the relief valve is used for

6   the purpose of the system in which it's installed.

7   The transfilling or hose or apparatus was capable of

8   the pressures that were being exposed, and I wouldn't

9   say -- let me put it this way, I wouldn't say that you

10   shouldn't do that.  I think the relief valve certainly

11   limits your application.  The pressure gauge, again, I

12   wouldn't say you shouldn't do it.  It's just if you

13   follow the procedures that were supposed to be

14   followed, it doesn't necessarily enhance the safety

15   either.

16      Q.   We discussed in your report you say that --

17   this is the same paragraph, "Pressure relief device

18   installed in the cylinder valve of the Tyco test

19   cylinder which is commonplace for compressed gas

20   cylinders."  Just to clarify you're not talking about

21   for 4 BW cylinders in the context, you just mean

22   cylinders generally?

23      A.   You're talking about the gauge?

24      Q.   No, the pressure relief device installed in

25   the valve of the Tyco cylinder, about five lines up in

Page 100

1   your -- in the last paragraph before the conclusion.

2       A.   Well, I'm saying at that point -- I'm just

3   stating in general for compressed gas cylinder a

4   pressure relief device -- not saying that there was

5   one, obviously; but that it's commonplace for

6   compressed gas cylinders to have one, yes.

7       Q.   And would -- sorry, strike that.

8            And that's based on just your overall

9   experience with compressed gas cylinders?

10      A.   Yes, most compressed gas cylinders that I

11  have exposure to do have some type of a relief device

12  -- pressure relief device built into them, and most

13  compressed gas cylinder are wired to have them by DOT

14  other than those that fall under the exclusions.

15      Q.   Okay.  And as you note in your report the

16  DOT, and as you just discussed, has an exclusion for

17  cylinders with water capacity of less than a thousand

18  pounds.  Do I have that right?

19      A.   You're saying the DOT, less than a thousand

20  pounds for -- for what?

21      Q.   Of water capacity.  I'll ask more

22  open-ended.  Do you know what the exception that's

23  applicable to this tank is?

24      A.   It's the dimensions of the tank that make it

25  fall into a category from my recollection.

Page 101

1      Q.    Okay.  The category itself doesn't

2   necessarily matter.  My question is:  Do you know why

3   that exception exists?  Are you just looking at your

4   report?  I just want to make sure.

5      A.    It's -- I'm sorry.  It's the size as well as

6   a pressure at a particular temperature.  So it is

7   speaking somewhat to the contents.

8      Q.    Okay.

9      A.    So in that particular instance I think it's

10   the amount of energy stored that it would be looking

11   at under normal application.

12      Q.    Can I ask what you're referencing just now?

13      A.    It's the CFR 49 173.301.

14      Q.    Okay, great.

15      A.    Which I think I reference.

16      Q.    Yep, you do.  My question is:  Do you know

17   why that -- and I should have it in front of me, too,

18   do you know why the exceptions listed in subpart F

19   exist?  Just generally with respect to the exception

20   we've been discussing, do you know why that exception

21   was created?

22      A.    Other than the essentially contained energy

23   in the container, I really don't know anything beyond

24   that as far as specifically why there's an exclusion,

25   no.

```
                                              Page 102
```

1        Q.    Were you surprised to learn that part of the

2    reasoning was that the cost of having such a pressure

3    relief device related to the cost of the cylinders

4    does not justify requiring it?

5              MS. FAPPIANO:   Objection.

6        A.    Are you asking me if I would be surprised?

7    I'm not sure these days what I'd be surprised of, but

8    I would think and hope that there is a little bit more

9    to it than just cost.

10       Q.    (By Mr. Kirkpatrick) But you would not be

11   surprised if that were a part of it?

12             MS. FAPPIANO:   Objection.

13       A.    I can't deny that it is.  I don't have any

14   references to go by on that.

15             MR. KIRKPATRICK:   Okay.  I was going to say

16   -- so I'm going to say we should do a lunch break.  I

17   don't have that much left.  So if everyone is okay

18   with it, I would suggest we take another short

19   five-minute break and then try to finish up.  Does

20   that sound okay?

21             THE WITNESS:   I'm okay with that.  Y'all are

22   passed the lunch hour there anyway.

23             MR. KIRKPATRICK:   Let's come back at 1:05

24   then.

25                   (Recess taken)

1      Q.    (By Mr. Kirkpatrick) In your report the

2   last sentence of the last paragraph before

3   conclusions and opinions you cite Mr. Brad James of

4   Exponent.  Is your understanding of what you say

5   Mr. Brad James agrees to based on reviewing his

6   report?

7      A.    Yes.

8      Q.    Is it based on anything other than what's in

9   his report?

10     A.    No, it's not.

11     Q.    Do you agree that pressure relief devices

12   must be sized in accordance with the specifics of a

13   container?

14     A.    Yes, that's the idea, is to protect the

15   container.

16     Q.    Sure.  And are you aware that ASME has

17   specific rules related to pressure relief devices?

18     A.    For ASME containers, yes.

19     Q.    And that the CGA has particular standards

20   related to pressure relief devices?

21     A.    Yes.

22     Q.    And that NFPA rules also have rules related

23   to pressure relief devices?

24     A.    They do.

25     Q.    And, for example, NFPA 55 has a maximum flow

Page 104

1    rates for pressure relief devices?

2         A.   Okay.

3         Q.   Are you aware of that or were you previously

4    aware of that?

5         A.   Well, I mean, as far as the general design

6    of pressure relief devices where there's concern of

7    the size of the vessel and pressure contained in the

8    vessel and the availability to release that pressure

9    to prevent a catastrophic incident from happening.

10   And most prescriptions for relief devices don't

11   necessarily have a maximum flow rate.  It's just --

12   it's going to be depending on the type of device.

13   It's going to be whatever the pressure is that the

14   rupture disk or whatever the device is opens, based on

15   its throat diameter and pressure, you're going to have

16   a particular flow.

17        Q.   Okay.  So if I understood that correctly, to

18   be effective a pressure relief device has to have a

19   certain minimum flow capacity?

20        A.   It would have a minimum, certainly.

21        Q.   Yeah.  And are you familiar with

22   requirements for maximum flow capacity?

23        A.   No.

24        Q.   Okay.  Now, discussing minimum flow capacity

25   requirements, can you just explain why those minimum

Page 105

```
 1   requirements exist.
 2       A.   Generally the surface area of the container
 3   related to the volume of the container and pressure,
 4   you have to be able to release a certain amount of
 5   content to prevent the rupture of the container in a
 6   given time.  It also depends somewhat on the contents
 7   of the material -- sorry, the contents itself and what
 8   that content does upon release of a product.
 9                For example, again, hate to go back
10   to propane; but when you release propane vapor, you
11   boil the liquid propane, which actually cools the
12   container.  That's why in that application a
13   resettable type relief valve makes sense, where if
14   you've got a container such as any of the higher
15   pressure cylinders of air and whatnot, a lot of
16   times it's a rupture disk such as in a -- that would
17   be present in the -- in that cascade system, for
18   example, in the Poseidon.  Those types of cylinders
19   would have a rupture disk application.
20       Q.   And to determine the minimum flow rate
21   capacity for a pressure relief device, there are
22   formulas set.  For example, CGA has promulgated that
23   manufacturers can use; is that right?
24       A.   Sure.  It all goes back to, you know, what I
25   stated, it's kind of the diameter of the opening at
```

Page 106

1    which the flow is going to occur, the pressure at

2    which it's designed to operate at and then you've got

3    your flow dynamics that are essentially defined

4    releasing -- assuming the release atmosphere of what

5    the maximum flow rate or minimum flow rate will be.

6         Q.   And is it your understanding that the --

7    rather I'll ask:  Are you familiar with ASME PTC 25

8    which is entitled:  "Pressure Relief Devices

9    Performance Test Codes"?

10        A.   I'm not -- not off the -- not off the cuff,

11   I'm not that familiar with that.  Again that's going

12   to be for an ASME application, right?

13        Q.   Would you be surprised that standard is

14   incorporated into the CGA standard?

15        A.   I'm sure they incorporate UL standards as

16   well.  I mean, that doesn't surprise me; but again it

17   depends on the application.

18        Q.   Well, I guess what I'm getting at, there are

19   entire standards out there for evaluating the

20   effectiveness of pressure relief devices?

21        A.   Yes.  And that goes into making a

22   determination of which ones would go into a particular

23   application.

24        Q.   Okay.  And you did not analyze all the

25   various standards and publications related to

Page 107

```
1    effectiveness of pressure relief devices in forming

2    your opinions in the case?

3         A.    That really wasn't my intent or purpose in

4    this case to do so.

5         Q.    So you did not analyze what flow rate would

6    be required to have a pressure relief device on the

7    test tank in this case?

8         A.    I did not go through that -- through that

9    exercise, no, I did not.

10        Q.    So, now turning to the conclusions and

11   opinions section, a lot of this we have covered

12   before.  So I will be brief, or I'll try to be at

13   least, famous last words.

14             You discussed your methodology in the

15   -- you said it kind of varies depending on what data

16   you were provided.  What was your methodology in

17   this case?

18        A.    Well, really it was a -- to the best of my

19   ability with the material that I had, a scientific

20   method of going through and determining from the

21   various statements, reports, deposition testimony,

22   determining what -- what most likely occurred in this

23   particular instance as well as, you know, analyzing

24   the valve to understand its operating characteristics,

25   which I'm not aware of anybody else speaking to that.
```

Page 108

1    So... but taking that all into consideration
2    determining what actually occurred through scientific
3    method.
4        Q.   And was your methodology the same with
5    respect to all seven conclusions and opinions?
6        A.   As it can be applied, yeah.  Some of it is
7    more of a conclusion as opposed to an opinion, which
8    conclusions is going to be just pure factual based
9    such as No. 4.
10       Q.   Sure.  Okay.  In terms of No. 3 -- or rather
11   No. 6 you say:  "A pressure relief device designed at
12   Tyco would have prevented this accident."  Above you
13   state it "likely would have prevented this accident."
14   So my question is just:  Is your level of confidence
15   in this opinion different than what you state in the
16   body of your report?
17       A.   I think the problem is taking into
18   consideration some of the issues that you talked
19   about.  It would be what's feasible to be done and
20   what the pressure setting on that device would have
21   been.  You know, for example, the -- just speaking off
22   the cuff a little bit, which I don't really like to do
23   in a deposition; but, for example, the relief valve on
24   this container probably would have been set somewhere
25   under 400-psi, whatever relief valve device it would

```
 1    have been, just based on its working pressure, you
 2    know, somewhere in that neighborhood.  So based on
 3    what we know the cylinder didn't rupture initially
 4    upon pressure application, but that relief valve would
 5    have activated and that would have been an indication
 6    there was absolutely a problem of what's going on.
 7    There wouldn't have been any further procedure
 8    depressing the disk at that point.  I'm talking this
 9    incident specifically.
10         Q.   Okay.  And you said, you know, there is
11    feasibility considerations and pressure settings and
12    you did not conduct that analysis, hence you say
13    "likely" as opposed to, you know, "certainly" would
14    have prevented this?
15         A.   In the body I did.
16         Q.   And did you conduct any kind of economic
17    analysis as to how adding a pressure relief device
18    would have effected the cost of the tank?
19         A.   I did not conduct an economic analysis, no.
20         Q.   Have you ever -- and you've never worked for
21    Tyco, have you?
22         A.   No.
23         Q.   Or Pyrochem?
24         A.   No, I have not.
25         Q.   And I mean in the context of either
```

Page 110

1    consulting or as a company.

2         A.    Tyco is a pretty big company.  So we may

3    have been involved peripherally at some point through

4    some of their products.

5         Q.    So in No. 7 you say that Tyco made the

6    decision not to include a pressure relief device.

7    You're not offering an opinion about -- the analysis

8    or reasoning that went into that decision, are you?

9         A.    I am not.  I'm just basically stating as it

10   states there.  It was for one reason or the other they

11   made a decision that those components -- of their

12   system does not need one, and I'm giving you the

13   benefit of doubt that they considered whether they

14   should or shouldn't.

15        Q.    Okay.  One other thing in the -- so, sorry,

16   jump back to the background section of your report.

17   You state -- and I'm looking at page 1, you state that

18   on the day of the incident Mr. Scott assigned

19   Mr. Buono to work on preparing three new fire

20   extinguishers for a customer and he had assigned

21   Mr. Faust to fill an air cylinder with compressed air

22   for a balloon test, and you cite Brian Scott's

23   deposition.  Are you aware that Mr. Buono has

24   testified that Mr. Scott told him that Mr. Buono was

25   to fill the air cylinder?

Page 111

1      A.    I understand there's conflict in the
2   testimony, yes.
3      Q.    And how did you resolve that conflict in
4   favor of Mr. Scott?
5      A.    With the longevity that Mr. Buono didn't
6   have with working there and what his task had been up
7   to that point, it was a -- the adamant, I think, tone
8   that Mr. Scott had about not making that assignment to
9   him for something he had not been trained for.  Also
10  the fact that Chris Faust was there and he was the one
11  actually doing the work and it seemed like Mr. Buono
12  may have been just kind of standing back and looking.
13  It did not make any sense whatsoever that he would
14  have been given that task.
15     Q.    Were there any other -- so putting that
16  issue aside, did you make any other credibility
17  determinations whether of a fact witness or of an
18  expert witness in this case?
19     A.    That's the only one I believe that -- where
20  there was an obvious conflict in what was signed
21  versus anything I can think of where I made that
22  analysis and that decision.
23          MR. KIRKPATRICK:  Okay.  I have no further
24  questions for you.  I really appreciate the time.
25          MR. FROMSON:  I have no questions for the

Page 112

1    witness.

2              MS. FAPPIANO:  I have no questions either.

3              MR. KIRKPATRICK:  Thanks everybody.

4                   (Deposition concluded 12:20 p.m..)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 113

1

2   STATE OF _____ )

3                            )   :ss

4   COUNTY OF _____)

5

6

7           I, DEREK NOLEN, the witness

8   herein, having read the foregoing

9   testimony of the pages of this deposition,

10  do hereby certify it to be a true and

11  correct transcript, subject to the

12  corrections, if any, shown on the attached

13  page.

14

15                  _____

16                  DEREK NOLEN

17

18

19

20  Sworn and subscribed to before me,

21  this _____ day of _____, 2020.

22

23  _____

24        Notary Public

25

Page 114

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    _____x
     FRANKLIN BUONO,                |
3     Plaintiff                     |     Civil Action No.
                                    |   7:17-cv-05915-PMH-LMS
4        v.                         |
                                    |
5    POSEIDON AIR SYSTEMS VICTORY   |
     AUTO STORE, INC., VICTORY AUTO |
6    STORES, INC. d/b/a POSEIDON AIR|
     SYSTEMS WORTHINGTON INDUSTRIES |
7    INC., AND TYCO FIR PRODUCTS LP.|
     Defendants                     |
8                                   |
     _____x
9    TYCO FIRE PRODUCTS LP.         |
          Third-Party Plaintiff,    |
10                                  |
         v.                         |
11   OPRANDY'S FIRE & SAFETY INC.,  |
          Third-Party Defendant     |
12   _____x
13
14              REPORTER'S CERTIFICATION FOR THE
15              ORAL ZOOM  DEPOSITION OF DEREK NOLEN
16                   JULY 20, 2020
17
18       I, Jill M. Vaughan, Certified Shorthand Reporter in
19   and for the State of Texas, hereby certify pursuant to
20   the Federal Rules and/or agreement of the parties present
21   to the following:
22       That the witness, DEREK NOLEN, was duly sworn by the
23   officer and that the transcript of the oral deposition is
24   a true record of the testimony given by the witness;
25       That the deposition transcript was duly submitted on

Page 115

1    _____ to the witness or to the attorney for

2    the witness for examination, signature, and return to

3    Veritext by _____.

4         I further certify that I am neither counsel for,

5    related to, nor employed by any of the parties in the

6    action in which this proceeding was taken, and further

7    that I am not financially or otherwise interested in the

8    outcome of this action.

9         Certified to by me on this 31st day of July, 2020.

10

11

12

13

14                        Jill M. Vaughan, CSR, RPR

                          Texas CSR 6192

15                        Expiration:  12-31-21

                          Veritext Legal Solutions

16                        Veritext Registration No. 571

                          300 Throckmorton Street, Suite 1600

17                        Fort Worth, TX 76102

                          (817) 336-3042 (800) 336-4000

18

19

20

21

22

23

24

25

```
                                                    Page 116

 1                    INSTRUCTIONS TO WITNESS

 2

 3        Please read your deposition over carefully

 4    and make any necessary corrections. You should state

 5    the reason in the appropriate space on the errata

 6    sheet for any corrections that are made.

 7        After doing so, please sign the errata sheet

 8    and date it.

 9        You are signing same subject to the changes

10    you have noted on the errata sheet, which will be

11    attached to your deposition.

12        It is imperative that you return the original

13    errata sheet to the deposing attorney within thirty

14    (30) days of receipt of the deposition transcript by

15    you. If you fail to do so, the deposition transcript

16    may be deemed to be accurate and may be used in court.

17

18

19

20

21

22

23

24

25
```

Page 117

1                    E R R A T A

2

3

4

5          I wish to make the following changes,

6      for the following reasons:

7

8      PAGE LINE

9      ___  ___ CHANGE:_____

10     REASON:_____

11     ___  ___ CHANGE:_____

12     REASON:_____

13     ___ ___ CHANGE:_____

14     REASON:_____

15     ___ ___ CHANGE: _____

16     REASON:_____

17     ___ ___ CHANGE: _____

18     REASON:_____

19

20     _____   _____
            DEREK NOLEN                  DATE

21

22     SUBSCRIBED AND SWORN TO BEFORE

23     ME THIS ___DAY OF_____, 20 .

24

25     _____       _____
       NOTARY PUBLIC             COMMISSION EXPIRES

| & |
| --- |
| **&**   1:11 2:4,10,14 2:16 15:15 18:11 114:11 |

| 0 |
| --- |
| **05915**   1:3 114:3 |

| 1 |
| --- |
| **1**   3:9 7:5,6 12:1 31:24 36:13 46:14 49:19 67:20 110:17 |
| **1-1/2**   58:19 |
| **10**   17:9 25:9 34:9 57:14 |
| **10006**   2:18 |
| **1111**   2:4 |
| **11:05**   41:17 |
| **11:08**   75:23 |
| **12**   34:9 |
| **12-31-21**   115:15 |
| **1200**   89:5,8,18 |
| **12551**   2:5 |
| **1279**   2:4 |
| **12:20**   1:19 112:4 |
| **13**   64:7 |
| **13000**   115:13 |
| **13th**   1:21 4:7 5:3 |
| **14**   64:8 |
| **15th**   6:13 21:13 |
| **1600**   115:16 |
| **17**   34:10,10 37:7 |
| **173.301.**   101:13 |
| **17th**   6:17 |
| **1982**   15:6 |
| **1986**   17:6 |

| 2 |
| --- |
| **2**   3:2,10 21:9,11 31:23 42:12 47:3 49:20 64:25 67:20 76:6 |
| **20**   1:15,19 49:11 87:9 114:16 117:23 |
| **200**   22:2 86:7 |
| **20005**   2:11 |
| **2019**   18:7,14,21 87:9 |
| **202-434-5000**   2:11 |
| **2020**   1:15,19 4:2 113:21 114:16 115:9 |
| **20th**   4:2 |
| **21**   3:10,11 |
| **2110**   2:17 |
| **212-952-1100**   2:18 |
| **225**   69:11 70:15 85:21 |
| **25**   21:25 34:10 87:6 106:7 |
| **250**   70:15 |
| **2500**   66:10 |
| **275**   19:20 |
| **28**   3:12 |
| **285**   19:21 20:1 |

| 3 |
| --- |
| **3**   3:11 21:15,16 47:8 48:3 49:15 63:20 66:6 76:6 80:22 83:17 108:10 |
| **30**   116:14 |
| **300**   2:4 115:16 |
| **31st**   115:9 |
| **336-3042**   115:17 |
| **336-4000**   115:17 |

| 4 |
| --- |
| **4**   3:4,12 28:13,14 41:20 49:24 51:2 55:3,15 60:21 99:21 108:9 |

| 40   20:11 |
| --- |
| **400**   108:25 |
| **415-5000**   56:8,23 |
| **45**   2:17 |
| **450**   66:9,17 67:19 81:2,3,18 82:2 83:1,5,12 85:16,17 85:18 87:19 88:3 88:25 98:22 |
| **4500**   54:24,25 55:5 55:9,19 56:2 60:19 |
| **49**   101:13 |
| **4ba**   26:15 |
| **4bw**   26:12,15,19 41:8 47:10 95:5 95:13 |

| 5 |
| --- |
| **5**   17:9 23:20 66:7 77:13 81:20 85:23 |
| **5,000**   54:15 60:18 70:3 71:13,15 |
| **50**   22:8 71:15 |
| **500**   49:7,13 60:16 |
| **55**   34:16 103:25 |
| **571**   115:16 |

| 6 |
| --- |
| **6**   83:17 98:3 108:11 |
| **6,000**   54:1,4,11 56:1,4 |
| **6192**   4:8 115:14 |

| 7 |
| --- |
| **7**   3:9 81:20 110:5 |
| **725**   2:10 |
| **740**   1:21 4:6 5:3 |
| **75**   16:23,25 |
| **76102**   115:17 |
| **7708**   5:4 |

| 7:17   1:3 114:3 |
| --- |

| 8 |
| --- |
| **80**   16:23 |
| **800**   115:17 |
| **817**   115:17 |
| **83**   15:8 |
| **845-562-0202**   2:5 |
| **85**   16:25 22:22 |

| 9 |
| --- |
| **921**   28:4 |
| **95**   17:3 |
| **9:00**   1:19 4:2 |

| a |
| --- |
| **a.m.**   1:19 4:2 |
| **ability**   79:9 107:19 |
| **able**   14:4 27:12 29:6 56:16 59:19 60:17 69:9 71:13 72:18 80:1 91:16 105:4 |
| **absolutely**   109:6 |
| **academic**   33:1 |
| **accept**   38:25 |
| **acceptable**   51:14 58:12 |
| **accepted**   94:13 |
| **accident**   15:21 54:21 77:13 80:21 82:12 88:11 108:12,13 |
| **accomplishes**   68:12 |
| **accounts**   17:19 |
| **accuracy**   50:12 |
| **accurate**   21:11,19 52:9 82:2 116:16 |
| **acknowledge**   38:25 |
| **acquired**   88:11 |

**acquisition** 10:17
10:20
**action** 1:3 114:3
115:6,8
**activate** 13:11
24:18 61:4 62:15
68:5 75:11 94:23
95:1 97:18
**activated** 12:4
24:4,5 32:8 109:5
**activates** 75:3
**activating** 13:11
**activation** 14:3
32:7,12
**actual** 12:24 22:6
36:8 40:22 66:13
79:22 88:6
**actuator** 40:7
**actuators** 39:22
40:3
**adamant** 111:7
**adapter** 62:25
63:4,17,23 64:9
65:17 66:3 67:23
68:1,3,6 77:9
**add** 8:11 29:18
42:21
**added** 7:24
**adding** 83:11
109:17
**additional** 5:20,25
7:13,23 42:17
91:3
**address** 5:1
**addressed** 33:10
35:11
**addresses** 68:8
**adequate** 51:10
**adjust** 26:20 59:16
60:12,18 72:20
73:20

**adjustable** 51:9
53:13,16,19 60:5
**adjusted** 53:20
56:2 82:4 83:2,5
**adjusting** 58:5
**adjustment** 83:8
**adjustments** 59:24
60:11
**adjusts** 64:19
**administering** 4:8
**advantages** 70:8
**advisable** 65:2
95:4
**afford** 98:14
**agent** 48:5,11,18
**agent's** 62:8
**agree** 29:6 49:1
51:5,25 53:3
70:19 74:2,16
84:2,7,10,19 85:14
94:7,18 96:20
97:22 103:11
**agreement** 4:4
114:20
**agrees** 29:4,5
103:5
**ahead** 37:22 53:11
**air** 1:5,6 9:25 25:2
26:9 39:5,8,12
40:15,21,23 48:4
48:12 49:16 64:17
68:21,24 69:6,10
69:10,14,15,20,22
69:24 70:8,9,10,13
71:1,20,21 72:7,24
78:13 90:19,23
91:13 105:15
110:21,21,25
114:5,6
**allegation** 23:14

**alleged** 23:5
**allow** 96:21 97:3
**allowed** 89:17,18
**allows** 48:16 57:20
58:16 62:17 67:9
**aluminum** 12:6,14
25:23
**ambiguous** 36:19
38:11
**amount** 101:10
105:4
**analyses** 27:7
41:25 44:15,23
**analysis** 9:9,10
19:12 23:22 32:2
41:24 42:5,6
45:19 66:18 86:21
91:21 93:19 94:6
109:12,17,19
110:7 111:22
**analyze** 79:21 80:2
106:24 107:5
**analyzed** 5:23
**analyzing** 24:8
32:7 37:18 107:23
**ansul** 31:24
**answer** 40:22
88:18 94:6
**answered** 72:9
79:24
**anybody** 28:22,24
39:11 86:21
107:25
**anyway** 20:16
95:1 102:22
**apart** 11:11
**apparatus** 99:7
**appearances** 2:1
3:2
**appeared** 1:21
55:24 83:25

**appears** 83:18
87:3,5 95:25
**appliance** 9:15
23:13 58:17
**appliances** 97:15
**applicable** 100:23
**application** 9:18
14:10 26:3 36:2
36:15 37:4 38:5
39:14,20 40:14
49:6,11 50:16
51:15,18 53:18,20
54:5 55:25 57:11
57:17,19 58:6,11
59:13 60:1,10
61:13,23 67:8
69:12 70:11,12
71:6 72:18 73:20
77:4 91:20 93:2,5
93:9 94:14 95:11
96:1,8,11 97:14,18
98:12 99:4,11
101:11 105:12,19
106:12,17,23
109:4
**applications** 38:22
39:24 40:2,11,25
49:8 51:4 67:13
71:14 95:9,21,24
97:11
**applied** 9:19,24
37:25 66:8 87:4
90:21 91:3,4
108:6
**applies** 37:6,9
38:18
**appllication** 93:11
**apply** 38:9 60:8
67:1,19
**applying** 38:6
66:24 68:3

**appreciate** 9:3
68:16 111:24
**appropriate** 31:3
50:15,18 51:13
58:9 73:16 116:5
**appropriately**
72:13 76:17 78:19
**approved** 47:10
**approximately**
21:25 66:9
**aqua** 56:7,22
**area** 15:4 24:14
35:24 43:23 45:23
60:22 66:21,22
90:20,22,25 91:1
92:17 94:25 105:2
**argon** 25:25
**arrived** 93:20
**aside** 31:19 111:16
**asked** 29:10 79:23
**asking** 45:9 102:6
**asme** 103:16,18
106:7,12
**aspect** 19:4 21:6
31:2
**aspects** 35:23
95:22
**assigned** 110:18
110:20
**assignment** 18:15
19:2,10 111:8
**assist** 28:22
**assistance** 84:13
**assistant** 16:20
**association** 33:23
**assume** 5:10 19:14
27:4
**assuming** 106:4
**atmosphere** 106:4
**attached** 1:22 56:6
62:19 113:12

116:11
**attempt** 14:8 90:2
**attempting** 80:22
**attending** 21:7
**attention** 85:4
**attorney** 115:1
116:13
**audio** 61:23
**authorized** 32:18
**auto** 1:5,5 114:5,5
**automation** 62:14
**availability** 104:8
**available** 7:16
18:17 27:12,15
**aware** 49:18 80:5
92:10 103:16
104:3,4 107:25
110:23

**b**

**b** 1:6 114:6
**bachelor's** 17:25
**back** 5:22 11:8
15:6 18:14,21
20:24 29:13 32:10
39:9 41:16 46:15
58:14 60:18 75:22
76:1 80:19 85:5
85:13 92:7 102:23
105:9,24 110:16
111:12
**background** 18:25
46:20 110:16
**backtracking**
89:11
**ball** 97:24 98:5
99:3
**balloon** 110:22
**barber** 2:16 18:11
**base** 86:14
**based** 19:22 27:11
34:6 46:24 47:19

47:24 48:23 53:6
56:4,24 65:9,19,23
66:13 78:7,14,16
78:24 79:2,9,12
80:23 89:4 90:24
92:1,9,14 100:8
103:5,8 104:14
108:8 109:1,2
**basically** 8:19
18:24 20:13 23:1
97:21 110:9
**basis** 44:10 55:5
66:11 76:13 92:7
92:11
**battery** 25:22
**beginning** 45:3
**behalf** 4:14
**believe** 6:3,11,15
8:6,21 9:1 18:9,13
31:23 33:14 35:21
36:18,25 44:17
50:2,18 51:15
55:2,25 56:7,9
57:4 63:9,20,20
71:20 79:13 81:4
83:6 89:24 95:21
96:11 111:19
**benefit** 62:12
110:13
**benefits** 93:25
**benstock** 29:1
**best** 51:6 57:25
84:7,19 88:18
107:18
**better** 65:6
**beyond** 35:10
47:18,22 81:16
85:21 87:3 101:23
**big** 87:20 110:2
**bit** 34:12 40:1
47:21 102:8

108:22
**bite** 86:3
**blank** 26:14 89:2
**blebby** 12:14
**blown** 11:11
**body** 108:16
109:15
**boil** 105:11
**boom** 15:5
**bottom** 38:20
48:10,15
**box** 2:4
**brad** 103:3,5
**break** 22:19 41:13
102:16,19
**brian** 47:1 65:12
65:13 80:9 83:15
110:22
**brief** 107:12
**briefly** 46:23
85:13
**bring** 30:25
**broadway** 2:17
**broke** 47:21
**building** 10:15
**buildings** 10:14
**built** 95:7 96:1
100:12
**bulk** 10:25 11:10
20:9 48:14
**bullet** 14:12
**buono** 1:2 80:14
81:4 110:19,23,24
111:5,11 114:2
**burns** 10:15,15
11:9
**businesses** 23:1
92:2
**buy** 63:8,18
**buys** 92:21

**bw** 99:21

**c**

**calculations** 86:23
**calibrate** 52:1
**calibrated** 97:23
  98:4 99:2
**calibration** 52:4,5
  52:12
**call** 6:19 56:11
  63:11 64:7
**called** 63:11
**calls** 48:20
**capabilities** 71:25
**capability** 58:4
  59:15
**capable** 12:15
  32:16 51:12 60:8
  64:20 70:14 99:7
**capacities** 27:5
**capacity** 11:15
  12:11,18 13:8,20
  13:24 15:2 53:1
  56:17 100:17,21
  104:19,22,24
  105:21
**carbon** 35:5,7
**career** 11:24 21:24
  61:22
**carefully** 116:3
**carried** 26:18
**carry** 26:19
**cascade** 13:17
  54:18,21 61:17
  72:10 74:8,10
  76:17 105:17
**case** 8:10,12 9:22
  11:5 12:1 13:4
  18:6,12,15 20:6
  21:4 24:24 25:1
  26:10 28:18 30:2
  30:25 31:1,19

34:3 36:22 37:7
  37:18 38:10 41:4
  41:11 42:1,24
  43:12,24 44:15,23
  45:20 46:22,25
  48:24 54:7,12
  67:16 72:1 78:8
  80:24 81:1 92:21
  107:2,4,7,17
  111:18
**cases** 11:1 16:16
  16:21,21 17:1
  21:11,19 22:18,23
  23:3,4,7,16,21
  24:8,22 25:6,13,16
  25:18 26:2,4,11
  27:2 28:7 30:4
  32:3 34:2 45:22
  53:19 96:2,16
**catastrophic** 104:9
**catch** 98:23
**categories** 17:1
**categorizes** 43:11
**categorizing** 89:19
**category** 41:1
  100:25 101:1
**causation** 19:12
**cause** 1:19 19:4
  23:22 27:8,19
  89:21
**causes** 12:22 28:11
  89:20 93:7
**causing** 13:17
**caveat** 14:1
**central** 4:2 75:23
**certain** 11:14,15
  17:14 56:14 69:19
  75:17 92:15,18,18
  95:13 104:19
  105:4

**certainly** 20:9
  69:25 77:4 88:13
  96:9 99:10 104:20
  109:13
**certificate** 3:5
**certification**
  114:14
**certified** 1:20
  114:18 115:9
**certify** 113:10
  114:19 115:4
**cetera** 47:5,6
**cfr** 101:13
**cfrs** 38:15
**cga** 36:4,9,13,14
  103:19 105:22
  106:14
**challenge** 38:16
**chamber** 82:8,11
**chambers** 77:15
  77:19
**change** 7:13 19:2,3
  32:24 117:9,11,13
  117:15,17
**changed** 20:1
  82:20
**changes** 3:4 17:14
  67:23 116:9 117:5
**characteristics**
  107:24
**charge** 19:18 63:5
  63:5,17
**check** 17:14
**chemical** 24:3
  37:7,15 38:1
**choice** 50:20 98:18
**chris** 65:14,19
  66:16 81:21 83:19
  84:1,15 89:22
  111:10

**chronologically**
  14:21
**chunk** 21:5
**chunks** 21:4
**circumstance**
  38:18
**circumstances**
  29:22 96:5
**cite** 36:16,18,25
  103:3 110:22
**civil** 1:3,22 114:3
**clamping** 39:24
  40:10
**clarify** 5:9 36:21
  88:2 99:20
**clear** 13:18 44:1
  45:24 64:1 79:21
  81:17 83:16 86:10
**clearance** 64:22
**clearly** 46:16
**click** 7:5
**clogged** 32:9
**close** 54:1 67:15
  84:8 87:6
**closed** 66:20 67:11
  67:11,16
**closer** 17:3
**closest** 56:19
**closing** 58:21 59:3
  61:5
**cng** 10:1 25:17,18
**co2** 10:1 32:13
**coauthor** 29:25
**code** 34:6,7,7,7,8
**codes** 34:14,21,24
  35:2,6,10,11 106:9
**coelho** 30:12
**combination**
  45:18 47:1 65:13
**combined** 79:17

come   5:21 41:16 50:21 56:19 61:22 75:22 93:24 95:5 95:15 102:23

comes   36:1 64:10 64:18 71:5

coming   19:6 27:20 64:20

commentary   42:10

commerce   39:3

commercial   35:8

commission   117:25

common   28:2 57:10 69:18 96:17

commonplace   99:19 100:5

companies   15:18 23:9

company   11:7 14:22 19:16,18 23:13 73:3 110:1 110:2

comparison   52:6

compatible   51:20

competent   70:21 71:2,7,8,16,21 72:7,15,16 73:5,8 73:18,21

complete   59:24 60:2 94:6

completed   40:12 41:23

complicated   69:21 70:6

complies   28:19

comply   37:12

component   9:8,10 9:23 24:20 38:6 39:13 64:9,10

71:7 74:22 96:23 96:23 97:4,5

components   9:13 9:15 24:10 26:20 32:3,5 66:14 71:16,17 79:2 97:15 110:11

compress   69:24

compressed   24:23 32:22 33:12,18,23 34:17 35:22 39:5 39:8,12 40:15,21 40:23 50:2,19 52:2 62:21 68:21 68:24 70:19 71:1 71:20,21 72:7,24 73:7 74:1,16,18 75:15 90:6 96:20 99:19 100:3,6,9,10 100:13 110:21

compressing   84:3

compression   62:7

compressor   39:18 55:17 69:6,10,15 70:3,5,18 71:9 72:10 73:4,14 74:7,9,11,14 77:16 95:23,23

compressors   69:10

computerized   1:20

concern   104:6

concerning   88:5

concluded   112:4

conclusion   100:1 108:7

conclusions   29:4 87:10 103:3 107:10 108:5,8

condition   62:1 81:22

conditions   14:7 57:21 58:10 97:14 97:20

conduct   12:20 91:21 109:12,16 109:19

conducted   4:4,15 44:15 93:19

conducting   10:15 25:9 44:22

confidence   108:14

configuration   68:10

configurations   10:14 16:1

confining   43:24

confirm   21:18 28:17 29:3,5

confirming   12:10 81:23

conflict   111:1,3,20

connected   55:17

connection   63:1

connections   36:10 36:10

connolly   2:10

cons   93:20

consent   4:15,16,18 4:20

consider   42:9 49:4 50:3,19,24 92:2

consideration   58:8 74:3 94:22 108:1 108:18

considerations   94:8 95:3 109:11

considered   37:18 42:13 44:12 74:7 110:13

considering   66:19

consistent   63:16 86:20 87:6 88:14

constant   51:17,23 51:24 57:22 58:7

constantly   33:7

construction   15:5

consultation   18:18 18:25

consulting   15:11 16:12,15 17:8 20:3 22:15 110:1

contacted   18:8

contain   48:21 61:7

contained   44:3 101:22 104:7

container   26:19 48:10,11,15 58:25 59:2,2 67:10 69:25 92:20 94:24 101:23 103:13,15 105:2,3,5,12,14 108:24

containers   93:6 103:18

contaminate   70:1

content   29:10 30:1 105:5,8

contents   6:5 101:7 105:6,7

context   11:16 13:5 35:18 40:13 94:13 99:21 109:25

continue   87:23

continues   42:11

continuing   7:13 7:24 8:5,7,8 16:1

contradiction   84:23

contradictory   86:8

contributed  32:23
33:16
contributions
33:16
control  9:15 57:17
57:20 58:7,13,16
58:17,20,22,24
59:4
controllable  51:20
convenience  59:14
conversation  6:16
conversations  6:5
6:5,6,9,22
conveyor  40:6,8
cools  105:11
copy  45:9
corporate  14:13
corporations
43:22
correct  8:23 19:13
27:6 28:12 29:16
31:7,11,13,15,18
33:24 41:3 48:2
52:20,25 67:21
77:13 78:5,6,9
81:22,24 82:5,8,10
82:21 83:13
113:11
corrections  113:12
116:4,6
correctly  28:9
46:8 76:7,10
78:21 82:18
104:17
cost  50:19 102:2,3
102:9 109:18
costs  50:24 59:6
counsel  4:16 6:6
115:4
country  15:3

county  113:4
couples  10:17
course  11:24
13:12,15 21:7,23
22:15 31:19 32:21
35:14 36:3 44:25
68:4 69:13
courses  7:25
court  1:1 4:1
22:11 59:12 114:1
116:16
cover  24:13
covered  29:7
34:13 107:11
covering  24:12
covers  29:9 36:12
craddock  15:15
crane  15:16
created  81:21
101:21
credibility  111:16
criteria  24:12
26:17,21 33:6
94:2
cross  66:21,22
67:9
csr  4:8 115:14,14
cuff  106:10 108:22
cumbersome
59:18,23
current  4:5
curriculum  3:9
customer  110:20
cutoff  20:1 49:5
cutting  75:19
cv  1:3 7:7,9,16,21
8:1,11,17,24 9:7
114:3
cylinder  12:5
13:13 14:4 24:23
25:2,14,18 26:9

35:21 47:10 48:8
49:16 51:6,14,22
53:6 54:21 57:9
58:2 59:21 61:16
61:18 62:8,9,19
63:5 64:18 66:10
66:23,23 67:2,11
68:9,14,18,21
74:10,12 76:22,23
77:14,15,19,25
80:18 81:19,21
82:15 84:20 85:20
86:19,21 89:4,11
90:2,3 93:13 95:1
95:15 96:8,10
97:13,17 99:18,19
99:25 100:3,13
109:3 110:21,25
cylinder's  72:19
cylinders  11:18
12:1,6 13:16 25:3
25:10,15,17,23
26:5,6,7,8,12,13
26:14 27:3,4
32:11,22 33:5,9,12
33:18 35:22 36:11
40:21,22,24 48:5
48:19 49:7 54:6
55:4,6,16,16,18
56:4 59:17 71:10
72:1,2,11 74:8
77:24 79:13,19
89:7 96:13,18
99:20,21,22 100:6
100:9,10,17 102:3
105:15,18

| d |
| --- |

d  1:6 114:6
d.c.  2:11
damage  58:23
94:24

dangerous  75:16
daniel  18:9,18,20
18:25 21:8 47:5
data  10:16,20
27:16 44:12 48:19
56:25 107:15
date  4:1 41:24
80:21 116:8
117:20
day  11:9,10
110:18 113:21
115:9 117:23
days  102:7 116:14
dealing  13:12
34:20
dealt  18:1
debris  75:5
decided  25:25
decision  93:16
94:15 110:6,8,11
111:22
deemed  116:16
defendant  1:11,18
2:8,14 22:17,22
114:11
defendants  1:7
114:7
defined  106:3
degree  11:3 18:1
38:5 43:18 44:20
50:12 62:22 64:21
69:19
degrees  98:23
delivering  50:9
delivery  50:12
deluge  34:10
demand  11:1
39:17,21 51:17,22
deny  102:13
departments
22:25

**depending** 26:21
29:25 45:22 48:10
49:12 50:16 57:17
60:1 65:4 69:22
84:24 104:12
107:15
**depends** 11:25,25
13:4 34:3 49:6
59:8,13 62:20
67:7 70:23 105:6
106:17
**deposing** 116:13
**deposition** 1:13,17
1:21 4:3,4,9,15
6:1,24 20:22 21:2
21:12 22:1,5,19
30:9 42:20 44:5
45:1 47:2,4 84:15
107:21 108:23
110:23 112:4
113:9 114:15,23
114:25 116:3,11
116:14,15
**depositions** 5:21
42:17,19 45:5
**depress** 85:16
**depressed** 68:11
68:13 90:15
**depressing** 109:8
**depression** 65:20
68:1 81:4
**depth** 33:10
**derek** 1:14,17 3:3
4:3,11 5:3 113:7
113:16 114:15,22
117:20
**describe** 14:14
64:25 65:1 80:20
**described** 23:18
33:13 51:2 76:5

**describing** 66:6
84:1
**description** 3:8
**design** 10:8 14:25
17:14 25:23 31:12
31:14,16 33:6
39:8,10,11 41:2
62:6,17 65:10
71:5,5,7,9,17,21
72:15,23,25 73:5
73:18,22,24 74:4,7
74:13 90:24 91:9
94:11,17 96:7
97:15 104:5
**designed** 25:21
39:3,5 47:16,20
48:1 67:4,7 70:20
71:1 72:6,12 73:4
73:8,15 94:12
106:2 108:11
**designer** 72:14
73:13
**designing** 39:16
70:21 71:2,9,19
72:7 73:9 74:1,15
94:8
**despite** 81:6
**destruction** 12:25
**detail** 28:4
**detailed** 77:11
**details** 77:13
**detectors** 35:8
**determination**
106:22
**determinations**
111:17
**determine** 14:5
27:18 35:2,4
76:20 77:18 90:18
105:20

**determined** 96:3
**determining** 10:3
12:10 107:20,22
108:2
**device** 13:21 61:1
61:10 91:7,9,15,20
92:24 93:22 95:7
95:16 96:1,24
97:6,23 98:5 99:3
99:17,24 100:4,11
100:12 102:3
104:12,14,18
105:21 107:6
108:11,20,25
109:17 110:6
**devices** 11:15 94:9
94:20 103:11,17
103:20,23 104:1,6
104:10 106:8,20
107:1
**diameter** 104:15
105:25
**difference** 26:17
57:5
**different** 19:22
20:2,2 25:18
26:19 27:20 30:24
34:13 40:25 43:20
43:21 49:18 51:22
56:25 60:8 62:17
65:3,16,24 69:16
93:1 108:15
**dimensionally**
56:17
**dimensions** 57:1
100:24
**dip** 48:5,7,15
**directions** 97:21
**directly** 23:8
**disagree** 86:18,25
87:10,14 98:7

99:1
**disassembly** 66:14
**discharged** 74:18
**disclosed** 9:2
**disclosure** 43:6
**discovery** 42:11
**discretion** 91:11
91:19 92:12
**discuss** 47:15
60:21,22 86:17
87:8 91:6,15 95:7
**discussed** 27:2,3
70:9 80:13 83:24
86:5 90:7 96:15
99:16 100:16
107:14
**discussing** 76:4,5
101:20 104:24
**discussion** 45:23
84:17 89:12
**discussions** 65:16
**disk** 65:21 68:2,10
68:13 74:12,24
75:1,6,14 81:5
84:3 85:13,16
90:7 93:4,15 95:2
104:14 105:16,19
109:8
**displaces** 75:4
**disqualified** 22:10
**distinction** 64:1
**distracted** 84:16
84:20 85:8
**distraction** 84:23
**distributor** 32:18
**district** 1:1,1
114:1,1
**division** 15:1
**document** 28:1
**documentation**
88:6

documented 55:2 88:12,21
documenting 27:13
doing 8:6 9:21 10:13,19 14:2 15:21,22,25 19:23 22:16 23:21 31:1 40:9 54:7 66:18 71:25 79:16 84:5 84:8,25 85:2,4 98:20 111:11 116:7
dot 11:14 12:10 13:5 25:20 26:5,8 26:12,16 27:4 32:25 33:6,7,17,21 41:8 47:10,13 91:12 92:9,10,15 92:22 95:5,22 100:13,16,19
double 61:7
doubling 66:25
doubt 110:13
downside 59:5
drafted 28:25
drain 24:5
drawing 26:14 48:16
dried 15:6
drop 57:14
dropout 61:24
dropping 60:15
drops 57:8
drugs 85:10
dry 32:11 69:15 69:20,25 70:8,9 95:25
dryers 39:18
drying 70:4

due 95:19
duly 1:18 4:12 114:22,25
dump 93:14
dynamic 18:2
dynamics 17:22 106:3

e

e 1:21 4:6 117:1
earlier 76:4 96:16
ease 95:22
east 5:3
easy 30:20
economic 109:16 109:19
ed 8:7
education 7:14,24 8:5,9 16:1 17:21
effect 13:17
effected 109:18
effective 104:18
effectively 73:17 89:9
effectiveness 106:20 107:1
eight 20:24
eighties 11:8
either 22:5 24:1,18 29:21 32:25 41:1 41:1 45:1 46:9 56:10 60:17 61:10 67:15 68:2 80:18 85:19 96:25 97:12 98:22 99:15 109:25 112:2
elaborate 40:1
electric 34:7,7
eliminate 94:24
emergency 4:6 93:5

emily 47:5
emitted 97:3
employed 115:5
employee 19:17 31:16
employees 81:19
employment 14:20 15:14
enables 62:7
ended 15:6 100:22
endings 62:19
energy 101:10,22
engaged 84:4
engineer 38:11,24
engineered 73:15
engineering 8:8,8 10:9 14:13,15,24 30:22 31:2 37:1 37:20 38:4,6 41:23 42:5,6
engineers 14:17
enhance 99:14
entire 12:5 24:20 106:19
entitled 106:8
environment 14:5 56:7,23 97:14
equal 91:2
equalization 90:11
equally 37:10
equation 90:17,24
equipment 23:5 80:18
eric 29:1
errata 116:5,7,10 116:13
error 89:21
escaping 13:13,16 14:6
essentially 10:3 19:12 21:17 48:13

56:3 58:25 66:24 67:10,19 90:7 101:22 106:3
establishment 35:8
estimate 20:11 21:22 22:3,16
et 47:5,6
evaluating 106:19
evaluation 24:21
event 19:7 74:17 85:19
everybody 41:14 112:3
evidence 19:6
exact 90:18
exactly 19:25 26:16 56:11 71:25 78:2 82:1 88:20 89:14
examination 3:4 4:22 115:2
example 9:11 10:5 11:9 12:2 23:15 23:25 24:5 32:14 32:25 33:5 35:4 35:20 37:14,25 40:4 44:6 48:22 58:14 61:16 69:7 74:24 76:23 77:9 77:22 96:15 103:25 105:9,18 105:22 108:21,23
exceed 97:16
exceeded 81:17
exception 100:22 101:3,19,20
exceptions 101:18
exclude 92:18
excluded 22:11 92:13

**exclusion** 92:21 100:16 101:24
**exclusions** 100:14
**exemplar** 56:18
**exercise** 107:9
**exhibit** 3:7,9,10,11 3:12 7:1,5,6 21:9 21:11,15,16 28:13 28:14 41:20
**exhibits** 7:3,3
**exist** 101:19 105:1
**exists** 86:11 101:3
**expanding** 15:2
**experience** 10:8 31:20,20 32:2,21 34:20 35:15 36:4 100:9
**expert** 22:10 30:21 31:5,6 43:6 45:12 111:18
**expertise** 30:25 37:1,20 38:4,23 72:24
**experts** 30:10,11 30:20 45:21 46:10
**expiration** 115:15
**expires** 117:25
**explain** 9:8 10:10 12:19 26:24 34:23 104:25
**explanation** 29:11
**exploded** 12:5
**explored** 91:16
**explosion** 65:21
**explosions** 28:5
**exponent** 88:7,11 88:22 89:13 103:4
**expose** 97:13
**exposed** 89:11 97:19 99:8

**exposure** 96:18 100:11
**extensive** 10:12
**extent** 28:8 34:1
**exterior** 91:4
**external** 91:1
**extinguisher** 96:14
**extinguishers** 95:24 110:20
**extinguishing** 37:8 37:15 38:1 48:5
**extract** 38:16
**extrapolate** 65:15

**f**

**f** 101:18
**fabrication** 25:21 25:24 26:17,23
**face** 75:10
**facilitate** 70:4
**facility** 15:1 24:3
**fact** 13:15 28:3 33:6 55:22 62:13 69:18 77:7 78:16 78:18 79:17,17 84:22 85:8 86:11 95:12,24 96:12 111:10,17
**factor** 50:21 90:14
**factors** 31:5,6 92:2 94:19
**facts** 38:10 44:12 46:22
**factual** 45:18,19 46:11 108:8
**factually** 26:1
**fail** 12:22 116:15
**failed** 10:4,5 26:7 46:16 47:13
**fails** 25:5

**failure** 9:9,10 10:2 10:3 94:21
**failures** 25:10,19
**fair** 31:4 89:20
**fairly** 37:3 39:17 90:25 96:17
**fall** 33:7 100:14,25
**familiar** 36:14 61:3 104:21 106:7 106:11
**familiarity** 97:11
**famous** 107:13
**fappiano** 2:16 4:20,20 6:7,20,23 7:20,21 34:25 36:20 37:21 38:13 45:9 53:9,11 54:13 55:12 59:7 59:11 62:5 65:8 67:5 70:22 71:4 71:23 72:8 73:2 73:10 74:5,20 79:11,23 82:13 83:10 84:21 89:23 94:10 97:7 102:5 102:12 112:2
**fappiano's** 18:11
**far** 9:20 19:7 20:6 24:13 25:8,10 27:10,19 32:1 36:13 45:4 49:6 49:10 56:25 65:14 65:16 77:21 79:3 79:16 83:23 88:23 89:12 91:2 92:14 93:24 94:12 101:24 104:5
**faust** 65:14,19 66:16 78:13 79:7 79:14,15,22 80:4,7 80:13,21 81:8,13

81:21 82:17 83:19 84:1,3,15 85:8,14 85:25 87:17,18 88:1 89:22 90:3,6 97:25 98:7 110:21 111:10
**favor** 111:4
**feasibility** 109:11
**feasible** 108:19
**february** 18:7,14
**fed** 27:15
**federal** 1:21 114:20
**feel** 5:9
**fill** 51:2,21 55:6 58:2 59:1,16,17,19 59:20 68:17 72:1 76:14 79:9,13 89:2 90:2 110:21 110:25
**filled** 55:17 59:2 67:24 77:14 78:1 79:18
**filling** 25:9,14 35:20,22 51:5 58:25 64:21 65:18 76:23 79:9 80:7 81:5,9,13 83:24 84:16,20 97:24 98:6,10
**filtering** 69:16
**final** 42:6 55:14
**financially** 115:7
**find** 27:25 30:19 38:19
**findings** 41:24 86:18 87:1
**fine** 75:24
**finer** 85:6
**finish** 102:19

finkelstein 2:4
fir 1:7 114:7
fire 1:9,11,18 2:8
2:14 4:14 10:9,12
11:8,13,14,16 12:4
12:6,12 13:14,17
13:19 14:3,5,11,17
15:22,25 22:24,25
22:25 23:9,9,12,15
23:17,22 24:7,8,13
28:5 31:21 32:1,9
32:19 34:4,5,9,12
34:20,24 35:1,6,10
41:5 49:17 62:1
63:16 95:10,24
96:14,14,19
110:19 114:9,11
fires 12:3 23:6
25:11
firm 18:10,11
28:24 41:23
first 4:12 6:12 7:2
18:5 29:12 41:20
41:21 55:15 60:16
64:25 77:10 85:23
fits 64:16 86:10
five 6:18 11:22
41:13 75:22 99:25
102:19
fixed 32:11
flame 13:16
flammable 13:12
85:3
flat 40:5
flow 13:7,20,24
14:6 50:15 51:17
51:23 57:21 58:7
58:9,10 64:4,17
68:13 103:25
104:11,16,19,22
104:24 105:20

106:1,3,5,5 107:5
flows 10:17
fluctuations 57:23
fluid 18:3
focus 43:12
focused 85:1,3
follow 7:19 78:25
81:9,24 97:21
99:13
followed 99:14
following 81:22
82:5 98:19 114:21
117:5,6
follows 4:12
fonseca 47:5
force 66:24 91:2,4
ford 25:21
foregoing 113:8
foreseeability
97:10
forget 34:10
forklift 24:16
form 36:20 37:22
38:13 42:24 53:9
54:13 55:12 62:5
65:8 67:5 70:22
71:4,23 72:8 73:2
74:20 79:11 82:13
83:10 94:10 97:7
formal 17:21
32:24
forming 35:16
41:4 44:13 107:1
formulas 105:22
fort 115:17
forth 43:17 44:9
76:9
found 87:16,22
88:9 89:13
four 7:2 21:13,20
55:18

frame 16:20
franklin 1:2 114:2
free 5:9
freeze 23:25
frequent 11:2
34:18 59:8
friday 6:17
fromson 2:3 4:18
4:18 111:25
front 75:3,10
77:15 101:17
frowned 53:16
ftpa 51:2
fuel 34:7
full 5:1 10:14,15
15:13,14 16:6,8
85:23
fully 38:25
function 13:2,3
32:17 75:7
functioned 32:13
functioning 52:16
functions 64:14
further 41:25
109:7 111:23
115:4,6
fusible 32:8

**g**

g 54:15
gamut 34:5
gas 9:12,12,18,25
10:17 13:12 23:13
23:14 24:23 32:22
33:12,23 34:7,8,8
35:22 50:2,4,19
52:2 57:11 58:14
62:21 65:4 70:19
73:7 74:2,16,18
85:3 96:20 99:19
100:3,6,9,10,13

gaskets 34:17
49:10
gasses 75:15
gather 27:13
gathered 27:17
gauge 86:4,7,9
87:1,4,5 97:23
98:1,4,12,14,15,17
99:2,11,23
gauges 52:4 87:7
91:5
general 9:13,17
14:22 15:20 22:18
22:21 23:1 34:12
35:24 37:4,24
38:1 41:10 43:9
43:23 49:3,10,13
49:14 57:7 61:12
61:14 70:6 74:23
76:22 84:25 94:5
94:13 98:25 100:3
104:5
generally 8:4,7
9:10,24 10:23
21:5 30:23 34:23
37:5 45:11 52:13
53:16,17 57:5
64:13 69:11 72:4
99:22 101:19
105:2
geometry 66:7,12
66:19 67:17,24
90:7,13,18 95:14
95:22 96:6
gerstman 2:16
18:12
getting 18:23
19:16 64:6 70:14
106:18
give 91:16

**given** 5:15 21:12
21:20 29:11 78:25
105:6 111:14
114:24
**gives** 69:14,14
**giving** 110:12
**go** 37:22 46:15
49:7,13 53:11
59:14,14 70:5
76:1,20 77:1,17
94:8,19 102:14
105:9 106:22
107:8
**goal** 28:10
**goes** 29:19 62:6
90:9 105:24
106:21
**going** 5:10 11:3
18:24 20:23 26:13
26:22 27:17 30:1
30:8 46:7 48:9,12
50:4 57:19 58:17
58:18 68:25 69:1
69:4 75:5,9 90:8
90:19 92:7 93:13
96:6,10 97:7,12,13
97:16 98:25
102:15,16 104:12
104:13,15 106:1
106:11 107:20
108:8 109:6
**good** 20:7 41:13
73:24 84:12
**grammatical** 29:9
**grand** 11:8
**great** 101:14
**greater** 96:22 97:3
**greatly** 82:14
**green** 48:6
**ground** 39:12

**guess** 11:14 13:25
15:19 43:20 46:15
67:23 70:23 77:16
77:21 85:6 89:1
91:22 92:7 98:23
106:18

**h**

**half** 66:22
**handle** 20:7 53:2
**handling** 34:17
73:16
**handwheel** 61:1
61:10,18,19 62:13
**happen** 52:7 96:17
**happened** 19:7
27:21 80:21 88:10
88:16
**happening** 18:24
104:9
**hate** 105:9
**hawkins** 77:21
**haworth** 2:16
18:11
**hazardous** 26:21
92:14,16
**hazards** 75:8
**hbandglaw.com**
2:19
**head** 14:19 24:6
**hearing** 73:6,12
**heat** 12:22 18:2
**hejzler's** 30:16
**held** 40:11
**help** 67:10,15
**helpful** 9:6 68:15
**helps** 67:16
**hereto** 1:22
**high** 39:17 49:5,9
57:12,12 58:1
69:1 70:17 75:18

**higher** 59:20 83:3
105:14
**hit** 24:6,16
**hold** 30:15
**holds** 40:23 66:20
**hope** 73:3 102:8
**hopefully** 75:2
77:5
**hose** 54:7,16 72:11
98:2 99:7
**hoses** 53:25 54:3,5
54:14 72:12 73:14
**hour** 6:15 19:19
19:21 102:22
**hourly** 19:15,16
**hours** 20:5,11,24
**houston** 1:21 4:7
5:4 69:23
**human** 31:5,6,8
**humidity** 69:22
**hundred** 25:12
**hundreds** 11:9
**hunt** 38:20
**hydril** 14:22 15:1
15:10,14 39:9,16
40:17,18
**hydro** 25:24
**hypothesis** 27:20
**hysteresis** 52:8

**i**

**idea** 85:9,12
103:14
**identical** 48:4
**identification** 48:6
48:17,20 56:20
**identifies** 43:7
**identify** 8:1
**immediately** 93:7
**imperative** 116:12
**impinge** 13:16

**importance** 56:1
**important** 9:23
27:18 37:11 50:3
50:17 51:25 74:17
**impression** 96:12
**improper** 84:3
98:24
**inadvertently**
75:12 81:21
**inappropriate**
50:23 84:6
**incident** 27:8 28:3
28:11 80:4 83:9
85:11,18 88:22,24
89:15,20,21 104:9
109:9 110:18
**incidents** 95:20
**include** 110:6
**includes** 77:14,18
**including** 20:19
27:6 36:17,25
**income** 17:18
**incoming** 90:22
**inconsistent** 87:16
87:23,25
**incorporate** 9:11
37:9 42:17 51:6
78:4 106:15
**incorporated**
74:13 91:8 106:14
**incorporating**
91:6
**incorrect** 89:25
**increase** 12:16
**independently**
87:2
**index** 3:1,7
**indicate** 81:16
**indicated** 26:10
**indicates** 86:9

**indicating** 79:16
**indication** 66:5
  86:7 109:5
**individually** 33:19
**individuals** 29:12
  47:5 70:20 71:2
  73:8
**industrial** 40:13
  57:19 69:12
**industries** 1:6
  114:6
**industry** 22:24
  23:18 33:17 36:18
  38:25 54:10 95:17
**information** 27:13
  45:18,20 46:11
  47:17 86:4
**initial** 94:11
**initially** 18:9,16
  18:18 83:1 109:3
**injure** 75:6
**injured** 81:19
**injuries** 82:12
**inlet** 58:19 63:3
  66:25 90:11
**inner** 64:19
**inside** 24:17 66:22
  68:10
**inspect** 54:18
**inspecting** 39:17
**inspection** 88:22
**install** 53:12 68:9
**installation** 24:1
  24:15 35:7 37:13
  75:9
**installed** 48:8
  52:18,23 53:18
  62:11 64:3 75:2
  87:5 92:8 95:14
  95:20 99:6,18,24

**instance** 1:18
  53:23 67:8 101:9
  107:23
**instances** 35:25
**instructions** 77:11
  116:1
**instrument** 14:4
**instrumentation**
  10:9,16,20
**intended** 37:24
  82:3 97:19
**intent** 83:20 107:3
**intention** 44:22
**intentionally** 12:8
**interconnecting**
  72:11
**interest** 17:15
**interested** 115:7
**interference** 64:5
  64:14,21
**interior** 64:22
  66:8,12 67:4,9
  90:8
**internal** 66:10,14
  90:21 91:1
**interpretation**
  38:14 45:19 65:10
**interworkings**
  71:10
**introduce** 64:3
**introduced** 62:18
  90:1
**investigation** 28:3
  28:4 34:4
**investigations**
  15:23
**investigative**
  16:18
**investigators**
  14:17

**investment** 17:19
**involve** 26:5 38:4
**involved** 8:5 10:16
  10:20 11:7,7,16,21
  11:24 12:2,8,23
  13:6,14,19 16:16
  16:17,22 21:6
  22:23,24 23:3,4,8
  23:11,17 24:10,22
  25:3,11,15 26:1,4
  26:8,11 32:4 33:8
  33:11 39:7,15,22
  40:16,20 41:2
  42:9 50:4,6 88:7
  96:14 110:3
**involvement** 14:11
  15:3 18:19
**involves** 34:3 77:2
**involving** 23:4
  24:23
**issue** 111:16
**issues** 108:18
**item** 13:3
**items** 39:10 92:18

**j**

**james** 2:9 4:14
  103:3,5
**jill** 1:19 4:7 114:18
  115:14
**jkirkpatrick** 2:12
**joined** 17:5
**juliano** 30:13
**july** 1:15,19 4:2
  6:13 21:13 114:16
  115:9
**jump** 59:9 90:5
  110:16
**jumping** 46:15
**jurisdiction** 35:13
**justification** 66:18

**justify** 102:4

**k**

**keep** 67:10,16
**keeping** 12:15
**ken** 4:18
**kenneth** 2:3
**key** 35:24
**kfromson** 2:6
**kind** 9:23 12:10
  13:3,17 15:6,24
  25:22 26:3,16
  27:15,17 28:9
  34:5,23 39:9 40:8
  43:11,23 47:21
  48:19 49:4 51:19
  55:20 57:21 65:15
  66:20 77:5 86:3
  90:17 93:5 105:25
  107:15 109:16
  111:12
**kirkpatrick** 2:9
  3:4 4:13,14,23 7:7
  21:10,17 28:13,16
  35:14 36:21 38:7
  39:2 41:12,16,19
  53:14 54:17 55:14
  59:22 62:16 66:1
  67:18 70:25 71:18
  72:3,22 73:6,23
  74:15 75:13,21
  76:1,3 79:20 80:5
  82:17 83:14 85:5
  90:4 94:18 97:22
  102:10,15,23
  103:1 111:23
  112:3
**kit** 62:25 63:23
  67:23 68:1
**kitchen** 23:15
  31:23 49:16,19,19
  49:20

**kits** 63:18
**knew** 78:20,25
**knight** 31:23
  49:17,19,19,20
**knocked** 65:18
  66:2
**know** 4:24 6:21
  7:11,18 11:4 12:9
  16:23 19:25 21:1
  22:25 23:24 24:6
  24:17 27:25 29:7
  32:7 33:10,15,17
  35:10,22 37:4,5
  38:21 39:7,11
  40:2 45:16 46:16
  47:16,20,25 49:9
  51:4,24 52:4,8
  53:23 54:1,20,23
  58:24 62:3 63:8
  63:19 65:2 67:6
  69:17 72:13,17
  75:9 76:18,24
  77:7 78:1 79:1,5
  80:2,24,25 81:15
  81:18 83:6 86:3
  87:2,9 88:4,5,9,17
  88:18,23 89:4,7,8
  89:14,17 90:4
  92:14,17 94:3,13
  94:22 96:3,4,8
  97:10 98:15,16
  100:22 101:2,16
  101:18,20,23
  105:24 107:23
  108:21 109:2,3,10
  109:13
**knowing** 79:2,2

**l**

**label** 48:6,17,20
**labeling** 56:10

**labels** 31:12
**laboratory** 15:24
**lack** 56:10
**laid** 40:5
**large** 40:13
**larger** 9:15 67:9
**lasted** 6:18
**law** 18:10,11
**lawampm.com** 2:6
**lay** 39:25
**leak** 23:25
**learn** 102:1
**leave** 91:13,18
**left** 15:7 32:14
  83:12 102:17
**legal** 91:23 115:15
**level** 55:21 58:12
  108:14
**life** 34:6
**light** 77:7
**lights** 13:14
**limit** 85:21
**limitations** 72:17
  73:20
**limited** 22:11
**limits** 74:12 93:12
  99:11
**line** 24:4,5 80:11
  117:8
**lines** 13:10 43:19
  99:25
**link** 32:8
**liquid** 11:4 48:9,11
  48:14,16 93:8
  105:11
**liquified** 34:8
**list** 3:10,11 21:11
  21:19 30:8 42:12
  42:14 45:17 63:10
  63:10 76:25 93:24

**listed** 7:4 8:23
  10:8 28:3 42:14
  43:4 63:9 101:18
**literature** 47:18
  47:19,23,24
**litigation** 15:11
  16:11,15,17,22
  17:1,8,12 22:15
**little** 40:1 47:21
  102:8 108:22
**llc** 2:16
**llp** 2:4,10
**lms** 1:3 114:3
**loaded** 94:2
**local** 35:6,13
**located** 4:6
**location** 74:19
**locked** 53:22
**long** 6:14 51:8,12
  58:3,4
**longevity** 111:5
**look** 13:15 21:10
  27:12 30:7 41:20
  46:14 56:16 64:6
  77:11,12 98:3,18
**looked** 35:5 52:5
  54:15 95:3
**looking** 8:2 9:6
  12:20 35:12 45:24
  45:25 81:20 101:3
  101:10 110:17
  111:12
**looks** 45:4 55:8
**lose** 24:6 30:20
**lost** 81:10 87:22
**lot** 9:11 11:5 15:4
  15:18 24:10 32:9
  39:21 58:10 67:13
  69:9,22 93:3 94:7
  94:19 105:15
  107:11

**louisiana** 15:4
**low** 49:1,5 51:5,7
  51:13 58:2,7
**lower** 49:14 54:25
  59:17 69:1 90:8
**lp** 1:7,9,18 2:8
  34:8 114:7,9
**lunch** 102:16,22

**m**

**m** 1:19 114:18
  115:14
**machine** 1:20
  40:12
**machined** 25:22
**main** 24:18
**maintain** 8:16,17
  51:23 57:21
**maintaining** 8:19
**maintenance**
  37:14
**majority** 26:13
  48:16
**making** 74:3 92:4
  106:21 111:8
**malfunction** 23:5
  23:5,15 24:15
**malfunctioned**
  24:14
**malfunctions** 24:2
**manager** 14:14,15
**manifold** 55:4,18
  56:6
**manifolded** 25:22
**manipulated**
  88:16
**manner** 75:2,4
**manuals** 31:14
**manufacture**
  40:21 73:22
**manufactured**
  77:3

**manufacturer**
17:12 23:13 37:25
41:3 73:13
**manufacturers**
31:25 63:7 105:23
**manufacturing**
38:8
**marked** 7:6 21:9
21:16 28:14 88:8
**masters** 17:25
**material** 26:21,25
27:15 46:25 64:23
92:16 105:7
107:19
**materials** 5:20,22
5:25 12:23 18:17
20:23 30:8 42:13
43:1,3 45:4 92:14
**matter** 13:1 19:15
26:2 31:3 59:2
68:25 71:11 73:22
101:2
**matters** 12:13
85:3
**maximum** 55:21
55:24 58:18 72:19
89:10 96:21 97:3
103:25 104:11,22
106:5
**mcdowell** 14:18
15:15,17,17 17:2
17:16,19
**mean** 9:8,22 10:2
10:7,10 14:1,14
21:5 22:25 23:23
26:24 28:2 33:1
34:4 37:23,24
38:3,9 40:1,2 43:9
43:11 48:17 57:15
58:13 59:22 60:2
60:12 61:2 64:11

68:23 69:11 70:4
71:19 74:23 82:23
87:12,18 88:19
94:14 99:21 104:5
106:16 109:25
**meaning** 42:5 62:8
**means** 4:10 68:19
93:14
**meant** 83:17
**measure** 13:7,20
13:24 14:8
**measurements**
27:14
**measuring** 66:14
**mechanical** 86:22
**mechanics** 18:3
**meet** 24:12 47:13
94:1
**mention** 85:22
**mentioned** 6:2
11:13 30:6,9
31:22 33:15,25
42:18 58:12 75:14
90:6
**merely** 51:16,18
57:23 58:24 65:24
92:20
**met** 4:25
**metallurgically**
86:22
**method** 27:11,17
27:24,25 28:2
62:20 63:20 64:25
66:6 80:1,22
107:20 108:3
**methodology** 27:9
27:22 28:6,10
88:1 107:14,16
108:4
**methods** 62:24
63:25 65:1,3,6,24

67:20 76:5,6,10,14
76:25 77:1 80:19
**mgm** 11:8
**mind** 79:4
**mine** 35:25
**minimum** 104:19
104:20,24,25
105:20 106:5
**minus** 48:5
**minute** 41:13
102:19
**minutes** 6:18
75:22
**misinterpreted**
83:2
**misspoke** 26:7
**misstates** 73:10
**mitigation** 23:2
**mode** 10:2,3
**model** 48:21 56:8
**monoxide** 35:5,7
**months** 55:8
**move** 40:6
**moved** 17:2 82:24
**movement** 64:18
**moving** 18:19
39:23,23 40:3
47:8 49:24 86:9
91:5
**multiple** 8:16

**n**

**n.w.** 2:10
**name** 4:7 5:1 7:25
29:18
**named** 45:21
**names** 30:10
**naming** 36:7
**narrow** 51:24
**national** 34:7,8
**natural** 9:25

**necessarily** 12:9
23:23 51:8 54:11
58:3 60:6 61:13
67:12 71:6 99:1
99:14 101:2
104:11
**necessary** 29:11
37:12 39:9,13
42:10 59:24 60:9
60:15 72:1 76:22
92:20 116:4
**necessity** 59:15
**need** 29:8 42:9
57:21 58:6 62:10
62:24 63:22,23
67:18 70:9 71:12
72:14,18 73:7
85:1 91:15 94:16
96:23 97:5 110:12
**needed** 32:17
34:19 50:10,13
51:21 52:5 59:1
60:6,12,12 62:12
62:15 68:8
**needing** 51:23
**negative** 61:8
**neighborhood**
109:2
**neither** 115:4
**never** 61:6 97:3,16
109:20
**nevermind** 63:21
**new** 1:1 2:5,18,18
20:23 85:24
110:19 114:1
**newburgh** 2:5
**nfpa** 28:4 32:25
33:16,20,25,25
34:12,16 35:11
36:17,25 37:5,17
38:19 54:6 69:19

70:2 96:8 103:22
103:25
**nitrogen** 68:24
70:10
**nods** 14:19
**nolen** 1:14,17 3:3
4:3,11 5:3 41:19
113:7,16 114:15
114:22 117:20
**nonfunctional**
98:12
**normal** 97:10,12
101:11
**normally** 74:6
**notary** 113:24
117:25
**note** 34:25 36:20
37:21 66:6 84:21
100:15
**noted** 116:10
**notes** 30:19 45:2,3
45:6,8
**noticed** 15:16
**november** 15:7
**novice** 12:19
**number** 21:22
22:3,7 48:21
63:12
**numbered** 1:19
**numbers** 34:11
36:8
**numerous** 12:13
23:7 25:3 68:23
78:17

**o**

**oath** 4:9 5:5,14
**object** 53:9 97:7
**objection** 34:25
36:20 37:21 38:13
54:13 55:12 59:7
59:12 62:5 65:8

67:5 70:22 71:4
71:23 72:8 73:2
73:10 74:5,20
79:11,23 82:13
83:10 84:21 89:23
94:10 102:5,12
**observation** 78:14
**obtain** 12:13 66:9
**obvious** 111:20
**obviously** 6:4 34:4
34:12 42:16 46:16
53:25 95:3 100:5
**occasion** 17:11
**occupational**
31:10
**occur** 57:8,23
58:20 68:2 90:12
106:1
**occurred** 18:20
19:5 55:22 82:2,5
82:16 83:3,7,9
85:11,19 88:25
89:15,25 90:2
107:22 108:2
**occurs** 12:14
**odorization** 35:20
**offer** 43:7,16
**offering** 110:7
**office** 14:16
**officer** 114:23
**oil** 15:5
**okay** 5:11 6:19
7:15 8:11 9:6,17
11:23 14:12 16:3
16:25 19:8 20:21
26:4,11 27:2,7
28:15 29:22 30:4
31:4 34:15 39:2
42:12 44:7,9
46:19 48:3,23
52:11 53:21 54:17

56:5 59:11 60:21
61:6,15 67:3,18
70:8,16,19 73:23
75:21 79:7 80:5
83:4,8 84:2 85:5
85:22 87:20 89:16
89:19 90:4 92:6
94:4 100:15 101:1
101:8,14 102:15
102:17,20,21
104:2,17,24
106:24 108:10
109:10 110:15
111:23
**once** 27:16 59:2
66:23 68:12 90:10
90:14 95:13
**ones** 36:8 106:22
**online** 7:17
**open** 7:2 56:3
66:25 67:15 91:17
100:22
**opened** 90:10
**opening** 58:20
61:4 64:16 105:25
**opens** 12:23
104:14
**operate** 106:2
**operating** 50:6
96:10 107:24
**operation** 36:11
49:10 59:3 62:8,9
77:14,18 78:6,7,9
80:17 90:1,13
98:25
**operations** 40:10
77:17
**opining** 65:5 78:6
78:22
**opinion** 19:7 41:4
43:14,19,20,25

47:12 60:14 65:9
78:15,20 79:20
80:23 81:6,8,12,24
85:7,10,12 91:8,11
91:16 92:4,6,8,9
92:11,23 108:7,15
110:7
**opinions** 22:11
35:16 42:8,15,24
43:7,10,16,22,22
44:10 45:14 46:9
46:11 49:20 52:22
79:7 86:14 103:3
107:2,11 108:5
**opposed** 22:17
24:20 40:24 42:6
49:21 57:22 73:25
94:16 108:7
109:13
**oprandy** 52:17
71:19,22 72:5
78:4
**oprandy's** 1:11
2:14 6:6 97:24
114:11
**oral** 1:13,17
114:15,23
**order** 20:24 37:12
40:5 46:15 48:14
60:17 63:4 66:25
72:14,15 94:23
**orders** 4:6
**orientation** 48:9
77:24
**origin** 19:4
**original** 116:12
**osha** 35:15,19,21
35:23 36:2 45:4
47:2 65:14,19
79:15 83:19 86:17
87:3,3 91:14

**osha's** 86:18,25
**outcome** 115:8
**outlet** 52:18,23
  53:1,2 56:6 58:23
  63:3 64:20 72:12
  82:18 83:15 90:12
**output** 51:19 52:6
  53:4 57:1 71:14
  74:13 76:16 98:16
  98:21
**outside** 62:14
**overall** 100:8
**overfill** 97:12
**overlapping** 38:15
**overpressure** 74:2
  81:22
**overpressurization**
  74:17 89:25
**overpressurized**
  85:20
**oversee** 14:16
**overview** 9:7
**owens** 14:18 15:17
  17:2,16,19
**owner** 52:12,14,15
**ownership** 17:15
**oxygen** 10:1 34:6

**p**

**p** 36:13
**p.m.** 1:19
**p.m..** 112:4
**p.o.** 2:4
**page** 3:1,8 42:12
  46:4,14 47:3,8
  48:3 49:15,24
  51:2 55:3,15
  60:21 66:7 77:13
  81:20 83:17 85:23
  98:3 110:17
  113:13 117:8

**pages** 113:9
**paid** 19:14,16
**painted** 48:6
**paragraph** 41:21
  55:15 62:16 85:23
  86:17 87:8 99:17
  100:1 103:2
**parflex** 54:15
**parker** 54:15
**part** 16:7 24:20
  39:10 46:20 62:10
  63:9 77:9 82:7,8
  98:10,11 102:1,11
**particular** 12:1
  14:8 24:4 26:2
  30:2 35:3 36:2
  37:13,19 38:18
  39:14 40:14 63:24
  70:13 72:19,24
  74:12 92:21,23
  93:21 96:7,9,22
  97:4 101:6,9
  103:19 104:16
  106:22 107:23
**particularly** 69:23
  77:7
**particulars** 13:4
**parties** 4:5,16
  114:20 115:5
**partners** 2:4
**parts** 39:13 63:10
  63:10 71:7
**party** 1:9,11,18
  2:8,14 114:9,11
**passed** 102:22
**passing** 56:4
**peer** 29:2
**penetrate** 75:18
**penetration** 75:20
**people** 25:8,14
  29:14 33:4 61:2

92:17 97:20
**people's** 29:17
**percent** 16:23,25
  17:3,9 22:8,22
  23:20
**percentage** 16:14
  22:16 23:16
**perform** 76:10
**performance**
  106:9
**performed** 76:7
**performing** 25:24
**period** 63:24
  80:17
**periodically** 52:1
**peripherally**
  23:10 110:3
**person** 72:6
**perspective** 39:25
**pertain** 8:10
**petroleum** 34:8
**phases** 16:19
**photographs**
  27:14
**phrase** 30:25
**physical** 19:6
  27:13
**pins** 32:14
**pipe** 40:5,6,8,11
**piping** 9:13 39:18
  68:4 71:10
**place** 63:4 65:17
  68:3 77:10,24
**placement** 62:7
**placing** 77:14,18
**plaintiff** 1:3,9,18
  2:2,8 22:17 114:3
  114:9
**plaintiff's** 46:10
**plan** 41:25 43:7

**plans** 14:25 42:2
**plants** 15:4
**plate** 48:19
**play** 36:1 50:22
**please** 5:9 7:15
  96:25 97:1 116:3
  116:7
**plume** 13:13
**plus** 62:13 69:14
**pmh** 1:3 114:3
**pneumatic** 39:22
  40:3
**point** 8:19 12:3,4
  13:7,10 14:12
  15:5,24 19:2
  20:10,14 46:18
  56:18 80:24 81:5
  81:17,20 82:20
  83:3,4,17 84:5
  85:6 86:10 90:14
  98:18 100:2 109:8
  110:3 111:7
**poison** 92:17
**police** 85:25
**poppet** 66:20,21
  67:1
**portable** 95:25
**portion** 68:7 70:23
  71:3
**portions** 70:25
**poseidon** 1:5,6
  51:1 56:6 69:13
  69:17 73:4 77:16
  78:3 80:17 82:8
  105:18 114:5,6
**position** 53:22
  88:8,8,20 89:14
**possibility** 42:7
  88:20
**possible** 28:8
  40:10 53:7,12

65:11 91:23 96:7
**possibly** 37:11
38:14
**potential** 28:11
55:8 64:3,4
**potentially** 45:22
91:2
**pound** 12:1
**pounds** 27:5
100:18,20
**powder** 32:11
69:25 95:25
**powered** 32:13
**practice** 51:6
57:25 84:7,12,19
**precision** 51:11
**predecessor** 15:16
15:17,18
**preengineered**
31:21 32:19 41:5
**preengineering**
32:1
**preferential** 65:23
**preligation** 17:1
**preliminary** 41:23
42:4
**premarked** 7:2
**preparation** 6:23
21:3 44:20
**prepare** 5:18
**prepared** 18:23
19:10 28:18
**preparing** 5:17,24
20:10,10,22 21:7
42:19 44:25 93:18
110:19
**prescribed** 98:20
**prescriptions**
104:10
**present** 67:14
69:17 105:17

114:20
**presentation** 33:3
**presentations**
33:10
**presented** 54:14
56:18
**preserve** 45:8
**preset** 83:15,21,24
**press** 68:11
**pressed** 85:14
**pressing** 90:10
**pressure** 9:24
10:18 11:15 12:16
12:24 13:2,10,20
14:10 25:25 48:12
49:2,5,9,14 50:13
51:6,7,9,13,14,19
52:9 53:1,2 54:8
54:20 55:4,18,25
55:25 57:1,8,9,9
57:10,12,13,14,18
57:22 58:2,2,7,17
58:18,22,23 59:1,1
59:17,20 60:6,9,18
62:14,18 64:20
66:10,17,23,25
67:1,10,14,16 68:3
68:4 69:1,2,20
70:17 71:14 72:20
74:11,13,25 75:4
75:17,19 76:16
82:19 83:12,16
85:21 86:7,19
87:1,4 89:5,7,8,10
90:1,21,22 91:3,5
91:6,7,8,15,19
92:19,24 93:3,6,7
93:14,22 94:9,20
94:21,22 95:6,16
96:10,22,23 97:3,4
97:6,23 98:1,5,15

98:21 99:2,11,17
99:24 100:4,12
101:6 102:2
103:11,17,20,23
104:1,6,7,8,13,15
104:18 105:3,15
105:21 106:1,8,20
107:1,6 108:11,20
109:1,4,11,17
110:6
**pressures** 10:18
50:6,9 66:8 73:16
81:17 99:8
**pressuring** 62:9
**pressurization**
14:10
**pressurize** 74:10
96:18
**pressurized** 25:5
62:11
**pressurizing** 48:13
**pretty** 70:6,17
85:3 87:6 110:2
**prevent** 53:5
104:9 105:5
**prevented** 82:11
82:16 108:12,13
109:14
**previous** 94:8 95:6
**previously** 5:23
104:3
**primarily** 10:13
15:3,21 27:22
31:23 37:8 45:5
47:2 81:1 89:21
**primary** 35:1,9
40:18 43:12 74:3
76:15
**principal** 76:15
**prior** 12:24,24
20:9 62:10 78:18

83:4 91:3 94:21
**probably** 9:21
11:22 13:9 16:18
16:23 17:3 20:24
23:19 25:9,11
31:2 33:2 36:13
40:23 68:23 93:4
108:24
**problem** 30:18
81:12 98:22
108:17 109:6
**procedure** 1:22
83:23,25 84:10
109:7
**procedures** 77:6
78:4,20,23,25 79:8
81:9,13,15,23,24
82:5,8 99:13
**proceeding** 115:6
**process** 5:17 25:23
27:1,16,18 40:12
70:6 77:10 81:5
82:4 84:16
**processes** 69:16
**produce** 73:17
75:5
**produced** 1:17
**product** 26:18
31:14 39:3 105:8
**products** 1:7,9,18
2:8 4:14 15:1
39:23 40:3 110:4
114:7,9
**professional** 9:7
14:13 31:20 35:15
36:3
**programs** 17:13
18:1 31:17
**progression** 13:17
**prohibition** 92:9
92:10

promulgated 105:22
propane 9:12,18 9:25 11:4 12:1,7 26:14 33:5,9 35:20 93:8 97:11 97:13 105:10,10 105:11
propensity 12:11
proper 24:14 76:14,19 77:18 81:9,13 82:18
properly 24:12 59:19 72:1 78:14 98:13
proportion 16:25
propulsion 82:15
pros 93:20
protect 103:14
protection 22:24 23:9,17 24:1,13 74:3 77:24
protections 31:21
protects 53:24
provide 7:16,20 8:24,25 23:1 51:9 52:9 77:8
provided 24:1,2 79:8 107:16
providing 51:12 53:1 60:9
provisions 1:22
proximity 75:18
psi 49:7,11 53:6 54:1,4,11,15,24,25 55:5,19 56:1,4 57:14 58:19 60:16 66:9,10,17 67:19 69:11 70:3,15 71:13,15 81:18 88:3 89:5,18 90:8

108:25
psychology 31:8
ptc 106:7
public 37:24 38:2 113:24 117:25
publication 9:1 33:3
publications 8:20 8:22,25 9:5 32:23 33:1 106:25
pull 20:8
purchase 77:8
pure 16:24 108:8
purely 96:6
purpose 12:9 13:19,25 29:3 35:1 43:2 46:6 48:7,21 67:13 69:13 70:4 99:6 107:3
purposes 5:24 52:6
pursuant 1:21 114:19
push 40:8
pushing 93:12
put 24:11 26:25 27:19 38:2 63:3 70:10 71:7,17 74:11 75:10,10 79:4 85:6 93:17 98:8 99:9
putting 19:5 26:22 39:8,12 69:21 111:15
puzzle 86:11
pyrochem 109:23

q
question 5:9,11 21:18 53:15 66:10 72:4 77:16 94:6

101:2,16 108:14
questions 29:6,10 111:24,25 112:2
quick 41:13 64:6
quite 28:3 34:11 34:11,13 35:19 37:4 38:16 72:4
quoting 66:7

r
r 117:1,1
rack 39:24 40:4,5
raise 29:6
range 50:9 51:21 52:9 58:5 86:23
rapidly 58:21 64:19
rate 14:6 19:15,16 19:21 50:15 51:17 58:7 104:11 105:20 106:5,5 107:5
rated 53:25 54:3,8 54:10
rates 19:22 20:1,2 51:13 104:1
rating 58:18 96:22 97:4,16
ratio 90:20,23
read 30:9 38:2 43:3 87:6 113:8 116:3
reading 84:25
ready 28:13
real 51:23 64:6 87:20
really 11:4 15:2 16:20 19:4 20:7 32:6 37:24 41:12 49:6,11 51:16 59:13 62:6 65:9 65:22 67:25 68:7

68:8,13 70:1 74:21 85:9 86:5 90:20 94:15 98:14 101:23 107:3,18 108:22 111:24
reason 5:13 25:4 35:9 62:3 66:16 96:17 110:10 116:5 117:10,12 117:14,16,18
reasonably 56:14
reasoning 29:4 102:2 110:8
reasons 44:10 117:6
rebut 45:21
rebuttal 42:10 45:12
rebutting 45:15,17 46:9
recall 7:23 8:2 18:5,8 19:20 25:6 25:15 26:15 30:10 80:10,11 84:14
recalled 86:12
receipt 116:14
received 88:13
recess 41:18 75:25 102:25
recharge 62:24 63:3 64:9 67:23 68:6,18 78:13
recharged 55:16
recharging 37:14
recognizes 42:7
recollection 100:25
recommend 52:22
recommendation 70:2 93:21

**recommendations**
77:6
**recommended**
69:19
**reconstruction**
15:22
**record**  1:22 4:13
4:17,25 5:2 14:20
48:24 76:2 78:15
78:16,24 114:24
**recorded**  79:15
**records**  78:8
**red**  48:7
**reduced**  57:10
**reduces**  57:9
**reference**  37:10
43:1 49:7 101:15
**references**  38:21
42:18 102:14
**referencing**  49:15
49:25 101:12
**referring**  9:16
31:25 61:14 82:25
**refill**  63:23,25
77:8,9 80:15
**refilling**  63:1
76:19 77:22
**refined**  19:3
**reflected**  44:16,20
**regard**  36:22
**regarding**  29:8
36:1 56:5 84:24
**regardless**  51:11
**regards**  33:4
**registration**
115:16
**regulations**  33:17
36:16,17,24 54:9
95:17
**regulator**  49:23
50:1,20 51:7,8,12

51:14,20 52:1,4,19
52:24 53:5 55:22
55:23 56:5,7,12,14
56:18,21,22 57:3,6
57:6,11,13,16,17
58:1,5 59:6,16,25
59:25 60:3,7,8,13
60:20 63:2,4 64:2
64:9,10,13,15,17
64:23 66:17 69:5
69:9 72:11,20
73:14 76:16 81:2
81:3 82:18,23,23
83:5,15,21 85:15
85:17 87:16,22
88:6,9,10,12,25
89:6,9,13 98:13,16
98:21,24
**regulators**  9:14
39:18 50:20 57:2
71:11
**related**  8:8 17:13
32:3 33:12 34:5
34:12 75:8 79:7
85:11 86:18 87:1
102:3 103:17,20
103:22 105:3
106:25 115:5
**relates**  45:20
**relation**  60:23
**relative**  65:12
**release**  75:15,19
92:16 93:5 104:8
105:4,8,10 106:4
**releases**  11:4
**releasing**  93:7
106:4
**relevant**  34:2
46:22
**relied**  35:15 36:4
42:20

**relief**  11:15 12:3
12:11,15,18,22
13:1,2,21 14:2,4,6
14:8 36:8,11
52:18,23 53:3,4,13
53:17,17,19,23
54:2 75:8,8 91:6,7
91:9,15,19 92:19
92:24 93:3,15,22
94:3,9,17,20,23
95:6,14,16,20 96:1
96:16,24 97:6,17
97:17,23 98:1,5,9
99:2,4,5,10,17,24
100:4,11,12 102:3
103:11,17,20,23
104:1,6,10,18
105:13,21 106:8
106:20 107:1,6
108:11,23,25
109:4,17 110:6
**rely**  34:1,15 36:9
42:23 77:5
**relying**  42:13
**remember**  8:4
84:17
**remote**  8:6
**remotely**  1:21 4:4
4:9,15
**removal**  68:5
**remove**  60:7 63:2
64:8
**removed**  62:11
**repeat**  81:10 96:25
**rephrase**  36:23
**replace**  95:2
**replaceable**  94:25
**replacement**  59:25
60:3
**report**  3:12 5:18
5:22,24 19:10

20:10,11,13,15,16
20:18,20 21:2
22:4 28:18,20,24
29:2,19,23,25 30:1
36:16 41:20,22
42:12,21 43:2,6,13
43:17,25 44:3,9,16
44:20,21 45:1,25
46:21 47:2 49:25
52:21 63:12 64:6
76:4,9 78:12
83:14 86:1 93:18
95:8 98:3 99:16
100:15 101:4
103:1,6,9 108:16
110:16
**reported**  1:20
85:25
**reporter**  1:20 4:1
59:12 114:18
**reporter's**  3:5
114:14
**reporting**  4:9
**reports**  29:12,15
29:18 45:4 107:21
**requalification**
33:9
**requalified**  33:8
**require**  37:1,19
38:12 69:1 95:22
**required**  38:17
39:1 52:10,20
59:20 60:4 66:9
76:10 91:12,14
95:16 96:4,5
107:6
**requirement**  35:3
35:7 51:17 95:13
**requirements**  33:7
35:23 47:13 97:20
104:22,25 105:1

requires  11:5,14
  52:3 66:24 72:24
  85:3
requiring  102:4
resealing  93:3
  94:3
research  96:3
reseat  93:8,11,11
reset  94:3
resettable  93:2
  105:13
residence  58:15
residential  57:18
resolve  111:3
respect  33:18
  37:18 38:8 42:20
  43:24 101:19
  108:5
response  44:2
responsibilities
  14:23
responsibility
  15:20 52:11
restate  96:25
restaurant  23:12
  49:17
restrained  82:14
restriction  64:8,11
  68:13
resulted  82:12
  85:20
results  13:11
retained  8:12 18:5
  19:24 27:7
return  115:2
  116:12
reuse  95:1
revealing  6:4
review  5:23 18:17
  27:16 28:24 29:2
  29:12,17 47:19,24

48:23 78:8,14,16
  78:24
reviewed  5:20,22
  29:1 30:2,6,9,16
  42:19 46:12 47:3
  47:4 56:24 78:11
reviewing  20:23
  29:15 45:4,18
  46:24 103:5
revision  64:3
right  5:6 7:18 8:2
  16:10 17:4 23:22
  26:14 30:22 37:11
  43:8 44:4,7,10
  46:22 47:1 52:12
  52:19 53:7 55:6
  61:2 62:19 65:20
  65:21 67:20 68:11
  68:19,22 70:11
  73:12 75:3,16
  76:7 81:9,14 82:9
  82:19 86:23 88:17
  90:9 91:24 100:18
  105:23 106:12
rise  93:6
room  10:15 11:9
  70:10
rosenberg  18:9
rotated  61:1,11
rotates  62:3
route  2:4
rpr  115:14
rule  27:22 28:10
  28:10 88:19
rules  1:22 9:1
  103:17,22,22
  114:20
ruling  27:21
running  34:9
runs  34:5

rupture  24:23
  25:14 26:1 47:10
  53:5 74:10,12,24
  75:1,14 83:5
  86:19,24 89:4
  93:4,15 95:2
  96:15 104:14
  105:5,16,19 109:3
ruptured  25:2
  75:5 81:19

**s**

safe  76:6 77:17
  79:8
safely  80:15
safer  97:25 98:6
  98:23 99:3
safest  74:19
safety  1:11 2:14
  31:10 32:14 34:6
  35:24 98:14 99:14
  114:11
sake  26:23 87:12
salaried  19:17
saying  40:23 43:20
  50:23 53:8,12
  54:9 78:7,24
  82:22 88:17,19
  89:1 90:13 91:22
  92:1 98:1 100:2,4
  100:19
says  86:9
scale  10:14,15
scene  27:13
scenes  29:20
school  16:3
science  15:22
scientific  27:11,17
  27:24 107:19
  108:2
scott  65:12,13 68:8
  77:21 79:12 80:3

80:9 83:15,22,23
  87:17 88:1 110:18
  110:24 111:4,8
scott's  47:1 80:6,9
  84:14 110:22
screens  46:5
screw  64:7
scroll  28:17
scrubbers  69:17
seal  64:7,14,16,19
  64:23
sealed  88:8
seat  64:23 90:21
second  6:16 30:15
  59:25 60:22 77:12
  81:11
secondary  57:16
section  46:20 67:9
  107:11 110:16
sectional  66:21,22
see  7:3,3,4 8:23
  30:12 64:5 66:5
  85:2,23 88:24
  97:17
seek  84:13
seen  12:12 49:7,8
  52:3 56:21 61:6
  61:10 79:25 95:12
  95:19,20 96:13
selecting  49:23
  50:1
sell  63:7,14,17
send  9:3
sense  29:9 43:9
  59:18 72:9 73:25
  88:5 93:3,16
  105:13 111:13
sensors  10:18
sentence  55:11,13
  55:14 77:12 85:24
  103:2

separate 5:17
separately 63:6,18
set 7:18 12:24
19:20 43:17 51:19
52:17 53:6,17
58:25 62:21 66:16
72:5 76:9,17 81:1
81:3 82:18,24
83:1,11,12 85:15
85:17,18 87:19
88:3,25 89:9
90:23 96:21 97:2
98:21 105:22
108:24
setpoint 54:2
82:21,24 89:6
sets 37:6 44:9
55:20
setting 10:19 82:2
83:2,2 87:15,21,22
89:10,18 98:13,24
108:20
settings 109:11
settle 48:9
setup 46:6
seven 108:5
sga 91:13
share 7:1
sheet 116:6,7,10
116:13
short 102:18
shorthand 1:20
114:18
show 55:24 87:3
showed 87:13
shown 113:12
shrapnel 75:5,14
82:15
shut 24:18
side 45:25 52:18
52:23 53:4 87:4,4

sides 60:13
sign 29:23 116:7
signature 3:4
115:2,13
signed 111:20
significance 55:10
86:1
significant 21:3,5
26:1 59:4
signing 116:9
similar 26:2 56:9
56:22 61:21 96:11
simple 90:25
single 57:3,6,24
58:11
sir 4:24
sit 39:11 42:16
site 88:22
situations 13:24
23:11 25:8 58:19
six 55:8
size 12:4 61:21
92:20 101:5 104:7
sized 103:12
sizing 94:19
skin 75:18
skip 87:20
sleep 16:9
slides 61:4
slightly 62:17
small 64:16
smaller 96:9
softening 12:13
sold 39:3 49:16
63:6 77:3,4
solid 86:16
solutions 92:15
115:15
somebody 24:6
38:3,23,24 43:18
48:1 59:10 71:16

73:17 75:6
somewhat 86:8
101:7 105:6
sorry 23:2 26:6
30:17 53:10 59:9
61:7 63:22 65:4
79:21 81:10 90:5
100:7 101:5 105:7
110:15
sound 5:11 102:20
sounds 73:24
source 9:24 58:2
62:15 68:17,21
69:20 70:14 78:2
90:22
sources 17:18 68:5
68:20
southern 1:1
114:1
space 116:5
speak 95:11
speaking 45:11
101:7 107:25
108:21
special 26:3
specific 8:9 13:3
25:2 35:3,6,12
37:5 43:11 45:16
45:23 48:11 49:12
49:20,25 50:4
74:21 76:21 80:11
95:19 99:5 103:17
specifically 13:6
13:22,23 17:12
26:9 40:24 41:2
42:25 53:20 61:14
77:2 79:5,5 80:10
92:18 95:11
101:24 109:9
specification
25:20 52:16

specifications
26:16 36:10 56:24
specifics 103:12
specified 43:19
specify 71:15 75:9
specing 39:10
speed 51:18
spend 9:21
spent 17:10 20:18
20:21 21:4
spike 58:22
spring 66:20 94:2
springs 64:19
sprinkler 24:14
sprung 52:8
spun 24:6
ss 113:3
stability 77:25
stage 57:3,6,6,7,24
58:1,8,11,15 59:5
59:17,19 60:5,7,15
stamping 56:11
standard 34:15,16
36:13 37:7 69:10
106:13,14
standards 33:17
33:25 34:1,14
35:16,19,21 36:2,4
36:6,7,9,12,17,18
36:19,24 37:6,10
37:13,17,17,19
38:9 54:10 95:18
103:19 106:15,19
106:25
standing 75:3
111:12
standpoint 56:17
67:12 94:11
start 14:21,22
16:19 84:13

**started** 15:25 16:13
**starting** 41:21
**state** 1:20 5:1 11:7 35:3 41:22 48:3 62:17,24 76:6 78:12 81:20 85:25 87:15 108:13,15 110:17,17 113:2 114:19 116:4
**stated** 1:22 43:14 44:5 58:4 65:23 79:3 93:24 105:25
**statement** 65:19 79:14 85:22 86:1 86:12,15 87:25 99:2
**statements** 29:8 65:13 81:16 107:21
**states** 1:1 110:10 114:1
**static** 14:9
**stating** 83:19 88:12 100:3 110:9
**stba** 59:19 60:6,9 60:17 61:18 72:2 76:23 77:23 80:18
**stbas** 59:16 79:14 98:10
**steel** 12:14
**stenographic** 4:10
**stenotype** 1:20
**step** 29:13 60:16 76:10,18,18 77:1,1 77:5,5 79:1,1,22 79:22 80:1,1 82:1 82:1
**steps** 57:8 76:19 76:22 79:5

**stop** 59:3 84:12
**storage** 34:16
**store** 1:5 114:5
**stored** 101:10
**stores** 1:6 114:6
**straightforward** 37:3
**straw** 48:13
**street** 1:21 2:10 4:7 5:3 115:16
**strength** 66:19
**strike** 23:2 49:24 63:21,22 65:4 68:19 81:7 95:4 100:7
**structures** 11:11
**study** 41:5,8
**style** 41:8 93:15 95:6
**styled** 1:19 26:5 27:4
**styles** 57:1
**subject** 47:9 87:15 87:22 113:11 116:9
**submit** 41:25
**submitted** 22:4 114:25
**subpart** 101:18
**subscribed** 113:20 117:22
**subtract** 8:14
**successfully** 78:19 79:18
**successive** 12:12
**suffered** 47:9
**sufficient** 58:6
**suggest** 102:18
**suggested** 98:4
**suggesting** 88:15

**suggestion** 32:25
**suite** 2:17 115:16
**summarize** 46:21
**summarizes** 41:24
**summarizing** 21:8
**summary** 9:7 14:13
**supply** 70:13
**supplying** 23:13
**supposed** 9:2 24:19 99:13
**suppress** 23:6
**suppression** 23:14 23:24 24:9,11 32:1,19 34:9 41:6 49:17 62:1 63:17 95:10
**sure** 10:11 11:13 15:7 20:8 24:22 26:11 29:7 38:7 41:1,15 44:1 45:3 46:3,17,24 49:18 50:16,22 52:14,15 55:1 56:13 62:23 64:1 69:3 74:18 74:21 75:17,20 76:16 89:3 93:2 98:8 101:4 102:7 103:16 105:24 106:15 108:10
**surface** 90:20,22 90:25 91:1 105:2
**surprise** 106:16
**surprised** 102:1,6 102:7,11 106:13
**surrounding** 94:24
**sworn** 1:18 4:12 113:20 114:22 117:22

**system** 9:11,19 10:5 24:9,11,20 31:23 32:9,11,16 32:19 38:2 39:6,8 39:12 40:6,9,19 49:17,21 50:2,3,7 50:10,13,15,19,20 51:1 52:2,15,17,25 53:24 54:18 58:15 60:20 61:17 62:6 62:7,10,12,14,15 62:21,21 65:4 69:18 70:3,24 71:12,20,22,24 72:5,6,10,13,16,18 72:23,25 73:4,4,7 73:13,16,18,19,22 74:8,14,19 76:17 84:4,8 95:10 96:20 97:2,5,24 98:6,6,9,9,11,11 99:6 105:17 110:12
**systems** 1:5,6 9:12 9:13,16,18 10:1,17 23:24 24:2 31:21 32:1 33:12,18 34:6,9,10 37:8,15 38:1 39:9,15,19,24 40:4,16 41:6 49:9 49:19 52:12 57:12 63:17 69:25 70:20 70:21 71:1 72:7 73:9 74:2,16 114:5,6

**t**

**t** 117:1
**take** 57:13 60:19 75:22 102:18
**taken** 1:18,21 41:18 45:2 75:25

102:25 115:6
**takes**  38:11,23
68:4 71:12
**talked**  88:2 108:18
**talking**  26:9 31:22
32:24 37:17 46:17
53:24 61:12 70:24
73:24 74:22 76:21
99:20,23 109:8
**tangential**  43:10
**tank**  47:9,12 48:4
49:1,2 57:13,13
61:20 63:7,24,25
67:24 70:10 76:14
76:19 80:15,18
84:4 90:9,19 91:9
95:6 100:23,24
107:7 109:18
**tanks**  41:5,8,10
51:3 61:21 78:13
79:9 80:7
**tara**  2:16 4:20
**tara.fappiano**
2:19
**taranto**  30:12
45:22
**task**  111:6,14
**taught**  79:6,17,22
84:11 87:17 88:1
**teach**  79:13
**tear**  74:9
**technically**  91:23
**technician**  14:24
**tell**  30:3
**temperature**
101:6
**ten**  9:1,5 20:24
22:14 25:13
**term**  31:3
**terms**  12:17 13:23
14:20 29:15 37:16

38:9 64:6 68:17
70:8 71:18 72:22
74:1,15 76:18
77:17 84:25 89:19
90:16 108:10
**test**  10:19,19,21
11:14 12:20 13:7
13:19,19 14:3,10
25:2 26:9 41:5
48:4 49:1 61:20
68:9 70:10 72:1
80:15,18,18 87:13
87:13 90:3 91:9
99:18 106:9 107:7
110:22
**tested**  87:2 88:4,13
**testified**  4:12 5:5
21:23 22:5 80:6
81:4 110:24
**testify**  5:13
**testifying**  45:12
**testimony**  3:10,11
5:18 19:5 21:12
21:20 65:12 73:11
77:20 78:10 79:3
79:12,18 80:6,8,12
84:14,24 86:8
107:21 111:2
113:9 114:24
**testing**  10:12,25
11:1,2,3,13,14,16
11:21 12:3,6,17
13:9 14:7 15:23
15:24,25 16:18,24
17:13 18:20 21:6
21:7,8 32:15
36:12 55:22,23
56:3 62:12 87:4,9
87:10,16,23
**tests**  10:9 11:23
12:17 25:9,24

44:18,23
**texas**  1:20,21 5:4
114:19 115:14
**thank**  4:24 68:15
**thanks**  112:3
**thermal**  10:17
17:21 18:1
**thing**  18:3 33:2
46:7 68:12 110:15
**things**  21:2 29:7
52:7 71:11 88:5
**think**  8:9 9:4
18:19 20:17 25:1
25:1,17 31:1,2
32:10 37:3 38:14
38:22 41:12 42:25
43:9 44:19 45:17
47:2,22 50:21
51:11 52:13 57:25
58:3 59:8,11
63:10,13 71:6
72:9,16,23 73:12
78:23 83:17 84:23
84:25 86:20,20
88:7 90:5,12
94:11 97:9 99:10
101:9,15 102:8
108:17 111:7,21
**thinking**  73:24
**third**  1:9,11,18 2:8
2:14 57:16 114:9
114:11
**thirty**  116:13
**thought**  63:11,11
**thousand**  27:5
49:8 98:16 100:17
100:19
**three**  30:14 62:17
65:1,3,24 76:5,25
80:19 110:19

**throat**  104:15
**throckmorton**
115:16
**tight**  51:17,24
57:20 58:6,16
59:4 64:5,22
**tighter**  58:22
**tilt**  40:7
**time**  4:2,2 5:8 9:21
11:2,20 14:25
15:13,14 16:2,4,6
16:7,8,14,17,19
17:9 19:18 20:17
20:21 21:4 22:6
22:16 27:10 30:1
32:9 41:13 42:3
42:21 44:24 54:21
56:2 65:18 85:2
88:10,11,21 89:15
97:18 105:6
111:24
**times**  13:1,15
21:23,25 22:4
24:10,25 27:14
35:17 67:13 78:17
78:17,18 105:16
**today**  5:14,19 20:8
42:16,20
**today's**  4:1
**told**  79:25 85:25
110:24
**tone**  111:7
**top**  48:12 59:10
66:7,21 90:23
**topic**  32:23
**topics**  42:8
**totally**  44:1 56:13
**track**  30:20
**trails**  66:15
**trained**  78:13
80:14,17 111:9

**training** 31:16 33:4,4 79:8
**trainings** 33:11
**transcript** 113:11 114:23,25 116:14 116:15
**transcripts** 6:1 30:10
**transfer** 18:2 53:24
**transfill** 68:21
**transfilling** 51:16 54:6 68:18 99:7
**treatises** 42:23
**trent** 5:3
**trial** 21:20,23,25 22:5,19 43:8,17
**tried** 65:15
**trigger** 32:12
**triggering** 32:16
**trooper** 85:24 86:13
**troubleshooting** 84:8
**trucks** 25:21
**true** 40:23 113:10 114:24
**truex** 47:5
**truthfully** 5:14
**try** 46:15 102:19 107:12
**trying** 27:19 30:19 74:9,11
**tube** 48:5,7,15
**tubular** 15:1 39:23 40:3
**tune** 60:18
**turning** 76:3 80:19 85:5,13 107:10
**turns** 61:4

**twelfth** 2:10
**two** 6:11 8:18,19 15:21 25:18,18 29:24 46:5 49:18 57:6,7,8 58:1,8,15 59:5,17,19 60:5,7 60:15 62:23 87:7
**tx** 4:7 115:17
**tyco** 1:7,9,18 2:8 4:14 46:9 47:15 47:16,18,22,25 49:16 63:10 76:22 77:3,4,6 78:13 87:5 91:8,23 92:8 92:24 99:18,25 108:12 109:21 110:2,5 114:7,9
**tyco's** 45:21 48:4 91:18 92:12
**type** 9:22 25:7 26:12 27:1 32:11 34:10 36:9 40:18 42:10 47:10 56:14 57:11 69:1,4 72:5 92:24 93:3,8,21 94:3,14 100:11 104:12 105:13
**types** 20:3 26:20 39:15 40:15 49:19 92:24 93:1,19 105:18
**typical** 61:2 67:6 70:3
**typically** 13:13 23:21 27:8 29:17 30:5 34:1,24 35:12 52:5 61:4 67:3

**u**

**ul** 36:12 106:15
**ultimately** 82:4 90:11
**unclear** 86:4
**understand** 5:8,10 7:1 13:5 18:23 30:21 37:2,20 38:8,12 45:11,14 46:8 51:1 54:6 63:2 72:19 73:19 78:10 98:20 107:24 111:1
**understanding** 18:15,16 19:1,9,9 38:22,23 46:21 47:9,11 48:18 52:14 55:7 66:2 66:11 71:24 72:17 76:12,13 77:20 80:14,16,20 103:4 106:6
**understood** 28:9 104:17
**unique** 60:23,23 60:25 61:13,21
**united** 1:1 114:1
**unsafe** 85:16
**unusual** 67:12
**updated** 3:11 7:9 7:16,21 21:19
**upward** 83:5
**upwards** 89:5
**use** 27:23 34:16,24 35:1,10 49:12,16 51:10,18,21,24 55:8,8 57:25 59:16 62:20 63:24 65:2 68:19 69:6 70:10 71:13 72:14 72:15,21 73:17,25

80:22 81:13 82:7 82:11 84:11 90:17 91:19 94:14,16 95:23 97:10,12 105:23
**useable** 58:5
**user** 50:18 52:15 89:21
**users** 50:3

**v**

**v** 1:4,10 114:4,10
**value** 24:13
**valve** 12:4,11,15 12:18,22,25 13:1,2 13:8 14:2,4,6 24:18 36:11 47:15 47:16,17 52:18,23 53:3,4,13,17,18,19 53:23 54:2 58:17 58:24 59:3 60:22 60:23 61:2,5,6,16 61:20 62:2,19 63:3 64:24 65:10 65:17,20 66:2,8,12 67:4,7,11,15,16 68:3,6 74:25 75:8 75:9 77:3 84:4 87:5 90:7,10,13,14 90:18,23,24 91:7 93:15,17,21 94:3 94:17,23 95:7,14 95:20 97:17,24 98:5,9 99:3,4,5,10 99:18,25 105:13 107:24 108:23,25 109:4
**valves** 9:14,15 14:9 36:8 39:18 58:20 60:24 61:3 61:9,12,14 91:6 92:19 93:19 96:17

97:18

**vapor**   105:10

**variability**   58:10

**variations**   57:22

**varies**   107:15

**variety**   35:19

**various**   31:24 32:2
  36:16 92:1 93:19
  95:17,21 106:25
  107:21

**vary**   12:21 27:10

**vaughan**   1:19 4:7
  114:18 115:14

**vehiculars**   15:22

**veritext**   4:8 115:3
  115:15,16

**version**   7:9 8:21
  8:25

**versions**   8:16,18

**versus**   90:21 91:1
  111:21

**vertical**   48:9

**vessel**   48:13 104:7
  104:8

**vessels**   74:25

**vetter**   85:24 86:13

**victory**   1:5,5
  114:5,5

**video**   46:6

**virtually**   48:4

**visual**   33:8

**vitae**   3:9

**volume**   105:3

| w |
|---|

**want**   17:13 21:18
  22:19 28:16 41:19
  44:1 46:3 52:15
  53:17 67:14 69:21
  70:1 71:13 75:1
  93:11 94:23,25
  95:9 101:4

**wanted**   83:16

**warning**   31:12

**washington**   2:11

**water**   23:25 27:5
  69:24 70:2 100:17
  100:21

**way**   22:12 24:5
  30:24 37:5 38:19
  47:20,25 52:17
  64:13,16 67:3,6
  68:11 80:7,11,12
  85:11 88:24 90:17
  90:18 98:20 99:9

**ways**   62:18 68:18
  68:23

**we've**   10:12 11:2
  11:11 12:1,2,5,12
  13:14 14:15
  101:20

**we.com**   2:12

**website**   56:25

**week**   11:10,10
  78:18

**weighed**   93:20

**welding**   27:1

**went**   15:15 22:18
  56:1 66:15 78:23
  110:8

**wet**   37:7,14 38:1
  47:15,16 60:22,23
  61:9,20 62:2
  65:17 66:2 68:2,6
  69:21 70:1 91:7

**whatnot**   105:15

**whatsoever**
  111:13

**whichever**   60:19

**wide**   56:3

**williams**   2:10

**window**   51:24

**wired**   100:13

**wise**   9:21 26:17

**wish**   117:5

**witness**   1:18,21
  4:6 14:19 28:19
  41:15 53:10 59:9
  75:24 102:21
  111:17,18 112:1
  113:7 114:22,24
  115:1,2 116:1

**wondering**   14:1

**wording**   43:21

**words**   78:5 107:13

**work**   9:12 14:16
  17:11 19:15,23
  22:17,18 23:10
  34:24 35:4 71:8
  75:23 110:19
  111:11

**worked**   14:23
  15:20 18:10 20:5
  23:17 80:3 109:20

**working**   14:25
  23:12 38:3 55:21
  72:20 84:11 85:2
  85:21 109:1 111:6

**workplace**   35:24

**works**   41:13

**worse**   65:7

**worth**   115:17

**worthington**   1:6
  114:6

**write**   28:20

**writing**   7:20 20:19
  28:22

**written**   22:4 32:22

| x |
|---|

**x**   1:2,8,12 114:2,8
  114:12

| y |
|---|

**y'all**   29:13 102:21

**yeah**   18:22 36:14
  46:7 52:14 55:3
  66:4 70:5 90:13
  95:2 104:21 108:6

**year**   7:12 11:3
  19:23,25

**years**   9:1,5 11:22
  16:9 21:13,20
  22:14 23:19 34:4

**yep**   101:16

**york**   1:1 2:5,18,18
  85:24 114:1

| z |
|---|

**zoom**   1:13,17 2:3
  2:9 114:15

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.