# EXHIBIT 27

Page 197

1

2    IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
3    ------------------------------------x
     FRANKLIN BUONO,
4                    Plaintiff,
             vs.
5                               Index No.:
                                7:17-CV-05915-PMH-LMS
6    POSEIDON AIR SYSTEMS, VICTORY
     AUTO STORE, INC., VICTORY AUTO
7    STORES, INC., d/b/a POSEIDON
     AIR SYSTEMS, WORTHINGTON INDUSTRIES,
8    INC. and TYCO FIRE PRODUCTS LP,
                   Defendants,
9    ------------------------------------x
     TYCO FIRE PRODUCTS LP,
10             Third-Party Plaintiff,
             vs.
11   OPRANDY'S FIRE & SAFETY, INC.,
               Third-Party Defendant.
12   ------------------------------------x
13                   June 26, 2020
14                   9:00 a.m.
15

16        Continued Remote video-conference deposition of
17   THOMAS TARANTO, taken by Third-Party Defendant
18   Oprandy's Fire and Safety, Inc., held at Lysander,
19   New York, before Judith Castore, a Certified
20   Livenote Reporter and Notary Public of the State of
21   New York.
22

23

24

25

```
                                          Page 198


 1
 2
 3                A P P E A R A N C E S
 4
     On behalf of the Plaintiff:
 5           FINKELSTEIN & PARTNERS, LLP
             1279 Route 300, P. O. Box 1111
 6           Newburgh, New York 12551
             845.562.0203
 7           BY:  KENNETH B. FROMSON, ESQ.
                  Kfromson@lawampm.com
 8                (Via video-teleconference)
 9
10   On behalf of the Defendant/Third-Party Plaintiff
     Tyco Fire Products LP:
11           WILLIAMS & CONNOLLY, LLP
             725 12th St NW
12           Washington, D.C. 20005
             202.434.5000
13           BY: DANIEL WHITELEY, ESQ.
                  dwhiteley@wc.com
14           JAMES KIRKPATRICK, ESQ.
                  Jkirkpatrick@wc.com
15           COLETTE CONNOR, ESQ.
                  (Via video-teleconference)
16
17   On behalf of the Third-Party Defendant:
             HAWORTH, BARBER & GERSTMAN, LLC
18           45 Broadway, Suite 2110
             New York, New York 10006
19           212.952.1100
             BY:  TARA FAPPIANO, ESQ.
20                tara.fappiano@hbandglaw.com
                  (via video-teleconference)
21   ALSO PRESENT:
22           JACK DANON
23
24
25
```

1

2         IT IS HEREBY STIPULATED AND AGREED, by and

3    among counsel for the respective parties hereto,

4    that the filing, sealing and certification of the

5    within deposition shall be and the same are hereby

6    waived.

7         IT IS FURTHER STIPULATED AND AGREED that all

8    objections, except to the form of the question,

9    shall be reserved to the time of trial;

10        IT IS FURTHER STIPULATED AND AGREED that the

11   within deposition may be signed before any Notary

12   Public with the same force and effect as if signed

13   and sworn to before the court.

14                       *  *  *  *

15

16

17

18

19

20

21

22

23

24

25

```
                                          Page 200
 1                      TARANTO
 2   EXAMINATION BY MS. FAPPIANO:
 3        Q    Good morning, Mr. Taranto.
 4   Just to reminder that the same rules of
 5   yesterday apply.  I may be skipping
 6   around for different topics a little
 7   bit more than you saw yesterday.
 8             So, if at any point you don't
 9   understand the context of my question,
10   just let me know and I will try to make
11   that a little bit clearer for you.
12        A    Okay.
13        Q    Of course, if you don't
14   understand my question or you can't
15   hear me for any reason, certainly let
16   me know that as well.
17        A    Will do.
18        Q    Okay.  So in your deposition
19   yesterday you discussed a number of
20   contributing factors, correct?
21        A    Correct.
22        Q    And you distinguished those
23   from a root cause, correct?
24        A    Yes.  We talked about the
25   definitions of those two terms.
```

```
 1                    TARANTO

 2       Q     Correct.  And there can be

 3  many contributing factors to any one

 4  event, correct?

 5       A     Absolutely.  And there could

 6  to be multiple root causes.

 7       Q     And the idea is that with a

 8  contributing factor is that if that

 9  factor, if eliminated, wouldn't prevent

10  the accident from occurring; is that

11  right?

12       A     Right.

13       Q     So my understanding is that

14  with a contributing factor, if that

15  contributing factor were eliminated, it

16  wouldn't prevent the accident from

17  occurring.

18             Is that a fair understanding?

19       A     Correct.  That's the basic

20  difference between a contributing

21  factor and a root cause.  If a root

22  cause were eliminated solely alone

23  without doing anything else, then the

24  accident would not have occurred.  But

25  if you have a factor that if that
```

```
 1                    TARANTO
 2   factor is the only thing you eliminate,
 3   the accident may still occur, then
 4   that's a contributing factor.
 5        Q    So, in this case, is there
 6   any one thing or root cause that if you
 7   did take it away would have prevented
 8   the accident, in your opinion?
 9        A    Yeah.  The report outlines
10   two root causes.  One is that filling
11   from the high pressure cascade system
12   created a situation where you could
13   reach a pressure equal to the pressure
14   that the test tank would fail at.
15             So, if the source of the
16   compressed gas was at a pressure less
17   than the burst pressure of the vessel,
18   then the accident would not occur.
19        Q    Okay.
20        A    And the second root cause is
21   described as having the pressure
22   entering the test tank limited to 25
23   psi above the pressure -- working
24   pressure of the tank.  And that is a --
25   in the NFPA standard, that is the
```

```
 1                    TARANTO
 2   prescribed practice.  So, if by
 3   whatever means the pressure was
 4   actually limited to 25 psi above the
 5   pressure of -- working pressure of the
 6   tank, then the incident would not have
 7   occurred.
 8        Q    Okay.  I'm going to get to
 9   those a little bit more later.  But I
10   want to jump back to some of the
11   contributing factors that we talked
12   about yesterday.
13        A    Sure.
14        Q    One of them was the regulated
15   pressure from the output source, right,
16   so the cascade system?
17        A    Yes.
18        Q    And you say in your report
19   that that pressure was set at 450 psi
20   based upon the information that you
21   read, correct?
22        A    That was based on Mr. Faust's
23   statement to OSHA.
24        Q    That was my next question.
25   That was your sole basis for that
```

1                    TARANTO

2    information, right?

3         A    Yes, yes, correct.

4         Q    That's because that's what he

5    said he did but that may or may not be

6    true, correct?

7         A    Right, right.  And that's why

8    it's a contributing factor because --

9    and, I mean, any mechanical piece of

10   equipment can fail.  He could have not

11   realized what it was set at.  There is

12   lots of different things that you could

13   say that would then lead to the

14   incident independent of the fact that

15   he was under the impression that was

16   the regulator was set at 450 psi.

17        Q    Now, if we assume that that

18   is what he did, in fact, do, for the

19   purpose of this question, you also said

20   that the next contributing factor in

21   the chain, I, kind of, think of it in a

22   chain in my mind, is that the regulator

23   would have had to have been properly

24   calibrated, correct?

25        A    Yes.  There could be a

1                     TARANTO
2     calibration problem.  The regulator
3     could fail to function correctly.  But,
4     yes, I did say that the calibration
5     leads to the question of, well, what
6     was the real pressure because the
7     instrument he was reading was not
8     calibrated within a prior year which
9     is, again, something that the NFPA
10    standards recommend -- require
11    actually.
12         Q    That's what I want to ask you
13    about.  Your basis of information for
14    it not being calibrated, if I'm
15    understanding your report correctly and
16    your testimony, is that there was a
17    lack of record of calibration, correct?
18         A    Correct.  There is not a
19    record of calibration.  And -- but,
20    generally, when a calibration is done,
21    there is a calibration label applied to
22    the device after the calibration has a
23    date on it.
24         Q    So that would also be a part
25    of the record?

1                    **TARANTO**

2        **A**    Yeah.  That's normally the

3   case.  I don't know if the labeling is

4   part of the requirement or not.  I have

5   to research that.  But that's normal

6   that there would be a label there

7   marking the calibration date.

8        **Q**    But besides that lack of

9   record, for lack of a better term, was

10  there any other information in this

11  record which showed you or led you to

12  conclude that it was not properly

13  calibrated?

14       **A**    No.

15       **Q**    And you did see the OSHA

16  report and the investigation for this

17  incident, right?

18       **A**    Yes, I did.  And it was, as

19  listed in the appendix of my report, I

20  believe we're all working on the same

21  report in that regards.  It has Bates

22  numbers and such.

23       **Q**    I agree with that.

24            Did you see any information

25  there about OSHA's investigation of the

1                        TARANTO

2    calibration of the regulator?

3         A    No.   OSHA did not test the

4    regulator, did not -- the regulator is

5    not one of the parts that OSHA took

6    from the scene the day of the incident.

7         Q    Okay.  Did you have an

8    opportunity to inspect the regulator

9    when you did your inspection of the

10   various pieces of equipment?

11        A    Yes.  When we did the site

12   inspection, we observed the regulator

13   still attached to the cascade system.

14   And it was stated that that was the

15   regulator from the incident.

16        Q    Did you see if it was

17   properly calibrated at that time?

18        A    Actually, the gauge is what

19   would be calibrated.  And the photos

20   show the gauges, whether it was as a

21   result of the incident or prior to the

22   incident, the gauges were damaged when

23   I observed them.  I don't have a photo

24   in the report of that.

25        Q    You are just looking at your

Page 208

                          TARANTO

1
2    report right now?
3         A    Yes.  I was just looking to
4    see if there was a photo of the gauge
5    in there, but I don't believe there is.
6         Q    Have you -- and I believe you
7    said you did -- you reviewed a number
8    of other expert reports?
9         A    Yes.
10        Q    Did you --
11        A    No.  Actually my report was
12   finished before I received the expert
13   reports.  But preparing for deposition,
14   I reviewed the expert reports that came
15   to me after my report was reviewed by
16   them.
17        Q    Fair enough.  Did you ever
18   see the expert reports that were
19   prepared by either Derek Nolan or Eric
20   Villhauer?
21        A    Who?
22        Q    Derek Nolan or Eric
23   Villhauer?
24             In preparation for your
25   testimony?  It wouldn't be listed in

1                    **TARANTO**

2    your report.

3          A    No.

4          Q    Do you know if either of

5    those two experts or any of the experts

6    in this case reached a conclusion as to

7    whether the gauge on the regulator had

8    been properly calibrated at the time of

9    the accident?

10          A    No.

11          Q    I want turn now to the safety

12    relief valve.  But I do understand that

13    there is a number of different safety

14    relief devices that you have discussed,

15    correct?

16          A    There is many different types

17    that could potentially be used, yes.

18          Q    Now, you have said that the

19    lack of that type of a safety device

20    was a contributing factor in the

21    accident, correct?

22          A    Yes.

23          Q    And are there any regulations

24    that actually require the use of this

25    type of a device?

```
 1                    TARANTO
 2        A     No, there are not, that I'm
 3   aware of.
 4        Q     Now, if such device were
 5   used, and this is -- I just want to get
 6   an understanding of it -- where would
 7   it be placed in the system?
 8        A     Well, if you start at the
 9   cascade tanks, then you have the
10   regulator, then you have a hose or
11   piping that connects the regulator to
12   the valve.  And the means of attaching
13   that end of the hose is simply to the
14   tank that you are filling.
15             So, somewhere between the
16   regulator outlet and the attachment
17   point to where you are filling the tank
18   would be the location that you would
19   want to put the safety valve.  And the
20   safety valve would be set at a pressure
21   above the working pressure of the tank
22   but well below the burst pressure.
23        Q     Now, we had a lot of
24   conversations yesterday about the
25   manual.
```

1                    **TARANTO**

2            Does the manual have any

3   mention whatsoever of this type of a

4   safety relief device?

5         A    It does not.

6         Q    And are you aware of there

7   being any training that would be

8   provided by a third party that would

9   have spoken to the need for this type

10  of a safety device?

11        A    No.

12        Q    And, so, we know in this case

13  there was no safety device, is there

14  also the ability to put some sort of

15  safety device into the valve itself on

16  the tank?

17        A    I haven't looked at the

18  specifics of the valve that was used on

19  the tank to see if it had any means.  I

20  didn't see any means of really putting

21  a safety device on the valve, although

22  there are various methods that would

23  allow a safety device to be at the

24  connection point of the valve to the

25  tank.

1                    TARANTO

2        Q    What are the means or what

3   are those methods that you are speaking

4   of?

5        A    One method that I have seen

6   used would be to have a connection off

7   of the side of the valve similar to,

8   you know, how the valve has the little

9   gauge on it.  Well, there could be

10  another connection that would allow you

11  to attach a safety valve at that point.

12            Another method used is

13  something called a rupture disk.  And a

14  rupture disk is simply a metal disk

15  which is designed and known to burst at

16  a given pressure.

17            And, again, you would have a

18  key connection to the tank somewhere to

19  the gauge is connected to but it would

20  be connected to the rupture disk.  And

21  that would then, over pressure

22  situation, that disk would rupture and

23  relief the pressure.  Those are two

24  methods that I have seen in my

25  experience.

1                   TARANTO

2        Q    And any of the manual --

3   anything in the manual recommend the

4   use of either of these types of

5   methods?

6        A    No.

7        Q    Was the valve itself designed

8   to utilize either of these two methods?

9        A    It didn't appear to be.

10       Q    Did you -- I think you said

11  you had read the report of Tyco's

12  liability expert Brad James?

13       A    James?

14       Q    Yes.  It may not even be

15  necessary for the point of this

16  question, so why don't I just ask it.

17       A    I don't see that one.

18       Q    Okay.  In Mr. James' report,

19  he makes the statement:  A suitable

20  functioning pressure relief valve or an

21  appropriate gas pressure regulator

22  would have prevented over-pressurizing

23  the subject tank.

24            Do you agree with that

25  statement?

Page 214

                        TARANTO

1          A      The statement sort of applies

2     that it's a root cause, that one of

3     those devices would have prevented the

4     incident solely by itself.  But either

5     of those devices are subject to

6     malfunction or not being set properly

7     and so you -- I would consider that as

8     a contributing factor, not a root

9     cause.  And I don't know that one of

10    those singularly by itself would have

11    absolutely prevented the incident.

12         Q      So, based upon the

13    information that you have reviewed in

14    this case and your experience and your

15    training and your background, would you

16    expect a company like Oprandy's to

17    independently have had the training or

18    the information to know that a safety

19    device like you described should be

20    used?

21         A      I would say that I have

22    observed systems that have those safety

23    devices in place.  I don't know if

24    those safety devices were a result of

Page 215

                         TARANTO

1
2  the end user client or the result of
3  the provider of the system or the
4  result of having a consultant give you
5  input to the system.
6           But I have seen a lot of
7  those systems that have those safety
8  devices in place.  And if I was
9  consulted, I would -- I generally
10 recommend both a safety valve and a
11 rupture disk.
12      Q    Can you tell me what any of
13 those other systems are?
14      A    Any time you have a
15 connection of a high pressure system
16 into a system with lower pressure rated
17 components, you always should be -- one
18 of the failure modes of that system is
19 what happens if all of the controls
20 malfunction and you just start dumping
21 high pressure gas into the low pressure
22 side of the system.  What is the
23 result?
24           Well, the result should be
25 either the valve relieves the pressure

```
 1                    TARANTO
 2   or the rupture disk blows and vents the
 3   pressure.  The last resort is that the
 4   low pressure components explode.  So
 5   that would be a normal thing that you
 6   would consider in your failure modes.
 7        Q    When you say that you would
 8   consider -- you just indicated that you
 9   don't know if that's something that,
10   for example, the manufacturer would do,
11   that the distributor might do, that a
12   consultant who comes in on behalf of
13   one of the various entities in the
14   stream of commerce, you don't know who
15   would make that decision, right?
16        A    The decision ultimately is
17   going to be made by the owner but who
18   would bring that up as a best practice
19   that should be considered.  Again, in
20   the systems that I have owned, I have
21   observed systems that have that type of
22   thing in place.  I don't know if it was
23   the owner who took the initiative or
24   someone else in the chain.
25              When I'm in the chain, I
```

```
 1                    TARANTO
 2   would take that initiative to say, We
 3   should have some sort of safety
 4   protection in here.  I would recommend
 5   a safety relief valve and a rupture
 6   disk.
 7        Q    To be clear, in this case
 8   there is no recommendations made, as
 9   far as your review of the materials and
10   other information here, by either
11   Poseidon or Tyco that this be done,
12   correct?
13        A    Correct.  There was nothing
14   in the record.
15        Q    There is nothing, as far as
16   you know in any of the training that
17   Oprandy's had or could have had, that
18   made that recommendation, correct?
19        A    I read in the record that the
20   training was done by a company from
21   Baltimore, Maryland, Fire Protection
22   Consultants I believe may be the name.
23   And I'm unfamiliar -- I have no
24   information on their training.  I'm
25   unfamiliar with their training.
```

1            TARANTO

2       Q    If the training that

3   Oprandy's had obtained was the training

4   by offered by Tyco, that would have

5   been based solely upon what was in the

6   manual, correct?

7       A    Yeah.  Mr. Harding, who was

8   the technical support rep for training,

9   said that the manual was the primary

10  source of the information used during

11  their training.  There was no mention

12  of that in the manual.

13      Q    So, we started talking about

14  this a little bit earlier.  There was a

15  lot of discussion about the amount of

16  pressure that could be used from the

17  Poseidon cascade system, the high

18  pressure capabilities of that system,

19  right?

20      A    Yes.

21      Q    And, for the test tank that

22  was being filled, the recommended psi

23  for that test tank was 225 psi; is that

24  correct?

25      A    Correct.

1              TARANTO

2       Q     Where is that indicated in

3    your report, if you recall?

4       A     Pardon?  I can't hear.

5       Q     Where is that information

6    about the input pressure?  Is that what

7    you call it?

8       A     Working pressure.

9       Q     The working pressure.  Okay.

10   I will use that terminology.

11            Where is the information

12   about the working pressure indicated?

13      A     The DOT marking applied to

14   the tank by the tank manufacturer

15   Worthington indicates 4 BW 225.  And

16   the 225 component of that marking is

17   the working pressure of the tank.

18      Q     That's the only place that it

19   appears, correct?

20      A     Correct.  On an agent tank,

21   that pressure would also appear on the

22   NFPA label.

23      Q     Is there any information

24   about the test tanks working pressure

25   in the manual?

1                    TARANTO

2        A     There is no information about

3    the test tank in the manual other than

4    its listing as a component of the

5    system and a part number.

6        Q     Is there any information in

7    the manual that speaks to what type of

8    system should be used to fill this type

9    of test tank?

10       A     Again, the only reference to

11   the test tank is the part number.

12       Q     Now, the Poseidon cascade

13   system was equipped to fill something

14   that would have a working pressure of

15   225 psi; is that correct?

16       A     Yes.  There was a regulator

17   in place to step the pressure down.

18       Q     If that regulator was set

19   that to that level, it could do that,

20   right?

21       A     Provided it didn't

22   malfunction.

23       Q     Okay.  But here the burst

24   pressure was actually much, much

25   higher, right?

```
 1                   TARANTO
 2      A    The burst pressure, I
 3  believe, in the OSHA report indicated
 4  in excess of 1000 psi.
 5      Q    And you had mentioned that
 6  the NFPA has information in it about
 7  where to set the output pressure; is
 8  that correct?
 9      A    Yes.  25 psi above the
10  working pressure of the vessel.
11      Q    So, it would then figure that
12  what the expectation would be is that
13  the output pressure was set at 250 psi,
14  right?
15      A    Correct, according to the
16  NFPA standards.
17      Q    But here it was set at 450
18  psi if we believe Mr. Foust, right?
19      A    As Mr. Foust indicated, yes.
20  And if the gauge is reading correctly.
21      Q    Correct.  And taking all of
22  that into account, though, this burst
23  pressure was much higher.  So is it
24  really a contributing factor that the
25  NFPA standard wasn't followed?
```

Page 222

TARANTO

1

2      A    Yes, because, again, had the

3  NFPA standard been followed, the

4  pressure would have been set at

5  250 psi.  And, again, we don't know if

6  there was a malfunction or what

7  caused -- I mean, there is a conundrum

8  here, right?  We have a vessel that

9  mechanically is proven to burst at over

10  1000 psi.  One out of 500 vessels were

11  tested at the factory to 900 psi and

12  never had a failure.  And yet we have a

13  source reportedly set at a pressure of

14  400 psi yet the tank burst.

15      Q    It had been set even lower,

16  it may not have even have made a

17  difference; is that right?

18      A    Correct.  But, again, it's a

19  contributing factor.  Again, if you

20  take that -- if you take that one

21  element out of the chain, it doesn't

22  mean that the accident would not still

23  have occurred.  So it's a contributing

24  factor.  It's not a root cause.

25      Q    Understood.

```
                                        Page 223
1                     TARANTO
2              Is there any information
3    anywhere in the manual for the Kitchen
4    Knight system that advised end user
5    that only certain pressure systems
6    should be used?
7         A    No.
8         Q    Is there any information in
9    that manual saying that the output
10   pressure should only be 25 psi over the
11   working pressure?
12        A    Not that I recall.
13        Q    Before I go into some of the
14   other factors, I want to discuss the
15   business of open just for a moment --
16        A    Yes.
17        Q    -- and what was happening or
18   intended to happen the day of this
19   accident.
20              Are you aware that the test
21   tank that was being filled was going to
22   be used, how it was going to be used
23   that day had the explosion not
24   occurred?
25        A    Yes.  It was reportedly being
```

Page 224

```
 1                    TARANTO
 2   prepared for a balloon test.
 3        Q    And Mr. Scott was the
 4   individual who was going to be doing
 5   that balloon test, correct?
 6        A    That's what I understand.
 7        Q    And he was going to be the
 8   one what was going to be using it and
 9   taking it out of the property for that
10   purpose, correct?
11        A    Yes.
12        Q    And he had no intention of
13   giving it to anyone else, a customer,
14   the restaurant owner, anyone else,
15   right?
16        A    No.
17        Q    And there was actually no
18   employee of his who was expected to use
19   it either to do the balloon test,
20   right?
21        A    Not that day.  Although, I
22   believe in his testimony he did have
23   other service people who might
24   potentially be doing a test like that.
25   But that day, he intended to use the
```

```
1                         TARANTO
2    tank is what I understood.
3         Q    He wasn't going to sell it to
4    anyone that day?  He wasn't going to
5    distribute it to anyone that day,
6    right?
7         A    No.
8         Q    This really -- the test tank
9    itself is not something that is
10   typically sold or distributed to other
11   people because it has a specific
12   purpose; is that correct?
13        A    It's something that an end
14   user would not have any need for a test
15   tank because it's not used for anything
16   that the end user would be doing.
17        Q    So, with all of that being
18   true, can we say that Oprandy's was in
19   the business of supplying test tanks?
20        A    Well, again, I don't know
21   that.  That's a technical question.
22   But it certainly wasn't the intention
23   that day that there would be any
24   transfer of custody of ownership of
25   that test tank.
```

1                    TARANTO

2        Q    Have you seen any information

3    that there would be ever transfer of

4    custody of that type of test tank in

5    the general course of Oprandy's

6    business?

7        A    That's a pretty broad

8    statement.  I don't think I have

9    investigated that broad of a record

10   but...

11       Q    Fair enough.

12       A    The limited information I

13   looked at, the test tank was something

14   that they used to provide a service,

15   service required in the standards which

16   is every six months to a piping

17   integrity test.

18       Q    So, yesterday there was a lot

19   of discussion about the language in the

20   CGA regulation about the gas supplier.

21   Do you remember that?

22       A    Yes.

23       Q    And my understanding of the

24   CGA, and tell me if you agree with

25   this, is that the regulation is

```
                              TARANTO
 1
 2   applicable to a situation where the
 3   compressed air container of some kind
 4   is being transported from one location
 5   or another in the course of some sort
 6   of distribution or supplying of that to
 7   another user.  Is that something you
 8   agree with?
 9        A    I don't remember the section
10   of CGA verbatim, but it said in the
11   business of filling and distributing
12   gas.
13        Q    And you gave the example
14   yesterday of one company -- I don't
15   recall the name -- but that was part of
16   its business was to sell freon in
17   canisters?
18        A    Yes.
19        Q    That's the example of the
20   type of company that would fall under
21   this regulation.  Is that fair to say?
22        A    Yes.  If a service company
23   needs freon to work on an air
24   conditioning system, they go to a gas
25   supplier and get a tank of freon to
```

```
 1                         TARANTO
 2   use.
 3        Q     And then it's transported to
 4   that --
 5        A     -- transported to the site
 6   and they do the service.
 7        Q     Okay.  Is that example in any
 8   way, shape or form what was happening
 9   with the test tanks in this case?
10        A     No.  Again, I mean, that
11   includes a transfer of custody of that
12   tank from the gas supplier to the
13   service provider.  In this particular
14   case, there was never any intended
15   transfer of custody or ownership of the
16   tank.
17        Q     Now, the CGA regulations that
18   we talked about yesterday also provide
19   requirements for labeling of these
20   types of canisters being used in this
21   application; is that correct?
22        A     Labeling of any vessel
23   containing gas that's going to be
24   transported.
25        Q     And what is the purpose of
```

Page 229

                              TARANTO

 1
 2    that labeling?
 3         A    Well, the purpose of the
 4    labeling is for guys like me in the
 5    fire department, when we show up on a
 6    scene and got bottles laying all over
 7    the place, it gives us a starting point
 8    to figure out what we're dealing with.
 9         Q    Right.  So isn't the label
10    really to indicate what the contents of
11    it is so people know what's in it,
12    right?
13         A    The label, if we look at the
14    CGA standards, is many things.  The
15    contents being one of those things.
16    But also it has hazards indicators
17    whether it's flammable, whether it's
18    under pressure, whether it's corrosive
19    or explosive.  So there is many
20    components in the CGA standard of the
21    information that they prescribe should
22    be on the label.  And they actually
23    have label samples, and there is
24    prescribed ways to the labels are
25    supposed to be prepared and attached.

1                        TARANTO

2        Q    So it make sense that when

3   you have an agent tank distinct from a

4   test tank, that there would need to be

5   labeling that talks about its contents

6   and the hazards inherent in the

7   contents of what is inside the canister

8   or the container?

9        A    Well, yes, but also there is

10  a label prescribed for air under

11  pressure too.

12       Q    Okay.  I do understand that.

13  I'm going to ask you about that

14  separately but --

15       A    I'm getting ahead of you.

16       Q    No.  That's fine.  No

17  problem.  But, you know, under what the

18  CGA requires, is there really any

19  reason for a test tank to have had the

20  labeling that the CGA describes in the

21  manner in which it was intended to be

22  used in this case?

23       A    For transport, that's the

24  purpose of the labeling.  And if the

25  tanks are going to be transported,

                          TARANTO

 1
 2    there should be labeling.
 3             Now, if you were to -- for
 4    example, I purchased for this project
 5    an exemplary agent tank.  And it comes
 6    with the agent in it and pressurized.
 7    And the tank itself did not have the
 8    CGA labeling on it, but the carton that
 9    the tank was in had the labeling.
10         Q    I see.
11         A    So, if it's transported in
12    that carton to the end user and then
13    the agent tank is installed in the fire
14    suppression system and it's not going
15    to be transported again after that,
16    then all of the requirements have been
17    met.
18         Q    Okay.  What you were just
19    talking about was for an agent tank,
20    correct?
21         A    Yes.
22         Q    And that packaging, did you
23    order it from Tyco or from somewhere
24    else?
25         A    I don't recall.  It may have

```
 1                    TARANTO
 2  been a distributor or dealer.  I didn't
 3  order directly from Tyco but it was a
 4  distributor or dealer.
 5       Q    That packaging with that CGA
 6  labeling on it came from the source
 7  where you purchased it from, right?
 8       A    Yes.
 9       Q    And it wasn't expected that
10  you would then put that labeling on
11  yourself, correct?
12       A    Correct.
13       Q    Okay.  Did you have to do
14  anything special to order that tank,
15  like get training before you ordered
16  it?
17       A    No.
18       Q    To demonstrate that you were
19  in any certain type of business that
20  you had a need for it?
21       A    No.
22       Q    Did you have to get a
23  certification and show you had a
24  certification before you obtained it?
25       A    No.
```

```
 1                        TARANTO
 2       Q     You started to talk about
 3  this and we'll talk about this now,
 4  there is other information that is --
 5  and we'll talk specifically about the
 6  agent tank that we've seen in this
 7  case.  You have a picture of the label
 8  in your report, okay?
 9       A     Yes.
10       Q     That's what I'm talking about
11  right now.
12       A     Yes.
13       Q     That label had other
14  information on it besides what's
15  required by the CGA, correct?
16       A     Right.  That label has
17  information in accordance with NFPA 10.
18       Q     Tell me what the purpose of
19  that other information is that is on
20  the label of the agent tank that you
21  describe in your report?
22       A     Well, it has -- it has the
23  working pressure of the tank; it has
24  the capacity of the tank; it has the
25  Tyco part number of the agent that is
```

```
 1                    TARANTO
 2   to be put in the tank; I believe it
 3   also has the factory test pressure of
 4   the tank indicated as well; and then
 5   there is various warnings and cautions
 6   that are listed.
 7        Q    I see you reading from your
 8   report?
 9        A    I'm looking the picture of
10   the label.
11        Q    That's what I thought you
12   were doing.  So I'm going to open mine
13   too.  Just give me one moment.
14             MR. FROMSON:  Just for the
15        record, that's on Page 47 of your
16        report.
17        A    Yes, 47.
18        Q    So, we're looking at the same
19   thing.  Now, so the information that I
20   just described, does that have to do
21   with the use and operation of the agent
22   tank, generally speaking?
23        A    Yeah.  Specifically under
24   recharge is where it's indicated refill
25   only with 3 gallons of Pyrochem Wet
```

TARANTO

1

2    Agent and has a part number.  And

3    pressure to 225 psi and the gross

4    weight after everything is all done is

5    listed 56.7 pounds, maybe it says.  And

6    that information is all consistent with

7    the requirements of NFPA 10.

8         Q    There's also a section about

9    maintenance?

10        A    Yeah.  There's a heading

11   maintenance, there's a warning heading,

12   and a caution heading.

13        Q    Now, that label, do you know

14   who designed that?

15        A    That would be ultimately

16   produced by Tyco Pyrochem and with

17   guidance in the NFPA 10 requirements.

18        Q    So, I guess the question is,

19   that's already on the agent tank when

20   you receive it, right?

21        A    Yes.  And, actually, the

22   label itself has a part number.  If you

23   look at the center at the very bottom,

24   and I would believe that's a Tyco part

25   number for that label.  So it goes into

                    TARANTO

the bill of material and affixed to the

tank.

    Q    Who would be the intended --

for lack of a better term -- reader of

this label?  Who is that label intended

to reach?

    A    Well, I think if you look

back to the information that I pulled

off of the Finbar website, it would be

anyone who's using the tank that could

be potentially harmed by its use,

right?  It's there for anyone to see.

    Q    So who is doing the

maintenance, though?

    A    In terms of the manual, it is

authored and a factory-trained person

who's been trained by Tyco.

    Q    Okay.  It's not -- for

example, this is going into a

restaurant fire suppression system,

right?

    A    Yes.

    Q    So it's not expected that

this label is going to be something

```
 1                    TARANTO
 2   that the -- just with regard to the
 3   maintenance section, that's directed
 4   towards the owner of that restaurant or
 5   his employees, right?
 6        A    No.  NFPA requirements have a
 7   separate owner's manual that the owner
 8   is supposed to receive.  It has
 9   information relevant to them in it.
10        Q    Okay.  And there's also a
11   section here entitled recharge which
12   you talked about a little bit.
13             Whose expected to be doing
14   the recharging?
15        A    Well, again, according to the
16   manual, it would be an authorized
17   distributor and a factory-trained
18   technician.
19        Q    And, again, that's not the
20   owner of the restaurant where the
21   system is installed or his employees,
22   correct?
23        A    No, it's not.
24        Q    And that same technician that
25   you described is also the one who would
```

                          TARANTO
1
2    be expected to be using a test tank for
3    balloon testing; is that correct, or
4    someone similar to that?
5         A     Yes, it would be the
6    maintenance and servicing of the system
7    per the manual is expected to be done
8    by an authorized distributor and a
9    factory-trained technician.
10        Q     So, in your opinion, is there
11   any reason at all to not include the
12   same information that that we see on
13   this label for the agent tank on a
14   label to be applied to a test tank?
15        A     Well, it's in my report.  And
16   it's my opinion that because the test
17   tank is listed as a component of the
18   fire protection system, and it's
19   produced by a fire protection company,
20   and it's introduced into the fire
21   protection market that that tank
22   requires a label also meeting NFPA 10
23   requirements.  And, for example, where
24   the label in figure five is saying
25   refill only with 3 gallons of Pyrochem

```
                              TARANTO
 1
 2   Wet Agent with a part number, the label
 3   on the test tank would say fill only
 4   with dry air or nitrogen to a pressure
 5   of 225 psi and so forth.
 6            And when you are all done,
 7   the gross weight of the tank should be
 8   whatever the tank was full of air at
 9   225 psi.  That would be consistent with
10   the requirements of NFPA 10.
11        Q    So, if in this case Tyco
12   Pyrochem put the label on this agent
13   tank, isn't it all reasonable to expect
14   that someone other than Tyco would then
15   be designing, recreating and applying a
16   label that would include the same
17   information?
18        A    It would be redundant.
19        Q    I guess what my question is
20   is if Tyco does not put the label on
21   the test tank having created, designed
22   and placed the label on the agent
23   tanks, is the expectation in your
24   industry, background, experience,
25   training that the end user of a test
```

TARANTO

1                     TARANTO

2  tank, the service technician would then

3  have to recreate or design the very

4  same label that would exist on an agent

5  tank?

6      A    No.  The expectation, the

7  standard is that label in NFPA 10 is

8  placed there by the manufacturer of the

9  fire protection tank.

10     Q    Thank you.  Okay.

11         Now, there is some language

12  on this label, and my copy is a little

13  hard to read but I think yours is

14  probably better.

15     A    Everything is not 100 percent

16  clear.  It's just taking a picture of

17  the rounded tank is beyond my

18  photographic skills.

19     Q    Mine too.  I think what it

20  says is, quote, cylinder factory test

21  pressure 450 psi, do you see where it

22  says that?  It's on the right side of

23  the label.

24     A    Is it under the cautions?

25     Q    Yes.  Let me just see.

1          TARANTO

2      A    It's about the one, two,

3  three, fourth item down cylinder

4  factory test pressure.  And, again, if

5  you look at NFPA 10, the factory test

6  pressure for the cylinder is a required

7  element to be on the label.

8      Q    Okay.

9      A    And that particular cylinder

10  by Worthington, every cylinder is

11  tested to 450 psi.  And then one out

12  500 cylinders are tested to 900 Psi.

13  That's according to DOT requirements.

14      Q    That's what the term factory

15  test pressure refers to then, correct?

16      A    The manufacturer of the

17  cylinder, yes.

18      Q    And I'm not going to have you

19  look at the document right now but you

20  can take my word for it and check later

21  if you want to, that identical language

22  also appears in the manual.

23      A    Okay.

24      Q    So do you think that -- let

25  me see how I can phrase this.  Give me

```
                                              Page 242

1                        TARANTO

2      one second.

3               Would a service technician

4      understand that factory test pressure

5      is something different than the test

6      pressure or pressure that would be used

7      with a test tank?

8          A    I think that someone reading

9      the label and seeing that the working

10     pressure of the tank is 225 and the

11     factory test pressure is 450, you would

12     know that there is a difference between

13     the two, right?

14         Q    Okay.  I guess what my

15     question is, I may be completely off

16     base on this and tell me if I am.

17               When I see test pressure and

18     I see 450 psi and then we have the

19     information that the output pressure

20     that was being used on a test tank was

21     450 psi, could it have been that Mr.

22     Foust believed that what that indicated

23     in the manual and the label is what he

24     was supposed to be setting the pressure

25     to?
```

1                        TARANTO

2          A     I suppose that's possible.  I

3     don't know that to be the case.

4          Q     Can we agree, though, that

5     that it could potentially have been a

6     conclusion that he reached?

7          A     Could be a misunderstanding.

8     But, again, in training the difference

9     should be known to a trained person.

10         Q     Do you know that the training

11    that Tyco provided would have included

12    that information?

13         A     Well, if it's in the manual,

14    then -- and given that Mr. Harding

15    indicated the manual is their primary

16    source of information for training, I

17    would say that, yes, for the agent tank

18    part of their training would be that

19    the working pressure is 220 and the

20    factory test pressures are 225 --

21    excuse me -- and the factory test

22    pressure is 450 and what those mean.

23    But, again, the manual is silent with

24    respect to the test tank.

25         Q     Is there a definition in the

```
 1                    TARANTO
 2   manual at all about what the factory
 3   test pressure means?
 4        A    Not that I saw.  Not that I
 5   recall.
 6        Q    Now, if we go back to the
 7   label and let me just see where it is
 8   just give me one second.  I'm starting
 9   to need glasses but I'm not giving in
10   yet.
11             But there is some language I
12   wrote it down but I didn't circle.
13   Looking at the label it says, quote,
14   Install, inspect, maintain and test in
15   accordance with Pyrochem manual.
16             It's actually on the left
17   side towards the bottom of the
18   paragraph of the label speaking to
19   maintenance.
20        A    It also -- it actually says
21   in accordance with Pyrochem manual and
22   then there is a part number perhaps
23   561274.  And NFPA 17A standard.
24        Q    Okay.  If you go though to
25   the manual being directed by this
```

1                    TARANTO

2    label.

3         A    Yes.

4         Q    On an agent tank, then you

5    would find the information that you

6    would need to install, inspect,

7    maintain and test?

8         A    That would be expected, yes.

9         Q    But there is no information

10   in there about how to utilize the test

11   tank, correct?

12        A    The only information in the

13   manual related to a test tank is the

14   part number in the components list.

15        Q    Okay.  And if an employee

16   only had the test tank itself, and

17   didn't have the agent tank with its

18   label on it, they wouldn't even get the

19   direction to be directed to the manual;

20   is that correct?

21        A    Correct.

22        Q    I'm getting there.  I

23   promise.

24             (Whereupon, a brief recess

25        was taken.)

                    TARANTO

1

2       Q     I think we touched a little

3    bit on this yesterday.  But in your

4    review of the materials and the

5    information that was provided to you,

6    is there anything that indicates that

7    Tyco does anything to track who is

8    ultimately using their products?

9       A     Not that I recall.  Although,

10   I might review the owner's manual to

11   see if there is a registration form for

12   the system in the owners manual.  I

13   don't specifically recall that there

14   was but I have to take a look at that.

15      Q     That's fair enough.  And we

16   talked earlier about the tank that you

17   ordered.

18            When that tank came to you,

19   was it accompanied by any type of

20   manual?

21      A     No.

22      Q     Now, there was some

23   discussion yesterday about whether or

24   where the manuals were kept by

25   Oprandy's in their business.

1              TARANTO
2         Do you recall talking about
3    that a little yesterday?
4         A    Not specifically, no.
5         Q    Are you aware that there is
6    testimony that the manuals for the
7    Kitchen Knight system were kept in a
8    file cabinet in the office of
9    Oprandy's?
10        A    I recall in Mr. Scott's
11   deposition that there was a reference
12   to a location where they kept manuals,
13   yes.
14        Q    And that that -- did you see
15   anything about the fact that the
16   employees all had access to that
17   location and knew that's where they
18   were?
19        A    I don't recall that
20   specifically, no.
21        Q    At the time of the accident
22   though, did Mr. Buono or Mr. Foust stop
23   what they were doing and say, Hey, we
24   want to go find the manual and see what
25   to do now?

1                    TARANTO

2        A     No.

3        Q     And, in fact, what plaintiff

4   did is he actually looked at what was

5   directly in front of him at that time,

6   right?

7        A     Yes.  I believe in my report

8   I have quotation in -- I think it was a

9   pretrial deposition where he indicated

10  that he was aware that things weren't

11  going well or properly and that he had

12  looked at the tank for any information

13  warnings or any other information that

14  would give some guidance to the

15  situation.

16       Q     And is that a reasonable

17  reaction under the circumstances?

18       A     Yeah.  I think it is.  It's

19  on Page 49 of my report 5.2.10.1 that's

20  what I am referring to.

21       Q     Okay.  Perfect.

22             Let's just say hypothetically

23  that -- and this being one of the

24  contributing factors to this situation,

25  let's just say hypothetically that Mr.

```
 1                    TARANTO
 2  Foust and Mr. Buono stopped everything
 3  that they were doing, went to the other
 4  room, pulled a manual out of the file
 5  cabinet and read it, would that have
 6  prevented this accident from occurring?
 7       A    Given that the manual is
 8  silent with respect to the test tank
 9  and only has the part number in it, I
10  don't know that they would have found
11  any valuable guidance in the manual,
12  no.
13       Q    I'm going to change the
14  hypothetical just a little bit.  Let's
15  say that they had stopped everything
16  that they were doing and went to look
17  for guidance.
18            What would that guidance had
19  to have been to prevent this from
20  happening at that moment in time?
21       A    Ordinarily, the guidance for
22  that situation would be to stop what
23  you are doing and depressurize
24  everything and start over.
25       Q    Okay.  And what's the source
```

1                    TARANTO

2   of that guidance that you just

3   described, the depressurizing?  How

4   would somebody know that that's the

5   response that they should have made?

6        A    That would be something that

7   would be a best practice to appear in

8   the step by step process of how you go

9   about pressurizing the tank.

10        Q    So, something that would be

11   in the manual or should be in the

12   manual?

13        A    I don't believe it's

14   necessarily required by any standards,

15   but I think as a best practice.  It

16   would be prudent.

17        Q    What's your basis for saying

18   that that would be the best practice

19   then?

20        A    I think just generally with

21   any manual for any piece of equipment

22   or any mechanical system, if you

23   experience a condition where the system

24   is not responding appropriately, the

25   guidance in the troubleshooting and

```
 1                       TARANTO
 2   such would be to just stop and regroup,
 3   bring the system to a known safe
 4   condition and then start over.
 5              Again, I don't know that it's
 6   anything that you can point to a
 7   specific regulation or standard for,
 8   but it's certainly a best practice.
 9        Q    I want to discuss for a
10   moment some of the testimony you gave
11   yesterday about what Mr. Foust did do.
12              He pressed down on the valve
13   three times, correct?
14        A    Yes.
15        Q    And there may be some
16   conflicting evidence about this but he
17   may have used some sort of tool to do
18   that, correct?
19        A    Yes.
20        Q    And not to misquote you in
21   any way, but yesterday you felt that
22   this was not a contributing factor to
23   the accident; am I correct?
24        A    Yeah, that's correct.
25        Q    Could you tell me why you
```

Page 252

TARANTO

1
2    believe that to be the case?

3        A    Well, looking at the design
4    and the function of that valve, it's
5    not apparent how manually pushing down
6    on a valve would cause any change to
7    the air flow into the tank.  The valve
8    is designed in a manner that allows air
9    to flow into the tank relatively
10   freely.

11           I say "relatively freely"
12   because there is a spring internal to
13   the valve and the air pressure
14   differential across the valve has to
15   exceed the spring force.  And then the
16   valve will open and allow the air in.
17   And that differential is normally not a
18   really high differential pressure.
19   It's relatively low.  I don't know the
20   specifications of this particular
21   spring or what the opening pressure of
22   that valve is but normally it's a
23   relatively low pressure differential.
24   Then the purpose of the valve is to
25   hold the air or in the case of the

1                    TARANTO

2    agent tank, the nitrogen, and the

3    extinguishing agent is to hold that in

4    the tank under pressure until a

5    discharge is necessary.

6           When a discharge is

7    necessary, high pressure nitrogen is

8    introduced to the cavity above the

9    valve and that forces the valve open

10   thereby allowing the air pressure or

11   the air flow to come out, or, in the

12   case of the agent tank, the nitrogen

13   pressure pushes the fire retardant or

14   fire extinguishing agent up a siphon

15   tube and through the system.  That's

16   the function of the valve.

17           It's unclear to me how

18   manually pushing that valve would be a

19   causative factor of any type.

20       Q    Okay.  Thank you.  I'm almost

21   done.

22       A    No problem.

23       Q    Now, yesterday we also had a

24   little bit of a discussion about a

25   safety cage.

1                    **TARANTO**

2             Do you remember talking about

3    that yesterday?

4         A    Yes.

5         Q    Did you, either in

6    preparation of your report or for your

7    testimony, happen to read the testimony

8    of Patty Scott?

9         A    I did not.

10        Q    I'm going to represent to you

11   that in her testimony she described

12   there being two steel cylinders that

13   were placed on the front of the

14   compressor which was not being used.

15   And that, from her view, that is what

16   Oprandy's considered to be the safety

17   cage for these particular -- for this

18   filling station.

19        A    Yes.  I observed those

20   cylinders in the scene photos in the

21   record.

22        Q    Okay.  And so you verified

23   that you did observe that in the things

24   that you reviewed, correct?

25        A    Yes.

1                    TARANTO

2        Q     And did you consider that as

3   being any type of contributing factor

4   in this accident?

5        A     No.

6        Q     And do you feel that your

7   report covers all of the contributing

8   factors in this case based on your

9   analysis?

10       A     I think "all of" is kind of

11  an absolute term that maybe doesn't

12  apply.  I mean, if you were to consult

13  with any number of other experts, they

14  may possibly find something that they

15  consider to be a contributing cause

16  that I didn't discover or that I

17  discovered but didn't consider

18  distributing cause.  So it's just a

19  judgment thing.  I don't think you can

20  speak to that in absolute terms.

21       Q     Okay.  Is there anything then

22  that you felt, as you sit here right

23  now, that's left out of your report

24  that you believe to be a contributing

25  factor that you want to add today?

Page 256

1

2        A     No, there is not.

3              MS. FAPPIANO:  Okay.  That's

4        all the questions then that I

5        have.  Thank you, sir, for coming

6        back today.  Very much appreciate

7        that.

8              THE WITNESS:  No problem.

9              (Time noted: 10:17 a.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 257

1
2              A C K N O W L E D G E M E N T
3
         STATE OF NEW YORK  )
4                           ) ss.:
         COUNTY OF NEW YORK )
5
6              I, THOMAS TARANTO, certify, I have read
7              the transcript of my testimony taken under
8              oath in my deposition of June 26, 2020;
9              that the transcript is a true, complete
10             and correct record of what was asked,
11             answered and said during this deposition,
12             and that the answers on the record as
13             given by me are true and correct.
14
15                  - - - - - - - - - - - - - - -
                         THOMAS TARANTO
16
17

         Sworn and subscribed to before me
18
         this_____ day of_____, _____.
19
20

            _____
21          Notary Public
22
23
24
25

Page 258

1

2                    C E R T I F I C A T I O N

3

      STATE OF NEW YORK  )

4                        ) ss.:

      COUNTY OF NEW YORK )

5

6              I, JUDITH CASTORE, Shorthand Reporter

7         and Notary Public within and for the State

8         of New York, do hereby certify:

9              That THOMAS TARANTO, the witness

10        whose deposition is hereinbefore set

11        forth, was duly sworn by me and that this

12        transcript of such examination is a true

13        record of the testimony given by such

14        witness.

15             I further certify that I am not

16        related to any of the parties to this

17        action by blood or marriage and that I am

18        in no way interested in the outcome of

19        this matter.

20             IN WITNESS WHEREOF, I have hereunto

21        set my hand this 30th day of June, 2020.

22

23                        _Judith Castore_

24                        JUDITH CASTORE

25

Page 259

1

2                    **I N D E X**

3  **WITNESS**                               **PAGE**

4  **THOMAS TARANTO**

5

6      Examination by:

7           MS. FAPPIANO                    200

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                              Page 260
 1

 2                 INSTRUCTIONS TO WITNESS

 3           Please read your deposition over

 4    carefully and make any necessary corrections.   You

 5    should state the reason in the appropriate space on

 6    the errata sheet for any corrections that are made.

 7               After doing so, please sign the errata

 8    sheet and date it.

 9                You are signing same subject to the

10    changes you have noted on the errata sheet, which

11    will be attached to your deposition.

12               It is imperative that you return the

13    original errata sheet to the deposing attorney

14    within thirty(30) days of receipt of the deposition

15    transcript by you. If you fail to do so, the

16    deposition transcript may be deemed to be accurate

17    and may be used in court.

18

19

20

21

22

23

24

25
```

Page 261

```
 1
 2                    E R R A T A
 3
              I wish to make the following changes,
 4
          for the following reasons:
 5
 6
    PAGE LINE
 7
    ___  ___  CHANGE:_____
 8
    REASON:_____
 9
    ___  ___  CHANGE:_____
10
    REASON:_____
11
    ___ ___  CHANGE:_____
12
    REASON:_____
13
    ___ ___  CHANGE: _____
14
    REASON:_____
15
    ___ ___  CHANGE: _____
16
    REASON:_____
17
    ___ ___  CHANGE: _____
18
    REASON:_____
19
20
    _____    _____
21
       WITNESS' SIGNATURE                DATE
22
23
24
25
```

| & |
|---|
| **&** 197:11 198:5,11 198:17 |

| 0 |
|---|
| **05915** 197:5 |

| 1 |
|---|
| **10** 233:17 235:7,17 238:22 239:10 240:7 241:5 |
| **100** 240:15 |
| **1000** 221:4 222:10 |
| **10006** 198:18 |
| **10:17** 256:9 |
| **1111** 198:5 |
| **12551** 198:6 |
| **1279** 198:5 |
| **12th** 198:11 |
| **17436** 258:23 |
| **17a** 244:23 |

| 2 |
|---|
| **200** 259:7 |
| **20005** 198:12 |
| **202.434.5000** 198:12 |
| **2020** 197:13 257:8 258:21 |
| **2110** 198:18 |
| **212.952.1100** 198:19 |
| **220** 243:19 |
| **225** 218:23 219:15 219:16 220:15 235:3 239:5,9 242:10 243:20 |
| **25** 202:22 203:4 221:9 223:10 |
| **250** 221:13 222:5 |
| **26** 197:13 257:8 |

| 3 |
|---|
| **3** 234:25 238:25 |
| **30** 260:14 |
| **300** 198:5 |
| **30th** 258:21 |

| 4 |
|---|
| **4** 219:15 |
| **400** 222:14 |
| **45** 198:18 |
| **450** 203:19 204:16 221:17 240:21 241:11 242:11,18 242:21 243:22 |
| **47** 234:15,17 |
| **49** 248:19 |

| 5 |
|---|
| **5.2.10.1** 248:19 |
| **500** 222:10 241:12 |
| **56.7** 235:5 |
| **561274** 244:23 |

| 7 |
|---|
| **725** 198:11 |
| **7:17** 197:5 |

| 8 |
|---|
| **845.562.0203** 198:6 |

| 9 |
|---|
| **900** 222:11 241:12 |
| **9:00** 197:14 |

| a |
|---|
| **a.m.** 197:14 256:9 |
| **ability** 211:14 |
| **absolute** 255:11 255:20 |
| **absolutely** 201:5 214:12 |
| **access** 247:16 |

**accident** 201:10 201:16,24 202:3,8 202:18 209:9,21 222:22 223:19 247:21 249:6 251:23 255:4
**accompanied** 246:19
**account** 221:22
**accurate** 260:16
**action** 258:17
**add** 255:25
**advised** 223:4
**affixed** 236:2
**agent** 219:20 230:3 231:5,6,13 231:19 233:6,20 233:25 234:21 235:2,19 238:13 239:2,12,22 240:4 243:17 245:4,17 253:2,3,12,14
**agree** 206:23 213:24 226:24 227:8 243:4
**agreed** 199:2,7,10
**ahead** 230:15
**air** 197:6,7 227:3 227:23 230:10 239:4,8 252:7,8,13 252:16,25 253:10 253:11
**allow** 211:23 212:10 252:16
**allowing** 253:10
**allows** 252:8
**amount** 218:15
**analysis** 255:9
**answered** 257:11
**answers** 257:12

**apparent** 252:5
**appear** 213:9 219:21 250:7
**appears** 219:19 241:22
**appendix** 206:19
**applicable** 227:2
**application** 228:21
**applied** 205:21 219:13 238:14
**applies** 214:2
**apply** 200:5 255:12
**applying** 239:15
**appreciate** 256:6
**appropriate** 213:21 260:5
**appropriately** 250:24
**asked** 257:10
**assume** 204:17
**attach** 212:11
**attached** 207:13 229:25 260:11
**attaching** 210:12
**attachment** 210:16
**attorney** 260:13
**authored** 236:17
**authorized** 237:16 238:8
**auto** 197:6,6
**aware** 210:3 211:6 223:20 247:5 248:10

| b |
|---|
| **b** 197:7 198:7 |
| **back** 203:10 236:9 244:6 256:6 |
| **background** 214:16 239:24 |

**balloon** 224:2,5,19 238:3
**baltimore** 217:21
**barber** 198:17
**base** 242:16
**based** 203:20,22 214:13 218:5 255:8
**basic** 201:19
**basis** 203:25 205:13 250:17
**bates** 206:21
**behalf** 198:4,10,17 216:21
**believe** 206:20 208:5,6 217:22 221:3,18 224:22 234:2 235:24 248:7 250:13 252:2 255:24
**believed** 242:22
**best** 216:18 250:7 250:15,18 251:8
**better** 206:9 236:5 240:14
**beyond** 240:17
**bill** 236:2
**bit** 200:7,11 203:9 218:14 237:12 246:3 249:14 253:24
**blood** 258:17
**blows** 216:2
**bottles** 229:6
**bottom** 235:23 244:17
**box** 198:5
**brad** 213:12
**brief** 245:24
**bring** 216:18 251:3

**broad** 226:7,9
**broadway** 198:18
**buono** 197:3 247:22 249:2
**burst** 202:17 210:22 212:15 220:23 221:2,22 222:9,14
**business** 223:15 225:19 226:6 227:11,16 232:19 246:25
**bw** 219:15

## c

**c** 198:3 257:2 258:2,2
**cabinet** 247:8 249:5
**cage** 253:25 254:17
**calibrated** 204:24 205:8,14 206:13 207:17,19 209:8
**calibration** 205:2 205:4,17,19,20,21 205:22 206:7 207:2
**call** 219:7
**called** 212:13
**canister** 230:7
**canisters** 227:17 228:20
**capabilities** 218:18
**capacity** 233:24
**carefully** 260:4
**carton** 231:8,12
**cascade** 202:11 203:16 207:13 210:9 218:17 220:12

**case** 202:5 206:3 209:6 211:12 214:15 217:7 228:9,14 230:22 233:7 239:11 243:3 252:2,25 253:12 255:8
**castore** 197:19 258:6,24
**causative** 253:19
**cause** 200:23 201:21,22 202:6 202:20 214:3,10 222:24 252:6 255:15,18
**caused** 222:7
**causes** 201:6 202:10
**caution** 235:12
**cautions** 234:5 240:24
**cavity** 253:8
**center** 235:23
**certain** 223:5 232:19
**certainly** 200:15 225:22 251:8
**certification** 199:4 232:23,24
**certified** 197:19
**certify** 257:6 258:8,15
**cga** 226:20,24 227:10 228:17 229:14,20 230:18 230:20 231:8 232:5 233:15
**chain** 204:21,22 216:24,25 222:21
**change** 249:13 252:6 261:7,9,11

261:13,15,17
**changes** 260:10 261:3
**check** 241:20
**circle** 244:12
**circumstances** 248:17
**clear** 217:7 240:16
**clearer** 200:11
**client** 215:2
**colette** 198:15
**come** 253:11
**comes** 216:12 231:5
**coming** 256:5
**commerce** 216:14
**company** 214:17 217:20 227:14,20 227:22 238:19
**complete** 257:9
**completely** 242:15
**component** 219:16 220:4 238:17
**components** 215:17 216:4 229:20 245:14
**compressed** 202:16 227:3
**compressor** 254:14
**conclude** 206:12
**conclusion** 209:6 243:6
**condition** 250:23 251:4
**conditioning** 227:24
**conference** 197:16
**conflicting** 251:16
**connected** 212:19 212:20

connection 211:24
212:6,10,18
215:15
connects 210:11
connolly 198:11
connor 198:15
consider 214:8
216:6,8 255:2,15
255:17
considered 216:19
254:16
consistent 235:6
239:9
consult 255:12
consultant 215:4
216:12
consultants
217:22
consulted 215:9
container 227:3
230:8
containing 228:23
contents 229:10
229:15 230:5,7
context 200:9
continued 197:16
contributing
200:20 201:3,8,14
201:15,20 202:4
203:11 204:8,20
209:20 214:9
221:24 222:19,23
248:24 251:22
255:3,7,15,24
controls 215:19
conundrum 222:7
conversations
210:24
copy 240:12
correct 200:20,21
200:23 201:2,4,19

203:21 204:3,6,24
205:17,18 209:15
209:21 217:12,13
217:18 218:6,24
218:25 219:19,20
220:15 221:8,15
221:21 222:18
224:5,10 225:12
228:21 231:20
232:11,12 233:15
237:22 238:3
241:15 245:11,20
245:21 251:13,18
251:23,24 254:24
257:10,13
corrections 260:4
260:6
correctly 205:3,15
221:20
corrosive 229:18
counsel 199:3
county 257:4
258:4
course 200:13
226:5 227:5
court 197:2
199:13 260:17
covers 255:7
created 202:12
239:21
custody 225:24
226:4 228:11,15
customer 224:13
cv 197:5
cylinder 240:20
241:3,6,9,10,17
cylinders 241:12
254:12,20

## d

d 197:7 257:2
259:2
d.c. 198:12
damaged 207:22
daniel 198:13
danon 198:22
date 205:23 206:7
260:8 261:21
day 207:6 223:18
223:23 224:21,25
225:4,5,23 257:18
258:21
days 260:14
dealer 232:2,4
dealing 229:8
decision 216:15,16
deemed 260:16
defendant 197:11
197:17 198:10,17
defendants 197:8
definition 243:25
definitions 200:25
demonstrate
232:18
department 229:5
deposing 260:13
deposition 197:16
199:5,11 200:18
208:13 247:11
248:9 257:8,11
258:10 260:3,11
260:14,16
depressurize
249:23
depressurizing
250:3
derek 208:19,22
describe 233:21
described 202:21
214:20 234:20

237:25 250:3
254:11
describes 230:20
design 240:3 252:3
designed 212:15
213:7 235:14
239:21 252:8
designing 239:15
device 205:22
209:19,25 210:4
211:4,10,13,15,21
211:23 214:20
devices 209:14
214:4,6,24,25
215:8
difference 201:20
222:17 242:12
243:8
different 200:6
204:12 209:13,16
242:5
differential 252:14
252:17,18,23
directed 237:3
244:25 245:19
direction 245:19
directly 232:3
248:5
discharge 253:5,6
discover 255:16
discovered 255:17
discuss 223:14
251:9
discussed 200:19
209:14
discussion 218:15
226:19 246:23
253:24
disk 212:13,14,14
212:20,22 215:11
216:2 217:6

distinct 230:3
distinguished 200:22
distribute 225:5
distributed 225:10
distributing 227:11 255:18
distribution 227:6
distributor 216:11 232:2,4 237:17 238:8
district 197:2,2
document 241:19
doing 201:23 224:4,24 225:16 234:12 236:14 237:13 247:23 249:3,16,23 260:7
dot 219:13 241:13
dry 239:4
duly 258:11
dumping 215:20
dwhiteley 198:13

**e**

e 198:3,3 257:2,2,2 258:2 259:2 261:2
earlier 218:14 246:16
effect 199:12
either 208:19 209:4 213:4,8 214:5 215:25 217:10 224:19 254:5
element 222:21 241:7
eliminate 202:2
eliminated 201:9 201:15,22
employee 224:18 245:15

employees 237:5 237:21 247:16
entering 202:22
entities 216:13
entitled 237:11
equal 202:13
equipment 204:10 207:10 250:21
equipped 220:13
eric 208:19,22
errata 260:6,7,10 260:13
esq 198:7,13,14,15 198:19
event 201:4
evidence 251:16
examination 200:2 258:12 259:6
example 216:10 227:13,19 228:7 231:4 236:20 238:23
exceed 252:15
excess 221:4
excuse 243:21
exemplary 231:5
exist 240:4
expect 214:17 239:13
expectation 221:12 239:23 240:6
expected 224:18 232:9 236:24 237:13 238:2,7 245:8
experience 212:25 214:15 239:24 250:23
expert 208:8,12,14 208:18 213:12

experts 209:5,5 255:13
explode 216:4
explosion 223:23
explosive 229:19
extinguishing 253:3,14

**f**

f 258:2
fact 204:14,18 247:15 248:3
factor 201:8,9,14 201:15,21,25 202:2,4 204:8,20 209:20 214:9 221:24 222:19,24 251:22 253:19 255:3,25
factors 200:20 201:3 203:11 223:14 248:24 255:8
factory 222:11 234:3 236:17 237:17 238:9 240:20 241:4,5,14 242:4,11 243:20 243:21 244:2
fail 202:14 204:10 205:3 260:15
failure 215:18 216:6 222:12
fair 201:18 208:17 226:11 227:21 246:15
fall 227:20
fappiano 198:19 200:2 256:3 259:7
far 217:9,15
faust's 203:22

feel 255:6
felt 251:21 255:22
figure 221:11 229:8 238:24
file 247:8 249:4
filing 199:4
fill 220:8,13 239:3
filled 218:22 223:21
filling 202:10 210:14,17 227:11 254:18
finbar 236:10
find 245:5 247:24 255:14
fine 230:16
finished 208:12
finkelstein 198:5
fire 197:8,9,11,18 198:10 217:21 229:5 231:13 236:21 238:18,19 238:20 240:9 253:13,14
five 238:24
flammable 229:17
flow 252:7,9 253:11
followed 221:25 222:3
following 261:3,4
force 199:12 252:15
forces 253:9
form 199:8 228:8 246:11
forth 239:5 258:11
found 249:10
fourth 241:3
foust 221:18,19 242:22 247:22

249:2 251:11
franklin 197:3
freely 252:10,11
freon 227:16,23,25
fromson 198:7
  234:14
front 248:5 254:13
full 239:8
function 205:3
  252:4 253:16
functioning
  213:20
further 199:7,10
  258:15

**g**

g 257:2
gallons 234:25
  238:25
gas 202:16 213:21
  215:21 226:20
  227:12,24 228:12
  228:23
gauge 207:18
  208:4 209:7 212:9
  212:19 221:20
gauges 207:20,22
general 226:5
generally 205:20
  215:9 234:22
  250:20
gerstman 198:17
getting 230:15
  245:22
give 215:4 234:13
  241:25 244:8
  248:14
given 212:16
  243:14 249:7
  257:13 258:13
gives 229:7

giving 224:13
  244:9
glasses 244:9
go 223:13 227:24
  244:6,24 247:24
  250:8
goes 235:25
going 203:8
  216:17 223:21,22
  224:4,7,8 225:3,4
  228:23 230:13,25
  231:14 234:12
  236:20,25 241:18
  248:11 249:13
  254:10
good 200:3
gross 235:3 239:7
guess 235:18
  239:19 242:14
guidance 235:17
  248:14 249:11,17
  249:18,21 250:2
  250:25
guys 229:4

**h**

hand 258:21
happen 223:18
  254:7
happening 223:17
  228:8 249:20
happens 215:19
hard 240:13
harding 218:7
  243:14
harmed 236:12
haworth 198:17
hazards 229:16
  230:6
hbandglaw.com
  198:20

heading 235:10,11
  235:12
hear 200:15 219:4
held 197:18
hereinbefore
  258:10
hereto 199:3
hereunto 258:20
hey 247:23
high 202:11
  215:15,21 218:17
  252:18 253:7
higher 220:25
  221:23
hold 252:25 253:3
hose 210:10,13
hypothetical
  249:14
hypothetically
  248:22,25

**i**

idea 201:7
identical 241:21
imperative 260:12
impression 204:15
incident 203:6
  204:14 206:17
  207:6,15,21,22
  214:5,12
include 238:11
  239:16
included 243:11
includes 228:11
independent
  204:14
independently
  214:18
index 197:5
indicate 229:10
indicated 216:8
  219:2,12 221:3,19

234:4,24 242:22
  243:15 248:9
indicates 219:15
  246:6
indicators 229:16
individual 224:4
industries 197:7
industry 239:24
information
  203:20 204:2
  205:13 206:10,24
  214:14,19 217:10
  217:24 218:10
  219:5,11,23 220:2
  220:6 221:6 223:2
  223:8 226:2,12
  229:21 233:4,14
  233:17,19 234:19
  235:6 236:9 237:9
  238:12 239:17
  242:19 243:12,16
  245:5,9,12 246:5
  248:12,13
inherent 230:6
initiative 216:23
  217:2
input 215:5 219:6
inside 230:7
inspect 207:8
  244:14 245:6
inspection 207:9
  207:12
install 244:14
  245:6
installed 231:13
  237:21
instructions 260:2
instrument 205:7
integrity 226:17
intended 223:18
  224:25 228:14

230:21 236:4,6
**intention** 224:12
    225:22
**interested** 258:18
**internal** 252:12
**introduced** 238:20
    253:8
**investigated** 226:9
**investigation**
    206:16,25
**item** 241:3

## j

**jack** 198:22
**james** 198:14
    213:12,13,18
**jkirkpatrick**
    198:14
**judgment** 255:19
**judith** 197:19
    258:6,24
**jump** 203:10
**june** 197:13 257:8
    258:21

## k

**k** 257:2
**kenneth** 198:7
**kept** 246:24 247:7
    247:12
**key** 212:18
**kfromson** 198:7
**kind** 204:21 227:3
    255:10
**kirkpatrick**
    198:14
**kitchen** 223:3
    247:7
**knew** 247:17
**knight** 223:4
    247:7

**know** 200:10,16
206:3 209:4
211:12 212:8
214:10,19,24
216:9,14,22
217:16 222:5
225:20 229:11
230:17 235:13
242:12 243:3,10
249:10 250:4
251:5 252:19
**known** 212:15
243:9 251:3

## l

**l** 257:2
**label** 205:21 206:6
219:22 229:9,13
229:22,23 230:10
233:7,13,16,20
234:10 235:13,22
235:25 236:6,6,25
238:13,14,22,24
239:2,12,16,20,22
240:4,7,12,23
241:7 242:9,23
244:7,13,18 245:2
245:18
**labeling** 206:3
228:19,22 229:2,4
230:5,20,24 231:2
231:8,9 232:6,10
**labels** 229:24
**lack** 205:17 206:8
206:9 209:19
236:5
**language** 226:19
240:11 241:21
244:11
**lawampm.com**
198:7

**laying** 229:6
**lead** 204:13
**leads** 205:5
**led** 206:11
**left** 244:16 255:23
**level** 220:19
**liability** 213:12
**limited** 202:22
203:4 226:12
**line** 261:6
**list** 245:14
**listed** 206:19
208:25 234:6
235:5 238:17
**listing** 220:4
**little** 200:6,11
203:9 212:8
218:14 237:12
240:12 246:2
247:3 249:14
253:24
**livenote** 197:20
**llc** 198:17
**llp** 198:5,11
**lms** 197:5
**location** 210:18
227:4 247:12,17
**look** 229:13
235:23 236:8
241:5,19 246:14
249:16
**looked** 211:17
226:13 248:4,12
**looking** 207:25
208:3 234:9,18
244:13 252:3
**lot** 210:23 215:6
218:15 226:18
**lots** 204:12
**low** 215:21 216:4
252:19,23

**lower** 215:16
222:15
**lp** 197:8,9 198:10
**lysander** 197:18

## m

**m** 257:2
**maintain** 244:14
245:7
**maintenance**
235:9,11 236:15
237:3 238:6
244:19
**malfunction** 214:7
215:20 220:22
222:6
**manner** 230:21
252:8
**manual** 210:25
211:2 213:2,3
218:6,9,12 219:25
220:3,7 223:3,9
236:16 237:7,16
238:7 241:22
242:23 243:13,15
243:23 244:2,15
244:21,25 245:13
245:19 246:10,12
246:20 247:24
249:4,7,11 250:11
250:12,21
**manually** 252:5
253:18
**manuals** 246:24
247:6,12
**manufacturer**
216:10 219:14
240:8 241:16
**market** 238:21
**marking** 206:2
219:13,16

marriage  258:17
maryland  217:21
material  236:2
materials  217:9
  246:4
matter  258:19
mean  204:9 222:7
  222:22 228:10
  243:22 255:12
means  203:3
  210:12 211:19,20
  212:2 244:3
mechanical  204:9
  250:22
mechanically
  222:9
meeting  238:22
mention  211:3
  218:11
mentioned  221:5
met  231:17
metal  212:14
method  212:5,12
methods  211:22
  212:3,24 213:5,8
mind  204:22
mine  234:12
  240:19
misquote  251:20
misunderstanding
  243:7
modes  215:18
  216:6
moment  223:15
  234:13 249:20
  251:10
months  226:16
morning  200:3
multiple  201:6

**n**

n  198:3 257:2,2
  258:2 259:2
name  217:22
  227:15
necessarily  250:14
necessary  213:15
  253:5,7 260:4
need  211:9 225:14
  230:4 232:20
  244:9 245:6
needs  227:23
never  222:12
  228:14
new  197:2,19,21
  198:6,18,18 257:3
  257:4 258:3,4,8
newburgh  198:6
nfpa  202:25 205:9
  219:22 221:6,16
  221:25 222:3
  233:17 235:7,17
  237:6 238:22
  239:10 240:7
  241:5 244:23
nitrogen  239:4
  253:2,7,12
nolan  208:19,22
normal  206:5
  216:5
normally  206:2
  252:17,22
notary  197:20
  199:11 257:21
  258:7
noted  256:9
  260:10
number  200:19
  208:7 209:13
  220:5,11 233:25
  235:2,22,25 239:2

  244:22 245:14
  249:9 255:13
numbers  206:22
nw  198:11

**o**

o  198:5 257:2
  258:2
oath  257:8
objections  199:8
observe  254:23
observed  207:12
  207:23 214:23
  216:21 254:19
obtained  218:3
  232:24
occur  202:3,18
occurred  201:24
  203:7 222:23
  223:24
occurring  201:10
  201:17 249:6
offered  218:4
office  247:8
okay  200:12,18
  202:19 203:8
  207:7 213:18
  219:9 220:23
  228:7 230:12
  231:18 232:13
  233:8 236:19
  237:10 240:10
  241:8,23 242:14
  244:24 245:15
  248:21 249:25
  253:20 254:22
  255:21 256:3
open  223:15
  234:12 252:16
  253:9
opening  252:21

operation  234:21
opinion  202:8
  238:10,16
opportunity  207:8
oprandy's  197:11
  197:18 214:17
  217:17 218:3
  225:18 226:5
  246:25 247:9
  254:16
order  231:23
  232:3,14
ordered  232:15
  246:17
ordinarily  249:21
original  260:13
osha  203:23
  206:15 207:3,5
  221:3
osha's  206:25
outcome  258:18
outlet  210:16
outlines  202:9
output  203:15
  221:7,13 223:9
  242:19
owned  216:20
owner  216:17,23
  224:14 237:4,7,20
owner's  237:7
  246:10
owners  246:12
ownership  225:24
  228:15

**p**

p  198:3,3,5
packaging  231:22
  232:5
page  234:15
  248:19 259:3
  261:6

**paragraph**  244:18
**pardon**  219:4
**part**  205:24 206:4
  220:5,11 227:15
  233:25 235:2,22
  235:24 239:2
  243:18 244:22
  245:14 249:9
**particular**  228:13
  241:9 252:20
  254:17
**parties**  199:3
  258:16
**partners**  198:5
**parts**  207:5
**party**  197:10,11
  197:17 198:10,17
  211:8
**patty**  254:8
**people**  224:23
  225:11 229:11
**percent**  240:15
**perfect**  248:21
**person**  236:17
  243:9
**photo**  207:23
  208:4
**photographic**
  240:18
**photos**  207:19
  254:20
**phrase**  241:25
**picture**  233:7
  234:9 240:16
**piece**  204:9 250:21
**pieces**  207:10
**piping**  210:11
  226:16
**place**  214:24 215:8
  216:22 219:18
  220:17 229:7

**placed**  210:7
  239:22 240:8
  254:13
**plaintiff**  197:4,10
  198:4,10 248:3
**please**  260:3,7
**pmh**  197:5
**point**  200:8 210:17
  211:24 212:11
  213:15 229:7
  251:6
**poseidon**  197:6,7
  217:11 218:17
  220:12
**possible**  243:2
**possibly**  255:14
**potentially**  209:17
  224:24 236:12
  243:5
**pounds**  235:5
**practice**  203:2
  216:18 250:7,15
  250:18 251:8
**preparation**
  208:24 254:6
**prepared**  208:19
  224:2 229:25
**preparing**  208:13
**prescribe**  229:21
**prescribed**  203:2
  229:24 230:10
**present**  198:21
**pressed**  251:12
**pressure**  202:11
  202:13,13,16,17
  202:21,23,24
  203:3,5,5,15,19
  205:6 210:20,21
  210:22 212:16,21
  212:23 213:20,21
  215:15,16,21,21

215:25 216:3,4
  218:16,18 219:6,8
  219:9,12,17,21,24
  220:14,17,24
  221:2,7,10,13,23
  222:4,13 223:5,10
  223:11 229:18
  230:11 233:23
  234:3 235:3 239:4
  240:21 241:4,6,15
  242:4,6,6,10,11,17
  242:19,24 243:19
  243:22 244:3
  252:13,18,21,23
  253:4,7,10,13
**pressures**  243:20
**pressurized**  231:6
**pressurizing**
  213:22 250:9
**pretrial**  248:9
**pretty**  226:7
**prevent**  201:9,16
  249:19
**prevented**  202:7
  213:22 214:4,12
  249:6
**primary**  218:9
  243:15
**prior**  205:8 207:21
**probably**  240:14
**problem**  205:2
  230:17 253:22
  256:8
**process**  250:8
**produced**  235:16
  238:19
**products**  197:8,9
  198:10 246:8
**project**  231:4
**promise**  245:23

**properly**  204:23
  206:12 207:17
  209:8 214:7
  248:11
**property**  224:9
**protection**  217:4
  217:21 238:18,19
  238:21 240:9
**proven**  222:9
**provide**  226:14
  228:18
**provided**  211:8
  220:21 243:11
  246:5
**provider**  215:3
  228:13
**prudent**  250:16
**psi**  202:23 203:4
  203:19 204:16
  218:22,23 220:15
  221:4,9,13,18
  222:5,10,11,14
  223:10 235:3
  239:5,9 240:21
  241:11,12 242:18
  242:21
**public**  197:20
  199:12 257:21
  258:7
**pulled**  236:9 249:4
**purchased**  231:4
  232:7
**purpose**  204:19
  224:10 225:12
  228:25 229:3
  230:24 233:18
  252:24
**pushes**  253:13
**pushing**  252:5
  253:18

**put** 210:19 211:14
   232:10 234:2
   239:12,20
**putting** 211:20
**pyrochem** 234:25
   235:16 238:25
   239:12 244:15,21

## q

**question** 199:8
   200:9,14 203:24
   204:19 205:5
   213:16 225:21
   235:18 239:19
   242:15
**questions** 256:4
**quotation** 248:8
**quote** 240:20
   244:13

## r

**r** 198:3 258:2
   261:2,2
**rated** 215:16
**reach** 202:13
   236:7
**reached** 209:6
   243:6
**reaction** 248:17
**read** 203:21
   213:11 217:19
   240:13 249:5
   254:7 257:6 260:3
**reader** 236:5
**reading** 205:7
   221:20 234:7
   242:8
**real** 205:6
**realized** 204:11
**really** 211:20
   221:24 225:8
   229:10 230:18

252:18
**reason** 200:15
   230:19 238:11
   260:5 261:8,10,12
   261:14,16,18
**reasonable** 239:13
   248:16
**reasons** 261:4
**recall** 219:3
   223:12 227:15
   231:25 244:5
   246:9,13 247:2,10
   247:19
**receipt** 260:14
**receive** 235:20
   237:8
**received** 208:12
**recess** 245:24
**recharge** 234:24
   237:11
**recharging** 237:14
**recommend**
   205:10 213:3
   215:10 217:4
**recommendation**
   217:18
**recommendations**
   217:8
**recommended**
   218:22
**record** 205:17,19
   205:25 206:9,11
   217:14,19 226:9
   234:15 254:21
   257:10,12 258:13
**recreate** 240:3
**recreating** 239:15
**redundant** 239:18
**reference** 220:10
   247:11

**referring** 248:20
**refers** 241:15
**refill** 234:24
   238:25
**regard** 237:2
**regards** 206:21
**registration**
   246:11
**regroup** 251:2
**regulated** 203:14
**regulation** 226:20
   226:25 227:21
   251:7
**regulations** 209:23
   228:17
**regulator** 204:16
   204:22 205:2
   207:2,4,4,8,12,15
   209:7 210:10,11
   210:16 213:21
   220:16,18
**related** 245:13
   258:16
**relatively** 252:9,11
   252:19,23
**relevant** 237:9
**relief** 209:12,14
   211:4 212:23
   213:20 217:5
**relieves** 215:25
**remember** 226:21
   227:9 254:2
**reminder** 200:4
**remote** 197:16
**rep** 218:8
**report** 202:9
   203:18 205:15
   206:16,19,21
   207:24 208:2,11
   208:15 209:2
   213:11,18 219:3

221:3 233:8,21
   234:8,16 238:15
   248:7,19 254:6
   255:7,23
**reportedly** 222:13
   223:25
**reporter** 197:20
   258:6
**reports** 208:8,13
   208:14,18
**represent** 254:10
**require** 205:10
   209:24
**required** 226:15
   233:15 241:6
   250:14
**requirement**
   206:4
**requirements**
   228:19 231:16
   235:7,17 237:6
   238:23 239:10
   241:13
**requires** 230:18
   238:22
**research** 206:5
**reserved** 199:9
**resort** 216:3
**respect** 243:24
   249:8
**respective** 199:3
**responding** 250:24
**response** 250:5
**restaurant** 224:14
   236:21 237:4,20
**result** 207:21
   214:25 215:2,4,23
   215:24
**retardant** 253:13
**return** 260:12

review  217:9
  246:4,10
reviewed  208:7,14
  208:15 214:14
  254:24
right  201:11,12
  203:15 204:2,7,7
  206:17 208:2
  216:15 218:19
  220:20,25 221:14
  221:18 222:8,17
  224:15,20 225:6
  229:9,12 232:7
  233:11,16 235:20
  236:13,22 237:5
  240:22 241:19
  242:13 248:6
  255:22
room  249:4
root  200:23 201:6
  201:21,21 202:6
  202:10,20 214:3,9
  222:24
rounded  240:17
route  198:5
rules  200:4
rupture  212:13,14
  212:20,22 215:11
  216:2 217:5

s

s  198:3
safe  251:3
safety  197:11,18
  209:11,13,19
  210:19,20 211:4
  211:10,13,15,21
  211:23 212:11
  214:19,23,25
  215:7,10 217:3,5
  253:25 254:16

samples  229:23
saw  200:7 244:4
saying  223:9
  238:24 250:17
says  235:5 240:20
  240:22 244:13,20
scene  207:6 229:6
  254:20
scott  224:3 254:8
scott's  247:10
sealing  199:4
second  202:20
  242:2 244:8
section  227:9
  235:8 237:3,11
see  206:15,24
  207:16 208:4,18
  211:19,20 213:17
  231:10 234:7
  236:13 238:12
  240:21,25 241:25
  242:17,18 244:7
  246:11 247:14,24
seeing  242:9
seen  212:5,24
  215:6 226:2 233:6
sell  225:3 227:16
sense  230:2
separate  237:7
separately  230:14
service  224:23
  226:14,15 227:22
  228:6,13 240:2
  242:3
servicing  238:6
set  203:19 204:11
  204:16 210:20
  214:7 220:18
  221:7,13,17 222:4
  222:13,15 258:10
  258:21

setting  242:24
shape  228:8
sheet  260:6,8,10
  260:13
shorthand  258:6
show  207:20 229:5
  232:23
showed  206:11
side  212:7 215:22
  240:22 244:17
sign  260:7
signature  258:23
  261:21
signed  199:11,12
signing  260:9
silent  243:23
  249:8
similar  212:7
  238:4
simply  210:13
  212:14
singularly  214:11
siphon  253:14
sir  256:5
sit  255:22
site  207:11 228:5
situation  202:12
  212:22 227:2
  248:15,24 249:22
six  226:16
skills  240:18
skipping  200:5
sold  225:10
sole  203:25
solely  201:22
  214:5 218:5
somebody  250:4
sort  211:14 214:2
  217:3 227:5
  251:17

source  202:15
  203:15 218:10
  222:13 232:6
  243:16 249:25
southern  197:2
space  260:5
speak  255:20
speaking  212:3
  234:22 244:18
speaks  220:7
special  232:14
specific  225:11
  251:7
specifically  233:5
  234:23 246:13
  247:4,20
specifications
  252:20
specifics  211:18
spoken  211:9
spring  252:12,15
  252:21
ss  257:4 258:4
st  198:11
standard  202:25
  221:25 222:3
  229:20 240:7
  244:23 251:7
standards  205:10
  221:16 226:15
  229:14 250:14
start  210:8 215:20
  249:24 251:4
started  218:13
  233:2
starting  229:7
  244:8
state  197:20 257:3
  258:3,7 260:5
stated  207:14

**statement** 203:23
  213:19,25 214:2
  226:8
**states** 197:2
**station** 254:18
**steel** 254:12
**step** 220:17 250:8
  250:8
**stipulated** 199:2,7
  199:10
**stop** 247:22
  249:22 251:2
**stopped** 249:2,15
**store** 197:6
**stores** 197:7
**stream** 216:14
**subject** 213:23
  214:6 260:9
**subscribed** 257:17
**suitable** 213:19
**suite** 198:18
**supplier** 226:20
  227:25 228:12
**supplying** 225:19
  227:6
**support** 218:8
**suppose** 243:2
**supposed** 229:25
  237:8 242:24
**suppression**
  231:14 236:21
**sure** 203:13
**sworn** 199:13
  257:17 258:11
**system** 202:11
  203:16 207:13
  210:7 215:3,5,15
  215:16,18,22
  218:17,18 220:5,8
  220:13 223:4
  227:24 231:14

236:21 237:21
  238:6,18 246:12
  247:7 250:22,23
  251:3 253:15
**systems** 197:6,7
  214:23 215:7,13
  216:20,21 223:5

**t**

**t** 257:2 258:2,2
  261:2
**take** 202:7 217:2
  222:20,20 241:20
  246:14
**taken** 197:17
  245:25 257:7
**talk** 233:2,3,5
**talked** 200:24
  203:11 228:18
  237:12 246:16
**talking** 218:13
  231:19 233:10
  247:2 254:2
**talks** 230:5
**tank** 202:14,22,24
  203:6 210:14,17
  210:21 211:16,19
  211:25 212:18
  213:23 218:21,23
  219:14,14,17,20
  220:3,9,11 222:14
  223:21 225:2,8,15
  225:25 226:4,13
  227:25 228:12,16
  230:3,4,19 231:5,7
  231:9,13,19
  232:14 233:6,20
  233:23,24 234:2,4
  234:22 235:19
  236:3,11 238:2,13
  238:14,17,21
  239:3,7,8,13,21

240:2,5,9,17 242:7
  242:10,20 243:17
  243:24 245:4,11
  245:13,16,17
  246:16,18 248:12
  249:8 250:9 252:7
  252:9 253:2,4,12
**tanks** 210:9
  219:24 225:19
  228:9 230:25
  239:23
**tara** 198:19
**tara.fappiano**
  198:20
**taranto** 197:17
  200:1,3 201:1
  202:1 203:1 204:1
  205:1 206:1 207:1
  208:1 209:1 210:1
  211:1 212:1 213:1
  214:1 215:1 216:1
  217:1 218:1 219:1
  220:1 221:1 222:1
  223:1 224:1 225:1
  226:1 227:1 228:1
  229:1 230:1 231:1
  232:1 233:1 234:1
  235:1 236:1 237:1
  238:1 239:1 240:1
  241:1 242:1 243:1
  244:1 245:1 246:1
  247:1 248:1 249:1
  250:1 251:1 252:1
  253:1 254:1 255:1
  257:6,15 258:9
  259:4
**technical** 218:8
  225:21
**technician** 237:18
  237:24 238:9
  240:2 242:3

**teleconference**
  198:8,15,20
**tell** 215:12 226:24
  233:18 242:16
  251:25
**term** 206:9 236:5
  241:14 255:11
**terminology**
  219:10
**terms** 200:25
  236:16 255:20
**test** 202:14,22
  207:3 218:21,23
  219:24 220:3,9,11
  223:20 224:2,5,19
  224:24 225:8,14
  225:19,25 226:4
  226:13,17 228:9
  230:4,19 234:3
  238:2,14,16 239:3
  239:21,25 240:20
  241:4,5,15 242:4,5
  242:7,11,17,20
  243:20,21,24
  244:3,14 245:7,10
  245:13,16 249:8
**tested** 222:11
  241:11,12
**testimony** 205:16
  208:25 224:22
  247:6 251:10
  254:7,7,11 257:7
  258:13
**testing** 238:3
**thank** 240:10
  253:20 256:5
**thing** 202:2,6
  216:5,22 234:19
  255:19
**things** 204:12
  229:14,15 248:10

254:23
think 204:21
213:10 226:8
236:8 240:13,19
241:24 242:8
246:2 248:8,18
250:15,20 255:10
255:19
third 197:10,11,17
198:10,17 211:8
thirty 260:14
thomas 197:17
257:6,15 258:9
259:4
thought 234:11
three 241:3 251:13
time 199:9 207:17
209:8 215:14
247:21 248:5
249:20 256:9
times 251:13
today 255:25
256:6
tool 251:17
topics 200:6
touched 246:2
track 246:7
trained 236:17,18
237:17 238:9
243:9
training 211:7
214:16,18 217:16
217:20,24,25
218:2,3,8,11
232:15 239:25
243:8,10,16,18
transcript 257:7,9
258:12 260:15,16
transfer 225:24
226:3 228:11,15

transport 230:23
transported 227:4
228:3,5,24 230:25
231:11,15
trial 199:9
troubleshooting
250:25
true 204:6 225:18
257:9,13 258:12
try 200:10
tube 253:15
turn 209:11
two 200:25 202:10
209:5 212:23
213:8 241:2
242:13 254:12
tyco 197:8,9
198:10 217:11
218:4 231:23
232:3 233:25
235:16,24 236:18
239:11,14,20
243:11 246:7
tyco's 213:11
type 209:19,25
211:3,9 216:21
220:7,8 226:4
227:20 232:19
246:19 253:19
255:3
types 209:16 213:4
228:20
typically 225:10

u

ultimately 216:16
235:15 246:8
unclear 253:17
understand 200:9
200:14 209:12
224:6 230:12
242:4

understanding
201:13,18 205:15
210:6 226:23
understood
222:25 225:2
unfamiliar 217:23
217:25
united 197:2
use 209:24 213:4
219:10 224:18,25
228:2 234:21
236:12
user 215:2 223:4
225:14,16 227:7
231:12 239:25
utilize 213:8
245:10

v

valuable 249:11
valve 209:12
210:12,19,20
211:15,18,21,24
212:7,8,11 213:7
213:20 215:10,25
217:5 251:12
252:4,6,7,13,14,16
252:22,24 253:9,9
253:16,18
various 207:10
211:22 216:13
234:5
vents 216:2
verbatim 227:10
verified 254:22
vessel 202:17
221:10 222:8
228:22
vessels 222:10
victory 197:6,6
video 197:16
198:8,15,20

view 254:15
villhauer 208:20
208:23
vs 197:4,10

w

w 257:2
waived 199:6
want 203:10
205:12 209:11
210:5,19 223:14
241:21 247:24
251:9 255:25
warning 235:11
warnings 234:5
248:13
washington
198:12
way 228:8 251:21
258:18
ways 229:24
wc.com 198:13,14
we've 233:6
website 236:10
weight 235:4
239:7
went 249:3,16
wet 234:25 239:2
whatsoever 211:3
whereof 258:20
whiteley 198:13
williams 198:11
wish 261:3
witness 256:8
258:9,14,20 259:3
260:2 261:21
word 241:20
work 227:23
working 202:23
203:5 206:20
210:21 219:8,9,12
219:17,24 220:14

221:10 223:11
233:23 242:9
243:19
**worthington**
  197:7 219:15
  241:10
**wrote**  244:12

|  x  |
| --- |

**x**   197:3,9,12 259:2

|  y  |
| --- |

**yeah**   202:9 206:2
  218:7 234:23
  235:10 248:18
  251:24
**year**   205:8
**yesterday**   200:5,7
  200:19 203:12
  210:24 226:18
  227:14 228:18
  246:3,23 247:3
  251:11,21 253:23
  254:3
**york**   197:2,19,21
  198:6,18,18 257:3
  257:4 258:3,4,8

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.