LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

JAMES W. KIRKPATRICK
(202) 434-5417
jkirkpatrick@wc.com

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 14, 2021

Via ECF

Hon. Philip M. Halpern
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:     *Buono v. Tyco Fire Products LP*, 17-cv-5915-PMH

Dear Judge Halpern:

Pursuant to the Court's Individual Practice in Civil Cases 4(L), Defendant Tyco Fire Products LP requests oral argument on its Motion for Summary Judgment (ECF No. 171). Per the Court's Individual Practice 4(M), Tyco notes that argument would be handled by an attorney with less than five years' experience practicing law. Counsel for Tyco has conferred with counsel for Plaintiff, and he joins this request.

If the Court decides to hold oral argument, the parties respectfully suggest that the Court hold a brief telephonic conference for purposes of scheduling.

                        Sincerely,

                        */S James Kirkpatrick*

                        James W. Kirkpatrick

cc:     Counsel of record via ECF