EXHIBIT "B"

Page 1

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    - - - - - - - - - - - - - - - - - -x

5    FRANKLIN BUONO,

6                            Plaintiff,

7         -against-                        Case No.
                                           1:17-cv-05915

8    POSEIDON AIR SYSTEMS, VICTORY AUTO
     STORES, INC., VICTORY AUTO STORES, INC.,

9    d/b/a POSEIDON AIR SYSTEMS, WORTHINGTON
     INDUSTRIES, INC., ANSUL INC. and TYCO

10   FIRE PROTECTION PRODUCTS,

11                            Defendants.

12   - - - - - - - - - - - - - - - - - -x

13                       1279 Route 300
                         Newburgh, New York

14

                         April 30, 2018

15                       10:24 a.m.

16

17       DEPOSITION of FRANKLIN BUONO, the

18   PLAINTIFF in the above-entitled action,

19   held at the above time and place, taken

20   before Karen Morales, a Shorthand

21   Reporter and Notary Public of the State

22   of New York, pursuant to the Federal

23   Rules of Civil Procedure.

24

25              *      *      *

Page 2

```
 1
 2    APPEARANCES:
 3
 4        FINKELSTEIN & PARTNERS LLP
                  Attorneys for Plaintiff
 5                1279 Route 300
                  P.O. Box 1111
 6                Newburgh, New York 12551
 7        BY:   GEORGE M. LEVY, ESQ.
 8
 9        BOWLES & VERNA LLP
                  Attorneys for Defendant
10                Worthington Industries, Inc.
                  California Plaza
11                2121 N. California Boulevard
                  Suite 875
12                Walnut Creek, California 94596
13        BY:    SHELLEY A. MOLINEAUX, ESQ.
14
15        SHOOK HARDY & BACON, LLP
                  Attorneys for Defendants
16                Ansul Inc. and
                  Tyco Fire Protection Products
17                2555 Grand Boulevard
                  Kansas City, Missouri 64108
18
          BY:    SANDRA R. STIGALL, ESQ.
19
20
21
22
23             *      *      *
24
25
```

Page 3

1

2                STIPULATIONS

3        IT IS HEREBY STIPULATED AND AGREED,

4    by and among counsel for the respective

5    parties hereto, that the filing, sealing

6    and certification of the within

7    deposition shall be and the same are

8    hereby waived;

9        IT IS FURTHER STIPULATED AND AGREED

10   that all objections, except as to form of

11   the question, shall be reserved to the

12   time of the trial;

13       IT IS FURTHER STIPULATED AND AGREED

14   that the within deposition may be signed

15   before any Notary Public with the same

16   force and effect as if signed and sworn

17   to before the Court.

18               *       *       *

19

20

21

22

23

24

25

Page 4

1

2                    *       *       *

3              THE VIDEOGRAPHER:  Good

4    morning.  We are going on the record at

5    10:25 a.m. on April 30, 2018.  Please

6    note that the microphones are sensitive

7    and may pick up whispering, private

8    conversations and cellular interference.

9    Please turn off all cell phones or place

10   them away from the microphones as they

11   can interfere with the deposition audio.

12             Audio and video recording will

13   continue to take place unless all parties

14   agree to go off the record.

15             This is Media Unit 1 of the

16   video-recorded deposition of Franklin

17   Buono taken by counsel for the defendants

18   in the matter of Franklin Buono versus

19   Poseidon Air Systems, et al, filed in the

20   United States District Court for the

21   Southern District of New York, Case

22   Number 1:17-cv-05915.  This deposition is

23   being held at Finkelstein and Partners,

24   LLP, located at 1279 Route 300, Newburgh,

25   New York.

Page 5

1

2          My name is David Rothstein and

3    I am the videographer from the firm

4    Veritext Midwest.  The court reporter is

5    Karen Morales from the firm of Veritext

6    Midwest.

7          I am not related to any party

8    in this action nor am I financially

9    interested in the outcome.  Counsel and

10   all present in the room will now state

11   their appearances and affiliations for

12   the record.  If there are any objections

13   to the proceeding, please state them at

14   the time of your appearance beginning

15   with the noticing attorney, the first

16   noticing attorney.

17          MS. STIGALL:  Sandra Stigall

18   appearing for Tyco Fire Products named in

19   the present suit as Ansul Incorporated

20   and Tyco Fire Protection Products.

21          MS. MOLINAEUX:  Shelley

22   Molineaux for Worthington.

23          THE VIDEOGRAPHER:  Would the

24   court reporter please swear in the

25   witness.

Page 6

1

2          MR. LEVY:  How about -- George

3    M. Levy, Finkelstein and Partners on

4    behalf of Frank Buono.

5          THE VIDEOGRAPHER:  Will the

6    court reporter please swear in the

7    witness.

8               *     *     *

9    F R A N K L I N    B U O N O,

10   the Witness herein, having first been

11   duly sworn by the Notary Public, was

12   examined and testified as follows:

13   EXAMINATION BY

14   MS. STIGALL:

15       Q.    Could you state your name,

16   please.

17       A.    My name is Frank Buono.

18       Q.    Buono?

19       A.    Buono.

20       Q.    Buono.

21             Could you spell your complete

22   name, first, middle and last?

23       A.    F-R-A-N-K-L-I-N, John, J-O-H-N,

24   B-U-O-N-O.

25       Q.    What do you normally go

Page 7

```
 1                    FRANKLIN BUONO
 2    by, Frank or Franklin?
 3         A.    Frank.
 4         Q.    Mr. Buono, have you ever had
 5    your deposition taken before?
 6         A.    No.
 7         Q.    Have you ever testified in a
 8    court of law?
 9         A.    No.
10         Q.    You understand what it means to
11    commit perjury?
12         A.    Correct.
13         Q.    You understand that your
14    testimony here today is given under oath
15    and under penalty of perjury?
16         A.    Correct.
17         Q.    I mentioned at the beginning
18    that my name is Sandy Stigall and
19    represent Tyco Fire Products.
20              Can I ask you here at the
21    beginning of the deposition that if you
22    don't understand a question that I ask,
23    could you, please, tell me so I can
24    rephrase my question?
25         A.    Okay.
```

1           FRANKLIN BUONO

2       Q.     Also, we have the court

3   reporter here today and, of course, we

4   have the videographer, as far as the

5   court reporter goes, she always needs a

6   verbal answer to a question, for example,

7   so that we can get a written record here,

8   you wouldn't shake your head or nod your

9   head, we need a yes or no, do you

10  understand?

11      A.     Yes.

12      Q.     It's also important, and this

13  is something I try and remember myself,

14  for you and I not to speak over each

15  other.  In a lot of conversation I may be

16  asking you a question and you already

17  know what the end of the question is

18  going to be so you might go ahead and

19  start your answer; is that right?

20      A.     Yes.

21      Q.     So if we could, if you wait to

22  the end of my question before you answer,

23  could you do that?

24      A.     Yes.

25      Q.     And I'll likewise try and not

Page 9

1              FRANKLIN BUONO

2    jump in because my husband tells me I

3    have a tendency to do that.

4         A.    Okay.

5         Q.    Also, we'll be here for just a

6    while today, but if at any time you need

7    a break, please feel free to ask for one.

8         A.    Okay.

9         Q.    The only time we really can't

10   take a break, if I have a pending

11   question, I would just ask that you

12   answer the question then we'll go ahead

13   and take the break.

14        A.    Okay.

15        Q.    And don't hesitate on that at

16   all.

17             As a starting point, are you on

18   any medication, drug, alcohol or anything

19   at all that would affect your memory or

20   your ability to answer here today?

21        A.    I'm on an antidepressant.  But

22   I don't think that would affect my

23   ability.  But just to have that noted

24   down.

25        Q.    What is the antidepressant that

```
 1              FRANKLIN BUONO
 2  you're on?
 3      A.    I believe it's Cymbalta.
 4      Q.    Do you know what the dosage is?
 5      A.    I believe ten milligrams.
 6      Q.    When did you take the Cymbalta?
 7      A.    Last night.
 8      Q.    Are you on any other
 9  medication?
10      A.    Yes.  Stomach medication for my
11  IBS.  It's an antiacidic.  I cannot
12  remember the name of it.
13      Q.    Am I correct from looking at
14  your medical records that you were on
15  medication for your stomach prior to this
16  incident?
17      A.    Correct.
18      Q.    And has that situation just
19  continued?
20      A.    Yes.
21      Q.    Have you taken any other
22  medications in the last 24 hours?
23      A.    No.
24      Q.    Have you smoked pot in the last
25  24 hours?
```

1               FRANKLIN BUONO

2      A.     No.

3      Q.     Have you taken any other type

4    of drug in the last 24 hours?

5      A.     No.

6      Q.     Do you understand that you're

7    here today to give sworn testimony in the

8    civil case that you filed regarding an

9    incident related to a ruptured pressure

10   cylinder?

11     A.     Yes.

12     Q.     Let's talk a little bit about

13   your preparation for the deposition, what

14   did you do to prepare for today's

15   deposition?

16     A.     I reviewed my statement to

17   OSHA.

18            MS. STIGALL:  I'm going to have

19   this marked as -- how are we doing this?

20   Are we starting at 1 for each deposition?

21            MS. MOLINEAUX:  I'd thought

22   we'd continue.

23            MS. STIGALL:  Can we go off the

24   record.

25            MR. LEVY:  Yeah, let's go off

Page 12

1                    FRANKLIN BUONO
2    the record.
3                    THE VIDEOGRAPHER:  The time is
4    10:34 and we are going off the record.
5                    [Discussion held off the
6    record.]
7                    THE VIDEOGRAPHER:  The time is
8    10:38, we are back on the record.
9                    (The document was hereby marked
10   as Defendant's Exhibit 1 for
11   identification, as of this date.)
12       Q.    Mr. Buono, I'm handing you
13   what's been marked Defendant's Exhibit 1,
14   can you please tell me, is that the
15   statement that you said you reviewed
16   prior to your deposition here today?
17       A.    Yes.
18       Q.    Thank you.
19             What else did you review?
20       A.    That was it.
21       Q.    So you didn't look at any other
22   pieces of paper?
23       A.    Oh, no.
24       Q.    Did you meet with anyone in
25   preparation for your deposition?

```
 1                   FRANKLIN BUONO
 2        A.    My lawyer.
 3        Q.    Did you speak with anyone else
 4   about the fact that you were having your
 5   deposition here today?
 6        A.    My girlfriend and her mom.
 7        Q.    What's your girlfriend's name?
 8        A.    Emily.
 9        Q.    Could you provide her middle
10   and last name?
11        A.    Emily Lynn Fonseca.
12        Q.    And a spelling, please.
13        A.    F-O-N-S-C-E-C-A.
14        Q.    F-O-N-S-C-E-C-A, F-O-N-S --
15        A.    E-C-A.  I'm sorry.
16        Q.    E-C-A.
17              What did you speak with your
18   girlfriend, Emily, about?
19        A.    How we were going to be having
20   this today, I didn't know what to expect.
21        Q.    Did you speak with her about
22   any of the specifics about what your
23   testimony would be?
24        A.    No.
25        Q.    And, I believe, you said you
```

```
 1                   FRANKLIN BUONO
 2   also spoke with your mother?
 3       A.    Her mother.
 4       Q.    Her mother?
 5       A.    The same conversation.
 6       Q.    Can you provide me with her
 7   mother's name?
 8       A.    Alicia Tollen, T-O-L-L-E-N.
 9       Q.    Do Emily and Alicia live at the
10   same place?
11       A.    Yes.
12       Q.    What's that address?
13       A.    131 Hill Road, Goshen, New York
14   10924.
15       Q.    Do you live there also?
16       A.    Yes.
17       Q.    How long have you lived at that
18   location?
19       A.    Three years now.
20       Q.    Did you live at that location
21   prior to the incident that this lawsuit's
22   about?
23       A.    Yes.
24       Q.    Do you remember how long prior
25   to the incident you lived there?
```

1          FRANKLIN BUONO

2     A.    Between six months and a year.

3     Q.    In the course your treatment

4  and in relation to the incident, have you

5  ever generated any documents, like, that

6  include notes on your thoughts on what

7  happened?

8     A.    No.

9     Q.    Do you have any notes related

10  to the incident?

11     A.    We have pictures.

12     Q.    Who took the pictures you're

13  talking about?

14     A.    I believe my girlfriend, Emily.

15     Q.    What are the pictures of?

16     A.    Different -- I guess, different

17  weeks of my leg, different surgeries I've

18  had, the daily cleanings, when it first

19  happened, pictures of blisters from

20  wearing my prosthetic.

21     Q.    Have you provided all of those

22  photographs to your attorney?

23     A.    I'm not sure.

24          MS. STIGALL:  I guess we would

25  make the request that all those

1              FRANKLIN BUONO

2  photographs be provided to our office.  I

3  think we got some but I just don't know

4  if we have everything.

5              MR. LEVY:  My understanding is,

6  you have everything.  However, put

7  another request in writing, we'll take it

8  under advisement.

9              MS. STIGALL:  Thank you.

10     Q.    Other than your attorney, do

11  you know anyone who made any notes about

12  this case?

13     A.    I don't.

14     Q.    For example, has your

15  girlfriend kept any kind of log or notes?

16     A.    No.

17     Q.    When you spoke about having

18  photographs, you talked of photographs of

19  your injuries, do you have any

20  photographs in your possession that you

21  or your girlfriend, anybody you know took

22  of the accident scene?

23     A.    No.

24     Q.    Or any photographs of the

25  cylinder at issue?

Page 17

1              FRANKLIN BUONO
2      A.    That my girlfriend took?
3      Q.    That anyone other than OSHA
4  took.
5      A.    No.
6      Q.    Have you ever been involved in
7  any other lawsuits?
8      A.    No.
9      Q.    It's my understanding that you
10  have a workers' compensation case
11  regarding this incident; is that correct?
12      A.    Correct.
13      Q.    Are you currently receiving
14  workers' compensation benefits?
15      A.    Yes.
16      Q.    Has your case resolved in any
17  type of final settlement?
18      A.    No.
19      Q.    Who is your attorney for the
20  workers' comp claim?
21      A.    I do not remember her name.  I
22  do not remember her name.  I'm sorry.
23      Q.    Is she with Finkelstein?
24      A.    Yes.  It's the other branch.
25  Fine, Olin and Anderman.

```
                                      Page 18
 1              FRANKLIN  BUONO
 2          (Reporter  asks  for
 3   clarification.)
 4          MR.  LEVY:   Fine,  Olin  and
 5   Anderman.
 6          THE  WITNESS:   Sorry.
 7          MR.  LEVY:   It's  not
 8   Finkelstein.
 9          THE  WITNESS:   Sorry.
10      Q.      Have  you  ever  been  involved  in
11   any  kind  of  legal  proceedings?
12      A.      No.
13      Q.      Could  you  give  me  your  date  of
14   birth?
15      A.      ███  ██  1992.
16      Q.      Where  were  you  born?
17      A.      Goshen.
18      Q.      What's  your  social  security
19   number?
20      A.      ████████8151.
21      Q.      Do  you  have  a  driver's  license?
22      A.      Yes.
23      Q.      Do  you  have  it  on  you?
24      A.      Yes.
25      Q.      Could  you  provide  me  with  your
```

Page 19

1                    FRANKLIN BUONO

2   driver's license number?  Is it New York

3   State?

4        A.    Yes.

5        Q.    403 258 207.

6              MS. STIGALL:  Mark these as

7   Exhibit 2.

8              MR. LEVY:  Do you have a copy

9   for me by any chance?

10             MS. STIGALL:  You know what, I

11  don't.

12             MR. LEVY:  Let's go off the

13  record.

14             THE VIDEOGRAPHER:  The time is

15  10:47 and we are going off the record.

16             [Discussion held off the

17  record.]

18             (The documents were hereby

19  marked as Defendant's Exhibits 2 and 3

20  for identification, as of this date.)

21             (The photographs were hereby

22  marked as Defendant's Exhibits 4 through

23  9 for identification, as of this date.)

24             THE VIDEOGRAPHER:  The time

25  11:00 a.m. and we are back on the record.

Page 20

1              FRANKLIN BUONO

2      Q.    Mr. Buono, I'll hand you what's

3  been marked Defendant's Exhibit 2, and

4  they are Plaintiff's Rule 26(a)(1)

5  Disclosures, have you seen that document

6  before?

7      A.    No.

8      Q.    You can hand that back to me.

9            I'm just going to go over a few

10 of the responses then.  The first

11 disclosure says:  The following witness

12 may be used to support the claims of the

13 plaintiff herein.

14           Numbers 1 through 25 I'll

15 represent to you are various doctors.

16     A.    Okay.

17     Q.    Then Numbers 26 through 31 are

18 various officers and fire department

19 individuals.  What I'd like to ask you

20 about is after that there are a few

21 additional persons listed as witnesses

22 who may be used to support your claims.

23     A.    Okay.

24     Q.    One of those witness I believe

25 you mentioned earlier is Emily Fonseca?

Page 21

1                   FRANKLIN BUONO
2        A.    Yes.
3        Q.    What does she know about your
4    claims in this case?
5             MR. LEVY:  Just note my
6    objection to what's in someone else's
7    mind.
8        A.    Can you -- sorry.
9        Q.    What would you expect that she
10   would know about your claims in the
11   present action?
12       A.    I don't think anything.
13       Q.    Does she know anything about
14   the incident that happened?
15       A.    Yeah.
16       Q.    As far as anything she knows
17   about the incident that happened, would
18   that be from talking to you?
19       A.    Yes.  And the OSHA report.
20       Q.    So she's seen the OSHA report?
21       A.    Yes.
22       Q.    Did she ever talk to
23   Christopher Foust?
24       A.    No.
25       Q.    Did she ever talk to any of the

                    FRANKLIN BUONO

1
2   officers or anyone else that was at the
3   scene?
4       A.    I don't know.
5       Q.    Do you know if she's ever had
6   any discussions with anyone at Oprandy's?
7       A.    I don't know.
8       Q.    The next person listed is Ryan
9   Siebold, who is Ryan Siebold?
10      A.    He's a friend of mine.
11      Q.    What would he know about the
12  present action?
13      A.    Nothing.  He knows from what I
14  told him about the accident.
15      Q.    Does he have information about
16  your injuries?
17      A.    Yes.  He knew what happened to
18  my legs.
19      Q.    Has Ryan Siebold ever spoken
20  with anyone other than you about what
21  happened that day?
22      A.    I don't believe so.  Anyone as
23  in?
24      Q.    Christopher Foust, anybody at
25  Oprandy's?

Page 23

1                     FRANKLIN BUONO

2        A.     No.

3        Q.     Where does Ryan Siebold work?

4        A.     The hospital, Orange Regional.

5        Q.     What does he do there?

6        A.     Nursing assistant.

7        Q.     Did you know him before you

8    went to the hospital?

9        A.     Yes.

10       Q.     So he's a social friend of

11   yours?

12       A.     Yes.

13       Q.     How long have you knows Ryan

14   Siebold?

15       A.     About ten years.

16       Q.     Did you meet him in school?

17       A.     Yes.

18       Q.     How about Emily Fonseca, how

19   long have you known Emily?

20       A.     Fifteen years.

21       Q.     How long has she been your

22   girlfriend?

23       A.     Three.

24       Q.     You also list Richard Buono as

25   having knowledge of your physical

```
 1              FRANKLIN BUONO
 2   condition, Richard Buono, has he spoken
 3   to anyone other than you regarding what
 4   happened that day?
 5       A.    I don't know.
 6       Q.    Christopher Foust is listed
 7   next as Number 35, how long have you know
 8   Christopher Foust?
 9       A.    Since I started working at
10   Oprandy's.  So about a month.
11       Q.    Is it your testimony here today
12   that you did not know Christopher Foust
13   prior to the time that you started
14   working at Oprandy's?
15       A.    Correct.
16       Q.    Did you speak with Christopher
17   Foust after the incident?
18       A.    Yes.  Just to see how he was
19   doing.
20       Q.    Did you ever speak with
21   Christopher Foust about what caused the
22   incident?
23       A.    I don't know.
24       Q.    You don't know if you spoke
25   with him?
```

Page 25

1          FRANKLIN BUONO

2     A.    About the incident, no.  I only

3  -- I contacted him the first couple days

4  of the incident and I was pretty drugged

5  at that time.

6     Q.    In your discussions with

7  Christopher Foust, did he ever tell you

8  what he thought caused the incident?

9     A.    I don't know.

10     Q.    You don't know if he told you

11  that?

12     A.    No.

13     Q.    But is it my understanding that

14  you cannot tell me anything in terms of

15  what Christopher Foust thought about what

16  caused the incident?

17     A.    I don't know.  It was at least

18  two years ago and I was heavily drugged.

19  Three.

20     Q.    I understand you're saying you

21  were heavily drugged but I'm just trying

22  to clarify that at some point you're not

23  going to come in and say Christopher

24  Foust said this is what happened; you

25  can't do that, right?

Page 26

1                    FRANKLIN BUONO

2        A.    No.

3        Q.    You've also listed unidentified

4   employees of defendants and you've also

5   listed representatives of the plaintiff's

6   employer Oprandy's, other than what I

7   just mentioned, there were your doctors,

8   there were the officers, the fire

9   department, Emily, Ryan, Richard Buono,

10  Christopher Foust, unidentified employees

11  of the defendants and employees of

12  Oprandy's, can you think of anyone else

13  that would be used to support your claims

14  in this case?

15       A.    No.

16       Q.    Can you think of anyone else

17  other than those individuals that you

18  listed that has knowledge concerning what

19  happened that day?

20       A.    No.

21       Q.    When you list the

22  representatives of the plaintiff's

23  employer Oprandy's, can you tell me who

24  worked for Oprandy's at the time of the

25  incident other than you?

Page 27

1                    FRANKLIN BUONO
2        A.    Do you have a list of names?
3        Q.    I don't.
4        A.    I don't remember the names.
5    Brian, the owner, his son, two other
6    gentlemen, I do not remember their names,
7    Chris and I.  And a woman that worked at
8    the front desk, I don't remember her
9    name.
10       Q.    Would that be Patty?
11       A.    Brian's wife, yes.  But there's
12   another woman, younger.
13       Q.    Maybe Arlene?
14       A.    I think so.
15       Q.    I understand it's difficult to
16   remember names, but your recollection is
17   Brian Scott?
18       A.    Uh-huh.
19       Q.    And he had a son?
20       A.    It was his stepson.
21       Q.    Stepson.
22             And two other gentlemen?
23       A.    Yes.
24       Q.    What did Brian Scott do at
25   Oprandy's?

Page 28

FRANKLIN BUONO

1

2   A.    He delivered the fire

3   extinguishers.  He basically did

4   everything besides fill the fire

5   extinguishers.

6   Q.    What did the other two

7   gentlemen that you mentioned do?

8   A.    Delivered the fire

9   extinguishers.

10   Q.    Did those other two gentlemen

11   mainly work out in the field?

12   A.    Yes.

13   Q.    And you mentioned Chris and

14   yourself?

15   A.    Yeah.

16   Q.    Were you and Chris the only

17   individuals at Oprandy's at the time of

18   your incident that worked solely in the

19   shop?

20   A.    Yes.

21   Q.    And you mentioned there was a

22   woman that worked at the front desk?

23   A.    Correct.

24   Q.    Do you think her name might be

25   Arlene?

Page 29

1                    FRANKLIN BUONO

2        A.      Yes.

3        Q.      Do you know her last name?

4        A.      I do not.

5        Q.      What did she do?

6        A.      She received phone calls.

7        Q.      How did you come to start

8    working at Oprandy's?

9        A.      My uncle knew Brian and knew

10   that Brian was looking for help.

11       Q.      What's your uncle's name?

12       A.      Allen Faust.

13       Q.      Where does he work?

14       A.      He's a sergeant at Goshen Town

15   Police Department.

16              MR. LEVY:  I'm sorry.  What was

17   his first name?

18              THE WITNESS:  Allen.

19              MS. MOLINEAUX:  And his last

20   name?

21              THE WITNESS:  Faust.

22              MS. MOLINEAUX:  How do you

23   spell that?

24              THE WITNESS:  F-A-U-S-T, or

25   it's F-O-U-S-T.  I can't remember which

Page 30

1                FRANKLIN BUONO
2    one it is.  It's F-A or F-O.
3        Q.    Does he also live in Goshen?
4        A.    No.  He actually recently just
5    moved and I don't remember where it is.
6    But it's close.
7        Q.    Do you remember what town?
8        A.    No.
9        Q.    I notice -- is your mother
10   living?
11       A.    Yes.
12       Q.    And notice your mother's name
13   is not listed on the list, does she have
14   any information about your injuries or
15   claims?
16       A.    She has information about the
17   injuries.  You could add her.
18       Q.    What's you mother's name?
19       A.    Alana Buono.
20       Q.    Where does she live?
21       A.    Goshen.
22       Q.    Anyone else we would add?
23       A.    No.
24       Q.    Any brothers or sisters?
25       A.    Yes.  One sister.

```
 1                  FRANKLIN BUONO
 2      Q.     What's her name?
 3      A.     Jacquelyn Buono,
 4   J-A-C-Q-U-E-L-Y-N.
 5      Q.     How I spell my daughter's name.
 6             Where does he live?
 7      A.     I believe Hoboken.
 8      Q.     Do you have contact with her?
 9      A.     No.
10      Q.     So if you have no contact with
11   her, would I be correct in saying that
12   she really wouldn't have information
13   about your injuries?
14      A.     No.
15      Q.     Who would you say is the person
16   closest to you?
17      A.     Emily.
18      Q.     After the incident did you have
19   any contact with Brian Scott?
20      A.     No.
21      Q.     After the incident did you have
22   any contact with Patty Scott?
23      A.     No.
24      Q.     After the incident did you have
25   any contact with anyone at Oprandy's?
```

Page 32

1                    FRANKLIN BUONO
2      A.    No.
3      Q.    I guess, other than, you said
4  you spoke with Christopher a few times?
5      A.    Correct.
6      Q.    During the time -- after you
7  met Christopher Foust, did you at any
8  time --
9           THE VIDEOGRAPHER:  I'm sorry,
10  Counsel.  Can you repeat your question?
11      Q.    After you met Christopher
12  Foust, did you at any time socialize with
13  him?
14      A.    What do you mean by socialize?
15      Q.    Spend time with him outside of
16  work?
17      A.    No.
18      Q.    It's my understanding that
19  Chris is deceased; is that correct?
20      A.    Correct.
21      Q.    Do you know when he died?
22      A.    I'm not exactly sure, no.
23      Q.    Do you know what caused his
24  death?
25      A.    No.

1              FRANKLIN BUONO

2      Q.    To your knowledge did Chris use

3   illegal drugs?

4      A.    I do not know.

5      Q.    Prior to the incident did you

6   use illegal drugs?

7      A.    Prior to the incident --

8            MR. LEVY:  Just note my

9   objection.  Is there a time frame?

10     Q.    Within the six months prior to

11  the incident, did you use illegal drugs?

12     A.    I smoked marijuana.

13     Q.    How often did you smoke

14  marijuana?

15     A.    Not that often.  Once every

16  couple of weeks.

17     Q.    So it's your testimony sitting

18  here today that prior to the incident

19  your use of marijuana was limited to once

20  every couple of weeks?

21     A.    Once a week.

22     Q.    So it's your testimony here

23  today that prior to the incident you

24  would use marijuana once a week?

25     A.    Yes.

Page 34

1                    FRANKLIN BUONO
2        Q.    Did you ever use marijuana with
3    Chris Foust?
4        A.    No.
5        Q.    Did you ever obtain marijuana
6    from Chris Foust?
7        A.    No.
8        Q.    Did Chris Foust ever obtain
9    marijuana from you?
10       A.    No.
11       Q.    Prior to the incident, did you
12   use any other illegal drugs, and let's
13   say, within six months of the incident
14   other than marijuana?
15             MR. LEVY:  Note my objection.
16       A.    No.
17       Q.    Were you in an argument with
18   Chris Foust on the day that the tank
19   ruptured?
20       A.    No.
21       Q.    Were you in an argument with
22   Christopher Foust at any time prior to
23   the incident?
24       A.    No.
25       Q.    If another Oprandy's employee

1                    FRANKLIN  BUONO

2  said that you and Christopher Foust were

3  in an argument on the morning of the

4  incident, would that be true?

5        A.    No.

6        Q.    So if an employee said you and

7  Chris were arguing on the morning of the

8  incident, can you tell me any reason why

9  they would say that?

10              MR. LEVY:  Objection.

11        A.    No.

12        Q.    Were you and Chris Foust

13  arguing about drugs prior to the

14  incident?

15        A.    No.

16        Q.    So if someone says that, it

17  would be your testimony that they're

18  lying?

19        A.    Correct.

20        Q.    Let's talk about your

21  educational background.

22        A.    Sure.

23        Q.    What's the highest level of

24  education you completed?

25        A.    Some college.  Completed?

```
 1                FRANKLIN BUONO
 2      Q.     How many years of college did
 3   you complete?
 4      A.     One semester.
 5      Q.     Did you graduate from high
 6   school?
 7      A.     Yes.  I got my GED.
 8      Q.     What high school did you go to?
 9      A.     Goshen High School.
10      Q.     What level of high school did
11   you complete at Goshen, did you --
12   freshman, sophomore, junior?
13      A.     Senior.
14      Q.     Did you graduate from Goshen
15   High School?
16      A.     I got my GED.
17      Q.     Where did you take some college
18   or a semester of college?
19      A.     OCC, Orange County Community
20   College.
21      Q.     What were you studying?
22      A.     Criminal justice.
23      Q.     And what was the reason why you
24   didn't continue?
25      A.     My father had a gun shop and it
```

1                 FRANKLIN BUONO

2    was going out of business and we were

3    dealing with a lot about that so I

4    dropped out.

5         Q.    Have you had any kind of

6    vocational training?

7         A.    I went to a computer tech

8    class.

9         Q.    Is that recent?

10        A.    Probably four years ago.

11        Q.    That was prior to the incident?

12        A.    Correct.

13        Q.    Did you complete a computer

14   tech class?

15        A.    No.

16        Q.    Why didn't you complete it?

17        A.    I do not remember.

18        Q.    Where was that?

19        A.    I can't remember the name of

20   the building.  It's right behind my house

21   too.

22        Q.    It's a vocational school?

23        A.    Yes.  BOCES I believe.

24        Q.    B-O?

25        A.    C-E-S.

Page 38

1                    FRANKLIN BUONO

2      Q.    Did you drop out?

3      A.    I believe so.

4      Q.    Do you have any type of

5   vocational certifications?

6      A.    No.

7      Q.    Have you ever belonged to a

8   union?

9      A.    No.

10     Q.    Have you ever been married?

11     A.    No.

12     Q.    Any children?

13     A.    Nope.

14     Q.    Have you ever served in the

15   armed forces?

16     A.    No.

17     Q.    Do you have any felony

18   convictions?

19     A.    No.

20     Q.    Have you ever pled guilty to

21   any type of criminal charge?

22     A.    No.

23     Q.    Have you ever been charged with

24   any type of crime?

25     A.    No.

Page 39

1              FRANKLIN BUONO

2      Q.    And then I would assume, then,

3  you've never served any kind of jail

4  time?

5      A.    No.

6      Q.    How about speeding tickets?

7      A.    Yes.

8      Q.    Tell me about your speeding

9  ticket.

10      A.    I think I have two.

11      Q.    How recent?

12      A.    Years, at least three.

13      Q.    Do you drive today?  I mean,

14  can you drive?

15      A.    Yes.

16      Q.    I think I saw something in the

17  medical records that they've fitted it so

18  you can drive?

19      A.    Yes.

20      Q.    Tell me about your free time,

21  who do you generally spend your free time

22  with?

23      A.    Emily.

24      Q.    Anyone else?

25      A.    No.

```
 1              FRANKLIN BUONO
 2     Q.    What do you do during your free
 3  time?
 4     A.    I watch TV or I'm on my
 5  computer.
 6     Q.    Playing computer games?
 7     A.    Yeah.
 8     Q.    Me too.
 9     A.    Yeah?
10     Q.    Anything else?
11     A.    Take care of my dogs.
12     Q.    How many dogs do you have?
13     A.    Two Chihuahuas.
14     Q.    And they live with you and
15  Emily?
16     A.    Yep.
17     Q.    Let's go over your employment
18  history a little bit and I think there
19  was information provided in Defendant's
20  Exhibit 3, I'll let you just look at that
21  real quickly.
22     A.    Sure.
23     Q.    You know what, I can point you
24  to the particular one so you don't have
25  to -- the question was:  For the last ten
```

Page 41

1                    FRANKLIN BUONO

2   years describe your employment.

3             And it says:  The plaintiff has

4   been employed by Rick's Gun Exchange, was

5   that your dad's company?

6        A.   Yes.

7        Q.   Was that your first place of

8   employment?

9        A.   Yes.

10       Q.   What did you do at Rick's Gun

11   Exchange?

12       A.   Cleaned and fixed guns.

13       Q.   How many years or months did

14   you work there?

15       A.   About two years once a week.

16       Q.   What would be -- like what ages

17   were you when you did that?

18       A.   About 15 I believe, 15 to 17,

19   18.  Three years?

20       Q.   And then I see Dunkin' Donuts,

21   what did you do at Dunkin' Donuts?

22       A.   I was a cashier.

23       Q.   When was that?

24       A.   I believe I was 19 or 20.

25       Q.   How long did you work at

Page 42

1              FRANKLIN BUONO
2  Dunkin' Donuts?
3      A.    A few months.
4      Q.    And it says that location is
5  closed?
6      A.    Correct.
7      Q.    But you just worked there a
8  couple of months?
9      A.    Correct.
10     Q.    What was your next place of
11 employment?
12     A.    I don't remember.
13     Q.    And I'll just tell you, this
14 lists F&F Industrial Equipment
15 Corporation.
16     A.    That's way later.
17     Q.    Let me let you read this
18 answer --
19     A.    Okay.
20     Q.    -- because you don't want to be
21 -- that's the question and the answer.
22     A.    Okay.  Kiryas Joel was next.  I
23 drove ambulances.
24     Q.    So from -- after Dunkin' Donuts
25 you worked at Kiryas --

Page 43

1                     FRANKLIN BUONO

2        A.     Kiryas Joel.

3        Q.     Driving an ambulance?

4        A.     Correct.

5        Q.     How long did you do that?

6        A.     A few months.

7        Q.     Then what was your next

8    employment after Kiryas Joel?

9        A.     F&F.

10              MS. STIGALL:   Just for the

11   record, Kiryas Joel is K-I-R-Y-A-S,

12   J-O-E-L, ambulance.

13       Q.     How long did you say you worked

14   at F&F?

15       A.     A few months.

16       Q.     Where did you work after F&F?

17       A.     Oprandy's.

18       Q.     So let's go back.  It sounds

19   like you -- what did you do for Kiryas

20   Joel?

21       A.     I drove an ambulance.

22       Q.     So were you actually an EMT?

23       A.     No.  I was -- no.

24       Q.     What would you do, explain to

25   me -- you would actually, if there was an

Page 44

1             FRANKLIN BUONO
2   emergency, be the person driving the
3   ambulance out to the scene?
4       A.    No.  We were actually picked
5   up, brought to the scene and then from
6   the scene drove the patient to wherever
7   they needed to go.
8       Q.    I guess I'm a little confused.
9       A.    So Kiryas Joel is a Hasidic
10  community and they're not allowed to
11  drive on Shabbos.  If that makes sense.
12      Q.    Yes.
13            So at Dunkin' Donuts you worked
14  for a couple months?
15      A.    Correct.
16      Q.    Why did you leave Dunkin'
17  Donuts?
18      A.    It was a firing, a lot of
19  people were being fired and they brought
20  a bunch of new people and changed
21  locations I believe.
22      Q.    Do you know why you were fired?
23      A.    No.
24      Q.    Had you broken any rules?
25      A.    I don't believe so, no.

Page 45

1              FRANKLIN BUONO
2      Q.    Then F&F Industrial Equipment,
3  you said you were there for a few months?
4      A.    Correct.
5      Q.    What did you do there?
6      A.    I worked in warehouse.
7      Q.    What did you do in the
8  warehouse?
9      A.    Logged items, brought in
10 shipments.
11     Q.    Why did you leave F&F
12 Industrial Equipment?
13     A.    I just felt like I wasn't
14 learning anything there.
15     Q.    So you quit?
16     A.    Yes, correct.
17     Q.    You weren't fired?
18     A.    Correct.
19     Q.    Why did you leave Kiryas Joel
20 Ambulance after a few months?
21     A.    We were sleeping in our cars
22 overnight because it was a 48-hour shift
23 and I did not like that, so...
24     Q.    So you quit?
25     A.    Correct.

Page 46

1                    FRANKLIN BUONO

2      Q.      You were not fired?

3      A.      Correct.

4      Q.      Can you give me any idea,

5   you've given me the progression of where

6   you worked, from the time that you left

7   Dunkin' Donuts, how long was it before

8   you started at F&F?

9      A.      Between Dunkin' Donuts and F&F?

10      Q.      Yes.

11      A.      I'm not sure.

12      Q.      Well, here's where I'm trying

13   to figure this out, we have the listing

14   of Rick's Gun Exchange, Dunkin' Donuts,

15   F&F Industrial Equipment, Kiryas Joel and

16   Oprandy's.

17      A.      Uh-huh.

18      Q.      It says over the last ten

19   years.  But I see that Oprandy's was

20   about a month, Kiryas Joel was you said a

21   couple of months, F&F was a couple of

22   months, Dunkin' Donuts was a couple of

23   months, would I be correct in assuming

24   there were lapses in where you weren't

25   employed?

```
 1              FRANKLIN BUONO
 2      A.    Correct.
 3      Q.    So how much time was there
 4  between the time you left Dunkin' Donuts
 5  and went to F&F?
 6      A.    I'm not sure.
 7      Q.    Would it be less than a year?
 8      A.    I don't know.  It could be more
 9  than a year.
10      Q.    Then how much time between the
11  time you left F&F and you went to Kiryas
12  Joel?
13      A.    Kiryas Joel -- it was Dunkin'
14  Donuts, Kiryas Joel.
15      Q.    Sorry.  Okay.
16            How much time was there between
17  when you left Dunkin' Donuts and went to
18  Kiryas Joel?
19      A.    That's what I was answering
20  before, about a year.
21      Q.    And then how much time between
22  Kiryas Joel and F&F?
23      A.    A couple -- I believe a year or
24  two.
25      Q.    And then after you left F&F,
```

```
 1              FRANKLIN BUONO
 2   how much time was there before you were
 3   employed at Oprandy's?
 4        A.    A couple months.
 5        Q.    At any of your employment,
 6   other than Oprandy's, did you ever work
 7   with or around compressed gas?
 8        A.    No.
 9        Q.    Prior to coming to Oprandy's
10   had you had any type of training
11   concerning compressed gas?
12        A.    No.
13        Q.    In response to Request For
14   Produce Number 10 regarding medical
15   providers prior to the incident, it
16   states, the plaintiff's only medical
17   provider prior to the incident was
18   Horizon Medical Group in Goshen; is that
19   correct?
20        A.    I believe so.
21        Q.    And would it be true that your
22   prescriptions for the last ten years were
23   filled at CVS on Clowes Avenue in Goshen?
24        A.    Baxter's in Goshen.
25        Q.    Tell me that again?
```

Page 49

1                    FRANKLIN BUONO

2        A.    Baxter's.

3        Q.    B-A-X-T-E-R-S?

4        A.    Correct.

5        Q.    And that's where you would fill

6    prescriptions prior to the incident?

7        A.    Correct.

8        Q.    Can you think of any medical

9    providers you had prior to this incident

10   other than Horizon Medical Group in

11   Goshen?

12       A.    Like doctors?

13       Q.    Yes.

14       A.    Or -- I have -- I can't

15   remember their names, it was when I was

16   younger mostly.

17       Q.    Did you have a primary care

18   physician prior to this incident?

19       A.    No.  Yes.  Dr. Hirsh at Horizon

20   Medical.

21       Q.    Prior to this incident, did you

22   ever see any product manuals related to

23   the Poseidon air compressor?

24       A.    No.

25       Q.    Prior to the incident did you

Page 50

1            FRANKLIN BUONO

2   ever see any manuals related to the

3   cascade tanks that were connected to the

4   Poseidon compressor?

5        A.    No.

6        Q.    Prior to this incident, did you

7   see any manuals related to a Kitchen

8   Knight system?

9        A.    No.

10        Q.    Do you know what a Kitchen

11   Knight system is?

12        A.    No.

13        Q.    Prior to this incident, did you

14   see any manuals related to the design,

15   installation or maintenance of kitchen

16   fire suppression systems?

17        A.    No.

18        Q.    Sitting here today or prior to

19   this incident, did you know how to

20   design, install or maintain a kitchen

21   fire suppression system?

22        A.    No.

23        Q.    Prior to this incident did you

24   see any instructions regarding the proper

25   filling of compressed air tanks?

Page 51

1              FRANKLIN BUONO

2       A.    No.

3       Q.    Prior to this incident did you

4   see any instructions regarding the

5   maintenance of a kitchen fire suppression

6   system?

7       A.    No.

8       Q.    Prior to this incident did you

9   see any manuals relating to the Pro-Tec's

10  fire suppression system?

11      A.    No.

12      Q.    Do you know what a Pro-Tec's

13  fire suppression system is?  No?

14      A.    No.  Sorry.

15      Q.    I understand you know where I'm

16  going with the questions.

17            Prior to this incident, I

18  believe you already said you didn't see a

19  manual for a Kitchen Knight system,

20  correct?

21      A.    Correct.

22      Q.    Did you ever see a manual for a

23  Kitchen Knight II system?

24      A.    No.

25      Q.    And I've said manuals, if I was

Page 52

FRANKLIN BUONO

1
2   going to expand my question to say
3   instructions for use, brochures,
4   documents telling you how to use them,
5   have you ever seen any of those types of
6   documents related to kitchen fire
7   suppression systems?
8       A.    No.
9       Q.    And include in that, have you
10  ever seen anything that told you how to
11  work the Poseidon air compressor or the
12  attached cascade system?
13      A.    No.
14      Q.    Prior to the incident what were
15  some of your hobbies?
16      A.    I used to like bike riding,
17  rollerblading, go bowling, trap shooting
18  with my father, I used to take my dogs to
19  the park, go out bowling, movies, I used
20  to drive a stick shift.
21      Q.    At the time this incident
22  occurred, did you have a bicycle?
23      A.    Yes.
24      Q.    How often would you ride it?
25      A.    When the weather was nice, once

Page 53

1                    FRANKLIN BUONO

2  a week.

3       Q.    Were you, like, one of those

4  riders that goes out and kind of go on

5  for, like, a ten mile, see how fast I can

6  get this done?

7       A.    No.

8       Q.    It was more a recreational

9  thing?

10      A.    Yes.

11      Q.    How often would you rollerblade

12  prior to the incident?

13      A.    About a year before I was

14  pretty activity rollerblading.

15      Q.    How about at the time of the

16  incident?

17      A.    No.

18      Q.    Have you gone trap shooting

19  since the day of the incident?

20      A.    No.

21      Q.    How often would you go trap

22  shooting prior to the incident?

23      A.    I'd go about once a month with

24  my dad.

25      Q.    So how many times over your

Page 54

1                     FRANKLIN BUONO
2    lifetime have you gone trap shooting?
3         A.    Probably about 25, 30.
4         Q.    In the six months prior to the
5    incident, how many times did you go trap
6    shooting?
7         A.    I think once.
8         Q.    Did you have a supervisor at
9    Oprandy's?
10        A.    Chris.
11        Q.    Just to be clear, for the
12   record, that's Christopher Foust?
13        A.    Correct.
14        Q.    Prior to the incident while you
15   were you at Oprandy's, did you receive
16   any training related to filling cylinders
17   or tanks with compressed gas?
18        A.    No.
19        Q.    While you were at Oprandy's,
20   did you have any training regarding
21   filling fire extinguishers with agent and
22   compressed gas?
23        A.    Yes.
24        Q.    What was that training?
25        A.    Chris showed me how to take

Page 55

1                FRANKLIN BUONO

2    apart and put back together fire

3    extinguisher.

4        Q.    Can you walk me through that

5    step by step in terms of, what would be

6    the first you were going to do when you

7    were servicing a fire extinguisher as

8    Chris instructed?

9        A.    I don't remember.  I was there

10   a month.  I know, like, bits and pieces

11   but it's not the whole walkthrough.  It

12   wouldn't be an accurate retelling.  I

13   can't remember completely.

14       Q.    Would you discharge the fire

15   extinguisher to make sure the contents

16   were out of it?

17       A.    Yes.

18       Q.    Where would you do that?

19       A.    In the shop.

20       Q.    I'm going to show you a couple

21   of photographs and if you could tell

22   me -- I'm going to show you Defendant's

23   Exhibit 4 and I'm also going to show you

24   Defendant's Exhibits 8 and 9 and I'm

25   going to ask you if any of these show the

Page 56

1                    FRANKLIN BUONO

2     shop where you would do the work on the

3     fire extinguisher.

4          A.    This is all the room.  That's

5     where I worked, back there.

6               MR. LEVY:  Indicating?

7               MS. STIGALL:  He is indicating

8     Defendant's Exhibit 9.

9          A.    This is the same room but I

10    didn't work on wet chem.

11         Q.    So you pointed to, it looks

12    like a bench in the back of the photo on

13    Defendant's Exhibit 9; is that correct?

14         A.    Correct.

15         Q.    I think what I'm going to have

16    you go ahead and do is take my pen and

17    can you just kind of put a square around

18    the area where you did that work?

19         A.    Sure.  Sorry.  Circle.

20         Q.    It's kind of a circle?

21         A.    Yeah.

22         Q.    You're encircling the area?

23              MR. LEVY:  Can I see what he

24    did?

25         Q.    Did you ever work with the

Page 57

1                    FRANKLIN BUONO

2      system that's shown on Defendant's

3      Exhibit 8?

4           A.    No.

5           Q.    Did you ever receive any

6      training regarding the system that's

7      shown on Defendant's Exhibit 8?

8           A.    No.

9           Q.    And Exhibit 4 has four pages,

10     looking at the air filling system that's

11     shown a little bit in Defendant's

12     Exhibit 4 and in the upper-right corner

13     of the second page of Defendant's Exhibit

14     four, do you know what that is?

15          A.    Where?  I'm sorry.

16          Q.    It would be the system that's

17     shown and I'll just -- let's just go to

18     the second page, the red machine that's

19     in the upper-right corner of Defendant's

20     Exhibit 4, do you know what that is?

21          A.    Yes.

22          Q.    What is that?

23          A.    That is the Poseidon air tank

24     or air system.

25          Q.    Did you receive any training

Page 58

1                FRANKLIN BUONO

2    from anyone at Oprandy's regarding

3    operating that system?

4        A.    No.

5        Q.    Did you ever operate that

6    system?

7        A.    No.

8        Q.    Did you take -- strike that,

9    please.

10            Did you receive -- now I'm

11   talking about your training on the

12   extinguishers.

13       A.    Okay.

14       Q.    Did you receive any type of

15   written documentation regarding that work

16   you were doing?

17       A.    Written instruction?

18       Q.    Yes.

19       A.    No.

20       Q.    Did you ever see any written

21   instruction on that work you were doing?

22       A.    No.

23       Q.    So would I be correct if I said

24   that anything you learned as far as

25   working with those fire extinguishers was

Page 59

1                   FRANKLIN BUONO
2    basically from Chris showing you how to
3    do it?
4        A.    Correct.
5        Q.    Did you ever take any online
6    courses about that work?
7        A.    I believe he had me go on a
8    website.
9        Q.    Do you know what that website
10   was?
11       A.    No.
12       Q.    What did the -- was there one
13   website?
14       A.    Yeah.  It was -- go ahead.
15       Q.    What did that website show you?
16       A.    Different types of normal fire
17   extinguishers.
18       Q.    So it just shows different fire
19   extinguishers?
20       A.    Yeah.  And like the contents of
21   those fire extinguishers and those --
22   like, what fires they would put out.
23       Q.    So would I be correct to say
24   that the online information he showed you
25   had to do with types of fire

Page 60

1                  FRANKLIN BUONO

2   extinguishers and the types of fires they

3   put out?

4        A.    Correct.

5        Q.    Did any of that online

6   information relate to how to properly

7   service a fire extinguisher?

8             MR. LEVY:  I'm sorry.  You're

9   asking about the website?

10       Q.    That online site that you

11  looked at, did anything on that tell you

12  step by step what to do to service a fire

13  extinguisher?

14       A.    No.

15       Q.    So I'll just ask it this way,

16  did you ever receive any type of online

17  training that instructed you concerning

18  how to service a fire extinguisher?

19       A.    No.

20       Q.    Did Brian Scott do any of your

21  training?

22       A.    No.

23       Q.    Is Brian Scott's stepson; is

24  that Robbie?

25       A.    Yes.

Page 61

1                    FRANKLIN BUONO
2        Q.    Did Robbie provide you with any
3   training?
4        A.    No.
5        Q.    So the sole training you had at
6   Oprandy's prior to this incident was
7   Chris Foust showing you how to take apart
8   and put together a fire extinguisher?
9        A.    Correct.
10            MR. LEVY:  I'm sorry.  Who's
11   Brian Scott's --
12            MS. STIGALL:  Robbie, Brian
13   Scott's stepson.
14            MR. LEVY:  Stepson.  Okay.
15   Thank you.
16        Q.    Did Christopher Foust show you
17   how to fill the fire extinguisher with
18   agent and compressed gas?
19        A.    Yes.
20        Q.    What did he show you in terms
21   of what to do?
22        A.    I cannot remember the process.
23        Q.    But you do remember that you
24   did that at the location on Defendant's
25   Exhibit 9?

1                FRANKLIN BUONO

2      A.    Correct.

3      Q.    And he didn't provide you with

4  any written instructions?

5      A.    Correct.

6            MR. LEVY:  Can I have that last

7  question and answer.  Actually, the one

8  before that.

9            [The requested portion of the

10  record was read.]

11      Q.    You had said you looked at your

12  statement prior to coming here today,

13  correct?

14      A.    Correct.

15      Q.    Can you hand that to me?

16      A.    Sure.

17      Q.    You mention in your statement

18  that:  We would repressurize fire

19  extinguishers by hooking them to the CO2

20  line, opening the valve and watching the

21  gauge on the extinguisher to see that it

22  was full.

23            Is that your recollection here

24  today?

25      A.    Yes.

Page 63

1              FRANKLIN BUONO

2       Q.    You also state:  To avoid over

3   pressuring I would make sure not to hold

4   the valve open too long?

5       A.    Correct.

6       Q.    Can you tell me why back then

7   you wanted to avoid over pressurizing?

8             MR. LEVY:  Note my objection.

9   I don't know where you're looking.

10            MS. STIGALL:  Page 1716.

11      Q.    If you would like to look at

12  that, it's on the first full paragraph.

13            MR. LEVY:  My objection was, I

14  don't know if it was that he was doing or

15  if he was --

16      Q.    You make the statement to avoid

17  over pressurizing?

18      A.    Yes.

19      Q.    I would make sure not to hold

20  the valve open too long.

21      A.    Correct.

22      Q.    Why would you want to avoid

23  over pressurizing?

24      A.    I believe if you over

25  pressurized the chemical would then start

Page 64

```
 1              FRANKLIN BUONO
 2  coming out.
 3      Q.    Could there be a danger in over
 4  pressurizing in terms of a cylinder
 5  rupturing?
 6      A.    I don't know.
 7      Q.    Said:  If something wasn't
 8  working right, I would ask Chris.
 9            Did you at times have problems
10  with over pressurizing when you were
11  filling the fire extinguishers?
12      A.    I don't know.  I don't -- can
13  you repeat the question?
14      Q.    Would you ever have any
15  problems with over pressurizing when you
16  were filling the fire extinguishers?
17            MR. LEVY:  Note my objection.
18      A.    No.
19            MR. LEVY:  Because I think
20  we're confusing two different processes
21  in your questions.
22            MS. STIGALL:  Right now I'm
23  talking over pressurizing fire
24  extinguishers.  I think I said that in my
25  question.
```

Page 65

1              FRANKLIN BUONO

2              MR. LEVY:  Note my objection

3    because I didn't understand that and you

4    just used the word over pressurizing.

5              MS. STIGALL:  Because he used

6    it in his statement.

7              MR. LEVY:  Well, but it could

8    refer to different -- two different

9    processes.  One that he did and one that

10   he didn't.

11             MS. MOLINEAUX:  That's what

12   she's asking him to explain.

13             MR. LEVY:  Okay.  I just want

14   to make sure we're talking about the same

15   thing.

16      Q.    So when you say to avoid over

17   pressurizing I would make sure not to

18   hold the valve open too long.

19      A.    Yes.

20      Q.    What do you mean by over

21   pressurizing?

22      A.    You would be able to see if the

23   dial went -- you'd be able to see how

24   much it pressurized through the gauge.

25   So if you went over that, the chemical

Page 66

1                     FRANKLIN BUONO

2    would start coming out.

3         Q.    And did you also understand at

4    that time that there was a danger if you

5    over pressurized a cylinder?

6         A.    Yes.

7         Q.    You mention in your statement,

8    and I'll just make sure you -- it's down

9    in the next full paragraph, you say in

10   the second line:  I never seen a safety

11   cage used.

12        A.    Correct.

13        Q.    Do you know what a safety cage

14   is?

15        A.    Now, yes.

16        Q.    What's a safety cage?

17        A.    It's something that you put a

18   tank into -- if it explodes it keeps the

19   shrapnel in I believe.

20        Q.    And you never saw a safety cage

21   at Oprandy's?

22        A.    No.

23        Q.    When you pressurized fire

24   extinguishers at Oprandy's did you ever

25   use a safety cage?

Page 67

1                    FRANKLIN BUONO

2        A.    No.

3        Q.    Did you ever see anyone at

4    Oprandy's ever use a safety cage?

5        A.    No.

6        Q.    On the day of the incident when

7    the cylinder at issue was being

8    pressurized was a safety cage used?

9        A.    No.

10       Q.    I'd like to walk through step

11   by step what happened on the day of the

12   incident.

13       A.    Okay.

14       Q.    What time did you get to work

15   that morning?

16       A.    9:00.  Every morning.

17       Q.    What did you do that morning

18   when you got to work?

19       A.    I was moving fire extinguishers

20   to Brian's truck I believe and he then

21   asked me to fill a compressed CO2 tank,

22   which I've never done, or compressed

23   cylinder, which I never done before.  So

24   I asked Chris to show me how and he

25   brought me in the back room.

Page 68

1              FRANKLIN BUONO

2       Q.    Let's take it a little bit at a

3    time and then we'll continue.

4       A.    Sure.

5       Q.    So you got there that morning

6    and you're moving fire extinguishers to

7    Brian Scott's truck?

8       A.    Correct.

9       Q.    And at that point Brian Scott

10   asked you to fill a compressed gas tank?

11      A.    Correct.

12      Q.    Was that tank the cylinder at

13   issue in this case?

14      A.    Correct.

15      Q.    Where was that tank when you

16   first saw it?

17      A.    I believe it was in the room

18   that we were -- that we work in, the

19   shop.

20      Q.    So did Brian take you to the

21   room and say, I need you to fill this?

22      A.    No.  It was in the room and he

23   asked me to fill it.

24      Q.    And what did you do next?

25      A.    I then got Chris and asked him

Page 69

1                    FRANKLIN BUONO

2    to show me how and I don't remember if it

3    was me or him that moved it into the

4    other room.  Yeah.

5        Q.    When you have first saw the

6    cylinder, if you can look at the exhibits

7    I showed you before and show me which

8    room it was in?

9        A.    When I first saw it?

10       Q.    Yes.

11       A.    It was in this room.

12       Q.    So when you first saw the

13   cylinder it was in the room that is

14   Defendant's Exhibit 9?

15       A.    Correct.

16       Q.    And somehow the cylinder was

17   moved from that room to the room that's

18   shown in Defendant's Exhibit 4?

19       A.    Correct.

20       Q.    Did Brian Scott ask -- he just

21   asked you to fill it, he didn't ask you

22   to go get Chris, he just said, you need

23   to fill this?

24       A.    Correct.

25       Q.    So you said you then went and

Page 70

1                    FRANKLIN BUONO

2     got Chris and asked him to show you how?

3          A.    Correct.

4          Q.    So you're in the room shown on

5     Defendant's Exhibit 4, what happened

6     next?

7          A.    Chris went over to the Poseidon

8     system and hooked it up to the tank and

9     attempted to fill it, and we were looking

10    at the red gauge and the tank and it was

11    not filling, we were listening for air to

12    go into the tank.

13         Q.    So let me stop you there.

14         A.    Uh-huh.

15         Q.    Just because I'm trying to take

16    this a little bit at a time.

17         A.    Yep.

18         Q.    So when you say Christopher

19    went over to the Poseidon system, are you

20    talking about the red machine that's on

21    the second page of Defendant's Exhibit 4?

22         A.    Yes.

23         Q.    Can you go ahead and I'll hand

24    you a pen and just circle so there's

25    complete clarity to what we're talking

Page 71

1             FRANKLIN BUONO

2    about.   Thank you.

3             Did you hear the compressor

4    come on?

5        A.    No.

6        Q.    So what did he turn on?

7        A.    I'm not sure.

8        Q.    Did you see how he hooked it

9    up?

10       A.    I don't know.

11       Q.    You don't know one way or

12   another?

13       A.    No.

14       Q.    Then you said, We attempted to

15   fill it looking at the red gauge.  I'm

16   going to show you Defendant's Exhibit 5

17   and 6, and I'll represent to you

18   Defendant's Exhibit 6 is from an OSHA

19   report.

20       A.    Okay.

21       Q.    Have you seen that report

22   before?

23       A.    Yes.

24       Q.    And I'll represent to you that

25   Defendant's Exhibit 5 is a photograph of

Page 72

1                    FRANKLIN BUONO
2    the tank after the incident.
3            Could you please show me if you
4    see on the Defendant's 5 or 6 the gauge
5    that you were looking at as you were
6    filling the tank?
7        A.    No.   There's no gauge there in
8    your pictures.
9        Q.    Where was the gauge?
10       A.    I don't know.   On top.
11       Q.    Was it on top of the tank?
12       A.    I believe so.
13       Q.    And let me just ask you, and I
14   don't want to influence your answer, but
15   I'm just trying to get some clarity here,
16   on both of these I see a round thing to
17   the side.
18       A.    Correct.
19            MR. LEVY:  I'm sorry.  On which
20   exhibit?
21       Q.    On Defendant's Exhibit 6
22   there's a item that, I think it's got a
23   number, I can't see the number, it's
24   furthest left on the photograph that's on
25   the bottom that is round but you're

Page 73

1                FRANKLIN BUONO

2    seeing it from the side.

3         A.    Correct.

4         Q.    And then the same thing,

5    there's a round item that's on the top of

6    the tank but you're seeing it from the

7    top, you're not --

8         A.    Seeing the side, yeah.

9         Q.    See onto that.

10        A.    It's a gauge.  There's just no

11   actual gauge there.

12        Q.    Could this be the gauge that

13   you were looking at?

14        A.    It's possible.

15        Q.    Now that you're seeing that

16   that's on the top of the tank, is it in

17   the location of the gauge that you were

18   looking at that day?

19        A.    I believe so.

20        Q.    What were you looking for when

21   you were looking at that gauge on the top

22   of the tank?

23        A.    For the gauge to move.

24        Q.    Other than the gauge on the top

25   of the tank, did you look at any other

Page 74

                    FRANKLIN BUONO
1
2    gauge to see if the air was going in?
3             MR. LEVY:  Just note my
4    objection.  I don't know that he's
5    indicated there was any other gauge.
6             MS. STIGALL:  That's why I'm
7    asking, did he look at any other gauge.
8    If you want me to ask it another way.
9             MR. LEVY:  Yes.
10       Q.    Did you look at any other gauge
11   other than the gauge on the top of the
12   tank to see if air was going into the
13   tank?
14       A.    I don't know.  I only remember
15   the one gauge.
16       Q.    So it's your testimony here
17   today that the only gauge that you
18   remember looking at is the one on the top
19   of the tank?
20       A.    That's the only one I know of,
21   yes.
22       Q.    I'm handing you what's been
23   marked as Defendant's Exhibit 7 and if
24   you can look at the photograph in
25   Defendant's Exhibit 7.  I just wanted to

Page 75

1                    FRANKLIN BUONO

2    make sure you had time.

3         A.    Yep.

4         Q.    In your statement you mention

5    Chris grabbed a part from the other room

6    and hooked it up to the compressor.  Then

7    you say the fitting that Chris grabbed

8    from the front room was a long piece of

9    metal with a nozzle or a valve in the

10   middle?

11        A.    Correct.

12        Q.    Looking at Defendant's

13   Exhibit 7, do those pieces appear to be

14   the pieces that were used to fill the

15   tank that day?

16        A.    I know this one.

17        Q.    And you just noted the piece

18   that has the red handle on it?

19        A.    Correct.

20        Q.    What was that piece used for

21   that day?

22        A.    I did not know at the time.

23        Q.    What did Chris do -- there's a

24   statement in your -- there's a sentence

25   in your statement that said something

Page 76

1                    FRANKLIN BUONO

2   about throttling the air in?

3        A.    Correct.

4        Q.    Was that photograph, the bottom

5   photograph on Defendant's Exhibit 2, does

6   it show the piece that Chris used to

7   throttle air into the cylinder that day?

8        A.    Yes, it does.

9        Q.    What would he do to throttle

10  the air in?

11       A.    Move the valve back and forth.

12       Q.    Your last statement was that

13  Chris hooked it up, attempted to fill it

14  and you were looking at the red gauge?

15       A.    Correct.

16       Q.    Please tell me in your own

17  words what happened next.

18       A.    After he got the piece, I was

19  looking at the red gauge, leaning in to

20  listen if any air was going in also, and

21  I'm pretty sure that's when it exploded.

22       Q.    When you say he went to get the

23  piece, is that the piece we're seeing in

24  this?

25       A.    Yes.

Page 77

1                  FRANKLIN BUONO

2      Q.    How much time elapsed from the

3   time he hooked up this piece, and that

4   being the piece in the bottom of 7, and

5   started throttling in air, how much time

6   elapsed from the time he started

7   throttling in air to the time the tank

8   ruptured?

9      A.    I don't know.

10     Q.    If there's any kind of guess --

11  not a guess -- I'm sorry -- estimate in

12  terms of, are we talking 15 minutes or

13  something closer to just a minute or two?

14     A.    A minute or two.

15     Q.    If you could look at the valve

16  that's shown in the bottom picture on

17  Defendant's Exhibit 6 and tell me where

18  was the fitting inserted into the valve

19  to fill the tank, was it inserted on the

20  side or on the top?

21     A.    On the side.

22     Q.    Can you draw an arrow on

23  Defendant's Exhibit 6 into where the

24  fitting was inserted to fill the tank?

25            And I'm showing that there's an

Page 78

1                 FRANKLIN BUONO

2       arrow that's next to the diagram of the

3       valve.

4                 MR. LEVY:  I just see -- oh,

5       okay.

6           Q.    And if you were going to draw

7       it over on this photograph, where would

8       you draw the arrow on the photograph of

9       the valve?

10                Thank you.

11                There's mention in your

12      statement that Chris was using a

13      screwdriver to press down on something,

14      can you put a circle around the area

15      where Chris was pressing down with the

16      screwdriver?

17                MR. LEVY:  Can I see that?

18          Q.    You know what, now that we've

19      done two arrows I'm going to have you put

20      SD next to the arrow where he was pushing

21      down with the screwdriver?

22                MR. LEVY:  I'm sorry.  Did you

23      say what was it that he was pushing down

24      the screwdriver on?

25          Q.    What was he pushing down with

1                FRANKLIN BUONO

2    the screwdriver, do you know what that's

3    called?

4        A.    No.

5        Q.    Let me ask you, as he was doing

6    that did you see a little valve stem up

7    that he was pushing down on kind of like

8    what you -- stem on a tire?

9        A.    No.

10       Q.    Don't remember?

11       A.    I didn't see it.

12       Q.    But he was pressing down on the

13   top of the valve?

14       A.    Yes.

15       Q.    Had you ever filled any test

16   cylinder before?

17       A.    No.

18       Q.    In your statement you say,

19   Chris never mentioned that the pressure

20   on the regulator needed to be set or

21   mentioned the regulator at all; is that

22   still your recollection today?

23       A.    Yes.

24       Q.    You also state:  I don't even

25   know if the regulator was used; is that

Page 80

1                    FRANKLIN BUONO
2    still your recollection today?
3        A.    Yes.
4        Q.    At any time while you were
5    there during the filling operation, did
6    you ever see Chris use a regulator?
7        A.    I don't know.  I was only there
8    one other time and it was from a far
9    distance.
10       Q.    But my question is, did you
11   ever see him use a regulator that day?
12       A.    No.  I was -- the questions
13   that they asked me, I wasn't aware of any
14   of this prior.  I learned through the
15   OSHA report, so...
16       Q.    I understand.
17             But I just want to make sure
18   I'm clear on what you saw or didn't see
19   or what you heard or you didn't hear.
20       A.    Okay.
21       Q.    Did you ever hear Chris say he
22   was using a regulator?
23       A.    No.
24       Q.    Did you ever see Chris use a
25   regulator?

Page 81

1                    FRANKLIN BUONO
2        A.    No.
3        Q.    And as a matter of fact you say
4    in your report Chris never mentioned the
5    regulator at all; is that correct?
6        A.    Correct.
7        Q.    Did you ever examine the tank
8    to look at anything that was written on
9    the tank?
10       A.    Yes.
11       Q.    What did you look for?
12       A.    I looked for warnings or stuff
13   like that, instructions, anything.
14       Q.    When did you look for warnings
15   or instructions?
16       A.    While we were -- while Chris
17   was tinkering with it.
18       Q.    What did you see on the tank?
19       A.    I believe a date.  That was
20   about it.  A lot of it was really worn.
21       Q.    Did you ask to look for a
22   manual related to the cylinder?
23       A.    No.
24       Q.    Did you ask to look for a
25   manual related to the air filling system?

Page 82

1                    FRANKLIN BUONO

2        A.     No.

3        Q.     Was there anything posted on

4    the walls in terms of signage about how

5    to fill the cylinders from the Poseidon

6    system?

7        A.     No.

8        Q.     Did you look on the walls?

9        A.     No.   There was nothing on the

10   walls to look at.   Just -- there's no

11   instructions in any of those walls.

12       Q.     Okay.   Thank you.

13       A.     Yep.

14       Q.     Occasionally I kind of have to

15   look over my notes, so...   There are some

16   lawyers that may not have to but I need

17   to look over my notes.

18              Earlier we talked about the

19   different employees at Oprandy's, I think

20   we went through a list when we went

21   through your disclosure.

22       A.     Uh-huh.

23       Q.     Were all those employees there

24   that day?

25       A.     No.

```
 1                 FRANKLIN BUONO
 2      Q.     Who wasn't there?
 3      A.     The two men that delivered
 4  stuff.  I don't think Robbie was there.
 5      Q.     Who was there on the day of the
 6  incident?
 7      A.     I believe --
 8      Q.     At the time of the incident?
 9      A.     I believe just Chris and Brian.
10      Q.     Was Arlene there?
11      A.     She might've been.  But I
12  didn't see her.
13      Q.     Was Patty?
14      A.     I didn't see her.
15      Q.     To your recollection the only
16  other employee there other than you and
17  Chris was Brian?
18      A.     Correct.
19      Q.     So I believe your next
20  testimony was that Chris was pushing down
21  on the top of the valve?
22      A.     Correct.
23      Q.     Tell me what happened next.
24      A.     He was pushing down on the
25  valve, all I remember was a huge
```

Page 84

1                  FRANKLIN BUONO
2    explosion, I guess you'd -- the ground
3    just collapsed under me, the shrapnel hit
4    other fire extinguishers which caused
5    them to explode chemicals all over the
6    room.  So we couldn't see or hear because
7    the explosion.  When I realized I lost my
8    leg I crawled to the door and called for
9    help for Brian and I tourniqueted my leg
10   with my belt.
11        Q.    Looking at Defendant's
12   Exhibit 4, can you tell me where in that
13   room you and Chris were at the time you
14   were filling the fire extinguisher?
15        A.    In that giant black -- yeah.
16        Q.    So how many feet were you from
17   the Poseidon system would you estimate?
18        A.    I was probably, like, two feet
19   or like a foot from Chris and probably,
20   like, four, five feet from the Poseidon
21   air tank.
22        Q.    Was the tank between you and
23   Chris?
24        A.    I was off to the side a little
25   bit.  So, like, Poseidon tank, Chris, me

Page 85

1                   FRANKLIN BUONO

2   more or less.

3       Q.    I'm just going to give you a

4   sheet of paper here.

5       A.    You want to see my stick

6   figures.

7       Q.    You know what, you don't have

8   to do a stick figure.  If you want to do,

9   like, your initials and Chris's initials

10  and then, like, a T for the tank and a P

11  for the Poseidon system.  I'm just going

12  to -- is the room square?

13      A.    I believe so.

14            MR. LEVY:  Just note my

15  objection to the witness creating

16  evidence.

17            MS. STIGALL:  I'm just trying

18  to get a good feel for where everybody

19  was.

20            MR. LEVY:  He said he was a

21  foot from Chris at the time as I recall.

22      Q.    So if you can -- and what I'm

23  going to do, the Poseidon system is

24  pretty much in the corner, correct?

25      A.    Yeah.

Page 86

1            FRANKLIN BUONO
2      Q.    So I'm going to put a P, and
3  that's me, you aren't doing that, where
4  the Poseidon system would have been.
5      A.    Okay.
6      Q.    Okay?
7            And if you could then give me
8  an idea, with this being the room, put
9  your initials where you were, Chris's
10  initials where he was and then a T where
11  the tank was just prior to the incident
12  so we get an idea of how things were
13  arranged.
14            MR. LEVY:  Note my objection.
15      A.    Okay.  I have no idea of the
16  accuracy of this.  Because this is not
17  labeled for meters or feet or anything.
18      Q.    No, I understand.  We're not
19  holding you to feet and inches.  I just
20  want location of who's closest to the
21  Poseidon system, who's -- where the tank
22  is in relation to you and Chris.
23            MR. LEVY:  Just note my
24  objection to what you're asking him to do
25  here.  He's already indicated he's not

1                    FRANKLIN BUONO

2   sure that he can do it in a proper

3   manner.  So over objection you can try if

4   you can.  If you can't, say you can't.

5        A.    Accurately I can't.

6        Q.    Who was closest to where the

7   Poseidon system was?

8        A.    Chris.

9        Q.    And then where was the tank in

10  relation to you and Chris?  If you don't

11  want to draw we'll just talk about it.

12  That's fine.

13       A.    Yeah.  I'd rather not draw it.

14       Q.    That's fine.  I'm fine with

15  that.

16            The Poseidon system's in the

17  corner and Chris is how many feet would

18  you say he's from it?

19       A.    Maybe two feet.

20       Q.    Then where is the tank in

21  relation to Chris?

22       A.    He's right next to it.

23            MR. LEVY:  You're asking about

24  the tank to be filled?

25            MS. STIGALL:  Yes.

Page 88

1                    FRANKLIN BUONO

2              THE WITNESS:  Yeah.

3       Q.    If the Poseidon system is a

4  couple of feet from Chris, is the tank

5  between Chris and the Poseidon system or

6  is it on the other side of Chris from the

7  Poseidon system?

8       A.    Can you repeat that?

9       Q.    Okay.  So we got the -- Chris

10  is about two feet from the tank?

11       A.    Yep.

12       Q.    From the Poseidon system?

13       A.    Yep.

14       Q.    Is the tank between Chris and

15  the Poseidon system or is it on the other

16  side of Chris away from the Poseidon

17  system?

18       A.    I believe that Chris is in

19  between the tank and Poseidon system.

20       Q.    So how close is the tank to the

21  Poseidon system?

22       A.    Just a couple of feet, two

23  feet, three feet.

24       Q.    A little further than Chris?

25       A.    Yeah.

Page 89

1                    FRANKLIN BUONO

2        Q.    And then where are you in

3   relation to Chris and the tank?

4        A.    Probably, like, a foot away

5   looking at the dial leaning in.

6        Q.    Is the tank between you and

7   Chris?

8        A.    It's to the -- I'm kind of to

9   the side of it I believe.

10       Q.    How far were you from the tank?

11       A.    About a foot.

12       Q.    How far was Chris from the

13   tank?

14       A.    I believe he was straddling it.

15   Not straddling it but, like, right -- he

16   was on the top of it.

17       Q.    And you're about a foot away?

18       A.    Yeah.

19       Q.    That gives me the information I

20   need.  Thank you.

21              Who did you see first after the

22   incident happened?

23       A.    Brian.  Well, I saw Chris first

24   on the floor.  Then Brian.

25       Q.    What happened?

```
 1                    FRANKLIN BUONO
 2       A.    I yelled for him to get help,
 3  to call 911.  He went and called 911,
 4  came back, he said he called 911.  And
 5  that's the last I remember of him.
 6       Q.    You didn't see him after that?
 7       A.    I don't believe so, no.
 8       Q.    Did he assist with any kind of
 9  medical help?
10       A.    No.
11       Q.    Did he check to see how you
12  were or how --
13       A.    No.
14       Q.    Did he check to see how Chris
15  was?
16       A.    No.
17       Q.    Where did you go?
18       A.    I have no idea.
19       Q.    From the time that he came in
20  and you told him --
21       A.    He didn't come in the room.  He
22  just stood in the doorway.
23       Q.    If I can just finish my
24  question.
25       A.    Sorry.
```

1                    FRANKLIN BUONO

2        Q.    I understand that this is --

3    just tell me if you need to take a break.

4    I understand this is a very difficult

5    incident.

6             From the time he came in and

7    you told him to call 911, did he ever

8    come back into the room?

9        A.    He never was in the room in the

10   first place.

11       Q.    From the time -- so he just

12   came to the --

13       A.    Door.

14       Q.    From the time he came to the

15   door -- well, let me ask you this, did

16   Brian Scott ever come into the room after

17   the incident happened?

18       A.    I don't believe so.

19       Q.    Who was the first person to

20   come into the room after the incident

21   happened?

22       A.    I believe a firefighter.

23       Q.    How long was it before the

24   firefighters got there?

25       A.    I'm not sure.

Page 92

1                    FRANKLIN BUONO

2      Q.     Did you lose consciousness?

3      A.     No.  I was in shock, though.

4      Q.     Did Chris lose consciousness?

5             MR. LEVY:  Just note my

6   objection.

7      A.     I don't know.

8      Q.     You don't know?

9      A.     I don't know?

10     Q.     It's my understanding you were

11  transported from the scene by ambulance

12  to the hospital?

13     A.     Ambulance to helicopter.

14            MS. STIGALL:  I think we might

15  go ahead and take a break for a few

16  minutes.

17            THE VIDEOGRAPHER:  The time is

18  12:20 and we are going off the record.

19  This is the end of Media Unit 1.

20

21            [Whereupon, after a luncheon

22      recess was taken, the following was

23      had:]

24

25      A F T E R N O O N   S E S S I O N

1            FRANKLIN BUONO

2

3            THE VIDEOGRAPHER:   The time is

4    1:06 and we are back on the record.   This

5    is THE beginning of Media Unit 2.

6    BY MS. STIGALL:

7        Q.    Mr. Buono, Defendant's

8    Exhibit 1, I believe the circle is where

9    you said it showed the area where you

10   would work on, refill and recharge

11   extinguishers; is that correct?

12       A.    Yes.

13       Q.    When you would recharge those

14   extinguishers with agent and compressed

15   gas, when you did that?

16       A.    Yes.

17       Q.    Did you read what was on the

18   side of the fire extinguisher?

19       A.    I believe so, yes.

20       Q.    Can you tell me, sitting here

21   today, what it said on the side of the

22   fire extinguishers that you filled with

23   agent and compressed gas?

24       A.    I do not know.   It's been a

25   long time.

Page 94

1              FRANKLIN BUONO
2      Q.    Can you tell me one thing it
3  said on the label that you have testified
4  to that you read?
5      A.    No, I do not remember anything
6  that was on that label.
7      Q.    Do you remember if there was
8  anything on the label about how to fill
9  the extinguisher with compressed gas and
10 agent?
11     A.    I don't know.
12     Q.    I am going to be kind of
13 jumping around because I'm going through
14 some of my notes previously.
15          Prior to this incident, had you
16 ever been injured on any job?
17     A.    No.
18     Q.    Prior to this incident had you
19 ever had any type of claim for injuries
20 to any entity whether it be an automobile
21 accident, a workplace injury, anything?
22     A.    No.
23     Q.    Did you ever receive any
24 training related to safety while you were
25 at Oprandy's?

Page 95

1                    FRANKLIN BUONO

2        A.    No.

3        Q.    I'm sorry?

4        A.    No.

5        Q.    Thank you.

6              During this incident what parts

7     of your body were injured?

8        A.    Right below the knee, my right

9     leg below the knee.

10        Q.    Can you describe to me how

11    large the room was that you were in when

12    the cylinder was being pressurized?

13        A.    Fairly large.

14        Q.    20 by 20, 10 by 10?

15        A.    I don't know.

16        Q.    Once again, I'm going to pull

17    out your statement to make sure I say it

18    correctly.

19              Your statement was that Chris

20    would throttle the air with the valve on

21    the -- oh, it's the page that has 1717 on

22    the bottom.  And I'm reading from about a

23    little bit more than halfway down the

24    first paragraph.  Just tell me when you

25    see the part, Chris would throttle.

1                FRANKLIN BUONO

2        A.     Uh-huh.

3        Q.     Chris would throttle the air

4   with the valve on the long metal piece

5   and we would look at the gauge on the

6   cylinder to see if it was full just like

7   when we fill a fire extinguisher.

8        A.     Correct.

9        Q.     That's your recollection today?

10       A.     Yes.  That look at -- I was

11  looking at the gauge like I looked at the

12  other fire extinguishers, yes.

13       Q.     And it was the gauge that was

14  on that cylinder?  It says, look at the

15  gauge on the cylinder.

16       A.     I believe so, yes.

17       Q.     Did you ever see an instruction

18  manual for the fire extinguishers that

19  you serviced?

20       A.     No.

21       Q.     When was your most recent

22  doctor appointment?

23       A.     I believe maybe about a month

24  and a half ago I saw the surgeon.  A

25  follow-up appointment on the last surgery

Page 97

1                    FRANKLIN BUONO
2    I had.
3         Q.    Would that be Michael Coch?
4         A.    Yes.
5         Q.    I show a visit on January 3,
6    2018, and it said surgery scheduled for
7    1/17/2018 with Dr. Aspirino and myself to
8    place an interface of dermal matrix to
9    release the tibial stump to reinforce the
10   padding.
11             MR. LEVY:  What's the question?
12        Q.    Was that your last appointment?
13   Or did you have the surgery?
14        A.    No, I had the surgery and then
15   I had a follow-up appointment.
16        Q.    That's what I -- so you did
17   have that procedure done?
18        A.    Correct, yes.
19        Q.    Has that improved the situation
20   in terms of using --
21        A.    I have not gotten a new
22   prosthetic yet.
23        Q.    When do you expect --
24        A.    About a week to two weeks.
25        Q.    Have you had any other doctors'

1                    FRANKLIN BUONO

2    appointments recently other than the

3    follow-up appointment after the surgery

4    that I just outlined?

5         A.    No.

6         Q.    How about any appointments with

7    psychologist, psychiatrist?

8         A.    Yes.

9         Q.    When was your most recent

10   appointment?

11        A.    Two weeks ago.

12        Q.    Who was that with?

13        A.    I'm not sure.  I'm so bad with

14   names.

15        Q.    Is that Rubin?

16        A.    Yes, it's Rubin.

17        Q.    In the past year, how often

18   have you seen Psychologist Jeffrey Rubin?

19        A.    Every two weeks.

20        Q.    So since January 1st you've

21   seen him twice a month?

22        A.    Yeah.

23        Q.    And can you tell me what he is

24   treating you for?

25        A.    PTSD.

1           FRANKLIN BUONO
2      Q.    Can you outline for me any
3  symptoms of PTSD that you're experiencing
4  today?
5      A.    Experiencing today?
6      Q.    Not right this second but as of
7  today?
8      A.    Okay.
9      Q.    Like, present symptoms.
10     A.    Flashbacks, problems sleeping,
11 problems concentrating, problems --
12 that's about it, that I can remember
13 right now.
14     Q.    Have those symptoms improved
15 any since the incident?
16     A.    On and off.
17     Q.    I guess I should have asked
18 initially when did those symptoms start?
19     A.    Right after the incident.
20     Q.    Did you ever have any problems
21 with sleeping or concentrating prior to
22 this incident?
23     A.    No.
24     Q.    Had you been treated prior to
25 this incident for psychological issues?

1          FRANKLIN BUONO

2     A.    Yes.

3     Q.    When were you treated prior to

4  this incident for psychological issues?

5     A.    Two to three years before that

6  I believe.

7     Q.    How did you come to have

8  treatment for psychological issues

9  several years before the incident?

10    A.    I was seeing a psychologist or

11 therapists and I was on antidepressants.

12    Q.    Did you have problems sleeping

13 at that time?

14    A.    No.

15    Q.    Did you have problems

16 concentrating at that time?

17    A.    No.

18    Q.    What was the problem at that

19 time?

20    A.    Depression.

21    Q.    Did there come a time several

22 years prior to this incident where you

23 attempted suicide?

24    A.    Yes.

25    Q.    When was that?

Page 101

1                    FRANKLIN BUONO

2      A.    I don't know the exact date.

3      Q.    How old were you?

4      A.    I believe I was 20 or 21.

5      Q.    Tell me about that.

6      A.    What would you like to know?

7      Q.    What did you do to attempt to

8  commit suicide?

9      A.    I locked myself in my car and

10  duck-taped a hose to the exhaust and fed

11  it through a window.

12      Q.    Did you also take some sort of

13  medication?

14      A.    I believe so.

15      Q.    Did someone find you, is that

16  what happened?

17      A.    Yeah.  My sister found me.  Not

18  my sister.  She was there.  But my mom

19  had a tenant at the time named Chris

20  Bradberry, he found me.

21      Q.    And then after that did you

22  have psychological treatment?

23      A.    Yes.

24      Q.    For how long?

25      A.    Two to three years after that.

1          FRANKLIN BUONO

2     Q.    So that was when you were 20 or

3  21 years old?

4     A.    Yeah.

5     Q.    And this incident occurred when

6  you were 23, correct?

7     A.    Correct.

8     Q.    So I'm just trying to do the

9  math, were you still undergoing

10  psychological treatment at the time of

11  this incident?

12     A.    No.  I had stopped.

13          MS. STIGALL:  Give me just a

14  second.  I apologize.  I turned that off

15  before we met and turned it back on

16  during the break.  I apologize.

17     Q.    Can you please clarify --

18     A.    Can you please repeat the --

19     Q.    The timing, the timing of -- my

20  understanding was you attempted suicide

21  at 20 to 21 years old, this incident

22  occurred when you were 23.  So I was

23  wondering at what point prior to this

24  incident had yo -- were you still

25  ongoing --

Page 103

1                    FRANKLIN BUONO

2       A.    No.   About a year prior I had

3    stopped taking the antidepressants and I

4    was feeling pretty good.

5       Q.    Have you taken any

6    antidepressants since this incident?

7       A.    Yes.

8       Q.    What were you prescribed since

9    this incident occurred or after this

10   incident?

11      A.    I believe I told you already.

12      Q.    Was that what we started the

13   deposition off with?

14      A.    Yes, correct.

15      Q.    The Cymbalta?

16      A.    Yes.   It's either Celexa or

17   Cymbalta.   It's one of those.

18      Q.    Celexa?

19      A.    Yeah, I believe so.

20      Q.    So have you been on Celexa or

21   Cymbalta?

22      A.    For the last two months.

23      Q.    Have you, since the incident,

24   attempted to gain employment anywhere?

25      A.    No.

1              FRANKLIN BUONO

2       Q.     Once I think you said here,

3    shortly you should be getting a new

4    prosthesis, once you have that is it your

5    expectation that you will be able to

6    return to gainful employment?

7       A.     No.

8       Q.     You don't think you'll ever be

9    able to return?

10      A.     Oh, yes.  But just not in the

11   next, at least, year probably.  Yeah.

12      Q.     Where do you kind of get that

13   estimate of a year out from getting the

14   prosthesis?

15      A.     When I lost my leg they had to

16   take a piece of muscle from my back to

17   sew it to my leg so I could keep my knee,

18   and when I wear my prosthetic it causes

19   blisters.  So the whole reason I had this

20   operation was to add padding so that,

21   one, my knee or the bone that was

22   protruding wouldn't be -- pop out of the

23   skin through the prosthetic and hopefully

24   to lessen blisters.

25              That I get, but there's still

1                  FRANKLIN BUONO

2  going to be blisters, just not as bad.

3  We hope.

4      Q.    But do you expect that -- so

5  you expect that that's going to take

6  about a year to resolve, is that what

7  you're saying?

8      A.    Yes.   To learn to walk again

9  and be able to stand on my feet for more

10 than an hour, yeah.

11     Q.    What type of employment are you

12 hopeful of gaining here once you're able

13 to get back in the force?

14     A.    Something with computers.

15     Q.    In the time that you've been

16 off due to this incident and your medical

17 treatment, have you engaged in any

18 training or schooling related to

19 computers?

20     A.    No.

21     Q.    Is that something you expect to

22 do?

23     A.    Yes.

24     Q.    Have you applied to any

25 programs to date?

Page 106

1                    FRANKLIN BUONO

2       A.    No.

3       Q.    Would you agree with me that

4    compressed gases should be handled only

5    by properly trained employees or persons?

6       A.    Are you asking for my opinion?

7             MR. LEVY:  I'm going to object

8    to that.

9       A.    From what I've experienced,

10   yes.

11      Q.    Did you receive any training

12   whatsoever that incorporated or

13   referenced the compressed gas association

14   standards?

15      A.    No.

16      Q.    And I guess because you didn't

17   get any training?

18      A.    No, correct.

19      Q.    I'm finished for now.

20      A.    Okay.

21      Q.    The other attorney will ask

22   some questions.  I may have some

23   follow-up later on.

24   EXAMINATION BY

25   MS. MOLINEAUX:

```
 1              FRANKLIN BUONO
 2      A.    Hi.
 3      Q.    Hello, Mr. Buono.  My name is
 4  Shelley Molineaux and I represent
 5  Worthington who was the manufacturer of
 6  the cylinder that is the subject of this
 7  incident.
 8            I want to ask you a little bit
 9  about when your uncle told you that he
10  knew Oprandy's was looking for an
11  employee, what was your understanding the
12  job was?
13      A.    I did not have an understanding
14  of the job yet.
15      Q.    Okay.  So how did you -- did
16  you first speak with Brian Scott about
17  the job?
18      A.    Yes.  I had an interview with
19  him.
20      Q.    And at that interview did you
21  ask him what the job was?
22      A.    Yes.
23      Q.    What did he tell you was the
24  position that you were applying for?
25      A.    Taking care of the fire
```

```
 1              FRANKLIN BUONO
 2   extinguishers, filling them and replacing
 3   them.
 4       Q.    Did he ask you if you had ever
 5   done anything like that before?
 6       A.    I don't know.  I don't
 7   remember.
 8       Q.    Did he ask you what type -- if
 9   you had any type of training in filling
10   fire extinguishers?
11       A.    I don't know.
12       Q.    Did he at any time tell you
13   that it was a dangerous job?
14       A.    I don't -- no.
15       Q.    No?
16       A.    No.
17       Q.    Did you have an understanding
18   at the time that you were applying that
19   working with compressed gas was
20   dangerous?
21       A.    No.
22       Q.    No?
23             How long was that interview, if
24   you remember?
25       A.    I don't.  Thirty minutes maybe.
```

Page 109

1                    FRANKLIN BUONO
2        Q.    Did he offer you the job at the
3   end of the interview or did he call you
4   later?
5        A.    I believe he offered me the job
6   at the end of the interview.
7        Q.    So then on your first days of
8   work, what was the first thing that you
9   did?
10        A.    I over shadowed Chris on
11   putting together and taking apart the
12   fire extinguishers.
13        Q.    Which you understood was going
14   to be your job?
15        A.    Correct.
16        Q.    And I know you don't remember
17   the exact process of doing that, but what
18   I understand is you would take off the
19   valve and clean out; is that correct?
20        A.    I -- again, it's been a very
21   long time.  There's probably, like, wipe
22   down the tank before or something.
23        Q.    I'm more interested in once the
24   tank is clean and ready to be refilled,
25   you would put in some type of an agent?

1              FRANKLIN BUONO
2      A.    Sure.  That skips a lot of
3  processes.  A lot of processes right
4  there, but, yes.
5              MR. LEVY:  Ultimately you're
6  asking.
7      Q.    Ultimately, yes, you put in the
8  agent?
9      A.    Yeah.
10     Q.    And then you have to pressurize
11 it?
12     A.    Correct.
13     Q.    And what would you pressurize
14 it with?
15     A.    I'm not sure of the gas.
16     Q.    And how did you determine what
17 pressure to put in the tank?
18     A.    The gauge.
19     Q.    Well, the gauge told you what
20 pressure was going in, correct?
21     A.    Correct.
22     Q.    How full the tank was?
23     A.    Correct.
24     Q.    And how did you determine when
25 you were supposed to stop?

Page 111

1                    FRANKLIN BUONO

2        A.     When the gauge was full.  It

3    showed from empty to full.

4        Q.     Did it have the words empty and

5    full?

6        A.     No.  It was just red and green.

7        Q.     So when it got to the green --

8        A.     We knew to stop.

9        Q.     You knew to stop.

10               When you were doing fire

11   extinguishers, did you have an

12   understanding other than a gauge what the

13   pressure you were supposed to be putting

14   in was?

15       A.     At the time, yes, I believe so.

16       Q.     And how did you gain that

17   understanding?

18       A.     Through Chris.

19       Q.     So as you sit here today you

20   have a recollection that Chris told you

21   we were filling the fire extinguishers to

22   X amount?

23       A.     Correct.

24       Q.     You just don't remember that X

25   amount?

1                    FRANKLIN BUONO

2        A.    Correct.  All the fire

3    extinguishers are different when it comes

4    to the exact amount.  There was a lot of

5    different sizes.

6        Q.    So when you were working on the

7    different sizes, how did you --

8        A.    The same way.

9        Q.    Just looking to see when the

10   gauge went to full?

11       A.    Correct.

12       Q.    You never asked what the

13   pressure was that was supposed to be

14   going in?

15       A.    No.

16       Q.    Did anyone ever tell you where

17   you could find what particular pressure

18   would go in a particular tank?

19       A.    I don't know.  Don't know.

20       Q.    You don't know because you

21   don't remember or --

22       A.    I don't remember.

23       Q.    Now, you said that you read

24   what the label said on the side of the

25   fire extinguisher?

1                    FRANKLIN BUONO

2        A.    I believe so.

3        Q.    But you never saw on that label

4   where it said what the pressure of the

5   tank was?

6        A.    I don't remember.  Again, a lot

7   of the tanks were different.  So to say

8   one tank, I don't know.

9        Q.    Right.  I guess I'm trying to

10  understand, did you have an understanding

11  that there was a capacity that --

12       A.    Yes.

13       Q.    -- the different tanks had?

14       A.    Yes.

15       Q.    Did you know how to determine

16  what that capacity was other than looking

17  at just the gauge when it was full?

18       A.    On the label of the tank.

19       Q.    On the label of the tank --

20       A.    Yes.

21       Q.    -- it would say?

22             What would it say?

23       A.    The capacity.

24       Q.    It would say a capacity and

25  then a number?

Page 114

1                    FRANKLIN BUONO

2        A.     Yeah.

3        Q.     And then did it have it for a

4    measurement?

5        A.     I don't know.

6        Q.     You don't remember?

7        A.     No.

8        Q.     Would you when you were filling

9    the fire extinguishers, would you look at

10   that number prior to starting to

11   pressurize it?

12       A.     No.

13       Q.     How did you come to determine

14   that this service pressure was listed on

15   the label, did someone tell you you

16   should look on there to see what the

17   service pressure is?

18       A.     I don't know.  I really don't

19   remember.  Again, I was only there for

20   about a month.

21       Q.     Okay.  That's fine if you don't

22   remember.

23       A.     I really don't.

24       Q.     Sometimes if you keep asking

25   questions it starts jogging people's

Page 115

1                    FRANKLIN BUONO

2    memory, they remember a conversation they

3    had with someone, they remember -- so

4    that's the only reason why we kind of go

5    back over some of the same issues.  It's

6    not to, like, get you to make something

7    or --

8         A.    Okay.

9         Q.    And you said that on the day of

10   the incident you looked at this

11   particular cylinder?

12        A.    Correct.

13        Q.    Was there a label on it?

14        A.    I don't believe so, no.

15        Q.    You did say that you saw, I

16   think, a date on the cylinder?

17        A.    Possibly, yeah.  Today, I

18   might've saw that after the fact.  I

19   might've seen from the pictures

20   afterwards.

21        Q.    Okay.

22        A.    I don't remember.

23        Q.    As you sit here today, do you

24   remember actually inspecting the tank for

25   any markings?

1                FRANKLIN BUONO

2       A.    I remember looking at the tank.

3  I don't remember if I saw the date on it

4  or not.

5       Q.    Do you -- as you sit here

6  today, on the date of the incident, do

7  you remember seeing some markings even if

8  you don't remember what they were?

9       A.    Yes.

10      Q.    I'm going -- if you would look

11  at Defendant's Exhibit 6, if you have it,

12  in the top two pictures OSHA has

13  identified what the different markings

14  mean.

15      A.    Okay.

16      Q.    As you sit here today, do you

17  have an understanding what those markings

18  mean?

19      A.    No.

20      Q.    And I assume at the time of the

21  incident you didn't have an understanding

22  what those markings meant?

23      A.    No.

24      Q.    Did you ever point out those

25  markings to -- oh, let me rephrase that.

```
 1              FRANKLIN BUONO
 2         Did you ever see markings
 3    similar to this on any of the fire
 4    extinguishers that you were servicing?
 5      A.    I don't believe so.  Not
 6    markings like this.  I don't think.
 7      Q.    And when I say markings like
 8    this, I don't mean these exact, I mean
 9    something stamped into the actual
10    cylinder as opposed to being on a label?
11      A.    I couldn't tell you.  I don't
12    remember.  I'm sorry.
13      Q.    That's okay.  You don't have to
14    be sorry.
15         Did you ever -- as you sit here
16    today, do you have a recollection of ever
17    asking anyone at Oprandy's what the
18    markings on the cylinders meant?
19      A.    No.
20      Q.    And as you sit here today, you
21    don't remember anyone from Oprandy's
22    pointing out markings on a cylinder to
23    you?
24      A.    No.
25      Q.    And because they didn't point
```

Page 118

1                    FRANKLIN BUONO
2  them out to you, no one ever explained
3  what the markings on the cylinder were?
4       A.    I believe so. Can you -- one
5  more time.
6       Q.    Yeah, I made the double
7  negative there, so my fault.
8            No one at Oprandy's ever
9  pointed out these marking to you and
10 therefore no one ever explained to you
11 what the markings indicated, correct?
12      A.    Correct.
13      Q.    So I want to talk a little bit
14 about -- so you and -- Ms. Stigall just
15 went into your -- kind of your background
16 with your PTSD and your depression prior
17 to the incident and because of that --
18      A.    The PTSD was after.
19      Q.    Right.  I'm sorry.  The
20 depression from before the incident and
21 then the PTSD which has occurred since?
22      A.    Yeah.
23      Q.    But while you were in the
24 hospital you actually met with a
25 psychiatrist, correct?

Page 119

```
 1              FRANKLIN BUONO
 2      A.    I don't remember.
 3      Q.    You don't remember.
 4            Do you remember a
 5   Dr. Daniels-Brady?
 6      A.    No.
 7      Q.    No?
 8      A.    I -- the very first couple days
 9   I was very heavily drugged up.
10      Q.    Well, I'm going to read you
11   some of the notes that Dr. Daniels-Brady
12   took from a conversation she says she had
13   with you on February 16th which would
14   have been four days after the incident.
15      A.    Okay.
16            MR. LEVY:  Just note my
17   objection.  Go ahead.
18      Q.    So she says that you told her
19   you were scared in the ambulance?
20      A.    Uh-huh.
21      Q.    Do you think that's an accurate
22   statement?
23      A.    Yeah, they went the wrong way.
24      Q.    Oh, that would be scary, yes.
25   Considering what you were dealing with,
```

1                     FRANKLIN BUONO

2    so, yes.

3         A.     Yeah.

4         Q.     All right.  And you had an

5    understanding that you were losing a

6    large amount of blood?

7         A.     Yep.

8         Q.     And she said that you told her

9    you weren't yet having nightmares or

10   flashbacks; would that be correct?

11        A.     Yep.

12        Q.     And she says that you told her

13   that computer programming is your

14   passion?

15        A.     I don't computer program.

16        Q.     What do you do?  She said you

17   were interested in computers.

18        A.     I work on computers.  I don't

19   program.  It's a totally different --

20        Q.     You build them?

21        A.     Yes.  I've built a few

22   computers.

23        Q.     She says that you told her you

24   enjoy a strong support from your

25   girlfriend?

Page 121

1                    FRANKLIN BUONO

2        A.      Yeah.

3        Q.      Fourteen months, and that was

4    accurate?

5        A.      Yep.

6        Q.      She -- you told her about your

7    suicide incident?

8        A.      Yep.

9        Q.      And you told her that you smoke

10   pot daily?

11       A.      I don't remember.

12       Q.      Well, would it have been

13   accurate that at the time of the incident

14   that you were smoking pot daily?

15       A.      No.  I don't remember having

16   that conversation.

17       Q.      Do you remember -- wait one

18   second, I just want to pull it up here.

19              Do you remember a nurse,

20   Cynthia Roupe?

21       A.      No.  I had 15, 20 nurses.

22       Q.      That's fine.  I'm just asking.

23   I totally understand that you don't

24   remember.

25              So would she also be mistaken

                    FRANKLIN BUONO

1

2   if she said that you stated you smoked

3   marijuana heavily, fairly heavily?

4           MR. LEVY:  Objection.

5       A.    At the time I was not smoking

6   pot heavily.  Like I said --

7       Q.    Would she also be mistaken if

8   you -- if she said that you requested

9   Marinol given that you weren't smoking

10  pot daily?

11      A.    I don't think I ever said I

12  smoked pot daily.  But I did request

13  Marinol.

14      Q.    And what did you request the

15  Marinol for?

16      A.    Pain.  Because I was in

17  excruciating pain the entire time and

18  everything made -- didn't help.

19      Q.    And what is your understanding

20  when you requested Marinol that it does?

21      A.    Pain, my stomach.

22      Q.    When you were in the hospital

23  were you also given a nicotine patch?

24      A.    Yes.

25      Q.    What was for?

```
                                        Page 123

 1                  FRANKLIN BUONO

 2        A.    Nicotine.

 3        Q.    Do you smoke?

 4        A.    No.  I was on a vaporizer.

 5        Q.    What's a vaporizer?

 6        A.    Device you use to get nicotine.

 7        Q.    How does it work?

 8        A.    You pull on it and it's a

 9   vapor.

10        Q.    How often were you vaporizing?

11        A.    Every day.

12        Q.    Once a day?

13        A.    No.  Like you'd smoke a

14   cigarette I guess.  So you take a break,

15   you'd hit the vape.

16        Q.    Did you ever vaporize with

17   marijuana?

18        A.    No.

19        Q.    Did you ever smoke marijuana

20   with Chris?

21        A.    No.

22        Q.    Did you ever smoke marijuana at

23   Oprandy's?

24        A.    No.

25        Q.    On that morning you said that
```

1              FRANKLIN BUONO
2    you were moving some tanks into Brian's
3    truck, correct?
4         A.    Correct.
5         Q.    And then Brian asked you to
6    fill a compressed gas tank?
7         A.    Correct.
8         Q.    Were you guys outside by his
9    truck when he asked you that?
10        A.    No.  We were inside.
11        Q.    So you had gone back in to get
12   more tanks to take to the truck?
13        A.    No.  I believe we were finished
14   bringing tanks in at that time.
15        Q.    Did he call it a compressed gas
16   tank?
17        A.    I don't remember.
18        Q.    You don't remember.  That was
19   just your words?
20        A.    Correct.
21        Q.    Did you tell Brian that you had
22   never done that before?
23        A.    I don't think so, no.
24        Q.    Were you worried at all that
25   you had never done that before?

Page 125

1                    FRANKLIN BUONO

2       A.     No.

3       Q.     Then why did you go get Chris?

4       A.     Because I didn't know how to do

5    it.

6       Q.     Where was Chris when you got

7    him?

8       A.     On the other side of the room

9    or outside.  I'm not sure.

10      Q.     So that's a guess, you're not

11   sure?

12      A.     Yeah, I'm not sure.

13      Q.     And you said that you were both

14   looking at the red gauge on the tank,

15   correct, when you were filling it?

16      A.     Yes.

17      Q.     And what was your understanding

18   what you were looking?

19      A.     For the gauge to move at all.

20      Q.     What was your understanding of

21   how you would know when it was full?

22      A.     The gauge would be in the green

23   area.

24             MS. MOLINEAUX:  Do you have a

25   picture of the gauge?

```
 1                  FRANKLIN BUONO
 2          MS. STIGALL:  It's the same.
 3   It's always shown from the side like
 4   that.  I have not seen any -- that is
 5   from it.  But I'm not seeing a picture
 6   where it's shown straight on is what I
 7   think you're looking for.
 8       Q.   But you didn't know what you
 9   were pressurizing -- what number you were
10   pressurizing the cylinder to?
11          MR. LEVY:  Note my objection.
12   This witness was not pressurizing the
13   tank.  And he's never testified that he
14   was pressurizing the tank.
15          MS. MOLINEAUX:  He testified
16   that he was staring at the gauge waiting
17   for it go up.
18          MR. LEVY:  Chris was taking the
19   action.  He was watching.  There's a
20   difference.
21          MS. MOLINEAUX:  Okay.
22          MR. LEVY:  I'm just making my
23   objection clear.
24       A.   Repeat the question.
25       Q.   When you were staring at the
```

1           FRANKLIN BUONO
2  gauge did you have an understanding of
3  what number you were looking for the
4  gauge to move to?
5       A.    No.
6       Q.    Did you see that the gauge had
7  numbers on it?
8       A.    Yes.
9       Q.    Did you ever ask anyone what
10  those numbers indicated?
11      A.    No.
12      Q.    But you did see the number
13  listed on the side of the fire
14  extinguishers on the label?
15      A.    Yes.
16      Q.    Did you have an understanding
17  that those numbers correlated to the
18  numbers on the gauge?
19      A.    Yes.
20      Q.    So you did have an
21  understanding?
22      A.    No.  Sorry.  Backing up.
23      Q.    No?
24      A.    No.  I don't think the gauges
25  were -- have a pressure gauge, it's just

1                    FRANKLIN BUONO

2    full or empty on fire extinguishers.

3    There's no pressure I don't think.  I

4    don't --

5         Q.    So your recollection is a fire

6    extinguisher on the gauge moved from red

7    to green but had no numbers on them?

8         A.    They weren't pressure numbers I

9    believe.  It wasn't like how much

10   pressure was in there.

11        Q.    What were the numbers, do you

12   remember?

13        A.    No.

14        Q.    Do you recall whether there

15   were numbers on the cylinder that day,

16   the day of the incident?

17        A.    No.

18        Q.    No, there were no numbers or

19   no, you don't remember?

20        A.    I don't remember.

21        Q.    So you said you're interested

22   in building computers?

23        A.    Yes.

24        Q.    Not programing?

25        A.    I'm interested in programing.

```
 1              FRANKLIN BUONO
 2   I would like to learn how to program.
 3        Q.   Do you do any of that as, like,
 4   a hobby today, building or programming?
 5        A.   No.  I built computer -- two
 6   computers.  But that's just, you know,
 7   that's built.
 8        Q.   How did you learn how to build
 9   computers?
10        A.   Myself.
11        Q.   Where did you go to learn?
12        A.   I would just take computer --
13   old computers apart that I had and put
14   them back together, YouTube.
15        Q.   When did you start doing that?
16        A.   When I was 19 or 20.
17        Q.   What is your understanding of
18   what type of training or schooling you'll
19   need to get into a job building computers
20   or programming computers?  I mean, do you
21   have a plan for what kind of training or
22   schooling you're going to pursue?
23        A.   I'm not sure yet.
24        Q.   Would it be vocational training
25   or more college courses, do you --
```

1                    FRANKLIN BUONO
2        A.    I haven't figured it out yet.
3        Q.    Is that because you haven't
4   really looked into it?
5        A.    I've kind of looked into it.
6   I'm just waiting for -- just real life to
7   settle down.
8        Q.    Okay.
9              Now, I think you testified that
10  you had never used the Poseidon system
11  prior to this day?
12       A.    Correct.
13       Q.    Had you ever seen Chris using
14  the Poseidon system?
15       A.    Yes.  I saw him use it once,
16  like, passing by.
17       Q.    And did you ask him why you
18  guys were using the Poseidon system that
19  day?
20       A.    No.
21       Q.    Were you --
22       A.    I was not using it, he was.
23       Q.    Right.  I guess why he was
24  using the Poseidon system as opposed to
25  the other filling system?

Page 131

1            FRANKLIN BUONO

2     A.    That was -- no.

3     Q.    You didn't ask him that?

4     A.    No.

5     Q.    When you first started the job,

6   the first day, the second day, did anyone

7   take you around the shop and show you the

8   different areas?

9     A.    Probably.  I don't remember.

10    Q.    You don't remember that?

11    A.    No.

12    Q.    And you understood when you

13  were filling cylinders that there was a

14  danger in over pressurization, correct?

15         MR. LEVY:  Objection.

16    A.    Fire extinguishers?

17    Q.    Any cylinder.  When you're

18  using compressed air you understood that

19  there was a danger in over

20  pressurization?

21    A.    No.

22    Q.    Earlier when Ms. Stigall asked

23  that question you said yes, you

24  understood that there was a danger in

25  over pressurization?

1                    FRANKLIN BUONO

2       A.    Yes.  But not to, like, the

3   difference between a fire extinguisher

4   and the actual compressed air.  I just

5   want that to be clear, but, yes.

6       Q.    I'm sorry.  I didn't

7   understand.

8       A.    The difference between an

9   actual fire extinguisher that I worked on

10  and the air compression is different,

11  but, yes.

12      Q.    What's the difference?

13      A.    One isn't filled, like, barely

14  with any compressed air and one is only

15  compressed air.  And I've learned all

16  this afterwards through OSHA reports.

17      Q.    So when you say one is filled

18  with barely any compressed air, which one

19  is filled with barely any compressed air?

20      A.    The fire extinguisher.

21            MR. LEVY:  That's why I was

22  objecting earlier to two processes that

23  were going on.

24      A.    Because there's two different

25  -- I never worked on the bigger tanks.  I

```
 1              FRANKLIN BUONO
 2   only worked on fire extinguishers and dry
 3   chemicals.
 4        Q.    I understand that.
 5        A.    Okay.
 6        Q.    I understand that.  I know that
 7   there's different tanks.
 8              Do you understand the
 9   difference between a fire suppression
10   system and a fire extinguisher?
11        A.    Yes.
12        Q.    I am just -- I want to know if
13   you were working with compressed gas at
14   this place you had an understanding that
15   there was danger in over pressurizing?
16        A.    Yes.
17        Q.    Whether it be a cylinder filled
18   with compress air or whether it be a fire
19   extinguisher?
20        A.    No.
21        Q.    No.  You didn't have an
22   understanding that you could over
23   pressurize a fire extinguisher?
24        A.    No.  I knew I could over
25   pressurize a fire extinguisher, yes.
```

1                    FRANKLIN BUONO

2      Q.    What would happen if you over

3  pressurized?

4      A.    The -- it would shoot chemicals

5  all over the place.

6      Q.    And that was the only danger?

7      A.    That I knew of, yes.

8      Q.    If you didn't have an

9  understanding that there was a danger in

10  over pressurization, what were you

11  looking for the cylinder to warn you of

12  when you were reading the label?

13      A.    I knew that I could over

14  pressurize the fire extinguishers.

15      Q.    Right.  And the danger of that

16  was just that it would shoot chemicals?

17      A.    Yeah.

18      Q.    So what were you looking for

19  the warning labels to say if there was no

20  other danger?

21            MR. LEVY:  Now you're talking

22  about on the day of the incident?

23            MS. MOLINEAUX:  No.  He just

24  said that when he was filling fire

25  extinguishers he would read the label on

Page 135

1                    FRANKLIN BUONO
2    the side.
3        A.    Sometimes I looked -- yes, I
4    looked at the labels, yes, yeah.
5        Q.    And did you ever read any
6    warnings on those labels?
7        A.    I don't remember.  If I did I
8    don't remember what they said.
9        Q.    But if the only danger of over
10   pressurizing was shooting of chemicals,
11   why you did you feel it was necessary to
12   look for a warning label?
13                MR. LEVY:  On which --
14       A.    I just look for labels in
15   general.  It wasn't a warning label to be
16   exact.  There's just a huge label on the
17   fire extinguisher that talks about
18   whatever.
19       Q.    What does it talk about?
20       A.    I don't know.  Not to mention
21   all the fire extinguishers are different
22   so I couldn't tell you from one to the
23   other what the exact one said.  I
24   couldn't even remember a half a line.
25       Q.    I'm not asking for the cylinder

```
 1              FRANKLIN BUONO
 2   on the day of.
 3      A.    I know, you're talking fire
 4   extinguishers in general.
 5      Q.    Yes.
 6      A.    Yeah.
 7      Q.    What do you remember they
 8   warned you about?
 9      A.    I don't remember anything on
10   the labels.
11           MS. MOLINEAUX:  I'll look
12   through my notes.  If you have some -- do
13   you have some questions?
14   BY MS. STIGALL:
15      Q.    I am looking at -- I was
16   looking over your medical records and a
17   note that in June 13, 2016, you had a
18   urine drug screen that showed a cocaine
19   metabolite which indicates the use of --
20   basically indicates the use of cocaine.
21      A.    Yes.  And I talked to that
22   doctor and he said that my weed was
23   probably laced.
24           MR. LEVY:  His weed was --
25           THE WITNESS:  Probably laced.
```

Page 137

1                    FRANKLIN BUONO

2            MR. LEVY:  Probably laced.

3      Q.    And you understand that you

4   also tested positive for morphine but

5   were not being prescribed morphine at

6   that time, did you understand?

7      A.    No.  The doctor said that

8   that's normal for that to show up.

9      Q.    It's normal?

10     A.    Not morphine.  It wasn't

11  morphine.  It was -- whatever painkiller

12  I was being prescribed.

13     Q.    So you tested positive for

14  codeine and morphine but you're telling

15  me that that was normal?

16     A.    No.  Codeine?

17     Q.    I'm just reading from the

18  report.

19            Did you ever get any kind of

20  explanation about why you tested positive

21  for morphine?

22     A.    No.

23            MR. LEVY:  This is in 2013

24  you're saying?

25            MS. STIGALL:  No.  This is in

```
 1              FRANKLIN BUONO
 2   2016, June of 2016.
 3       A.    No.
 4       Q.    But you did get an explanation
 5   about testing positive for cocaine?
 6       A.    Correct.
 7       Q.    And that was that somebody had
 8   slipped --
 9       A.    It's possible that they laced
10   my weed, yeah.  Because I wasn't taking
11   any cocaine.
12       Q.    In June of 2016 how often were
13   you smoking pot?
14       A.    I don't remember.  I don't
15   remember.  Probably a good amount.  I
16   don't know.
17       Q.    Let me just look through a few
18   of my notes.  I had something else in my
19   head a minute ago.  We're almost finished
20   here.
21            How much -- you said the fire
22   extinguishers didn't hold as much
23   compressed air?
24       A.    Correct.
25       Q.    What was the PSI range of the
```

1                     FRANKLIN BUONO

2     fire extinguishers?

3          A.    I cannot tell you.  I do not

4     remember.

5          Q.    But you know that it -- how do

6     you know that it was less than what was

7     in this cylinder?

8          A.    Because --

9               MR. LEVY:  Note my objection to

10    the form.

11         Q.    Well, I'm just trying to --

12    you're saying that it had less compressed

13    air but somehow you're saying that this

14    cylinder had a higher level?

15         A.    It's just by looking at it.

16    The cylinder that we used was a cylinder

17    three times as big as any fire

18    extinguishers we had on top of -- I

19    wasn't filling the tank -- on top of the

20    -- yeah.

21         Q.    So since it was --

22         A.    Fire extinguishers are

23    half-filled with chemicals, more than

24    half.

25         Q.    So it's your understanding if

1              FRANKLIN BUONO
2    they're half-filled with chemicals then
3    the pressure is lower?
4         A.    Correct.
5         Q.    And you were thinking that
6    because this was a bigger tank it had a
7    higher pressure to it?
8         A.    Correct.
9         Q.    Sitting here today could you
10   tell me what that pressure was?
11        A.    No idea.
12        Q.    On the day when this incident
13   occurred, when you were there and in the
14   room with the cylinder, did you know what
15   level of pressure that cylinder could
16   hold?
17        A.    That one, no.
18        Q.    Did you, on the day of the
19   incident, know what pressure the Poseidon
20   air system could deliver, how much
21   pressure it could push out?
22        A.    No.
23        Q.    Did you know what the flow rate
24   was of the air going into the cylinder
25   that day?

Page 141

1                        FRANKLIN BUONO

2        A.     No.

3        Q.     Did you ask anybody?

4        A.     I found out from the OSHA

5   report I believe.

6        Q.     What the pressure was?

7        A.     Yeah.

8        Q.     Do you understand from the OSHA

9   report that OSHA determined there was

10  nothing wrong with the tank?

11             MR. LEVY:   I'm going to object.

12       Q.     Did you see that in the OSHA

13  report?

14       A.     No.

15       Q.     Do you understand that OSHA

16  concluded that the tank was over

17  pressurized to the extent that it

18  ruptured?

19       A.     Yes.

20       Q.     Thank you.

21             MS. MOLINEAUX:   Just give me a

22  second.   Why don't we take five minutes.

23             THE VIDEOGRAPHER:   The time is

24  1:59 and we are going off the record.

25             [Discussion held off the

Page 142

1                    FRANKLIN BUONO
2    record.]
3              THE VIDEOGRAPHER:   The time is
4    2:01 and we are back on the record.
5    BY MS. STIGALL:
6         Q.    You're the plaintiff in the
7    present action, correct, the person
8    bringing the action?
9         A.    Correct.
10        Q.    And I note to you that in
11   Paragraph 49 of the complaint it states
12   that on or about the 12th day of February
13   2016 while the plaintiff was operating
14   the Poseidon air cascade system,
15   attempting to fill a fire extinguisher
16   cylinder tank, the tank exploded, thereby
17   causing the plaintiff to sustain severe
18   and serious injuries.
19              That paragraph said you were
20   operating the air cascade system and
21   attempting to fill the tank, is it your
22   testimony today that you weren't doing
23   that?
24        A.    No.   I was not doing that.   I
25   was not filling the tank at all.   Never

1                FRANKLIN BUONO

2    put hands on the tank.

3        Q.    Well, I thought -- so you

4    didn't carry the tank in you don't think?

5        A.    Yes, I carry -- we moved the

6    tank, roll the tank into -- we don't

7    carry it.  You roll it in there and then

8    that's the most I had of it.

9        Q.    So it's your testimony here

10   today that you were not operating the air

11   cascade system?

12       A.    Correct.

13       Q.    And it's your testimony here

14   today that you were not attempting to

15   fill a fire extinguisher cylinder tank?

16       A.    Correct.

17             MS. STIGALL:  Thank you.  I

18   don't have anything else.

19   BY MS. MOLINEAUX:

20       Q.    Is it your claim that because

21   the tank ruptured it was defective?

22       A.    I don't know.

23       Q.    Well, you're bringing the

24   action.

25       A.    Yes.

Page 144

1                 FRANKLIN BUONO

2       Q.    So I'm trying to get your

3    understanding of why you brought an

4    action against my client.

5                 MR. LEVY:  Well, note my

6    objection.  It's a illegal basis for the

7    lawsuit.  It's something for his attorney

8    not for him.

9       A.    Repeat your question.

10                MR. LEVY:  You can answer the

11   question if you know.

12      Q.    Is it your position that

13   because the tank ruptured it must have

14   been defective?

15      A.    I don't know.

16      Q.    Well, it's a yes-or-no

17   question.

18                MR. LEVY:  Well, he's answered

19   it.

20      Q.    Do you understand that you're

21   the person in this case making

22   allegations, correct?

23      A.    Correct.

24      Q.    You have submitted to the court

25   what's called a complaint?

1                     FRANKLIN BUONO

2       A.     Correct.

3       Q.     And in that complaint you have

4   made certain claims; is that correct?

5       A.     Correct.

6       Q.     One of those claims is that my

7   client's tank was defective, do you

8   understand that?

9       A.     Yes.

10      Q.     And is it your position that

11  the fact that it ruptured shows that it's

12  defective?

13           MR. LEVY:  Asked and answered.

14      A.     I don't know.

15           MS. MOLINEAUX:  Sandy?

16           MS. STIGALL:  No.

17           MS. MOLINEAUX:  Okay.

18           MR. LEVY:  Thank you.  I have

19  no questions.

20           THE VIDEOGRAPHER:  We are off

21  the record at 2:05 p.m. and this

22  concludes today's testimony given by

23  Franklin Buono.

24           The total number of Media Units

25  used is two and it will be retained by

1             FRANKLIN BUONO

2   Veritext Midwest.

3         (Time noted:   2:05 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1
2                    I N D E X
3
     WITNESS       EXAMINATION BY    PAGE
4
     FRANKLIN
5    BUONO         MS. STIGALL        6, 137, 142
                   MS. MOLINEAUX      107, 143
6
7
                  E X H I B I T S
8
     DEFENDANT'S DESCRIPTION            PAGE
9
     Exhibit 1   OSHA statement         12
10
     Exhibit 2   Plaintiff's
11               Rule 26(a)(1)
                 Disclosures            20
12
     Exhibit 3   Plaintiff's
13               Response to
                 Defendant's Request
14               To Produce            40
15   Exhibit 4   Four photographs      55
16   Exhibit 5   Photograph            71
17   Exhibit 6   Photograph            71
18   Exhibit 7   Photograph            74
19   Exhibit 8   Photograph            55
20   Exhibit 9   Photograph            55
21
                    REQUESTS
22
              Page              Line
23
               15               24
24
25
```

Page 148

1

2                    CERTIFICATION

3

4        I, Karen Morales, a Notary Public for

5    and within the State of New York, do

6    hereby certify:

7        That the witness whose testimony as

8    herein set forth, was duly sworn by me;

9    and that the within transcript is a true

10   record of the testimony given by said

11   witness.

12       I further certify that I am not

13   related to any of the parties to this

14   action by blood or marriage, and that I

15   am in no way interested in the outcome of

16   this matter.

17       IN WITNESS WHEREOF, I have hereunto

18   set my hand this 1st day of May, 2018.

19

20                _Karen Morales_

21            KAREN MORALES

22

23

                        *       *       *

24

25

**[& - air]**                                                                                    Page 1

| & | | |
|---|---|---|
| **&**   2:4,9,15 | | |

**0**

**05915**   1:7 4:22

**1**

**1**   4:15 11:20 12:10
12:13 20:4,14
92:19 93:8 147:9
147:11
**1/17/2018**   97:7
**10**   48:14 95:14,14
**107**   147:5
**10924**   14:14
**10:24**   1:15
**10:25**   4:5
**10:34**   12:4
**10:38**   12:8
**10:47**   19:15
**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**   18:20
**1111**   2:5
**11:00**   19:25
**12**   147:9
**12551**   2:6
**1279**   1:13 2:5 4:24
**12:20**   92:18
**12th**   142:12
**13**   136:17
**131**   14:13
**137**   147:5
**14**   18:15
**142**   147:5
**143**   147:5
**15**   41:18,18 77:12
121:21 147:23
**16th**   119:13
**17**   41:18
**1716**   63:10
**1717**   95:21
**18**   41:19

**19**   41:24 129:16
**1992**   18:15
**1:06**   93:4
**1:17**   1:7 4:22
**1:59**   141:24
**1st**   98:20 148:18

**2**

**2**   19:7,19 20:3
76:5 93:5 147:10
**20**   41:24 95:14,14
101:4 102:2,21
121:21 129:16
147:11
**2013**   137:23
**2016**   136:17 138:2
138:2,12 142:13
**2018**   1:14 4:5 97:6
148:18
**207**   19:5
**21**   101:4 102:3,21
**2121**   2:11
**23**   102:6,22
**24**   10:22,25 11:4
147:23
**25**   20:14 54:3
**2555**   2:17
**258**   19:5
**26**   20:4,17 147:11
**2:01**   142:4
**2:05**   145:21 146:3

**3**

**3**   19:19 40:20 97:5
147:12
**30**   1:14 4:5 54:3
**300**   1:13 2:5 4:24
**31**   20:17
**35**   24:7

| 4 | | |
|---|---|---|

**4**   19:22 55:23 57:9
57:12,20 69:18
70:5,21 84:12
147:15
**40**   147:14
**403**   19:5
**48**   45:22
**49**   142:11

**5**

**5**   71:16,25 72:4
147:16
**55**   147:15,19,20

**6**

**6**   71:17,18 72:4,21
77:17,23 116:11
147:5,17
**64108**   2:17

**7**

**7**   74:23,25 75:13
77:4 147:18
**71**   147:16,17
**74**   147:18

**8**

**8**   55:24 57:3,7
147:19
**875**   2:11

**9**

**9**   19:23 55:24 56:8
56:13 61:25 69:14
147:20
**911**   90:3,3,4 91:7
**94596**   2:12
**9:00**   67:16

**a**

**a.m.**   1:15 4:5
19:25

**ability**   9:20,23
**able**   65:22,23
104:5,9 105:9,12
**accident**   16:22
22:14 94:21
**accuracy**   86:16
**accurate**   55:12
119:21 121:4,13
**accurately**   87:5
**action**   1:18 5:8
21:11 22:12
126:19 142:7,8
143:24 144:4
148:14
**activity**   53:14
**actual**   73:11 117:9
132:4,9
**add**   30:17,22
104:20
**additional**   20:21
**address**   14:12
**advisement**   16:8
**affect**   9:19,22
**affiliations**   5:11
**agent**   54:21 61:18
93:14,23 94:10
109:25 110:8
**ages**   41:16
**ago**   25:18 37:10
96:24 98:11
138:19
**agree**   4:14 106:3
**agreed**   3:3,9,13
**ahead**   8:18 9:12
56:16 59:14 70:23
92:15 119:17
**air**   1:8,9 4:19
49:23 50:25 52:11
57:10,23,24 70:11
74:2,12 76:2,7,10
76:20 77:5,7

81:25 84:21 95:20
96:3 131:18 132:4
132:10,14,15,18
132:19 133:18
138:23 139:13
140:20,24 142:14
142:20 143:10
**al** 4:19
**alana** 30:19
**alcohol** 9:18
**alicia** 14:8,9
**allegations** 144:22
**allen** 29:12,18
**allowed** 44:10
**ambulance** 43:3
43:12,21 44:3
45:20 92:11,13
119:19
**ambulances** 42:23
**amount** 111:22,25
112:4 120:6
138:15
**anderman** 17:25
18:5
**ansul** 1:9 2:16
5:19
**answer** 8:6,19,22
9:12,20 42:18,21
62:7 72:14 144:10
**answered** 144:18
145:13
**answering** 47:19
**antiacidic** 10:11
**antidepressant**
9:21,25
**antidepressants**
100:11 103:3,6
**anybody** 16:21
22:24 141:3
**apart** 55:2 61:7
109:11 129:13

**apologize** 102:14
102:16
**appear** 75:13
**appearance** 5:14
**appearances** 2:2
5:11
**appearing** 5:18
**applied** 105:24
**applying** 107:24
108:18
**appointment**
96:22,25 97:12,15
98:3,10
**appointments**
98:2,6
**april** 1:14 4:5
**area** 56:18,22
78:14 93:9 125:23
**areas** 131:8
**arguing** 35:7,13
**argument** 34:17
34:21 35:3
**arlene** 27:13 28:25
83:10
**armed** 38:15
**arranged** 86:13
**arrow** 77:22 78:2
78:8,20
**arrows** 78:19
**asked** 67:21,24
68:10,23,25 69:21
70:2 80:13 99:17
112:12 124:5,9
131:22 145:13
**asking** 8:16 60:9
65:12 74:7 86:24
87:23 106:6 110:6
114:24 117:17
121:22 135:25
**asks** 18:2

**aspirino** 97:7
**assist** 90:8
**assistant** 23:6
**association** 106:13
**assume** 39:2
116:20
**assuming** 46:23
**attached** 52:12
**attempt** 101:7
**attempted** 70:9
71:14 76:13
100:23 102:20
103:24
**attempting** 142:15
142:21 143:14
**attorney** 5:15,16
15:22 16:10 17:19
106:21 144:7
**attorneys** 2:4,9,15
**audio** 4:11,12
**auto** 1:8,8
**automobile** 94:20
**avenue** 48:23
**avoid** 63:2,7,16,22
65:16
**aware** 80:13

**b**

**b** 1:9 6:9,24 37:24
49:3 147:7
**back** 12:8 19:25
20:8 43:18 55:2
56:5,12 63:6
67:25 76:11 90:4
91:8 93:4 102:15
104:16 105:13
115:5 124:11
129:14 142:4
**background** 35:21
118:15
**backing** 127:22

**bacon** 2:15
**bad** 98:13 105:2
**barely** 132:13,18
132:19
**basically** 28:3 59:2
136:20
**basis** 144:6
**baxter's** 48:24
49:2
**beginning** 5:14
7:17,21 93:5
**behalf** 6:4
**believe** 10:3,5
13:25 15:14 20:24
22:22 31:7 37:23
38:3 41:18,24
44:21,25 47:23
48:20 51:18 59:7
63:24 66:19 67:20
68:17 72:12 73:19
81:19 83:7,9,19
85:13 88:18 89:9
89:14 90:7 91:18
91:22 93:8,19
96:16,23 100:6
101:4,14 103:11
103:19 109:5
111:15 113:2
115:14 117:5
118:4 124:13
128:9 141:5
**belonged** 38:7
**belt** 84:10
**bench** 56:12
**benefits** 17:14
**bicycle** 52:22
**big** 139:17
**bigger** 132:25
140:6
**bike** 52:16

**birth** 18:14
**bit** 11:12 40:18
  57:11 68:2 70:16
  84:25 95:23 107:8
  118:13
**bits** 55:10
**black** 84:15
**blisters** 15:19
  104:19,24 105:2
**blood** 120:6
  148:14
**boces** 37:23
**body** 95:7
**bone** 104:21
**born** 18:16
**bottom** 72:25 76:4
  77:4,16 95:22
**boulevard** 2:11,17
**bowles** 2:9
**bowling** 52:17,19
**box** 2:5
**bradberry** 101:20
**brady** 119:5,11
**branch** 17:24
**break** 9:7,10,13
  91:3 92:15 102:16
  123:14
**brian** 27:5,17,24
  29:9,10 31:19
  60:20,23 61:11,12
  68:7,9,20 69:20
  83:9,17 84:9
  89:23,24 91:16
  107:16 124:5,21
**brian's** 27:11
  67:20 124:2
**bringing** 124:14
  142:8 143:23
**brochures** 52:3
**broken** 44:24

**brothers** 30:24
**brought** 44:5,19
  45:9 67:25 144:3
**build** 120:20 129:8
**building** 37:20
  128:22 129:4,19
**built** 120:21 129:5
  129:7
**bunch** 44:20
**buono** 1:5,17 4:17
  4:18 6:4,17,18,19
  6:20 7:1,4 8:1 9:1
  10:1 11:1 12:1,12
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1,2 21:1
  22:1 23:1,24 24:1
  24:2 25:1 26:1,9
  27:1 28:1 29:1
  30:1,19 31:1,3
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1
  53:1 54:1 55:1
  56:1 57:1 58:1
  59:1 60:1 61:1
  62:1 63:1 64:1
  65:1 66:1 67:1
  68:1 69:1 70:1
  71:1 72:1 73:1
  74:1 75:1 76:1
  77:1 78:1 79:1
  80:1 81:1 82:1
  83:1 84:1 85:1
  86:1 87:1 88:1
  89:1 90:1 91:1
  92:1 93:1,7 94:1

95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1,3 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1,23 146:1
147:5
**business** 37:2

**c**

**c** 13:13,13,14,14
  13:15,16 31:4
  37:25
**cage** 66:11,13,16
  66:20,25 67:4,8
**california** 2:10,11
  2:12
**call** 90:3 91:7
  109:3 124:15
**called** 79:3 84:8
  90:3,4 144:25
**calls** 29:6
**capacity** 113:11
  113:16,23,24
**car** 101:9
**care** 40:11 49:17
  107:25
**carry** 143:4,5,7
**cars** 45:21

**cascade** 50:3
  52:12 142:14,20
  143:11
**case** 1:7 4:21 11:8
  16:12 17:10,16
  21:4 26:14 68:13
  144:21
**cashier** 41:22
**caused** 24:21 25:8
  25:16 32:23 84:4
**causes** 104:18
**causing** 142:17
**celexa** 103:16,18
  103:20
**cell** 4:9
**cellular** 4:8
**certain** 145:4
**certification** 3:6
  148:2
**certifications** 38:5
**certify** 148:6,12
**chance** 19:9
**changed** 44:20
**charge** 38:21
**charged** 38:23
**check** 90:11,14
**chem** 56:10
**chemical** 63:25
  65:25
**chemicals** 84:5
  133:3 134:4,16
  135:10 139:23
  140:2
**chihuahuas** 40:13
**children** 38:12
**chris** 27:7 28:13
  28:16 32:19 33:2
  34:3,6,8,18 35:7
  35:12 54:10,25
  55:8 59:2 61:7
  64:8 67:24 68:25

69:22 70:2,7 75:5
75:7,23 76:6,13
78:12,15 79:19
80:6,21,24 81:4,16
83:9,17,20 84:13
84:19,23,25 85:21
86:22 87:8,10,17
87:21 88:4,5,6,9
88:14,16,18,24
89:3,7,12,23 90:14
92:4 95:19,25
96:3 101:19
109:10 111:18,20
123:20 125:3,6
126:18 130:13
**chris's** 85:9 86:9
**christopher** 21:23
22:24 24:6,8,12,16
24:21 25:7,15,23
26:10 32:4,7,11
34:22 35:2 54:12
61:16 70:18
**cigarette** 123:14
**circle** 56:19,20
70:24 78:14 93:8
**city** 2:17
**civil** 1:23 11:8
**claim** 17:20 94:19
143:20
**claims** 20:12,22
21:4,10 26:13
30:15 145:4,6
**clarification** 18:3
**clarify** 25:22
102:17
**clarity** 70:25
72:15
**class** 37:8,14
**clean** 109:19,24
**cleaned** 41:12

**cleanings** 15:18
**clear** 54:11 80:18
126:23 132:5
**client** 144:4
**client's** 145:7
**close** 30:6 88:20
**closed** 42:5
**closer** 77:13
**closest** 31:16
86:20 87:6
**clowes** 48:23
**co2** 62:19 67:21
**cocaine** 136:18,20
138:5,11
**coch** 97:3
**codeine** 137:14,16
**collapsed** 84:3
**college** 35:25 36:2
36:17,18,20
129:25
**come** 25:23 29:7
71:4 90:21 91:8
91:16,20 100:7,21
114:13
**comes** 112:3
**coming** 48:9 62:12
64:2 66:2
**commit** 7:11 101:8
**community** 36:19
44:10
**comp** 17:20
**company** 41:5
**compensation**
17:10,14
**complaint** 142:11
144:25 145:3
**complete** 6:21
36:3,11 37:13,16
70:25
**completed** 35:24
35:25

**completely** 55:13
**compress** 133:18
**compressed** 48:7
48:11 50:25 54:17
54:22 61:18 67:21
67:22 68:10 93:14
93:23 94:9 106:4
106:13 108:19
124:6,15 131:18
132:4,14,15,18,19
133:13 138:23
139:12
**compression**
132:10
**compressor** 49:23
50:4 52:11 71:3
75:6
**computer** 37:7,13
40:5,6 120:13,15
129:5,12
**computers** 105:14
105:19 120:17,18
120:22 128:22
129:6,9,13,19,20
**concentrating**
99:11,21 100:16
**concerning** 26:18
48:11 60:17
**concluded** 141:16
**concludes** 145:22
**condition** 24:2
**confused** 44:8
**confusing** 64:20
**connected** 50:3
**consciousness**
92:2,4
**considering**
119:25
**contact** 31:8,10,19
31:22,25

**contacted** 25:3
**contents** 55:15
59:20
**continue** 4:13
11:22 36:24 68:3
**continued** 10:19
**conversation** 8:15
14:5 115:2 119:12
121:16
**conversations** 4:8
**convictions** 38:18
**copy** 19:8
**corner** 57:12,19
85:24 87:17
**corporation** 42:15
**correct** 7:12,16
10:13,17 17:11,12
24:15 28:23 31:11
32:5,19,20 35:19
37:12 42:6,9 43:4
44:15 45:4,16,18
45:25 46:3,23
47:2 48:19 49:4,7
51:20,21 54:13
56:13,14 58:23
59:4,23 60:4 61:9
62:2,5,13,14 63:5
63:21 66:12 68:8
68:11,14 69:15,19
69:24 70:3 72:18
73:3 75:11,19
76:3,15 81:5,6
83:18,22 85:24
93:11 96:8 97:18
102:6,7 103:14
106:18 109:15,19
110:12,20,21,23
111:23 112:2,11
115:12 118:11,12
118:25 120:10
124:3,4,7,20

125:15 130:12
131:14 138:6,24
140:4,8 142:7,9
143:12,16 144:22
144:23 145:2,4,5
**correctly** 95:18
**correlated** 127:17
**counsel** 3:4 4:17
5:9 32:10
**county** 36:19
**couple** 25:3 33:16
33:20 42:8 44:14
46:21,21,22 47:23
48:4 55:20 88:4
88:22 119:8
**course** 8:3 15:3
**courses** 59:6
129:25
**court** 1:2 3:17
4:20 5:4,24 6:6
7:8 8:2,5 144:24
**crawled** 84:8
**creating** 85:15
**creek** 2:12
**crime** 38:24
**criminal** 36:22
38:21
**currently** 17:13
**cv** 1:7 4:22
**cvs** 48:23
**cylinder** 11:10
16:25 64:4 66:5
67:7,23 68:12
69:6,13,16 76:7
79:16 81:22 95:12
96:6,14,15 107:6
115:11,16 117:10
117:22 118:3
126:10 128:15
131:17 133:17
134:11 135:25

139:7,14,16,16
140:14,15,24
142:16 143:15
**cylinders** 54:16
82:5 117:18
131:13
**cymbalta** 10:3,6
103:15,17,21
**cynthia** 121:20

**d**

**d** 1:9 147:2
**dad** 53:24
**dad's** 41:5
**daily** 15:18 121:10
121:14 122:10,12
**danger** 64:3 66:4
131:14,19,24
133:15 134:6,9,15
134:20 135:9
**dangerous** 108:13
108:20
**daniels** 119:5,11
**date** 12:11 18:13
19:20,23 81:19
101:2 105:25
115:16 116:3,6
**daughter's** 31:5
**david** 5:2
**day** 22:21 24:4
26:19 34:18 53:19
67:6,11 73:18
75:15,21 76:7
80:11 82:24 83:5
115:9 123:11,12
128:15,16 130:11
130:19 131:6,6
134:22 136:2
140:12,18,25
142:12 148:18
**days** 25:3 109:7
119:8,14

**dealing** 37:3
119:25
**death** 32:24
**deceased** 32:19
**defective** 143:21
144:14 145:7,12
**defendant** 2:9
**defendant's** 12:10
12:13 19:19,22
20:3 40:19 55:22
55:24 56:8,13
57:2,7,11,13,19
61:24 69:14,18
70:5,21 71:16,18
71:25 72:4,21
74:23,25 75:12
76:5 77:17,23
84:11 93:7 116:11
147:8,13
**defendants** 1:11
2:15 4:17 26:4,11
**deliver** 140:20
**delivered** 28:2,8
83:3
**department** 20:18
26:9 29:15
**deposition** 1:17
3:7,14 4:11,16,22
7:5,21 11:13,15,20
12:16,25 13:5
103:13
**depression** 100:20
118:16,20
**dermal** 97:8
**describe** 41:2
95:10
**description** 147:8
**design** 50:14,20
**desk** 27:8 28:22
**determine** 110:16
110:24 113:15

114:13
**determined** 141:9
**device** 123:6
**diagram** 78:2
**dial** 65:23 89:5
**died** 32:21
**difference** 126:20
132:3,8,12 133:9
**different** 15:16,16
15:17 59:16,18
64:20 65:8,8
82:19 112:3,5,7
113:7,13 116:13
120:19 131:8
132:10,24 133:7
135:21
**difficult** 27:15
91:4
**discharge** 55:14
**disclosure** 20:11
82:21
**disclosures** 20:5
147:11
**discussion** 12:5
19:16 141:25
**discussions** 22:6
25:6
**distance** 80:9
**district** 1:2,3 4:20
4:21
**doctor** 96:22
136:22 137:7
**doctors** 20:15 26:7
49:12 97:25
**document** 12:9
20:5
**documentation**
58:15
**documents** 15:5
19:18 52:4,6

**dogs** 40:11,12 52:18
**doing** 11:19 24:19 58:16,21 63:14 79:5 86:3 109:17 111:10 129:15 142:22,24
**donuts** 41:20,21 42:2,24 44:13,17 46:7,9,14,22 47:4 47:14,17
**door** 84:8 91:13,15
**doorway** 90:22
**dosage** 10:4
**double** 118:6
**dr** 49:19 97:7 119:5,11
**draw** 77:22 78:6,8 87:11,13
**drive** 39:13,14,18 44:11 52:20
**driver's** 18:21 19:2
**driving** 43:3 44:2
**drop** 38:2
**dropped** 37:4
**drove** 42:23 43:21 44:6
**drug** 9:18 11:4 136:18
**drugged** 25:4,18 25:21 119:9
**drugs** 33:3,6,11 34:12 35:13
**dry** 133:2
**duck** 101:10
**due** 105:16
**duly** 6:11 148:8
**dunkin** 41:20,21 42:2,24 44:13,16 46:7,9,14,22 47:4

47:13,17

**e**

**e** 13:13,14,15,16 14:8 31:4 37:25 43:12 49:3 92:25 92:25 147:2,7
**earlier** 20:25 82:18 131:22 132:22
**education** 35:24
**educational** 35:21
**effect** 3:16
**either** 103:16
**elapsed** 77:2,6
**else's** 21:6
**emergency** 44:2
**emily** 13:8,11,18 14:9 15:14 20:25 23:18,19 26:9 31:17 39:23 40:15
**employed** 41:4 46:25 48:3
**employee** 34:25 35:6 83:16 107:11
**employees** 26:4,10 26:11 82:19,23 106:5
**employer** 26:6,23
**employment** 40:17 41:2,8 42:11 43:8 48:5 103:24 104:6 105:11
**empty** 111:3,4 128:2
**emt** 43:22
**encircling** 56:22
**engaged** 105:17
**enjoy** 120:24
**entire** 122:17
**entitled** 1:18

**entity** 94:20
**equipment** 42:14 45:2,12 46:15
**esq** 2:7,13,18
**estimate** 77:11 84:17 104:13
**et** 4:19
**everybody** 85:18
**evidence** 85:16
**exact** 101:2 109:17 112:4 117:8 135:16,23
**exactly** 32:22
**examination** 6:13 106:24 147:3
**examine** 81:7
**examined** 6:12
**example** 8:6 16:14
**exchange** 41:4,11 46:14
**excruciating** 122:17
**exhaust** 101:10
**exhibit** 12:10,13 19:7 20:3 40:20 55:23 56:8,13 57:3,7,9,12,13,20 61:25 69:14,18 70:5,21 71:16,18 71:25 72:20,21 74:23,25 75:13 76:5 77:17,23 84:12 93:8 116:11 147:9,10,12,15,16 147:17,18,19,20
**exhibits** 19:19,22 55:24 69:6
**expand** 52:2
**expect** 13:20 21:9 97:23 105:4,5,21

**expectation** 104:5
**experienced** 106:9
**experiencing** 99:3 99:5
**explain** 43:24 65:12
**explained** 118:2 118:10
**explanation** 137:20 138:4
**explode** 84:5
**exploded** 76:21 142:16
**explodes** 66:18
**explosion** 84:2,7
**extent** 141:17
**extinguisher** 55:3 55:7,15 56:3 60:7 60:13,18 61:8,17 62:21 84:14 93:18 94:9 96:7 112:25 128:6 132:3,9,20 133:10,19,23,25 135:17 142:15 143:15
**extinguishers** 28:3 28:5,9 54:21 58:12,25 59:17,19 59:21 60:2 62:19 64:11,16,24 66:24 67:19 68:6 84:4 93:11,14,22 96:12 96:18 108:2,10 109:12 111:11,21 112:3 114:9 117:4 127:14 128:2 131:16 133:2 134:14,25 135:21 136:4 138:22 139:2,18,22

**f**

**f** 6:9,23 13:13,14
  13:14 29:24,25
  30:2,2 92:25
**f&f** 42:14 43:9,14
  43:16 45:2,11
  46:8,9,15,21 47:5
  47:11,22,25
**fact** 13:4 81:3
  115:18 145:11
**fairly** 95:13 122:3
**far** 8:4 21:16
  58:24 80:8 89:10
  89:12
**fast** 53:5
**father** 36:25 52:18
**fault** 118:7
**faust** 29:12,21
**february** 119:13
  142:12
**fed** 101:10
**federal** 1:22
**feel** 9:7 85:18
  135:11
**feeling** 103:4
**feet** 84:16,18,20
  86:17,19 87:17,19
  88:4,10,22,23,23
  105:9
**felony** 38:17
**felt** 45:13
**field** 28:11
**fifteen** 23:20
**figure** 46:13 85:8
**figured** 130:2
**figures** 85:6
**filed** 4:19 11:8
**filing** 3:5
**fill** 28:4 49:5 61:17
  67:21 68:10,21,23
  69:21,23 70:9

71:15 75:14 76:13
  77:19,24 82:5
  94:8 96:7 124:6
  142:15,21 143:15
**filled** 48:23 79:15
  87:24 93:22
  132:13,17,19
  133:17 139:23
  140:2
**filling** 50:25 54:16
  54:21 57:10 64:11
  64:16 70:11 72:6
  80:5 81:25 84:14
  108:2,9 111:21
  114:8 125:15
  130:25 131:13
  134:24 139:19
  142:25
**final** 17:17
**financially** 5:8
**find** 101:15 112:17
**fine** 17:25 18:4
  87:12,14,14
  114:21 121:22
**finish** 90:23
**finished** 106:19
  124:13 138:19
**finkelstein** 2:4
  4:23 6:3 17:23
  18:8
**fire** 1:10 2:16 5:18
  5:20 7:19 20:18
  26:8 28:2,4,8
  50:16,21 51:5,10
  51:13 52:6 54:21
  55:2,7,14 56:3
  58:25 59:16,18,21
  59:25 60:7,12,18
  61:8,17 62:18
  64:11,16,23 66:23
  67:19 68:6 84:4

84:14 93:18,22
  96:7,12,18 107:25
  108:10 109:12
  111:10,21 112:2
  112:25 114:9
  117:3 127:13
  128:2,5 131:16
  132:3,9,20 133:2,9
  133:10,18,23,25
  134:14,24 135:17
  135:21 136:3
  138:21 139:2,17
  139:22 142:15
  143:15
**fired** 44:19,22
  45:17 46:2
**firefighter** 91:22
**firefighters** 91:24
**fires** 59:22 60:2
**firing** 44:18
**firm** 5:3,5
**first** 5:15 6:10,22
  15:18 20:10 25:3
  29:17 41:7 55:6
  63:12 68:16 69:5
  69:9,12 89:21,23
  91:10,19 95:24
  107:16 109:7,8
  119:8 131:5,6
**fitted** 39:17
**fitting** 75:7 77:18
  77:24
**five** 84:20 141:22
**fixed** 41:12
**flashbacks** 99:10
  120:10
**floor** 89:24
**flow** 140:23
**follow** 96:25 97:15
  98:3 106:23

**following** 20:11
  92:22
**follows** 6:12
**fonseca** 13:11
  20:25 23:18
**foot** 84:19 85:21
  89:4,11,17
**force** 3:16 105:13
**forces** 38:15
**form** 3:10 139:10
**forth** 76:11 148:8
**found** 101:17,20
  141:4
**four** 37:10 57:9,14
  84:20 119:14
  147:15
**fourteen** 121:3
**foust** 21:23 22:24
  24:6,8,12,17,21
  25:7,15,24 26:10
  32:7,12 34:3,6,8
  34:18,22 35:2,12
  54:12 61:7,16
**frame** 33:9
**frank** 6:4,17 7:2,3
**franklin** 1:5,17
  4:16,18 7:1,2 8:1
  9:1 10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1

52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1,23 146:1
147:4
**free**   9:7 39:20,21
  40:2
**freshman**   36:12
**friend**   22:10 23:10
**front**   27:8 28:22
  75:8
**full**   62:22 63:12
  66:9 96:6 110:22

111:2,3,5 112:10
113:17 125:21
128:2
**further**   3:9,13
  88:24 148:12
**furthest**   72:24

**g**

**gain**   103:24
  111:16
**gainful**   104:6
**gaining**   105:12
**games**   40:6
**gas**   48:7,11 54:17
  54:22 61:18 68:10
  93:15,23 94:9
  106:13 108:19
  110:15 124:6,15
  133:13
**gases**   106:4
**gauge**   62:21 65:24
  70:10 71:15 72:4
  72:7,9 73:10,11,12
  73:17,21,23,24
  74:2,5,7,10,11,15
  74:17 76:14,19
  96:5,11,13,15
  110:18,19 111:2
  111:12 112:10
  113:17 125:14,19
  125:22,25 126:16
  127:2,4,6,18,25
  128:6
**gauges**   127:24
**ged**   36:7,16
**general**   135:15
  136:4
**generally**   39:21
**generated**   15:5
**gentlemen**   27:6,22
  28:7,10

**george**   2:7 6:2
**getting**   104:3,13
**giant**   84:15
**girlfriend**   13:6,18
  15:14 16:15,21
  17:2 23:22 120:25
**girlfriend's**   13:7
**give**   11:7 18:13
  46:4 85:3 86:7
  102:13 141:21
**given**   7:14 46:5
  122:9,23 145:22
  148:10
**gives**   89:19
**go**   4:14 6:25 8:18
  9:12 11:23,25
  19:12 20:9 36:8
  40:17 43:18 44:7
  52:17,19 53:4,21
  53:23 54:5 56:16
  57:17 59:7,14
  69:22 70:12,23
  90:17 92:15
  112:18 115:4
  119:17 125:3
  126:17 129:11
**goes**   8:5 53:4
**going**   4:4 8:18
  11:18 12:4 13:19
  19:15 20:9 25:23
  37:2 51:16 52:2
  55:6,20,22,23,25
  56:15 71:16 74:2
  74:12 76:20 78:6
  78:19 85:3,11,23
  86:2 92:18 94:12
  94:13 95:16 105:2
  105:5 106:7
  109:13 110:20
  112:14 116:10
  119:10 129:22

132:23 140:24
141:11,24
**good**   4:3 85:18
  103:4 138:15
**goshen**   14:13
  18:17 29:14 30:3
  30:21 36:9,11,14
  48:18,23,24 49:11
**gotten**   97:21
**grabbed**   75:5,7
**graduate**   36:5,14
**grand**   2:17
**green**   111:6,7
  125:22 128:7
**ground**   84:2
**group**   48:18 49:10
**guess**   15:16,24
  32:3 44:8 77:10
  77:11 84:2 99:17
  106:16 113:9
  123:14 125:10
  130:23
**guilty**   38:20
**gun**   36:25 41:4,10
  46:14
**guns**   41:12
**guys**   124:8 130:18

**h**

**h**   6:23 147:7
**half**   96:24 135:24
  139:23,24 140:2
**halfway**   95:23
**hand**   20:2,8 62:15
  70:23 148:18
**handing**   12:12
  74:22
**handle**   75:18
**handled**   106:4
**hands**   143:2
**happen**   134:2

**happened** 15:7,19
  21:14,17 22:17,21
  24:4 25:24 26:19
  67:11 70:5 76:17
  83:23 89:22,25
  91:17,21 101:16
**hardy** 2:15
**hasidic** 44:9
**head** 8:8,9 138:19
**hear** 71:3 80:19,21
  84:6
**heard** 80:19
**heavily** 25:18,21
  119:9 122:3,3,6
**held** 1:19 4:23
  12:5 19:16 141:25
**helicopter** 92:13
**hello** 107:3
**help** 29:10 84:9
  90:2,9 122:18
**hereto** 3:5
**hereunto** 148:17
**hesitate** 9:15
**hi** 107:2
**high** 36:5,8,9,10
  36:15
**higher** 139:14
  140:7
**highest** 35:23
**hill** 14:13
**hirsh** 49:19
**history** 40:18
**hit** 84:3 123:15
**hobbies** 52:15
**hobby** 129:4
**hoboken** 51:7
**hold** 63:3,19 65:18
  138:22 140:16
**holding** 86:19
**hooked** 70:8 71:8
  75:6 76:13 77:3

**hooking** 62:19
**hope** 105:3
**hopeful** 105:12
**hopefully** 104:23
**horizon** 48:18
  49:10,19
**hose** 101:10
**hospital** 23:4,8
  92:12 118:24
  122:22
**hour** 45:22 105:10
**hours** 10:22,25
  11:4
**house** 37:20
**huge** 83:25 135:16
**huh** 27:18 46:17
  70:14 82:22 96:2
  119:20
**husband** 9:2

**i**

**ibs** 10:11
**idea** 46:4 86:8,12
  86:15 90:18
  140:11
**identification**
  12:11 19:20,23
**identified** 116:13
**ii** 51:23
**illegal** 33:3,6,11
  34:12 144:6
**important** 8:12
**improved** 97:19
  99:14
**inches** 86:19
**incident** 10:16
  11:9 14:21,25
  15:4,10 17:11
  21:14,17 24:17,22
  25:2,4,8,16 26:25
  28:18 31:18,21,24
  33:5,7,11,18,23

34:11,13,23 35:4,8
  35:14 37:11 48:15
  48:17 49:6,9,18,21
  49:25 50:6,13,19
  50:23 51:3,8,17
  52:14,21 53:12,16
  53:19,22 54:5,14
  61:6 67:6,12 72:2
  83:6,8 86:11
  89:22 91:5,17,20
  94:15,18 95:6
  99:15,19,22,25
  100:4,9,22 102:5
  102:11,21,24
  103:6,9,10,23
  105:16 107:7
  115:10 116:6,21
  118:17,20 119:14
  121:7,13 128:16
  134:22 140:12,19
**include** 15:6 52:9
**incorporated** 5:19
  106:12
**indicated** 74:5
  86:25 118:11
  127:10
**indicates** 136:19
  136:20
**indicating** 56:6,7
**individuals** 20:19
  26:17 28:17
**industrial** 42:14
  45:2,12 46:15
**industries** 1:9 2:10
**influence** 72:14
**information** 22:15
  30:14,16 31:12
  40:19 59:24 60:6
  89:19
**initially** 99:18

**initials** 85:9,9 86:9
  86:10
**injured** 94:16 95:7
**injuries** 16:19
  22:16 30:14,17
  31:13 94:19
  142:18
**injury** 94:21
**inserted** 77:18,19
  77:24
**inside** 124:10
**inspecting** 115:24
**install** 50:20
**installation** 50:15
**instructed** 55:8
  60:17
**instruction** 58:17
  58:21 96:17
**instructions** 50:24
  51:4 52:3 62:4
  81:13,15 82:11
**interested** 5:9
  109:23 120:17
  128:21,25 148:15
**interface** 97:8
**interfere** 4:11
**interference** 4:8
**interview** 107:18
  107:20 108:23
  109:3,6
**involved** 17:6
  18:10
**issue** 16:25 67:7
  68:13
**issues** 99:25 100:4
  100:8 115:5
**item** 72:22 73:5
**items** 45:9

**j**

**j**  6:23 31:4 43:12
**jacquelyn**  31:3
**jail**  39:3
**january**  97:5
 98:20
**jeffrey**  98:18
**job**  94:16 107:12
 107:14,17,21
 108:13 109:2,5,14
 129:19 131:5
**joel**  42:22 43:2,8
 43:11,20 44:9
 45:19 46:15,20
 47:12,13,14,18,22
**jogging**  114:25
**john**  6:23
**july**  18:15
**jump**  9:2
**jumping**  94:13
**june**  136:17 138:2
 138:12
**junior**  36:12
**justice**  36:22

**k**

**k**  6:9,23 43:11
**kansas**  2:17
**karen**  1:20 5:5
 148:4,21
**keep**  104:17
 114:24
**keeps**  66:18
**kept**  16:15
**kind**  16:15 18:11
 37:5 39:3 53:4
 56:17,20 77:10
 79:7 82:14 89:8
 90:8 94:12 104:12
 115:4 118:15
 129:21 130:5

137:19
**kiryas**  42:22,25
 43:2,8,11,19 44:9
 45:19 46:15,20
 47:11,13,14,18,22
**kitchen**  50:7,10,15
 50:20 51:5,19,23
 52:6
**knee**  95:8,9 104:17
 104:21
**knew**  22:17 29:9,9
 107:10 111:8,9
 133:24 134:7,13
**knight**  50:8,11
 51:19,23
**know**  8:17 10:4
 13:20 16:3,11,21
 19:10 21:3,10,13
 22:4,5,7,11 23:7
 24:5,7,12,23,24
 25:9,10,17 29:3
 32:21,23 33:4
 40:23 44:22 47:8
 50:10,19 51:12,15
 55:10 57:14,20
 59:9 63:9,14 64:6
 64:12 66:13 71:10
 71:11 72:10 74:4
 74:14,20 75:16,22
 77:9 78:18 79:2
 79:25 80:7 85:7
 92:7,8,9 93:24
 94:11 95:15 101:2
 101:6 108:6,11
 109:16 112:19,19
 112:20 113:8,15
 114:5,18 125:4,21
 126:8 129:6 133:6
 133:12 135:20
 136:3 138:16
 139:5,6 140:14,19

140:23 143:22
 144:11,15 145:14
**knowledge**  23:25
 26:18 33:2
**known**  23:19
**knows**  21:16 22:13
 23:13

**l**

**l**  6:9,23 14:8,8
 31:4 43:12
**label**  94:3,6,8
 112:24 113:3,18
 113:19 114:15
 115:13 117:10
 127:14 134:12,25
 135:12,15,16
**labeled**  86:17
**labels**  134:19
 135:4,6,14 136:10
**laced**  136:23,25
 137:2 138:9
**lapses**  46:24
**large**  95:11,13
 120:6
**law**  7:8
**lawsuit**  144:7
**lawsuit's**  14:21
**lawsuits**  17:7
**lawyer**  13:2
**lawyers**  82:16
**leaning**  76:19 89:5
**learn**  105:8 129:2
 129:8,11
**learned**  58:24
 80:14 132:15
**learning**  45:14
**leave**  44:16 45:11
 45:19
**left**  46:6 47:4,11
 47:17,25 72:24

**leg**  15:17 84:8,9
 95:9 104:15,17
**legal**  18:11
**legs**  22:18
**lessen**  104:24
**level**  35:23 36:10
 139:14 140:15
**levy**  2:7 6:2,3
 11:25 16:5 18:4,7
 19:8,12 21:5
 29:16 33:8 34:15
 35:10 56:6,23
 60:8 61:10,14
 62:6 63:8,13
 64:17,19 65:2,7,13
 72:19 74:3,9 78:4
 78:17,22 85:14,20
 86:14,23 87:23
 92:5 97:11 106:7
 110:5 119:16
 122:4 126:11,18
 126:22 131:15
 132:21 134:21
 135:13 136:24
 137:2,23 139:9
 141:11 144:5,10
 144:18 145:13,18
**license**  18:21 19:2
**life**  130:6
**lifetime**  54:2
**likewise**  8:25
**limited**  33:19
**line**  62:20 66:10
 135:24 147:22
**list**  23:24 26:21
 27:2 30:13 82:20
**listed**  20:21 22:8
 24:6 26:3,5,18
 30:13 114:14
 127:13

listen  76:20
listening  70:11
listing  46:13
lists  42:14
little  11:12 40:18
  44:8 57:11 68:2
  70:16 79:6 84:24
  88:24 95:23 107:8
  118:13
live  14:9,15,20
  30:3,20 31:6
  40:14
lived  14:17,25
living  30:10
llp  2:4,9,15 4:24
located  4:24
location  14:18,20
  42:4 61:24 73:17
  86:20
locations  44:21
locked  101:9
log  16:15
logged  45:9
long  14:17,24
  23:13,19,21 24:7
  41:25 43:5,13
  46:7 63:4,20
  65:18 75:8 91:23
  93:25 96:4 101:24
  108:23 109:21
look  12:21 40:20
  63:11 69:6 73:25
  74:7,10,24 77:15
  81:8,11,14,21,24
  82:8,10,15,17 96:5
  96:10,14 114:9,16
  116:10 135:12,14
  136:11 138:17
looked  60:11
  62:11 81:12 96:11
  115:10 130:4,5

135:3,4
looking  10:13
  29:10 57:10 63:9
  70:9 71:15 72:5
  73:13,18,20,21
  74:18 75:12 76:14
  76:19 84:11 89:5
  96:11 107:10
  112:9 113:16
  116:2 125:14,18
  126:7 127:3
  134:11,18 136:15
  136:16 139:15
looks  56:11
lose  92:2,4
losing  120:5
lost  84:7 104:15
lot  8:15 37:3 44:18
  81:20 110:2,3
  112:4 113:6
lower  140:3
luncheon  92:21
lying  35:18
lynn  13:11

## m

m  2:7 6:3
machine  57:18
  70:20
maintain  50:20
maintenance
  50:15 51:5
making  126:22
  144:21
manner  87:3
manual  51:19,22
  81:22,25 96:18
manuals  49:22
  50:2,7,14 51:9,25
manufacturer
  107:5

marijuana  33:12
  33:14,19,24 34:2,5
  34:9,14 122:3
  123:17,19,22
marinol  122:9,13
  122:15,20
mark  19:6
marked  11:19
  12:9,13 19:19,22
  20:3 74:23
marking  118:9
markings  115:25
  116:7,13,17,22,25
  117:2,6,7,18,22
  118:3,11
marriage  148:14
married  38:10
math  102:9
matrix  97:8
matter  4:18 81:3
  148:16
mean  32:14 39:13
  65:20 116:14,18
  117:8,8 129:20
means  7:10
meant  116:22
  117:18
measurement
  114:4
media  4:15 92:19
  93:5 145:24
medical  10:14
  39:17 48:14,16,18
  49:8,10,20 90:9
  105:16 136:16
medication  9:18
  10:9,10,15 101:13
medications  10:22
meet  12:24 23:16
memory  9:19
  115:2

men  83:3
mention  62:17
  66:7 75:4 78:11
  135:20
mentioned  7:17
  20:25 26:7 28:7
  28:13,21 79:19,21
  81:4
met  32:7,11
  102:15 118:24
metabolite  136:19
metal  75:9 96:4
meters  86:17
michael  97:3
microphones  4:6
  4:10
middle  6:22 13:9
  75:10
midwest  5:4,6
  146:2
might've  83:11
  115:18,19
mile  53:5
milligrams  10:5
mind  21:7
mine  22:10
minute  77:13,14
  138:19
minutes  77:12
  92:16 108:25
  141:22
missouri  2:17
mistaken  121:25
  122:7
molinaeux  5:21
molineaux  2:13
  5:22 11:21 29:19
  29:22 65:11
  106:25 107:4
  125:24 126:15,21
  134:23 136:11

141:21 143:19
145:15,17 147:5
**mom** 13:6 101:18
**month** 24:10
46:20 53:23 55:10
96:23 98:21
114:20
**months** 15:2 33:10
34:13 41:13 42:3
42:8 43:6,15
44:14 45:3,20
46:21,22,23 48:4
54:4 103:22 121:3
**morales** 1:20 5:5
148:4,21
**morning** 4:4 35:3
35:7 67:15,16,17
68:5 123:25
**morphine** 137:4,5
137:10,11,14,21
**mother** 14:2,3,4
30:9
**mother's** 14:7
30:12,18
**move** 73:23 76:11
125:19 127:4
**moved** 30:5 69:3
69:17 128:6 143:5
**movies** 52:19
**moving** 67:19 68:6
124:2
**muscle** 104:16

**n**

**n** 2:11 6:9,9,9,23
6:23,23,24 13:13
13:14,14 14:8
31:4 92:25,25,25
147:2
**name** 5:2 6:15,17
6:22,25 7:18
10:12 13:7,10

14:7 17:21,22
27:9 28:24 29:3
29:11,17,20 30:12
30:18 31:2,5
37:19 107:3
**named** 5:18
101:19
**names** 27:2,4,6,16
49:15 98:14
**necessary** 135:11
**need** 8:9 9:6 68:21
69:22 82:16 89:20
91:3 129:19
**needed** 44:7 79:20
**needs** 8:5
**negative** 118:7
**never** 39:3 66:10
66:20 67:22,23
79:19 81:4 91:9
112:12 113:3
124:22,25 126:13
130:10 132:25
142:25
**new** 1:3,13,22 2:6
4:21,25 14:13
19:2 44:20 97:21
104:3 148:5
**newburgh** 1:13
2:6 4:24
**nice** 52:25
**nicotine** 122:23
123:2,6
**night** 10:7
**nightmares** 120:9
**nod** 8:8
**nope** 38:13
**normal** 59:16
137:8,9,15
**normally** 6:25
**notary** 1:21 3:15
6:11 148:4

**note** 4:6 21:5 33:8
34:15 63:8 64:17
65:2 74:3 85:14
86:14,23 92:5
119:16 126:11
136:17 139:9
142:10 144:5
**noted** 9:23 75:17
146:3
**notes** 15:6,9 16:11
16:15 82:15,17
94:14 119:11
136:12 138:18
**notice** 30:9,12
**noticing** 5:15,16
**nozzle** 75:9
**number** 4:22
18:19 19:2 24:7
48:14 72:23,23
113:25 114:10
126:9 127:3,12
145:24
**numbers** 20:14,17
127:7,10,17,18
128:7,8,11,15,18
**nurse** 121:19
**nurses** 121:21
**nursing** 23:6

**o**

**o** 6:9,9,23,24,24
13:13,14,14 14:8
29:25 30:2 37:24
43:12 92:25,25,25
**oath** 7:14
**object** 106:7
141:11
**objecting** 132:22
**objection** 21:6
33:9 34:15 35:10
63:8,13 64:17
65:2 74:4 85:15

86:14,24 87:3
92:6 119:17 122:4
126:11,23 131:15
139:9 144:6
**objections** 3:10
5:12
**obtain** 34:5,8
**occ** 36:19
**occasionally** 82:14
**occurred** 52:22
102:5,22 103:9
118:21 140:13
**offer** 109:2
**offered** 109:5
**office** 16:2
**officers** 20:18 22:2
26:8
**oh** 12:23 78:4
95:21 104:10
116:25 119:24
**okay** 7:25 9:4,8,14
20:16,23 42:19,22
47:15 58:13 61:14
65:13 67:13 71:20
78:5 80:20 82:12
86:5,6,15 88:9
99:8 106:20
107:15 114:21
115:8,21 116:15
117:13 119:15
126:21 130:8
133:5 145:17
**old** 101:3 102:3,21
129:13
**olin** 17:25 18:4
**once** 33:15,19,21
33:24 41:15 52:25
53:23 54:7 95:16
104:2,4 105:12
109:23 123:12
130:15

**ongoing** 102:25
**online** 59:5,24
  60:5,10,16
**open** 63:4,20
  65:18
**opening** 62:20
**operate** 58:5
**operating** 58:3
  142:13,20 143:10
**operation** 80:5
  104:20
**opinion** 106:6
**opposed** 117:10
  130:24
**oprandy's** 22:6,25
  24:10,14 26:6,12
  26:23,24 27:25
  28:17 29:8 31:25
  34:25 43:17 46:16
  46:19 48:3,6,9
  54:9,15,19 58:2
  61:6 66:21,24
  67:4 82:19 94:25
  107:10 117:17,21
  118:8 123:23
**orange** 23:4 36:19
**osha** 11:17 17:3
  21:19,20 71:18
  80:15 116:12
  132:16 141:4,8,9
  141:12,15 147:9
**outcome** 5:9
  148:15
**outline** 99:2
**outlined** 98:4
**outside** 32:15
  124:8 125:9
**overnight** 45:22
**owner** 27:5

**p**

**p** 85:10 86:2
**p.m.** 145:21 146:3
**p.o.** 2:5
**padding** 97:10
  104:20
**page** 57:13,18
  63:10 70:21 95:21
  147:3,8,22
**pages** 57:9
**pain** 122:16,17,21
**painkiller** 137:11
**paper** 12:22 85:4
**paragraph** 63:12
  66:9 95:24 142:11
  142:19
**park** 52:19
**part** 75:5 95:25
**particular** 40:24
  112:17,18 115:11
**parties** 3:5 4:13
  148:13
**partners** 2:4 4:23
  6:3
**parts** 95:6
**party** 5:7
**passing** 130:16
**passion** 120:14
**patch** 122:23
**patient** 44:6
**patty** 27:10 31:22
  83:13
**pen** 56:16 70:24
**penalty** 7:15
**pending** 9:10
**people** 44:19,20
**people's** 114:25
**perjury** 7:11,15
**person** 22:8 31:15
  44:2 91:19 142:7
  144:21

**persons** 20:21
  106:5
**phone** 29:6
**phones** 4:9
**photo** 56:12
**photograph** 71:25
  72:24 74:24 76:4
  76:5 78:7,8
  147:16,17,18,19
  147:20
**photographs**
  15:22 16:2,18,18
  16:20,24 19:21
  55:21 147:15
**physical** 23:25
**physician** 49:18
**pick** 4:7
**picked** 44:4
**picture** 77:16
  125:25 126:5
**pictures** 15:11,12
  15:15,19 72:8
  115:19 116:12
**piece** 75:8,17,20
  76:6,18,23,23 77:3
  77:4 96:4 104:16
**pieces** 12:22 55:10
  75:13,14
**place** 1:19 4:9,13
  14:10 41:7 42:10
  91:10 97:8 133:14
  134:5
**plaintiff** 1:6,18 2:4
  20:13 41:3 142:6
  142:13,17
**plaintiff's** 20:4
  26:5,22 48:16
  147:10,12
**plan** 129:21
**playing** 40:6

**plaza** 2:10
**please** 4:5,9 5:13
  5:24 6:6,16 7:23
  9:7 12:14 13:12
  58:9 72:3 76:16
  102:17,18
**pled** 38:20
**point** 9:17 25:22
  40:23 68:9 102:23
  116:24 117:25
**pointed** 56:11
  118:9
**pointing** 117:22
**police** 29:15
**pop** 104:22
**portion** 62:9
**poseidon** 1:8,9
  4:19 49:23 50:4
  52:11 57:23 70:7
  70:19 82:5 84:17
  84:20,25 85:11,23
  86:4,21 87:7,16
  88:3,5,7,12,15,16
  88:19,21 130:10
  130:14,18,24
  140:19 142:14
**position** 107:24
  144:12 145:10
**positive** 137:4,13
  137:20 138:5
**possession** 16:20
**possible** 73:14
  138:9
**possibly** 115:17
**posted** 82:3
**pot** 10:24 121:10
  121:14 122:6,10
  122:12 138:13
**preparation** 11:13
  12:25

**prepare**  11:14
**prescribed**  103:8
  137:5,12
**prescriptions**
  48:22 49:6
**present**  5:10,19
  21:11 22:12 99:9
  142:7
**press**  78:13
**pressing**  78:15
  79:12
**pressure**  11:9
  79:19 110:17,20
  111:13 112:13,17
  113:4 114:14,17
  127:25 128:3,8,10
  140:3,7,10,15,19
  140:21 141:6
**pressuring**  63:3
**pressurization**
  131:14,20,25
  134:10
**pressurize**  110:10
  110:13 114:11
  133:23,25 134:14
**pressurized**  63:25
  65:24 66:5,23
  67:8 95:12 134:3
  141:17
**pressurizing**  63:7
  63:17,23 64:4,10
  64:15,23 65:4,17
  65:21 126:9,10,12
  126:14 133:15
  135:10
**pretty**  25:4 53:14
  76:21 85:24 103:4
**previously**  94:14
**primary**  49:17
**prior**  10:15 12:16
  14:21,24 24:13

33:5,7,10,18,23
  34:11,22 35:13
  37:11 48:9,15,17
  49:6,9,18,21,25
  50:6,13,18,23 51:3
  51:8,17 52:14
  53:12,22 54:4,14
  61:6 62:12 80:14
  86:11 94:15,18
  99:21,24 100:3,22
  102:23 103:2
  114:10 118:16
  130:11
**private**  4:7
**pro**  51:9,12
**probably**  37:10
  54:3 84:18,19
  89:4 104:11
  109:21 131:9
  136:23,25 137:2
  138:15
**problem**  100:18
**problems**  64:9,15
  99:10,11,11,20
  100:12,15
**procedure**  1:23
  97:17
**proceeding**  5:13
**proceedings**  18:11
**process**  61:22
  109:17
**processes**  64:20
  65:9 110:3,3
  132:22
**produce**  48:14
  147:14
**product**  49:22
**products**  1:10
  2:16 5:18,20 7:19
**program**  120:15
  120:19 129:2

**programing**
  128:24,25
**programming**
  120:13 129:4,20
**programs**  105:25
**progression**  46:5
**proper**  50:24 87:2
**properly**  60:6
  106:5
**prosthesis**  104:4
  104:14
**prosthetic**  15:20
  97:22 104:18,23
**protection**  1:10
  2:16 5:20
**protruding**  104:22
**provide**  13:9 14:6
  18:25 61:2 62:3
**provided**  15:21
  16:2 40:19
**provider**  48:17
**providers**  48:15
  49:9
**psi**  138:25
**psychiatrist**  98:7
  118:25
**psychological**
  99:25 100:4,8
  101:22 102:10
**psychologist**  98:7
  98:18 100:10
**ptsd**  98:25 99:3
  118:16,18,21
**public**  1:21 3:15
  6:11 148:4
**pull**  95:16 121:18
  123:8
**pursuant**  1:22
**pursue**  129:22
**push**  140:21

**pushing**  78:20,23
  78:25 79:7 83:20
  83:24
**put**  16:6 55:2
  56:17 59:22 60:3
  61:8 66:17 78:14
  78:19 86:2,8
  109:25 110:7,17
  129:13 143:2
**putting**  109:11
  111:13

**q**

**question**  3:11 7:22
  7:24 8:6,16,17,22
  9:11,12 32:10
  40:25 42:21 52:2
  62:7 64:13,25
  80:10 90:24 97:11
  126:24 131:23
  144:9,11,17
**questions**  51:16
  64:21 80:12
  106:22 114:25
  136:13 145:19
**quickly**  40:21
**quit**  45:15,24

**r**

**r**  2:18 6:9,23 43:11
  49:3 92:25
**range**  138:25
**rate**  140:23
**read**  42:17 62:10
  93:17 94:4 112:23
  119:10 134:25
  135:5
**reading**  95:22
  134:12 137:17
**ready**  109:24
**real**  40:21 130:6

**realized** 84:7
**really** 9:9 31:12
  81:20 114:18,23
  130:4
**reason** 35:8 36:23
  104:19 115:4
**recall** 85:21
  128:14
**receive** 54:15 57:5
  57:25 58:10,14
  60:16 94:23
  106:11
**received** 29:6
**receiving** 17:13
**recess** 92:22
**recharge** 93:10,13
**recollection** 27:16
  62:23 79:22 80:2
  83:15 96:9 111:20
  117:16 128:5
**record** 4:4,14 5:12
  8:7 11:24 12:2,4,6
  12:8 19:13,15,17
  19:25 43:11 54:12
  62:10 92:18 93:4
  141:24 142:2,4
  145:21 148:10
**recorded** 4:16
**recording** 4:12
**records** 10:14
  39:17 136:16
**recreational** 53:8
**red** 57:18 70:10,20
  71:15 75:18 76:14
  76:19 111:6
  125:14 128:6
**refer** 65:8
**referenced** 106:13
**refill** 93:10
**refilled** 109:24

**regarding** 11:8
  17:11 24:3 48:14
  50:24 51:4 54:20
  57:6 58:2,15
**regional** 23:4
**regulator** 79:20,21
  79:25 80:6,11,22
  80:25 81:5
**reinforce** 97:9
**relate** 60:6
**related** 5:7 11:9
  15:9 49:22 50:2,7
  50:14 52:6 54:16
  81:22,25 94:24
  105:18 148:13
**relating** 51:9
**relation** 15:4
  86:22 87:10,21
  89:3
**release** 97:9
**remember** 8:13
  10:12 14:24 17:21
  17:22 27:4,6,8,16
  29:25 30:5,7
  37:17,19 42:12
  49:15 55:9,13
  61:22,23 69:2
  74:14,18 79:10
  83:25 90:5 94:5,7
  99:12 108:7,24
  109:16 111:24
  112:21,22 113:6
  114:6,19,22 115:2
  115:3,22,24 116:2
  116:3,7,8 117:12
  117:21 119:2,3,4
  121:11,15,17,19
  121:24 124:17,18
  128:12,19,20
  131:9,10 135:7,8
  135:24 136:7,9

138:14,15 139:4
**repeat** 32:10 64:13
  88:8 102:18
  126:24 144:9
**rephrase** 7:24
  116:25
**replacing** 108:2
**report** 21:19,20
  71:19,21 80:15
  81:4 137:18 141:5
  141:9,13
**reporter** 1:21 5:4
  5:24 6:6 8:3,5
  18:2
**reports** 132:16
**represent** 7:19
  20:15 71:17,24
  107:4
**representatives**
  26:5,22
**repressurize** 62:18
**request** 15:25 16:7
  48:13 122:12,14
  147:13
**requested** 62:9
  122:8,20
**requests** 147:21
**reserved** 3:11
**resolve** 105:6
**resolved** 17:16
**respective** 3:4
**response** 48:13
  147:13
**responses** 20:10
**retained** 145:25
**retelling** 55:12
**return** 104:6,9
**review** 12:19
**reviewed** 11:16
  12:15

**richard** 23:24 24:2
  26:9
**rick's** 41:4,10
  46:14
**ride** 52:24
**riders** 53:4
**riding** 52:16
**right** 8:19 25:25
  37:20 57:12,19
  64:8,22 87:22
  89:15 95:8,8 99:6
  99:13,19 110:3
  113:9 118:19
  120:4 130:23
  134:15
**road** 14:13
**robbie** 60:24 61:2
  61:12 83:4
**roll** 143:6,7
**rollerblade** 53:11
**rollerblading**
  52:17 53:14
**room** 5:10 56:4,9
  67:25 68:17,21,22
  69:4,8,11,13,17,17
  70:4 75:5,8 84:6
  84:13 85:12 86:8
  90:21 91:8,9,16,20
  95:11 125:8
  140:14
**rothstein** 5:2
**round** 72:16,25
  73:5
**roupe** 121:20
**route** 1:13 2:5
  4:24
**rubin** 98:15,16,18
**rule** 20:4 147:11
**rules** 1:23 44:24
**ruptured** 11:9
  34:19 77:8 141:18

143:21 144:13
145:11
**rupturing** 64:5
**ryan** 22:8,9,19
23:3,13 26:9

**s**

**s** 13:13,14,14
29:24,25 37:25
43:11 49:3 92:25
92:25,25 147:7
**safety** 66:10,13,16
66:20,25 67:4,8
94:24
**sandra** 2:18 5:17
**sandy** 7:18 145:15
**saw** 39:16 66:20
68:16 69:5,9,12
80:18 89:23 96:24
113:3 115:15,18
116:3 130:15
**saying** 25:20 31:11
105:7 137:24
139:12,13
**says** 20:11 35:16
41:3 42:4 46:18
96:14 119:12,18
120:12,23
**scared** 119:19
**scary** 119:24
**scene** 16:22 22:3
44:3,5,6 92:11
**scheduled** 97:6
**school** 23:16 36:6
36:8,9,10,15 37:22
**schooling** 105:18
129:18,22
**scott** 27:17,24
31:19,22 60:20
68:9 69:20 91:16
107:16

**scott's** 60:23 61:11
61:13 68:7
**screen** 136:18
**screwdriver** 78:13
78:16,21,24 79:2
**sd** 78:20
**sealing** 3:5
**second** 57:13,18
66:10 70:21 99:6
102:14 121:18
131:6 141:22
**security** 18:18
**see** 24:18 41:20
46:19 49:22 50:2
50:7,14,24 51:4,9
51:18,22 53:5
56:23 58:20 62:21
65:22,23 67:3
71:8 72:4,16,23
73:9 74:2,12 78:4
78:17 79:6,11
80:6,11,18,24
81:18 83:12,14
84:6 85:5 89:21
90:6,11,14 95:25
96:6,17 112:9
114:16 117:2
127:6,12 141:12
**seeing** 73:2,6,8,15
76:23 100:10
116:7 126:5
**seen** 20:5 21:20
52:5,10 66:10
71:21 98:18,21
115:19 126:4
130:13
**semester** 36:4,18
**senior** 36:13
**sense** 44:11
**sensitive** 4:6

**sentence** 75:24
**sergeant** 29:14
**serious** 142:18
**served** 38:14 39:3
**service** 60:7,12,18
114:14,17
**serviced** 96:19
**servicing** 55:7
117:4
**set** 79:20 148:8,18
**settle** 130:7
**settlement** 17:17
**severe** 142:17
**sew** 104:17
**shabbos** 44:11
**shadowed** 109:10
**shake** 8:8
**sheet** 85:4
**shelley** 2:13 5:21
107:4
**shift** 45:22 52:20
**shipments** 45:10
**shock** 92:3
**shook** 2:15
**shoot** 134:4,16
**shooting** 52:17
53:18,22 54:2,6
135:10
**shop** 28:19 36:25
55:19 56:2 68:19
131:7
**shorthand** 1:20
**shortly** 104:3
**show** 55:20,22,23
55:25 59:15 61:16
61:20 67:24 69:2
69:7 70:2 71:16
72:3 76:6 97:5
131:7 137:8
**showed** 54:25
59:24 69:7 93:9

111:3 136:18
**showing** 59:2 61:7
77:25
**shown** 57:2,7,11
57:17 69:18 70:4
77:16 126:3,6
**shows** 59:18
145:11
**shrapnel** 66:19
84:3
**side** 72:17 73:2,8
77:20,21 84:24
88:6,16 89:9
93:18,21 112:24
125:8 126:3
127:13 135:2
**siebold** 22:9,9,19
23:3,14
**signage** 82:4
**signature** 148:20
**signed** 3:14,16
**similar** 117:3
**sister** 30:25
101:17,18
**sisters** 30:24
**sit** 111:19 115:23
116:5,16 117:15
117:20
**site** 60:10
**sitting** 33:17 50:18
93:20 140:9
**situation** 10:18
97:19
**six** 15:2 33:10
34:13 54:4
**sizes** 112:5,7
**skin** 104:23
**skips** 110:2
**sleeping** 45:21
99:10,21 100:12

**slipped**  138:8
**smoke**  33:13 121:9
  123:3,13,19,22
**smoked**  10:24
  33:12 122:2,12
**smoking**  121:14
  122:5,9 138:13
**social**  18:18 23:10
**socialize**  32:12,14
**sole**  61:5
**solely**  28:18
**somebody**  138:7
**son**  27:5,19
**sophomore**  36:12
**sorry**  13:15 17:22
  18:6,9 21:8 29:16
  32:9 47:15 51:14
  56:19 57:15 60:8
  61:10 72:19 77:11
  78:22 90:25 95:3
  117:12,14 118:19
  127:22 132:6
**sort**  101:12
**sounds**  43:18
**southern**  1:3 4:21
**speak**  8:14 13:3,17
  13:21 24:16,20
  107:16
**specifics**  13:22
**speeding**  39:6,8
**spell**  6:21 29:23
  31:5
**spelling**  13:12
**spend**  32:15 39:21
**spoke**  14:2 16:17
  24:24 32:4
**spoken**  22:19 24:2
**square**  56:17
  85:12
**stamped**  117:9

**stand**  105:9
**standards**  106:14
**staring**  126:16,25
**start**  8:19 29:7
  63:25 66:2 99:18
  129:15
**started**  24:9,13
  46:8 77:5,6
  103:12 131:5
**starting**  9:17
  11:20 114:10
**starts**  114:25
**state**  1:21 5:10,13
  6:15 19:3 63:2
  79:24 148:5
**stated**  122:2
**statement**  11:16
  12:15 62:12,17
  63:16 65:6 66:7
  75:4,24,25 76:12
  78:12 79:18 95:17
  95:19 119:22
  147:9
**states**  1:2 4:20
  48:16 142:11
**stem**  79:6,8
**step**  55:5,5 60:12
  60:12 67:10,11
**stepson**  27:20,21
  60:23 61:13,14
**stick**  52:20 85:5,8
**stigall**  2:18 5:17
  5:17 6:14 7:18
  11:18,23 15:24
  16:9 19:6,10
  43:10 56:7 61:12
  63:10 64:22 65:5
  74:6 85:17 87:25
  92:14 93:6 102:13
  118:14 126:2
  131:22 136:14

137:25 142:5
  143:17 145:16
  147:5
**stipulated**  3:3,9,13
**stipulations**  3:2
**stomach**  10:10,15
  122:21
**stood**  90:22
**stop**  70:13 110:25
  111:8,9
**stopped**  102:12
  103:3
**stores**  1:8,8
**straddling**  89:14
  89:15
**straight**  126:6
**strike**  58:8
**strong**  120:24
**studying**  36:21
**stuff**  81:12 83:4
**stump**  97:9
**subject**  107:6
**submitted**  144:24
**suicide**  100:23
  101:8 102:20
  121:7
**suit**  5:19
**suite**  2:11
**supervisor**  54:8
**support**  20:12,22
  26:13 120:24
**supposed**  110:25
  111:13 112:13
**suppression**  50:16
  50:21 51:5,10,13
  52:7 133:9
**sure**  15:23 32:22
  35:22 40:22 46:11
  47:6 55:15 56:19
  62:16 63:3,19
  65:14,17 66:8

68:4 71:7 75:2
  76:21 80:17 87:2
  91:25 95:17 98:13
  110:2,15 125:9,11
  125:12 129:23
**surgeon**  96:24
**surgeries**  15:17
**surgery**  96:25
  97:6,13,14 98:3
**sustain**  142:17
**swear**  5:24 6:6
**sworn**  3:16 6:11
  11:7 148:8
**symptoms**  99:3,9
  99:14,18
**system**  50:8,11,21
  51:6,10,13,19,23
  52:12 57:2,6,10,16
  57:24 58:3,6 70:8
  70:19 81:25 82:6
  84:17 85:11,23
  86:4,21 87:7 88:3
  88:5,7,12,15,17,19
  88:21 130:10,14
  130:18,24,25
  133:10 140:20
  142:14,20 143:11
**system's**  87:16
**systems**  1:8,9 4:19
  50:16 52:7

**t**

**t**  14:8 29:24,25
  49:3 85:10 86:10
  92:25 147:7
**take**  4:13 9:10,13
  10:6 16:7 36:17
  40:11 52:18 54:25
  56:16 58:8 59:5
  61:7 68:2,20
  70:15 91:3 92:15
  101:12 104:16

105:5 109:18
123:14 124:12
129:12 131:7
141:22
**taken** 1:19 4:17
7:5 10:21 11:3
92:22 103:5
**talk** 11:12 21:22
21:25 35:20 87:11
118:13 135:19
**talked** 16:18 82:18
136:21
**talking** 15:13
21:18 58:11 64:23
65:14 70:20,25
77:12 134:21
136:3
**talks** 135:17
**tank** 34:18 57:23
66:18 67:21 68:10
68:12,15 70:8,10
70:12 72:2,6,11
73:6,16,22,25
74:12,13,19 75:15
77:7,19,24 81:7,9
81:18 84:21,22,25
85:10 86:11,21
87:9,20,24 88:4,10
88:14,19,20 89:3,6
89:10,13 109:22
109:24 110:17,22
112:18 113:5,8,18
113:19 115:24
116:2 124:6,16
125:14 126:13,14
139:19 140:6
141:10,16 142:16
142:16,21,25
143:2,4,6,6,15,21
144:13 145:7

**tanks** 50:3,25
54:17 113:7,13
124:2,12,14
132:25 133:7
**taped** 101:10
**tec's** 51:9,12
**tech** 37:7,14
**tell** 7:23 12:14
25:7,14 26:23
35:8 39:8,20
42:13 48:25 55:21
60:11 63:6 76:16
77:17 83:23 84:12
91:3 93:20 94:2
95:24 98:23 101:5
107:23 108:12
112:16 114:15
117:11 124:21
135:22 139:3
140:10
**telling** 52:4 137:14
**tells** 9:2
**ten** 10:5 23:15
40:25 46:18 48:22
53:5
**tenant** 101:19
**tendency** 9:3
**terms** 25:14 55:5
61:20 64:4 77:12
82:4 97:20
**test** 79:15
**tested** 137:4,13,20
**testified** 6:12 7:7
94:3 126:13,15
130:9
**testimony** 7:14
11:7 13:23 24:11
33:17,22 35:17
74:16 83:20
142:22 143:9,13
145:22 148:7,10

**testing** 138:5
**thank** 12:18 16:9
61:15 71:2 78:10
82:12 89:20 95:5
141:20 143:17
145:18
**therapists** 100:11
**thing** 53:9 65:15
72:16 73:4 94:2
109:8
**things** 86:12
**think** 9:22 16:3
21:12 26:12,16
27:14 28:24 39:10
39:16 40:18 49:8
54:7 56:15 64:19
64:24 72:22 82:19
83:4 92:14 104:2
104:8 115:16
117:6 119:21
122:11 124:23
126:7 127:24
128:3 130:9 143:4
**thinking** 140:5
**thirty** 108:25
**thought** 11:21
25:8,15 143:3
**thoughts** 15:6
**three** 14:19 23:23
25:19 39:12 41:19
88:23 100:5
101:25 139:17
**throttle** 76:7,9
95:20,25 96:3
**throttling** 76:2
77:5,7
**tibial** 97:9
**ticket** 39:9
**tickets** 39:6
**time** 1:19 3:12
5:14 9:6,9 12:3,7

19:14,24 24:13
25:5 26:24 28:17
32:6,8,12,15 33:9
34:22 39:4,20,21
40:3 46:6 47:3,4
47:10,11,16,21
48:2 52:21 53:15
66:4 67:14 68:3
70:16 75:2,22
77:2,3,5,6,7 80:4,8
83:8 84:13 85:21
90:19 91:6,11,14
92:17 93:3,25
100:13,16,19,21
101:19 102:10
105:15 108:12,18
109:21 111:15
116:20 118:5
121:13 122:5,17
124:14 137:6
141:23 142:3
146:3
**times** 32:4 53:25
54:5 64:9 139:17
**timing** 102:19,19
**tinkering** 81:17
**tire** 79:8
**today** 7:14 8:3 9:6
9:20 11:7 12:16
13:5,20 24:11
33:18,23 39:13
50:18 62:12,24
74:17 79:22 80:2
93:21 96:9 99:4,5
99:7 111:19
115:17,23 116:6
116:16 117:16,20
129:4 140:9
142:22 143:10,14
**today's** 11:14
145:22

| | | | |
|---|---|---|---|
| **told** 22:14 25:10 | **try** 8:13,25 87:3 | 25:20 27:15 51:15 | 83:21,25 95:20 |
| 52:10 90:20 91:7 | **trying** 25:21 46:12 | 65:3 66:3 80:16 | 96:4 109:19 |
| 103:11 107:9 | 70:15 72:15 85:17 | 86:18 91:2,4 | **vape** 123:15 |
| 110:19 111:20 | 102:8 113:9 | 109:18 113:10 | **vapor** 123:9 |
| 119:18 120:8,12 | 139:11 144:2 | 121:23 132:7 | **vaporize** 123:16 |
| 120:23 121:6,9 | **turn** 4:9 71:6 | 133:4,6,8 137:3,6 | **vaporizer** 123:4,5 |
| **tollen** 14:8 | **turned** 102:14,15 | 141:8,15 144:20 | **vaporizing** 123:10 |
| **top** 72:10,11 73:5 | **tv** 40:4 | 145:8 | **various** 20:15,18 |
| 73:7,16,21,24 | **twice** 98:21 | **understanding** | **verbal** 8:6 |
| 74:11,18 77:20 | **two** 25:18 27:5,22 | 16:5 17:9 25:13 | **veritext** 5:4,5 |
| 79:13 83:21 89:16 | 28:6,10 39:10 | 32:18 92:10 | 146:2 |
| 116:12 139:18,19 | 40:13 41:15 47:24 | 102:20 107:11,13 | **verna** 2:9 |
| **total** 145:24 | 64:20 65:8 77:13 | 108:17 111:12,17 | **versus** 4:18 |
| **totally** 120:19 | 77:14 78:19 83:3 | 113:10 116:17,21 | **victory** 1:8,8 |
| 121:23 | 84:18 87:19 88:10 | 120:5 122:19 | **video** 4:12,16 |
| **tourniqueted** 84:9 | 88:22 97:24 98:11 | 125:17,20 127:2 | **videographer** 4:3 |
| **town** 29:14 30:7 | 98:19 100:5 | 127:16,21 129:17 | 5:3,23 6:5 8:4 |
| **trained** 106:5 | 101:25 103:22 | 133:14,22 134:9 | 12:3,7 19:14,24 |
| **training** 37:6 | 116:12 129:5 | 139:25 144:3 | 32:9 92:17 93:3 |
| 48:10 54:16,20,24 | 132:22,24 145:25 | **understood** | 141:23 142:3 |
| 57:6,25 58:11 | **tyco** 1:9 2:16 5:18 | 109:13 131:12,18 | 145:20 |
| 60:17,21 61:3,5 | 5:20 7:19 | 131:24 | **visit** 97:5 |
| 94:24 105:18 | **type** 11:3 17:17 | **unidentified** 26:3 | **vocational** 37:6,22 |
| 106:11,17 108:9 | 38:4,21,24 48:10 | 26:10 | 38:5 129:24 |
| 129:18,21,24 | 58:14 60:16 94:19 | **union** 38:8 | |
| **transcript** 148:9 | 105:11 108:8,9 | **unit** 4:15 92:19 | **w** |
| **transported** 92:11 | 109:25 129:18 | 93:5 | **wait** 8:21 121:17 |
| **trap** 52:17 53:18 | **types** 52:5 59:16 | **united** 1:2 4:20 | **waiting** 126:16 |
| 53:21 54:2,5 | 59:25 60:2 | **units** 145:24 | 130:6 |
| **treated** 99:24 | | **upper** 57:12,19 | **waived** 3:8 |
| 100:3 | **u** | **urine** 136:18 | **walk** 55:4 67:10 |
| **treating** 98:24 | **u** 6:9,24 29:24,25 | **use** 33:2,6,11,19 | 105:8 |
| **treatment** 15:3 | 31:4 | 33:24 34:2,12 | **walkthrough** |
| 100:8 101:22 | **uh** 27:18 46:17 | 52:3,4 66:25 67:4 | 55:11 |
| 102:10 105:17 | 70:14 82:22 96:2 | 80:6,11,24 123:6 | **walls** 82:4,8,10,11 |
| **trial** 3:12 | 119:20 | 130:15 136:19,20 | **walnut** 2:12 |
| **truck** 67:20 68:7 | **ultimately** 110:5,7 | | **want** 42:20 63:22 |
| 124:3,9,12 | **uncle** 29:9 107:9 | **v** | 65:13 72:14 74:8 |
| **true** 35:4 48:21 | **uncle's** 29:11 | **valve** 62:20 63:4 | 80:17 85:5,8 |
| 148:9 | **undergoing** 102:9 | 63:20 65:18 75:9 | 86:20 87:11 107:8 |
| | **understand** 7:10 | 76:11 77:15,18 | 118:13 121:18 |
| | 7:13,22 8:10 11:6 | 78:3,9 79:6,13 | 132:5 133:12 |

**wanted** 63:7 74:25
**warehouse** 45:6,8
**warn** 134:11
**warned** 136:8
**warning** 134:19
135:12,15
**warnings** 81:12,14
135:6
**watch** 40:4
**watching** 62:20
126:19
**way** 42:16 60:15
71:11 74:8 112:8
119:23 148:15
**we've** 78:18
**wear** 104:18
**wearing** 15:20
**weather** 52:25
**website** 59:8,9,13
59:15 60:9
**weed** 136:22,24
138:10
**week** 33:21,24
41:15 53:2 97:24
**weeks** 15:17 33:16
33:20 97:24 98:11
98:19
**went** 23:8 37:7
47:5,11,17 65:23
65:25 69:25 70:7
70:19 76:22 82:20
82:20 90:3 112:10
118:15 119:23
**wet** 56:10
**whatsoever**
106:12
**whereof** 148:17
**whispering** 4:7
**wife** 27:11
**window** 101:11

**wipe** 109:21
**witness** 5:25 6:7
6:10 18:6,9 20:11
20:24 29:18,21,24
85:15 88:2 126:12
136:25 147:3
148:7,11,17
**witnesses** 20:21
**woman** 27:7,12
28:22
**wondering** 102:23
**word** 65:4
**words** 76:17 111:4
124:19
**work** 23:3 28:11
29:13 32:16 41:14
41:25 43:16 48:6
52:11 56:2,10,18
56:25 58:15,21
59:6 67:14,18
68:18 93:10 109:8
120:18 123:7
**worked** 26:24 27:7
28:18,22 42:7,25
43:13 44:13 45:6
46:6 56:5 132:9
132:25 133:2
**workers** 17:10,14
17:20
**working** 24:9,14
29:8 58:25 64:8
108:19 112:6
133:13
**workplace** 94:21
**worn** 81:20
**worried** 124:24
**worthington** 1:9
2:10 5:22 107:5
**writing** 16:7
**written** 8:7 58:15
58:17,20 62:4

81:8
**wrong** 119:23
141:10

**x**

**x** 1:4,12 49:3
111:22,24 147:2,7

**y**

**y** 31:4 43:11
**yeah** 11:25 21:15
28:15 40:7,9
56:21 59:14,20
69:4 73:8 84:15
85:25 87:13 88:2
88:25 89:18 98:22
101:17 102:4
103:19 104:11
105:10 110:9
114:2 115:17
118:6,22 119:23
120:3 121:2
125:12 134:17
135:4 136:6
138:10 139:20
141:7
**year** 15:2 47:7,9
47:20,23 53:13
98:17 103:2
104:11,13 105:6
**years** 14:19 23:15
23:20 25:18 36:2
37:10 39:12 41:2
41:13,15,19 46:19
48:22 100:5,9,22
101:25 102:3,21
**yelled** 90:2
**yep** 40:16 70:17
75:3 82:13 88:11
88:13 120:7,11
121:5,8

**yo** 102:24
**york** 1:3,13,22 2:6
4:21,25 14:13
19:2 148:5
**younger** 27:12
49:16
**youtube** 129:14