EXHIBIT "E"

Page 1

1
2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3
4   FRANKLIN BUONO,                )
                                   )
5                Plaintiff,        )
                                   )
6           v.                     )Civil Action
                                   )No.
7   POSEIDON AIR SYSTEMS,          )7:17-cv-05915
    VICTORY AUTO STORES,           )NSR/LMS
8   INC., D/B/A POSEIDON           )
    AIR SYSTEMS,                   )
9   WORTHINGTON INDUSTRIES,        )
    INC., ANSUL, INC., AND         )
10  TYCO FIRE PROTECTION           )
    PRODUCTS,                      )
11                                 )
                 Defendants.       )
12  _____       )
13
                           October 29, 2019
14                         2:45 P.M.
15
16          DEPOSITION OF ROBERT HAWKINS, a
17  non-party witness, held at the offices of
18  Finkelstein & Partners, 1279 Route 300,
19  Newburgh, New York, before Sandra Noel
20  Bartels, a shorthand reporter and Notary
21  Public of the State of New York.
22
23
24
25

Page 2

```
 1

 2    A P P E A R A N C E S:

 3

 4         FINKELSTEIN & PARTNERS, LLP

 5         Attorneys for Plaintiff

 6              1279 Route 300

 7              Newburgh, New York 12551

 8         BY:  KENNETH B. FROMSON, ESQ.

 9

10         WILSON ELSER MOSKOWITZ

11         EDELMAN & DICKER, LLP

12         Attorneys for Defendant

13    TYCO FIRE PRODUCTS, LP

14              1133 Westchester Avenue

15              White Plains, New York 10604

16         BY:  THOMAS M. DeMICCO, ESQ.

17              (not present)

18                   -and-

19         WILLIAMS & CONNOLLY, LLP

20         Attorneys for TYCO FIRE PRODUCTS, LP

21              725 Twelfth Street, NW

22              Washington, DC 20005

23         BY:  RACHEL RODMAN, ESQ.

24

25
```

1

2   APPEARANCES CONTINUED:

3

4       HAWORTH BARBER & GERSTMAN, LLC

5       Attorneys for Third-Party Defendant

6       OPRANDY'S FIRE & SAFETY, INC.

7            45 Broadway, Suite 2110

8            New York, New York 10006

9       BY:  TARA FAPPIANO, ESQ.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1

2                    **STIPULATIONS**

3        IT IS HEREBY STIPULATED AND AGREED, by

4    and among counsel for the respective

5    parties hereto, that the filing, sealing

6    and certification of the within deposition

7    shall be and the same are hereby waived;

8        IT IS FURTHER STIPULATED AND AGREED

9    that all objections, except as to form of

10   the question, shall be reserved to the

11   time of the trial;

12       IT IS FURTHER STIPULATED AND AGREED

13   that the within deposition may be signed

14   before any Notary Public with the same

15   force and effect as if signed and sworn to

16   before the Court.

17                    *      *      *

18

19

20

21

22

23

24

25

Page 5

```
 1
 2  R O B E R T   H A W K I N S, called as a
 3       witness, having been duly sworn by a
 4       Notary Public, was examined and
 5       testified as follows:
 6            (Defendant's Exhibit 31 notice
 7       marked for identification.)
 8  EXAMINATION BY
 9  MS. RODMAN:
10       Q.   Good afternoon, Mr. Hawkins.  My
11  name is Rachel Rodman.  I am an attorney
12  with Williams & Connolly and I represent
13  Tyco Fire Products in this case.  Thank
14  you very much for being here today.  I
15  would like to start by having you spell
16  your first and last name.
17       A.   Robert, R-O-B-E-R-T, Hawkins,
18  H-A-W-K-I-N-S.
19       Q.   Can you please provide your
20  current address and telephone number?
21       A.   47 Shawangunk Trail, Wantage, New
22  Jersey 07461.
23       Q.   And your telephone number,
24  please?
25       A.   Area code 239-243-4320.
```

```
 1                    R. HAWKINS
 2      Q.    Mr. Hawkins, how old are you?
 3      A.    40.
 4      Q.    What's your date of birth?
 5      A.    ████1979.
 6      Q.    Have you ever been arrested?
 7      A.    No.
 8      Q.    Have you ever been sued?
 9      A.    No.
10      Q.    Have you ever sued anyone?
11      A.    No.
12      Q.    Let me just give you a quick lay
13  of the land for today's deposition.  The
14  court reporter has placed you under oath,
15  which means that you are required to tell
16  the truth.  Do you understand that
17  obligation today?
18      A.    Yes.
19      Q.    I'm dialing in by phone and I
20  know that makes things a little bit
21  awkward.  People have a natural instinct,
22  even in person, to anticipate what the
23  other person is going to say, cut them
24  off.  I would ask that you try very hard
25  not to do that today because the court
```

Page 7

                        R.  HAWKINS

1

2    reporter is going to be writing down my

3    questions and your answers and she needs a

4    clear record.  The other thing I would ask

5    is that when you answer questions,

6    especially because I'm over the phone, you

7    do so verbally with yes or no, and try to

8    avoid shaking your head and saying uh-huh

9    and things like that.  Do you understand?

10        A.   Yes.

11        Q.   If you need a break at any time

12   please let me know but I think we'll be

13   pretty short today.

14             Did you review any documents in

15   preparation for today's deposition?

16        A.   No.

17        Q.   Did you meet with the attorneys

18   for Oprandy's in preparation for today's

19   deposition?

20        A.   No.

21        Q.   Did you speak with anyone other

22   than regarding scheduling today's

23   deposition?

24        A.   No.

25        Q.   The court reporter, or

Page 8

```
 1                    R. HAWKINS
 2   Ms. Fappiano, I'm not sure which one, is
 3   going to be handing you a document marked
 4   Defendant's Exhibit 31.
 5             MS. FAPPIANO:  That's the notice,
 6        yes, he has it.
 7   BY MS. RODMAN:
 8        Q.   Mr. Hawkins, have you seen this
 9   document before?
10        A.   No.
11        Q.   Do you understand that this
12   deposition is in relation to your
13   employment at Oprandy's and the accident
14   that occurred on February 12, 2016
15   involving Frank Buono?
16        A.   Yes.
17        Q.   I would like to just get a little
18   bit of background about you, Mr. Hawkins.
19   Can you tell me about your educational
20   background?
21        A.   High school graduate.
22        Q.   When did you graduate?
23        A.   I don't recall.
24        Q.   You don't recall the year?
25        A.   No.
```

```
                                            Page 9

 1                     R. HAWKINS
 2       Q.    What high school did you graduate
 3   from?
 4       A.    Tuxedo High School.
 5       Q.    Like a black tie tuxedo?
 6       A.    Yes.
 7       Q.    Is that nearby?
 8       A.    It's in Tuxedo, New York, yes.
 9       Q.    Did you take any other classes
10   post high school?
11       A.    No.
12       Q.    You are currently employed by
13   Oprandy's; is that correct?
14       A.    Yes.
15       Q.    When did you begin working there?
16       A.    I believe it was September 2009.
17       Q.    Is your mother Patty Scott?
18       A.    Yes.
19       Q.    And Patty is married to Brian
20   Scott; correct?
21       A.    Correct.
22       Q.    And Brian Scott owns Oprandy's?
23       A.    Yes.
24       Q.    Is Brian Scott your father?
25       A.    Stepfather.
```

Page 10

1                    R. HAWKINS

2      Q.    Have you worked at Oprandy's

3   continuously since September 2009?

4      A.    Yes.

5      Q.    Have you worked there full time?

6      A.    Yes.

7      Q.    What are your job

8   responsibilities and duties?  And let's

9   start with September 2009 and go forward

10   from there.

11      A.    September 2009 I was in the shop

12   as a shop tech.

13      Q.    What does a shop tech do?

14      A.    I was the one responsible for

15   filling, recharging, doing the water cans,

16   all the servicing.

17      Q.    Did your responsibilities change

18   at some point?

19      A.    I was in the shop for six years

20   and then I ended up going into the service

21   business, being on the road.

22      Q.    What are your job duties being on

23   the road?

24      A.    Same as Kevin had, picking up our

25   account sheets, head to accounts and

```
                                        Page 11
 1                  R. HAWKINS
 2   service their fire extinguishers.
 3       Q.    What does it mean to service a
 4   fire extinguisher?
 5       A.    Basically just an inspection,
 6   make sure they are hung on the walls,
 7   gauges are full, and put in a new tag and
 8   send them on their way.
 9       Q.    So you switched to servicing fire
10   extinguishers in about 2015; is that
11   correct?
12       A.    I believe so, yeah.
13       Q.    I want to focus for a moment on
14   your job responsibilities when you were a
15   shop tech.  When you were a shop tech, did
16   your job include filling fire
17   extinguishers?
18       A.    Yes.
19       Q.    What did you fill them with?
20       A.    Either ABC or BC powder,
21   depending on what fire extinguisher they
22   were.
23       Q.    Did your job include filling
24   tanks?
25       A.    Define tanks.
```

```
 1                    R. HAWKINS
 2        Q.   Well, for example, tanks that
 3   would be filled with air?
 4        A.   I filled Scott packs for the fire
 5   departments, yes.
 6        Q.   Part of Oprandy's business is
 7   testing fire suppression systems; is that
 8   correct?
 9        A.   Can you go further in detail with
10   that?
11        Q.   Well, testing fire suppression
12   systems with air to make sure they are
13   working?
14        A.   I do not do that, no.
15        Q.   But does Oprandy's do that?
16        A.   Brian does that, yes.
17        Q.   Do you know what Brian, what kind
18   of tanks Brian uses when he performs fire
19   suppression system testing?
20        A.   No, I do not.
21        Q.   Are you familiar with the
22   incident on February 12, 2016 in which
23   Franklin Buono was injured?
24        A.   I was aware of it.
25        Q.   Are you aware that what exploded
```

```
                                      Page 13
 1                    R. HAWKINS
 2   was an air test tank?
 3        A.    After the fact, yes.
 4        Q.    In your job as a shop tech did
 5   you ever fill test tanks with air?
 6        A.    No, I did not.
 7        Q.    So the only thing you filled with
 8   air were Scott packs?
 9        A.    Yes.
10        Q.    Did you ever see test tanks at
11   the shop?
12        A.    When I was at our old shop where
13   I worked, no.
14        Q.    Did you ever see them at the
15   shop?
16        A.    What shop are we talking?
17             MS. FAPPIANO:   I think there's a
18        little confusion based on time frame
19        so can you be a bit more specific?
20   BY MS. RODMAN:
21        Q.    Well, from my perspective the
22   timeframe doesn't matter.  You worked at
23   Oprandy's from 2009 to today and so I'm
24   having trouble understanding why which
25   shop would matter.
```

```
 1                    R. HAWKINS
 2            MS. FAPPIANO:  Go off the record
 3       for a minute.
 4            (Off the record.)
 5   BY MS. RODMAN:
 6       Q.   Mr. Hawkins, are you familiar
 7   with the type of test tank that was
 8   involved in the February 2016 incident?
 9       A.   No, I'm not.
10       Q.   You've never filled such a tank?
11       A.   No, I have not.
12       Q.   Did you see a tank, an air test
13   tank when you were a shop tech in the
14   shop?
15       A.   No, I did not.
16       Q.   What did you use to fill Scott
17   packs with air?
18       A.   I used the cascade system.
19       Q.   Can you describe for me how you
20   used the cascades system to fill Scott
21   packs?
22       A.   It runs like a normal air
23   compressor which fills five tanks which
24   you then use to fill the Scott pack with,
25   the Scott tanks.
```

1                    R. HAWKINS

2        Q.    So the compressor fills five

3    tanks?

4        A.    Yes.

5        Q.    Then those five tanks fill the

6    Scott packs?

7        A.    Yes.

8        Q.    Do you know approximately how

9    many pounds of pressure a Scott pack can

10   hold?

11       A.    I believe anywhere, depending on

12   the tank, anywhere from 2 to 4500 pounds

13   of air.

14       Q.    So 200 to 4500 or 2,000?

15       A.    2000 to 4500, sorry.

16       Q.    Prior to your work at Oprandy's

17   did you have experience with filling fire

18   extinguishers?

19       A.    No.

20       Q.    How did you learn how to do that?

21       A.    Brian taught me.

22       Q.    So is it fair to say it was

23   on-the-job training?

24       A.    Yes.

25       Q.    How did he teach you how to do

```
                                      Page 16
 1                 R. HAWKINS
 2    it?
 3         A.    From years of experience of
 4    owning the business and doing it himself.
 5         Q.    But precisely how did he do it,
 6    did he do it and you watched?
 7         A.    Yeah, he went over it several
 8    times.  I picked up on it and...
 9         Q.    Other than Brian instructing you
10    on the job how to fill fire extinguishers,
11    did you undergo any other training with
12    respect to the filling fire extinguishers?
13         A.    I am certified in fire
14    extinguisher servicing and kitchen system
15    servicing.
16         Q.    When did you receive that
17    certification?
18         A.    I don't recall the exact date.
19         Q.    Did you receive that
20    certification prior to filling fire
21    extinguishers at Oprandy's?
22         A.    It was after.
23         Q.    Do you know approximately how
24    long after?
25         A.    I'm not sure.
```

Page 17

```
 1                    R. HAWKINS
 2        Q.    Was it years after, a month
 3   after?
 4        A.    I'd say probably a year or two.
 5        Q.    When you were learning how to
 6   fill fire extinguishers, did you review
 7   any written materials?
 8        A.    No.
 9        Q.    No manuals?
10        A.    Well, there are manuals in the
11   back of one of the -- I guess places we
12   order our parts from, it gives you a whole
13   breakdown of all fire extinguishers.
14        Q.    Did you review those manuals when
15   you were -- did you review those manuals
16   prior to filling fire extinguishers
17   yourself?
18        A.    When I first started, yes.
19        Q.    Do you remember what manuals you
20   reviewed?
21        A.    It's in the back of the Brooks
22   catalog.
23        Q.    I want to recap on this topic.
24   With respect to filling fire
25   extinguishers, you were provided
```

```
                                    Page 18
 1                  R. HAWKINS
 2   on-the-job training from Brian Scott; is
 3   that correct?
 4        A.    Yes.
 5        Q.    About how long do you think that
 6   training lasted?
 7        A.    I would say probably over a
 8   month.
 9        Q.    Were you allowed to fill fire
10   extinguishers yourself unsupervised?
11        A.    Yes.
12        Q.    Prior to your training being
13   complete?
14        A.    Yes.
15        Q.    So about how long do you think
16   before you were permitted to fill fire
17   extinguishers on your own from when you
18   started?
19        A.    I don't know, probably a week in,
20   two weeks in.
21        Q.    Did you feel prepared to do that,
22   to perform that task?
23        A.    Yes.
24             MS. FAPPIANO:  Note my objection.
25
```

```
 1                    R. HAWKINS
 2    BY MS. RODMAN:
 3        Q.   So in addition to on-the-job
 4    training, you said that there were
 5    manuals; correct?
 6        A.   Yes.
 7        Q.   And that you reviewed those
 8    manuals prior to filling fire
 9    extinguishers on your own?
10        A.   Yes.
11        Q.   You also said you received a
12    certification but that was several years
13    after you started working at Oprandy's?
14            MS. FAPPIANO:  Note my objection.
15            THE WITNESS:  Yes.
16    BY MS. RODMAN:
17        Q.   Is there any other training that
18    you recall receiving when you first began
19    work at Oprandy's with respect to filling
20    fire extinguishers?
21        A.   Can you repeat that question?
22        Q.   Sure.  Is there any other
23    training that you recall receiving
24    regarding filling fire extinguishers when
25    you first began your work at Oprandy's?
```

```
                                        Page 20
 1                    R. HAWKINS
 2        A.    No.
 3        Q.    Do you recall being provided any
 4   written materials regarding safety at
 5   Oprandy's?
 6        A.    No.
 7        Q.    Mr. Hawkins, I would like you to
 8   take a look at a document marked as
 9   Defendant's Exhibit 14.  This is the
10   employee handbook.  Have you seen this
11   document before?
12        A.    I believe I have.
13        Q.    Have you ever reviewed it?
14        A.    I may have flipped through it.
15        Q.    That means you haven't read it
16   word for word?
17        A.    No.
18        Q.    Have you ever been asked to
19   review it?
20        A.    I'm sure Brian asked us to review
21   it.
22        Q.    Do you recall Mr. Scott asking
23   you to review it?
24        A.    I don't remember.
25        Q.    There's some numbers down at the
```

Page 21

1                    R. HAWKINS
2   bottom of this document that say Oprandy's
3   dash and it has a number.  Can you please
4   turn to the document that's marked
5   OPRANDYS-000220?
6        A.   Okay.
7        Q.   Have you ever signed an
8   acknowledgment of receipt of employee
9   handbook that you remember?
10       A.   I believe I have.
11       Q.   Do you remember when that would
12   have been?
13       A.   No, I do not.
14       Q.   You also note on that page there
15   is a notation on the left that says
16   revised August 2015.
17       A.   Okay.
18       Q.   Do you recall receiving a revised
19   version of that employee handbook at any
20   time?
21       A.   I believe I did.
22       Q.   Do you remember when that is?
23       A.   About when it was revised.
24       Q.   Do you recall reading the
25   employee handbook at that time?

```
 1                    R. HAWKINS
 2      A.    Probably not.
 3      Q.    I would like for you to take a
 4   look at a document that's been marked as
 5   Defendant's Exhibit 16.
 6           MS. FAPPIANO:  Are we going to
 7      that same page?
 8           MS. RODMAN:  You got it.
 9           MS. FAPPIANO:  And that's the
10      hazard communication program to start;
11      correct?
12           MS. RODMAN:  Yes, that's right.
13   BY MS. RODMAN:
14      Q.    Counsel for Oprandy's has
15   directed you to a page titled Oprandy's
16   Fire and Safety Equipment Hazard
17   Communications Program.  Are you there?
18      A.    Yes, I'm here.
19      Q.    Have you seen this document
20   before?
21      A.    I don't believe I have.
22      Q.    Can you turn to the next page, it
23   says at the bottom right page 2 of 4?
24      A.    Okay.
25      Q.    There is a paragraph there marked
```

```
 1                     R. HAWKINS
 2   paragraph 2, it says container labeling
 3   and paragraph A says the receiving clerk
 4   or supervisor will verify that all
 5   containers received in the facility for
 6   use will be clearly labeled as to the
 7   contents, note the appropriate hazard
 8   warning, and note the make and address of
 9   the manufacturer.
10          Do you see that there?
11      A.   Yes.
12      Q.   Based on your experience as a
13   shop tech, did Oprandy's follow this
14   guideline you see here in paragraph A?
15          MS. FAPPIANO:  Note my objection.
16      You can answer.
17          THE WITNESS:  Everything that was
18      to come in or leave had to have been
19      labeled.
20   BY MS. RODMAN:
21      Q.   So in general the containers were
22   all labeled?
23          MS. FAPPIANO:  Objection.
24          THE WITNESS:  According NFPA-10,
25      yes, everything as of fire
```

```
                                        Page 24
 1                    R.  HAWKINS
 2        extinguishers  should  have  been
 3        labeled.
 4   BY MS. RODMAN:
 5        Q.    So my question isn't what NFPA-10
 6   said, my question was what was your
 7   experience at Oprandy's?
 8        A.    That's how I went, I went by
 9   NFPA-10.  If a fire extinguisher did not
10   have a label on it and you could not tell
11   what it was, it did not leave the shop.
12        Q.    So in your experience as a shop
13   tech, all containers received by Oprandy's
14   were clearly labeled as to contents?
15        A.    Fire extinguishers.
16        Q.    Fire extinguishers were?
17        A.    Yes.
18        Q.    You can't make that same
19   statement with respect to all containers?
20            MS. FAPPIANO:  Note my objection
21        to form.
22            THE WITNESS:  CO2s do not have
23        labels on them.
24   BY MS. RODMAN:
25        Q.    What are CO2s?
```

Page 25

```
 1                   R. HAWKINS
 2      A.   CO2 tanks, they are just steel
 3   cylinders, they have bands that wrap
 4   around them.  But they are not always
 5   labeled.
 6      Q.   So CO2 tanks were maintained in
 7   the Oprandy's shop?
 8      A.   Yes.
 9      Q.   And they did not have labels?
10      A.   No, they did not.
11      Q.   Were there other container types
12   at Oprandy's when you were a shop tech
13   that did not have labels?
14      A.   No.
15      Q.   Paragraph A also notes that the
16   container should have a hazard warning.
17   Did the fire extinguishers have hazard
18   warning?
19      A.   I don't understand why they would
20   have a hazard warning.  They are not
21   hazardous material.
22      Q.   The agent or gas in the fire
23   extinguishers are not hazardous?
24      A.   No, they are not.
25      Q.   So in your view they would not
```

Page 26

1                    R. HAWKINS
2   require a hazard warning?
3       A.    Correct.
4       Q.    Were there other containers
5   maintained in the shop that did contain
6   hazardous materials?
7       A.    No, there are none.
8       Q.    Can you turn to the next page
9   marked 3 of 4?
10      A.    Okay.
11      Q.    There is a paragraph 4 there,
12  employee training and information.  Do you
13  see that?
14      A.    I do.
15      Q.    If you look below there, there is
16  a paragraph beginning I.
17      A.    Okay.
18      Q.    Prior to starting work each new
19  employee will attend a safety and health
20  orientation.  Did you attend a safety and
21  health orientation prior to starting work
22  at Oprandy's?
23      A.    No.
24            MS. FAPPIANO:  Note my objection.
25

Page 27

```
 1                    R. HAWKINS
 2    BY MS. RODMAN:
 3         Q.    Below paragraph I there is a list
 4    of nine items.
 5         A.    Okay.
 6         Q.    These items, according to this
 7    document, should be included in the safety
 8    and training -- sorry, the safety and
 9    health orientation.  Can you take a look
10    at that list please?
11         A.    Okay.
12         Q.    During your employment with
13    Oprandy's have you received training on
14    any of the topics listed in items one
15    through nine?
16         A.    No, I have not.  But we don't
17    work with hazardous materials.  So all
18    nine are kind of -- don't pertain to what
19    we do.
20         Q.    Can you turn back to page 204,
21    please.  Can you read that sentence on
22    paragraph A.
23         A.    To make sure that all
24    information, that one?
25         Q.    Can you please read that out loud
```

```
                                            Page 28
 1                     R. HAWKINS
 2   for the record, please.
 3            MS. FAPPIANO:  Note my objection.
 4            THE WITNESS:  To ensure that
 5        information about the dangers of all
 6        hazardous chemicals used by Oprandy's
 7        Fire and Safety Equipment are known by
 8        all affected employees, the following
 9        hazardous information program has been
10        established.
11   BY MS. RODMAN:
12        Q.   But in your view Oprandy's didn't
13   use hazardous chemicals?
14            MS. FAPPIANO:  Asked and
15        answered.
16            THE WITNESS:  We don't do
17        anything with hazardous chemicals.
18   BY MS. RODMAN:
19        Q.   What is a hazardous chemical?
20        A.   Acid, chlorine.
21        Q.   What is that based on, your view
22   on what defines a hazardous chemical?
23            MS. FAPPIANO:  Objection.
24   BY MS. RODMAN:
25        Q.   How did you come to that opinion?
```

```
                                   Page 29
 1                    R. HAWKINS
 2      A.   If we were to work with hazardous
 3   chemicals all of our vans would have to be
 4   labeled with hazardous chemical flags on
 5   all our vans, which we do not have which
 6   we are not required to have by the DOT.
 7      Q.   Mr. Hawkins, what I'm trying to
 8   understand is the basis of your statement
 9   that you don't work with hazardous
10   chemicals.
11           MS. FAPPIANO:  He answered the
12       question --
13           MS. RODMAN:  He didn't answer it.
14       He told me that the van --
15           MS. FAPPIANO:  Then you can move
16       to strike as non-responsive and you
17       can ask a new question.  That's fine,
18       go ahead.
19   BY MS. RODMAN:
20      Q.   Mr. Hawkins, what is the basis
21   for your view of what is a hazardous
22   chemical?
23      A.   I don't get what you are asking
24   me.  What do I think is a hazardous
25   chemical?
```

```
 1                    R. HAWKINS
 2        Q.    Yes.
 3        A.    I just explained that.  Chlorine
 4   would be hazardous, acid.
 5        Q.    What is that based on, is that
 6   based on a law?
 7        A.    Yes, it is based on the law.
 8        Q.    What law are you referring to?
 9        A.    I don't know exactly what law,
10   I'm not an attorney.  But according to
11   DOT, if you are transporting hazardous
12   materials, you must have a hazardous
13   placard on your van or on your vehicle.
14        Q.    Are you familiar with how DOT
15   defines hazardous chemicals?
16        A.    Not completely, no.
17        Q.    Are you familiar with how other
18   government agencies define hazardous
19   chemicals, like OSHA?
20        A.    No.
21        Q.    Have you read NFPA standards on
22   what is a hazardous chemical?
23        A.    It's not in NFPA-10.  It may be
24   in one of the NFPA books.
25        Q.    Are you familiar with other
```

```
                                              Page 31
 1                      R.  HAWKINS
 2   industry  associations  rules  and
 3   regulations  regarding  what  defines  a
 4   hazardous  chemical?
 5        A.    No.
 6        Q.    So  again,  how  do  you  come  to  the
 7   view  about  what  is  or  is  not  a  hazardous
 8   chemical?
 9             MS.  FAPPIANO:   Asked  and
10        answered.   You  can  answer  it  again.
11             THE  WITNESS:   Can  we  just  skip  to
12        the  next  question?
13             MS.  RODMAN:   No.
14             THE  WITNESS:   According  to  DOT,
15        if  we  were  to  be  transporting
16        hazardous  chemicals  in  our  vans  they
17        must  be  labeled  with  hazardous
18        placards.
19   BY  MS.  RODMAN:
20        Q.    So  because  you  don't  have  such  a
21   label,  you  do  not  believe  Oprandy's  uses
22   hazardous  chemicals?
23        A.    Correct.
24        Q.    I  understand  now,  thank  you.
25             I'd  like  for  you  to  take  a  look
```

Page 32

```
 1                    R. HAWKINS
 2   at Defendant's Exhibit 24, please.
 3           MS. FAPPIANO:  Are we turning to
 4      that same page?
 5           MS. RODMAN:  Yes.
 6           MS. FAPPIANO:  Give me one
 7      moment.  He has it.
 8   BY MS. RODMAN:
 9      Q.   Mr. Hawkins, you are looking at a
10   page that's titled standard operating
11   procedures for Poseidon air compressor; is
12   that right?
13      A.   I believe so, yes.
14      Q.   Have you ever seen this before?
15   And please take your time to look at it.
16      A.   I believe I have when I first
17   started working there.
18      Q.   Do you remember the circumstances
19   under which you first saw this document?
20      A.   What do you mean by that?
21      Q.   Well, you said you believe you've
22   seen this before.  Can you tell me more
23   about your recollection of when you saw
24   this document?
25      A.   I believe it was probably within
```

```
 1                 R. HAWKINS
 2    a few months of working at Oprandy's when
 3    Brian trained me on how to use the
 4    Poseidon tank.
 5         Q.   Do you remember where this
 6    document was kept at Oprandy's?
 7         A.   Somewhere in the office.
 8         Q.   Was it in the back with the
 9    manuals?
10         A.   No.
11         Q.   When we talked about your
12    training you talked about hands-on
13    training and reviewing manuals in the
14    back.  Do you believe you reviewed this
15    document you are looking at right now in
16    connection with your training at
17    Oprandy's?
18         A.   I'm sure I have.
19         Q.   Do you have a specific
20    recollection of reviewing this document in
21    connection with your training at
22    Oprandy's?
23         A.   No, I do not.
24         Q.   Do you have a specific
25    recollection of where that document was
```

```
                                              Page 34
 1                     R. HAWKINS
 2   maintained at Oprandy's?
 3        A.   I'm sure it was in the office.
 4        Q.   Do you have a specific
 5   recollection of where this document was
 6   maintained at Oprandy's?
 7        A.   No, I do not.
 8        Q.   Do you know who Chris Faust is?
 9        A.   Yes, I do.
10        Q.   Did you work with him?
11        A.   I did, yes.
12        Q.   When did he first start working
13   at Oprandy's?
14        A.   I don't recall.
15        Q.   Did you work with him at the
16   prior location?
17        A.   At the new shop, that's when I
18   was doing service so I just happened to
19   see him when I came in and out, that was
20   it.
21        Q.   So you didn't work with him at
22   the old shop?
23        A.   Correct.
24        Q.   You never worked with him when
25   you were a shop tech?
```

```
 1                    R. HAWKINS
 2      A.    I was the one who trained him.
 3      Q.    Oh.  Did you train Chris on how
 4  to use the Poseidon air test system?
 5      A.    No, I did not.
 6      Q.    Do you know who did?
 7      A.    That may have been Brian.
 8      Q.    Why didn't you train him on that.
 9      A.    I trained him to do fire
10  extinguishers and water cans and that's
11  when I switched over to road service.
12      Q.    Just so I understand, Chris, when
13  he first started working, did he work at
14  the prior location or the new location?
15      A.    He started at the prior.
16      Q.    Is that where you trained him?
17      A.    Yes.
18      Q.    And then about how long between
19  when he first started working -- I'm sorry
20  let me ask that again.
21            How long was it between when
22  Mr. Faust first started work at Oprandy's
23  when you moved to the new location?
24      A.    I'm not really sure.  Maybe a
25  year and a half.
```

```
                                      Page 36
 1                    R. HAWKINS
 2      Q.    Were you a shop tech the entire
 3   time that you were at the old location?
 4      A.    Up until like the last year
 5   before we moved.
 6      Q.    At the old location when you were
 7   a stop tech, about how long did you work
 8   with Chris Faust?
 9      A.    Probably the six months that he
10   was there to a year.
11      Q.    What were his job
12   responsibilities?
13      A.    Same as mine, servicing fire
14   extinguishers and water cans.
15      Q.    Did he also fill tanks with air?
16      A.    No.
17            MS. FAPPIANO:  To be specific,
18       what timeframe are we talking about
19       here?
20            MS. RODMAN:  When Mr. Hawkins was
21       a shop tech at the prior location.
22            MS. FAPPIANO:  Thank you.
23   BY MS. RODMAN:
24      Q.    Was filling tanks with air a
25   service that Oprandy's provided when you
```

```
 1                    R. HAWKINS
 2   were shop tech?
 3        A.   When you say fill tanks with air,
 4   are we talking fire extinguishers, air
 5   tanks?
 6        Q.   Any tanks.
 7        A.   We filled water cans and fire
 8   extinguishers with nitrogen.  We never
 9   filled with air.
10        Q.   So I understand you and Mr. Faust
11   didn't do that.  I'm trying to understand
12   if that was something Oprandy's did, even
13   if that wasn't your job or Mr. Faust's
14   job.
15        A.   We did fill with air, yes.
16        Q.   Who did that at that time?
17        A.   Brian -- well, that's what I was
18   trained on, I was trained to use the
19   compressor to fill Scott bottles.
20        Q.   So you did fill Scott bottles
21   with air when you were a shop tech?
22        A.   Yes.
23        Q.   And am I still confusing the
24   issue because I'm talking tanks and you
25   don't think of a Scott bottle as a tank?
```

```
 1                    R. HAWKINS
 2      A.    Yes.
 3      Q.    What's the difference between a
 4  Scott bottle and a tank?
 5      A.    Well, there's 75-pound tanks,
 6  there's nitrogen tanks, there's air tanks,
 7  people have a tendency to call fire
 8  extinguishers tanks, so it gets a little
 9  confusing.
10      Q.    That's my fault, not yours.
11            So what is a Scott bottle?
12      A.    It's the breathing tanks that
13  fire departments use for their air
14  breathing in fires.
15      Q.    So it is a tank, but it's a
16  specific kind of tank ?
17            MR. FROMSON:  Or is it a
18      cylinder?
19            MS. FAPPIANO:  Is that the term
20      you would use for that?  Do you mind
21      my asking that?
22            THE WITNESS:  If we de-valve
23      them, we consider them cylinders.
24            MS. FAPPIANO:  No valve is a
25      cylinder, got it.
```

```
                                    Page 39
 1                 R. HAWKINS
 2   BY MS. RODMAN:
 3       Q.   So let's try to clean this up a
 4   little bit.  I believe you testified
 5   earlier that the only time you used the
 6   Poseidon system was to fill Scott bottles
 7   with air; is that right?
 8       A.   Correct.
 9       Q.   Did you train Mr. Faust to use
10   the Poseidon system to fill Scott bottles
11   with air?
12       A.   No, I did not.
13       Q.   Did Mr. Scott train Mr. Faust to
14   use the Poseidon system to fill Scott
15   bottles with air?
16       A.   That I'm not sure of.
17       Q.   Did you ever observe Mr. Faust
18   using the Poseidon system to fill any
19   containers with air?
20       A.   No.
21       Q.   What did you observe Mr. Faust
22   doing in the shop when you were a shop
23   tech?
24       A.   Same thing I would do, fill fire
25   extinguishers, paperwork, low pressure
```

```
                                        Page 40
 1                  R. HAWKINS
 2   test water cans.
 3       Q.   Were you friends?
 4       A.   Not hanging on the weekend
 5   friends, but friends at work yes.
 6       Q.   Did you get along?
 7       A.   We did.
 8       Q.   In your view did Mr. Faust
 9   perform his job carefully?
10           MS. FAPPIANO:  Note my objection.
11       You can answer.
12           THE WITNESS:  Sometimes.
13   BY MS. RODMAN:
14       Q.   Did you have occasion to observe
15   Mr. Faust performing his job not
16   carefully?
17       A.   There were times, a time or two.
18       Q.   Can you tell me about those
19   incidents?
20       A.   Low pressure testing he wouldn't
21   use a cage over the water cans.  Sometimes
22   just careless with stuff.
23       Q.   What do you mean when you say he
24   was careless with stuff?
25       A.   Just move things around and not
```

```
1                    R. HAWKINS
2   pay attention to what he was doing.
3       Q.   Did you ever tell him to be more
4   careful?
5       A.   I have.
6       Q.   Did you ever observe Mr. Scott
7   telling him to be more careful?
8       A.   I'm sure he has.
9       Q.   But did you observe that?
10      A.   No.
11      Q.   You mentioned a safety cage.
12  What is a safety cage?
13      A.   It's a cage that we are required
14  to put over cylinders as we test them.
15      Q.   Did the Poseidon system have a
16  safety cage?
17      A.   The Poseidon system had two
18  circular -- I wouldn't call them cages as
19  much as they are -- I don't know how to
20  explain it.  There are two spots in front
21  of the Poseidon compressor to put
22  cylinders in, yes.
23      Q.   What would be the purpose of
24  those, what should we call them if not a
25  safety cage?
```

```
                                        Page 42
 1                   R. HAWKINS
 2        A.    I don't know what their name
 3    would be.  I guess we can call them cages.
 4    Holders maybe.
 5        Q.    Let's call them holders.
 6        A.    Holders.
 7        Q.    So there were two holders -- I'm
 8    sorry, can you describe that again?
 9        A.    On the front of the air
10    compressor there are two holders which to
11    fill Scott packs, Scott tanks, you put
12    them in there to basically hold them and
13    protect anything from if they were to ever
14    explode.
15        Q.    When you filled Scott tanks, did
16    you use the holders?
17        A.    Yes.
18        Q.    Were you trained to use the
19    holders?
20        A.    Yes.
21        Q.    Who trained you to use the
22    holders?
23        A.    Mr. Scott.
24        Q.    Do you remember what he told you
25    about them?
```

```
                                       Page 43
 1                    R. HAWKINS
 2        A.    Just that's where they go when
 3   they get filled.
 4        Q.    And again, you understood the
 5   purpose of the holder to be what?
 6        A.    One, to protect if anything were
 7   to ever blow up.  And two, they actually
 8   hold the Scott packs from falling over.
 9        Q.    Have you ever observed anyone at
10   Oprandy's using the Poseidon system to
11   fill tanks -- I'm using that term
12   generically -- other than Scott bottles?
13        A.    No.
14        Q.    So you never observed Mr. Scott
15   using the Poseidon system to fill a test
16   tank with air?
17        A.    No.
18        Q.    And you never observed anyone
19   else using the Poseidon system to fill a
20   test tank with air?
21        A.    No.
22        Q.    Did you ever observe anyone from
23   Oprandy's using a Poseidon system to fill
24   Scott bottles?
25        A.    Yes.
```

```
                                        Page 44
 1                    R. HAWKINS
 2      Q.    Who did you observe doing that?
 3      A.    Just Brian Scott.
 4      Q.    When you observed him using the
 5   Poseidon system to fill a Scott bottle,
 6   did he use the holders?
 7      A.    Yes.
 8      Q.    Are you aware of Oprandy's having
 9   low pressure tanks in the shop?
10      A.    Yes.
11      Q.    Do you know what they were used
12   for?
13      A.    Describe low pressure tanks.
14      Q.    Well, a tank or cylinder that
15   held something on the order of 200 or 250
16   psi.
17      A.    Yes.  Every fire extinguisher has
18   about 195 psi in them.
19      Q.    What about a tank that's not a
20   fire extinguisher?
21      A.    Water cans, some of the fire
22   suppression system tanks are pressurized.
23      Q.    Do low pressure tanks have to be
24   handled in a different way than, for
25   example, the higher pressure tanks like
```

```
                                    Page 45
 1                    R.  HAWKINS
 2   Scott bottles?
 3           MS.  FAPPIANO:   Note my objection.
 4           THE  WITNESS:   No,  the  low
 5      pressure  tanks  don't  have  to  be
 6      handled  any  different.
 7   BY MS.  RODMAN:
 8      Q.    How  can  you  tell  the  difference
 9   between  a  low  pressure  tank  and  a  high
10   pressure  tank?
11      A.    The  pressure  in  the  gauges.
12      Q.    Are  they  labeled?
13      A.    Well,  the  label  on  the  front
14   tells  you  what  the  psi  in  the  tanks  are.
15      Q.    They  don't  say  the  maximum?
16      A.    They  --  what  do  you  mean  maximum?
17      Q.    How  do  you  know  the  maximum  psi
18   on  a  tank?
19      A.    It  tells  you  what  they  should  be
20   filled  to.   It  tells  you  on  the  tank  and
21   it  tells  you  on  the  gauge  where  it  should
22   be.
23      Q.    Was  there  any  specific  training
24   or  certification  requirements  to  filling
25   these  lower  pressure  tanks?
```

Page 46

1                    R. HAWKINS
2       A.    That I'm aware of, no.
3       Q.    All right.  I'd like to switch
4  gears for a minute.  Where were you at the
5  time of the accident on February 12, 2016?
6       A.    I was home with my child.
7       Q.    When did you learn about the
8  accident?
9       A.    It had to have been sometime
10 later that day.
11      Q.    How did you learn about it?
12      A.    My mother called me and told me
13 there was an accident in the shop.
14      Q.    Did you go into the office that
15 day?
16      A.    No, I did not.
17      Q.    What did your mother tell you
18 about the accident?
19      A.    She didn't go into detail, just
20 that there was an accident and that Chris
21 and Frank were hurt.
22      Q.    Did you go to the scene?
23      A.    No, I did not.
24      Q.    When was the next time you were
25 at the office?

```
                                        Page 47
 1                    R. HAWKINS
 2       A.    I want to say we had a little
 3   meeting, I think it was on a Sunday, just
 4   to kind of regroup and figure out what to
 5   do.
 6       Q.    What do you remember about what
 7   was said at the meeting?
 8       A.    We didn't really talk about the
 9   accident, we just discussed on kind of
10   it's a business and we need to move
11   forward.
12       Q.    Around the time of the accident
13   who did you speak with about the incident
14   that you can remember other than your
15   mother?
16       A.    Nobody.
17       Q.    Well did you speak with Brian
18   Scott?
19       A.    No.
20       Q.    Did you speak with any of the
21   first responders or investigator?
22       A.    No.   Like I said, I was home with
23   my kid.
24       Q.    Did you speak with your mother or
25   Mr. Scott about what happened that day?
```

```
                                         Page 48
 1                    R. HAWKINS
 2       A.    No, we didn't go into detail that
 3   day.
 4       Q.    What about later on?
 5       A.    We may have discussed it.
 6       Q.    What do you remember about those
 7   discussions?
 8       A.    Just about the accident kind of
 9   happened and towards the end.
10       Q.    What did your mother or Mr. Scott
11   tell you but what happened?
12       A.    Just a tank blew up.
13       Q.    Did they tell you why they
14   thought the tank blew up?
15       A.    No.
16             MS. FAPPIANO:  Objection to form.
17   BY MS. RODMAN:
18       Q.    Did you have any communication
19   with Mr. Faust after the incident?
20       A.    I did, probably about two, two
21   and a half weeks later.
22       Q.    What was that?
23       A.    What was that?
24       Q.    What was your conversation with
25   Chris?
```

```
 1                    R. HAWKINS
 2      A.    Just to see how he was.  It took
 3  me two weeks to actually reach out to him.
 4      Q.    What do you remember about what
 5  Chris told you?
 6      A.    We didn't really talk about the
 7  accident.  We talked about him in the
 8  hospital and, you know, how he was moving
 9  forward and things were going.
10            MS. RODMAN:  Sandra, do you have
11       Exhibit 21 there?  Can you please show
12       that to the witness.
13  BY MS. RODMAN:
14      Q.    Mr. Hawkins, can you please turn
15  to the page number Oprandy's 000317.
16      A.    Okay.
17      Q.    First of all, let me back up for
18  a minute.  Defendant's Exhibit 21, have
19  you seen this document before?
20      A.    No, I have not.
21      Q.    It says notebook property of
22  Patty Scott.  Do you see that on the front
23  page?
24      A.    Yes, I do.
25      Q.    This wasn't anything you ever saw
```

Page 50

```
 1                    R.  HAWKINS
 2   at the office?
 3       A.    No.
 4       Q.    Turn back to page 317 and please
 5   read it and let me know when you are done.
 6       A.    Okay.
 7       Q.    This page is dated Monday,
 8   March 23, 2016.  Is that date consistent
 9   with your recollection of when you spoke
10   with Chris Faust?
11       A.    I don't know the exact date.
12   Like I said, it was probably about two,
13   two and a half weeks before I reached out
14   to him.
15       Q.    Does it seem like it's the
16   general correct timeframe?
17       A.    I'm not sure.
18       Q.    You'll see this notebook reflects
19   that you had a long conversation on the
20   phone with Chris.
21       A.    Yes.
22       Q.    Do you recall the conversation
23   being long?
24       A.    I mean define long. It wasn't
25   hours.
```

```
 1                 R. HAWKINS
 2      Q.    Is this your mother's
 3  handwriting?
 4      A.    I believe so.
 5      Q.    The next sentence says they
 6  laughed and were going over the events of
 7  the day.
 8           Do you remember telling your
 9  mother that you laughed with Chris and
10  were going over the events of the day?
11      A.    Like I just told you, I didn't
12  call him to make him feel down so yeah we
13  were laughing and we weren't in detail.
14  But I didn't want to bring him down by
15  going over it or have to go over it in my
16  head.  Because it could have been me.
17      Q.    Do you remember going over with
18  Chris what happened the day of the
19  accident?
20      A.    Not in full detail.
21      Q.    In some detail?
22      A.    I mean, it was a little -- not
23  full detail.  He was very reluctant to
24  talk about what happened.
25      Q.    What did he tell you?
```

1                    R. HAWKINS

2       A.    Kind of he was -- he just said he

3    was filling the tank and that was the last

4    he remembered.  Like I said, it wasn't in

5    full detail.  He always kept that to

6    himself.

7       Q.    Can you read to yourself here --

8    there's a paragraph here at the bottom of

9    the notebook.  Do you remember Chris

10   telling you what is reflected here on page

11   317?

12      A.    No.

13      Q.    And when I say what's reflected

14   here, I'm referring to the statement Chris

15   says he told Frank to come out there and

16   see what he was doing.  Frank was assigned

17   a job by Brian, his boss to -- I'm not

18   quite sure what next word is -- the main

19   shop and tag fire extinguishers for Nelson

20   Tree.

21      A.    Me and Chris never spoke about

22   Frank on the phone.

23      Q.    So this statement I just read,

24   you don't have a recollection of Chris

25   making that statement to you?

```
                                        Page 53
 1                     R.  HAWKINS
 2      A.    No,  he  never  made  that  statement
 3  to me.
 4      Q.    Did  you  speak  with  Chris  again?
 5      A.    I  believe  I  spoke  to  him  one  time
 6  after  he  got  --  he  was  in  rehab,  about  him
 7  getting  his  car  and,  you  know,  that  his
 8  prosthetic  legs  where  coming  in.
 9      Q.    Was  that  over  the  phone?
10      A.    I  believe  so,  yes.
11      Q.    Mr.  Faust  passed  away;  is  that
12  correct?
13      A.    Yes.
14      Q.    Do  you  know  why?
15      A.    No.
16      Q.    Do  you  know  whether  Mr.  Faust  was
17  on  any  drugs  while  I  was  working  at
18  Oprandy's?
19      A.    No.
20      Q.    Did  he  ever  appear  to  be  under
21  the  influence  of  any  drugs?
22      A.    No.
23      Q.    Do  you  recall  your  mother  finding
24  a  fentanyl  patch  in  Mr.  Faust's  personal
25  items?
```

```
                                              Page 54
 1                      R. HAWKINS
 2        A.    I do.
 3        Q.    Tell me about what happened.
 4        A.    She went and grabbed his jacket
 5   and a patch or a little square patch fell
 6   out of one of the pockets along with his
 7   keys.
 8        Q.    Fentanyl is an opioid, right?
 9        A.    I'm not a doctor but, I mean,
10   it's what you hear.
11        Q.    You didn't observe Chris acting
12   as if he were under the influence of an
13   opioid while he was at work?
14             MS. FAPPIANO:  Note my objection.
15             THE WITNESS:  At the new shop I
16        rarely saw Chris, maybe once every two
17        weeks.
18   BY MS. RODMAN:
19        Q.    What about at the old shop?
20        A.    No, he was fine at the old shop.
21        Q.    At the new shop are you saying
22   you wouldn't have been around Chris enough
23   to know whether he was on any drugs?
24        A.    I guess that's correct.
25        Q.    You paused.  Why did you pause?
```

```
                                              Page 55
 1                    R. HAWKINS
 2           MS. FAPPIANO:  Note my objection.
 3           THE WITNESS:  I was just thinking
 4      the way you phrased it, that's all.
 5   BY MS. RODMAN:
 6      Q.   How often were you around Chris
 7   when you guys moved to the new location?
 8      A.   I would be at the shop once,
 9   maybe twice a month.
10      Q.   How long would you be at the
11   shop?
12      A.   A few hours, just loading up my
13   stuff and getting messages and whatever I
14   needed to do.
15      Q.   When you were there for a few
16   hours, did you see Chris?
17      A.   Yes.
18      Q.   Did you see him working in the
19   back?
20      A.   He was on -- define the back.
21      Q.   The back room where fire
22   extinguishers were tested and filled?
23      A.   Yes.
24      Q.   And did you observe him doing the
25   work of testing and filling fire
```

```
                                           Page 56
 1                    R.  HAWKINS
 2   extinguishers?
 3        A.    Yes.
 4        Q.    Where  there  any  differences  in
 5   how  he  performed  that  work  in  the  new
 6   location  versus  when  you  worked  together
 7   in  the  old  location?
 8        A.    No.
 9        Q.    When  you  observed  him  doing  that
10   work  in  the  new  location,  did  it  seem  to
11   you  he  was  under  the  influence  of  any
12   drugs?
13        A.    No.
14             MS.  RODMAN:   Can  we  go  off  the
15        record  for  a  few  minutes,  maybe  just
16        take  a  five-minute  break?
17             (Off  the  record.)
18   BY  MS.  RODMAN:
19        Q.    Mr.  Hawkins,  did  you  meet  Frank
20   Buono?
21        A.    I  did,  yes.
22        Q.    When  did  you  meet  him?
23        A.    I  believe  right  when  he  started.
24        Q.    How  often  did  you  see  him  prior
25   to  the  accident?
```

```
 1                    R.  HAWKINS
 2      A.    I met him twice the entire time
 3  he worked there.
 4      Q.    How long were those meetings?
 5      A.    Five minutes.
 6      Q.    Did you have a chance to form an
 7  impression of Mr. Buono?
 8      A.    Not at all.
 9      Q.    Did you reach out to Mr. Buono
10  after the accident?
11      A.    No.
12      Q.    Have you spoken to him after the
13  accident at all?
14      A.    No.
15      Q.    I would just like to go back for
16  a minute and talk about the Poseidon
17  cascade system.  If you wouldn't mind just
18  bearing with me and explaining to me in
19  detail how you use this system to
20  facilitate Scott bottles step by step,
21  walk me through it?
22            MR. FROMSON:  Object as to form.
23            MS. FAPPIANO:  Object as well.
24            MR. FROMSON:  So you want me to
25      make a speaking objection?  I'm happy
```

Page 58

```
 1                    R. HAWKINS
 2      to do so.  I don't know the date,
 3      time, specs, where, when, he'd been
 4      working there for years and described
 5      a certain timeframe.  My concern would
 6      be that you are asking him about the
 7      Poseidon device, materials, that were
 8      in the very room with Mr. Buono at the
 9      time of his event.  I have no idea
10      that this witness would be
11      establishing any connection to that
12      device, timeframe, whatsoever.  That's
13      the basis of my objection.
14           MR. RODMAN:  I appreciate that.
15      It gives me an opportunity to correct
16      the record.
17   BY MS. RODMAN:
18      Q.   Mr. Hawkins, at the time you
19   began working at Oprandy's there was a
20   Poseidon cascade filling system there; is
21   that right?
22      A.   Yes.
23      Q.   Did you observe that system was
24   removed at any point in time during your
25   employment at Oprandy's?
```

```
                                      Page 59
 1                    R.  HAWKINS
 2           MS.  FAPPIANO:   Note my objection.
 3           MR.  FROMSON:   Objection to form.
 4           THE  WITNESS:   It was moved when
 5       we moved buildings, yes.
 6   BY MS. RODMAN:
 7       Q.    Was a different Poseidon air
 8   cascade system ever installed at Oprandy's
 9   to your knowledge?
10       A.    What do you mean by that?
11       Q.    The system that was there when
12   you first started working, was it ever
13   changed out for a different Poseidon air
14   filling system?
15       A.    No, it was not.
16       Q.    When Oprandy's moved locations
17   did they take the Poseidon air filling
18   system that was at the prior location to
19   new location?
20       A.    Yes, we did.
21       Q.    When you were a shop tech at the
22   prior location we established that you
23   used the Poseidon cascade air filling
24   system that was at Oprandy's?
25       A.    Yes.
```

Page 60

1                    R. HAWKINS

2        Q.    And we established that you used

3   that system to fill Scott bottles.

4        A.    Correct.

5        Q.    I would just like to understand

6   and have you walk me through the steps

7   that you took to fill Scott bottles using

8   the Poseidon cascade air filling system.

9        A.    Okay.  Depending if the five air

10   tanks were full, you would turn all five

11   tanks on, regulate the air pressure with

12   the regulator down to whatever pressure

13   you are filling.

14        Q.    So explain to me what that means,

15   regulate the air pressure down to whatever

16   pressure you are filling.

17        A.    So the five main tanks hold 5,000

18   pounds a tank so you can regulate the air

19   pressure from 5,000 pounds all the way

20   down to 15 or 20 pounds.  So whatever you

21   are filling, you can adjust that air

22   pressure to fill that tank.

23        Q.    How would you know what pressure

24   you needed to use?

25        A.    It says so on the Scott bottles.

1                    R. HAWKINS

2      Q.   But weren't you first filling the

3  five tanks that were connected to the

4  system?

5      A.   The air compressor shuts off at

6  5,000 pounds so once it hits that

7  pressure, the air compressor shuts off.

8      Q.   I want too make sure I'm

9  following that.  First describe the first

10  step, meaning you had to determine if the

11  five tanks that were connected to the

12  regulator were filled?

13     A.   Correct.  There's two gauges on

14  the regulator itself.

15     Q.   And that each of those five tanks

16  can hold 5,000 pounds?

17     A.   Correct.

18     Q.   How would you know whether or not

19  you needed to fill those five tanks that

20  were connected to the system?

21     A.   The regulator has two gauges on

22  it, one which tells you your working

23  pressure and one tells you what you are

24  going to regulate it down to.

25     Q.   What do you mean when you say

```
                                          Page 62
 1                    R. HAWKINS
 2   working pressure?
 3        A.   So when you turn your tanks on,
 4   the first gauge would go up to whatever
 5   psi are in the tanks, whether it's 100
 6   pounds or 5,000 pounds.
 7        Q.   Okay.  I apologize for these
 8   elementary question but given that you've
 9   got five tanks each holding 5,000 psi how
10   would the regulator tell you -- would it
11   tell you cumulative of what was in each of
12   the five tanks or you have to connect --
13        A.   They are all connected as one.
14   So whether you turn one on or all five on,
15   they will all read 5,000 psi at full.
16        Q.   Okay.  It wouldn't read 25,000
17   pounds?
18        A.   No.
19        Q.   Do they all decrease in pressure
20   uniformly?  What I'm trying to
21   understand --
22        A.   Yes.
23        Q.   -- one tank is zero and the next
24   tank was at 5,000?
25        A.   Yes, they will all equal out.
```

Page 63

```
 1                     R. HAWKINS
 2       Q.    So the pressure in one tank will
 3  be the pressure in the remaining four
 4  tanks?
 5       A.    Yes.
 6       Q.    So the regulator had two gauges,
 7  the working pressure which would tell you
 8  the pressure in the tanks connected to the
 9  system; is that right?
10       A.    Yes.
11       Q.    And then it had a second gauge.
12  What would that second gauge show you?
13       A.    If you are filling a 2,000-pound
14  tank, you would decrease that pressure to
15  only fill it 2,000 pounds.
16       Q.    Okay.  So going back to the steps
17  that you would take to fill the Scott
18  bottles using the Poseidon system, you
19  turn the tanks on, you are checking the
20  two gauges?
21       A.    Correct.
22       Q.    Please go on and walk me through
23  the process from there.
24       A.    So you will -- if you are filling
25  a 2000-pound tank, you would decrease the
```

1                    R.  HAWKINS
2   outgoing pressure to 2000 pounds.  Then
3   open -- I believe there was one -- there
4   was one valve, on-off valve to fill the
5   tank.
6        Q.    In this case the Scott bottle?
7        A.    Yes.
8        Q.    Where would the Scott bottle be
9   place?
10       A.    Inside the holder in front of the
11  compressor.
12       Q.    How would you connect the Scott
13  bottle to the system?
14       A.    It's a threaded -- it just
15  threads onto the valve head of the Scott
16  bottle.
17       Q.    What is the "it"?
18       A.    Oh, the hose coming off the
19  regulator.
20       Q.    So there's a hose connecting to
21  the five tanks and then there is a hose
22  connecting to the second regulator and
23  then to the Scott bottle you are filling?
24       A.    There's a hose from the tanks to
25  the regulator, and one hose from the

1                    R. HAWKINS
2  regulator to the bottle you are filling.
3       Q.    Okay.  So if you check the first
4  regulator and you see that in your five
5  tanks you have plenty of pressure for the
6  Scott bottle you intended to fill, do you
7  kind of skip the first step and go
8  straight to the second regulator and
9  setting that for the pressure you intend
10  to fill on your Scott bottle?
11       A.    Yes, correct.  There's only one
12  regulator, you are talking about the
13  second gauge.
14       Q.    Yes, the gauge.
15            So then what do you do?
16       A.    Basically fill your bottle and
17  turn your five tanks off and that's that.
18       Q.    How do you know when to stop
19  filling your bottle, how do you know when
20  it's full?
21       A.    Once the gauge on the bottle
22  reads full to whatever psi you are filling
23  it.
24       Q.    And the gauge on the bottle is
25  what would tell you that?

```
                                           Page 66
 1                      R. HAWKINS
 2        A.    Yes.
 3        Q.    How does it, how does the gauge
 4    communicate that information?
 5              MS. FAPPIANO:   Just note my
 6        objection.
 7    BY MS. RODMAN:
 8        Q.    Does it have a number on it?
 9    Does it have a full sign --
10        A.    Yes, they have numbers and most
11    Scott packs have a gray colored area which
12    tells you you are in the full zone because
13    there is a little leeway in pressure.
14        Q.    When you are filling your Scott
15    bottle, can you hear the air going into
16    it?
17        A.    Yes.
18        Q.    Have you ever had an experience
19    where you didn't hear the air going into
20    it?
21        A.    No.
22        Q.    Have you ever had an experience
23    where you heard the air but the gauge
24    didn't move?
25              MS. FAPPIANO:   Note my objection.
```

```
 1                    R. HAWKINS
 2            THE WITNESS:  On a Scott bottle,
 3       never.
 4    BY MS. RODMAN:
 5       Q.   So in your experience using a
 6    Poseidon test gauge system it worked to
 7    your expectations?
 8       A.   Yes.
 9       Q.   So you once the Scott bottle is
10    full what do you do next?
11       A.   Depressurize your hose and take
12    your bottle out of the holder and
13    transport it to wherever it's going.
14       Q.   After the accident did you notice
15    that there were any changes to Oprandy's
16    safety policy or procedures?
17            MS. FAPPIANO:  Note my objection
18       to what I'm assuming is going to be
19       the next line of questions, for the
20       record.
21            THE WITNESS:  That I'm aware of?
22    BY MS. RODMAN:
23       Q.   That's correct.
24       A.   Not that I'm aware of.
25       Q.   Are there changes you've heard
```

```
                                      Page 68
 1                    R. HAWKINS
 2   about?
 3        A.    No.
 4        Q.    After the accident were there any
 5   new training policy or procedures at
 6   Oprandy's?
 7        A.    For us on the road, as in
 8   service, no.
 9        Q.    What about for the shop?
10        A.    I'm not aware of that.
11        Q.    Were there any new safety manuals
12   implemented that you are aware of?
13        A.    No.
14        Q.    Does Oprandy's still have the
15   Poseidon cascade system that you were
16   using when you were a shop tech in 2015?
17        A.    I believe so.
18        Q.    Are you aware whether that system
19   has been serviced in any way?
20             MS. FAPPIANO:  Just note my
21        objection.
22             THE WITNESS:  Is that since --
23   BY MS. RODMAN:
24        Q.    I'm sorry, I should say since the
25   accident.  Are you aware if the Poseidon
```

```
                                    Page 69
 1                  R. HAWKINS
 2   system has been serviced or repaired in
 3   any way since the accident?
 4       A.   The Poseidon system was never set
 5   up in the new shop so there was no need
 6   for it to be serviced.
 7       Q.   When you are saying the Poseidon
 8   system, you mean the regulator and its
 9   ability to fill those five tanks?
10       A.   The five tanks compressor in the
11   shop never had electric run to them.
12       Q.   Could you use the air tanks to
13   fill a container even if the Poseidon
14   system was not hooked up to electric?
15       A.   That would all depend if the
16   tanks were full during transport.
17       Q.   Well you are aware that the
18   accident occurred because Chris Faust was
19   using the Poseidon system; right?
20       A.   Yes.
21       Q.   And you are aware he was using it
22   to fill air tanks?
23       A.   Correct.
24       Q.   So if the Poseidon system wasn't
25   connected to electricity, you can still
```

Page 70

```
 1                    R. HAWKINS
 2   use it assuming there is enough air in the
 3   five tanks to fill a smaller test;
 4   correct?
 5       A.   Correct.
 6       Q.   And you would use it in the way
 7   that you described to me with the hose
 8   connected --
 9       A.   Yes.
10       Q.   -- to the second gauge?
11            MS. FAPPIANO:  Note my objection
12       to that.
13            MS. RODMAN:  Okay.  That's all I
14       have for today.
15            MR. FROMSON:  No questions.
16            MS. FAPPIANO:  You are free to
17       go.
18            [Time Noted:  4:13 P.M.]
19
20   _____
                ROBERT HAWKINS
21
     Subscribed and sworn to
22   before me this _____ day
     of _____, 20  .
23
24   _____
         Notary Public
25
```

```
                                          Page 71

 1                      R.  HAWKINS
 2                     CERTIFICATE
 3
     STATE OF NEW YORK         )
 4                                  :  SS.:
     COUNTY OF ORANGE          )
 5
 6            I,  SANDRA  NOEL  BARTELS,  a  Notary
 7     Public  for  and  within  the  State  of  New
 8     York,  do  hereby  certify:
 9            That  the  witness  whose
10     examination  is  hereinbefore  set  forth  was
11     duly  sworn  and  that  such  examination  is  a
12     true  record  of  the  testimony  given  by  that
13     witness.
14            I  further  certify  that  I  am  not
15     related  to  any  of  the  parties  to  this
16     action  by  blood  or  by  marriage  and  that  I
17     am  in  no  way  interested  in  the  outcome  of
18     this  matter.
19            IN  WITNESS  WHEREOF,  I  have
20     hereunto  set  my  hand  this  14th  day  of
21     November  2019.
22
23          Sandra N. Bartels
24          SANDRA  NOEL  BARTELS
25
```

Page 72

```
 1                    R. HAWKINS
 2              *** ERRATA SHEET ***
 3   NAME OF CASE:  BUONO V. TYCO
     DATE OF DEPOSITION:  OCTOBER 29, 2019
 4   WITNESS:  ROBERT HAWKINS
 5   PAGE LINE          FROM              TO
     ____|____|_____|_____
 6   ____|____|_____|_____
     ____|____|_____|_____
 7   ____|____|_____|_____
     ____|____|_____|_____
 8   ____|____|_____|_____
     ____|____|_____|_____
 9   ____|____|_____|_____
     ____|____|_____|_____
10   ____|____|_____|_____
11                       _____
                         ROBERT HAWKINS
12
13
     Witness and sworn to before me
14   this ____ day of _____, 2019.
15
     _____  _____
16    (Notary Public)    My Commission Expires:
17
18
19
20
21
22
23
24
25
```

Page 73

```
 1                    R. HAWKINS
 2   --------------- I N D E X ---------------
 3   WITNESS             EXAMINATION BY       PAGE
 4   R. HAWKINS        MS. RODMAN             5
 5
 6
 7   --------------- EXHIBITS ---------------
 8   NUMBER        DESCRIPTION               PAGE
 9   Exhibits 31   NOTICE                     5
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```