# EXHIBIT "H"

How FPC Ltd. has been serving the fire protection industry. Page 1 of 1

Case 7:17-cv-05915-PMH   Document 175-8   Filed 05/14/21   Page 2 of 2

**HOME**

**CERTIFICATIONS AND SEMINARS**

**PHOTO GALLERY**

### Welcome to FPC Ltd!!



Welcome to Fire Protection Certification on the Web. I'm Edward O'Brien, President. We've developed this website for Fire Protection Servicing Companies and AHJ's. Designed to provide access to our course schedule as well as relevant information on our seminars.

Fire Protection Consultants was established in 1985 to provide a training service for Fire Protection Servicing Companies. The first training seminars offered were the Kitchen Hood Suppression System Servicing program, which is the most popular seminar presently. In addition FPC has offered owners and managers, seminars on topics such as advertising, sales & employee motivation, mobile service versus shop service, dealing with your banker and computerizing your business. Since 1993 FPC has offered a DOT Hydrostatic testing and Hazmat training seminar and presently offers Pre Engineered Restaurant and Industrial Dry Chemical System Servicing Systems, Fire Extinguisher Technician Certification Seminars and Online Certification testing.

In addition to training seminars for Fire Protection Servicing Companies, FPC offers educational seminars for Authorities Having Jurisdiction, such as code enforcement professionals.

FPC has trained people from all 50 US States, as well as parts of Canada, China, Germany, Puerto Rico, Barbados, Cayman Islands, the Virgin Islands, England and Ireland.

**HOME**  |  **ABOUT US**  |  **SEMINARS**  |  **SCHEDULE**  |  **CONTACT US**

All Right reserved fpcltd.com. copyright 1985-2008
Website by: Computer Enhancement Systems,Inc.