Oprandy's
Fire & Safety Equipment

Home    Our Services    Contact Us

# Oprandy's Fire & Safet Equipment

## Fire Extinguishers – Commercial Kitchen Hoods – Service & Installations

## OUR SERVICES



Fire Extinguisher Sales

We sell all sizes and types of fire extinguishers.



Fire Extinguisher Service

We service everything we sell. If your extinguishers need love, we can help.



### Fire Extinguisher Installations

We install fire extinguisher systems for all types of businesses.



### Kitchen Hood Sales

We specialize in kitchen hoods and fire surpression systems.



### Kitchen Hood Maintenance

Keep your restaurant safe! Let us maintain your kitchen hood system.



### Kegerator Co2 Fills

Need a CO2 tank filled for your kegerator? We fill any size while you wait!