

Andrew G. Finkelstein, P.C. (NY & NJ)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
George A. Kohl, II (NY & MA)
Elyssa M. Fried-DeRosa (NY)
Kenneth B. Fromson (NY, NJ & PA)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
—————————————
Edward M. Steves (NY)
Kara L. Campbell (NY, NJ & CT)
Marie M. DuSault (NY)
Melody A. Gregory (NY & CT)
Elizabeth A. Wolff (NY & MA)
Brian D. Acard (NY)
Vincent J. Pastore (NY)
Christopher Camastro (NY & NJ)
Jeffrey M. Brody (NY)
Michele M. Haber (CA)

Jonathan T. Engel (NY)
Ashlee R. Grob (NY)
Kirsten Siegfried (NY, NJ & PA)
Patricia Rothstein (NY)
Alexandria Awad (NY)
James H. Halpin, Jr. (NY & CT)
Robin N. D'Amore (NY)
Jennifer Safier (NY & NJ)
Annie Ma (NY & NJ)
*Of Counsel*
Cynthia M. Maurer (NY & NJ)
Michael Feldman (NY & NJ)
Raye D. Futerfas (NJ)
Linda Armatti (NY)
David Akerib (NY)

Frances M. Bova, R.N. (NY & NJ)
Gustavo W. Alzugaray (NY)
Sharon A. Scanlan (NY & CT)
Marc S. Becker (NY)
Antonio S. Grillo (NY & NJ)
Michael B. Zaransky (NY)
Xavier Johnson (NY)
Ryan Martinez (NY, NJ & PA)
Karyna Schnall (NY)
Vincent J. Rossillo (NY)
Pamela Thomas (NY)
Donald A. Crouch (NY & CT)
Karen O'Brien (NY)
David Stauber (NY)
Howard S. Lipman (NY)

Noreen Tuller, R.N. (NY)
Justin M. Cinnamon (NY & CT)
Rodrigo Arcuri (NY)
Kevin D. Burgess (NY)
Robert Seidner (NY)
Stephen R. Heath (NY)
Patricia Fontaine (NY)
Carl Raffa (NY)
Paul D. Walker (NY)
D. Greg Blankinship (NY & MA)
Jeremiah Frei-Pearson (NY)
Todd S. Garber (NY & CT)
Andrew White (NY)
John Sardesai-Grant (NY)
Chantal Khalil (NY)

Bradley Silverman (NY)
Olena Ball (NY)
Chantel Mills (NY)
Yaneike McKenzie-Coley (NY)
Amanda Chan (NY)
Frank R. Massaro (NY)
Kenneth G. Bartlett (CT & NJ)
Marc Diller (MA)
Shaun DeSantis (MA)
David Mehan (MA)
Dr. R. John Naranja, Jr. (MA)

*Senior Of Counsel*
George M. Levy, P.C. (NY)
Marvin Anderman, P.C. (NY)

*Founding Partner*
Howard S. Finkelstein (1933-2017)

REFER TO OUR FILE #: 115414

September 28, 2021                                         Via Efile

Hon. Philip M. Halpern
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: Buono v. Tyco Fire Products LP, 17-cv-5915-PMH

Your Honor,

I am in receipt of defense counsel's correspondence letter of 9/28/21. Notwithstanding the defense counsel's calendar, I am not available on 10/21/21 to appear on this case. Rather, I am available on the current scheduled date of November 2, 2021.

Respectfully,

Kenneth Fromson

Newburgh • Albany • Binghamton • Kingston • Middletown • Newark • Poughkeepsie • Syracuse • White Plains • Madison

1279 ROUTE 300, PO BOX 1111
NEWBURGH, NY 12551
Phone: (845) 562-0203      Fax: (845) 562-3492      www.lawampm.com