LAW OFFICES
WILLIAMS & [CONNOLLY LLP]
725 TWELFTH [STREET, N.W.]
WASHINGTON, [D.C. 20005]

JAMES W. KIRKPATRICK
(202) 434-5417
jkirkpatrick@wc.com

> Oral argument remains scheduled for 3:30 p.m. on November 2, 2021.
>
> SO ORDERED.
>
> _[signature]_
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 29, 2021

September [__, 2021]

Via ECF

Hon. Philip M. Halpern
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *Buono v. Tyco Fire Products LP*, 17-cv-5915-PMH

Dear Judge Halpern:

    Following up on Tyco's August 3, 2021, letter motion to continue oral argument on Tyco's motion for summary judgment (ECF No. 171), I write to notify the Court that my previously scheduled October 2021 trial date has been vacated. We remain ready for oral argument on November 2, 2021, but if the Court would like to advance argument, we are happy to meet and confer with opposing counsel.

    Sincerely,

    */S James Kirkpatrick*

    James W. Kirkpatrick