```
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC #:
-----------------------------------------------------------X   DATE FILED: 3/24/2022
FRANKLIN BUONO,
                              Plaintiff,
              -against-                             17 CIVIL 5915 (PMH)

                                                         JUDGMENT
POSEIDON AIR SYSTEMS, VICTORY
AUTO STORE, INC., VICTORY AUTO STORES,
INC. d/b/a POSEIDON AIR SYSTEMS,
WORTHINGTON INDUSTRIES, INC., and
TYCO FIRE PRODUCTS LP,
                              Defendants.
-----------------------------------------------------------X
TYCO FIRE PRODUCTS LP,
                     Third-Party Plaintiff,

              -against-

OPRANDY'S FIRE & SAFETY INC.,

                     Third-Party Defendant.
-----------------------------------------------------------X
```

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 24, 2022, and as noted in the March 11, 2022 Memorandum Opinion and Order - which granted summary judgment in favor of Tyco Fire Products LP against Buono - by operation of various stipulations, the only parties to the first-party action are Buono and Tyco Fire Products LP. (Doc. 191 at 1 n.1). The adjudication of that motion for summary judgment did not, however, impact the third-party proceeding between Tyco Fire Products LP and Oprandy's Fire & Safety, Inc. The Court, accordingly, scheduled a status conference for the third-party action after entering its March 11, 2022 decision. (Id. at 15-16). In light of the extant stipulation, the third-party action is dismissed, without prejudice, in its entirety. Judgment is entered against Buono, in favor of Tyco Fire Products LP; accordingly, the case is closed.

**Dated:** New York, New York
March 24, 2022

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _K Mango_

**Deputy Clerk**