UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
FRANKLIN BUONO,                       :
                                      :
                        *Plaintiff*, : Civil Action No. 7:17-cv-05915 (PMH)
                                      :
   v.                                :
                                      :
POSEIDON AIR SYSTEMS, VICTORY AUTO    :
STORE, INC., VICTORY AUTO STORES, INC. :
d/b/a POSEIDON AIR SYSTEMS,           :
WORTHINGTON INDUSTRIES, INC., AND     :
TYCO FIRE PRODUCTS LP,                :
                                      :
                       *Defendants*. :
                                      :
-------------------------------------x
TYCO FIRE PRODUCTS LP,                : **NOTICE OF APPEAL**
                                      :
              *Third-Party Plaintiff*, :
                                      :
   v.                                :
                                      :
OPRANDY'S FIRE & SAFETY INC.,         :
                                      :
              *Third-Party Defendant.* :
-------------------------------------x

Notice is hereby given that FRANKLIN BUONO, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order of the Honorable Philip M. Halpern, USDJ, entered in this action on the 11th day of March, 2022, which granted the motion of defendants Worthington Industries, Inc., and Tyco Fire Products LP for summary judgment dismissing the action against them.

DATED: April 1, 2022

                                          _____
                                          Kenneth B. Fromson
                                          Attorneys for Plaintiff
                                          FINKELSTEIN & PARTNERS
                                          1279 Route 300, Box 1111
                                          Newburgh, New York 12551
                                          Tel:    845-562-0203
                                          Email: kfromson@lawampm.com